# EXHIBIT B

From: **Paul Hurdlow** <paul.hurdlow@flosports.tv>
Date: Wed, Jun 7, 2023 at 10:57 AM
Subject: Re: [WWJVMOMJMFBU2BS6U5A6XN3YCE] New Copyright Counter Notification
To: Cory Bradburn <cory.bradburn@flosports.tv>, Adam Swift <adam.swift@flosports.tv>

Cory, feel free to send YT the C&D letter, with the following language in your transmittal communication:

Please note, the user's content *does not* infringe a FloSports copyright. Rather, it *violates our exclusive right* to record and publish audiovisual content from a sporting event, and interferes with our media rights contract with the event promoter. In this case, the user's content on YouTube is being embedded and receiving millions of views on pornographic websites around the world. Please do not reinstate this content.

**Paul Hurdlow**
Executive Vice President and General Counsel  |  p. (512) 947-8886
**FLOSPORTS**

On Wed, Jun 7, 2023 at 10:21 AM Cory Bradburn <cory.bradburn@flosports.tv> wrote:
Thanks guys.

On Wed, Jun 7, 2023 at 10:14 AM Adam Swift <adam.swift@flosports.tv> wrote:
ok I will fwd y'all the C&D, but my experience is you have to actually file suit. Doesn't hurt to try!

**Adam Swift**
Senior Vice President, Deputy General Counsel
p. (919) 260-6542
**FLOSPORTS**

On Wed, Jun 7, 2023 at 10:06 AM Connor Jaschen <connor.jaschen@flosports.tv> wrote:
Yes, in order to assert our rights on these videos we are meant to respond to the email above. If the Cease and Desist letter includes an assertion of our streaming rights and includes Copyright Infringement language, it may be perfect to reply with, at least as an attachment. Otherwise, I'm not sure what 'legal action' against the holder we would take.

**EXHIBIT B**

Definitely not my area of expertise though.

On Wed, Jun 7, 2023 at 10:01 AM Adam Swift <adam.swift@flosports.tv> wrote:
Is there a question outstanding from YouTube? We sent a cease and desist letter to this guy, but I don't think that is relevant to the YouTube process.

**Adam Swift**
Senior Vice President, Deputy General Counsel
p. (919) 260-6542
**FLOSPORTS**

On Wed, Jun 7, 2023 at 9:55 AM Connor Jaschen <connor.jaschen@flosports.tv> wrote:
Hey team,

Is there any guidance you can provide for how to respond here? Would love to respond this week.

On Tue, May 30, 2023 at 2:30 PM Cory Bradburn <cory.bradburn@flosports.tv> wrote:
Thanks Adam.

If you'd like, I can inform our YouTube rep, who could possibly help us with this case from the YT end (although I presume they'll want to keep themselves out of it as much as possible). Let me know if there's anything in particular I could ask him from a legal perspective.

On Tue, May 30, 2023 at 1:49 PM Adam Swift <adam.swift@flosports.tv> wrote:
+ Paul who has been leading on this. We are preparing a cease and desist letter to send to this individual, but I don't think that would work for youtube's purposes

**Adam Swift**
Senior Vice President, Deputy General Counsel
p. (919) 260-6542
**FLOSPORTS**

On Tue, May 30, 2023 at 1:16 PM Connor Jaschen <connor.jaschen@flosports.tv> wrote:
Hey guys!

This was a thread from last week that I wanted to bump on to your guys' radars! Long story short, this guy is taking footage live from events we have exclusive rights to. He uploads them to YouTube and then - well, see CP's message for what he's doing with them afterwards.

We made several copyright strikes against our relevant content. The channel has since served counter copyright claims on most of the videos we've made claims against. I'm not sure the appropriate legal response, but taken from YouTube's email to us, it looks like they expect us to prove we're taking legal action:

- "Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement."

Just a heads up, keep in mind that we only have a certain amount of business days to respond. Thanks for the help everybody.

On Thu, May 25, 2023 at 2:59 PM Christian Pyles <christian.pyles@flosports.tv> wrote:
+Travis Shives

For context, this guy is not only a pirate but an all but guaranteed predator who shoots videos of HS events and posts them on porn sites.  These matches have millions of views and they are between absolutely anonymous wrestlers that do not have fans.  They are exclusively being shot for a deviant purpose.  The thumbnails for the channel are all emphasizing parts of the wrestler, and not the wrestling.  The editing removes a lot of the neutral wrestling and shows extensive periods of the wrestlers just walking around or top/bottom wrestling.   His name is Nima Gharavi, he lives in Chicago, Illinois.



Kozak figured this out. if you take the highlighted section of the video and copy/paste it into google, you can see where the video has been embedded. For his video with over 4M views, it has been posted on numerous porn sites. He enables the embed function for this purpose.



He has been confronted about this, and KNOWS his videos are being used for this purpose. He admitted this much. But he won't stop the practice, he just plays dumb and acts like there's nothing he can do about it.






This is a person who is more than just a pirate but something much more sinister. We should let USAW, ILUSAW, IHSA, Jason Bryant, Super 32 leadership and any other member of wrestling leadership know about this guy, and get him away from the sport and children in general.

We escalated this a few months ago and it didn't go anywhere productive towards this guy. I think we have a responsibility to make sure the community is aware of this guy.