# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 1:24-cv-1969**

---

**Nima Gharavi and Right Call Officials, Inc.**

Plaintiff

**vs.**

**Flosports, Inc., et al.**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Verified Complaint For Injunctive and Other Relief; Exhibits**

| | |
|---|---|
| PARTY SERVED: | **WILLIE SAYLOR** |
| PERSON SERVED: | **MARYANN SIGMAN, MOTHER** |
| METHOD OF SERVICE: | **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. I also mailed a copy in a sealed envelope with the postage fully prepaid addressed to the defendant on **3/20/2024**. |
| DATE & TIME OF DELIVERY: | **3/19/2024 at 7:26 AM** |
| ADDRESS, CITY AND STATE: | **2989 OLD NZARETH ROAD, EASTON, PA 18045** |

Race: **White**  Sex: **Female**  Age: **65**
Height: **5'0"**  Weight: **140**  Hair: **Brown**  Glasses: **Yes**

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/20/2024.

_____
Gordon R. Crowell Jr.

---

CLIENT: **Swanson, Martin & Bell, LLP**
FILE #:

Job #: **566737**