# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 1:24-cv-1969**

**Nima Gharavi and Right Call Officials, Inc.**

Plaintiff

**vs.**

**Flosports, Inc., et al.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Verified Complaint For Injunctive and Other Relief; Exhibits**

PARTY SERVED: **MATSCOUTS, LLC**

PERSON SERVED: **KRYSTA FEBBO, SUPERVISOR OF MEDIA**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers.

DATE & TIME OF DELIVERY: **3/19/2024 at 2:01 PM**

ADDRESS, CITY AND STATE: **2989 OLD NZARETH ROAD, EASTON, PA 18045**

Race: **White** Sex: **Female** Age: **44**
Height: **5'0"** Weight: **130** Hair: **Brown** Glasses: **Yes**

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/20/2024.

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Gordon R Crowell JR
Gordon R. Crowell Jr.