# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 1:24-cv-1969**

---

**Nima Gharavi and Right Call Officials, Inc.**

Plaintiff

**vs.**

**Flosports, Inc., et al.**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Verified Complaint For Injunctive and Other Relief; Exhibits**

| | |
|---|---|
| PARTY SERVED: | **JESSICA PRESLEY** |
| PERSON SERVED: | **JOHN DOE (REFUSED NAME), CO-OCCUPANT** |
| METHOD OF SERVICE: | **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. |
| DATE & TIME OF DELIVERY: | **3/26/2024 at 5:53 PM** |
| ADDRESS, CITY AND STATE: | **235 E PARKWAY DRIVE, MADISON, OH 44057** |

Race: **White** Sex: **Male** Age: **38**
Height: **5'10"** Weight: **190** Hair: **Hat** Glasses: **No**

**COMMENTS: I went the house and was told Jessica didn't live here and the homeowner slammed the door in my face. So I started walking away and this guy threatens me. So I call local pd and the officer comes out and helps me deliver these documents. While talking to the homeowner with the police officer, The homeowner knows all about the case and confirmed Jessica lived there. I left the documents with the homeowner. He was wearing a hat so his hair color was unable to be determined.**

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/28/2024.

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Dylan Dwyer
Dylan Dwyer