# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 1:24-cv-1969**

---

**Nima Gharavi and Right Call Officials, Inc.**

Plaintiff

**vs.**

**Flosports, Inc., et al.**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Verified Complaint For Injunctive and Other Relief; Exhibits**

| | | | | |
|---|---|---|---|---|
| PARTY SERVED: | **PATRICK MINEO** | | | |
| METHOD OF SERVICE: | **Personal Service** - By personally delivering copies to **PATRICK MINEO** | | | |
| DATE & TIME OF DELIVERY: | **3/26/2024 at 7:55 AM** | | | |
| ADDRESS, CITY AND STATE: | **1343 ADAMS ST, NORTHAMPTON, PA 18067** | | | |
| DESCRIPTION: | Race: **White** | Sex: **Male** | Age: **34** | |
| | Height: **5'8"** | Weight: **180** | Hair: **Brown** | Glasses: **No** |

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 3/28/2024.

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Gordon R Crowell JR

Gordon R. Crowell Jr.

---

CLIENT: **Swanson, Martin & Bell, LLP**
FILE #:

Job #: **566734**