BC

FILED
4/4/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VKM

Willie Saylor and MatScouts LLC
2989 Old Nazareth Rd
Easton, Pa 18045
610-762-9143

Case # 1:24-cv - 1969

Pleads: Not Guilty