# EXHIBIT A

**MatScouts** ✓
@MatScouts1

👑🍩🤼

Joined October 2010 · 49.6K Followers

Followed by ICWOA, Coach Beres Buffalo Grove H.S. Wrestling, and 176 others you follow

> Hi Willie, Thanks for everything that you do for the sport. I know helping to rescue the Midlands is only just the most recent example of an endless list.
>
> Reaching out because I saw that the press release directed media inquiries to you. I had a media pass all squared away via Northwestern for the original Midlands, so now just looking to understand how to obtain one for the Matmen Open.
>
> Thanks again, and Merry Christmas.
>
> Dec 24, 2021, 7:17 PM

that will go through me as well. can you please email me so i have it documented that way. thanks nima
Dec 24, 2021, 7:21 PM

> Absolutely. Thank you, sir
> Dec 24, 2021, 7:21 PM

> Hey there, I know you've got a million things on your plate, so I apologize for being a pest... just checking back on this since we're 48 hours away. Thanks!
> Dec 27, 2021, 11:24 AM

can you email me - willie@matscouts.com
Dec 27, 2021, 11:41 AM

> Oh, did my email on Friday not make it through?
> Dec 27, 2021, 11:42 AM

it's possible i missed it. can you resend
Dec 27, 2021, 11:43 AM

> Yes sir
> Dec 27, 2021, 11:43 AM

> Sent. Thanks
> Dec 27, 2021, 11:44 AM

why are all your wrestling videos on porn sites?
May 24, 2023, 3:49 PM

> youtube.com
> **Midwest Wrestle**

> The amount of time I spend filing DMCA reports often makes me want to quit. It's like a many-headed hydra... every account I get shut down, two new ones sprout up in their place. And getting one shut down takes months. And that's only when they accept my reports, I often get rejected on B.S. grounds. And that's only when they actually respond, plenty of platforms completely ignore me. This platform we're on now is the absolute worst, I have completely given up on trying to get Twitter to take anything down, they just ignore me.
>
> About a year ago I tried to scare people off but they don't care:
> youtube.com/post/UgkxeSTi...

**EXHIBIT A**

