# EXHIBIT B

**[INTENTIONALLY OMITTED WITHOUT PREJUDICE]**