# **EXHIBIT C**



June 2, 2023

Nima Gharavi

      **RE:    Cease and Desist—Violation of FloSports' Exclusive Media Rights Agreements**

Mr. Gharavi,

    FloSports holds exclusive media rights with respect to a number of events uploaded to your Midwest Wrestle YouTube channel. In particular, I make note of your videos from the 2021 Super 32 wrestling event among others that were the subject of takedown notices against which you subsequently counterclaimed.

    FloSports has the exclusive rights to record and distribute all mats at the wrestling events it broadcasts, whether or not it chooses to exercise such rights. You can access our full schedule of wrestling events at: [https://www.flowrestling.org/events](https://www.flowrestling.org/events). Any live, delayed, or on-demand distribution of competition from any of these events on your YouTube channel or otherwise is prohibited by our media rights agreements and would interfere with our existing contractual relationships and the economic benefit we derive therefrom. Please immediately remove all content from events on our schedule from your YouTube channel, and cease and desist from posting further content from any such events.

    Your immediate compliance with our request is particularly important because – as has been brought to your attention – videos posted to your channel are being widely shared on pornographic web sites around the world. Despite your awareness of this deeply disturbing use of your channel's content, you have failed to block embedding or take other action to prevent this exploitative use of "your" videos. Instead, you appear to be monetizing them.

    Some of your videos of relatively unknown and unheralded youth wrestlers have over one million views; we think we know why, and we think you do also. In this instance, we are particularly motivated to enforce our exclusive rights, and we will not warn you again.

**EXHIBIT C**

2

      This letter is not intended as a full recitation of the facts or a complete review of applicable law. Nothing contained in or omitted from this letter is or should be deemed to be a limitation, restriction, or waiver of any of FloSports' rights or remedies, either at law or in equity. FloSports expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages and attorneys' fees.

      Sincerely,

      Paul Hurdlow
      EVP & General Counsel
      FloSports, Inc.

cc: Karen Burgess, Esq.