# EXHIBIT D



David M. Gonzalez <david@sg-llp.com>

---

**Litigation Hold**

---

**Karen Burgess** <kburgess@burgesslawpc.com>  Mon, Jul 10, 2023 at 8:38 PM
To: Josh Smith <joshsmith2020@gmail.com>, Katie Galaviz <kgalaviz@burgesslawpc.com>, Eric Boucheron <eboucheron@burgesslawpc.com>
Cc: Paul Hurdlow <paul.hurdlow@flosports.tv>, "David M. Gonzalez" <david@sg-llp.com>

Hi Josh.

I represent FloSports, and I understand that you may represent Nima Gharavi. Could you update us on the status of that engagement? Regardless of the outcome, please ensure that Mr Gharavi gets this litigation hold notice, and please confirm once you've shared it with him.

Mr. Gharavi continues to publish competition video from wrestling events to which Flo holds exclusive media rights. He promotes many of his videos using thumbnail images that emphasize the genitalia of the wrestlers, generally high school students. As a result, a number of Gharavi's videos are distributed on pornographic websites around the world. And not only does Mr. Gharavi know about it, he has chosen to monetize this distribution of child pornography.

FloSports sent Gharavi a cease and desist letter (attached) that put him on notice of the exclusive nature of its media rights and requests that he take down videos from events listed on our FloWrestling schedule. He has not done so.

We are considering litigation against Gharavi, and in our preparations, we noticed that Gharavi is altering the thumbnail images on some of his videos, re-cropping them so that the wrestlers' genitalia, which was formerly prominently featured in his image, is no longer visible.

FloSports is not asking Mr. Gharavi to keep these on his site. In fact, Flo has exclusive rights to the videos, and has demanded he remove them. However, Mr. Gharavi needs to preserve ***all*** potential evidence relating to our claim or any defense, including the original videos and still/thumbnails images.

Likewise, please make sure that Mr. Gharavi understands his duty to preserve other items, including email, text messages, Slack or other online communications, hard copy documents and files, photographs, audio recordings, videos, spreadsheets, databases, calendars, internet usage files, and all other electronic information created, received, and/or maintained on computer systems. These items could exist in hard copy files, on computer hard drives, removable media, laptop computers, tablets, smartphones or anything else on which hard copy or electronic data is stored. As part of the preservation process, please instruct him to

**EXHIBIT D**

suspend deletion, overwriting, or any other replacement/destruction of relevant documents and data.

Please let me know if you have any questions and confirm Mr. Gharavi's receipt of this litigation hold notice.

Regards,
Karen



Karen C. Burgess
**BURGESS LAW PC**

404 West 13th Street, Austin, Texas 78701
(512) 482-8808
kburgess@burgesslawpc.com    BurgessLawPC.com
**Board Certified Civil Trial Law**

