# EXHIBIT G

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Christian Pyles on X: "Huge problem. We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him. There's one just as bad, if not worse who is scarily enough an official. Flo has done everything in power, leveraging partners, etc to…" / X |
| Capture URL: | https://twitter.com/CPyles8/status/1741132456768557458 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:06:29 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:07:10 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | sQyURXyGLobuw7RBb2afbx |
| User: | smb-ndombrowski |

PDF REFERENCE #:        mtfrazXjSDqhaR41

**EXHIBIT G**



X

Settings

← Post

**Christian Pyles** @CPyles8

Huge problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.

There's one just as bad, if not worse who is scarily enough an official.

Flo has done everything in power, leveraging partners, etc to get him out.

He threatens to sue constantly.

It's true evil. Ive seen other content creators naively laud this guys work. Not knowing the incredible view counts (which eclipse the most viewed sr level/NCAA matches in history) are from people with twisted desires.

> **Allyson Schwab** @allysonschwab · Dec 30, 2023
> Ok real talk.
>
> I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as…
> Show more

4:21 PM · Dec 30, 2023 · **355.9K** Views

**9** Reposts **7** Quotes **108** Likes **13** Bookmarks

13

New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Christian Pyles** @CPyles8 Follow
Content Director @FloSports. @FloWrestling, @FloGrappling. Instagram: @CPyles

**Allyson Schwab** @allysonschwab Follow
A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

# Post

**Christian Pyles** ✓
@CPyles8

Huge  problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.

There's one just as bad, if not worse who is scarily enough an official.

Flo has done everything in power, leveraging partners, etc to get him out.

He threatens to sue constantly.

It's true evil.  Ive seen other content creators naively laud this guys work. Not knowing the incredible view counts (which eclipse the most viewed sr level/NCAA matches in history) are from people with twisted desires.

> **Allyson Schwab** ✓  @allysonschwab · Dec 30, 2023
> Ok real talk.
>
> I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo  as a way to prote...
> Show more

10:21 AM · Dec 30, 2023 · **349.9K** Views

💬 16          ⟲ 16          ♡ 108          🔖 13          ⬆️

Post your reply                                    **Reply**

**dbeshada** ✓ @dbeshada1 · Dec 30, 2023
Interesting, inasmuch as Flo employed and continues to support Dan a/k/a "Nomad" (and you personally protected him), after his creepy tactics towards young women (and likely other stuff that was simply never made public).

So, was your tweet solely to get some public...
Show more

💬 3          ⟲ 2          ♡ 68          📊 21K          🔖 ⬆️

**Shea Foster** ✓ @Ric_0_Shea · Dec 30, 2023
That's sad that people have to worry about stuff like this.  It's almost like you need a watchdog website to help sort this out at the levels.  If Flo is sponsoring a tournament do you control who can take pictures?

💬          ⟲          ♡ 1          📊 12K          🔖 ⬆️

**Baby Grajales** @WorstYoungest · Dec 30, 2023
Curious if Nomad is going to like this tweet

💬 2          ⟲ 1          ♡ 50          📊 8.4K          🔖 ⬆️

**Hawk In IC** @IAChief32 · Dec 30, 2023
What are they doing? A little bit lost here.

💬 1          ⟲          ♡ 2          📊 5.6K          🔖 ⬆️

**Dean Wrestling** @deanofwrestlin · Dec 30, 2023
How do we go about finding out who you are talking about?  I don't want to promote or even watch a video from an account like that?

💬 2          ⟲          ♡ 7          📊 8.1K          🔖 ⬆️

**Glenn Confessore** @GlennConfessore · Dec 30, 2023
But yet you have no problem still being cool with Nomad

💬          ⟲          ♡ 2          📊 1.6K          🔖 ⬆️

**Stiles** @RStilinski · Dec 30, 2023
Why don't kids just where shorts, likely get more involved too.

💬 1          ⟲          ♡          📊 1.9K          🔖 ⬆️

**Chuck Yorks** @chuck_yorks · Dec 31, 2023
Thank you CP. Persist.

💬          ⟲          ♡          📊 295          🔖 ⬆️

**henry hankovitch** @huffyhenry77 · Dec 30, 2023
Name names.

💬          ⟲          ♡ 1          📊 5.2K          🔖 ⬆️

**Jesse's Wrestling Show** @jesse_esselman · Dec 30, 2023
People are sick.  If high school wrestling matches that nobody has ever heard of are getting 500k views you know something is up.  Hopefully they can be stopped.

