# EXHIBIT H

Page Vault

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/ |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:52:44 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 20:53:51 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 11 |
| Capture ID: | 9bEqd7Aa9GLfbuKBGC9NL3 |
| User: | smb-ndombrowski |

PDF REFERENCE #:      9vcnhd5tCGYvXfakPMe

EXHIBIT

H





| Replies | Created | Last Reply |
|---|---|---|
| 179 | Dec 30 | 5 dy |

# Creeps in the wrestling community - What can we do about it?

By flyingcement
December 30, 2023 in College Wrestling

Share Followers 3

1 2 3 4 5 6 NEXT » Page 1 of 8

**flyingcement**
Members
3.2k

Posted December 30, 2023

**Allyson Schwab** @allysonschwab · Follow

Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be... Show more

3:53 PM · Dec 30, 2023

349 Reply Copy link

Read 22 replies

**Christian Pyles** @CPyles8 · Follow

Huge problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.

There's one just as bad, if not worse who is scarily enough an official.

Flo has done everything in power, leveraging partners, etc to... Show more

**Allyson Schwab** @allysonschwab
Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain

TOP POSTERS IN THIS TOPIC

- flyingcem... 21 posts
- 1032004 19 posts
- Antitroll2... 11 posts
- Ohio Elite 10 posts

POPULAR DAYS

- Jan 2 2024 63 posts
- Dec 30 2023 37 posts
- Jan 1 2024 28 posts
- Dec 31 2023 18 posts

POPULAR POSTS

**Jon_Kozak** January 1
A few things to add here that haven't been covered: -His videos (of minors) are embedded on porn sites -Many of his most...

**BobDole** January 3
Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

**Winners Circle** January 1
New username, new year, new me boys. 😎

POSTED IMAGES

Latest Rankings

NCAA DI Rankings
Updated January 9

NCAA DII Rankings
Updated December 5, 2023

Flo has done everything in power, leveraging partners, etc

**Allyson Schwab** @allysonschwab

Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be...

4:21 PM · Dec 30, 2023

❤ 108    💬 Reply    🔗 Copy link

**Read 15 replies**

**MatScouts** ✔
@MatScouts1 · **Follow**

Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday.

**Christian Pyles** ✔ @CPyles8

Huge problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.

There's one just as bad, if not worse who is scarily enough an official.

Flo has done everything in power, leveraging partners, etc to...

7:06 PM · Dec 30, 2023

❤ 159    💬 Reply    🔗 Copy link

**Read 16 replies**

**Hammerlock3**

Posted December 30, 2023

can someone be a little more specific, i don't quite understand whats happening.

💬 1.1k

**Latest Rankings**

NCAA DI Rankings
Updated January 9

NCAA DII Rankings
Updated December 5, 2023

NCAA DIII Rankings
Updated November 3, 2023

NJCAA Rankings
Updated December 25, 2022

**College Commitments**

AYDEN SMITH

**COMMITTED**

**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125

**COMMITTED**
#FAMILYNOTFACTORY

CY KRUSE

**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285

NORTHERN STATE WRESTLING

Document title: Creeps in the wrestling community - What can we do about it? - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/
Capture timestamp (UTC): Mon, 15 Jan 2024 20:53:51 GMT



**Members**

💬 1.1k

🟣 1

**flyingcement**

**Members**

💬 3.2k

Posted December 30, 2023

Author  ⋯

On 12/30/2023 at 8:58 PM, Hammerlock3 said:

can someone be a little more specific, i don't quite understand whats happening.

Two wrestling "photographers" one of whom is an active youth official, take pictures and videos of wrestlers which are suggestive in nature and marketed to similarly evil people

> **Christian Pyles** ✓ · Dec 30, 2023          𝕏
> @CPyles8 · **Follow**
> With both of these parasites, we had a moment where we (Flo staff)
> felt we "got em!" Despite all the evidence presented to law
> enforcement, governing bodies, NWMA, both individuals are still at
> wrestling events all the time.  Sometimes as an official, sometimes
> shooting.  Not...
>
> > **Christian Pyles** ✓ @CPyles8
> >
> > Huge  problem.
> >
> > We (Flo) turned in the one in Iowa, raised it with NWMA, he was
> > let go by the wrestling media group who employed him.
> >
> > There's one just as bad, if not worse who is scarily enough an
> > official.
> >
> > Flo has done everything in power, leveraging partners, etc to...
>
> **Bridgett Svoboda**
> @BridgettSvoboda · **Follow**
>
> Found videos of my 12 year old with over 50k+ views and
> unusual comments with links to external sites.   We had
> them taken down but he is still an official and actually
> spoke to my child about it at a meet this year.
> 6:16 PM · Dec 30, 2023                          ⓘ
>
> ❤ 11      💬 **Reply**    🔗 **Copy link**
>
> **Read 2 replies**

🟣 2

**Dark Energy**

**Members**

💬 724

Posted December 30, 2023 (edited)          ⋯

Wow, for a culture that readily 'cancels' people, I'm pretty surprised that names are not being used.

- well, just noticed the Midwest wrestle twitter handle.  That must be the ref in question.  Posts don't look bad but Pyles is saying they have been edited.

**Edited December 30, 2023 by Dark Energy**

Committed to Cornell
Projected Weight: 285

**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157

**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174



look bad but Pyles is saying they have been edited.

**Edited December 30, 2023 by Dark Energy**

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

**flyingcement**     Posted December 30, 2023                    Author  •••

Members

💬 3.2k

> On 12/30/2023 at 9:08 PM, Dark Energy said:
>
> Wow, for a culture that readily 'cancels' people, I'm pretty surprised that names are not being used.

In the case of Flo, they are afraid of a lawsuit I guess? But Willie has named them above.

**flyingcement**     Posted December 30, 2023                    Author  •••

Members

💬 3.2k

Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle)

**Hammerlock3**     Posted December 30, 2023                             •••

Members

💬 1.1k

> On 12/30/2023 at 9:08 PM, Dark Energy said:
>
> Wow, for a culture that readily 'cancels' people, I'm pretty surprised that names are not being used.

the accusation is so scathing you can sort of understand people trying to let others fill in the blanks, both for purposes of liability and the horror of making such an accusation incorrectly, which i'm not saying is happening.

**Jason Bryant**     Posted December 30, 2023                           •••

Members

💬 623

While not in the same realm of scumbaggeery, I once received a cease and desist from a lawyer for going on a FB group warning unsuspecting parents of a wrestling club and travel team that was notorious for scamming tournament directors and parents every few years. That person's mother got their family lawyer after me, citing I was harassing and bullying them because they were disabled.

Grifters with resources will use the law to threaten anyone interfering in their efforts to scam. Was I right? Yes, but did I want to spend thousands of dollars to prove that fact?

When you call someone out on things like this, the accused parties are ready and able to send their lawyers after you to shut you up.

❤️ 5

*Jason Bryant hasn't worked here since 2008.*

**Mr. PeanutButter**     Posted December 30, 2023                        •••

Looked up one of these creeps on YouTube. The comments on his videos are real ducking weird. I don't know if that's enough to condemn the guy but I do know that I felt a strange sense of discomfort (putting



**Mr. PeanutButter**  Posted December 30, 2023                                    •••

Members

💬 667

Looked up one of these creeps on YouTube. The comments on his videos are real ducking weird. I don't know if that's enough to condemn the guy but I do know that I felt a strange sense of discomfort (putting it mildly) that I never have before while reading comments on a wrestling video. It made me kinda sick to be honest

♡ 1

---

**ILLINIWrestlingBlog**  Posted December 30, 2023                              •••

Members

💬 680

I'm familiar with Midwest Wrestle, as I've sampled his videos of ILLINOIS wrestlers. I gather that on YouTube the videos appeal to a prurient interest.

That's sad because the videos are high quality.

He uses a top notch camera and follows the action around the mat. Here's how to stop that: Flo and BTN and Track and all the other video streaming websites can get better cameras, pay operators to follow the action as it occurs on the mat, produce videos in HD quality, and close comment sections to uploaded videos.

Then, you don't have to worry about individuals who may not have the best interest of the wrestlers running around shooting videos.

As it stands, we have to worry about multi-million-dollar businesses rubbing their lenses with animal fat after scratching them with 80 grit sandpaper making the finished product look like a Bar Mitzvah from 2004.

Is Flo worried about the athletes or the possibility that their audience might demand better production quality?

As for the athletes, if they are uncomfortable, talk to parents, administrators, athletic departments, and club coaches. They'll know a lawyer who can prepare a cease and desist letter, and who can contact YouTube about removal of the relevant video.

😋 1

---

**Jason Bryant**  Posted December 30, 2023                                      •••

Members

💬 623

Nothing about this topic is about the quality of the video.

♡ 4

*Jason Bryant hasn't worked here since 2008.*

---

**Idaho**  Posted December 30, 2023                                             •••

Members

💬 1.9k

> ⊘ On 12/30/2023 at 10:16 PM, ILLINIWrestlingBlog said:
>
> Here's how to stop that: Flo and BTN and Track and all the other video streaming websites can get better cameras, pay operators to follow the action as it occurs on the mat, produce videos in HD quality, and close comment sections to uploaded videos.
>
> Then, you don't have to worry about individuals who may not have the best interest of the wrestlers running around shooting videos.
>
> As it stands, we close to worry about multi-million-dollar businesses rubbing their lenses with
>
> Expand ▾



Here's how to stop that? No and DTN and Track and all the other video streaming websites can get better cameras, pay operators to follow the action as it occurs on the mat, produce videos in HD quality, and close comment sections to uploaded videos.

Then, you don't have to worry about individuals who may not have the best interest of the wrestlers running around shooting videos.

Expand ▾

Sounds like you are blaming it on film quality and major wrestling news outlets. Terrible take man. Try selling that to the parents. Like @Jason Bryant said , this isn't about video quality.

♥ 3

Sponsored by *INTERMAT* ★ ★ ★ ★

**flyingcement**

Members

💬 3.2k

Posted December 30, 2023                                                                   Author   •••

There was another thread in which idiots were saying you should never break the law under any circumstance. If the authorities are doing nothing about this and someone actually knows this to be true - the right thing to do is to take it into your own hands.

**Hammerlock3**

Members

💬 1.1k

Posted December 30, 2023                                                                   •••

> On 12/30/2023 at 10:56 PM, flyingcement said:
>
> There was another thread in which idiots were saying you should never break the law under any circumstance. If the authorities are doing nothing about this and someone actually knows this to be true - the right thing to do is to take it into your own hands.

well the law has to be based on the most general circumstances or it doesn't work, we nuance it the best we can but ultimately there are certainly situations so specific that the law is inadequate. the question becomes at what point allowing private citizens to make this distinction turn into anarchy.

**flyingcement**

Members

💬 3.2k

Posted December 30, 2023                                                                   Author   •••

> On 12/30/2023 at 11:09 PM, Hammerlock3 said:
>
> well the law has to be based on the most general circumstances or it doesn't work, we nuance it the best we can but ultimately there are certainly situations so specific that the law is inadequate. the question becomes at what point allowing private citizens to make this distinction turn into anarchy.

We need practitioners of the law to focus on spirit of the law and use some human judgment. On the other hand, promotion of blind, letter-of-the-law rule following seems like something that would sow the seeds of anarchy. If the law can be proven to be more reasonable, anarchy is unnecessary

**Hammerlock3**

Members

Posted December 30, 2023                                                                   •••

> On 12/30/2023 at 11:12 PM, flyingcement said:
>
> We need practitioners of the law to focus on spirit of the law and use some human judgment. On the other hand, promotion of blind, letter-of-the-law rule following seems like something that would sow the seeds of anarchy. If the law can be proven to be more reasonable, anarchy is unnecessary



**Hammerlock3**

Members

💬 1.1k

Posted December 30, 2023

> On 12/30/2023 at 11:12 PM, flyingcement said:
>
> We need practitioners of the law to focus on spirit of the law and use some human judgment. On the other hand, promotion of blind, letter-of-the-law rule following seems like something that would sow the seeds of anarchy. If the law can be proven to be more reasonable, anarchy is unnecessary

yes of course. the problem becomes when you have to figure out who you'd trust under every circumstance to arbitrate the line between law and common sense. Said person would supercede the law, but likely doesn't exist. I don't mean anything by all this except that its a complex problem.

❤ 1

---

**Ohio Elite**

Members

💬 942

Posted December 30, 2023

I don't like weird creepy sh*t. Not cool...

😂 1

---

**pokemonster**

Members

💬 212

Posted December 31, 2023 (edited)

I skimmed the Midwest wrestle YouTube page and don't quite understand what's wrong with the few videos / posts I saw. They look to be very high quality videos with good sound and followed the action well... and I don't see anything suggestive that any in person fan wouldn't see. Would like for somebody to explain further what's going on.

The amount of views do seem ridiculous and the comments look to be from people who don't know wrestling... Has he since edited the posts or what? I'm not seeing anything worth the allegations just yet.

On another note, if our sport requires photographers and videographers to blur out, crop, or simply use low quality film equipment due to our uniforms showing too much and therefore attracting creeps, then maybe change the damn uniforms? Or at least require similar cups as the MMA guys use so the creeps can't see what's going on?

Edited December 31, 2023 by pokemonster

❤ 3   🏆 1

---

**pokemonster**

Members

💬 212

Posted December 31, 2023

> On 12/30/2023 at 10:16 PM, ILLINIWrestlingBlog said:
>
> I'm familiar with Midwest Wrestle, as I've sampled his videos of ILLINOIS wrestlers. I gather that on YouTube the videos appeal to a prurient interest.
>
> That's sad because the videos are high quality.
>
> He uses a top notch camera and follows the action around the mat. Here's how to stop that: Flo and BTN and Track and all the other video streaming websites can get better cameras, pay
>
> Expand ▾

You're not wrong. Just watched his Jesse Mendez vs Lucas Byrd match and the quality is great. Don't see any funny business going on?

❤ 1



You're not wrong. Just watched his Jesse Mendez vs Lucas Byrd match and the quality is great. Don't see any funny business going on?

♡ 1

**flyingcement**

Posted December 31, 2023 (edited)                                    Author    •••

Members

💬 3.2k

> **On 12/31/2023 at 4:05 AM, pokemonster said:**
>
> You're not wrong. Just watched his Jesse Mendez vs Lucas Byrd match and the quality is great. Don't see any funny business going on?

The allegations are not that it is an outright porn site. But that it is a hotspot for those who are interested in seeing high level detail of such things, even if they don't know anything about the sport of wrestling itself. This has resulted in an unusually high number of views for these videos, several levels of magnitude higher than the comparable video which is not filmed in the same way

**Edited December 31, 2023 by flyingcement**

😊 1

**pokemonster**

Posted December 31, 2023                                             •••

Members

💬 212

> **On 12/31/2023 at 4:08 AM, flyingcement said:**
>
> The allegations are not that it is an outright porn site. But that it is a hotspot for those who are interesting in seeing high level detail of such things, even if they don't know anything about the sport of wrestling itself. This has resulted in an unusually high number of views for these videos, several levels of magnitude higher than the comparable video which is not filmed in the same way

That's a shame. So just to be clear, creeps are attracted to his videos because they are higher quality definition and sound?

**Mr. PeanutButter**

Posted December 31, 2023                                             •••

Members

💬 667

> **On 12/31/2023 at 3:52 AM, pokemonster said:**
>
> I skimmed the Midwest wrestle YouTube page and don't quite understand what's wrong with the few videos / posts I saw. They look to be very high quality videos with good sound and followed the action well... and I don't see anything suggestive that any in person fan wouldn't see. Would like for somebody to explain further what's going on.
>
> The amount of views do seem ridiculous and the comments look to be from people who don't know wrestling... Has he since edited the posts or what? I'm not seeing anything worth the allegations
>
> Expand ▾

From my perspective, the thumbnails for many of his more popular videos are, at minimum, at the edge of the line. They are HIGHLY suggestive. To see so many of his top videos feature suggestive thumbnails does not feel like a coincidence.

I do agree with your point about changing uniforms. I have been a proponent of getting away from singlets for many years

♡ 2

does not feel like a coincidence.

singlets for many years



♡ 2

**flyingcement**

Members

💬 3.2k

Posted December 31, 2023

Author  •••

> On 12/31/2023 at 4:10 AM, pokemonster said:
>
> That's a shame. So just to be clear, creeps are attracted to his videos because they are higher quality definition and sound?

This is new to me - and I am just relaying the allegations from falling down the rabbit hole of posts on twitter since Allyson Schwab was brave enough to start the conversation.

But I hadn't even considered the sounds aspect. I was thinking about the singlet aspect. I am admittedly naïve, but I do have two people very close to me whose lives were destroyed by sexual predators and my heart has always been lit with a vengeful fire since knowing

**MNRodent**

Members

💬 294

Posted December 31, 2023

•••

Willie spoke about this on his show, I think last summer. Very creepy thumbnails with lots of crotch shots of kids. They have cleaned it up somewhat after getting called out, but still very cringy.

**flyingcement**

Members

💬 3.2k

Posted December 31, 2023

Author  •••

> On 12/31/2023 at 4:20 AM, MNRodent said:
>
> Willie spoke about this on his show, I think last summer. Very creepy thumbnails with lots of crotch shots of kids. They have cleaned it up somewhat after getting called out, but still very cringy.

😡

| 1 | 2 | 3 | 4 | 5 | 6 | NEXT » | Page 1 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account

Sign up for a new account in our community. It's easy!

**Register a new account**

### Sign in

Already have an account? Sign in here.

**Sign In Now**

‹ Go to topic listing

Document title: Creeps in the wrestling community - What can we do about it? - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/
Capture timestamp (UTC): Mon, 15 Jan 2024 20:53:51 GMT

On 12/31/2023 at 4:12 AM, pokemonster said:

That's a shame. So just to be clear, creeps are attracted to his videos because they are higher quality definition and sound?

This is new to me - and I am just relaying the allegations from falling down the rabbit hole of posts on twitter since Allyson Schwab was brave enough to start the conversation.

But I hadn't even considered the sounds aspect. I was thinking about the singlet aspect. I am admittedly naive, but I do have two people very close to me whose lives were destroyed by sexual predators and my heart has always been lit with a vengeful fire since knowing

### MNRodent

Members

294

Posted December 31, 2023                                               •••

Willie spoke about this on his show, I think last summer. Very creepy thumbnails with lots of crotch shots of kids. They have cleaned it up somewhat after getting called out, but still very cringy.

### flyingcement

Members

3.2k

Posted December 31, 2023                                    Author    •••

> On 12/31/2023 at 4:20 AM, MNRodent said:
>
> Willie spoke about this on his show, I think last summer. Very creepy thumbnails with lots of crotch shots of kids. They have cleaned it up somewhat after getting called out, but still very cringy.

1    2    3    4    5    6    NEXT    »    Page 1 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account

Sign up for a new account in our community. It's easy!

Register a new account

### Sign in

Already have an account? Sign in here.

Sign In Now

< Go to topic listing

Home > Forums > Wrestling > College Wrestling > Creeps in the wrestling community - What can we do about it?    All Activity

Cookies

Copyright © 2023 InterMat
Powered by Invision Community

Document title: Creeps in the wrestling community - What can we do about it? - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/
Capture timestamp (UTC): Mon, 15 Jan 2024 20:53:51 GMT                                                                Page 10 of 10

Page Vault

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 2 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/2/#comments |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:55:30 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 20:56:12 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 11 |
| Capture ID: | tpeLV8i7KLJVgLCDkJP2Pq |
| User: | smb-ndombrowski |



InterMat
Existing user? Sign In
Sign Up

| Replies | Created | Last Reply |
|---|---|---|
| 179 | Dec 30 | 5 dy |

# Creeps in the wrestling community - What can we do about it?

By flyingcement
December 30, 2023 in College Wrestling

Share | Followers 3

**pokemonster**
Members
212

Posted December 31, 2023

> **On 12/31/2023 at 4:20 AM, MNRodent said:**
>
> Willie spoke about this on his show, I think last summer. Very creepy thumbnails with lots of crotch shots of kids. They have cleaned it up somewhat after getting called out, but still very cringy.

That's just gross. My guess is the dude started posting high quality vids, realized what got the views, and ran with that for $$.

His videos are higher quality than anything Flo or the like post, so ILLINI isn't wrong.

1

**scourge165**
Members
1.2k

Posted December 31, 2023

> **On 12/30/2023 at 9:40 PM, Mr. PeanutButter said:**
>
> Looked up one of these creeps on YouTube. The comments on his videos are real ducking weird. I don't know if that's enough to condemn the guy but I do know that I felt a strange sense of discomfort (putting it mildly) that I never have before while reading comments on a wrestling video. It made me kinda sick to be honest

I did the same. I don't know that it would have stood out to me if I hadn't been looking.

Not sure what to make of all this...I'm too ignorant about all the accusations and haven't spent much time...but the kids in the videos did have pretty clear outlines. That's also Wrestling, so...IDK.

I didn't read the comments though.

