# EXHIBIT I

🔒 PageVault

| | |
|---|---|
| Document title: | MatScouts on X: "Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday." / X |
| Capture URL: | https://twitter.com/MatScouts1/status/1741173880675508389 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:10:45 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:11:10 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 3MKfDcwmGkZryHY35H655W |
| User: | smb-ndombrowski |

PDF REFERENCE #:    4YgBugJJtf5fgZeCgrma

**EXHIBIT I**



Settings

Post

MatScouts
@MatScouts1

Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday.

**Christian Pyles** @CPyles8 · Dec 30, 2023
Huge problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.
...
Show more

7:06 PM · Dec 30, 2023 · **125.6K** Views

**10** Reposts **5** Quotes **158** Likes **17** Bookmarks

17

New to X?
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**MatScouts** @MatScouts1 Follow

**Christian Pyles** @CPyles8 Follow
Content Director @FloSports. @FloWrestling, @FloGrappling. Instagram: @CPyles

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

**PageVault**

| | |
|---|---|
| Document title: | MatScouts on X: "@Jagger712 @Midwest_Wrestle Jagger is the hero we need." / X |
| Capture URL: | https://twitter.com/MatScouts1/status/1741200181541192185 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:11:42 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:11:56 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | wUBcq7QHgiNAvSCkNvBzkb |
| User: | smb-ndombrowski |

PDF REFERENCE #:      wSYYuPLM1p6VDRF1QAdAcP

X

Settings

← Post

MatScouts
@MatScouts1

Jagger is the hero we need.

8:50 PM · Dec 30, 2023 · **4,526** Views

**30** Likes

New to X?
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

MatScouts
@MatScouts1
Follow

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

