# EXHIBIT J

**Page Vault**

| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "Parents, coaches, tournament directors, etc… Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their…" / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1742573812518908149 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:05:34 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:05:55 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | rr61h3pcZDsH5Q6RvnKtZv |
| User: | smb-ndombrowski |

PDF REFERENCE #:        4k8a9SnWnG4skwLUgpN

**EXHIBIT J**

Post



**The Wrestling Room (Pat Mineo)** ✓
@MrPatMineo

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. Be aware of potential "grooming"...

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

3:49 PM · Jan 3, 2024 from Pennsylvania, USA · **36.5K** Views

**10** Reposts   **2** Quotes   **152** Likes   **4** Bookmarks

New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**The Wrestling Ro...** ✓     Follow
@MrPatMineo
The Friendly Founder of #TheWrestlingRoom 🇺🇸 (you can join 35K others chatting on our forum below)

Trends are unavailable.

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up

**Page Vault**

| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in millions of views… There's serious red flags. He has to be banished from the sport! Sickening." / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741646258308042824 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:06:22 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:06:40 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | rnpn5Nzkg5EBqjNfiScSFf |
| User: | smb-ndombrowski |

PDF REFERENCE #:          mySnsMhwwN7wmsBhXNVLfF

Post

**The Wrestling Room (Pat Mineo)** ✔
@MrPatMineo

Hes framing up these videos and then pushing them out to evil places resulting in millions of views... There's serious red flags. He has to be banished from the sport! Sickening.

2:23 AM · Jan 1, 2024 · **6,206** Views

**1** Repost **25** Likes

Sign up now to get your own personalized timeline!

Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**The Wrestling Ro** ✔
@MrPatMineo

Follow

The Friendly Founder of 🤼
#TheWrestlingRoom 🇺🇸🙌 (you can join 35K others chatting on our forum below)

Trends are unavailable.

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up

Document title: The Wrestling Room (Pat Mineo) on X: "&quot;@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in…
Capture URL: https://twitter.com/MrPatMineo/status/1741646258308042824
Capture timestamp (UTC): Thu, 04 Jan 2024 20:06:40 GMT

Page Vault

| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "Yeah…. @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of wrestling and any tournament, practice room, school and children in general. You know what you are doing and the fact that you are allegedly a certified referee in Iowa is scary…." / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741642778705088941 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:08:19 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:08:54 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 69s3ufuPsQXACtZ2xMTrZe |
| User: | smb-ndombrowski |

PDF REFERENCE #:            12Kr3Zbb8YNhk41LLtusQf



X

**Post**

New to X?

Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Settings

The Wrestling Room (Pat Mineo) ✔
@MrPatMineo

...

Yeah.... @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of wrestling and any tournament, practice room, school and children in general. You know what you are doing and the fact that you are allegedly a certified referee in Iowa is scary. You need to be investigated by authorities... ASAP!



Michael Boyd @MichaelBoyd174 · Jan 1

Kyle Dake vs David Taylor has 653k views. Look at the millions of views on these matches and then look at the thumbnails.

This is not okay and something should be done about this. He's got an Iowa high school state association patch on his reffing uniform. ...

Show more

2:09 AM · Jan 1, 2024 from Pennsylvania, USA · **214K** Views

24 Reposts    3 Quotes    221 Likes    23 Bookmarks



**Relevant people**

The Wrestling Ro... ✔
@MrPatMineo

The Friendly Founder of #TheWrestlingRoom 🇺🇸🙌 (you can join 35K others chatting on our forum below)

Follow

Michael Boyd
@MichaelBoyd174

In relentless pursuit of my best self.

Follow

Trends are unavailable.

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

**Page Vault**

| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil…" / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741643106355748872 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:09:22 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:09:41 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | inh5fiaKkj8MsFc2bYK2Db |
| User: | smb-ndombrowski |

PDF REFERENCE #:     hqRYUHmXmpYyz8nhSzFTpG



X

Settings

Post

The Wrestling Room (Pat Mineo)
@MrPatMineo

He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil...

2:10 AM · Jan 1, 2024 · **14.1K** Views

**49** Likes **1** Bookmark

1

New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

The Wrestling Ro
@MrPatMineo
Follow

The Friendly Founder of #TheWrestlingRoom 🇺🇸 (you can join 35K others chatting on our forum below)

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

Don't miss what's happening
People on X are the first to know.
Log in Sign up

Page Vault

| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in millions of views… There's serious red flags. He has to be banished from the sport! Sickening." / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741646258308042824 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:03:41 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:04:40 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | xgc9HLuTbrYyQCFCYsSCnw |
| User: | smb-ndombrowski |

PDF REFERENCE #:     kbTiieejw5ZXLeuR8TdtXE



Settings

Post

The Wrestling Room (Pat Mineo)
@MrPatMineo

Hes framing up these videos and then pushing them out to evil places resulting in millions of views... There's serious red flags. He has to be banished from the sport! Sickening.

2:23 AM · Jan 1, 2024 · **6,207** Views

**1** Repost **25** Likes

New to X?
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

The Wrestling Ro
@MrPatMineo
Follow
The Friendly Founder of #TheWrestlingRoom 🇺🇸 (you can join 35K others chatting on our forum below)

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in
Sign up

**PageVault**

| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil…" / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741643106355748872 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:31:54 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:32:08 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | fRhRShmGPpqJJV2ctKu5rJ |
| User: | smb-ndombrowski |

PDF REFERENCE #:     q57WRCLo9AAgY2dFmRsAQ4



Settings

Post

The Wrestling Room (Pat Mineo)
@MrPatMineo

He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil...

2:10 AM · Jan 1, 2024 · **14.1K** Views

**49** Likes **1** Bookmark

1

New to X?
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

The Wrestling Ro
@MrPatMineo
Follow
The Friendly Founder of #TheWrestlingRoom 🇺🇸 (you can join 35K others chatting on our forum below)

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

# The Wrestling Room

🔒 Private group · **44.0K** members



Discussion   Featured   Members   Media   Files

---

 **Pat Mineo**
`Admin` `Top Contributor` · 4h · 😊

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. It is so important! Be aware of potential "grooming"... See the signs!

