# EXHIBIT K

PageVault

| | |
|---|---|
| Document title: | Jess Blogs on X: "Can the wrestling community get together and do something about this friggin creep @Midwest_Wrestle ?! @NCAAWrestling STOP using a pedophiles content.. STOP allowing the guy to officiate matches where he can physically touch these kids! It's a no brainer. Has to stop. https://t.co/1YT2S6Zr7W" / X |
| Capture URL: | https://twitter.com/JesssBlogs/status/1741520755207078173 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:31:17 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:31:32 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | shBoXMPKrmvdpAMeupWsA1 |
| User: | smb-ndombrowski |

PDF REFERENCE #: 4gPGQGZzeTJRM8WR3qd

EXHIBIT K

𝕏

Settings

← **Post**

**Jess Blogs** @JesssBlogs ···

Can the wrestling community get together and do something about this friggin creep @Midwest_Wrestle ?! @NCAAWrestling STOP using a pedophiles content.. STOP allowing the guy to officiate matches where he can physically touch these kids! It's a no brainer. Has to stop.

6:04 PM · Dec 31, 2023 from Madison, OH · **1,950** Views

**2** Reposts **13** Likes **1** Bookmark

1

**New to X?**
Sign up now to get your own personalized timeline!

Sign up with Google

**Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Jess Blogs** @JesssBlogs **Follow**

Photographer & Web Dev for Drew Blogs Media. Lover of Wrestling, Jiu Jitsu, muscle cars, napping and tacos 🌮. Insta: @jesssblogs Venmo:@jessblogs

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up



