# EXHIBIT L

**PageVault**

| | |
|---|---|
| Document title: | Absolutely Disgusting Stuff from @midwestwrestle \| Instagram |
| Capture URL: | https://www.instagram.com/p/C1kwKH5vffE/ |
| Page loaded at (UTC): | Wed, 21 Feb 2024 16:00:08 GMT |
| Capture timestamp (UTC): | Wed, 21 Feb 2024 16:01:06 GMT |
| Capture tool: | 10.43.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 2 |
| Capture ID: | 5H1nVwjAW9FA6nYUofZhD6 |
| User: | smb-ndombrowski |

PDF REFERENCE #: f4FRWAQnChLYeuSZUH...

**EXHIBIT L**





Instagram Log In Sign Up

skramblewrestling • Follow

**skramblewrestling** Absolutely Disgusting Stuff from @midwestwrestle
7w

**thetrashgarbage** This is just so beyond disgustful and mind boggles me
7w 1 like Reply

**wrestlerstrongtoday** Reported
7w Reply

**samuelwilcox7** Absolutely disguesting.
7w 2 likes Reply

**ninja151** We firing up the woodchipper or what?
7w 4 likes Reply

558 likes
January 1

Log in to like or comment.

More posts from **skramblewrestling**

**Log into Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in
Sign Up

Document title: Absolutely Disgusting Stuff from @midwestwrestle | Instagram
Capture URL: https://www.instagram.com/p/C1kwKH5vffE/
Capture timestamp (UTC): Wed, 21 Feb 2024 16:01:06 GMT

| | |
|---|---|
| Document title: | ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ | Instagram |
| Capture URL: | https://www.instagram.com/p/C1f29g6MfZp/ |
| Page loaded at (UTC): | Wed, 21 Feb 2024 16:01:20 GMT |
| Capture timestamp (UTC): | Wed, 21 Feb 2024 16:01:50 GMT |
| Capture tool: | 10.43.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 2 |
| Capture ID: | gpZxDA6QH8xq5t3924iFRJ |
| User: | smb-ndombrowski |

PDF REFERENCE #: op46RkecjvLTWwfzNL18az





Instagram Log In Sign Up

skramblewrestling • Follow

skramblewrestling 👀👀👀👀👀👀👀👀
7w

sarfrazwears 🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥🔥
7w Reply

john_from_japan Too fast to read
7w 3 likes Reply

View replies (2)

levi_miller__ I can't tell wtf is happening
7w 11 likes Reply

animaloefoif What happened?

287 likes
December 31, 2023

Log in to like or comment.

More posts from skramblewrestling

Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.
Log in
Sign Up

Case: 1:24-cv-01969 Document #: 20-12 Filed: 04/10/24 Page 6 of 6 PageID #:637


