BC

FILED
4/11/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VKM

**Patrick Mineo**

1343 Adams St

Northampton, PA

484-862-7732

PatrickMineo22@gmail.com

# CASE NUMBER: 1:24-CV-1969

## United States District Court of Illinois

---

Dear Honorable Judge Seeger,

Please be advised that I am a defendant in the above civil matter, case 1:24-CV-1969. I am respectfully requesting a 30-day extension of the time to answer or otherwise plead pursuant to while I seek to secure local counsel.

Respectfully submitted,

*Patrick Joseph Mineo*