**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, and RIGHT CALL OFFICIALS, INC., | |
| *Plaintiffs*, | |
| | **Case No.** 1:24-cv-1969 |
| v. | |
| FLOSPORTS, INC., CHRISTIAN PYLES, JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, ALLYSON SCHWAB, PATRICK MINEO, JON KOZAK, SKRAMBLE WRESTLING GEAR LLC, , STEPHEN KOLANKOWSKI, and JOHN DOES 1-25. | **Judge:** Honorable Steven C. Seeger |
| | **Magistrate Judge:** Honorable Beth W. Jantz |
| *Defendants*. | |

## PLAINTIFFS' MOTION FOR ENTRY OF
## DEFAULT AGAINST DEFENDANT JESSICA PRESLEY

Plaintiffs, NIMA GHARAVI ("Gharavi") and RIGHT CALL OFFICIALS, INC. ("Right Call Officials, Inc.") (collectively, "Plaintiffs"), by counsel, SWANSON, MARTIN & BELL, LLP, hereby request this Court enter judgment by default pursuant to Fed. R. Civ. P. 55(a) against Defendant, JESSICA PRESLEY, ("Ms. Presley"). In support of its request, Plaintiffs state as follows:

1. On March 8, 2024, Plaintiffs filed a complaint alleging claims of defamation, false light, intentional infliction of emotional distress, tortious interference with business relationships, and violation of the Illinois Civil Liability for Doxing Act against Ms. Presley. (*See* Dkt. 1).

2. On March 26, 2024, Plaintiffs served Ms. Presley through Judicial Attorney Services, Inc. process server at her home, located at 235 East Parkway Drive, Madison, Ohio

44057, with a summons in a civil action and a copy of the Complaint. (See Notice of Proof of Service, Dkt. 12).

3.      Federal Rule of Civil Procedure 55(a) states: When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default. Fed. R. Civ. P. 55(a).

4.      To date, Ms. Presley has not appeared and has failed to answer or otherwise plead in response to Plaintiffs' Complaint.

WHEREFORE, Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., respectfully request the Court enter a Default against Defendant, JESSICA PRESLEY, pursuant to Federal Rule of Civil Procedure 55(a), and for other just and proper relief.

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated:  July 3, 2024

By: */s/  Emily R.S. Mosnick*
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Emily R.S. Mosnick (ARDC #6339422)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
emosnick@smbtrials.com