**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC., a Texas corporation, CHRISTIAN PYLES, an individual, JESSICA PRESLEY, an individual, MATSCOUTS, LLC, a Pennsylvania corporation, WILLIE SAYLOR, an individual, ALLYSON SCHWAB, an individual, PATRICK MINEO, an individual, JON KOZAK, an individual, SKRAMBLE WRESTLING GEAR LLC, a New Jersey limited liability company, STEPHEN KOLANKOWSKI, an individual, and JOHN DOES 1-25.<br><br>Defendants. | Case No. 1:24-cv-1969 |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned counsel hereby certifies that on July 30, 2024, the Amended Complaint, Issued Alias Summons' and Dkt #43 Entered Order dated July 15, 2024, were served via U.S. Certified Mail and Regular U.S. Mail upon Defendants Stephen Kolankowski and Skramble Wrestling Gear LLC to their last known addresses below:

| | |
|---|---|
| **Skramble Wrestling Gear LLC**<br>42 Outwater Lane<br>Apt 1R<br>Garfield, NJ 07026 | **Stephen Kolankowski**<br>42 Outwater Lane<br>Apt 1R<br>Garfield, NJ 07026 |

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: July 30, 2024

By:*/s/ Nicole O'Toole Peterson*__________

Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Emily R.S. Mosnick (ARDC #6339422)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
emosnick@smbtrials.com