**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, and RIGHT CALL OFFICIALS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>FLOSPORTS, INC., CHRISTIAN PYLES, JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, ALLYSON SCHWAB, PATRICK MINEO, JON KOZAK, SKRAMBLE WRESTLING GEAR, LLC, STEPHEN KOLANKOWSKI, and JOHN DOES 1-25.<br><br>*Defendants*. | **Case No.** 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**PLAINTIFFS' MOTION FOR ENTRY OF**
**DEFAULT AGAINST DEFENDANT STEPHEN KOLANKOWSKI**

Plaintiffs, NIMA GHARAVI ("Gharavi") and RIGHT CALL OFFICIALS, INC. ("Right Call Officials, Inc.") (collectively, "Plaintiffs"), by counsel, SWANSON, MARTIN & BELL, LLP, hereby requests this Court enter judgment by default pursuant to Fed. R. Civ. P. 55(a) against Defendant, STEPHEN KOLANKOWSKI, ("Mr. Kolankowski"). In support of their request, Plaintiffs state as follows:

1. On March 8, 2024, Plaintiffs filed their complaint alleging claims of defamation, false light, intentional infliction of emotional distress, tortious interference with business relationships, and violation of the Illinois Civil Liability for Doxing Act against Mr. Kolankowski. (Dkt. 1).

2. Between March 22, 2024 and March 26, 2024, Plaintiffs made three (3) attempts to serve Mr. Kolankowski at Mr. Kolankowski's home address (42 Outwater Lane, Apt 1R, Garfield, NJ 07026) through Judicial Attorney Services, Inc. ("Judicial Attorney Services").

3. On April 10, 2024, Plaintiffs filed their amended complaint alleging the same claims against Mr. Kolankowski. (Dkt. 20).

4. In April 2024 Plaintiffs hired a second process server, J&K Investigative Services, Inc. ("J&K") to attempt to serve Mr. Kolankowski and between April 13 and April 20, 2024, Plaintiffs made four (4) additional attempts to serve Mr. Kolankowski at 42 Outwater Lane, Apt 1R, Garfield, New Jersey 07026 through J&K. (*See* Dkt. 36-1).

5. On April 26, 2024, Plaintiffs made an additional attempt to serve Mr. Kolankowski by having J&K attempt service at Mr. Kolankowski's place of employment, Clifton Elementary School Five (136 Valley Road, Clifton, New Jersey 07013). However, the school principal informed J&K that they do not allow for service of process of any faculty or staff of the school at any time and J&K was denied entry to the building. (*See* Dkt. 36-1).

6. Plaintiffs performed a skip trace and peoples record searches and all of the results list 42 Outwater Lane #1R, Garfield, New Jersey 07026 as Mr. Kolankowski's address.

7. Believing that Mr. Kolankowski is evading service, on July 3, 2024, Plaintiffs filed their motion for alternative service of process authorization on Mr. Kolankowski. (Dkt. 36).

8. On July 15, 2024, this Court granted Plaintiffs' motion for alternative service on Mr. Kolankowski and ordered Plaintiffs to send the complaint, summons, and order to Mr. Kolankowski's last known address by regular and certified mail, and to file a certificate of service on the docket. (Dkt. 43)

9. Plaintiffs subsequently sent Mr. Kolankowski copies of the amended complaint, summons, and order via U.S. certified and regular mail on July 30, 2024 and filed a certificate of service on the docket. (*See* Dkt. 49; *See also* Certified Mail Receipt, attached as **Exhibit 1**).

10. The United States Postal Office shows that the certified mail was never picked up (*See* USPS Tracking Results, attached as **Exhibit 2**). However, the regular U.S. mail was never returned to sender.

11. Federal Rule of Civil Procedure 55(a) states: When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default. Fed. R. Civ. P. 55(a).

12. To date, Mr. Kolankowski has not appeared and has failed to answer or otherwise plead in response to Plaintiffs' Amended Complaint.

WHEREFORE, Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., respectfully requests the Court enter a Default against Defendant, STEPHEN KOLANKOWSKI, pursuant to Federal Rule of Civil Procedure 55(a), and for other just and proper relief.

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: October 10, 2024

By: */s/ Nicole O'Toole Peterson*

Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com