# EXHIBIT 1

7021 1970 0001 4460 2565

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total P
$

Sent T

Street

City, St

Stephen Kolankowski
42 Outwater Lane
Apt 1R
Garfield, NJ 07026

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**EXHIBIT**
**1**