# EXHIBIT 2

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70211970000144602565

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Moving Through Network

**In Transit to Next Facility**

September 9, 2024

**Arrived at USPS Regional Facility**

SHREWSBURY MA DISTRIBUTION CENTER
September 5, 2024, 9:55 am

**Unclaimed/Being Returned to Sender**

GARFIELD, NJ 07026
August 23, 2024, 8:32 am

**Reminder to Schedule Redelivery of your item**

August 11, 2024

**Notice Left (No Authorized Recipient Available)**

GARFIELD, NJ 07026
August 6, 2024, 10:41 am

**Out for Delivery**

EXHIBIT
2

GARFIELD, NJ 07026
August 6, 2024, 8:49 am

**Arrived at Post Office**

GARFIELD, NJ 07026
August 6, 2024, 8:38 am

**Arrived at USPS Regional Facility**

KEARNY NJ DISTRIBUTION CENTER
August 5, 2024, 12:40 pm

**Arrived at USPS Regional Facility**

BEDFORD PARK IL DISTRIBUTION CENTER
August 3, 2024, 12:35 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**