**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Nima Gharavi, et al.
                              Plaintiff,

v.                                          Case No.: 1:24−cv−01969
                                                       Honorable Steven C. Seeger

Flosports, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2024:

       MINUTE entry before the Honorable Steven C. Seeger: On October 17, 2024, this Court noted that Defendants Willie Saylor and Matscouts, LLC answered the original complaint, but not the amended complaint. (Dckt. No. [57]) This Court set a deadline of October 25, 2024 for a response. They filed nothing. The responses to the amended complaint are late. The motions for entry of default (Dckt. No. [60], [61]) are hereby granted. The Court hereby enters default under Rule 55(a) against Defendants Willie Saylor and Matscouts, LLC. The Court directs Plaintiffs to serve a copy of this order by U.S. Mail and file a certificate of service. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.