**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, and RIGHT CALL OFFICIALS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> FLOSPORTS, INC., CHRISTIAN PYLES, JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, ALLYSON SCHWAB, PATRICK MINEO, JON KOZAK, SKRAMBLE WRESTLING GEAR LLC, , STEPHEN KOLANKOWSKI, and JOHN DOES 1-25. <br><br> *Defendants*. | **Case No.** 1:24-cv-1969 <br><br> **Judge:** <br> Honorable Steven C. Seeger <br><br> **Magistrate Judge:** <br> Honorable Beth W. Jantz |

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath, deposes and states that on November 7, 2024, she caused the Court's November 6, 2024 Order (Dkt #62) granting Plaintiffs Nima Gharavi and Right Call Officials, Inc.'s Motions for Default Judgment against Defendants MatScouts, LLC (Dkt. #60) and Willie Saylor (Dkt. #61) to be sent via regular U.S. Mail.

> */s/ Nicole O'Toole Peterson*
> Nicole O'Toole Peterson
> Swanson, Martin & Bell, LLP
> 330 N Wabash Ave, Suite 3300
> Chicago, IL 60611
> npeterson@smbtrials.com
>
> *One of the Attorneys for Plaintiffs*