UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Nima Gharavi, et al.
                      Plaintiff,

v.                                                Case No.: 1:24−cv−01969
                                                        Honorable Steven C. Seeger

Flosports, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 30, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion for leave to file a second amended complaint (Dckt. No. [66]) is hereby granted. Plaintiffs seek to add allegations against a new defendant. According to the motion, the allegations against the other defendants remain unchanged. If that's right, then the Court will treat the pending motions to dismiss as motions to dismiss the same counts under the second amended complaint. If that's wrong, then any party can file a motion. The motion to stay discovery (Dckt. No. [65]) is hereby granted. All discovery is stayed pending a ruling on the motions to dismiss. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.