BC

FILED 12/30/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

**Patrick Mineo**

1343 Adams St

Northampton, PA

484-862-7732

PatrickMineo22@gmail.com

# CASE NUMBER: 1:24-CV-1969

## United States District Court of Illinois

Dear Honorable Judge Seeger,

    Defendant Patrick Mineo hereby joins in the motion to stay discovery for all the reasons expressed in the brief submitted on behalf of the Flo defendants seeking such relief.

Respectfully submitted,

*Patrick J. Mineo, Pro Se Defendant*