**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br>FLOSPORTS, INC. *et al*.,<br><br>*Defendants.* | Case No. 1:24-cv-1969<br><br>Steven C. Seeger, U.S.D.J.<br><br>Beth W. Jantz, U.S.M.J. |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SKRAMBLE WRESLING GEAR, LLC WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiffs, Nima Gharavi and Right Call Officials, Inc. hereby gives notice of their voluntary dismissal of Defendant Skramble Wrestling Gear, LLC in this case without prejudice. Defendant Skramble Wrestling Gear, LLC has not answered or moved for summary judgment.

Respectfully Submitted,

Nima Gharavi and Right Calls Officials, Inc.

Dated: March 4, 2025 By: */s/ Nicole O'Toole Peterson*______________
One of Plaintiffs' attorneys

Jeffrey S. Becker (jbecker@smbtrials.com)
Nicole O. Peterson (npeterson@smbtrials.com)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100

*Attorneys for Plaintiffs*