## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nima Gharavi, et al.

                Plaintiff,

v.                              Case No.: 1:24−cv−01969
                              Honorable Steven C. Seeger

Jessica Presley, et al.

                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff Gharavi's motion for reconsideration of the order staying discovery (Dckt. No. [73]) is hereby denied as moot. Discovery is no longer stayed. In its order dated December 30, 2024 (Dckt. No. [68]), the Court stayed discovery until the resolution of the motions to dismiss. On March 14, 2025, this Court ruled on the motions to dismiss (Dckt. Nos. [80], [81], [82]). That ruling lifted the stay on discovery. Discovery was stayed for roughly two and a half months, from December 30, 2024 until March 14, 2025. So the Court will extend discovery by the same amount. The prior deadline for fact discovery was July 2, 2025 (Dckt. No. [51]). The Court resets the fact discovery deadline for September 30, 2025. Any motion to amend the complaint is due by May 23, 2025. Defendant Corsini's motion for an extension of time (Dckt. No. [84]) is granted. Defendant Corsini's answer is due by April 10, 2025. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.