**IN UNITED STATES DISTICT COURT**
**NORTHEN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NIMA GHARAVI, et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **24 CV 1969** |
| | ) | |
| v. | ) | |
| | ) | |
| **FLOSPORTS INC. et al** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOSEPH CORSINI'S MOTION TO DISMISS FOR**
**LACK OF PERSONAL JURISDICTION**

Defendant Joseph Corsini moves to dismiss the claims against him for lack of personal jurisdiction per FRCP 12(b)(2). In support Corsini states as follows:

1.      Corsini is a "citizen of the State of California" who posted on social media using the username "flyingcement" Second Amended Complaint, Par. 12.

2.      This motion is informed by the Court's rulings on similar motions brought by defendants Pyles, Kozak, Schwab and Mineo. Corsini will not revisit the underlying case law regarding jurisdiction. Instead, Corsini will use the Court's opinions and orders as a jumping off point for evaluating personal jurisdiction based upon Corsini's social media posts.

3.      The key distinction between the social media posts by Pyles, Kozak, and Schwab (no personal jurisdiction) and Mineo (personal jurisdiction) was Mineo's references to the Illinois High School Sports Association ("IHSA") and his suggestion that the IHSA take action to revoke Gharavi's referee license. As the Court said, Mineo's decision to tag the IHSA was the equivalent of sending an open letter to the IHSA, speaking directly to the IHSA, and encouraging the ISHA to act against Gharavi.

1

4. Corsini's social media posts, under the name "flyingcement," are contained in Exhibit M to Plaintiffs' Second Amended Complaint (Docs. #67-13 and #67-14).

5. The first post is on page 5 of Doc. 67-13 and reads:

*"Two wrestling 'photographers' one of whom is an active youth official, take pictures and videos of wrestlers which are suggestive in nature and marketed to similarly evil people."*

This post does not relate, in any way, to Illinois.

6. The second post is on page 6 of Doc. 67-13 and reads:

*"In the case of Flo, they are afraid of a lawsuit I guess? But Willie has named them above. Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle)"*

In this post, Corsini identifies Gharavi as a resident of Illinois, but does not encourage the IHSA, or any regulatory body in Illinois to take specific action.

7. The third post on page 8 of Doc. 67-13 and reads:

*"There was another thread in which idiots were saying you should never break the law under any circumstance. If the authorities are doing nothing about this and someone actually knows this to be true the right thing to do is to take it into your own hands."*

This post might be characterized as bombastic, but contains caveats e.g., "if the authorities are doing nothing about this" and "[if] someone actually knows this to be true" and advocates no specific course of action in Illinois or elsewhere.

8. The fourth post is on page 8 of Doc. 67-13 and reads:

*"We need practitioners of the law to focus on spirit of the law and use some human judgment. On the other hand, promotion of blind, letter-of-the-law rule following seems like something that would sow the seeds of anarchy. If the law can be proven to be more reasonable, anarchy is unnecessary."*

This post does not encourage or advocate any person to do anything specific, either in Illinois or elsewhere.

9.      The fifth post is on page 10 of Doc. 67-13 and reads:

*"The allegations are not that it is an outright porn site. But that it is a hotspot for those who are interested in seeing high level detail of such things, even if they don't know anything about the sport of wrestling itself. This has resulted in an unusually high number of views for these videos, several levels of magnitude higher than the comparable video which is not filmed in the same way."*

This post does not encourage or advocate any person to do anything specific, either in Illinois or elsewhere.

10.     The sixth post is on page 11 of Doc. 67-13 and reads:

*This is new to me - and I am just relaying the allegations from falling down the rabbit hole of posts on twitter since Allyson Schwab was brave enough to start the conversation. But I hadn't even considered the sounds aspect. I was thinking about the singlet aspect. I am admittedly naive, but I do have two people very close to me whose lives were destroyed by sexual predators and my heart has always been lit with a vengeful fire since knowing*

This post does not encourage or advocate any person to do anything specific, either in Illinois or elsewhere.

11.     The seventh post is on page 15 of Doc. 67-13 and reads:

*Re: shorts and shirts, I have young kids and both have been given shorts and tshirt (nice asics ones) which are their uniform. no singlets. I am relieved.*

This post does not encourage or advocate any person to do anything specific, either in Illinois or elsewhere.

12.     The eighth post is on page 16 of Doc. 67-13 and reads:

*"Thanks - I was thinking that myself but after a couple of recent conversations here on the board, it seems many folks only know how to be tough on the mat. Whether an old fashioned beating, or some other creative way of screwing these guys over. It's just not right. Let's stand up for ourselves and our kids."*

This is a bombastic post that mentions "these guys" but does not refer specifically to Plaintiff and does not advocate any specific action in Illinois or elsewhere.

3

13.     The ninth post is on page 16 of Doc. 67-13 and reads:

*"same with me brother. I don't get it."*

This post does not encourage or advocate any person to do anything specific, either in

Illinois or elsewhere.

14.     The tenth post is on page 16 of Doc. 67-14 and reads:

*"The thumbnails he chose just all happened to accentuate the private areas of children? To defend the guy is despicable. You should be ashamed of yourself."*

This post does not encourage or advocate any person to do anything specific, either in

Illinois or elsewhere.

`        15.     The eleventh post is on page 18 of Doc. 67-14 and reads:

*"They are very different! He has been scrubbing his sites for the last couple days in light of more public knowledge of his wrongdoings. And you are 100% wrong - you can definitely choose the thumbnails.*

This post does not encourage or advocate any person to do anything specific, either in

Illinois or elsewhere.

16.     The twelfth post is on page 18 of Doc. 67-14 and reads:

*So @commonsense2400registers an account, immediately posts only in this thread, defending a recently accused person of wrongdoing? and they're doing so with boldfaced lies? Seems like a good zoo candidate if there ever was one.*

This post does not encourage or advocate any person to do anything specific, either in

Illinois or elsewhere.

17.     The thirteenth post is on page 22 of Doc. 67-14 and reads:

*You ignored all the evidence, stated lies, and continue to defend a person who endangers children for money. You should be investigated yourself.*

This post does not encourage or advocate any person to do anything specific, either in

Illinois or elsewhere.

18.     The fourteenth post is on page 23 of Doc. 67-14 and reads:

*You have been reported for aiding and abetting a pedophile.*

This post does not encourage or advocate any person to do anything specific, either in Illinois or elsewhere.

19.     The fifteenth post is on page 26 of Doc. 67-14 and reads:

*@PMineo22 while we have you, would you mind sharing some more details on the FBI situation? Are they investigating just midwest wrestle? or Cam Kramer too?*

This post does not encourage or advocate any person to do anything specific, either in Illinois or elsewhere.

20.     The sixteenth, and final, post is on page 28 of Doc. 67-14 and reads:

*"Gentleman or scumbag? Edit: not tryna be a jerk to you but want to make sure we don't give    too    much credit to pieces of shit"*

This post does not encourage or advocate any person to do anything specific, either in Illinois or elsewhere.


In sum, whether taken individually or examined as a whole, Corsini's posts, unlike Mineo's posts, do not suggest that the IHSA, or any other regulatory body, take any action against Gharavi. The posts do not tailor comments to an Illinois audience and do not specifically encourage anyone in Illinois to take any action.  For these reasons, the Court has no personal jurisdiction over Corsini.


                                        JOSEPH CORSINI

                                        /s/ Adam Kingsley
                                        By: Adam Kingsley, his attorney

Adam Kingsley
Kingsley Law Group
2212 W. Eastwood Ave.
Chicago, IL 60625
773-218-7208
adam@kingsleylawgroup.com