# Exhibit B

# PageVault

| | |
|---|---|
| Document title: | MatScouts on X: "Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday." / X |
| Capture URL: | https://twitter.com/MatScouts1/status/1741173880675508389 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:10:45 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:11:10 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 3MKfDcwmGkZryHY35H655W |
| User: | smb-ndombrowski |

PDF REFERENCE #: 4YgBugJJtf5fgZeCgrma

EXHIBIT B



PageVault

| | |
|---|---|
| Document title: | MatScouts on X: "@Jagger712 @Midwest_Wrestle Jagger is the hero we need." / X |
| Capture URL: | https://twitter.com/MatScouts1/status/1741200181541192185 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:11:42 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:11:56 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | wUBcq7QHgiNAvSCkNvBzkb |
| User: | smb-ndombrowski |

PDF REFERENCE #: wSYYuPLM1p6VDRF1QAdAcP

