# Exhibit

# C

🔒 **Page Vault**

| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "Parents, coaches, tournament directors, etc… Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their…" / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1742573812518908149 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:05:34 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:05:55 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | rr61h3pcZDsH5Q6RvnKtZv |
| User: | smb-ndombrowski |

PDF REFERENCE #:          4k8a9SnWnG4skwLUgpN

**EXHIBIT C**



Post

X

⚙ Settings

**The Wrestling Room (Pat Mineo)** ✓
@MrPatMineo

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. Be aware of potential "grooming"...

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

3:49 PM · Jan 3, 2024 from Pennsylvania, USA · **36.5K** Views

**10** Reposts  **2** Quotes  **152** Likes  **4** Bookmarks

🗨    ⟲    ♡    🔖 4    ⬆

Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**The Wrestling Ro...** ✓        Follow
@MrPatMineo
The Friendly Founder of #TheWrestlingRoom 🇺🇸🤼 (you can join 35K others chatting on our forum below)

Trends are unavailable.

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up



| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in millions of views… There's serious red flags. He has to be banished from the sport! Sickening." / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741646258308042824 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:06:22 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:06:40 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | rnpn5Nzkg5EBqjNfiScSFf |
| User: | smb-ndombrowski |



Document title: The Wrestling Room (Pat Mineo) on X: "&quot;@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in…
Capture URL: https://twitter.com/MrPatMineo/status/1741646258308042824
Capture timestamp (UTC): Thu, 04 Jan 2024 20:06:40 GMT



| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "Yeah…. @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of wrestling and any tournament, practice room, school and children in general. You know what you are doing and the fact that you are allegedly a certified referee in Iowa is scary…." / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741642778705088941 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:08:19 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:08:54 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 69s3ufuPsQXACtZ2xMTrZe |
| User: | smb-ndombrowski |

PDF REFERENCE #:        12Kr3Zbb8YNhk41LLtusQf



 Settings

Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

The Wrestling Room (Pat Mineo) ✓
@MrPatMineo

···

Yeah…. @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of wrestling and any tournament, practice room, school and children in general. You know what you are doing and the fact that you are allegedly a certified referee in Iowa is scary. You need to be investigated by authorities… ASAP!

Michael Boyd @MichaelBoyd174 · Jan 1
Kyle Dake vs David Taylor has 653k views. Look at the millions of views on these matches and then look at the thumbnails.

This is not okay and something should be done about this. He's got an Iowa high school state association patch on his reffing uniform. …
Show more

Kyle Dake vs. David Taylor: 2013 NCAA title match at 165 pounds
653k views 3 yrs ago …more

NCAA Championships  358K  Subscribe

👍 5.8K  👎   ↷ Share  ⬇ Download  ✂ Clip

Comments 315
I feel like Kyle Dake being a 4 times NCAA champion at 4 different weights is the most over looked accomplis...

▮▮ 0:11

2:09 AM · Jan 1, 2024 from Pennsylvania, USA · 214K Views

24 Reposts   3 Quotes   221 Likes   23 Bookmarks

💬   ↻   ♡   🔖 23   ⬆

Relevant people

The Wrestling Ro… ✓
@MrPatMineo
Follow
The Friendly Founder of #TheWrestlingRoom 🇺🇸🙌 (you can join 35K others chatting on our forum below)

Michael Boyd
@MichaelBoyd174
Follow
In relentless pursuit of my best self.

Trends are unavailable.

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More ···
© 2024 X Corp.

Don't miss what's happening
People on X are the first to know.

