# Exhibit D