**Page Vault**

| | |
|---|---|
| Document title: | Christian Pyles on X: "With both of these parasites, we had a moment where we (Flo staff) felt we "got em!" Despite all the evidence presented to law enforcement, governing bodies, NWMA, both individuals are still at wrestling events all the time. Sometimes as an official, sometimes shooting. Not…" / X |
| Capture URL: | https://twitter.com/CPyles8/status/1741157012677828702 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:07:27 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:07:57 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | iZmwY8zRey733R3WykGrvS |
| User: | smb-ndombrowski |

PDF REFERENCE #:     5xmcg5StqAVLWC2jaqt1zv



Post



Settings



**Christian Pyles** ✔
@CPyles8

···

With both of these parasites, we had a moment where we (Flo staff) felt we "got em!" Despite all the evidence presented to law enforcement, governing bodies, NWMA, both individuals are still at wrestling events all the time.  Sometimes as an official, sometimes shooting.  Not just college.  Youth, HS as well.  Minors.  When I say it's kept me/us up some nights, it's not hyperbole.  It's a helpless feeling knowing they are still around, and even worse to feel mostly stifled in what you can say due to their threat of legal action.

This whole situation has been really disturbing for me and the entire Flo team.  We discovered the IA guy, he is still running around to various HS and non d1 events (got kicked out of a d1 event this weekend) and posting content.  So disturbing he's not black balled entirely, but no mechanism really exists for that.

When we figured out what the official was doing, we had what we thought was "everything" figured out.  We collected it all.  Presented it to higher ups at Flo who escalated it widely to various authorities and wrestling leadership.  This guy is still running around doing the same thing.  Youth, HS, college and still an official as of this season.

When he learned that we knew about all the tactics he was utilizing, he made immediate adjustments to his page, trying to change his thumbnails back to less suggestive images.



**Christian Pyles** ✔ @CPyles8 · Dec 30, 2023
Huge  problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.
...
Show more

5:59 PM · Dec 30, 2023 · **77.4K** Views

**6** Reposts   **2** Quotes   **53** Likes   **3** Bookmarks

💬          ↻          ♡          🔖 **3**          ⬆️

**New to X?**

Sign up now to get your own personalized timeline!

🔵 Sign up with Google

🍎 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**



**Christian Pyles** ✔
@CPyles8                                    Follow

Content Director @FloSports.
@FloWrestling, @FloGrappling.
Instagram: @CPyles

Trends are unavailable.

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

 Log in    Sign up

Document title: Christian Pyles on X: &quot;With both of these parasites, we had a moment where we (Flo staff) felt we &quot;got em!&quot; Despite all the evidence…
Capture URL: https://twitter.com/CPyles8/status/1741157012677828702
Capture timestamp (UTC): Thu, 04 Jan 2024 21:07:57 GMT

# Post

**Christian Pyles** ✓ @CPyles8

With both of these parasites, we had a moment where we (Flo staff) felt we "got em!" Despite all the evidence presented to law enforcement, governing bodies, NWMA, both individuals are still at wrestling events all the time. Sometimes as an official, sometimes shooting. Not just college. Youth, HS as well. Minors. When I say it's kept me/us up some nights, it's not hyperbole. It's a helpless feeling knowing they are still around, and even worse to feel mostly stifled in what you can say due to their threat of legal action.

This whole situation has been really disturbing for me and the entire Flo team. We discovered the IA guy, he is still running around to various HS and non d1 events (got kicked out of a d1 event this weekend) and posting content. So disturbing he's not black balled entirely, but no mechanism really exists for that.

When we figured out what the official was doing, we had what we thought was "everything" figured out. We collected it all. Presented it to higher ups at Flo who escalated it widely to various authorities and wrestling leadership. This guy is still running around doing the same thing. Youth, HS, college and still an official as of this season.

When he learned that we knew about all the tactics he was utilizing, he made immediate adjustments to his page, trying to change his thumbnails back to less suggestive images.

> **Christian Pyles** ✓ @CPyles8 · Dec 30, 2023
> Huge **problem.**
>
> We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.
> ...
> Show more

11:59 AM · Dec 30, 2023 · **76.8K** Views

💬 15          ↻ 8          ♡ 53          🔖 3          ⬆

Post your reply                                    **Reply**

**FightOracle ™** ✓ @fightoracle · Dec 30, 2023
Name the guy. Cant protect these people.
💬 4          ↻ 1          ♡ 15          📊 7.2K          🔖 ⬆

**Bridgett Svoboda** @BridgettSvoboda · Dec 30, 2023
Found videos of my 12 year old with over 50k+ views and unusual comments with links to external sites. We had them taken down but he is still an official and actually spoke to my child about it at a meet this year.
💬 2          ↻ 3          ♡ 10          📊 20K          🔖 ⬆