1

**TOP POSTERS IN THIS TOPIC**

- flyingcem... 21 posts
- 1032004 19 posts
- Antitroll2... 11 posts
- Ohio Elite 10 posts

**POPULAR DAYS**

- Jan 2 2024 63 posts
- Dec 30 2023 37 posts
- Jan 1 2024 28 posts
- Dec 31 2023 18 posts

**POPULAR POSTS**

**Jon_Kozak** January 1
A few things to add here that haven't been covered: -His videos (of minors) are embedded on porn sites -Many of his most...

**BobDole** January 3
Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

**Winners Circle** January 1
New username, new year, new me boys. 😎

**POSTED IMAGES**

Not sure what to make of this. Not long ago I was about to write all this off to my own issues/quaint time...but the kids in the videos did have pretty clear outlines. That's also Wrestling, so...IDK.

I didn't read the comments though.

♡ 1

---

**1032004**

Posted December 31, 2023                                                         •••

Members

💬 2.3k

Yikes.

Looks like more reason to move to 2-piece uniforms with non-compression shorts instead of singlets

♡ 2

---

**Latest Rankings**

**NCAA DI Rankings**
Updated January 9

**NCAA DII Rankings**
Updated December 5, 2023

**NCAA DIII Rankings**
Updated November 3, 2023

**NJCAA Rankings**
Updated December 25, 2022

---

**pokemonster**

Posted December 31, 2023                                                         •••

Members

💬 212

> ⊘ On 12/31/2023 at 4:47 AM, 1032004 said:
>
> Yikes.
>
> Looks like more reason to move to 2-piece uniforms with non-compression shorts instead of singlets

No kidding. These videos would've never jumped out to me as pervert material.

♡ 1

---

**flyingcement**

Posted December 31, 2023                                    Author          •••

Members

💬 3.2k

@1032004

@pokemonster

Re: shorts and shirts, I have young kids and both have been given shorts and tshirt (nice asics ones) which are their uniform. no singlets. I am relieved.

♡ 4

---

**College Commitments**



**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125

**Cy Kruse**

---

**Antitroll2828**

Posted December 31, 2023                                                         •••

Members

💬 493

> ⊘ On 12/30/2023 at 8:27 PM, flyingcement said:
>
> Expand ▾

Real talk why hasn't anyone just thrown these guys a beating? Especially parents who found pictures of their kids with perverts commenting on them and such , this isn't a new thing I heard about these weirdos over a year ago and they live half a country away from me , I wouldn't let these clowns anywhere near my kids and I would cause such an issue if this guy was reffing in my area that would have to get rid of him , who gives a shit about the law when it comes to things like this ?

---

Real talk why hasn't anyone just thrown these guys a beating? Especially parents who found pictures of their kids with perverts commenting on them and such , this isn't a new thing I heard about these weirdos over a year ago and they live half a country away from me , I wouldn't let these clowns anywhere near my kids and I would cause such an issue if this guy was reffing in my area that would have to get rid of him ..who gives a shit about the law when it comes to things like this ?

😈 2   🤣 1

**flyingcement**   Posted December 31, 2023   Author   •••

Members

💬 3.2k

> **On 12/31/2023 at 4:58 AM, Antitroll2828 said:**
>
> Real talk why hasn't anyone just thrown these guys a beating? Especially parents who found pictures of their kids with perverts commenting on them and such , this isn't a new thing I heard about these weirdos over a year ago and they live half a country away from me , I wouldn't let these clowns anywhere near my kids and I would cause such an issue if this guy was reffing in my area that would have to get rid of him ..who gives a shit about the law when it comes to things like this ?

Thanks - I was thinking that myself but after a couple of recent conversations here on the board, it seems many folks only know how to be tough on the mat. Whether an old fashioned beating, or some other creative way of screwing these guys over. It's just not right. Let's stand up for ourselves and our kids.

❤️ 1

**Antitroll2828**   Posted December 31, 2023   •••

Members

💬 493

> **On 12/31/2023 at 5:00 AM, flyingcement said:**
>
> Thanks - I was thinking that myself but after a couple of recent conversations here on the board, it seems many folks only know how to be tough on the mat. Whether an old fashioned beating, or some other creative way of screwing these guys over. It's just not right. Let's stand up for ourselves and our kids.

Yea that's absolutely crazy to me , I thought people in the Midwest had a little more back bone but apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a very Italian town in NJ these guys would've had bricks coming through their windows the first time this shit came out  and it would only gotten worse and more violent from there til the message was received ,no way they would've been able to do it as long as they have

🤣 1

**flyingcement**   Posted December 31, 2023   Author   •••

Members

💬 3.2k

> **On 12/31/2023 at 5:09 AM, Antitroll2828 said:**
>
> Yea that's absolutely crazy to me , I thought people in the Midwest had a little more back bone but apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a very Italian town in NJ these guys would've had bricks coming through their windows the first time this shit came out  and it would only gotten worse and more violent from there til the message was received ,no way they would've been able to do it as long as they have

same with me brother.  I don't get it.



**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285

**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157

**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141

Members

3.2k

this shit came out and it would only gotten worse and more violent from there til the message was received ,no way they would've been able to do it as long as they have

same with me brother. I don't get it.

❤ 1

**Threadkilla**  Posted December 31, 2023  •••

Did you see the guy refereeing? he looks like an anorexic overly expressive ballerina.

Members

560

😂 1

**Formally140**  Posted December 31, 2023  •••

I honestly didn't know which "situation" or "alleged" behavior this thread might be referring to when I saw the title..

which bums me out. And yeah creeps should be dealt with

Members

905

❤ 3

**billyhoyle**  Posted December 31, 2023  •••

> On 12/31/2023 at 5:09 AM, Antitroll2828 said:
>
> Yea that's absolutely crazy to me , I thought people in the Midwest had a little more back bone but apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a very Italian town in NJ these guys would've had bricks coming through their windows the first time this shit came out and it would only gotten worse and more violent from there til the message was received ,no way they would've been able to do it as long as they have

Members

332

Really? There weren't these types of issues in Italian NJ towns from organizations like the Boy Scouts of America or The Catholic Church? What about that coach at Bergen Catholic in New Jersey who was defended even after extremely creepy text messages came out?

I have no clue what the solution to this problem is, but it's a huge problem and no community is immune from it. Maybe there can be some type of civil legal taken that can be taken against these people if their actions are not considered criminal? If it's not currently a violation of civil law, maybe we can try to lobby states to pass laws limiting how video content of minors is shared?

❤ 3  🛡 1

**Antitroll2828**  Posted December 31, 2023  •••

> On 12/31/2023 at 6:42 AM, billyhoyle said:
>
> Really? There weren't these types of issues in Italian NJ towns from organizations like the Boy Scouts of America or The Catholic Church? What about that coach at Bergen Catholic in New Jersey who was defended even after extremely creepy text messages came out?

Members

**Brady Westall**
NEW PRAGUE, MN
SIGNED
BRADY WESTALL
New Prague, Minnesota

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174



**Antitroll2828**

Members

💬 493

> On 12/31/2023 at 6:42 AM, billyhoyle said:
>
> Really? There weren't these types of issues in Italian NJ towns from organizations like the Boy Scouts of America or The Catholic Church? What about that coach at Bergen Catholic in New Jersey who was defended even after extremely creepy text messages came out?
>
> I have no clue what the solution to this problem is, but it's a huge problem and no community is immune from it. Maybe there can be some type of civil legal taken that can be taken against these people if their actions are not considered criminal? if it's not currently a violation of civil law, maybe
>
> Expand ▾

So you use my very specific post about where I grew up to take a shot at the Boy Scouts, Catholic Church and Italians ? The Bergen coaches did nothing wrong , the kid who filed the complaint and his dad are psychos , the kid tried to injure his competition on the team multiple times, the father broke into the school and tried to rig the scale so his sons opponent would miss weight for a wrestle off and the father almost lost his license to practice law because of all the BS in the lawsuit , how the hell does any of what you said correlate to the OP

civil legal action ? Lobby states to pass laws? You mean lobby the same politicians who protect epsteins client list like it's their daughters virtue ? Police and laws don't ever stop weirdos like this , The whole point of what me and @flyingcement were saying is parents start throwing these guys beating then they'll stop showing up to wrestling events , then if they stop showing up to wrestling events they can't take creepy high def crotch shots of hs wrestlers and put them in the internet where literal perverts are commenting on the pics and sharing them to pedo websites

😂 1

---

**Ohio Elite**

Members

💬 942

Posted December 31, 2023                                                    •••

I just looked up his Videos, I hope somebody breaks this guy's neck!

Thumbnail pics are ridiculous and super pervy.

🤣 1

---

**1032004**

Members

💬 2.3k

Posted December 31, 2023                                                    •••

The brain naming names, kudos

---



♡ 1

**scribers**

Members

💬 170

Posted December 31, 2023                                           •••

Solution = no more singlets. MMA style combat gear instead

♡ 2

**billyhoyle**

B

Members

💬 332

Posted December 31, 2023 (edited)                                 •••

> ⊙ On 12/31/2023 at 1:43 PM, Antitroll2828 said:
>
> So you use my very specific post about where I grew up to take a shot at the Boy Scouts, Catholic Church and Italians ? The Bergen coaches did nothing wrong , the kid who filed the complaint and his dad are psychos , the kid tried to injure his competition on the team multiple times, the father broke into the school and tried to rig the scale so his sons oppponent would miss weight for a wrestle off and the father almost lost his license to practice law because of all the BS in the lawsuit , how the hell does any of what you said correlate to the OP

Expand ▾

My point is that no community is immune from this behavior and people will defend those who do it in all those communities. It is a big problem that needs to be addressed. And yes, legal action is the best way.

Edited December 31, 2023 by billyhoyle

♡ 3

**Antitroll2828**

A

Members

💬 493

Posted December 31, 2023                                          •••

> ⊙ On 12/31/2023 at 6:28 PM, billyhoyle said:
>
> My point is that no community is immune from this behavior and people will defend those who do it in all those communities. It is a big problem that needs to be addressed. And yes, legal action is the best way.

Legal action is literally never the best way to deal with predators especially ones that target children, law enforcement knows about these guys and have done nothing , and hell nothing will happen if law enforcement makes a move , a teacher in my town was arrested for being a serial predator for years , even posing as a 12 yr old victims father and forcing her to get an abortion and this career predator who



Members

💬 493

in all those communities. It is a big problem that needs to be addressed. And yes, legal action is the only way.

Legal action is literally never the best way to deal with predators especially ones that target children, law enforcement knows about these guys and have done nothing , and hell nothing will happen if law enforcement makes a move , a teacher in my town was arrested for being a serial predator for years , even posing as a 12 yr old victims father and forcing her to get an abortion and this career predator who was tied to ruining the lives of 8 different little girls got 4 years in prison , served a little over 2 and half and got out , meanwhile same town 19 year old kid with no record hits an illegal alien riding a bicycle the wrong way with no lights on the highway and because he blew a .06 he got 10 years and had to serve 7 and half ..and these kind of people know the law isn't against them

**jchapman**

Members

💬 435

Posted December 31, 2023                                              •••

What makes this behavior hard to control in a legal sense is the US Constitution, specifically the 1st Amendment, which guarantees the right to free press.

That's why it is important to make the behavior known within the wrestling community, just like what Schwab's wife and Willie have done.

**Jim L**

Members

💬 209

Posted December 31, 2023                                              •••

> On 12/31/2023 at 7:24 PM, Antitroll2828 said:
>
> Legal action is literally never the best way to deal with predators especially ones that target children, law enforcement knows about these guys and have done nothing , and hell nothing will happen if law enforcement makes a move , a teacher in my town was arrested for being a serial predator for years , even posing as a 12 yr old victims father and forcing her to get an abortion and this career predator who was tied to ruining the lives of 8 different little girls got 4 years in prison , served a little over 2 and half and got out , meanwhile same town 19 year old kid with no record hits an illegal alien riding a bicycle the wrong way with no lights on the highway and because he blew a

Expand ▾

WTF bring up that the victim was an illegall alien?

❤ 1

**1032004**

Members

💬 2.3k

Posted December 31, 2023                                              •••

> On 12/31/2023 at 7:38 PM, jchapman said:
>
> What makes this behavior hard to control in a legal sense is the US Constitution, specifically the 1st Amendment, which guarantees the right to free press.
>
> That's why it is important to make the behavior known within the wrestling community, just like what Schwab's wife and Willie have done.

Makes sense. I saw Pyles saying one of the guys threatened legal action against them, would that be the likely argument?

**ILLINIWrestlingBl og**

Posted December 31, 2023                                              •••

> On 12/30/2023 at 10:25 PM, Jason Bryant said:
>
> Nothing about this topic is about the quality of the video.

Member of Congress.

3. We can ask for a bill in Congress to require that videotaping of minors in wrestling (and any similar sport like gymnastics or swimming) be at 360 pixels or less.

4. Other ideas?

---

**billyhoyle**

B

Members

💬 332

Posted December 31, 2023

...

> On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:
>
> Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?
>
> Flo videos are frequently 360p or worse.
>
> It sucks that they are being used in a way that is harmful to children. As a community, what do we

Expand ▾

Good ideas. This is only going to be stopped by updating the laws (both criminal and civil). You don't need congress-do this at the local level too.

The video quality is definitely part of the problem. YouTube has been around for 20 years.

❤ 1

---

**1032004**

1

Members

💬 2.3k

Posted December 31, 2023

...

> On 12/31/2023 at 6:42 AM, billyhoyle said:
>
> Really? There weren't these types of issues in Italian NJ towns from organizations like the Boy Scouts of America or The Catholic Church? What about that coach at Bergen Catholic in New Jersey who was defended even after extremely creepy text messages came out?
>
> I have no clue what the solution to this problem is, but it's a huge problem and no community is immune from it. Maybe there can be some type of civil legal taken that can be taken against these people if their actions are not considered criminal? If it's not currently a violation of civil law, maybe

Expand ▾

I'm surprised if one of the guys is an official. There is no constitutional right to be an official. When I was an official schools could say they don't want certain guys officiating at their school, so I don't see why they couldn't all do that for this guy

❤ 2

---

**Mr. PeanutButter**

M

Members

💬 667

Posted December 31, 2023

...

> On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:
>
> Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?
>
> Flo videos are frequently 360p or worse.
>
> It sucks that they are being used in a way that is harmful to children. As a community, what do we



immune from it. Maybe there can be some type of civil legal taken that can be taken against these

Expand ▾

I'm surprised if one of the guys is an official. There is no constitutional right to be an official. When I was an official schools could say they don't want certain guys officiating at their school, so I don't see why they couldn't all do that for this guy

💙 2

**Mr. PeanutButter**    Posted December 31, 2023    •••

Members

💬 667

> ⊘ On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:
>
> Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?
>
> Flo videos are frequently 360p or worse.
>
> It sucks that they are being used in a way that is harmful to children. As a community, what do we

Expand ▾

Homeboy,

The video quality isn't in the crux of the matter. It's that, this particular creep, frames and crops his thumbnails in such a manner as to bring attention to certain body parts. The situation becomes significantly worse by virtue of the aggressive editing he does on the thumbnails - cranking up the contrast and sharpness to the max, making certain outlines and contours stand out visibly. His thumbnails in a lot of his more recent videos seem innocuous enough but the VAST majority of his most viewed videos feature nothing but crotch and butt shots. I want to believe it's a coincidence but they are so numerous and flagrant that that bridge is too far for me to cross.

The other component to the fishiness is the views to comment ratio: they just don't make sense. I think it's pretty obvious he is embedding his videos on other sites. What type of sites are these I wonder? The language of the comments is also really strange, they don't read like what a typical YouTube comment would. There is also a disconcerting number of comments using suggestive language that just doesn't sit right with me, not to mention how often the physique of these boys (some of them quite young) is brought up. And on at least 3 different videos I saw comments with timestamps that went to parts of the videos where certain body parts were brought into sharp focus. There was one video where, during a break in the action, the camera seemed to focus intently on the wrestlers mid section as he was walking back and forth. It was weird. Everything about this experience was creepy. I feel sick and regret doing the deep dive that I did but I'm convinced that there are shenanigans going on. For my part, I reported the account on x and YouTube. Not sure what other action I should be taking

« PREV  1  **2**  3  4  5  6  7  NEXT  »    Page 2 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account

Sign up for a new account in our community. It's easy!

Register a new account

### Sign in

Already have an account? Sign in here.

Sign In Now



**Mr. PeanutButter**  Posted December 31, 2023

Members

💬 667

> On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:
>
> Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?
>
> Flo videos are frequently 360p or worse.
>
> It sucks that they are being used in a way that is harmful to children. As a community, what do we

Expand ▾

Homeboy,

The video quality isn't in the crux of the matter. It's that, this particular creep, frames and crops his thumbnails in such a manner as to bring attention to certain body parts. The situation becomes significantly worse by virtue of the aggressive editing he does on the thumbnails - cranking up the contrast and sharpness to the max, making certain outlines and contours stand out visibly. His thumbnails in a lot of his more recent videos seem innocuous enough but the VAST majority of his most viewed videos feature nothing but crotch and butt shots. I want to believe it's a coincidence but they are so numerous and flagrant that that bridge is too far for me to cross.

The other component to the fishiness is the views to comment ratio: they just don't make sense. I think it's pretty obvious he is embedding his videos on other sites. What type of sites are these I wonder? The language of the comments is also really strange, they don't read like what a typical YouTube comment would. There is also a disconcerting number of comments using suggestive language that just doesn't sit right with me, not to mention how often the physique of these boys (some of them quite young) is brought up. And on at least 3 different videos I saw comments with timestamps that went to parts of the videos where certain body parts were brought into sharp focus. There was one video where, during a break in the action, the camera seemed to focus intently on the wrestlers mid section as he was walking back and forth. It was weird. Everything about this experience was creepy. I feel sick and regret doing the deep dive that I did but I'm convinced that there are shenanigans going on. For my part, I reported the account on x and YouTube. Not sure what other action I should be taking

« PREV  1  **2**  3  4  5  6  7  NEXT  »   Page 2 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account
Sign up for a new account in our community. It's easy!

Register a new account

### Sign in
Already have an account? Sign in here.

Sign In Now

‹ Go to topic listing

Home > Forums > Wrestling > College Wrestling > Creeps in the wrestling community - What can we do about it?       🖾 All Activity

𝕏 f

Cookies

Copyright © 2023 InterMat
Powered by Invision Community

**Page Vault**

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 3 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/3/#comments |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:56:18 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 20:56:55 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 11 |
| Capture ID: | cqsAydCWWpozswvrCdiRuW |
| User: | smb-ndombrowski |



InterMat
Existing user? Sign In
Sign Up
Articles Rankings Forums College Commitments Jobs MatScouts Subscriptions Clubs More
Search...

Replies 179 | Created Dec 30 | Last Reply 5 dy

# Creeps in the wrestling community - What can we do about it?

By flyingcement
December 30, 2023 in College Wrestling

Share | Followers 3

« PREV 1 2 3 4 5 6 7 8 NEXT » Page 3 of 8

**jchapman**
Members
435

Posted December 31, 2023

> **On 12/31/2023 at 8:48 PM, 1032004 said:**
>
> Makes sense. I saw Pyles saying one of the guys threatened legal action against them, would that be the likely argument?

Not sure, probably talking about civil action. The 1st Amendment guarantees it can't be a crime.

2

**ILLINIWrestlingBlog**
Members
680

Posted December 31, 2023

> **On 12/31/2023 at 9:25 PM, Mr. PeanutButter said:**
>
> For my part, I reported the account on x and YouTube. Not sure what other action I should be taking

This. People can do this. Also, everybody can put a comment at the bottom of the videos saying something like:

"You need to disable commenting. Are you seeing this, @YouTube?"

As for your assertion here: "The video quality isn't in the crux of the matter," well, then answer the question that I posed to Jason: Would anybody watch the videos if they were at 360 pixels?

The answer is obvious. Nobody is suggesting that taking advantage of children in this way is a good thing. That's like duh.

1

**Antitroll2828**

Posted January 1

> **On 12/31/2023 at 8:46 PM, Jim L said:**

**TOP POSTERS IN THIS TOPIC**

flyingcem... 21 posts
1032004 19 posts
Antitroll2... 11 posts
Ohio Elite 10 posts

**POPULAR DAYS**

Jan 2 2024 63 posts
Dec 30 2023 37 posts
Jan 1 2024 28 posts
Dec 31 2023 18 posts

**POPULAR POSTS**

**Jon_Kozak** January 1
A few things to add here that haven't been covered: -His videos (of minors) are embedded on porn sites -Many of his most...

**BobDole** January 3
Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

**Winners Circle** January 1
New username, new year, new me boys. 😎

**POSTED IMAGES**

**Antitroll2828**

A

Members

💬 493

Posted January 1                                                    ···

> ◎ **On 12/31/2023 at 8:46 PM, Jim L said:**
>
> WTF bring up that the victim was an illegall alien?