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

👍😯 63                                              4 comments

| 👍 Like | 💬 Comment | ➤ Send |
|---------|-----------|--------|

All comments ⌄

 **Tristan Jones** `Top Contributor`
Unfortunately this is a needed post. So many predators out there. Predators use the trusting nature of most people against them and their children. Speak to your children. Educate them on the dangers that exist. Let your children know they can talk... **See more**
4h   Like   Reply                                    👍 3 

 **Jennifer Ritacco** 🖐
**Pat Mineo** I'm glad you pointed out the excitement factor...the excitement of feeling like your kid was "noticed" for his/her wrestling ability and a media person with millions of views wants to post your kid. I get it...it feels good to feel noticed, but ... **See more**
3h   Like   Reply                                    👍 4 

 **Michael Skrzenski** `Top Contributor`
Great post, Pat.
2h   Like   Reply   👍 2

Write a comment...                           😊 📷 GIF 😀

# The Wrestling Room

🔒 Private group · 44.0K members

## Discussion  Featured  Members  Media  Files

**Purler Wrestling**
Top Contributor · January 1 at 1:34 PM · 😊

The thumbnails on this YouTube Channel are extremely suspect.  Make sure your child isn't on this page.



👍❤️😮 47

21 comments

👍 Like        💬 Comment        ▷ Send

All comments ▾

**Deanne Moore** Top Contributor
I'm more creeped out that people are paying him money for the videos.



2d   Like   Reply

😮

**Alex Yntriago** Top Contributor
Deanne Moore they might be pervs

2d   Like   Reply

**Deanne Moore** Top Contributor
Alex Yntriago yes, they are pervs commenting and paying but why are they allowing an official to film kids, post to porn sites and make money

**The Wrestling Room**

2d  Like  Reply

**Alex Yntriago**  Top Contributor
Deanne Moore they might be pervs

2d  Like  Reply

**Deanne Moore**  Top Contributor
Alex Yntriago yes, they are pervs commenting and paying but why are they allowing an official to film kids, post to porn sites and make money off our kids. I understand this stuff happens, but by an official?

2d  Like  Reply

**Alex Yntriago**  Top Contributor
Deanne Moore oh he is an official oh no no no no he must be delt with asap

2d  Like  Reply  Edited                    👍 2

**Deanne Moore**  Top Contributor
Alex Yntriago yes, he is an official



8 Posts    549 Followers    553 Following

**Nima Gharavi**
Digital creator
Wrestling Official
Founder @midwestwrestle
🔗 mwrestle.com
🔵 Followed by cpyles

2d  Like  Reply

**Alex Yntriago**  Top Contributor
Deanne Moore ironic look who he is followed by lol
Pat Mineo your nemeses lol

2d  Like  Reply

**Deanne Moore**  Top Contributor
Alex Yntriago I think he follows him to keep an eye on him. They know he's trouble, Pyle's commented on Twitter about him and past issues.

2d  Like  Reply

**Alex Yntriago**  Top Contributor
Deanne Moore oh then he is smart lol

2d  Like  Reply

Reply to Alex Yntriago...        💬 🙂 📷 GIF 🎞️

to Deanne Moore...        💬 🙂 📷 GIF 🎞️

**Alex Jones**  Top Contributor
I have seen them now posting on wrestling team Facebook pages. They find them as the Facebook page is posting pictures of kids and they accept all these unknown people. Teams should make their pages private only. They are taking the photos and spreading them.

2d  Like  Reply  Edited

**Shawn Ritter**  Top Contributor
How the hell have we got to this point in our world? What the fuck went wrong! I can't even believe this is a thing. How does this attract people?!?! I hope everyone that is involved with this or something similar, (well I guess I should not say what ... See more

1d  Like  Reply

**Andy Siegal**
🌀 Deerfield Wrestling Nation I saw a cpl of DHS guys in there. Not sure you know their photos are in there.

1d  Like  Reply

**Bryce Kammerzell**
Brandon Kammerzell Tony Mustari check this out. Wtf

1d  Like  Reply

**Zak Faulkner**
Erin Alford McArthur Jim McArthur I see your boys name in the pic. Not sure if you are aware.

1d  Like  Reply

**The Wrestling Room**

**Deanne Moore** oh then he is smart lol

2d · Like · Reply

Reply to Alex Yntriago...

Reply to Deanne Moore...

**Alex Jones** Top Contributor
I have seen them now posting on wrestling team Facebook pages. They find them as the Facebook page is posting pictures of kids and they accept all these unknown people. Teams should make their pages private only. They are taking the photos and spreading them.

2d · Like · Reply · Edited

**Shawn Ritter** Top Contributor
How the hell have we got to this point in our world? What the fuck went wrong! I can't even believe this is a thing. How does this attract people?!?! I hope everyone that is involved with this or something similar, (well I guess I should not say what ...
See more

1d · Like · Reply

**Andy Siegal**
☑ Deerfield Wrestling Nation I saw a cpl of DHS guys in there. Not sure you know their photos are in there.

1d · Like · Reply

**Bryce Kammerzell**
**Brandon Kammerzell Tony Mustari** check this out. Wtf

1d · Like · Reply

**Zak Faulkner**
**Erin Alford McArthur Jim McArthur** I see your boys name in the pic. Not sure if you are aware.

1d · Like · Reply

**Bobby Falvo**
What's a sick fuck

1d · Like · Reply

**Wendi Priest Keller**
We are pointing this out.... BUT.... There is a woman that travels around taking copious photos and videos of boys on and off the mat that have NO ASSOCIATION to her nor does she even have any children at all and NOT ONCE is anyone acknowledging that she i... See more

1d · Like · Reply

> **Eli Randall** Top Contributor
> **Wendi Priest Keller** i don't know who she is...
>
> 1d · Like · Reply

> **Emman Sarwari**
> **Wendi Priest Keller** names are important, these people should be pointed out
>
> 1d · Like · Reply

> **Khalil Shakur**
> **Wendi Priest Keller** what is her name?
>
> 1d · Like · Reply

> Reply to Wendi Priest Keller...

**Jeremy Mitchell**
I'm sure it's already been pointed out to ☑ Shawn Dover and **Katrina Worthington-Dover** that Kara is in the second most popular video on their site. Not sure what that means but here you go.

1d · Like · Reply

> **Kim Cullen Price** ✍️
> **Jeremy Mitchell** well, if you find the video on his you tube page and then Google the title of it, you will most likely find other sites the video has been uploaded to(unfortunately). I did that on a few of them and some porn sites had them uploaded there. Sick.
>
> 16h · Like · Reply
>
> ↳ View 1 reply

Reply to Jeremy Mitchell...

a comment...