Log in   Sign up

Document title: The Wrestling Room (Pat Mineo) on X: &quot;Yeah…. @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of…
Capture URL: https://twitter.com/MrPatMineo/status/1741642778705088941
Capture timestamp (UTC): Thu, 04 Jan 2024 20:08:54 GMT

| Document title: | The Wrestling Room (Pat Mineo) on X: "He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil…" / X |
| --- | --- |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741643106355748872 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:09:22 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:09:41 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | inh5fiaKkj8MsFc2bYK2Db |
| User: | smb-ndombrowski |

PDF REFERENCE #:     hqRYUHmXmpYyz8nhSzFTpG





| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in millions of views… There's serious red flags. He has to be banished from the sport! Sickening." / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741646258308042824 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:03:41 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:04:40 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | xgc9HLuTbrYyQCFCYsSCnw |
| User: | smb-ndombrowski |

PDF REFERENCE #:        kbTiieejw5ZXLeuR8TdtXE



Document title: The Wrestling Room (Pat Mineo) on X: &quot;@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in…
Capture URL: https://twitter.com/MrPatMineo/status/1741646258308042824
Capture timestamp (UTC): Thu, 04 Jan 2024 21:04:40 GMT

Page Vault

| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil…" / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741643106355748872 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:31:54 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:32:08 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | fRhRShmGPpqJJV2ctKu5rJ |
| User: | smb-ndombrowski |





# The Wrestling Room

🔒 Private group · 44.0K members

**Discussion**   Featured   Members   Media   Files

**Pat Mineo**
Admin  Top Contributor · 4h · 😊

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. It is so important! Be aware of potential "grooming"... See the signs!

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

👍🤗 63                                                    4 comments

👍 Like          ⭕ Comment          ▽ Send

All comments ▼

**Tristan Jones** Top Contributor
Unfortunately this is a needed post. So many predators out there. Predators use the trusting nature of most people against them and their children. Speak to your children. Educate them on the dangers that exist. Let your children know they can talk... See more
4h  Like  Reply                                    👍 3

**Jennifer Ritacco** 🖐
Pat Mineo I'm glad you pointed out the excitement factor...the excitement of feeling like your kid was "noticed" for his/her wrestling ability and a media person with millions of views wants to post your kid. I get it...it feels good to feel noticed, but ...
See more
3h  Like  Reply                                    👍 4

**Michael Skrzenski** Top Contributor
Great post, Pat.
2h  Like  Reply                                    👍 2

Write a comment...                          💬 ☺ 📷 GIF 🎃





Deanne Moore oh then he is smart lol

2d    Like    Reply

Reply to Alex Yntriago...

Reply to Deanne Moore...

**Alex Jones**    Top Contributor
I have seen them now posting on wrestling team Facebook pages. They find them as the Facebook page is posting pictures of kids and they accept all these unknown people. Teams should make their pages private only. They are taking the photos and spreading them.

2d    Like    Reply    Edited

**Shawn Ritter**    Top Contributor
How the hell have we got to this point in our world? What the fuck went wrong! I can't even believe this is a thing. How does this attract people?!?! I hope everyone that is involved with this or something similar, (well I guess I should not say what ...
See more

1d    Like    Reply

**Andy Siegal**
✅ Deerfield Wrestling Nation I saw a cpl of DHS guys in there. Not sure you know their photos are in there.

1d    Like    Reply

**Bryce Kammerzell**
Brandon Kammerzell Tony Mustari check this out. Wtf

1d    Like    Reply

**Zak Faulkner**
Erin Alford McArthur Jim McArthur I see your boys name in the pic. Not sure if you are aware.

1d    Like    Reply

**Bobby Falvo**
What's a sick fuck

1d    Like    Reply

**Wendi Priest Keller**
We are pointing this out.... BUT.... There is a woman that travels around taking copious photos and videos of boys on and off the mat that have NO ASSOCIATION to her nor does she even have any children at all and NOT ONCE is anyone acknowledging that she i... See more

1d    Like    Reply

**Eli Randall**    Top Contributor
Wendi Priest Keller i don't know who she is...

1d    Like    Reply

**Emman Sarwari**
Wendi Priest Keller names are important, these people should be pointed out

1d    Like    Reply

**Khalil Shakur**
Wendi Priest Keller what is her name?

1d    Like    Reply

Reply to Wendi Priest Keller...