**Jason** @jason_hernan · Dec 30, 2023
What is happening exactly?
💬 2          ↻          ♡ 6          📊 4.4K          🔖 ⬆

**Mike Wilson** @Wilson99R · Dec 30, 2023
Name names, the wrestling community, coaches (event organizers) and parents are the mechanism that will 'black ball' him from events.
💬          ↻          ♡ 3          📊 2K          🔖 ⬆

**Sam Mead** @SamRMead89 · Dec 30, 2023
What is happening?? I am clueless
💬 1          ↻          ♡          📊 3.1K          🔖 ⬆

**GoWithTheFlo** @GoWithT58890605 · Dec 31, 2023
Check @MatScouts1 and @Jagger712
💬          ↻          ♡          📊 584          🔖 ⬆

**sacking** @steelcity323 · Dec 30, 2023
Please message me. I may be able to help a little bit.
💬          ↻          ♡          📊 1.3K          🔖 ⬆

**me** @Epointerdog · Dec 30, 2023
I'm
Lost
💬          ↻          ♡          📊 1.3K          🔖 ⬆

**Trevor crosson** @crosson_trevor · 21h
Someone here knows the names of these 2 pedos. Time to come clean who are they



Post your reply                                    Reply

**FightOracle ™ ✔** @fightoracle · Dec 30, 2023
Name the guy. Cant protect these people.
💬 4        ⟲ 1        ♡ 15        📊 7.2K

**Bridgett Svoboda** @BridgettSvoboda · Dec 30, 2023
Found videos of my 12 year old with over 50k+ views and unusual comments with links to external sites.  We had them taken down but he is still an official and actually spoke to my child about it at a meet this year.
💬 2        ⟲ 3        ♡ 10        📊 20K

**Jason** @jason__hernan · Dec 30, 2023
What is happening exactly?
💬 2        ⟲         ♡ 6        📊 4.4K

**Mike Wilson** @Wilson99R · Dec 30, 2023
Name names, the wrestling community, coaches (event organizers) and parents are the mechanism that will 'black ball' him from events.
💬         ⟲         ♡ 3        📊 2K

**Sam Mead** @SamRMead89 · Dec 30, 2023
What is happening?? I am clueless
💬 1        ⟲         ♡         📊 3.1K

**GoWithTheFlo** @GoWithT58890605 · Dec 31, 2023
Check @MatScouts1 and @Jagger712
💬         ⟲         ♡         📊 584

**sacking** @steelcity323 · Dec 30, 2023
Please message me. I may be able to help a little bit.
💬         ⟲         ♡         📊 1.3K

**me** @Epointerdog · Dec 30, 2023
I'm
Lost
💬         ⟲         ♡         📊 1.3K

**Trevor crosson** @crosson_trevor · 21h
Someone here knows the names of these 2 pedos.  Time to come clean who are they
💬         ⟲         ♡         📊 55

**Alex** @1990AO1974 · Dec 30, 2023
Name and shame. Let the mob handle the rest.
💬         ⟲         ♡         📊 3.2K

**The Vision Quest Podcast** @gunner790308 · Dec 30, 2023
I have absolutely NO PROBLEMS outting these guys. Message me if needed. I don't need my kid on these creeps sites...ever. I'll gladly do prison time if they think they will.
💬         ⟲         ♡ 2        📊 2.1K

## More replies

**R. Yeager** @randiyeager13 · Dec 30, 2023
Yup. When people want to know why it takes so long to edit photos....its because I'm making sure your kids aren't be objectified and weeding out/editing anything that some sicko on the internet could find appealing. Until these situations came up I had no idea it was a thing, and
💬 1        ⟲         ♡ 6        📊 790

**Tyler** @Tyler_PA_ · Dec 30, 2023
Someone has to know who this is about. Expose them.
💬         ⟲         ♡         📊 1.6K

**Roy McCoy** @RoyMcCo33308513 · Dec 31, 2023
Sorry, but this doesn't bode well... you're the guy who let Nomad hang around all that time while he was taking photos, asking for bikini shots.. etc. Take care of your own house first.
💬 1        ⟲         ♡ 2        📊 236

**Joe B** @joeb1771 · Dec 30, 2023
Get the name out in public. What the hell are you waiting for?
💬         ⟲         ♡         📊 915