Bc he was ....

---

**1032004**

1

Members

💬 2.3k

Posted January 1                                                    ···

> ◎ **On 12/31/2023 at 7:24 PM, Antitroll2828 said:**
>
> Legal action is literally never the best way to deal with predators especially ones that target
> children, law enforcement knows about these guys and have done nothing , and hell nothing will
> happen if law enforcement makes a move , a teacher in my town was arrested for being a serial
> predator for years , even posing as a 12 yr old victims father and forcing her to get an abortion and
> this career predator who was tied to ruining the lives of 8 different little girls got 4 years in prison ,
> served a little over 2 and half and got out , meanwhile same town 19 year old kid with no record hits
> an illegal alien riding a bicycle the wrong way with no lights on the highway and because he blow a
>
>                                    Expand ▾

Did the guy on the bike die?

---

**flyingcement**                                    Author ···

Posted January 1

> ◎ **On 12/31/2023 at 10:19 PM, ILLINIWrestlingBlog said:**
>
> This. People can do this. Also, everybody can put a comment at the bottom of the videos saying
> something like:
>
> "You need to disable commenting. Are you seeing this, @YouTube?"
>
> As for your assertion here: "The video quality isn't in the crux of the matter," well, then answer the
> question that I posed to Jason: Would anybody watch the videos if they were at 360 pixels?
>
>                                    Expand ▾

I think that seems to be more of a consensus way of approaching the situation.  As for me, when faced
with similar issues, I have had more success in resolutions which are outside of the legal process.  I think
that is a shame but that's been my experience

Members

💬 3.2k

                                                            💙 1

---

**1032004**

1

Members

💬 2.3k

Posted January 1                                                    ···

> ◎ **On 12/31/2023 at 9:25 PM, Mr. PeanutButter said:**
>
> Homeboy,
>
> The video quality isn't in the crux of the matter. It's that, this particular creep, frames and crops his
> thumbnails in such a manner as to bring attention to certain body parts. The situation becomes
> significantly worse by virtue of the aggressive editing he does on the thumbnails - cranking up the
> contrast and sharpness to the max, making certain outlines and contours stand out visibly. His
> thumbnails in a lot of his more recent videos seem innocuous enough but the VAST majority of his
>
>                                    Expand ▾

**Latest Rankings**

NCAA DI Rankings
Updated January 9

NCAA DII Rankings
Updated December 5, 2023

NCAA DIII Rankings
Updated November 3, 2023

NJCAA Rankings
Updated December 25, 2022

**College Commitments**



**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125

thumbnails in such a manner as to bring attention to certain body parts. The situation becomes significantly worse by virtue of the aggressive editing he does on the thumbnails - cranking up the contrast and sharpness to the max, making certain outlines and contours stand out visibly. His thumbnails in a lot of his more recent videos seem innocuous enough but the VAST majority of his

Expand ▾

Super weird that his last 7 video uploads (spread out over multiple days) are all from some random Christmas tournament in 2021. Clearly he's not posting these videos for wrestling fans to watch them

---

**Jim L**

J

Members

💬 209

Posted January 1

⬝⬝⬝

> On 1/1/2024 at 3:05 AM, Antitroll2828 said:
>
> Bc he was ....

The victim's status is clearly only mentioned to try to lessen the perceived severity of the crime. If he was a US citizen would the crime been worse?

I also need to see a link before I really believe this story.

💙 3

---

**Idaho**

Members

💬 1.9k

Posted January 1

⬝⬝⬝

> On 1/1/2024 at 3:30 PM, Jim L said:
>
> The victim's status is clearly only mentioned to try to lessen the perceived severity of the crime. If he was a US citizen would the crime been worse?

Yeah, we would never have a political group that would use illegal status to actually heighten a crime...

**Sponsored by** *INTERMAT* ⭐⭐⭐⭐

---

**Jon_Kozak**

J

Members

💬 31

Posted January 1

⬝⬝⬝

A few things to add here that haven't been covered:

-His videos (of minors) are embedded on porn sites

-Many of his most viewed videos have large portions that don't feature wrestling (wrestlers walking around during injury time/blood time)

-He films and uploads videos without having permission/rights to the events

Most recently he wasn't credentialed for Midlands and filmed anyway before he got kicked out by Storniolo.

We've tried to strike his channel for copyright infringement because that's what we can actually prove. We're still working through it but things have gotten tricky where we've had to bring in legal.

💙 5  😮 9

---

**1032004**

1

Posted January 1

⬝⬝⬝

> On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:



**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285

**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157

**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141

---



**1032004**

1

Members

💬 2.3k

Posted January 1                                                    •••

> ⟲ On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:
>
> Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?
>
> Flo videos are frequently 360p or worse.
>
> It sucks that they are being used in a way that is harmful to children. As a community, what do we
>
> Expand ▾

Well, you might want to delete this tweet...

Also, gotta give credit to Minnow actually using his reach for good.

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

♡ 1



❤️ 1

**Winners Circle**   Posted January 1                                    •••

W

Members

💬 100
I love Bob Dole

Just want it on the record. I am NOT Midwest Wrestle from YouTube. I am from Missouri and have never reffed a match in my life.

❤️ 3   😄 2

**Jason Bryant**   Posted January 1                                    •••

Members

💬 623

> On 1/1/2024 at 8:00 PM, MidwestWrest said:
>
> Just want it on the record. I am NOT Midwest Wrestle from YouTube. I am from Missouri and have never reffed a match in my life.

suggestion: dm the mods here and get them to change your username.

❤️ 3

*Jason Bryant hasn't worked here since 2008.*

**Winners Circle**   Posted January 1                                    •••

W

Members

💬 100
I love Bob Dole

> On 1/1/2024 at 9:13 PM, Jason Bryant said:
>
> suggestion: dm the mods here and get them to change your username.

Will do. Thanks JB.

❤️ 2

**Winners Circle**   Posted January 1                                    •••

W

Members

💬 100
I love Bob Dole

> On 1/1/2024 at 9:32 PM, Winners Circle said:
>
> Will do. Thanks JB.

New username, new year, new me boys. 😎

❤️ 9   🏆 1

**FanOfPurdueWrestling**   Posted January 1                            •••



**FanOfPurdueWrestling**

Members

💬 109

Posted January 1

···

It should take exactly one instance of something like this occurring for every state governing body to begin to phase out the singlet. No HS boy wants their junk on display to their friends and family.

Anyone that is a "purist" and takes issue to combat shorts and compression shirt should be shown these allegations, videos from these creeps, and if they are still against it should be considered complacent and enablers to children's sexual exploitation. Simple as that. Could phase them out in 2 years if there was anyone in charge with half a brain.

💙 4

**FanOfPurdueWrestling**

Members

💬 109

Posted January 1

···

> On 12/31/2023 at 6:14 PM, scribers said:
>
> Solution = no more singlets. MMA style combat gear instead

It's so simple, quit making our sport so easy to sexualize and make fun of....

💙 3

**Winners Circle**

Members

💬 100
I love Bob Dole

Posted January 1

···

> On 1/1/2024 at 10:21 PM, FanOfPurdueWrestling said:
>
> It should take exactly one instance of something like this occurring for every state governing body to begin to phase out the singlet. No HS boy wants their junk on display to their friends and family.
>
> Anyone that is a "purist" and takes issue to combat shorts and compression shirt should be shown these allegations, videos from these creeps, and if they are still against it should be considered complacent and enablers to children's sexual exploitation. Simple as that. Could phase them out in

Expand ▾

> On 1/1/2024 at 10:29 PM, FanOfPurdueWrestling said:
>
> It's so simple, quit making our sport so easy to sexualize and make fun of....

I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them out of 'singlets'. I don't buy it.

💙 2

**gimpeltf**

Posted January 1

···

Perhaps reporting to SafeSport might help- at least with USAW events.



**gimpeltf**

Members

💬 723

Posted January 1

Perhaps reporting to SafeSport might help- at least with USAW events.

👤 1

**FanOfPurdueWrestling**

Members

💬 109

Posted January 1

> On 1/1/2024 at 10:37 PM, Winners Circle said:
>
> I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

There are going to be sick people everywhere, but giving them a free pass to look at children in revealing clothing isn't helping.

❤️ 4   👤 1

**FanOfPurdueWrestling**

Members

💬 109

Posted January 1

> On 1/1/2024 at 10:41 PM, FanOfPurdueWrestling said:
>
> There are going to be sick people everywhere, but giving them a free pass to look at children in revealing clothing isn't helping.

Additionally, this isn't about the kids being touched. That is an entirely other Fuc*ed up issue.

Women in revealing clothes don't deserve to be raped but they do expect to be sexualized to a degree. Same as we would expect a pedo to do to an exposed child.

If you're not willing to take this step/advocate for it to make children less revealed you are complacent.

**scribers**

Members

💬 170

Posted January 1

> On 1/1/2024 at 10:29 PM, FanOfPurdueWrestling said:
>
> It's so simple, quit making our sport so easy to sexualize and make fun of....

We've been yelling about this for decades.

There are weirdos out there that no one can fix until they actually cross lines. Thinking awful things is not a crime until they actually assault.

And there are the weirdo enablers governing this sport who are too imbecilic to figure out the simple solution.

There are weirdos out there that no one can fix until they actually cross lines. Thinking awful things is not a crime until they actually assault.

And there are the weirdo enablers governing this sport who are too imbecilic to figure out the simple solution.

 4

---

**BAC**



Members

💬 186

Posted January 1                                                                ...

Some initial thoughts from a legal perspective.

1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you need to focus on the videos of minors, where your argument is strongest. Point out:

   (a) How if you click on the "popular" tab on Youtube (so it organizes videos by view count), almost all of the video stills (thumbnails) includes an image of the (minor) wrestler's crotch. Not a coincidence.

   (b) Specific examples of camera angles, camera focus, and the choice of which wrestler to follow during breaks, that evidence they are not focused on the wrestling but the wrestler and their anatomy.

   (c) Efforts by the videographer/photographer to seek out specific wrestlers who previously appealed to this community. Are there efforts to seek out the interview of certain wrestlers, or to take multiple videos of their matches, that is not explained by their prowess as a wrestler but, rather, by the viewcount of their last video by prurient elements?

   (d) Examples of interaction between videographer and commenters that further the notion that he is seeking to indulge their desires rather than showcase the sport of wrestling.

   (e) Find links to his website on adult websites, and seek ways to trace them to the photographer. Encourage law enforcement to find out from Youtube the identity of the URLs from which traffic is resolving.

   (f) Find examples of his work on adult websites. If no DMCA takedown notice has been done, why? Is it being licensed, and/or a royalty paid?

   (g) There are other things that can be done too which I won't mention, but an experienced investigator would know.

2. From a parental standpoint:

   (a) First and foremost, be careful about what forms/waivers you sign for your kid. If it includes filming or likeness rights, cross it out, or ask in advance to know the name and contact info of those who will be given filming rights. You are the first line of defense for your kid. And you see your kid's video online, contact the tournament organizer to see if you signed a waiver, get a copy of it, and demand to see the list of persons to whom credentials were given.

   (b) Copyright laws won't help much since you probably don't own the copyright, but if the video wasn't shot by whoever is hosting it, contact the person to shot the video, demand to know what permissions they gave, and demand they do a DMCA takedown notice. Similarly, if the video was shot without authorization of the event organizers, contact them with a demand to enforce their rights against unauthorized filmers.

   (c) Research and use child privacy laws in your state. This is going to be highly state-specific, as federal laws are more circumspect. Some state laws are more robust (e.g. California's CCPA, updated by the CPRA). Whatever form you signed, don't assume it includes a right to put a suggestive picture of your kid on the internet and profit from it. (And if your state has a crappy child privacy law, talk to your legislator.)

   (d) Research and use right of publicity laws in your state. Again, this is highly state specific, and more narrow and less useful than privacy laws, but may be useful if your kid isn't a minor, and may give a path to civil suit. A copyright defense isn't necessarily a defense to an image appropriation.

3. Reach out to your state AG's office. They have their own menu of options and may be able to pursue

---

by the CPRA). Whatever form you signed, don't assume it includes a right to put a suggestive picture of your kid on the internet, for profit, without your permission. (I'm not your lawyer and not a state legislator.)

(d) Research and use right of publicity laws in your state. Again, this is highly state specific, and more narrow and less useful than privacy laws, but may be useful if your kid isn't a minor, and may give a path to civil suit. A copyright defense isn't necessarily a defense to an image appropriation.

3. Reach out to your state AG's office. They have their own menu of options and may be able to pursue the photographer/videographer, whether criminally or civilly, based on some of the above avenues.

❤ 3

---

**Antitroll2828**

A

Members

💬 493

Posted January 2                                      •••

> ⓘ On 1/1/2024 at 11:53 PM, BAC said:
>
> Some initial thoughts from a legal perspective.
>
> 1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you
>
> Expand ▾

All this shit and in the end nothing will get accomplished or if it does it'll take years while clown continues to operate .. orrr 3 fathers or brothers in masks run into this guy throw him a beating , make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

❤ 2

---

**FanOfPurdueWrestling**

PURDUE WRESTLING

Members

💬 109

Posted January 2                                      •••

> ⓘ On 1/2/2024 at 12:34 AM, Antitroll2828 said:
>
> All this shit and in the end nothing will get accomplished or if it does it'll take years while clown continues to operate .. orrr 3 fathers or brothers in masks run into this guy throw him a beating , make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

Euthanize them, there is no room for them. 👨 👨

❤ 2

---

**billyhoyle**

B

Members

💬 332

Posted January 2 (edited)                             •••

> ⓘ On 1/1/2024 at 11:53 PM, BAC said:
>
> Some initial thoughts from a legal perspective.
>
> 1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you
>
> Expand ▾

Youtube tells you exactly where your videos are embedded as a content creator. All law enforcement would have to do is 1. get that info from youtube. 2. Search this person's computer and internet history



Members

💬 109

make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

Euthanize them, there is no room for them. 🙅‍♂️🙅‍♂️

❤️ 2

**billyhoyle**

Members

💬 332

Posted January 2 (edited)

> **On 1/1/2024 at 11:53 PM, BAC said:**
>
> Some initial thoughts from a legal perspective.
>
> 1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you

Expand ▾

Youtube tells you exactly where your videos are embedded as a content creator. All law enforcement would have to do is 1. get that info from youtube. 2. Search this person's computer and internet history to show he's posting stuff there.

**The real question is why doesn't youtube do this and then report it to law enforcement? Why has youtube allowed this crap on their website for so long? And why can't parents sue youtube for hosting the content and profiting off of it. Yes, Youtube has made money off of this sick shit, but for some \*\*\*ducked\*\* up reason isn't allowed to be held accountable for it.**

Edited January 2 by billyhoyle

❤️ 1

« PREV   1   2   **3**   4   5   6   7   8   NEXT »   Page 3 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account
Sign up for a new account in our community. It's easy!

**Register a new account**

### Sign in
Already have an account? Sign in here.

**Sign In Now**

< Go to topic listing

Home > Forums > Wrestling > College Wrestling > Creeps in the wrestling community - What can we do about it?          All Activity

X  f

Cookies

Copyright © 2023 InterMat
Powered by Invision Community

Page Vault

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 4 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/4/#comments |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:57:01 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 20:57:38 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 12 |
| Capture ID: | fQJpr8XMTGjcR83tPNb661 |
| User: | smb-ndombrowski |

PDF REFERENCE #:      tByEcfFyuFxnSPsFJM2H1k



Replies 179 | Created Dec 30 | Last Reply 5 dy

# Creeps in the wrestling community - What can we do about it?

By flyingcement
December 30, 2023 in College Wrestling

Share Followers 3

« PREV 1 2 3 4 5 6 7 8 NEXT » Page 4 of 8

**1032004**
Members
2.3k

Posted January 2

> **On 1/1/2024 at 10:37 PM, Winners Circle said:**
>
> I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

Getting rid of singlets won't get rid of pedophiles, but I bet it would make it a lot harder for them to enjoy wrestling, and for this creep to profit off them. You sure you're not him?

3

**BAC**
Members
186

Posted January 2

> **On 1/2/2024 at 12:34 AM, Antitroll2828 said:**
>
> All this shit and in the end nothing will get accomplished or if it does it'll take years while clown continues to operate .. orrr 3 fathers or brothers in masks run into this guy throw him a beating , make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

Sounds lovely, but even if the tough-guy approach were legal, its sort if like saying you can solve the drug problem by taking out a single drug dealer. It won't work if the source is still there and the consumers are still there. You're still going to have hundreds of thousands of people scouring the internet for this stuff. You don't think someone else will come along and fill the need?

My opinion on preventative measures:

1. This should be seen as, first and foremost, a child protection issue. You're never going to stop a

**TOP POSTERS IN THIS TOPIC**

flyingcem... 21 posts
1032004 19 posts
Antitroll2... 11 posts
Ohio Elite 10 posts

**POPULAR DAYS**

Jan 2 2024 63 posts
Dec 30 2023 37 posts
Jan 1 2024 28 posts
Dec 31 2023 18 posts

**POPULAR POSTS**

Jon_Kozak
January 1
A few things to add here that haven't been covered: -His videos (of minors) are embedded on porn sites -Many of his most...

BobDole
January 3
Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

Winners Circle
January 1
New username, new year, new me boys. 😎

**POSTED IMAGES**

Sounds lovely, but even if the tough-guy approach were legal, its sort if like saying you can solve the drug problem by taking out a single drug dealer. It won't work if there's a source and there are still consumers are still there. You're still going to have hundreds of thousands of people scouring the internet for this stuff. You don't think someone else will come along and fill the need?

My opinion on preventative measures:

1. This should be seen as, first and foremost, a child protection issue. You're never going to stop a certain subset of people from salivating over buff dudes. Get over it. Anyone out there who *hasn't* jacked off to a picture of a sexy female athlete? I doubt it. I'm all for keeping the creeps out of *all* events, but focus on keeping kids from being exploited.

2. The main issue is too many unvetted people getting photo/video credentials. Youth events should be, by default, <u>no photo or video allowed</u>, unless (a) you're the kid's parent, or (b) you have the written consent of the parent, or (c) you were specifically granted credentials by the event organizer, which should require a showing that they are a legitimate media organization. The question no one is asking -- but should -- is **why on earth is some guy who has nothing more than a Youtube channel being allowed to film, especially in a youth setting?** Everyone knows Youtube pays by the view. Take a guess what drives view counts. Event sponsors should condition their support on having clear and restrictive policies in place.

3. In the youth context, even sponsors should **insist on retaining ownership of the copyright** on all photos and video taken from their event. In other words, they condition their granting of recording/photo rights to them signing a document stating that (a) their product is a work-for-hire, and (b) the event organizer (e.g. USAW) grants a license, but ownership. This way, the organizer retains the ability to police how the videos/photos are used -- and, when they appear to be drawing the wrong crowd, you can do a DMCA takedown request its gone in a matter of days. Perhaps exceptions can be made for certain reputable organizations regarding ownership, but it is crazy that sponsors aren't retaining control to police the misuse of photos and videos taken at their events *with their permission*.

---

**scourge165**    Posted January 2    •••



> On 1/1/2024 at 4:35 PM, Idaho said:
>
> Yeah, we would never have a political group that would use illegal status to actually heighten a crime...

This is...amazing. Yeah, if you go after a minority JUST because they're a minority, that's a hate crime.

Why it was thrown in like it was somehow less serious because the person who was hit here was an "illegal alien," is ***ducking** weird.

And your response is this...? Their using the person's status as an illegal alien to try and LESSEN the severity of the crime(which I'm also skeptical given the claims of the details).

😕 2

---

**BAC**    Posted January 2    •••



> On 1/2/2024 at 2:26 AM, billyhoyle said:
>
> Youtube tells you exactly where your videos are embedded as a content creator. All law enforcement would have to do is 1. get that info from youtube. 2. Search this person's computer and internet history to show he's posting stuff there.
>
> **The real question is why doesn't youtube do this and then report it to law enforcement? Why has youtube allowed this crap on their website for so long? And why can't parents sue youtube for** hosting the content and profiting off of it. Yes, Youtube has made money off of this sick shit, but

Expand ▾

YouTube won't do anything without a subpoena. And they're immune under Sec. 230 of the CDA. That's why I phrased my post in terms of info you need to collect and give to investigators to arm them.



## Latest Rankings

**NCAA DI Rankings**
Updated January 9

**NCAA DII Rankings**
Updated December 5, 2023

**NCAA DIII Rankings**
Updated November 3, 2023

**NJCAA Rankings**
Updated December 25, 2022

## College Commitments



**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125



**Cy Kruse**

hosting the content and profiting off of it. Yes, Youtube has made money off of this sick shit, but that's why I phrased my post in terms of info you need to collect and give to investigators to arm them.

Expand ▾

YouTube won't do anything without a subpoena. And they're immune under Sec. 230 of the CDA. That's why I phrased my post in terms of info you need to collect and give to investigators to arm them.