🔒 Private group · 44.0K members

---

**Discussion**  Featured  Members  Media  Files

---

**Pat Mineo**
Admin  Top Contributor · January 1 at 10:24 AM · 😊

Wrestling community:

If you have children in the sport- especially in the Midwest area- go to @Midwest_Wrestle's YouTube channel and search their name. If there are any video's of them, try to get them removed from this sick person's channel ASAP... Contact everyone.

There is something very wicked at work... The provocative thumbnails, the suggestive angles, the ultra HD camera w/ subtle zooms + the millions of views (on a schoolboy level match?) and sickening comments included. These videos are def being pedaled somewhere, something is very off- we have to take action. This is a very serious matter at hand!

The ✅ IHSA must also look into revoking this person's referee license. He cannot be allowed in a gym...on a mat...next to these kids. No more, it ends in 2024.



YOUTUBE.COM
**Midwest Wrestle - YouTube**
American Folkstyle Wrestling

👍😡🤯 Ryan Gream and 99 others                    148 comments

---

👍 Like          💬 Comment          ▽ Send

All comments ▾

---

**Michael Boyd** Top Contributor
Everyone do your part and go report a video of his!
2d  Like  Reply                                    👍 4

**Michael Boyd** Top Contributor
It's been alleged (via social media site X/twitter) his videos are linked in kid sites and chat rooms. I have no proof. But it would makes sense how a girl's middle school match gets almost 3 million views
2d  Like  Reply                                  👍😡🤯 6

> **Michael Boyd** Top Contributor
> This has now been proven and I have the proof to support the claim.
> Go get him!
> 2d  Like  Reply                               👍 2

> Reply to Michael Boyd...          😊 📷 GIF 🎭

**Pat Mineo** Author Admin +1
His most popular videos are luring other sick people, all it takes is one look and 30 seconds of watching to understand what's going on and how views are through roof...

I have never seen wrestling matches recorded in this manner.

Case: 1:24-cv-03093 Document #: 20-10 Filed: 04/10/24 Page: 19 of 36 PageID #:610



**Pat Mineo** Author Admin +1

His most popular videos are luring other sick people, all it takes is one look and 30 seconds of watching to understand what's going on and how views are through roof...

I have never seen wrestling matches recorded in this manner.



2d  Like  Reply  Edited



**Pat Mineo** Author Admin +1



2d  Like  Reply




Reply to Pat Mineo...

**Pat Mineo** Author Admin +1

His face on the YouTube channel thumbnail even sets off some sort of inner alarm...

2d  Like  Reply   6

**AbdulRabb Shakur Lilabad** Top Contributor

I reported. Hopefully they do thorough background checks and clearances on these people

2d  Like  Reply  Edited  2

**Michael Boyd** Top Contributor

Look at the thumbnails here. Go read the comments by creepy men. Check his followers...red flags everywhere



2d  Like  Reply

**Deanne Moore** Top Contributor

His Instagram and comments 😨😵🤮https://www.instagram.com/midwestwrestle...

 **INSTAGRAM.COM**
Midwest Wrestle (@midwestwrestle) • Instagram photos and videos

2d    Like    Reply

**Deanne Moore** · Top Contributor
His Instagram and comments 😡😡😡 https://www.instagram.com/midwestwrestle…

**INSTAGRAM.COM**
Midwest Wrestle (@midwestwrestle) • Instagram photos and videos

2d    Like    Reply                                                    👍😡 2

**Michael Skrzenski** · Top Contributor
Deanne Moore wow…just started reading comments on his captions…how is this allowed? They are 90% comments being made by pedophiles

2d    Like    Reply                                                    👍 3

Reply to Deanne Moore…

**Wendy R Manos-Debnar**
You wouldn't believe the predators that are at all kids sporting events. Taking photos, having access to them and there is nothing you can do but to be present and aware. There are known people who have been arrested and charges dropped that are allo… See more

2d    Like    Reply                                                    👍😡 6

**Season Martin**
**Wendy R Manos-Debnar** Exactly. Happens all over the country.

And there's always a new generation of victims who either don't know what to look for or don't want to believe this could actually happen. … See more

2d    Like    Reply

**Wendy R Manos-Debnar**
**Season Martin** I would love to post the guy im talking about. Unfortunately he has a sight where he acts like a wrestling coach, fan who has a whole site devoted to high school kids. He was arrested before but because the kids were traumatized, and wo… See more

1d    Like    Reply                                                    😮

**Don Frazier**
You could always give him a swift kick (you know where) to let him know you know what he is up to.

1d    Like    Reply

Reply to Season Martin…

**Deanne Moore** · Top Contributor
**Wendy R Manos-Debnar** but this guy is a wrestling official??!!?

2d    Like    Reply

**Wendy R Manos-Debnar**
**Deanne Moore** who cares what his title is? Btw proof is different that one persons opinion or interpretation. The bottom line is that these people are everywhere, society platforms suck. There is nothing that can be done, watch your kids, be engaged … See more

1d    Like    Reply                                                    👍

**Deanne Moore** · Top Contributor
**Wendy R Manos-Debnar** my kids are on his page and it pisses me TF off. A vetted, paid official sitting next to the mat zooming on kids genitals, posting videos to porn sites, taking "monetary tips" from viewers. Yes, there are pervs everywhere but we ca… See more

1d    Like    Reply    Edited                                          👍 2

**Lockner** · Top Contributor
**Wendy R Manos-Debnar** I care what his title is. An official is a position of some authority over these kids… it definitely makes it even more egregious that it already is- which is an astounding amount. i don't think that nothing can be done… He need… See more

1d    Like    Reply

**Wendy R Manos-Debnar**
**Lockner** you can not convict a person with no proof. You can't sentence a person before they have even been arrested. What proof has been provided. There is this thing called double jeopardy. No one wants these people in any way around at any time. … See more

1d    Like    Reply

**Wendy R Manos-Debnar**
**Deanne Moore** there is nothing you can do, you sign your kids up.

1d    Like    Reply


**Wendy R Manos-Debnar**
Lockner you can not convict a person with no proof. You can't sentence a person before they have even been arrested. What proof has been provided. There is this thing called double jeopardy. No one wants these people in any way around at any time. ... See more

1d    Like    Reply


**Wendy R Manos-Debnar**
Deanne Moore there is nothing you can do, you sign your kids up. Ultimately YOU are responsible for

1d    Like    Reply


**Lockner** Top Contributor
Wendy R Manos-Debnar sheeesh- do you intend to sound like you want all of us to back off? Because that's what you sound like.