**Jeremy Mitchell**
I'm sure it's already been pointed out to ✅ Shawn Dover and **Katrina Worthington-Dover** that Kara is in the second most popular video on their site. Not sure what that means but here you go.

1d    Like    Reply

**Kim Cullen Price**
Jeremy Mitchell well, if you find the video on his you tube page and then Google the title of it, you will most likely find other sites the video has been uploaded to(unfortunately). I did that on a few of them and some porn sites had them uploaded there. Sick.

16h    Like    Reply

↳ View 1 reply

Reply to Jeremy Mitchell...

a comment...



**The Wrestling Room**

🔒 Private group · 44.0K members

Discussion | Featured | Members | Media | Files

**Pat Mineo** · Admin · Top Contributor · January 1 at 10:24 AM · 🌐

Wrestling community:

If you have children in the sport- especially in the Midwest area- go to @Midwest_Wrestle's YouTube channel and search their name. If there are any video's of them, try to get them removed from this sick person's channel ASAP... Contact everyone.

There is something very wicked at work... The provocative thumbnails, the suggestive angles, the ultra HD camera w/ subtle zooms + the millions of views (on a schoolboy level match?) and sickening comments included. These videos are def being pedaled somewhere, something is very off- we have to take action. This is a very serious matter at hand!

The ✓ IHSA must also look into revoking this person's referee license. He cannot be allowed in a gym...on a mat...next to these kids. No more, it ends in 2024.

YOUTUBE.COM
**Midwest Wrestle - YouTube**
American Folkstyle Wrestling

👍😡😂 Ryan Gream and 99 others          148 comments

👍 Like          💬 Comment          ▷ Send

All comments ▾

**Michael Boyd** · Top Contributor
Everyone do your part and go report a video of his!
2d   Like   Reply                    👍 4

**Michael Boyd** · Top Contributor
It's been alleged (via social media site X/twitter) his videos are linked in kid sites and chat rooms. I have no proof. But it would makes sense how a girl's middle school match gets almost 3 million views
2d   Like   Reply                    👍😮😂 6

**Michael Boyd** · Top Contributor
This has now been proven and I have the proof to support the claim.
Go get him!
2d   Like   Reply                    👍 2

Reply to Michael Boyd...                    💬 😊 📷 GIF 🎁

**Pat Mineo** · Author · Admin · +1
His most popular videos are luring other sick people, all it takes is one look and 30 seconds of watching to understand what's going on and how views are through roof...

I have never seen wrestling matches recorded in this manner.





**The Wrestling Room**

**Wendy R Manos-Debnar**
**Lockner** you can not convict a person with no proof. You can't sentence a person before they have even been arrested. What proof has been provided. There is this thing called double jeopardy. No one wants these people in any way around at any time. ... See more

1d   Like   Reply

**Wendy R Manos-Debnar**
**Deanne Moore** there is nothing you can do, you sign your kids up. Ultimately YOU are responsible for

1d   Like   Reply

**Lockner** Top Contributor
**Wendy R Manos-Debnar** sheeesh- do you intend to sound like you want all of us to back off? Because that's what you sound like.

I assure you that plenty of dads disagree that 'nothing can be done'. lol.

1d   Like   Reply

**Deanne Moore** Top Contributor
**Wendy R Manos-Debnar** my kids are in college, I didn't sign them up. What an asinine response.

1d   Like   Reply

**Wendy R Manos-Debnar**
**Lockner** that is because of your misconstrued interpretation that is completely baseless. Having been through this and the legal system im telling you truth, painful as it is. As you seem to ignore, he has been reported numerous times....