🔒 Page Vault

Document title:            Christian Pyles on X: "I've seen parents of totally unknown wrestlers THANK this guy
                           for the video of their child getting hundreds of thousands of views. Imagine being that
                           head in the clouds about what is actually happening. The comment counts are very
                           low relative to the views because he leaves… https://t.co/KgeyTFcMhQ" / X

Capture URL:               https://twitter.com/CPyles8/status/1741161741197750487

Page loaded at (UTC):      Thu, 04 Jan 2024 21:08:49 GMT

Capture timestamp (UTC):   Thu, 04 Jan 2024 21:09:13 GMT

Capture tool:              10.40.0

Collection server IP:      54.145.42.72

Browser engine:            Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)
                           Chrome/118.0.5993.159 Safari/537.36

Operating system:          Linux (Node 18.17.1)

PDF length:                2

Capture ID:                rQ1BtoD6AkJbHvDEZGt3ve

User:                      smb-ndombrowski

PDF REFERENCE #:        quvBWrAySNSFZ3q8k6rp13



X

Settings

**Post**

New to X?

Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Christian Pyles** ✓
@CPyles8

...

I've seen parents of totally unknown wrestlers THANK this guy for the video of their child getting hundreds of thousands of views.

Imagine being that head in the clouds about what is actually happening.

The comment counts are very low relative to the views because he leaves embed (and monetization) function on so the videos can be embedded on OTHER sites.

6:18 PM · Dec 30, 2023 · **30.7K** Views

**2** Reposts   **39** Likes   **2** Bookmarks

💬          ⟲          ♡          🔖 2          ⬆️

### Relevant people



**Christian Pyles** ✓
@CPyles8

Follow

Content Director @FloSports. @FloWrestling, @FloGrappling. Instagram: @CPyles

Trends are unavailable.

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

# Post

**Christian Pyles** ✓
@CPyles8

I've seen parents of totally unknown wrestlers THANK this guy for the video of their child getting hundreds of thousands of views.

Imagine being that head in the clouds about what is actually happening.

The comment counts are very low relative to the views because he leaves embed (and monetization) function on so the videos can be embedded on OTHER sites.

12:18 PM · Dec 30, 2023 · **30.2K** Views

💬 3          ⟲ 2          ♡ 39          🔖 2          ⬆

Post your reply                                    Reply

## More replies



**Tony Cozzolino** @3rdCoSo · Dec 30, 2023          ···
Apparently @Jagger712 and @Rhino184 are the only two non 🟠's who actually want the problem to be known.

💬          ⟲ 1          ♡ 8          ▥ 11K          🔖 ⬆



**Criteria-over-OT** 🇺🇸 @FanOfCriteria · Dec 30, 2023          ···
Why not just put his name out there? I'm the best interest of protecting these children

💬 1          ⟲          ♡          ▥ 2.1K          🔖 ⬆

**Pat** @PatMcGroynn · Dec 30, 2023          ···
If you know who he is and you see him at kids tournaments, why don't you beat the shit out of him and call them out for who they are?

I know you won't bc you're a pussy, just like the rest of wrestling media. Reason why wrestling is a dying sport to begin with.

💬 2          ⟲          ♡ 1          ▥ 1.4K          🔖 ⬆

**Page Vault**

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 3 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/3/ |
| Page loaded at (UTC): | Mon, 08 Jan 2024 20:24:55 GMT |
| Capture timestamp (UTC): | Mon, 08 Jan 2024 20:25:35 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 11 |
| Capture ID: | wjz2XH1CsD16gPcRDBArjK |
| User: | smb-ndombrowski |

PDF REFERENCE #:          caccjP3i7nMGG6VZ1lueFV



InterMat

Articles | Rankings | Forums | College Commitments | Jobs | MatScouts | Subscriptions | Clubs | More

Existing user? Sign In ▾    Sign Up

Search...

Home › Forums › Wrestling › College Wrestling › Creeps in the wrestling community - What can we do about it?

All Activity

# Creeps in the wrestling community - What can we do about it?

By flyingcement
December 30, 2023 in College Wrestling

Share    Followers  3

« PREV  1  2  **3**  4  5  6  7  8  NEXT  »    Page 3 of 8 ▾

### jchapman

Members

💬 421

Posted December 31, 2023    •••

> On 12/31/2023 at 8:48 PM, 1032004 said:
>
> Makes sense. I saw Pyles saying one of the guys threatened legal action against them, would that be the likely argument?

Not sure, probably talking about civil action. The 1st Amendment guarantees it can't be a crime.