❤ 2



**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285

**Antitroll2828**  Posted January 2  •••



Members

💬 493

> On 1/2/2024 at 3:10 AM, scourge165 said:
>
> This is...amazing. Yeah, if you go after a minority JUST because they're a minority, that's a hate crime.
>
> Why it was thrown in like it was somehow less serious because the person who was hit here was an "illegal alien," is ***ducking** weird.
>
> And your response is this...? Their using the person's status as an illegal alien to try and LESSEN the severity of the crime(which I'm also skeptical given the claims of the details).

Bro this post is about weirdos taking pictures of children wrestling and posting them for some profit from pedos and you re hold up on my story like shut the hell up, and the point was that a kid got more time and had his life ruined worse then a serial kid rapist who preyed on girls for a decade because the laws against predators are a joke , the kid hit someone who was riding a bike in the dark on a highway going the wrong way who was committing a felony (his presence here illegally was a felony) and that kid got more time in a harder prison then a rapist , stay on topic



**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157

**BAC**  Posted January 2 (edited)  •••



Members

💬 186

> On 1/1/2024 at 10:37 PM, Winners Circle said:
>
> I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

That is awfully naive.

Do you see as many creepy videographers lining up at youth judo, karate, boxing tournaments? How many Youtube sites are out there with close-ups of those competitors? Show me the comment section where some perv is saying "Dang, little Johnny looks sexy in that baggy gi."

Now look at the Youtube website that everyone's talking about. Click the "popular" tab, so you see the most-viewed videos first... over a dozen with a million views. What do all those videos stills/thumbnails have in common? Besides almost all being little-known youth wrestlers, almost all under-18 males in singlets. What body anatomy is visible in outline form, front and center, in them?

Now take a wild guess. Why do you THINK these videos have so many views?

I'm sure there'd be some pervs around the sport no matter what, and I'm not saying moving away from singlets would be a cure-all. I'm sure it wouldn't be. But if you think the choice of attire has nothing to do with the attention our sport gets from this segment of the population, your head is in the sand.

Admitting this is most definitely NOT justifying the predators, nor is it blaming the victim. It is simply stating a fact. Attire choice influences decisions. It doesn't justify those decisions, but it influences them.

What you choose to do with that information is up to you. If you want to say "we shouldn't have to change our attire just to keep the pervs away," go for it. But don't pretend it isn't influencing their behavior when it obviously is.



**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141





stating a fact. Attire choice influences decisions. It doesn't justify those decisions, but it influences them.

What you choose to do with that information is up to you. If you want to say "we shouldn't have to change our attire just to keep the pervs away," go for it. But don't pretend it isn't influencing their behavior when it obviously is.

**Edited January 2 by BAC**

♡ 3

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

**scourge165**

S

Members

💬 1.2k

Posted January 2

••••

> On 1/1/2024 at 10:37 PM, Winners Circle said:
>
> I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

Eh, I kinda agree with you, but I think your logic is a bit flawed. It DOES have something to do with the singlet or they'd be just as interested in watching Hockey or Basketball.

I'd guess it'd be similar to girls' Volleyball(or more likely private school uniforms).

I don't like that the solution is to not wear Singlets, but maybe you leave that to the kids, or you give the parents the option through HS? I don't know what the answer is. Hell, I don't even see the problem...I'm not gonna go looking too hard for it either as...that feels strange also.

I saw the names, I searched them on YT. I saw a lot of College Wrestling where you see a pretty clear outline, but I haven't seen enough where I can tell it's intentional. That's on the Midwest Wrestling. But I have only watched a couple.

♡ 1

**billyhoyle**

B

Members

💬 332

Posted January 2

••••

> On 1/2/2024 at 3:22 AM, BAC said:
>
> YouTube won't do anything without a subpoena. And they're immune under Sec. 230 of the CDA. That's why I phrased my post in terms of info you need to collect and give to investigators to arm them.

Yeah I know. My post wasn't clear. I wasn't asking what part of the law protects YouTube from liability. I'm asking why it is still such a blanket protection.

♡ 1

**Husker_Du**

Posted January 2

••••

According to Kozak, his vids are uploaded/embedded on porn sites.



**Husker_Du**

President

💬 1.3k

Posted January 2

According to Kozak, his vids are uploaded/embedded on porn sites.

Additionally, i'm pretty sure they are linked on kiddie/gay porn message boards.

and you don't get those kind of view counts without something like that.

i talked about it on a show in the spring and promptly got a call from his 'lawyer-friend' who tried telling me it was all coincidental.

i said 'is it just a coincidence that all the thumbnails are crotch shots or humping? no sprawls or leg attacks'

two days later the thumbnails were all changed.

❤️ 3   😡 2

Jason Bryant works here.

**scourge165**

Members

💬 1.2k

Posted January 2

> On 1/2/2024 at 3:23 AM, Antitroll2828 said:
>
> Bro this post is about weirdos taking pictures of children wrestling and posting them for some profit from pedos and you re held up on my story like shut the hell up, and the point was that a kid got more time and had his life ruined worse then a serial kid rapist who preyed on girls for a decade because the laws against predators are a joke, the kid hit someone who was riding a bike in the dark on a highway going the wrong way who was committing a felony (his presence here illegally was a felony) and that kid got more time in a harder prison then a rapist, stay on topic

I'm staying on topic. You came up with this ridiculous story about a drunk driver and tried to somehow mitigate what he did with..."facts," that I am skeptical of and then you continue to add that he was illegal(NOT a felony).

YOU made it about how killing someone who wasn't an American Citizen in this Country(again, if that's even the case) a lessor crime than a citizen(as you again reiterate by claiming he's a felon).

Also, "held up on [your] story?" Story does sound like a good descriptor, but I posted once about it?

**scourge165**

Members

💬 1.2k

Posted January 2

> On 1/2/2024 at 7:50 AM, Husker_Du said:
>
> According to Kozak, his vids are uploaded/embedded on porn sites.
>
> Additionally, i'm pretty sure they are linked on kiddie/gay porn message boards.
>
> and you don't get those kind of view counts without something like that.
>
> i talked about it on a show in the spring and promptly got a call from his 'lawyer-friend' who tried telling me it was all coincidental.
>
> Expand ▾

Well...then you've at least done something about it.

I've only seen College kids on there...which is bad enough, but I imagine there are a lot of kids(as in young boys)?

I also went into the comments and saw someone talking about how they never Wrestled or Coached, but don't like the coach yelling. That was...odd.

I've only seen College kids on there...which is bad enough, but I imagine there are a lot of kids(as in young boys)?

I also went into the comments and saw someone talking about how they never Wrestled or Coached, but don't like the coach yelling. That was...odd.

So is this guy a pervert or is he just enabling perverts to try and make money off of them?

The later doesn't excuse shit, but I wonder if he's a danger for the children he's around(sans the Camera).

---

**scourge165**

Members

💬 1.2k

Posted January 2 ⋯

> On 1/1/2024 at 10:29 PM, FanOfPurdueWrestling said:
>
> It's so simple, quit making our sport so easy to sexualize and make fun of....

I think you're oversimplifying it. I don't think people with that type of brain are going to be turned off by the sport if guys are wearing shorts and then an under-armour shirt.

But shit, I guess after seeing they're literally putting it on porn sites, it should be an option for HS and above. I just didn't like Wrestling someone in shorts or in a shirt...but I(we) all practiced with guys wearing sweatshirts and shit like that. You might get a finger caught in there every once in a while, but that's a helluva lot better than seeing young kids in JHS on porn sites because they have both legs in and that's...something that excites a brain that's just wired wrong.

❤️ 1

---

**billyhoyle**

Members

💬 332

Posted January 2 (edited) ⋯

> On 1/2/2024 at 12:34 AM, Antitroll2828 said:
>
> All this shit and in the end nothing will get accomplished or if it does it'll take years while clown
> continues to operate .. orrr 3 fathers or brothers in masks run into this guy throw him a beating ;
> make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

You keep posting that this vigilante approach solves the problem, which sounds tough on the internet, but in reality those people would go to jail too. I don't see you volunteering for that, and most people wouldn't either, which is why your solution doesn't work. Travis Bickle isn't going to help.

There is already a blueprint to stop this, which is the legal system. And yes, civil and criminal cases have impacted the way organizations like the catholic church, boy scouts, and schools/universities deal with abuse. So the only way to actually solve this is to ask first of all if the people who are profiting can be held criminally and civilly accountable under current law. And if not (as is the case for not being able to sue Youtube and other corporations profiting), work to change laws.

**Edited January 2 by billyhoyle**

---

**1032004**

Members

💬 2.3k

Posted January 2 ⋯

> On 1/2/2024 at 7:50 AM, Husker_Du said:
>
> According to Kozak, his vids are uploaded/embedded on porn sites.
>
> Additionally, i'm pretty sure they are linked on kiddie/gay porn message boards.
>
> and you don't get those kind of view counts without something like that.
>
> i talked about it on a show in the spring and promptly got a call from his 'lawyer-friend' who tried
> telling me it was all coincidental.
>
> Expand ⌄





According to Kozak, his vids are uploaded/embedded on porn sites.

Additionally, I'm pretty sure they are linked on kiddie/gay porn message boards.

and you don't get those kind of view counts without something like that.

i talked about it on a show in the spring and promptly got a call from his 'lawyer-friend' who tried telling me it was all coincidental.

Expand ▾

Thanks for your efforts. I assume they have to prove that he was the one posting the links, no?

---

**juniorvarsity**    Posted January 2    •••

Members

💬 50
I love Bob Dole

You guys need to stop talking about Congress and the first amendment. We are the wrestling community. We cannot change the law fast enough.

Get this man on the Permanently Ineligible USA Wrestling Member List. Once he is there, that can be used as reason to kick him out of all other tournaments not associated with USA Wrestling by tournament directors.

https://www.themat.com/membership/ineligible-members

❤️ 1    😮 1

---

**Ohio Elite**    Posted January 2    •••

Members

💬 942

> On 1/2/2024 at 12:23 PM, juniorvarsity said:
>
> You guys need to stop talking about Congress and the first amendment. We are the wrestling community. We cannot change the law fast enough.
>
> Get this man on the Permanently Ineligible USA Wrestling Member List. Once he is there, that can be used as reason to kick him out of all other tournaments not associated with USA Wrestling by tournament directors.
>
> Expand ▾

I like this idea.

😆 1

---

**Ohio Elite**    Posted January 2    •••

Members

💬 942

https://x.com/MrPatMineo/status/1742033237579296985?t=RNbDaWO26zH4zRniWoCwMg&s=09

😆 1

---

**juniorvarsity**    Posted January 2    •••

Members

💬 50

> On 1/2/2024 at 12:41 PM, Ohio Elite said:
>
> https://x.com/MrPatMineo/status/1742033237579296985?t=RNbDaWO26zH4zRniWoCwMg&s=09

What does that even mean? He said something about the FBI.



On 1/2/2024 at 12:41 PM, Ohio Elite said:

https://x.com/MrPatMineo/status/1742033237579296985?t=RNbDaWO26zH4zRniWoCwMg&s=09

What does that even mean? He said something about the FBI.

Members

💬 50
I love Bob Dole

**Interviewed_at_Weehawken**

Posted January 2

On 1/2/2024 at 2:55 AM, BAC said:

3. In the youth context, even sponsors should *insist on retaining ownership of the copyright* on all photos and video taken from their event.

I don't disagree with this one bit, but the Flo haters certainly do. Minnow and his sycophants were all fired up about this earlier this year. (Wranglemania?)

Members

💬 2.2k

**Ohio Elite**

Posted January 2

On 1/2/2024 at 12:50 PM, juniorvarsity said:

What does that even mean? He said something about the FBI.

Not exactly sure, but he said that right authorities are now involved. I hope he is right.

Members

💬 942

😂 1

**1032004**

Posted January 2

On 1/2/2024 at 12:50 PM, juniorvarsity said:

What does that even mean? He said something about the FBI.

He wrote this also, but not sure what profiles he's referring to. His Twitter (which wasn't very active) and Instagram are still up.

Members

💬 2.3k



**1032004**

1

Members

💬 2.3k

Posted January 2 (edited)

> On 1/2/2024 at 1:04 PM, Ohio Elite said:
>
> Not exactly sure, but he said that right authorities are now involved. I hope he is right.

I give credit to him for raising awareness, but based on Pyles' post, I'm sure authorities were already involved...

**Edited January 2 by 1032004**

**Interviewed_at_Weehawken**

Members

💬 2.2k

Posted January 2

> On 1/2/2024 at 1:05 PM, 1032004 said:
>
> He wrote this also, but not sure what profiles he's referring to.  His Twitter (which wasn't very active) and Instagram are still up.

Expand ▾

Typical Minnow style.  He wants us to believe that he has a direct line to the feds.

❤️ 3

**ILLINIWrestlingBlog**

I

Members

💬 680

Posted January 2

I practiced civil and criminal law in ILLINOIS for a number of years. If these guys are reading this board, and you know they're reading this board, it's time to lawyer up. Delete all the child porn videos and pray to your God. Without waivers from the parents, there is civil liability for money damages followed by bankruptcy. Additionally, this is the relevant ILLINOIS criminal statute:

Child pornography.

    (a) A person commits child pornography who:

        (1) films, videotapes ... any child whom he ... knows or reasonably should know to be under the age of 18 ... where such child ... is:

            (i) actually or **by simulation** engaged in any ... **sexual conduct** with any person

            (vii) depicted or portrayed in any pose, posture or setting

Document title: Creeps in the wrestling community - What can we do about it? - Page 4 - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/4/#comments
Capture timestamp (UTC): Mon, 15 Jan 2024 20:57:38 GMT

💬 680



(i) actually or **by simulation** engaged in any ... **sexual conduct** with any person

(vii) depicted or portrayed in any pose, posture or setting involving a lewd exhibition of ... **transparently** clothed genitals, pubic area, buttocks....

I highlighted the questions that the State's Attorney will look at closely. Would riding be considered simulated sexual conduct? Would a singlet be considered "transparent" enough? I think the answer to both those questions would be "yes," especially if you show the judge during the motion hearing and the jury during the trial the videotapes of the children on porn sites. You only have to answer "yes" once for there to be criminal liability. The question to ask each defendant, or the rhetorical question to pose to the judge and jury: It was apparently "transparent" enough for you to post the video on a porn site, wasn't it?

As for what to do, I think there are two main options: Root out each individual doing this one by one, or go to the two-piece for high school, Fargo, National Duals and other tournaments. Make it a privilege to wear the singlet for Team USA and in college.

---

**juniorvarsity**        Posted January 2        •••

Members

💬 50
I love Bob Dole

> On 1/2/2024 at 1:57 PM, ILLINIWrestlingBlog said:
>
> Without waivers from the parents, there is civil liability for money damages followed by bankruptcy.

This is interesting. Is there only civil liability because of the places the videos ended up? Because other orgs record matches and post them to youtube and their own sites without approval from parents ahead of time.

---

« PREV   1   2   3   **4**   5   6   7   8   NEXT »        Page 4 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

**Create an account**
Sign up for a new account in our community. It's easy!

[ Register a new account ]

**Sign in**
Already have an account? Sign in here.

[ Sign In Now ]

---

‹  Go to topic listing

🏠 Home  ›  Forums  ›  Wrestling  ›  College Wrestling  ›  Creeps in the wrestling community - What can we do about it?        ▦ All Activity

X  f

Cookies

---

Document title: Creeps in the wrestling community - What can we do about it? - Page 4 - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/4/#comments
Capture timestamp (UTC): Mon, 15 Jan 2024 20:57:38 GMT        Page 10 of 11

with any person

(vii) depicted or portrayed in any pose, posture or setting
involving a lewd exhibition of ... **transparently** clothed
genitals, pubic area, buttocks....

I highlighted the questions that the State's Attorney will look at closely. Would riding be considered
simulated sexual conduct? Would a singlet be considered "transparent" enough? I think the answer to
both those questions would be "yes," especially if you show the judge during the motion hearing and the
jury during the trial the videotapes of the children on porn sites. You only have to answer "yes" once for
there to be criminal liability. The question to ask each defendant, or the rhetorical question to pose to
the judge and jury: It was apparently "transparent" enough for you to post the video on a porn site,
wasn't it?

As for what to do, I think there are two main options: Root out each individual doing this one by one, or
go to the two-piece for high school, Fargo, National Duals and other tournaments. Make it a privilege to
wear the singlet for Team USA and in college.

---

**juniorvarsity**          Posted January 2                                                  •••

Members

💬 50
I love Bob Dole

> ⊘ **On 1/2/2024 at 1:57 PM, ILLINIWrestlingBlog said:**
>
> Without waivers from the parents, there is civil liability for money damages followed by bankruptcy.

This is interesting. Is there only civil liability because of the places the videos ended up? Because other
orgs record matches and post them to youtube and their own sites without approval from parents ahead
of time.

---

« PREV   1   2   3   **4**   5   6   7   8   NEXT »      Page 4 of 8 ▾

---

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account
Sign up for a new account in our community. It's easy!

**Register a new account**

### Sign in
Already have an account? Sign in here.

**Sign In Now**

---

‹ Go to topic listing

---

Home › Forums › Wrestling › College Wrestling › Creeps in the wrestling community - What can we do about it?        🖾 All Activity

𝕏 f

Cookies

Copyright © 2023 InterMat
Powered by Invision Community

🔒 Page Vault

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 5 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/5/#comments |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:57:43 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 20:58:23 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 13 |
| Capture ID: | 4YcERXh4wVYeRjkmiUurXM |
| User: | smb-ndombrowski |

PDF REFERENCE #:      gcEzUE1KDqURTVEZXx8a7Y



Articles | Rankings | **Forums** | College Commitments | Jobs | MatScouts | Subscriptions | Clubs | More

Search...

Home > Forums > Wrestling > College Wrestling > Creeps in the wrestling community - What can we do about it?

🖥 All Activity

# Creeps in the wrestling community - What can we do about it?

**By flyingcement**
December 30, 2023 in College Wrestling

◄ Share   Followers 3

« PREV 1 2 3 4 **5** 6 7 8 NEXT »   Page 5 of 8 ▾

### gimpeltf

Members
💬 723

Posted January 2 (edited)

⊙ On 1/2/2024 at 1:57 PM, ILLINIWrestlingBlog said:

Would riding be considered simulated sexual conduct? Would a singlet be considered "transparent" enough? I think the answer to both those questions would be "yes," especially if you show the judge during the motion hearing and the jury during the trial the videotapes of the children on porn sites.

Wouldn't that imply that we could NEVER film/stream and then publicly post kids wrestling?

**Edited January 2 by gimpeltf**

### AgaveMaria

Members
💬 375

Posted January 2

Am visiting my old college friend and he asked me about this one. Asked as I have shot NFL, NBA, MLB and such for decades for newspapers, magazines and some teams.

The camera doesn't lie. It photographs reality. But..., your angle, lens, lighting and what you choose to photograph can emphasize various aspects of what is covered. Then you have how they are edited and worked on to emphasize particular areas of images. I do still work, no video. I'll leave the video to friends who have the dollars for top gear and do it for a living.

All of us who photograph sports have images that are questionable and at times almost obscene. Images that, if published - would be a bad look for the subject featured. Any photographer with a conscience does not show these. Editors never see them because we are not in the business of trying to ruin our subjects. This is especially true in Youth sports and even more so with women in sport. As for me I stopped photographing cheerleaders a few decades ago. Too much "dirty old man" vibes from too many when you are pointing big lenses at the women/girls. Just personal here but i know many who do not photograph them unless specifically asked. Same basic reason - don't want to be labeled as dirtbag photographers or - even worse - "paparazzi".

When photographing action stuff happens. Hands and fingers end up in odd positions, body parts get exposed or emphasized. Good taste dictated judgment on what we send ot editors for publication and sale. There is a line from funny to embarrassing to outrght prurient images. Most I have done business with don't want and won't publish those images that are questionable. For me, I don't do business with

## TOP POSTERS IN THIS TOPIC

flyingcem... 21 posts
1032004 19 posts
Antitroll2... 11 posts
Ohio Elite 10 posts

## POPULAR DAYS

Jan 2 2024 63 posts
Dec 30 2023 37 posts
Jan 1 2024 28 posts
Dec 31 2023 18 posts

## POPULAR POSTS

**Jon_Kozak** January 1
A few things to add here that haven't been covered: -His videos (of minors) are embedded on porn sites -Many of his most...

**BobDole** January 3
Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

**Winners Circle** January 1
New username, new year, new me boys. 😎

## POSTED IMAGES



when you are pointing big lenses at the women/girls. Just personal here but i know many who do not photographers or - even worse - "paparazzi".

When photographing action stuff happens. Hands and fingers end up in odd positions, body parts get exposed or emphasized. Good taste dictated judgment on what we send to editors for publication and sale. There is a line from funny to embarrasing to outrght prurient images. Most I have done business with don't want and won't publish those images that are questionable. For me, I don't do business with those who do. Others are not concerned with it.