I assure you that plenty of dads disagree that 'nothing can be done'. lol.

1d    Like    Reply


**Deanne Moore** Top Contributor
Wendy R Manos-Debnar my kids are in college, I didn't sign them up. What an asinine response.

1d    Like    Reply


**Wendy R Manos-Debnar**
Lockner that is because of your misconstrued interpretation that is completely baseless. Having been through this and the legal system im telling you truth, painful as it is. As you seem to ignore, he has been reported numerous times....

1d    Like    Reply    2


**Wendy R Manos-Debnar**
Deanne Moore that is what the police told me. DO me a favor, if you want to slam me, please read EVERYTHING i posted not what personally offended you. By the way, college makes them adults....which for the original post means that this doesnt apply t... See more

1d    Like    Reply    Edited


**Lockner** Top Contributor
Wendy R Manos-Debnar lol you really come across like you're on the wrong team- but I think you just have a terrible personality. 🤙

1d    Like    Reply


**Wendy R Manos-Debnar**
Lockner nope just a mother who went through this with no justice who tried to explain this to other parents. I understand that because it is such a horrible topic that anything other than a person saying this person should be eliminated makes it seem ... See more

1d    Like    Reply


**Lockner** Top Contributor
Wendy R Manos-Debnar sorry to hear that- legally... maybe you're right... but he can be exposed. Shunned. 'Runned-off'. And- dare I repeat- be dealt some fatherly street justice. For you and everyone else.

Casey Anthony- she got away with it but her... See more

1d    Like    Reply


**Wendy R Manos-Debnar**
Lockner I will be right along side you for the fight

1d    Like    Reply

Reply to Deanne Moore...      

ly to Wendy R Manos-Debnar...       


**Pat Mineo** Author  Admin  +1
Apparently he has been approached many times and lawyered up. And is getting away with this because of lack of proof...

2d    Like    Reply


**Tyler Amos**
Pat Mineo yeah something not okay is going on because when you go to his page through a Facebook link and click on a video the list of suggested videos*directed towards his audience average* is filled with creepy not okay things

2d    Like    Reply    2

Reply to Pat Mineo...

**Charlie Chalfant** Top Contributor
I have a few thoughts on this.
There's a few ways to initially view this scenario.... **See more**

2d   Like   Reply

**Pat Mineo** Author Admin +1
Charlie Chalfant dude.. did you watch the videos and also see the thumbnails?
Every thumbnail is of a private part and he zooms in during matches... if it was
just views then it wouldn't matter: it's about the content.

2d   Like   Reply   Edited    👍 7

**Chris Morrison** Top Contributor
Charlie Chalfant - read the articles I linked above.

2d   Like   Reply    👍

**Pat Mineo** Author Admin +1
Charlie Chalfant ???



2d   Like   Reply    😮 4

**Charlie Chalfant** Top Contributor
Pat Well, there you go

2d   Like   Reply    👍

Reply to Pat Mineo...

**Jamil X Shhmart**
Charlie Chalfant no reason a bo Bassett match gets thosands of views and
some random48kg girls match gets MILLIONS
THIS IS SICK

1d   Like   Reply    👍

**Chris Morrison** Top Contributor
Jamil X Shhmart - exactly 2+2 = 4. These creeps get no benefit of the
doubt given the consequences when people let this slide

1d   Like   Reply

Reply to Jamil X Shhmart...

ly to Charlie Chalfant...

**Elaina Trupia-Burton**
This is disgusting!

2d   Like   Reply

**Joe Asterino** Top Contributor
Is there something I don't know here - or I am not seeing? Looked at videos,
comments, IG etc and nothing out of the ordinary.

2d   Like   Reply    👍 11

**Pat Mineo** Author Admin +1
Joe Asterino he is trying to wipe stuff as we speak because it's been a hot
topic last few weeks on twitter and he was kicked out of midlands. So you not
see every thumbnail is specifically picked of a private part and suggestive
photo on his most popular videos ?

2d   Like   Reply    👍 7

**Wendy R Manos-Debnar**
Pat Mineo their uniform already causes issues

1d   Like   Reply

Reply to Pat Mineo...

**Pat Mineo** Author Admin +1
Joe Asterino this is certainly not ordinary. It's just tip of iceberg with him as

Wendy R Manos-Debnar
**Pat Mineo** their uniform already causes issues

1d   Like   Reply

Reply to Pat Mineo...

**Pat Mineo** Author Admin +1
Joe Asterino this is certainly not ordinary. It's just tip of iceberg with him as well. He's been reported and lawyered up many times.



2d   Like   Reply

Jennifer Ritacco ✋
**Pat Mineo** I'm reading through these comments and see this about Tumblr...proof he's disseminating these videos all over. The person says in a foreign language that he can see it perfectly on tumblr. See what??? The guy above is giving $5 gifts and sayin... See more



1d   Like   Reply

Jennifer Ritacco ✋
**Pat Mineo** I'm f'ing done. When you google titles of the videos you get to all kinds of pages...I found one that's titled "teen bulge". �covering Everyone who thinks the youtube thumbnails are no big deal...I have no words.

1d   Like   Reply   😲😡 2

Tammy Rizzolo- Danise
Jennifer Ritacco 😡 that's disgusting !! How anyone can think that is harmless is beyond me!!

1d   Like   Reply

Jennifer Ritacco ✋
**Tammy Rizzolo- Danise** this is so bad. These kids' videos are all over the web in places you definitely don't want them to be.

1d   Like   Reply   👍😡 2

Reply to Pat Mineo...

Chris Morrison Top Contributor
Joe Asterino - the guy had videos from these run of the JV tournaments in East Nowhere with, as Pat said, insane amounts of views. His commenters were a collection of creepy MFers with no interest in the sport.

Willie Saylor brought this up a few mon... See more

2d   Like   Reply   👍 2

**Pat Mineo** Author Admin +1
Chris Morrison yep and bots aside he is thumb nailing suggestive photos of private snd zooming in during matches

2d   Like   Reply   👍

Chris Morrison Top Contributor
**Pat Mineo** - this came up on TheMat too. Some people can be naive - it's quite clear what he and others are up to - nothing to do with bots

2d   Like   Reply   👍

Reply to Chris Morrison...