1d   Like   Reply

**Wendy R Manos-Debnar**
**Deanne Moore** that is what the police told me. DO me a favor, if you want to slam me, please read EVERYTHING i posted not what personally offended you. By the way, college makes them adults....which for the original post means that this doesnt apply t... See more

1d   Like   Reply   Edited

**Lockner** Top Contributor
**Wendy R Manos-Debnar** lol you really come across like you're on the wrong team- but I think you just have a terrible personality. ✌️

1d   Like   Reply

**Wendy R Manos-Debnar**
**Lockner** nope just a mother who went through this with no justice who tried to explain this to other parents. I understand that because it is such a horrible topic that anything other than a person saying this person should be eliminated makes it seem ... See more

1d   Like   Reply

**Lockner** Top Contributor
**Wendy R Manos-Debnar** sorry to hear that- legally... maybe you're right.. but he can be exposed. Shunned. 'Runned-off'. And- dare I repeat- be dealt some fatherly street justice. For you and everyone else.

Casey Anthony- she got away with it but her... See more

1d   Like   Reply

**Wendy R Manos-Debnar**
**Lockner** I will be right along side you for the fight

1d   Like   Reply

Reply to Deanne Moore...

y to Wendy R Manos-Debnar...

**Pat Mineo** Author Admin +1
Apparently he has been approached many times and lawyered up. And is getting away with this because of lack of proof...

2d   Like   Reply

**Tyler Amos**
**Pat Mineo** yeah something not okay is going on because when you go to his page through a Facebook link and click on a video the list of suggested videos*directed towards his audience average* is filled with creepy not okay things

2d   Like   Reply



Reply to Pat Mineo...

**Charlie Chalfant** Top Contributor
I have a few thoughts on this.
There's a few ways to initially view this scenario.... **See more**
2d   Like   Reply

**Pat Mineo** Author   Admin   +1
Charlie Chalfant dude.. did you watch the videos and also see the thumbnails?
Every thumbnail is of a private part and he zooms in during matches... if it was
just views then it wouldn't matter: it's about the content.
2d   Like   Reply   Edited                                            👍 7

**Chris Morrison** Top Contributor
Charlie Chalfant - read the articles I linked above.
2d   Like   Reply   👍

**Pat Mineo** Author   Admin   +1
Charlie Chalfant ???

[thumbnail image]

2d   Like   Reply                                            😮😡 4

**Charlie Chalfant** Top Contributor
Pat Well, there you go
2d   Like   Reply   👍

Reply to Pat Mineo...

**Jamil X Shhmart**
Charlie Chalfant no reason a bo Bassett match gets thosands of views and
some random48kg girls match gets MILLIONS
THIS IS SICK
1d   Like   Reply                                            👍

**Chris Morrison** Top Contributor
Jamil X Shhmart - exactly 2+2 = 4. These creeps get no benefit of the
doubt given the consequences when people let this slide
1d   Like   Reply

Reply to Jamil X Shhmart...

Reply to Charlie Chalfant...

**Elaina Trupia-Burton**
This is disgusting!
2d   Like   Reply

**Joe Asterino** Top Contributor
Is there something I don't know here - or I am not seeing? Looked at videos,
comments, IG etc and nothing out of the ordinary.
2d   Like   Reply                                            👍 11

**Pat Mineo** Author   Admin   +1
Joe Asterino he is trying to wipe stuff as we speak because it's been a hot
topic last few weeks on twitter and he was kicked out of midlands. So you not
see every thumbnail is specifically picked of a private part and suggestive
photo on his most popular videos ?
2d   Like   Reply                                            👍 7

**Wendy R Manos-Debnar**
Pat Mineo their uniform already causes issues
1d   Like   Reply

Reply to Pat Mineo...

**Pat Mineo** Author   Admin   +1
Joe Asterino it is certainly not ordinary. It's just tip of iceberg with him as



2d · Like · Reply

**Wendy R Manos-Debnar**
**Pat Mineo** their uniform already causes issues

1d · Like · Reply

Reply to Pat Mineo...

**Pat Mineo** Author Admin +1
**Joe Asterino** this is certainly not ordinary. It's just tip of iceberg with him as well. He's been reported and lawyered up many times.