❤ 2

### ILLINIWrestlingBlog

Members

💬 620

Posted December 31, 2023    •••

> On 12/31/2023 at 9:25 PM, Mr. PeanutButter said:
>
> For my part, I reported the account on x and YouTube. Not sure what other action I should be taking

This. People can do this. Also, everybody can put a comment at the bottom of the videos saying something like:

"You need to disable commenting. Are you seeing this, @YouTube?"

As for your assertion here: "The video quality isn't in the crux of the matter," well, then answer the question that I posed to Jason: Would anybody watch the videos if they were at 360 pixels?

The answer is obvious. Nobody is suggesting that taking advantage of children in this way is a good thing. That's like duh.

❤ 1

### Antitroll2828

Posted January 1    •••

> On 12/31/2023 at 8:46 PM, Jim L said:

## Replies 178 | Created Dec 30 | Last Reply 1 dy

### TOP POSTERS IN THIS TOPIC

- flyingcem... 21 posts
- 1032004 19 posts
- Antitroll2... 11 posts
- Ohio Elite 10 posts

### POPULAR DAYS

- Jan 2 2024 63 posts
- Dec 30 2023 37 posts
- Jan 1 2024 28 posts
- Dec 31 2023 18 posts

### POPULAR POSTS

**Jon_Kozak**
January 1

A few things to add here that haven't been covered: -His videos (of minors) are embedded on porn sites  -Many of his most...

**BobDole**
Wednesday at 01:52 AM

Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

**Winners Circle**
January 1

New username, new year, new me boys. 😊

### POSTED IMAGES

Why don't you take a seat over

### Latest Rankings

**NCAA DI Rankings**
Updated Wednesday at 03:40 PM

**NCAA DII Rankings**
Updated December 5, 2023



**Antitroll2828**

A

Members

💬 482

Posted January 1

> On 12/31/2023 at 8:46 PM, Jim L said:
>
> WTF bring up that the victim was an illegall alien?

Bc he was ....

**1032004**

1

Members

💬 2.2k

Posted January 1

> On 12/31/2023 at 7:24 PM, Antitroll2828 said:
>
> Legal action is literally never the best way to deal with predators especially ones that target children, law enforcement knows about these guys and have done nothing , and hell nothing will happen if law enforcement makes a move , a teacher in my town was arrested for being a serial predator for years , even posing as a 12 yr old victims father and forcing her to get an abortion and this career predator who was tied to ruining the lives of 8 different little girls got 4 years in prison , served a little over 2 and half and got out , meanwhile same town 19 year old kid with no record hits an illegal alien riding a bicycle the wrong way with no lights on the highway and because he blew a
>
> Expand ⌄

Did the guy on the bike die?

**flyingcement**                    Author

Members

💬 3.2k

Posted January 1

> On 12/31/2023 at 10:19 PM, ILLINIWrestlingBlog said:
>
> This. People can do this. Also, everybody can put a comment at the bottom of the videos saying something like:
>
> "You need to disable commenting. Are you seeing this, @YouTube?"
>
> As for your assertion here: "The video quality isn't in the crux of the matter," well, then answer the question that I posed to Jason: Would anybody watch the videos if they were at 360 pixels?
>
> Expand ⌄

I think that seems to be more of a consensus way of approaching the situation. As for me, when faced with similar issues, I have had more success in resolutions which are outside of the legal process. I think that is a shame but that's been my experience

💙 1

**1032004**

1

Members

💬 2.2k

Posted January 1

> On 12/31/2023 at 9:25 PM, Mr. PeanutButter said:
>
> Homeboy,
>
> The video quality isn't in the crux of the matter. It's that, this particular creep, frames and crops his thumbnails in such a manner as to bring attention to certain body parts. The situation becomes significantly worse by virtue of the aggressive editing he does on the thumbnails - cranking up the contrast and sharpness to the max, making certain outlines and contours stand out visibly. His thumbnails in a lot of his more recent videos seem innocuous enough but the VAST majority of his
>
> Expand ⌄

**Latest Rankings**

NCAA DI Rankings
Updated Wednesday at 03:40 PM

NCAA DII Rankings
Updated December 5, 2023

NCAA DIII Rankings
Updated November 3, 2023

NJCAA Rankings
Updated December 25, 2022

**College Commitments**

**Mason Kernan**

Bethel Park, Pennsylvania
Class of 2024
Committed to West Virginia
Projected Weight: 133

**William Henckel**

Blair Academy, New Jersey
Class of 2025
Committed to Penn State
Projected Weight: 174

thumbnails in such a manner as to bring attention to certain body parts. The situation becomes significantly worse by virtue of the aggressive editing he does on the thumbnails - cranking up the contrast and sharpness to the max, making certain outlines and contours stand out visibly. His thumbnails in a lot of his more recent videos seem innocuous enough but the VAST majority of his

Expand ⌄

Super weird that his last 7 video uploads (spread out over multiple days) are all from some random Christmas tournament in 2021. Clearly he's not posting these videos for wrestling fans to watch them

---

**Jim L**

Members

💬 190

Posted January 1

•••

> **On 1/1/2024 at 3:05 AM, Antitroll2828 said:**
>
> Bc he was ....