If - and it is a bit IF - I ran a venue and saw certain photographers/videographers putting up images as this topic is discussing i would ban them from the arena. If that is challenged we could go to NO CAMERAS as a policy. Even that is a problem with cell phone image quality getting better every week.

These type of photographers will always be with us. Local control is pretty much your only option. Visit an Intellectual Property attorney and/or Law Enforcement to get good information on your legal options. I am not an attorney.

That said I know what happens if I find my kids involved. There is the law. There is revenge. When it is personal..., revenge becomes the law. Take that however you will.

 2

" Never attribute to inspiration that which can be adequately explained by delusion".

---

### Latest Rankings

**NCAA DI Rankings**
Updated January 9

**NCAA DII Rankings**
Updated December 5, 2023

**NCAA DIII Rankings**
Updated November 3, 2023

**NJCAA Rankings**
Updated December 25, 2022

### College Commitments

---



**Winners Circle**

Members

💬 100
I love Bob Dole

Posted January 2                                               •••

> On 1/2/2024 at 9:46 AM, scourge165 said:
>
> I think you're oversimplifying it. I don't think people with that type of brain are going to be turned off by the sport if guys are wearing shorts and then an under-armour shirt.
>
> But shit, I guess after seeing they're literally putting it on porn sites, it should be an option for HS and above. I just didn't like Wrestling someone in shorts or in a shirt...but I(we) all practiced with guys wearing sweatshirts and shit like that. You might get a finger caught in there every once in a while, but that's a helluva lot better than seeing young kids in JHS on porn sites because they have
>
> Expand ▾

This was my point. The uniform won't turn the creeps away.

 1

---



**BAC**

Members

💬 186

Posted January 2                                               •••

> On 1/2/2024 at 12:55 PM, Interviewed_at_Weehawken said:
>
> I don't disagree with this one bit, but the Flo haters certainly do. Minnow and his sycophants were all fired up about this earlier this year. (Wranglemania?)

I'm actually saying something a little bit different. I'm not talking about whether Flo or other organizations *give* permission. I'm talking about the permission they *receive*. I'm talking about putting the control in the hands of the state/national wrestling organizations, instead of giving unfettered discretion to the media organizations to use or misuse their photos/videos as they see fit.

Let me give you an example.

Let's say the Indiana state organization of USA-Wrestling (lets call it "USAW-I") is holding a U17 state freestyle tournament. Can anyone just walk in and start filming? No -- not if USAW-I doesn't allow it. They can forbid videos/photography, or impose limits. They can permit filming only where media credentials are given. And they can dictate the terms of those credentials. You don't like it, you don't get to film.



**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125



**Cy Kruse**

---



Let's say the Indiana state organization of USA-Wrestling (lets call it "USAW-I") is holding a U17 state freestyle tournament. Can anyone just walk in and start filming? No -- not if USAW-I doesn't allow it. They can forbid videos/photography, or impose limits. They can permit filming only where media credentials are given. And they can dictate the terms of those credentials. You don't like it, you don't get to film.

So lets say 3 media organizations/individuals apply for media credentials. Instead of just handing out credentials and video rights unconditionally, USAW-I can say on the rights form: Sure, you can record, but we retain ownership of the copyright on whatever you record. We grant you a license, but we retain the right to rescind that license or to exercise our rights under the copyright laws if we determine, in our sole discretion, that they work is inappropriate, offensive or is being misused by you or others.

If USAW-I does that, and videos from their tournament are shot in a dodgy way or have a mysteriously high number of Youtube views or show up on a sketchy website, then complaints are routed to USAW-I, which can immediately do a "takedown notice" under copyright laws (see https://support.google.com/youtube/answer/2807622?hl=en), and then under federal law, Youtube (or whatever the website is) has to comply promptly, usually in a matter of days if not hours.

Caveats:

-- Many wrestling organizations aren't so great about exercising these rights. But they do have them. This episode should be an eye-opener to state organizations to be more vigilant about implementing and enforcing no-video/no-photo rules absent organizer permission, particularly in the youth context.

-- This isn't the only approach. Wrestling organizations can simply be more vigilant about who they give credentials to. But the problem is, it is hard to know. There's no doubt legit videographers out there, who also have a side business of catering to prurient interests. Organizations also can retain the right to rescind credentials, but that doesn't solve the problem of them having already acquired a library of stuff to peddle.

-- Some media organizations may take exception to not owning copyrights in their works. Owning a license isn't as valuable as owning a copyright. Personally I think it is justified in the youth context. If necessary, an exception could be made with well-known media organizations, but even there, the credential agreement should include limitations -- e.g. using the videos only on their own websites, not re-licensing them without the organization's permission, and/or agreeing to exercise a DMCA takedown notice if requested by the organization. Point is, there are workarounds to accommodate the media organization's desire to own its own IP, while still ensuring the organization retains the ability to be responsive to instances of misuse.

-- It isn't always the state wrestling organizations that control media access. Sometimes it is private organizations, which I hope would follow suit. Sometimes it is the media organization itself (e.g. I assume Flo controls access to its "Who's Number One" event). I'm not worried about them, as they're keeping the rights for themselves and I can't imagine they'd ever license it to a suspect actor.

-- There's other complicators too. I'm not in the loop on the processes currently used by USAW and other organizations, and what processes they mandate to their state organizations, and what limitations they have by virtue of falling under the USOC/IOC umbrella. I'm also not sure how flexible the wrestling media would be in agreeing to additional copyright restrictions in the youth context. Flo, for example, has come a long way from its early days of just sort of showing up and filming until they get kicked out (and risking copyright objections from exclusive broadcasters), to now apparently negotiating exclusive rights for themselves in many of the events they cover. But I think its an idea worth exploring as I gather this issue is more widespread than we realize, and exists in wrestling's underbelly where we seldom look.

**BAC**



Members

💬 186

Posted January 2                                              •••

> ✓ On 1/2/2024 at 1:57 PM, ILLINIWrestlingBlog said:
>
> I practiced civil and criminal law in ILLINOIS for a number of years. If these guys are reading this board, and you know they're reading this board, it's time to lawyer up. Delete all the child porn videos and pray to your God. Without waivers from the parents, there is civil liability for money damages followed by bankruptcy. Additionally, this is the relevant ILLINOIS criminal statute:
>
> Child pornography.
>
> (a) A person commits child pornography who:
>
> Expand ▾

**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285



**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157



**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141



board, and you know they're reading this board, it's time to lawyer up. Delete all the child porn and ... Without waiting ... money damages followed by bankruptcy. Additionally, this is the relevant ILLINOIS <u>criminal statute</u>.

Child pornography.

(a) A person commits child pornography who:

Expand ▾

You gotta be careful what you ask for here. If common wrestling positions can constitute "simulated sexual conduct," and if the appearance of the typical wrestling singlet can constitute "transparently clothed genitals," then not only would every single youth wrestling video risk prosecution for child pornography, it also would mean those who who watch and/or store those videos are guilty of viewing/possessing child porn, and those who sponsor wrestling events are engaged in criminal acts. Lets not throw out the baby with the bathwater. Prosecuting someone on these grounds would create a chilling effect on wrestling media that could be a death knell for the entire sport.

If you're going to go after someone criminally, it needs to be based on their very specific conduct in relation to child pornographers and consumers, and not merely the high-res nature of the videos.

 1

---

**BAC**



Members

💬 186

Posted January 2                                                                     •••

> ◎ On 1/2/2024 at 6:59 AM, billyhoyle said:
>
> Yeah I know. My post wasn't clear. I wasn't asking what part of the law protects YouTube from
> liability. I'm asking why it is still such a blanket protection.

Gotcha. I could go down a rabbit hole on this one, but respectfully, the answer isn't opening Youtube up to liability. The cost of self-policing is absolutely massive, and content hosts will err on the side of caution, so what will happen is a massive overcorrection where either (a) a huge portion of content goes behind a paywall (passing costs to the consumer), or (b) a huge part of the internet dries up (as content hosts lack the resources to review/police it), or, most likely, (c) both.

The other legislative problem is that politicians are too caught up in what minors can do online, and not focused enough on what adults can do to harm and exploit minors. State and federal legislators LOVE to pass new laws restricting what kids can see/do on the internet -- Youtube is currently under an FTC consent decree from 2019 for failing to police this -- but what do legislators do to protect the kids from adults? Precious little.

You want a legislative fix? Here's mine. Amend the Copyright Act to provide that parents/guardians of minor children automatically own a limited copyright in the image/likeness of their minor child, and can enforce that copyright by requiring videos/photos be taken down, unless they have given express permission (e.g. via signed waiver for an event). In other words, expand the right to make a DMCA takedown request to parents. Right now, all we have is a messy patchwork of state privacy laws, most of them inadequate. The Copyright Act provides a quick and easy nationwide solution.

---

**Antitroll2828**



Members

💬 493

Posted January 2                                                                     •••

> ◎ On 1/2/2024 at 10:28 AM, billyhoyle said:
>
> You keep posting that this vigilante approach solves the problem, which sounds tough on the
> internet, but in reality those people would go to jail too. I don't see you volunteering for that, and
> most people wouldn't either, which is why your solution doesn't work. Travis Bickle isn't going to
> help.
>
> There is already a blueprint to stop this, which is the legal system. And yes, civil and criminal cases
> have impacted the way organizations like the catholic church, boy scouts, and schools/universities

Expand ▾

Your first paragraph is exactly why predators and criminals are thriving in this country right now , literally the definition why this country has the arrow pointing straight down , you think I give a shit if I get some jail time for beating up a child predator? If this guy was doing this in Nj I was would drive straight to the

---

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

Expand ▾

There is already a blueprint to stop this, which is the legal system. And yes, civil and criminal cases

Your first paragraph is exactly why predators and criminals are thriving in this country right now , literally the definition why this country has the arrow pointing straight down , you think I give a shit if I get some jail time for beating up a child predator? If this guy was doing this in Nj I was would drive straight to the arena and wait for him in a parking lot , Violence has always been and always will be the greatest deterrent towards evil men , these people don't care about laws and laws don't work for the victims at all in our system , he's exploited 100s of kids and posted their images for pedos to enjoy and currently is a youth ref with access to children and you want to start the long drawn out process of changing laws (relying on politicians , half of which are current fighting to keep Epstein client list sealed) and file civil suits which go on for years and years.. the law has known about this for over a year. How many pictures have been taken and sent into the cesspool of the internet since then? How many disgusting weirdos enjoyed them since the cops were notified? Hopefully the F.B.I. does something now that they are involved but I doubt if they do it'll be a quick and speedy process

the greatest threat to society isn't evil men it's the indifference and apathy of good men

---

**Antitroll2828**



Members

💬 493

Posted January 2

•••

> ⊘ On 1/2/2024 at 1:09 PM, Interviewed_at_Weehawken said:
>
> Typical Minnow style. He wants us to believe that he has a direct line to the feds.

This isn't the first time Mineo used his platform to call out predators in the wrestling community and he has 3 young girls so I know he's sincere when he talks about this stuff , and Mineo runs a wrestling page with like over 1000 members in NJ , quite a few that work in law enforcement, it wouldn't be surprising at all if one of them knew who to call to get the ball rolling on something ....

pretty weird time and subject to try and dunk on Mineo when he did more to try and stop this guy in the last 48 hrs then law enforcement and the wrestling community did in a year

 3

---

**Le duke**



Members

💬 1.7k

Posted January 2

•••

> ⊘ On 1/2/2024 at 4:40 PM, Antitroll2828 said:
>
> Your first paragraph is exactly why predators and criminals are thriving in this country right now , literally the definition why this country has the arrow pointing straight down , you think I give a shit if I get some jail time for beating up a child predator? If this guy was doing this in Nj I was would drive straight to the arena and wait for him in a parking lot , Violence has always been and always will be the greatest deterrent towards evil men , these people don't care about laws and laws don't work for the victims at all in our system , he's exploited 100s of kids and posted their images for pedos to enjoy and currently is a youth ref with access to children and you want to start the long drawn out process of changing laws (relying on politicians , half of which are current fighting to keep Epstein client list sealed) and file civil suits which go on for years and years.. the law has known about this for over a year. How many pictures have been taken and sent into the cesspool of the internet since then? How many disgusting weirdos enjoyed them since the cops were notified? Hopefully the F.B.I. does something now that they are involved but I doubt if they do it'll be a quick and speedy process
> the greatest threat to society isn't evil men it's the indifference and apathy of good men

If these people feared violent reprisal against them, they wouldn't do it.

Let's say you show up to some youth tournament and pick a fight with a guy you THINK is him. Then, it turns out it's the wrong guy. You're going to jail, chief.

Or, let's say he's armed. Even if he's a suspected criminal, if he's allowed to carry a gun in that state, and you attacks him, he can kill you, and walk.

---

Let's say you show up to some youth tournament and pick a fight with a guy you THINK is him. Then, it turns out it's the wrong guy. You're going to jail, chief.

Or, let's say he's armed. Even if he's a suspected criminal, if he's allowed to carry a gun in that state, and you attacks him, he can kill you, and walk.

There's a reason the law exists. You don't get to take it into your own hands.

Sent from my iPhone using Tapatalk

---

**Interviewed_at_Weehawken**



Members

💬 2.2k

Posted January 2 (edited)                                                    •••

> ⊘ On 1/2/2024 at 4:47 PM, Antitroll2828 said:
>
> This isn't the first time Mineo used his platform to call out predators in the wrestling community and he has 3 young girls so I know he's sincere when he talks about this stuff , and Mineo runs a wrestling page with like over 1000 members in NJ , quite a few that work in law enforcement, it wouldn't be surprising at all if one of them knew who to call to get the ball rolling on something ....
>
> pretty weird time and subject to try and dunk on Mineo when he did more to try and stop this guy in the last 48 hrs then law enforcement and the wrestling community did in a year

I'll dunk on Minnow when I please.

Curious, who weighed in on the current scumbaggery first: Pyles or Minnow? Genuinely curious.

And what does this specific case have anything to do with Minnow's fanbase in NJ?

Keep in mind that the wording he chose was to make his disciples think "Uncle Pat" (super creepy nickname he gave himself) was real real cool. Not to mention he used silly memes and made it all about him.

Edited January 2 by Interviewed_at_Weehawken

 1

---

**Antitroll2828**



Members

💬 493

Posted January 2                                                            •••

> ⊘ On 1/2/2024 at 4:55 PM, Interviewed_at_Weehawken said:
>
> I'll dunk on Minnow when I please.
>
> Curious, who weighed in on the current scumbaggery first: Pyles or Minnow? Genuinely curious.
>
> And what does this specific case have anything to do with Minnow's fanbase in NJ?
>
> Keep in mind that the wording he chose was to make his disciples think "Uncle Pat" (super creepy nickname he gave himself) was real real cool.



Idk who brought it up first and my point was mineo shared all this information with his wrestling group , a lot of NJ wrestlers around mineos age went into law enforcement and are members of said group so I said I wouldn't be surprised if that helped get the FBI get involved , big difference between a wrestling mom calling the feds and a Sgt in a large police department calling the feds , I wasn't stating anything as a fact just pointing that out to you

I dunk in mineo from time to time because he deserves it occasionally but this is a very serious subject and one I know he isn't talking about for clicks or likes

thinking about it I think pyles may have briefly brought this up in the past but tap danced around it for fear of getting sued or company orders or whatever the reason and when these guys got kicked out of midlands pyles popped back up with it

---



and one I know he isn't talking about for clicks or likes

thinking about it I think pyles may have briefly brought this up in the past but tap danced around it for fear of getting sued or company orders or whatever the reason and when these guys got kicked out of midlands pyles popped back up with it

♡ 1

**Antitroll2828**

Posted January 2 (edited) ···

A

Members

💬 493

> On 1/2/2024 at 4:51 PM, Le duke said:
>
> If these people feared violent reprisal against them, they wouldn't do it.
>
> Let's say you show up to some youth tournament and pick a fight with a guy you THINK is him. Then, it turns out it's the wrong guy. You're going to jail, chief.
>
> Expand ▾

Weak

per the FBI own numbers only 52 percent of all murders are solved (and they group this in with manslaughter to boost that number )

26 percent of rape cases are solved

36 percent of violent crimes are solved

23 percent of all Robbery

and those are just the numbers for cases with arrests , not prosecutions so these numbers go down even more after trial and almost 90 percent of the rest agree to a plea deal for a lesser charge and less or no jail time

im also not advocating for people to go be Batman in their communities either , a lot of stupid people could end up hurting innocent people but in certain situations everyday people need to step up and do something when law enforcement can't or just won't stop the obvious wrong going on , otherwise predators and criminals rule and society fails

**Edited January 2 by Antitroll2828**

**gimpeltf**

Posted January 2 ···

Members

💬 723

> On 1/2/2024 at 4:55 PM, Interviewed_at_Weehawken said:
>
> Keep in mind that the wording he chose was to make his disciples think "Uncle Pat" (super creepy nickname he gave himself) was real real cool.

He IS Uncle Pat. His brother Steve has a couple kids.

♡ 1

**Interviewed_at_W**      Posted January 2 ···
**eehawken**

 1

### Interviewed_at_Weehawken



Members

💬 2.2k

Posted January 2

> **On 1/2/2024 at 5:13 PM, gimpeltf said:**
>
> He IS Uncle Pat. His brother Steve has a couple kids.

Lol... those kids aren't the Bassetts and Gibsons that go to McCourt. He refers to himself as those kids uncle.

---

### scribers



Members

💬 170

Posted January 2

> **On 1/2/2024 at 2:55 AM, BAC said:**
>
> Sounds lovely, but even if the tough-guy approach were legal, its sort if like saying you can solve the drug problem by taking out a single drug dealer. It won't work if the source is still there and the consumers are still there. You're still going to have hundreds of thousands of people scouring the internet for this stuff. You don't think someone else will come along and fill the need?
>
> My opinion on preventative measures:
>
> 7. This should be seen as, first and foremost, a child protection issue. You're never going to stop a
>
> Expand ▾

The logistics of running an event is difficult at best. Everyone there has a phone capable of making a decent quality video. Think about how difficult it would be to vet and enforce this policy.

Or we can stop requiring children to wear revealing uniform and get back to the business of the best aspects of wrestling, including being able to see recorded competition where ever it can be uploaded.

---

### commonsense2400



Members

💬 9

I love Bob Dole

Posted January 2

Child exploitation occurs uncaught in schools, churches, youth programs, for years, amidst innocent adults completely unaware of it. Pedophilia is the farthest thing in the minds of people who work among children. It's unfathomable to them. Signs and warnings, true and untrue, often get met with disbelief because the idea of pedophilia seems so wrong. That is why so much training is needed to condition people to watch for it. This guy is probably not a pedophile. He has probably worked around kids so much that he can't imagine pedophilia. He is probably a naive, stubborn, clueless person, who, in his head and heart, thinks he is doing nothing wrong, and hundreds of adults have told him that his work is amazing and treasured and to please make more. Reasonable people need to sit down with him and explain why his excellent video skills and ferocious work ethic need changes. It's too bad the purported leaders and media profiteers are resorting to extortion and violence. That speaks a lot. Instead of sitting down with the guy for a heart to heart conversation about what he can do better, they try to steal his copyright and threaten to beat him up.

---

### Ohio Elite



Members

💬 942

Posted January 2

> **On 1/2/2024 at 10:49 PM, commonsense2400 said:**
>
> Child exploitation occurs uncaught in schools, churches, youth programs, for years, amidst innocent adults completely unaware of it. Pedophilia is the farthest thing in the minds of people who work among children. It's unfathomable to them. Signs and warnings, true and untrue, often get met with disbelief because the idea of pedophilia seems so wrong. That is why so much training is needed to condition people to watch for it. This guy is probably not a pedophile. He has probably worked around kids so much that he can't imagine pedophilia. He is probably a naive, stubborn, clueless person, who, in his head and heart, thinks he is doing nothing wrong, and hundreds of adults have told him that his work is amazing and treasured and
>
> Expand ▾



Members

💬 942

Child exploitation occurs uncaught in schools, churches, youth programs, for years, amidst innocent adults completely unaware of it. Pedophilia is the farthest thing in the minds of people who work among children. It's unfathomable to them. Signs and warnings, true and untrue, often get met with disbelief because the idea of pedophilia seems so wrong. That is why so much training is needed to condition people to watch for it. This guy is probably not a pedophile. He has probably worked around kids so much that he can't imagine pedophilia. He is probably a naive, stubborn, clueless person, who, in his head and heart, thinks he is doing nothing wrong, and hundreds of adults have told him that his work is amazing and treasured and

Expand ▾

First post eh?