**The Wrestling Room**

2d  Like  Reply

**Pat Mineo** Author  Admin  +1
Chris Morrison yep and bots aside he is thumb nailing suggestive photos of private snd zooming in during matches

2d  Like  Reply

**Chris Morrison** Top Contributor
**Pat Mineo** - this came up on TheMat too. Some people can be naive - it's quite clear what he and others are up to - nothing to do with bots

2d  Like  Reply

Reply to Chris Morrison...

**Alex Yntriago** Top Contributor
Joe Asterino same with me or maybe we ain't seeing it with pedo eyes but if they seen something out of the ordinary they should be reported n removed.

2d  Like  Reply

**Pat Mineo** Author  Admin  +1
Alex Yntriago umm???



2d  Like  Reply

**Alex Yntriago** Top Contributor
**Pat Mineo** I just saw in the group... I'm so disappointed in ppl who do this but then again this works is full of sickos
I use to train in a club in the city that was very old school guys who were a bit touchy but I guess it's how they were able to control opponent.

2d  Like  Reply

**Wendy R Manos-Debnar**
**Pat Mineo** his name is on this somewhere? If so why has this person not been arrested? Disturbing and disgusting

1d  Like  Reply

Reply to Alex Yntriago...

**Jennifer Ritacco** 🦾
Joe Asterino I have taken thousands of pictures for my sons' teams and I will tell you with 99.99% certainty I go through every picture before posting on our PRIVATE team site and any time I ACCIDENTALLY zoomed in or caught a bad angle I would permane... See more

2d  Like  Reply  Edited          6

**Wendy R Manos-Debnar**
Joe Asterino cause society today like to accuse and convict and ruin a person life based off their own perverted interpretation

1d  Like  Reply

**Jennifer Ritacco** 🦾
**Wendy R Manos-Debnar** perverted interpretation? really? How about look at who's sending him monetary gifts for the videos, google some of the video titles and find them on sites for things such as "teen bulge". You might want to ask why you are NOT i... See more

1d  Like  Reply

**Deanne Moore** Top Contributor
Jennifer Ritacco she wanted to quote legalities to me about how wrong or incorrect I was about being pissed my "kids" appeared on his YouTube. She said it was my fault I signed them up. I said they were college age and she was talking out her arse or ... See more

1d  Like  Reply          2

**Jennifer Ritacco** 🦾
Deanne Moore I am certain you didn't "sign them up" for the teen bulge dark web...you would never expect that to be the outcome and I'm sorry your kids are out there. We will see him on the news and the boys in federal prison will take good care of him. ... See more

Case 1:24-cv-01190 Document #: 20-10 Filed: 04/04/24 Page 25 of 36 PageID #:616



**Jennifer Ritacco** 🤚
Deanne Moore I am certain you didn't "sign them up" for the teen bulge dark web...you would never expect that to be the outcome and I'm sorry your kids are out there. We will see him on the news and the boys in federal prison will take good care of him. ... See more


REPORT.CYBERTIP.ORG
CyberTipline Report

1d    Like    Reply    Edited



**Wendy R Manos-Debnar**
Jennifer Ritacco you may want to take a punctuation class. To answer you, I don't tend to look through perverted eyes. You may want to ask yourself why you dug into this so deeply cause I sure as hell didn't see those titles. You do realize that peo... See more

1d    Like    Reply    Edited

**Jennifer Ritacco** 🤚
Wendy R Manos-Debnar I dug into it because it was brought to my attention and it's what I do for a goddamn living. I looked for my kids and his page was a cesspool of red flags. I gathered information as I am qualified to do and gave links to the prop... See more

1d    Like    Reply    Edited    3



**Pat Mineo** Author Admin +1
Wendy R Manos-Debnar you don't think this is perverted to upload the videos to pornographic sites ?



1d    Like    Reply



**Jennifer Ritacco** 🤚
Pat Mineo the literal definition of being perverted, but we're all just making up our own interpretations 🤦

1d    Like    Reply



**Wendy R Manos-Debnar**
Jennifer Ritacco my Initial response was over 15 hours ago And I'm telling you I didn't dig, why would I look at smut. I saw the initial and excuse me, you even said that he had been deleting by the time people started looking. Content and context bu... See more



1d    Like    Reply



**Wendy R Manos-Debnar**
Pat Mineo I never even saw anything like that...nor would I personally ever repost such filth. Everytime someone repost even that photo you are objectifying those boys in that photo THAT is disgusting. This is what we're all initially saw when we click... See more





**Wendy R Manos-Debnar**

Pat Mineo I never even saw anything like that...nor would I personally ever repost such filth. Everytime someone repost even that photo you are objectifying those boys in that photo THAT is disgusting. This is what we're all initially saw when we click... See more



1d    Like    Reply



**Wendy R Manos-Debnar**

Pat Mineo I see others were not seeing anything either ...not until you posted the porn . That changed the whole narrative but the thread was how many hours old? Don't condemn people who went off the initial post. I would of never posted that even ju... See more



1d    Like    Reply    Edited

 Reply to Wendy R Manos-Debnar... 

 **Gerald Dwayne Harris** ✅ Top Contributor · Follow

Joe Asterino I thought the same thing, but he cleaned up the thumbnails. I saw a few thumbnails that were definitely intended for the wrong audience. Not a lot of matches of 2 million views with awkward comments. It's going to be a hard case to prove.

1d    Like    Reply

**Jennifer Ritacco** 🦋

Gerald Dwayne Harris sort his videos by popularity instead of recent. They are all still there...thumbnails and comments. Once in the cloud always in the cloud. He can delete all he wants and the feds are still going to come knocking.

1d    Like    Reply

**Gerald Dwayne Harris** ✅ Top Contributor · Follow

Jennifer Ritacco I hope they fix this problem. This is disgusting.

1d    Like    Reply

**Pat Mineo** Author  Admin  +1

Gerald Dwayne Harris not too hard..



1d    Like    Reply

 Reply to Gerald Dwayne Harris... 

**Bobby Foerster**

Joe Asterino all most popular videos have the cover image with a penis showing basically.

1d    Like    Reply

Reply to Gerald Dwayne Harris...

**Bobby Foerster**
Joe Asterino all most popular videos have the cover image with a penis showing basically.

1d  Like  Reply

**Jennifer Ritacco** 👋
Wendy R Manos-Debnar I don't know what on earth you're talking about. I don't know anything about what's being deleted and never said anything about that. I have not read the entire thread of comments, only what gets tagged to me and notifies me. I did... See more

1d  Like  Reply

**Wendy R Manos-Debnar**
Jennifer Ritacco hey lady, YOU yes YOU jumped in on a thread. Do you even understand how a thread works? YOU engaged FIRST. YOU replied to a comment that I made TO SOMEONE else. YOU DID THAT!!!! For future reference I, do not engage when you don't ta... See more

1d  Like  Reply  Edited

**Jennifer Ritacco** 👋
Wendy R Manos-Debnar go away and read back the way you interact with everyone. I've just had time to read more of the comments and had to stop because well...