2d · Like · Reply

**Jennifer Ritacco**
**Pat Mineo** I'm reading through these comments and see this about Tumblr...proof he's disseminating these videos all over. The person says in a foreign language that he can see it perfectly on tumblr. See what??? The guy above is giving $5 gifts and sayin... See more

1d · Like · Reply

**Jennifer Ritacco**
**Pat Mineo** I'm f'ing done. When you google titles of the videos you get to all kinds of pages...I found one that's titled "teen bulge". 🤮 🤮 Everyone who thinks the youtube thumbnails are no big deal...I have no words.

1d · Like · Reply

**Tammy Rizzolo- Danise**
**Jennifer Ritacco** smfh 🤬 that's disgusting !! How anyone can think that is harmless is beyond me!!

1d · Like · Reply

**Jennifer Ritacco**
**Tammy Rizzolo- Danise** this is so bad. These kids' videos are all over the web in places you definitely don't want them to be.

1d · Like · Reply

Reply to Pat Mineo...

**Chris Morrison** Top Contributor
**Joe Asterino** - the guy had videos from these run of the JV tournaments in East Nowhere with, as Pat said, insane amounts of views. His commenters were a collection of creepy MFers with no interest in the sport.

Willie Saylor brought this up a few mon... See more

2d · Like · Reply

**Pat Mineo** Author Admin +1
**Chris Morrison** yep and bots aside he is thumb nailing suggestive photos of private snd zooming in during matches

2d · Like · Reply

**Chris Morrison** Top Contributor
**Pat Mineo** - this came up on TheMat too. Some people can be naive - it's quite clear what he and others are up to - nothing to do with bots

2d · Like · Reply

Reply to Chris Morrison...





The Wrestling Room

Like · Reply

**Wendy R Manos-Debnar**
Pat Mineo I never saw anything like that...nor would I personally ever repost such filth. Everytime someone repost even that photo you are objectifying those boys in that photo THAT is disgusting. This is what we're all initially saw when we click... See more

1d · Like · Reply

**Wendy R Manos-Debnar**
Pat Mineo I see others were not seeing anything either ...not until you posted the porn . That changed the whole narrative but the thread was how many hours old? Don't condemn people who went off the initial post. I would of never posted that even ju... See more

1d · Like · Reply · Edited

Reply to Wendy R Manos-Debnar...

**Gerald Dwayne Harris** ✓ Top Contributor · Follow
Joe Asterino I thought the same thing, but he cleaned up the thumbnails. I saw a few thumbnails that were definitely intended for the wrong audience. Not a lot of matches of 2 million views with awkward comments. It's going to be a hard case to prove.

1d · Like · Reply

**Jennifer Ritacco** 👏
Gerald Dwayne Harris sort his videos by popularity instead of recent. They are all still there...thumbnails and comments. Once in the cloud always in the cloud. He can delete all he wants and the feds are still going to come knocking.

1d · Like · Reply

**Gerald Dwayne Harris** ✓ Top Contributor · Follow
Jennifer Ritacco I hope they fix this problem. This is disgusting.

1d · Like · Reply

**Pat Mineo** Author Admin +1
Gerald Dwayne Harris not too hard..



1d · Like · Reply

Reply to Gerald Dwayne Harris...

**Bobby Foerster**
Joe Asterino all most popular videos have the cover image with a penis showing basically.

1d · Like · Reply



**The Wrestling Room**

Reply to Gerald Dwayne Harris...

**Bobby Foerster**
Joe Asterino all most popular videos have the cover image with a penis showing basically.

1d   Like   Reply

**Jennifer Ritacco** 🤚
Wendy R Manos-Debnar I don't know what on earth you're talking about. I don't know anything about what's being deleted and never said anything about that. I have not read the entire thread of comments, only what gets tagged to me and notifies me. I did... See more

1d   Like   Reply

**Wendy R Manos-Debnar**
Jennifer Ritacco hey lady, YOU yes YOU jumped in on a thread. Do you even understand how a thread works? YOU engaged FIRST. YOU replied to a comment that I made TO SOMEONE else. YOU DID THAT!!!! For future reference I, do not engage when you don't ta... See more

1d   Like   Reply   Edited

**Jennifer Ritacco** 🤚
Wendy R Manos-Debnar go away and read back the way you interact with everyone. I've just had time to read more of the comments and had to stop because well...