The victim's status is clearly only mentioned to try to lessen the perceived severity of the crime. If he was a US citizen would the crime been worse?

I also need to see a link before I really believe this story.

💙 3

---

**Idaho**

Members

💬 1.9k

Posted January 1

•••

> **On 1/1/2024 at 3:30 PM, Jim L said:**
>
> The victim's status is clearly only mentioned to try to lessen the perceived severity of the crime. If he was a US citizen would the crime been worse?

Yeah, we would never have a political group that would use illegal status to actually heighten a crime...

Sponsored by **INTERMAT** ⭐⭐⭐⭐

---

**Jon_Kozak**

Members

💬 31

Posted January 1

•••

A few things to add here that haven't been covered:

-His videos (of minors) are embedded on porn sites

-Many of his most viewed videos have large portions that don't feature wrestling (wrestlers walking around during injury time/blood time)

-He films and uploads videos without having permission/rights to the events

Most recently he wasn't credentialed for Midlands and filmed anyway before he got kicked out by Storniolo.

We've tried to strike his channel for copyright infringement because that's what we can actually prove. We're still working through it but things have gotten tricky where we've had to bring in legal.

💙 5   😮 9

---

**1032004**

Posted January 1

•••

> **On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:**

---

Committed to Penn State
Weight: 174

**Nathan Desmond**

Wyoming Seminary, Pennsylvania
Class of 2025
Committed to Penn State
Projected Weight: 133

**Chase Van Hoven**

Brooke Point, Virginia
Class of 2025
Committed to Lehigh
Projected Weight: 157

**Devon Miller**

Edmond North, Oklahoma
Class of 2025
Committed to Navy
Projected Weight: 125, 133



Document title: Creeps in the wrestling community - What can we do about it? - Page 3 - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/3/
Capture timestamp (UTC): Mon, 08 Jan 2024 20:25:35 GMT
Page 3 of 10



**1032004**

Posted January 1

Members

💬 2.2k

> On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:
>
> Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?
>
> Flo videos are frequently 360p or worse.
>
> It sucks that they are being used in a way that is harmful to children. As a community, what do we

Expand ▾

Well, you might want to delete this tweet...

Also, gotta give credit to Minnow actually using his reach for good.

❤ 1



❤ 1

**Winners Circle**

Members

💬 93
I love Bob Dole

Posted January 1 ···

Just want it on the record. I am NOT Midwest Wrestle from YouTube. I am from Missouri and have never reffed a match in my life.

❤ 3  😂 2

**Jason Bryant**

Members

💬 622

Posted January 1 ···

> On 1/1/2024 at 8:00 PM, MidwestWrest said:
>
> Just want it on the record. I am NOT Midwest Wrestle from YouTube. I am from Missouri and have never reffed a match in my life.

suggestion: dm the mods here and get them to change your username.

❤ 3

*Jason Bryant hasn't worked here since 2008.*

**Winners Circle**

Members

💬 93
I love Bob Dole

Posted January 1 ···

> On 1/1/2024 at 9:13 PM, Jason Bryant said:
>
> suggestion: dm the mods here and get them to change your username.

Will do. Thanks JB.

❤ 2

**Winners Circle**

Members

💬 93
I love Bob Dole

Posted January 1 ···

> On 1/1/2024 at 9:32 PM, Winners Circle said:
>
> Will do. Thanks JB.

New username, new year, new me boys. 😎

❤ 9  😀 1

**FanOfPurdueWrestling**

Posted January 1 ···



🗨 93
I love Bob Dole

❤ 9    1

**FanOfPurdueWrestling**

Members

🗨 73

Posted January 1

It should take exactly one instance of something like this occurring for every state governing body to begin to phase out the singlet. No HS boy wants their junk on display to their friends and family.

Anyone that is a "purist" and takes issue to combat shorts and compression shirt should be shown these allegations, videos from these creeps, and if they are still against it should be considered complacent and enablers to children's sexual exploitation. Simple as that. Could phase them out in 2 years if there was anyone in charge with half a brain.