❤️ 2    🤭 1

---

**bnwtwg**

B

Members

💬 1.9k

Posted January 2                                                                      •••

> 🔘 On 1/2/2024 at 10:49 PM, commonsense2400 said:
>
> Child exploitation occurs uncaught in schools, churches, youth programs, for years, amidst innocent adults completely unaware of it. Pedophilia is the farthest thing in the minds of people who work among children. It's unfathomable to them. Signs and warnings, true and untrue, often get met with disbelief because the idea of pedophilia seems so wrong. That is why so much training is needed to condition people to watch for it. This guy is probably not a pedophile. He has probably worked around kids so much that he can't imagine pedophilia. He is probably a naive, stubborn, clueless person, who, in his head and heart, thinks he is doing nothing wrong, and hundreds of adults have told him that his work is amazing and treasured and
>
> Expand ▾

Hey there, welcome to Intermat. One thing we like to do around here is meet & greet is share our Youtube channel. What's the link to yours?

😂 4

i am an idiot on the internet

---

**flyingcement**

Members

💬 3.2k

Posted January 2                                                      Author    •••

> 🔘 On 1/2/2024 at 10:49 PM, commonsense2400 said:
>
> Child exploitation occurs uncaught in schools, churches, youth programs, for years, amidst innocent adults completely unaware of it. Pedophilia is the farthest thing in the minds of people who work among children. It's unfathomable to them. Signs and warnings, true and untrue, often get met with disbelief because the idea of pedophilia seems so wrong. That is why so much training is needed to condition people to watch for it. This guy is probably not a pedophile. He has probably worked around kids so much that he can't imagine pedophilia. He is probably a naive, stubborn, clueless person, who, in his head and heart, thinks he is doing nothing wrong, and hundreds of adults have told him that his work is amazing and treasured and
>
> Expand ▾

The thumbnails he chose just all happened to accentuate the private areas of children?  To defend the guy is despicable.  You should be ashamed of yourself.

❤️ 6

---

**1032004**

1

Members

Posted January 3                                                                      •••

> 🔘 On 1/2/2024 at 4:47 PM, Antitroll2828 said:
>
> This isn't the first time Mineo used his platform to call out predators in the wrestling community and he has 3 young girls so I know he's sincere when he talks about this stuff , and Mineo runs a



**1**

Members

💬 2.3k

> ⊘ On 1/2/2024 at 4:47 PM, Antitroll2828 said:
>
> This isn't the first time Mineo used his platform to call out predators in the wrestling community and he has 3 young girls so I know he's sincere when he talks about this stuff , and Mineo runs a wrestling page with like over 1000 members in NJ , quite a few that work in law enforcement, it wouldn't be surprising at all if one of them knew who to call to get the ball rolling on something ....
>
> pretty weird time and subject to try and dunk on Mineo when he did more to try and stop this guy in the last 48 hrs then law enforcement and the wrestling community did in a year

Kudos to him for helping raise awareness about this issue. But I'm not necessarily convinced he "did more to try to stop this guy in the last 48 hours than law enforcement and the wrestling community did in a year."

---

**commonsense24 00**



Members

💬 9
I love Bob Dole

Posted January 3 ・・・

> ⊘ On 1/2/2024 at 11:11 PM, flyingcement said:
>
> The thumbnails he chose just all happened to accentuate the private areas of children? To defend the guy is despicable. You should be ashamed of yourself.

His thumbnails are no different than the photos on any wrestling photographer's site. Youtube doesn't allow people to pick any frame they want. That's to prevent bait and switch videos. Youtube selects a few video frames at random and those are the choices. If it's three frames of somebody walking around, the thumbnail will be walking around. People saying the thumbnails are altered are misinformed. Still frames always look off. What thumbnail should he use? ILLINIWrestlingBlog thinks the entire sport of wrestling is a simulated sex act, so he can't show a thumbnail with wrestling? A thumbnail of a person standing up has either a crotch or a butt, so that's wrong? If he zooms in close enough to cut that out he's a creep? If typical wrestling photos give you a hot flash, either you're part of the problem, or you're saying sexual attraction is a part of being human and you're too hyperfocused on it.

---

**commonsense24 00**



Members

💬 9
I love Bob Dole

Posted January 3 ・・・

> ⊘ On 1/2/2024 at 1:57 PM, ILLINIWrestlingBlog said:
>
> I practiced civil and criminal law in ILLINOIS for a number of years. If these guys are reading this board, and you know they're reading this board, it's time to lawyer up. Delete all the child porn videos and pray to your God. Without waivers from the parents, there is civil liability for money damages followed by bankruptcy. Additionally, this is the relevant ILLINOIS <u>criminal statute</u>:
>
> Child pornography.
>
>     (a) A person commits child pornography when
>
> Expand ▾

If you think the sport of wrestling is a simulated sex act, there is something very sick with you and you are part of the problem. None of these videos are child porn. Neither are movies and tv shows that don't have children wearing burqas. Just because someone like you can think wrestling is nudity and sex doesn't mean it is and no judge or jury will agree with you. If you want to live burqa style with the Taliban, go try it.

---

**flyingcement**



Members

Posted January 3  Author ・・・

> ⊘ On 1/3/2024 at 12:12 AM, commonsense2400 said:
>
> His thumbnails are no different than the photos on any wrestling photographer's site. Youtube doesn't allow people to pick any frame they want. That's to prevent bait and switch videos. Youtube selects a few video frames at random and those are the choices. If it's three frames of somebody walking around, the

---



**flyingcement**

Members

3.2k

> On 1/3/2024 at 12:12 AM, commonsense2400 said:
>
> His thumbnails are no different than the photos on any wrestling photographer's site. Youtube doesn't allow people to pick any frame they want. That's to prevent bait and switch videos. Youtube selects a few video frames at random and those are the choices. If it's three frames of somebody walking around, the thumbnail will be walking around. People saying the thumbnails are altered are misinformed. Still frames always look off. What thumbnail should he use? ILLINIWrestlingBlog thinks the entire sport of wrestling is a simulated sex act, so he can't show a thumbnail with wrestling? A thumbnail of a person standing up has either a crotch or a butt, so that's wrong? If he zooms in close enough to cut that out he's a creep? If

Expand ▾

They are very different! He has been scrubbing his sites for the last couple days in light of more public knowledge of his wrongdoings. And you are 100% wrong - you can definitely choose the thumbnails.

♡ 2

---

**Mr. PeanutButter**   Posted January 3   •••

Members

667

> On 1/3/2024 at 12:12 AM, commonsense2400 said:
>
> His thumbnails are no different than the photos on any wrestling photographer's site. Youtube doesn't allow people to pick any frame they want. That's to prevent bait and switch videos. Youtube selects a few video frames at random and those are the choices. If it's three frames of somebody walking around, the thumbnail will be walking around. People saying the thumbnails are altered are misinformed. Still frames always look off. What thumbnail should he use? ILLINIWrestlingBlog thinks the entire sport of wrestling is a simulated sex act, so he can't show a thumbnail with wrestling? A thumbnail of a person standing up has either a crotch or a butt, so that's wrong? If he zooms in close enough to cut that out he's a creep? If

Expand ▾

> On 1/3/2024 at 12:17 AM, flyingcement said:
>
> They are very different! He has been scrubbing his sites for the last couple days in light of more public knowledge of his wrongdoings. And you are 100% wrong - you can definitely choose the thumbnails.

Can confirm from personal experience. You can definitely upload your own thumbnails. Midwest Wrestle's thumbnails are in particular heavily edited to increase contrast and sharpness, among other changes.

I think you may be misinterpreting ILLINIWrestlingBlog's post.

♡ 3

---

**flyingcement**   Posted January 3   Author   •••

Members

3.2k

so @commonsense2400 registers an account, immediately posts only in this thread, defending a recently accused person of wrongdoing? and they're doing so with boldfaced lies? Seems like a good zoo candidate if there ever was one

♡ 3

---

« PREV  1  2  3  4  **5**  6  7  8  NEXT »   Page 5 of 8 ▾



💬 667

video frames at random and those are the choices. If it's three frames of somebody walking around, the thumbnail always look off. What thumbnail should he use? ILLINIWrestlingBlog thinks the entire sport of wrestling is a simulated sex act, so he can't show a thumbnail with wrestling? A thumbnail of a person standing up has either a crotch or a butt, so that's wrong? If he zooms in close enough to cut that out he's a creep? If

Expand ▾

> ⓘ On 1/3/2024 at 12:17 AM, flyingcement said:
>
> They are very different! He has been scrubbing his sites for the last couple days in light of more public knowledge of his wrongdoings. And you are 100% wrong - you can definitely choose the thumbnails.

Can confirm from personal experience. You can definitely upload your own thumbnails. Midwest Wrestle's thumbnails are in particular heavily edited to increase contrast and sharpness, among other changes.

I think you may be misinterpreting ILLINIWrestlingBlog's post.

❤ 3

**flyingcement**

Members

💬 3.2k

Posted January 3                                                    Author  •••

so  @commonsense2400  registers an account, immediately posts only in this thread, defending a recently accused person of wrongdoing? and they're doing so with boldfaced lies? Seems like a good zoo candidate if there ever was one

❤ 3

« PREV   1   2   3   4   **5**   6   7   8   NEXT  »      Page 5 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account
Sign up for a new account in our community. It's easy!

**Register a new account**

### Sign in
Already have an account? Sign in here.

**Sign In Now**

‹ Go to topic listing

Home  >  Forums  >  Wrestling  >  College Wrestling  >  Creeps in the wrestling community - What can we do about it?          🖥 All Activity

X  f

Cookies

Copyright © 2023 InterMat
Powered by Invision Community

Page Vault

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 6 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/6/#comments |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:58:30 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 20:59:14 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 11 |
| Capture ID: | eJDobFxHZDFdDVUZoCwMZF |
| User: | smb-ndombrowski |



Home > Forums > Wrestling > College Wrestling > Creeps in the wrestling community - What can we do about it?

All Activity

# Creeps in the wrestling community - What can we do about it?

**By flyingcement**
December 30, 2023 in College Wrestling

◂ Share   Followers **3**

« PREV  1  2  3  4  5  **6**  7  8  NEXT »   Page 6 of 8 ▾

**commonsense2400**   Posted January 3   •••

Members

💬 9
I love Bob Dole

> ⊘ On 1/2/2024 at 7:50 AM, Husker_Du said:
>
> According to Kozak, his vids are uploaded/embedded on porn sites.
>
> Additionally, i'm pretty sure they are linked on kiddie/gay porn message boards.
>
> and you don't get those kind of view counts without something like that.
>
> i talked about it on a show in the spring and promptly got a call from his 'lawyer-friend' who tried telling me it was all coincidental.
>
> Expand ▾

It's amazing how many people are confessing that they know all about child porn sites and message boards and what's on them. What is wrong with you that you even know about these sites? Why don't you report the sites to authorities to get them shut down? How are wrestling videos a problem to you but not the real child porn that you know so much about? How is it not suspicious to you that Flo discovered a bunch of child porn sites and responded with a copyright claim instead of getting child porn sites shut down? The more likely answer is he has so few videos getting embedded on sites of any kind that he leaves the embed feature on so he can catch violators and get videos taken down the normal way, if this is even happening. Anybody could download his videos and repost them and leaving embed on is a better option because it keeps some control.

Porn sites don't explain the view counts on all his videos. Youtube algorithms do. Youtube makes money by putting these videos into autoplay. That counts as a view and ad money for Youtube. It's easy to go on Youtube and let autoplay run and let several videos like these play in the background, Youtube detects that and thinks they're prime autoplay stock. His videos are the best wrestling videos, so if Youtube detects an interest in wrestling, these videos will be in the autoplay rotation. This is why some social media channels dominate and others linger and some videos go viral and others just as good never get watched. It's not about fairness or quality. Algorithms pick what's worked before and keep making it work to make money.

**commonsense2400**   Posted January 3   •••

### Sidebar

Replies **179**   Created **Dec 30**   Last Reply **5 dy**

**TOP POSTERS IN THIS TOPIC**

flyingcem...  19 posts
1032004  21 posts
Antitroll2...  11 posts
Ohio Elite  10 posts

**POPULAR DAYS**

Jan 2 2024  63 posts
Dec 30 2023  37 posts
Jan 1 2024  28 posts
Dec 31 2023  18 posts

**POPULAR POSTS**

Jon_Kozak  January 1
A few things to add here that haven't been covered: -His videos (of minors) are embedded on porn sites  -Many of his most...

BobDole  January 3
Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

Winners Circle  January 1
New username, new year, new me boys. 😎

**POSTED IMAGES**

Why don't you take a seat ove



**commonsense2400**

Members

💬 9
I love Bob Dole

Posted January 3

⟳ On 1/1/2024 at 6:34 PM, Jon_Kozak said:

A few things to add here that haven't been covered:

-His videos (of minors) are embedded on porn sites

-Many of his most viewed videos have large portions that don't feature wrestling (wrestlers walking around during injury time/blood time)

-He films and uploads videos without having permission/rights to the events

Expand ▾

You didn't bring in legal before saying things? What says you own the copyright to somebody else's work? Who in their right mind would make legal claims and criminal allegations without checking with their company lawyers first? If your copyright claim failed, why would you say it in public without asking a lawyer why it failed and if it's safe to go public with the allegation? Flo sounds like greedy monopolists bullying competition and spreading rumors. This could be why they are usually coy and let others do the talking but this guy could be spilling the beans.

Talk to human resources and legal fast. You could have created evidence you're targeting him for financial gain on false pretenses. Tell them what state you were in when you said all the things because defamation is a crime in some states and you may need extra legal advice.

---

**flyingcement**

Members

💬 3.2k

Posted January 3                                    Author  •••

⟳ On 1/3/2024 at 12:36 AM, commonsense2400 said:

You didn't bring in legal before saying things? What says you own the copyright to somebody else's work? Who in their right mind would make legal claims and criminal allegations without checking with their company lawyers first? If your copyright claim failed, why would you say it in public without asking a lawyer why it failed and if it's safe to go public with the allegation? Flo sounds like greedy monopolists bullying competition and spreading rumors. This could be why they are usually coy and let others do the talking.

Expand ▾

You ignored all the evidence, stated lies, and continue to defend a person who endangers children for money. You should be investigated yourself.

♡ 1   🏆 1

---

**commonsense2400**

Members

💬 9
I love Bob Dole

Posted January 3                                    •••

⟳ On 1/2/2024 at 4:40 PM, Antitroll2828 said:

Your first paragraph is exactly why predators and criminals are thriving in this country right now , literally the definition why this country has the arrow pointing straight down , you think I give a shit if I get some jail time for beating up a child predator? If this guy was doing this in Nj I was would drive straight to the arena and wait for him in a parking lot , Violence has always been and always will be the greatest deterrent towards evil men , these people don't care about laws and laws don't work for the victims at all in our system , he's exploited 100s of kids and posted their images for pedos to enjoy and currently is a youth ref with access to children and you want to start the long

Expand ▾

---

**Latest Rankings**

**NCAA DI Rankings**
Updated January 9

**NCAA DII Rankings**
Updated December 5, 2023

**NCAA DIII Rankings**
Updated November 3, 2023

**NJCAA Rankings**
Updated December 25, 2022

**College Commitments**

AYDEN SMITH
COMMITTED

**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125

COMMITTED
#FAMILYFACTORY

CY KRUSE

**Cy Kruse**



Members

💬 9

I love Bob Dole

literally the definition why this country has the arrow pointing straight down , you think I give a shit if you come jailbait up on to me to lock up a child predator ? these guys would
drive straight to the arena and wait for him in a parking lot , violence has always been and always
will be the greatest deterrent towards evil men , these people don't care about laws and laws don't
work for the victims at all in our system , he's exploited 100s of kids and posted their images for
pedos to enjoy and currently is a youth ref with access to children and you want to start the long

Expand ⌄

Mods, delete this account and report the ip and email address to New Jersey law enforcement
immediately for investigation into possible threats of illegal violence. This conduct may constitute a
crime under New Jersey law and this site may be aiding and abetting if it allows it to continue.

NJ Rev Stat § 2C:33-4.1 (2022)

2C:33-4.1 Crime of cyber-harassment.

1. a. A person commits the crime of cyber-harassment if, while making one or more communications in an
online capacity via any electronic device or through a social networking site and with the purpose to
harass another, the person:

(1) threatens to inflict injury or physical harm to any person or the property of any person

😂 1

**flyingcement**

Members

💬 3.2k

Posted January 3                                                         Author  •••

⊘ On 1/3/2024 at 12:42 AM, commonsense2400 said:

Mods, delete this account and report the ip and email address to New Jersey law enforcement
immediately for investigation into possible threats of illegal violence. This conduct may constitute a
crime under New Jersey law and this site may be aiding and abetting if it allows it to continue.

NJ Rev Stat § 2C:33-4.1 (2022)

Expand ⌄

You have been reported for aiding and abetting a pedophile.

💙 7

**AgaveMaria**

Members

💬 375

Posted January 3 (edited)                                                      •••

My buddy has gone on as he has a football game to work this weekend.

As he said, NO photographer/videographer is going to give up Copyright to their images. You just won't
get coverage. Newspapers and magazines won't cover the events. Apparently you can regulate who has
matside access -but taking ownership of their work product? Not likely unless you are willing to pay for
it.

He has photos of Dan Gable to Cael Sanderson. They are images still marketable today. If he had given
up or sold copyright he would no longer have them to market He also has a ton of Indy Car, NASCAR and
F1 drivers, crews and cars from when he covered it heavily. Same with Surfing and Pro boxing. They are
his retirement bank. Images that he still licenses for editorial use. Many he has licensed for posters, team
use and even more.

You control access, not try to take ownership.

BTW, he stopped by to do some Snowmobile photography, but we are low on snow. So he headed to
Devils Lake for ice fishing images. Then East for NFL this weekend. He keeps busy.

Edited January 3 by AgaveMaria

**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285

SIGNED
GAVIN JOHNSON
KENYON, MN

**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157

SIGNED
KARSTYN LHOTAK
WAGNER, SD

**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141

You control access, not try to take ownership.

BTW, he stopped by to do some Snowmobile photography, but we are low on snow. So he headed to Devils Lake for ice fishing images. Then East for NFL this weekend. He keeps busy.

**Edited January 3 by AgaveMaria**

" Never attribute to inspiration that which can be adequately explained by delusion".

---

**1032004**

![1]

Members

💬 2.3k

Posted January 3

···

> **On 1/3/2024 at 12:29 AM, commonsense2400 said:**
>
> It's amazing how many people are confessing that they know all about child porn sites and message boards and what's on them. What is wrong with you that you even know about these sites? Why don't you report the sites to authorities to get them shut down? How are wrestling videos a problem to you but not the real child porn that you know so much about? How is it not suspicious to you that Flo discovered a bunch of child porn sites and responded with a copyright claim instead of getting child porn sites shut down? The more likely answer is he has so few videos getting embedded on sites of any kind that he leaves the embed feature on so he can catch
>
> Expand ▾

I have no clue if the videos can be defined as child porn, but as Minnow has shown they're being posted on child porn sites. It's not clear if the account owner is doing the posting, but being as how he's threatened legal action, he's aware of where his work is being shown and that other people take issue with it even though he apparently doesn't. Maybe he's not breaking any laws, but the fact that he not only hasn't taken down most of the videos, but is posting "new" ones (from some random Christmas tournament in 2021, wtf?) to me proves he's a creep at best, probably worse.

❤️ 3

---

**Jon_Kozak**

J

Members

💬 31

Posted January 3

···

> **On 1/3/2024 at 12:36 AM, commonsense2400 said:**
>
> You didn't bring in legal before saying things? What says you own the copyright to somebody else's work? Who in their right mind would make legal claims and criminal allegations without checking with their company lawyers first? If your copyright claim failed, why would you say it in public without asking a lawyer why it failed and if it's safe to go public with the allegation? Flo sounds like greedy monopolists bullying competition and spreading rumors. This could be why they are usually coy and let others do the talking but this guy could be spilling the beans.
>
> Expand ▾

Thanks for your advice. What part of my post was defamation?

Also, why did you join this board two hours ago and only comment on this thread?

❤️ 5 😂 1

---

**commonsense24 00**

C

Members

Posted January 3

···

> **On 1/3/2024 at 1:07 AM, Jon_Kozak said:**
>
> Thanks for your advice. What part of my post was defamation?



**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

---



**commonsense2400**

Members

💬 9
I love Bob Dole

Posted January 3

> On 1/3 AM at 1:07 AM, Jon_Kozak said:
>
> Thanks for your advice. What part of my post was defamation?
>
> Also, why did you join this board two hours ago and only comment on this thread?

OMG. Seriously, get on the phone with human resources and legal right now. I'm begging you. Just begging.

---

**1032004**

Members

💬 2.3k

Posted January 3

> On 1/3/2024 at 1:11 AM, commonsense2400 said:
>
> OMG. Seriously, get on the phone with human resources and legal right now. I'm begging you. Just begging.

Hi Nima

❤ 9

---

**Le duke**

Members

💬 1.7k

Posted January 3

> On 1/3/2024 at 1:11 AM, commonsense2400 said:
>
> OMG. Seriously, get on the phone with human resources and legal right now. I'm begging you. Just begging.

You're creeping everyone out. Please leave.