1d  Like  Reply

Reply to Wendy R Manos-Debnar...

to Joe Asterino...

**Pat Mineo** Author Admin +1
He has now been going back and altering thumbnails but the most popular videos still remain

2d  Like  Reply

**Pat Mineo** Author Admin +1
He was kicked out of midlands this past weekend..

2d  Like  Reply  👍 8

**Deanne Moore** Top Contributor
Pat Mineo any info on the other guy that was kicked out? An Iowa photographer.

2d  Like  Reply

**Lockner** Top Contributor
Pat Mineo how'd that come about? Do you know? Glad to hear it.

1d  Like  Reply

Reply to Pat Mineo...

**Brent Rose** Top Contributor
Those videos have millions of views. Wtf...

2d  Like  Reply  👍 2

**Chris Morrison** Top Contributor
Thank you for amplifying this Pat Mineo.

As an aside, It took years for YouTube to stop allowing comments on kid-oriented videos. Only after pressure from concerned individuals and organizations did YouTube finally do something. Pedophiles were da... See more

> **THEVERGE.COM**
> YouTube still can't stop child predators in its comments

2d  Like  Reply  Edited  👍 2

**Nikki-Jesse Simcox**
Thank you for exposing this!

2d  Like  Reply

**Michael Skrzenski** Top Contributor
Hi IG is sick...the comments are disgusting. How is this allowed? 😡

2d  Like  Reply

**Zac Daniels Gustafson**
Michael Skrzenski never used IG or Snapchat what's the point of them?

2d  Like  Reply  Edited

**Nikki-Jesse Simcox**
Thank you for exposing this!

2d  Like  Reply

**Michael Skrzenski**  Top Contributor
Hi IG is sick...the comments are disgusting. How is this allowed?

2d  Like  Reply

**Zac Daniels Gustafson**
**Michael Skrzenski** never used IG or Snapchat what's the point of them?

2d  Like  Reply

Reply to Michael Skrzenski...

**Molly Grabowski**
Did any of these kids' parents sign waivers for this? Is the site monetized?

2d  Like  Reply

**Deanne Moore**  Top Contributor
**Molly Grabowski** people are tipping him on videos. First one I looked at had a tip on it and I haven't looked at any more. Found my kids on his page too. 🥺



2d  Like  Reply

**Molly Grabowski**
**Deanne Moore** does he not show faces as a general rule?

2d  Like  Reply

**Deanne Moore**  Top Contributor
**Molly Grabowski** He shows everything, this is a screenshot I took while video was playing. There are 610 comments on this high school video and over a million views. Most of the comments are not wrestling related either. 🥺

2d  Like  Reply

**Deanne Moore**  Top Contributor
**Molly Grabowski** same video

2d  Like  Reply  Edited

Reply to Deanne Moore...

**Brandy Alvarado** 👋
**Molly Grabowski** I didn't. And it's my daughter in "that" match....

19h  Like  Reply

Reply to Molly Grabowski...

**Russell Louis**  Top Contributor
Thank you **Pat Mineo** for bringing this to light.  👍 5

2d  Like  Reply

**Austin Hepner**  Top Contributor
**Pat Mineo** we got a name?

2d  Like  Reply

**Deanne Moore**  Top Contributor

**Russell Louis** Top Contributor
Thank you **Pat Mineo** for bringing this to light.
2d   Like   Reply   👍 5

**Austin Hepner** Top Contributor
**Pat Mineo** we got a name?
2d   Like   Reply

**Deanne Moore** Top Contributor
Austin Hepner



2d   Like   Reply   👍

**Austin Hepner** Top Contributor
**Deanne Moore** Pat Mineo of course pyles follows him
1d   Like   Reply

**Deanne Moore** Top Contributor
**Austin Hepner** I think he follows him to monitor his content, I read FLO is trying to keep him out of tourneys because they have the right to film (or something like that)
1d   Like   Reply   👍

Reply to Deanne Moore...   💬 😊 📷 GIF 🎁

y to Austin Hepner...   💬 😊 📷 GIF 🎁

**Molly Grabowski**
**Pat Mineo**- I had to check the list of people who had liked our club page about once a month. We had men from Qatar and Pakistan liking our page. I had a coach who spoke Arabic, so I would send her links to their pages. They were never affiliated with ... See more
2d   Like   Reply   👍 3

**Ben Flanigan**
**Molly Grabowski** this is why I have two pages for our club. The business page has information for practice and tournaments, the private group is where people can post pictures of their kids.
Originally we were posting matches and pictures on the busine... See more
1d   Like   Reply   👍

Reply to Molly Grabowski...   💬 😊 📷 GIF 🎁

**Pat Mineo** Author Admin +1
His IG is riddled with creeps and once again/ he used suggestive photos of a certain kind. I blocked out the part of photo he's trying to emphasize... Sickening!



2d   Like   Reply   Edited

**Pat Mineo** Author Admin +1
Over the last week since publicity on him ramped up he has altered some thumbnails and deleted hundreds of comments but many are still lingering and there. Screenshots have been taken.
2d   Like   Reply   👍

**Pat Mineo** Author Admin +1
Proof that his top viewed videos are on some of these vile websites:

**Pat Mineo**  Author  Admin  +1
Over the last week since publicity on him ramped up he has altered some thumbnails and deleted hundreds of comments but many are still lingering and there. Screenshots have been taken.

2d   Like   Reply

**Pat Mineo**  Author  Admin  +1
Proof that his top viewed videos are on some of these vile websites:



2d   Like   Reply

**Izzy Fox**
He has some level of notoriety with the kids too. He reffed a match I coached last week and everyone wanted to be in a video. I looked at his content and understood what was going on right away. Shit is sickening.

2d   Like   Reply

> **Jason S. Matta**  Top Contributor
> **Izzy Fox** all the kids see is that gets millions of views on his videos amd think this guy is going to get them famous or something
>
> 1d   Like   Reply
>
> Reply to Izzy Fox...