1d   Like   Reply

Reply to Wendy R Manos-Debnar...

Reply to Joe Asterino...

**Pat Mineo** Author Admin +1
He has now been going back and altering thumbnails but the most popular videos still remain

2d   Like   Reply

**Pat Mineo** Author Admin +1
He was kicked out of midlands this past weekend..

2d   Like   Reply   👍 8

**Deanne Moore** Top Contributor
Pat Mineo any info on the other guy that was kicked out? An Iowa photographer?

2d   Like   Reply   👍

**Lockner** Top Contributor
Pat Mineo how'd that come about? Do you know? Glad to hear it.

1d   Like   Reply

Reply to Pat Mineo...

**Brent Rose** Top Contributor
Those videos have millions of views. Wtf...

2d   Like   Reply   👍 2

**Chris Morrison** Top Contributor
Thank you for amplifying this Pat Mineo.

As an aside, It took years for YouTube to stop allowing comments on kid-oriented videos. Only after pressure from concerned individuals and organizations did YouTube finally do something. Pedophiles were da... See more

**THEVERGE.COM**
YouTube still can't stop child predators in its comments

2d   Like   Reply   Edited   👍 2

**Nikki-Jesse Simcox**
Thank you for exposing this!

2d   Like   Reply   👍

**Michael Skrzenski** Top Contributor
Hi IG is sick.. the comments are disgusting. How is this allowed?

2d   Like   Reply   😢

**Zac Daniels Gustafson**
Michael Skrzenski never used IG or Snapchat what's the point of them?

















Men's Wrestling Forum

**Wendy K Manos-Debnar**
Pat Mineo, there is a person here in Southwestern Pa who has been arrested and charged but because the children were so traumatized (understandably) and couldn't testify, and the fact he had a great sleazy lawyer, all charges were dropped. Which means... See more
1d   Like   Reply

**Grant Aaberg**
I've been waiting for someone to call this creep out.
1d   Like   Reply

**Marie Akerson**
Protect your kids from these idiot predators. I'm thinking of buying these or at a minimum some compression shorts. No one needs to see what some of these thin or white singlets show. Especially these perverts peddling videos to these sites.
https://... See more

SHOP.TRI-TITANS.COM
Tri-Titans Shield Briefs Wrestling Underwear - V1
1d   Like   Reply

**Pat Mineo**  Author  Admin  +1
The FBI will be handling this matter moving forward.                    17
1d   Like   Reply

**Kendra Jackson Helms**
Pat Mineo oh and look at this!! He's scared as he should be

1d   Like   Reply
↳ View 1 reply

**Jennifer Ritacco**
Pat Mineo he has only made his personal Instagram private. I can still see everything on Midwest wrestle pages.
1d   Like   Reply

**Pat Mineo**  Author  Admin  +1
Jennifer Ritacco trying to protect his identity wow
1d   Like   Reply

Reply to Jennifer Ritacco...

**Molly Grabowski**
Pat Mineo right on
19h   Like   Reply

Reply to Pat Mineo...

**Matthew Bahnsen**
Time to ventilate this piece of shit 🔫
1d   Like   Reply

**Tyler Sandusky**
Sheena Collins I've seen branson on here a few times
1d   Like   Reply

**Leah Wilhite**
Kim Cullen Price
21h   Like   Reply

**Alex Yntriago**  Top Contributor
Thank you for your protecting our kids and sport... no pedos in wrestling!!!
19h   Like   Reply

Write an answer...