❤ 4

**FanOfPurdueWrestling**

Members

🗨 73

Posted January 1

> On 12/31/2023 at 6:14 PM, scribers said:
>
> Solution = no more singlets. MMA style combat gear instead

It's so simple, quit making our sport so easy to sexualize and make fun of....

❤ 3

**Winners Circle**

Members

🗨 93
I love Bob Dole

Posted January 1

> On 1/1/2024 at 10:21 PM, FanOfPurdueWrestling said:
>
> It should take exactly one instance of something like this occurring for every state governing body to begin to phase out the singlet. No HS boy wants their junk on display to their friends and family.
>
> Anyone that is a "purist" and takes issue to combat shorts and compression shirt should be shown these allegations, videos from these creeps, and if they are still against it should be considered complacent and enablers to children's sexual exploitation. Simple as that. Could phase them out in
>
> Expand ▾

> On 1/1/2024 at 10:29 PM, FanOfPurdueWrestling said:
>
> It's so simple, quit making our sport so easy to sexualize and make fun of....

I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

❤ 2

**gimpeltf**

Posted January 1

Perhaps reporting to SafeSport might help- at least with USAW events.

**gimpeltf**

Members

💬 718

Posted January 1

···

Perhaps reporting to SafeSport might help- at least with USAW events.

🏆 1

---

**FanOfPurdueWrestling**

Members

💬 73

Posted January 1

···

> On 1/1/2024 at 10:37 PM, Winners Circle said:
>
> I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

There are going to be sick people everywhere, but giving them a free pass to look at children in revealing clothing isn't helping.

💙 4    🏆 1

---

**FanOfPurdueWrestling**

Members

💬 73

Posted January 1

···

> On 1/1/2024 at 10:41 PM, FanOfPurdueWrestling said:
>
> There are going to be sick people everywhere, but giving them a free pass to look at children in revealing clothing isn't helping.

Additionally, this isn't about the kids being touched. That is an entirely other Fuc*ed up issue.

Women in revealing clothes don't deserve to be raped but they do expect to be sexualized to a degree. Same as we would expect a pedo to do to an exposed child.

If you're not willing to take this step/advocate for it to make children less revealed you are complacent.

---

**scribers**

Members

💬 170

Posted January 1

···

> On 1/1/2024 at 10:29 PM, FanOfPurdueWrestling said:
>
> It's so simple, quit making our sport so easy to sexualize and make fun of....

We've been yelling about this for decades.

There are weirdos out there that no one can fix until they actually cross lines. Thinking awful things is not a crime until they actually assault.

And there are the weirdo enablers governing this sport who are too imbecilic to figure out the simple solution.

Members

💬 170

There are weirdos out there that no one can fix until they actually cross lines. Thinking awful things is not a crime until they actually assault.

And there are the weirdo enablers governing this sport who are too imbecilic to figure out the simple solution.

♥ 4

**BAC**



Members

💬 184

Posted January 1  •••

Some initial thoughts from a legal perspective.

1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you need to focus on the videos of minors, where your argument is strongest. Point out:

 (a) How if you click on the "popular" tab on Youtube (so it organizes videos by view count), almost all of the video stills (thumbnails) includes an image of the (minor) wrestler's crotch. Not a coincidence.

 (b) Specific examples of camera angles, camera focus, and the choice of which wrestler to follow during breaks, that evidence they are not focused on the wrestling but the wrestler and their anatomy.

 (c) Efforts by the videographer/photographer to seek out specific wrestlers who previously appealed to this community. Are there efforts to seek out the interview of certain wrestlers, or to take multiple videos of their matches, that is not explained by their prowess as a wrestler but, rather, by the viewcount of their last video by prurient elements?

 (d) Examples of interaction between videographer and commenters that further the notion that he is seeking to indulge their desires rather than showcase the sport of wrestling.

 (e) Find links to his website on adult websites, and seek ways to trace them to the photographer. Encourage law enforcement to find out from Youtube the identity of the URLs from which traffic is resolving.

 (f) Find examples of his work on adult websites. If no DMCA takedown notice has been done, why? Is it being licensed, and/or a royalty paid?

 (g) There are other things that can be done too which I won't mention, but an experienced investigator would know.

2. From a parental standpoint:

 (a) First and foremost, be careful about what forms/waivers you sign for your kid. If it includes filming or likeness rights, cross it out, or ask in advance to know the name and contact info of those who will be given filming rights. You are the first line of defense for your kid. If you DO sign it, keep a copy -- take a picture with your phone. And you see your kid's video online, contact the tournament organizer to see if you signed a waiver, get a copy of it, and demand to see the list of persons to whom credentials were given.