And if you are one of the offending parties, please stop going to youth wrestling tournaments. The activities noted may not constitute a crime by the letter of the law but it's pretty shitty.

Sent from my iPhone using Tapatalk

❤ 5

---

**BobDole**

President

💬 748
I love Bob Dole

Posted January 3

Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

❤ 10   😂 1

---

**Keith Gothard**

Posted January 3

KYLP... If youre not one you should have nothing to worry about...

---



**Keith Gothard** · Posted January 3

K

Members

💬 1

KYLP... If youre not one you should have nothing to worry about...

❤️ 1

---

**PMineo22** · Posted January 3 · •••

P

Members

💬 2

> 🔘 **On 1/2/2024 at 4:55 PM, Interviewed_at_Weehawken said:**
>
> I'll dunk on Minnow when I please.
>
> Curious, who weighed in on the current scumbaggery first: Pyles or Minnow? Genuinely curious.
>
> And what does this specific case have anything to do with Minnow's fanbase in NJ?
>
> Keep in mind that the wording he chose was to make his disciples think "Uncle Pat" (super creepy nickname he gave himself) was real real cool. Not to mention he used silly memes and made it all about him.

**@Interviewed_at_Weehawken** You are clearly an extremely jaded loser behind a burner account saying very weird things...

1. Why are we dunking and trying to act like someone is trying to "take credit" for exposing a horrible person online? It is a community effort to tackle something very disturbing. No one has a "direct line" to the fbi. But they take these tips very seriously and there's 45,000 in my forum and connections arose... Is that a bad thing? You seem to be more worried about me than the perv.

2. No one "nicknamed themself" anything, the guys at McCort sent me a bunch of gear and wrote Uncle Pat on the packages and I thought it was great; the families are great people and refer to me as that, all in good fun. Again, why does that bother you? Do you have no meaningful relationships in wrestling? You made up that I came up with it, again- very weird.

3. Who cares when and where the awareness started for that creep, it's a community effort and so many people pitched in with info and connections as it's a pretty serious matter. Meanwhile you're sitting here more concerned about assuming "my ego" has something to do with it. No, it's the right thing to do. You just not have children.

Don't hate so hard. Every other comment is about me... It makes you look weak, I wonder who you truly are, well never know- but clearly a coward.

I'll send flowers...

😂 1

---

**flyingcement** · Posted January 3 · Author · •••

Members

💬 3.2k

**@PMineo22** while we have you, would you mind sharing some more details on the FBI situation? Are they investigating just midwest wrestle? or Cam Kramer too?

---

**billyhoyle** · Posted January 3 · •••

Members

💬 3.2k

**billyhoyle**

B

⭐

Members

💬 332

Posted January 3

•••

> On 1/3/2024 at 1:11 AM, commonsense2400 said:
>
> OMG. Seriously, get on the phone with human resources and legal right now. I'm begging you. Just begging.

Hi, welcome to the message board.



**Why don't you take a seat over there?**

❤️ 1    😂 7

**The_KC_Godfather**

T

🛡️

Members

💬 25

Posted January 3

•••

Didn't read through all the comments...just the OP's post. Sadly, there are predators out there and the pictures that have been posted to date are on the internet...not much you can do about that other than petition the hosting sites to remove them. Problem is, they still exist because pedo's have downloaded them and will continue to share them with other pedo's. Once pictures are on the internet, they're there...these dirty pricks will circulate them 'til the end of time.

IMO, the only solution is to protect future wrestlers by getting away from singlets and implementing the non-compression uniforms across the board. Advocating for that, and the reason why, is what will stop this in the future. There will still be issues with other sports (swimming, etc.) because of the uniforms, but we can try to do what we can for our sport.

❤️ 2

**Corby**

C

🏅

Members

💬 123

Posted January 3 (edited)

•••

> On 1/3/2024 at 1:11 AM, commonsense2400 said:
>
> OMG. Seriously, get on the phone with human resources and legal right now. I'm begging you. Just begging.

Common sense says don't join a message board and jump into the conversation immediately and know everything about the situation. And then say you live with the Taliban hahaha. The MW wrestle guy in question happens to be Iranian. Many of the YouTube functions you've explained only a veteran YouTuber would know those things. Take a break and get on the HAM radio for a bit.

Edited January 3 by Corby

❤️ 2

Document title: Creeps in the wrestling community - What can we do about it? - Page 6 - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/6/#comments
Capture timestamp (UTC): Mon, 15 Jan 2024 20:59:14 GMT
Page 7 of 10



YouTuber would know those things. Take a break and get on the HAM radio for a bit.

Edited January 3 by Corby

❤ 2

**flyingcement**

Posted January 3 (edited)                                    Author    •••

Members

💬 3.2k

> On 1/3/2024 at 4:47 AM, Corby said:
>
> Common sense says don't join a message board and jump into the conversation immediately and
> know everything about the situation. And then say you live with the Taliban hahaha. The
> **gentleman** in question happens to be Iranian. Many of the YouTube functions you've explained only
> a veteran YouTuber would know those things. Take a break and get on the HAM radio for a bit.

Gentleman or scumbag?

Edit: not tryna be a jerk to you but want to make sure we don't give too much credit to pieces of shit

Edited January 3 by flyingcement

❤ 3

**Corby**

Posted January 3                                            •••

Members

💬 123

> On 1/3/2024 at 4:48 AM, flyingcement said:
>
> Gentleman or scumbag?
>
> Edit: not tryna be a jerk to you but want to make sure we don't give too much credit to pieces of
> shit

I typed and edited immediately 🤣😂 man you're fast. Definitely not a gentleman

❤ 1    🏆 3

**Team America**

Posted January 3                                            •••

Members

💬 3
I love Bob Dole

> On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:
>
> Not true. You must know that! Do you think that anybody would watch *the exact same videos* if
> they were 240p or 360p?
>
> Flo videos are frequently 360p or worse.
>
> It sucks that they are being used in a way that is harmful to children. As a community, what do we
>
> Expand ▾

So if Flo gets better cameras it will make pedophiles go away?

why are you trying so hard to defend pedos?

**ILLINIWrestlingBl**
**og**                     Posted January 3                  •••

Document title: Creeps in the wrestling community - What can we do about it? - Page 6 - College Wrestling - Intermat

Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/6/#comments

Capture timestamp (UTC): Mon, 15 Jan 2024 20:59:14 GMT

Page 8 of 10

So if Flo gets better cameras it will make pedophiles go away?



**ILLINIWrestlingBl og**

Members

💬 680

Posted January 3

> On 1/3/2024 at 12:16 AM, commonsense2400 said:
>
> None of these videos are child porn.... Just because someone like you can think wrestling is nudity and sex doesn't mean it is and no judge or jury will agree with you.

If they're not child porn, why did you upload them to porn websites?

If I watched one of the videos, I'd see two kids wrestling. But here's your problem: A smart State's Attorney will explain to the judge, and later the jury, that what they perceive as salacious isn't the issue; it's what your audience thinks. You can show a cow a picture of a nude woman, and although the cow might be flattered with the attention, it will not become sexually aroused.

You found a community that was aroused by these (as ILLINOIS law defines them) "simulated" sex acts and "transparent" clothing. That's what makes it a criminal violation. It doesn't matter what Joe Six Pack thinks, it's what your audience thinks. Millions of views don't lie.

And what a shame.

Using HD cameras and following the action around the mat should be the standard in the industry (except when filming minors), but you may have set that back.

---

**Eagle26**

Members

💬 335

Posted January 3

Absolutely disgusting and crazy that someone makes an account just to come on here and defend this!

But on to the "what can we do about it" part... As others have mentioned, the singlet needs to go. We have given the option of fight shorts and compression shirt a long time ago. Problem is coaches cater to the elite. The serious wrestlers don't care and take pride in the tradition of the sport so they all prefer singlets. Unfortunately that's what the coaches order the team then. You say it doesn't make a difference, but it is a fact that some kids don't come out for the sport because they think they have to wear a singlet. If coaches cared more about the growing the sport as a whole rather than catering to the elite, the change would've happened a long time ago. Sadly, now we have another reason to move on from the singlet. I hope this is enough to get it to be a mandatory change across the board.

❤️ 1   🏆 1

---

**Husker_Du**

President

💬 1.3k

Posted January 3

> On 1/3/2024 at 12:12 AM, commonsense2400 said:
>
> Youtube selects a few video frames at random and those are the choices.

then why were they all changed (for a while) after i asked him about it?

and why are they all now back to suggestive images?

@BobDole consider zapping this dude.

❤️ 2   🏆 1

Jason Bryant works here.



**Husker_Du**

Posted January 3

President

💬 1.3k

> On 1/3/2024 at 12:12 AM, commonsense2400 said:
>
> Youtube selects a few video frames at random and those are the choices.

then why were they all changed (for a while) after i asked him about it?

and why are they all now back to suggestive images?

@BobDole consider zapping this dude.

♡ 2   🏆 1

Jason Bryant works here.

---

**Ohio Elite**

Posted January 3

Members

💬 942

> On 1/3/2024 at 1:26 PM, Husker_Du said:
>
> then why were they all changed (for a while) after i asked him about it?
>
> and why are they all now back to suggestive images?
>
> @BobDole consider zapping this dude.

Please ban this idiot!!

♡ 2   🍑 1

---

« PREV   1   2   3   4   5   **6**   7   8   NEXT »     Page 6 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account
Sign up for a new account in our community. It's easy!

**Register a new account**

### Sign in
Already have an account? Sign in here.

**Sign In Now**

‹ Go to topic listing

Home > Forums > Wrestling > College Wrestling > Creeps in the wrestling community - What can we do about it?     📋 All Activity

X  f

Cookies

Copyright © 2023 InterMat
Powered by Invision Community

**Page Vault**

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 7 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/7/#comments |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:59:20 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 21:00:04 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 12 |
| Capture ID: | pNNhtzvcCoPoQ1xUpPKpFG |
| User: | smb-ndombrowski |





Replies 179 | Created Dec 30 | Last Reply 5 dy

# Creeps in the wrestling community - What can we do about it?

By flyingcement
December 30, 2023 in College Wrestling

Share Followers 3

« PREV 2 3 4 5 6 7 8 NEXT » Page 7 of 8

**Idaho**
Members
1.9k

Posted January 3

Suddenly we have a lot of new posters making their first posts on this thread.... Probably should freeze new membership for a while...or maybe take your time approving. @BobDole

1

Sponsored by INTERMAT ★★★★

**nick**
Members
115

Posted January 3

> **On 1/3/2024 at 12:12 AM, commonsense2400 said:**
>
> Youtube selects a few video frames at random and those are the choices.

You can upload your own custom thumbnail in addition to the suggested frames

https://support.google.com/youtube/answer/72431?hl=en&co=GENIE.Platform%3DDesktop&oco=0

**Ohio Elite**
Members
942

Posted January 3

> **On 1/3/2024 at 1:49 PM, Idaho said:**
>
> Suddenly we have a lot of new posters making their first posts on this thread.... Probably should freeze new membership for a while...or maybe take your time approving. @BobDole

I noticed the same thing...

1 1

**TOP POSTERS IN THIS TOPIC**

flyingcem... 21 posts
1032004 19 posts
Antitroll2... 11 posts
Ohio Elite 10 posts

**POPULAR DAYS**

Jan 2 2024 63 posts
Dec 30 2023 37 posts
Jan 1 2024 28 posts
Dec 31 2023 18 posts

**POPULAR POSTS**

**Jon_Kozak**
January 1
A few things to add here that haven't been covered: -His videos (of minors) are embedded on porn sites -Many of his most...

**BobDole**
January 3
Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

**Winners Circle**
January 1
New username, new year, new me boys. 😎

**POSTED IMAGES**

**Latest Rankings**

NCAA DI Rankings
Updated January 9

NCAA DII Rankings
Updated December 5, 2023

Members

💬 942

I noticed the same thing...

❤️ 1    😂 1

NCAA DI Rankings
Updated January 9

NCAA DII Rankings
Updated December 5, 2023

NCAA DIII Rankings
Updated November 3, 2023

NJCAA Rankings
Updated December 25, 2022

### BAC

B

Members

💬 186

Posted January 3 (edited)                                                    •••

> 🔒 On 1/3/2024 at 12:12 AM, commonsense2400 said:
>
> Youtube doesn't allow people to pick any frame they want.

Why do you keep saying this? Surely you know it isn't true:

https://support.google.com/youtube/answer/72431

If you are going to try to intimidate people with accusations of defamation, you might want to make sure your own posts are truthful.

You also may want to educate your client on Youtube's Community Guidelines policy against sexualization of minors:

https://support.google.com/youtube/answer/2801999

Note that, per the first link, thumbnail selections must conform to these Community Guidelines as well.

To all:

I would encourage you to likewise review the above Community Guidelines on Youtube regarding the prohibition of sexualization of minors and, if you believe in good faith that a given Youtube video crosses the line as articulated in these standards, irrespective of who posted it, report it here:

https://support.google.com/youtube/answer/2802027

I would encourage you to use discretion in reporting. Obviously it needs to be more than a kid in a singlet in a wrestling match. IMO, casting too broad a net or penalizing high-end videography is not good for the sport. Step back, be objective, be fair, and don't report it unless it is "sexually suggestive" within the meaning of the published policy. But if it is: do your part and report it.

Per Youtube guidelines, if they agree, the video will be removed and the Youtuber will get a "strike."

The policy also says: "If you get 3 strikes within 90 days, your channel will be terminated."

It also says that violations will be reported to the National Center for Missing and Exploited Children.

**Edited January 3 by BAC**

❤️ 4

## College Commitments

AYDEN SMITH
COMMITTED
R

**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125

COMMITTED
#FAMILYNOTFACTORY
CY KRUSE
COR... ...SITY WRESTLING

**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285

NORTHERN STATE WRESTLING
N

### Team America

T

Members

💬 3

I love Bob Dole

Posted January 3                                                              •••

> 🔒 On 1/3/2024 at 1:26 PM, Husker_Du said:
>
> then why were they all changed (for a while) after i asked him about it?
>
> and why are they all now back to suggestive images?
>
> @BobDole consider zapping this dude.

No don't do that, we want him in here to see how far he pushes this, "I'm not the guy I just want to protect the guy" charade!

### Team America

Posted January 3                                                              •••

No don't do that, we want him in here to see how far he pushes this, "I'm not the guy I just want to protect the guy" charade!

Committed to Cornell
Projected Weight: 285

**Team America**    Posted January 3    •••

Members

💬 3
I love Bob Dole

> **On 1/3/2024 at 1:49 PM, Idaho said:**
>
> Suddenly we have a lot of new posters making their first posts on this thread.... Probably should freeze new membership for a while...or maybe take your time approving. @BobDole

But they are all full of "common sense" haha!



**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157

**pokemonster**    Posted January 3    •••

Members

💬 212

> **On 1/3/2024 at 7:12 PM, Team America said:**
>
> No don't do that, we want him in here to see how far he pushes this, "I'm not the guy I just want to protect the guy" charade!

That's what I'm thinking. Let them dig their own grave by oversharing!

❤️ 1

**scourge165**    Posted January 5    •••

Members

💬 1.2k

> **On 1/3/2024 at 12:42 AM, commonsense2400 said:**
>
> Mods, delete this account and report the ip and email address to New Jersey law enforcement immediately for investigation into possible threats of illegal violence. This conduct may constitute a crime under New Jersey law and this site may be aiding and abetting if it allows it to continue.
>
> N.J Rev Stat § 2C:33-4.1 (2022)
>
> Expand ▾

He's threatening child predators.

Why the hell would anyone be bothered by that unless...they were maybe the one who might end up getting hurt?

See...I don't read someone saying, "I'm gonna beat the shit out of this child abuser," and think, "oh shit, he's threatening me!" You're kinda telling on yourself with this one.

I'm still not sure about all this. But dude, you seem like you're him and you're justifying shit that shouldn't be justified, you're making him more unlikeable and you're making "him" sound even more sleazy.

Also, you're not doing a very good job of hiding that you are him.

❤️ 1



**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141



**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

**commonsense24**
**00**    Posted January 5    •••

Also, you're not doing a very good job of hiding that you are him.

 1

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

---

**commonsense2400**



Members

💬 9
I love Bob Dole

Posted January 5

•••

> On 12/30/2023 at 10:25 PM, Jason Bryant said:
>
> Nothing about this topic is about the quality of the video.

Jason Bryant. It's time for you to show your moral leadership as president of your very own media association and to be called to account for your tenure.

Is your title of President of the National Wrestling Media Association associated with any external duties or responsibilities, or is it an honorific title that does not require you to do anything? Do you believe threatening people with illegal violence is lawful and acceptable? Do you believe that any of the thumbnails at these links used by Tony to promote his photo albums of boys are pedophilic or suggestive?

https://tonyrotundo.smugmug.com/WRESTLERS-ARE-WARRIORS/High-School-Wrestling/WALSH-IRONMAN-ALL/21-WALSH-IRONMAN
https://tonyrotundo.smugmug.com/WRESTLERS-ARE-WARRIORS/High-School-Wrestling/SUPER-32/2022-S32/SUNDAY
https://tonyrotundo.smugmug.com/WRESTLERS-ARE-WARRIORS/High-School-Wrestling/CA-STATE-CSHIPS-ALL
https://tonyrotundo.smugmug.com/WRESTLERS-ARE-WARRIORS/High-School-Wrestling/DOC-B-TOURNEY-ALL

If not, what is the difference between his thumbnails and the thumbnails YouTube selects for Gharavi and Kramer? (You called Kramer's thumbnails "suggestive screen shots"). Are you aware that YouTube limits the available screenshots a channel owner can select to a few random frames selected by YouTube, whereas Smugmug allows the owner to select any photo in the album? Do you believe Tony's promotional thumbnail showing the backside of a bent over boy in a photo of another boy whose legs are spread open is an appropriate choice given the alternatives from the same album? If so, why is it appropriate but Gharavi's and Kramer's thumbnails are inappropriate? Do you consider Tony's promotional thumbnail showing a boy wrestler grabbing another boy wrestler's crotch to be "suggestive?" If not, why is it different from Kramer's or Gharavi's thumbnails? Do you think it is appropriate to promote photos with a thumbnail of a boy wrestler in black and white with his body contours brightly lit up? If so, why is a normal video still frame randomly selected by YouTube inappropriate? Do you believe it is pedophilic or inappropriate to use a thumbnail of a boy wrestler standing up, and if so, are Tony's thumbnails of boy wrestlers standing up pedophilic or inappropriate? At any time, have you asked Tony to change thumbnails? Have you issued any advisories warning people not to credential Tony? Have you reported Tony to law enforcement? Have you reported Tony to SafeSport? To your knowledge, is Tony heterosexual, homosexual, or something else? Do you treat wrestling media people differently on the basis of sex, sexual orientation, or gender identity? Do you treat wrestling media people differently on the basis of their economic relationship to or competition with FLOsports? Do you believe that people who think wrestling photos and videos like Tony's are inherently sexual or sexualized are not representative of majority consensus?

According to the @iawrestle Instagram, its videos of boy and girl wrestlers have received, in some cases, over a hundred of thousand views each. For example, this video shows a young boy in a singlet, jumping up and down, not wrestling, and has 137K views:

https://www.instagram.com/reel/C0ZmHjYrWCf/

This video of a boy wrestling has a slow motion sequence of the boy walking with his crotch easily visible, and it has 37K views:

https://www.instagram.com/reel/C04rMeavhBE/

Do you believe these videos constitute child porn, sexualization of minors, or that they "violated sports media decorum?" If not, why are they different from Kramer's or Gharavi's videos? Do you think IAwrestle is complicit in the sexualization of minors? Do you think IAwrestle cooperates with porn sites to boost its views? Why do you think its view counts are so high? Are any of the thumbnails for any of its videos "suggestive screen shots?" If not, why are they different from thumbnails on Kramer's and Gharavi's videos? Do you think FLOsports owns the copyright to IAwrestle's videos? Do you think it is "illegal" for IAwrestle to post videos that it shoots to YouTube or Instagram? Are you aware of FLOsports making any claims or allegations of copyright infringement against IAwrestle and if so what did you do in

Do you believe these videos constitute child porn, sexualization of minors, or that they "violated sports content licensing and copyright laws on numerous levels?" Do you believe YouTube or Instagram is complicit in the sexualization of minors? Do you think IAwrestle cooperates with porn sites to boost its views? Why do you think its view counts are so high? Are any of the thumbnails for any of its videos "suggestive screen shots?" If not, why are they different from thumbnails on Kramer's and Gharavi's videos? Do you think FLOsports owns the copyright to IAwrestle's videos? Do you think it is "illegal" for IAwrestle to post videos that it shoots to YouTube or Instagram? Are you aware of FLOsports making any claims or allegations of copyright infringement against IAwrestle and if so what did you do in response and what was the outcome? To your knowledge, are there any people working for, owning or posting on behalf of IAwrestle who are male and not heterosexual? Have you issued any advisories warning people not to credential IAwrestle? Have you reported IAwrestle to law enforcement? Have you reported it to SafeSport? Do you treat wrestling media people differently on the basis of sex, sexual orientation, or gender identity? Is it accurate that during your tenure as an officer of the National Wrestling Media Association, 100% of the do not credential advisories it published have been about men you suspect are not heterosexual? Is it accurate that during your tenure as an officer of the National Wrestling Media Association, 100% of the do not credential advisories it published have been made following a copyright infringement allegation by FLOsports?