**Deanne Moore**  Top Contributor
Really repulsed that people are tipping him money on the YouTube videos.

2d   Like   Reply

**Lar Bellows**  Top Contributor
I appreciate this post Mineo. Protecting the innocent and the sport is king.

2d   Like   Reply   👍 2

**Pat Mineo**  Author  Admin  +1
His videos appearing on these websites, wow:

Mason Jones (G) of Senator Wrestling vs. Caleb Oliver (R) ...

Mason Jones (G) of Senator Wrestling vs. Caleb Oliver (R) ...

2d   Like   Reply   😡😲 3

**Pat Mineo**  Author  Admin  +1
More digging:

YouTube · Gay Wrestling classes
119.1K+ views · 1 year ago
**Boners!!!!!**
Boners!!!!! 119K views · 1 year ago ...more. Gay Wrestling classes. 2.6K ... Midwest Wrestle 1.3M views · 48:05. Go to channel · 24 Oras Express ...

2d   Like   Reply   😲 3

**Pat Mineo**  Author  Admin  +1
He is uploading them in evil places!

MyPornVid.fun

😲 3

2d    Like    Reply

**Pat Mineo**  Author  Admin  +1
He is uploading them in evil places!



👍

2d    Like    Reply

**Tammy Rizzolo- Danise**
Pat Mineo this guy is definitely a creep!! WTH!! If I was a parent of any of the kids in these videos I would be losing it 😡

2d    Like    Reply    👍

**Deanne Moore**  Top Contributor
Tammy Rizzolo- Danise I'm losing it, 2 of my kids are in his videos! People on here saying "well, it happens, pervs are everywhere"... but by an official??!!? They allow this guy to sit next to the mat and zoom genitals and accept tips??? WTH

1d    Like    Reply    😲👍 3

**Tammy Rizzolo- Danise**
Deanne Moore I don't blame you ! He needs to be banned from any children's sporting events!! And that would just be to start. So much more needs to be done. I am sorry that you have to go through seeing your kids in this nut jobs videos. Hopefully he h... See more

1d    Like    Reply    👍 2

Reply to Tammy Rizzolo- Danise...    💬 🙂 📷 GIF 🎭

**Brent Rose**  Top Contributor
Pat Mineo wtf, man...

1d    Like    Reply

Reply to Pat Mineo...    💬 🙂 📷 GIF 🎭

**Brian Cunningham**
✅ Joey Blata when you get a chance read through this and let me know your thoughts.

2d    Like    Reply

**Scott Birth**
My daughter's YouTube is TeamSassyWrestling. She has 1,500 subscribers. Her top video has 181,000 views. Is there somewhere I need to go to make sure her videos aren't on some porn site? I've always wondered how this guy has so many subscribers and views. Thanks

2d    Like    Reply    Edited    👍 2

**Jake Cole**  Top Contributor
Also how does someone with 700 followers on twitter get over 2 million views on his videos

2d    Like    Reply    👍

**Shannon Stanley**
I'd be more than happy to play a crucial role in the disappearance of this man. Please lmk if anyone plans to take action.

2d    Like    Reply    👍

**Patrick Gebhard**
Videos with millions of views and many are not huge name wrestlers. Hundreds of comments from people saying they've never watched wrestling. So many comments on their physiques, singlets, appearance, etc. This is so gross! Get this guy out of the sport... See more

2d    Like    Reply    Edited    👍 3

**Pat Mineo**  Author  Admin  +1
A school teacher? UNREAL.

👍 3

2d   Like   Reply   Edited

**Pat Mineo** Author Admin +1
A school teacher? UNREAL.

2d   Like   Reply

👍😡 3

**Pat Mineo** Author Admin +1
After seeing everything, this doesn't sit right...



2d   Like   Reply   Edited

😮😡 4

**Zac Daniels Gustafson**
I've watched some of his super32 videos. Never got that vibe from them. Doesn't clash of combat podcast mention him and his camera he uses to shoot. Thumbnails for clicks is creepy.

2d   Like   Reply

    **Jamil X Shhmart**
    Zac Daniels Gustafson no reason bo Bassett and other high profile college
    athletes matches get thosands of views and some random48kg girls match
    gets MILLIONS
    Something is up for sure

    👍 2

    1d   Like   Reply

      **Zac Daniels Gustafson**
      Jamil X Shhmart ya view counts are insane on all of his videos.

      1d   Like   Reply

      Reply to Jamil X Shhmart...    💬 🙂 📷 GIF 🎨

    y to Zac Daniels Gustafson...    💬 🙂 📷 GIF 🎨

**Alex Yntriago** Top Contributor
Pat Mineo
This video could be presumed weirdo but it would depend on who watched it. ... See
more

2d   Like   Reply

👍

    **Pat Mineo** Author Admin +1
    Alex Yntriago ummm and considering he's posting them in chat rooms and
    porn sites ? Yeah ...

    

    2d   Like   Reply

    👍

    **Alex Yntriago** Top Contributor
    Damn this is just so sick

    1d   Like   Reply

    Reply to Alex Yntriago...    💬 🙂 📷 GIF 🎨

**Shane Hackett** Top Contributor
This is disgusting. I have four kids that wrestled and none made this pedos cut.

### The Wrestling Room

**Shane Hackett** Top Contributor
This is disgusting. I have four kids that wrestled and none made this pedos cut.
Seriously though, he's done now. Why didn't Willie's comments gain traction?

2d Like Reply Edited

**Pat Mineo** Author Admin +1

> **MatScouts** ✓
> @MatScouts1
>
> Both Cam Kramer (Iowa) and Nima Gharavi
> (Illinois / Midwest Wrestle) were kicked out of
> Midlands yesterday.
>
> ⬤ Christian Pyles ✓ @CPyles8 · 2d
> Huge problem.
>
> We (Flo) turned in the one in Iowa, raised it with
> NWMA, he was let go by the wrestling media group
> who employed him.
>
> 2:05 PM · 12/30/23 from Earth · 121K Views

2d Like Reply                                    👍😮 2

> **Alex Yntriago** Top Contributor
> Pat Mineo what damn I think they are invading or lil universe
>
> 2d Like Reply

Reply to Pat Mineo...

**Pat Mineo** Author Admin +1
WTF

> ▶ YouTube · Muscle
> 126.3K+ views · 5 years ago
>
> **Huge Bulge And Hot Wrestlers**
>
> Huge Bulge And Hot Wrestlers. 126K views · 5 years ago
> ...more. M▪scle. 391 ... Vance Williams (R) of Woodstock
> Marian IL. Midwest Wrestle 1.3M ...