 (b) Copyright laws won't help much since you probably don't own the copyright, but if the video wasn't shot by whoever is hosting it, contact the person to shot the video, demand to know what permissions they gave, and demand they do a DMCA takedown notice. Similarly, if the video was shot without authorization of the event organizers, contact them with a demand to enforce their rights against unauthorized filmers.

 (c) Research and use child privacy laws in your state. This is going to be highly state-specific, as federal rights are more circumspect. Some state laws are more robust (e.g. California's CCPA, updated by the CPRA). Whatever form you signed, don't assume it includes a right to put a suggestive picture of your kid on the internet and profit from it. (And if your state has a crappy child privacy law, talk to your legislator.)

 (d) Research and use right of publicity laws in your state. Again, this is highly state specific, and more narrow and less useful than privacy laws, but may be useful if your kid isn't a minor, and may give a path to civil suit. A copyright defense isn't necessarily a defense to an image appropriation.

3. Reach out to your state AG's office. They have their own menu of options and may be able to pursue

by the CPRAJ.  Whatever form you signed, don't assume it includes a right to put a suggestive picture of your kid ... the internet. (Don't know if any of these apply if you're adult, however, or if you're a legislator.)

(d)  Research and use right of publicity laws in your state.  Again, this is highly state specific, more narrow and less useful than privacy laws, but may be useful if your kid isn't a minor, and may give a path to civil suit.  A copyright defense isn't necessarily a defense to an image appropriation.

3. Reach out to your state AG's office.  They have their own menu of options and may be able to pursue the photographer/videographer, whether criminally or civilly, based on some of the above avenues.

❤ 3

---

### Antitroll2828

Posted January 2

A

Members

💬 482

> On 1/1/2024 at 11:53 PM, BAC said:
>
> Some initial thoughts from a legal perspective.
>
> 1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests.  Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine."  You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you
>
> Expand ⌄

All this shit and in the end nothing will get accomplished or if it does it'll take years while clown continues to operate .. orrr 3 fathers or brothers in masks run into this guy throw him a beating , make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

❤ 2

---

### FanOfPurdueWrestling

Posted January 2

Members

💬 73

> On 1/2/2024 at 12:34 AM, Antitroll2828 said:
>
> All this shit and in the end nothing will get accomplished or if it does it'll take years while clown continues to operate .. orrr 3 fathers or brothers in masks run into this guy throw him a beating , make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

Euthanize them, there is no room for them. 👨‍🦳👨‍🦳

❤ 2

---

### billyhoyle

Posted January 2 (edited)

B

Members

💬 313

> On 1/1/2024 at 11:53 PM, BAC said:
>
> Some initial thoughts from a legal perspective.
>
> 1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests.  Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine."  You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you
>
> Expand ⌄

Youtube tells you exactly where your videos are embedded as a content creator. All law enforcement would have to do is 1. get that info from youtube.  2.  Search this person's computer and internet history

---



Members

💬 73

make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

Euthanize them, there is no room for them. 🙅‍♂️🙅‍♂️

❤️ 2

**billyhoyle**

Members

💬 313

Posted January 2 (edited)

•••

🔘 **On 1/1/2024 at 11:53 PM, BAC said:**

↗

Some initial thoughts from a legal perspective.

1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you

Expand ▾

Youtube tells you exactly where your videos are embedded as a content creator. All law enforcement would have to do is 1. get that info from youtube. 2. Search this person's computer and internet history to show he's posting stuff there.

**The real question is why doesn't youtube do this and then report it to law enforcement? Why has youtube allowed this crap on their website for so long? And why can't parents sue youtube for hosting the content and profiting off of it. Yes, Youtube has made money off of this sick shit, but for some \*\*\*ducked\*\* up reason isn't allowed to be held accountable for it.**

Edited January 2 by billyhoyle

💙 1

« PREV 1 2 **3** 4 5 6 7 8 NEXT » Page 3 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account

Sign up for a new account in our community. It's easy!

**Register a new account**

### Sign in

Already have an account? Sign in here.

**Sign In Now**

‹ Go to topic listing

Home › Forums › Wrestling › College Wrestling › Creeps in the wrestling community - What can we do about it?

✉️ All Activity

𝕏 f

Cookies

Copyright © 2023 InterMat
Powered by Invision Community



Do you know this guy?

Yesss why

He's running a YouTube page that has a bunch of match footage from events we have exclusive rights to. Just trying to get an idea of who he is and what he's about, etc.

Ooooh okay - so he mainly just obtains clips from matches (scoring situations/scenarios) that he puts into our group chat so that we can discuss and learn from one another

What's his name? Good guy?