In your advisory about Kramer, you wrote, "A prominent wrestling broadcaster has brought to the attention of the National Wrestling Media Association officers that you own a YouTube Channel... They have asked us to participate in an investigation of your channel for potential copyright violations" and "It has come to the attention of the National Wrestling Media Association... video taping wrestling matches and posting them illegally on a personal YouTube channel over the course of several years."

Is everything you said in the advisory true? Was the "prominent wrestling broadcaster" FLOsports? Why did you conceal the identity of FLOsports in the advisory? Why did you conceal the identity of FLOsports in your letter to Kramer? Did you not know until told by FLOsports that Kramer operated a popular YouTube channel for "several years," hosting videos shared by school media departments, athletes, parents, and many people inside the sport of wrestling? Were you the President of the National Wrestling Media Association during any of those "several years?" Did the NWMA nominate Kramer for its Photographer of the Year award before you became aware of his YouTube? In nominating him, did you ever check his websites, social media, references, or anything to ascertain what content he creates, where it was hosted, or what it was? Did you interview him and ask him what he does? What law says it is illegal for someone to post his own videos on YouTube? Cite it. If there is no such law, do you believe you committed criminal defamation as defined in the penal code of the State of Minnesota, where you live?

You wrote, "The rights holder was ready to file copyright claims against the channel..." and "it is abundantly clear that the content contains... videos... are an egregious violation of copyright laws when posted to YouTube"

What law says that FLOsports owns the copyright to videos created by Kramer? Cite the exact statute. Do you believe sports are a matter subject to copyright? Who do you believe owns the copyright to videos a person creates? What "laws" exactly were violated? Cite the statutes. If you cannot prove what laws were violated, do you believe that you committed criminal defamation as defined in the penal code of the State of Minnesota, where you live?

You wrote, "The following was issued to Mr. Kramer by this organization (twice)..." and "it was marked private. It was taken back online several weeks later, then taken back to private again."

Do you believe that making a successful threat based on a false and fraudulent copyright claim is extortion? Do you believe that an organization committing extortion "twice" at different times constitutes racketeering under the RICO Act or other racketeering statutes? Were you investigated by law enforcement for defamation, extortion, and/or racketeering, or any other cause in connection with this advisory and if so what was the outcome? Did you act alone or with the approval of other board members of the NWMA? During any of the time that the letter was issued to Kramer (twice), did an employee of FLOsports, Richard Immel, sit on the board of the NWMA? Do you believe that having its employee sitting on the NWMA board during these events caused FLOsports to be a racketeer influenced and corrupt organization? Do you believe it created a conflict of interest? Do you believe it is appropriate for a for profit corporation to sit on the board of a nonprofit watchdog and advocacy association? Why did FLOsports not make a copyright claim during this period despite the YouTube channel being active? Why did you get involved instead of telling FLOsports to handle its own business as a for profit company having in-house legal counsel, rather than using the NWMA to allege "violation of copyright laws" on its behalf and tell people not to credential Kramer? Do you think FLOsports had higher profits because of your actions? Who told you that it is illegal to post videos on YouTube, that FLOsports owns the copyright to videos shot by Kramer, that Kramer violated copyright laws, and what laws those were? Did you consult with an attorney before sending the letter to Kramer and before publishing the advisory, or was this all a DIY legal advocacy project on your part? Do you threaten, extort or engage in racketeering targeting other people? Did Richard Immel, as an employee of FLOsports, comment on any matter of legal substance, and if so do you consider that to be criminal unlicensed practice of law?

as a for-profit company having in-house legal counsel, rather than using the NWMA to allege "violation of copyright laws", and to tell people not to compete with Kramer? Do you think FLOsports had other profits because of your actions? Who told you that it is illegal to post videos on YouTube, that FLOsports owns the copyright to videos shot by Kramer, that Kramer violated copyright laws, and what laws those were? Did you consult with an attorney before sending the letter to Kramer and before publishing the advisory, or was this all a DIY legal advocacy project on your part? Do you threaten, extort or engage in racketeering targeting other people? Did Richard Immel, as an employee of FLOsports, comment on any matter of legal substance, and if so do you consider that to be criminal unlicensed practice of law?

You wrote, "Mr. Kramer was issued credentials as a still photographer, and had not applied for the rights to capture video and upload that content on YouTube"

How do you know this? Did you get a copy of his credential application to every single event he ever shot video at over "several years?" How did you do that? How do you know what events he applied to? Do you have copies of all the agreements that he received in response to the applications? Do you still have copies of all of them? What about events that don't issue credentials but have a more informal arrangement? Are you aware that people naturally have rights to shoot video in places open to the public unless they waive that right as an expressly stated condition of entry and that the right can be restored by implied consent? What is it about YouTube that affects video rights, as opposed to any other platform or outlet? Given that schools shared his videos on social media and other outlets, do you think it is plausible that they refused him permission to shoot the very same videos? Is your statement meant to imply or allege that Kramer committed trespass at several events over several years? If your statement was not absolutely true, do you believe that you committed criminal defamation as defined in the penal code of the State of Minnesota, where you live?

Regarding Gharavi:

When did you first know that Gharavi operated a popular YouTube channel for several years? Were you the President of the National Wrestling Media Association during any of those several years? When did you first decide that there was suspicious content on the YouTube channel? Was this before or after a gang of employees at FLOsports decided that FLOsports owns the copyright to Gharavi's videos? Given that at least one FLOsports employee has confessed that his gang made a failed copyright infringement claim of ownership of Gharavi's videos, do you believe that FLOsports owns the copyright to Gharavi's videos? Why do you think the claim failed? Did you explain that to FLOsports? Did you do anything to protect Gharavi from a false and fraudulent claim? Do you rely on FLOsports to instruct you on copyright law, or do you have an attorney or other advisor? Have you ever told FLOsports that any copyright claim against anyone is false? Have you ever known it to make any false copyright claim and, if so, what did you do to protect the victim?

Regarding yourself:

What are the dates of your tenure as a board member or officer of the National Wrestling Media Association? What do you do in wrestling media that qualifies you to be a member of the NWMA? Do you publish a wrestling podcast on YouTube? Does it have 520 followers? Are these the view counts of your podcast videos: 2, 1, 8, 7, 47, 10, 4, 19, 15, 80, 37, 140, 9, 13, 22, 33, 77, 42, 32, 28, 66, 16, 16, 7? Do you think that having 7 views on a one year old podcast episode makes you a member of the wrestling media community sufficient enough to justify your membership in the NWMA and your position as president? Why do you think only one person has listened to the episode you uploaded three weeks ago? Do you operate the NWMA X/Twitter account? Does it have 590 followers? Was the last tweet posted on August 27, 2023? What do you do as President of the National Wrestling Media Association, beyond making allegations of copyright violations and illegal uploads to YouTube when FLOsports asks you to?

Regarding the NWMA:

How many new members has the NWMA added during your tenure as president? How many members does it have? On or about April 17, 2018, you told a reporter that the NWMA had "about 60 reporters, photographers and editors." Has membership grown or shrunk since that time? How many people have you directly invited to become members? How many people participate in the annual elections of officers? According to archive.org, on January 14, 2020, there were 40 members' sites listed on the NWMA homepage. Today, there are 40. Has there been zero net change in the number of this category of members? Why are some of the links to members' sites broken or leading to people who are former photographers who no longer host or create wrestling content? Why are only five colleges members? Do any of those SIDs participate in NWMA affairs? Do they even know they are members? According to archive.org, on January 14, 2020, there were 12 college members. Why did seven of them quit their membership with the NWMA? If you awarded photographer of the year to Levi Ventura last year, why is he not in the member sites list? In the prior year, did you award photographer of the year to a dead person? In the year prior to that, did you award photographer of the year to Richard Immel, who sits on the NWMA board of directors? In the year prior to that, did you award photographer of the year to Tony Rotundo, who sits on the NWMA board of directors? Would you consider your incarnation of the NWMA to be a tightly held clique (plus maybe one dead photographer)?

Your urgent consideration of this message is important. Like if you know about a scandal, doing

membership with the NWMA? If you awarded photographer of the year to Levi Ventura last year, why is ... the reason the members of the previous board, did you award photographer of the year to a dead person? In the year prior to that, did you award photographer of the year to Richard Immel, who sits on the NWMA board of directors? In the year prior to that, did you award photographer of the year to Tony Rotundo, who sits on the NWMA board of directors? Would you consider your incarnation of the NWMA to be a tightly held clique (plus maybe one dead photographer)?

Your urgent consideration of this message is important. Like if you know about a scandal, doing something about it instead of doing nothing for several months until people start making death threats. Or like because a pile of stones could be ready to throw at you, too.

---

**1032004**



Members

💬 2.3k

Posted January 5 •••

Getting paid by the word it seems?

I don't see it in the links shared, can you clarify which photo shows a "wrestler grabbing another boy wrestler's crotch"?

  1  1

---

**Tony Rotundo**



Members

💬 3
I love Bob Dole

Posted January 5 •••

> ◷ On 1/5/2024 at 1:05 AM, commonsense2400 said:
>
> Jason Bryant. It's time for you to show your moral leadership as president of your very own media association and to be called to account for your tenure.
>
> Is your title of President of the National Wrestling Media Association associated with any external duties or responsibilities, or is it an honorific title that does not require you to do anything? Do you believe threatening people with illegal violence is lawful and acceptable? Do you believe that any of the thumbnails at these links used by Tony to promote his photo albums of boys are pedophilic or
>
> Expand ▾

Speaking of concealed identities, Benjamin Hyles (Hylighter Photography)...That's a lot. But as they say, "Superfluity does not vitiate."

Are you saying neither Richard nor I deserved photographer of the year? And "the dead guy" was beloved and committed his life to amplifying the sport quietly through his photography. If you're so base as to attack that, you're not selling yourself to the community very well.

"At any time, have you asked Tony to change thumbnails?" No, but he has remarked that my nails are very well kept.

"Have you issued any advisories warning people not to credential Tony?" Funny story...This one time, Jason issued an advisory that if I fart again in his car he's calling metro police.

"Have you reported Tony to law enforcement?" See above. It was a close call.

"Have you reported Tony to SafeSport?" Pourquoi?

"To your knowledge, is Tony heterosexual, homosexual, or something else?" Oh, I'm something else, let me tell ya! At least that's what everyone says.

---

**The_KC_Godfather**



Posted January 5 •••

Midwest Wrestle may have adjusted the thumbnails after all this. I still see two that are inappropriate...and doing my best to give the benefit of the doubt, I'd hope he'd change these, but he still made some cash off the 82mm views he received. I did a quick comparison of the number of views ...judges and followers of one of my favorite service PPO guys vs. Midwest Wrestle, and the numbers seem

---



**The_KC_Godfather**

Posted January 5

Members

💬 25

Midwest Wrestle may have adjusted the thumbnails after all this. I still see two that are inappropriate...and doing my best to give the benefit of the doubt, I'd hope he'd change these, but he still made some cash off the 82mm views he received. I did a quick comparison of the number of views /video and followers of one of my favorite popular BBQ guys vs. Midwest Wrestle, and the numbers seem off for what he provides vs.this dudes videos. Maybe I'm wrong, and I pray that he's not a pedo, but makes me wonder. Would be a good idea to change the thumbs....

♥ 1

**Wrestleknownothing**

Posted January 5

Members

💬 4.1k

> On 1/5/2024 at 1:05 AM, commonsense2400 said:
>
> Jason Bryant. It's time for you to show your moral leadership as president of your very own media association and to be called to account for your tenure.
>
> Is your title of President of the National Wrestling Media Association associated with any external duties or responsibilities, or is it an honorific title that does not require you to do anything? Do you believe threatening people with illegal violence is lawful and acceptable? Do you believe that any of the thumbnails at these links used by Tony to promote his photo albums of boys are pedophilic or
>
> Expand ▾

***duck** all the way off

♥ 1

**1032004**

Posted January 5

Members

💬 2.3k

@commonsense2400 , one thing I noticed in your links is that the photos you shared from Rotundo and IAWrestle were all from recent events. Can you enlighten me as to the advantage of just now posting early season match videos from high school tournaments that happened over 2 years ago?

♥ 1

**Interviewed_at_Weehawken**

Posted January 5 (edited)

Members

💬 2.2k

What a frightening post ( and one that I will never read.)

Edited January 5 by Interviewed_at_Weehawken

♥ 1

**Formally140**

Posted January 5

Members

my thoughts when I see "him" posting lol

ALL CREATURES
GREAT & SMALL

**Formally140**   Posted January 5

Members

💬 905

my thoughts when I see "him" posting lol



ALL CREATURES GREAT & SMALL

IF YOU NEED A SPADE TO
DIG THAT GRAVE OF YOURS

❤️ 1

---

**juniorvarsity**   Posted January 5   •••

The amount of views on these videos is astonishing to me. 2.9 million views on a 46kg girls match. 12
videos with over a million views. 128 videos with view counts over 100k. This is eye opening. I cannot
believe the scope and scale of the popularity of these videos.

Members

💬 50
I love Bob Dole

😍 1

---

**Ohio Elite**   Posted January 5   •••

> On 1/5/2024 at 6:31 PM, juniorvarsity said:
>
> The amount of views on these videos is astonishing to me. 2.9 million views on a 46kg girls match.
> 12 videos with over a million views. 128 videos with view counts over 100k. This is eye opening. I
> cannot believe the scope and scale of the popularity of these videos.

Members

💬 942

That's just scary..

---

**1032004**   Posted January 5   •••

Members

💬 2.3k



**1032004**

Members

💬 2.3k

Posted January 5 ···

So basically all he's denying is that he was the one that posted the links to porn sites

**alex1fly**

Members

💬 141

Posted January 5 ···

Can someone explain what this is about. I am supremely confused.

**Yellow_Medal**

Members

💬 45

Posted January 5 ···

Replying to his comment (can't find it now) about how YouTube allows you to choose video thumbnails. I have uploaded YouTube vids and I believe you can choose the upload your own option. Not saying that's what went on, but as tech savvy as he appears I'm sure he knows this...

**flyingcement**

Members

💬 3.2k

Posted January 5    Author ···

> ⊘ On 1/5/2024 at 7:37 PM, Yellow_Medal said:
>
> Replying to his comment (can't find it now) about how YouTube allows you to choose video thumbnails. I have uploaded YouTube vids and I believe you can choose the upload your own option. Not saying that's what went on, but as tech savvy as he appears I'm sure he knows this...

Yes I have also done this. He is willfully lying

💙 1

**PIAA_09**

Members

💬 1

Posted January 5 ···

For what it's worth; in my professional opinion (graphic designer and photographer...I've logged some hours in photoshop) a lot of the most egregious thumbnails seem to be, for a lack of a better word, enhanced. And yes they are all specifically selected and uploaded to be the thumbnail, half of my old job was creating YouTube thumbnails.

💙 2

💬 3.2k

Yes I have also done this. He is willfully lying

♡ 1

**PIAA_09**    Posted January 5                                                                    •••

For what it's worth; in my professional opinion (graphic designer and photographer...I've logged some hours in photoshop) a lot of the most egregious thumbnails seem to be, for a lack of a better word, enhanced. And yes they are all specifically selected and uploaded to be the thumbnail, half of my old job was creating YouTube thumbnails.

Members

💬 1

♡ 2

**Ohio Elite**    Posted January 5                                                                 •••

> ⊘ On 1/5/2024 at 7:00 PM, 1032004 said:
>
> pic.twitter.com/XWvv50z4MI
>
> — Midwest Wrestle (@Midwest_Wrestle) January 5, 2024
>
> Expand ▾

Members

💬 942

At least this piece of trash is feeling the heat.

---

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account
Sign up for a new account in our community. It's easy!

**Register a new account**

### Sign in
Already have an account? Sign in here.

**Sign In Now**

---

‹ Go to topic listing

Home › Forums › Wrestling › College Wrestling › Creeps in the wrestling community ~ What can we do about it?                    ▤ All Activity

𝕏 f

Cookies

Copyright © 2023 InterMat
Powered by Invision Community

---

**Page Vault**

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 8 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/8/#comments |
| Page loaded at (UTC): | Mon, 15 Jan 2024 21:00:11 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 21:01:05 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | 2ekg8C7KRLEc5paDruoEzq |
| User: | smb-ndombrowski |

PDF REFERENCE #:      1ZTc2vK8zTPXN3Sa1aja2w





Replies 179 | Created Dec 30 | Last Reply 5 dy

# Creeps in the wrestling community - What can we do about it?

By flyingcement
December 30, 2023 in College Wrestling

Share
Followers 3

« PREV 3 4 5 6 7 8 Page 8 of 8

**1032004**
Members
2.3k

Posted January 5

Here is a post from today from the one person that retweeted/reposted that post

> **SAM SULEK, YOUR ARMS ARE BIGGER THAN BUMSTEAD'S**
> @AlAmirAnwarBou1 · **Follow**
>
> i don't want to watch "too much" wrestling. let me rephrase that: i don't want to get "too horny". there are limits. people don't watch porn all day, do they? except that one guy they once featured on MTV who watches porn all day @Cristiano
>
> 6:59 PM · Jan 5, 2024
>
> Reply | Copy link
>
> Read more on X

**BobDole**
President
748
I love Bob Dole

Posted January 5

> **On 1/5/2024 at 6:31 PM, juniorvarsity said:**
>
> The amount of views on these videos is astonishing to me. 2.9 million views on a 46kg girls match. 12 videos with over a million views. 128 videos with view counts over 100k. This is eye opening. I cannot believe the scope and scale of the popularity of these videos.

The view counts rival UWW, except these are of relatively unknown high school kids.

1

**TOP POSTERS IN THIS TOPIC**

- flyingcem... 21 posts
- 1032004 19 posts
- Antitroll2... 11 posts
- Ohio Elite 10 posts

**POPULAR DAYS**

- Jan 2 2024 63 posts
- Dec 30 2023 37 posts
- Jan 1 2024 28 posts
- Dec 31 2023 18 posts

**POPULAR POSTS**

**Jon_Kozak**
January 1
A few things to add here that haven't been covered: -His videos (of minors) are embedded on porn sites -Many of his most...

**BobDole**
January 3
Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

**Winners Circle**
January 1
New username, new year, new me boys. 😎

**POSTED IMAGES**

12 videos with over a million views. 128 videos with view counts over 100k. This is eye opening. I

President

👤 748
I love Bob Dole

The view counts rival UWW, except these are of relatively unknown high school kids.

❤️ 1

**Yellow_Medal**  Posted January 7  •••

> 🔘 On 1/5/2024 at 8:28 PM, BobDole said:
>
> The view counts rival UWW, except these are of relatively unknown high school kids.

Members

💬 45

Yeah, there's no way those views aren't connected to some ulterior motive for watching besides love of wrestling or watching a family member. Just too many.

**Formally140**  Posted January 7  •••

I coach in Chicagoland. I have enough to deal with so I'll just say. No one is surprised so far

Members

💬 905

**juniorvarsity**  Posted Wednesday at 07:16 PM  •••

> 🔘 On 1/5/2024 at 7:00 PM, 1032004 said:
>
> **Midwest Wrestle**  ✕
> @Midwest_Wrestle · Follow
>
> statements disseminated   injurious to my reputation
> about me by certain   and business. In addition,
>
> Expand ▾

Members

💬 50
I love Bob Dole

This guy has a family!

What does his wife think about this? How can he spin this? People that get away with this stuff are manipulative and socially engineer everyone around them

❤️ 1

« PREV  3  4  5  6  7  **8**    Page 8 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

**Create an account**   **Sign in**
Sign up for a new account in our community. It's easy!   Already have an account? Sign in here.

### Latest Rankings

**NCAA DI Rankings**
Updated January 9

**NCAA DII Rankings**
Updated December 5, 2023

**NCAA DIII Rankings**
Updated November 3, 2023

**NJCAA Rankings**
Updated December 25, 2022

### College Commitments

**Ayden Smith**
Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125

**Cy Kruse**

## Create an account or sign in to comment

You need to be a member in order to leave a comment

| Create an account | Sign in |
|---|---|
| Sign up for a new account in our community. It's easy! | Already have an account? Sign in here. |
| **Register a new account** | **Sign In Now** |

‹ Go to topic listing



**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285



**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157



**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141





**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157



**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141



**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

Home > Forums > Wrestling > College Wrestling > Creeps in the wrestling community - What can we do about it?    All Activity



Cookies
Copyright © 2023 InterMat
Powered by Invision Community