2d Like Reply                                    😡 2

**Jake Scholten**
What a total goof ball

1d Like Reply

**Kendra Jackson Helms**
Cheryl Sinyard Baynard did you see this?

1d Like Reply

> ⭐ **Cheryl Sinyard Baynard**
> Kendra Jackson Helms first I've heard of it.
>
> 1d Like Reply
>
>> **Kendra Jackson Helms**
>> Cheryl Sinyard Baynard you've always been great at looking at situations
>> objectively and forming a good opinion of it. While Brayden is no longer
>> wrestling this is sickening if it is what it appears to be
>>
>> 1d Like Reply
>
>> ⭐ **Cheryl Sinyard Baynard**
>> Kendra Jackson Helms it actually happens a lot in our sport. Be vigilant,
>> if you see something, say something.
>>
>> 1d Like Reply
>
> Reply to Cheryl Sinyard Baynard...
>
> ...ly to Kendra Jackson Helms...

**Kendra Jackson Helms**
Has anyone reported him to the Illinois High School Athletic Association or to Safe
Sport?

1d Like Reply

**Wendy R Manos-Debnar**
Wendy R Manos-Debnar
. Again its your interpretation which have a slanderous tone. You do not know me or
you would know that I am A CHILD ADVOCATE. With the knowledge and
background Im telling you that it is people like yourself that are the reason pre... See
more

1d Like Reply

**Audrey Gottschalk**
Joshua Swafford, help spread the word?

1d Like Reply

1d  Like  Reply

**Audrey Gottschalk**
**Joshua Swafford**, help spread the word?

1d  Like  Reply

**Rowan Stander**
This is the guy



1d  Like  Reply                                    👍 2

**Wendy R Manos-Debnar**
**Pat Mineo**, there is a person here in Southwestern Pa who has been arrested and charged but because the children were so traumatized (understandably) and couldn't testify, and the fact he had a great sleazy lawyer, all charges were dropped. Which means... See more

1d  Like  Reply                                    😮

**Grant Aaberg**
I've been waiting for someone to call this creep out.

1d  Like  Reply                                    👍

**Marie Akerson**
Protect your kids from these idiot predators. I'm thinking of buying these or at a minimum some compression shorts. No one needs to see what some of these thin or white singlets show. Especially these perverts peddling videos to these sites.
https://... See more

> **SHOP.TRI-TITANS.COM**                          ⓘ
> Tri-Titans Shield Briefs Wrestling Underwear - V1

1d  Like  Reply

**Pat Mineo**  Author  Admin  +1
The FBI will be handling this matter moving forward.

1d  Like  Reply                          👍❤️😮 17

    **Kendra Jackson Helms**
    **Pat Mineo** oh and look at this!! He's scared as he should be

    

    1d  Like  Reply                         😮

    ↳ View 1 reply

    **Jennifer Ritacco** 🤚
    **Pat Mineo** he has only made his personal Instagram private. I can still see everything on Midwest wrestle pages.

    1d  Like  Reply

        **Pat Mineo**  Author  Admin  +1
        **Jennifer Ritacco** trying to protect his identity wow

        1d  Like  Reply

        Reply to Jennifer Ritacco...          💬 🙂 📷 GIF 🗯️

    **Molly Grabowski**
    **Pat Mineo** right on

    19h  Like  Reply

**The Wrestling Room**

**Wendy R Manos-Debnar**
Pat Mineo, there is a person here in Southwestern Pa who has been arrested and charged but because the children were so traumatized (understandably) and couldn't testify, and the fact he had a great sleazy lawyer, all charges were dropped. Which means... **See more**

1d   Like   Reply

**Grant Aaberg**
I've been waiting for someone to call this creep out.

1d   Like   Reply

**Marie Akerson**
Protect your kids from these idiot predators. I'm thinking of buying these or at a minimum some compression shorts. No one needs to see what some of these thin or white singlets show. Especially these perverts peddling videos to these sites.

https://... **See more**

---
SHOP.TRI-TITANS.COM
Tri-Titans Shield Briefs Wrestling Underwear - V1
---

1d   Like   Reply

**Pat Mineo**   Author   Admin   +1
The FBI will be handling this matter moving forward.

1d   Like   Reply                                               17

> **Kendra Jackson Helms**
> Pat Mineo oh and look at this!! He's scared as he should be
>
> 1d   Like   Reply
> ↳ View 1 reply

> **Jennifer Ritacco** 🤚
> Pat Mineo he has only made his personal Instagram private. I can still see everything on Midwest wrestle pages.
>
> 1d   Like   Reply
>
> > **Pat Mineo**   Author   Admin   +1
> > Jennifer Ritacco trying to protect his identity wow
> >
> > 1d   Like   Reply
> > Reply to Jennifer Ritacco...

> **Molly Grabowski**
> Pat Mineo right on
>
> 19h   Like   Reply
> Reply to Pat Mineo...

**Matthew Bahnsen**
Time to ventilate this piece of shit 🔫

1d   Like   Reply

**Tyler Sandusky**
Sheena Collins I've seen branson on here a few times

1d   Like   Reply

**Leah Wilhite**
Kim Cullen Price

21h   Like   Reply

**Alex Yntriago**   Top Contributor
Thank you for your protecting our kids and sport... no pedos in wrestling!!!

19h   Like   Reply

Write an answer...

Case 1:24-cv-00353 Document 4 23-10 Filed: 04/10/24 Page 36 of 36 PageID #: 627

# The Wrestling Room

🔒 Private group · 44.0K members



**Discussion**    Featured    Members    Media    Files

---

Kel Dill commented on this photo.

 **Purler Wrestling**
Top Contributor · January 1 at 10:52 AM · 🌐                    ···



**7:51** 🔴                          .ıll LTE

< **Midwest Wrestle**          📺  🔍  ⋮

## MIDWEST WRESTLE

**Midwest Wrestle** ✓
@MidwestWrestle
132K subscribers · 1.6K videos

American Folkstyle Wrestling  >

instagram.com/midwestwrestle and 2 more links

**Subscribe**

Home    **Videos**    Shorts    Live    Playlists

Latest    **Popular**    Oldest


**117 – Ethan Olson {G}** ⋮
**of Illinois CornStars vs.**
**Maddox McArthur {R}...**
4.6M views · 2 years ago
4:36

1 comment

👍 Like          💬 Comment          ⋈ Send

Top comments ⌄

Write a comment...                    😊 📷 GIF