# Exhibit

# F

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/ |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:52:44 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 20:53:51 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 11 |
| Capture ID: | 9bEqd7Aa9GLfbuKBGC9NL3 |
| User: | smb-ndombrowski |

**Exhibit F**





Allyson Schwab ✓ @allysonschwab

Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be...

4:21 PM · Dec 30, 2023

❤ 108    💬 Reply    🔗 Copy link

Read 15 replies

MatScouts ✓
@MatScouts1 · Follow

Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday.

Christian Pyles ✓ @CPyles8

Huge  problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.

There's one just as bad, if not worse who is scarily enough an official.

Flo has done everything in power, leveraging partners, etc to...

7:06 PM · Dec 30, 2023

❤ 159    💬 Reply    🔗 Copy link

Read 16 replies

**Hammerlock3**    Posted December 30, 2023    ···

H

Members

💬 1.1k

can someone be a little more specific, i don't quite understand whats happening.

🏆 1

NCAA DI Rankings
Updated January 9

NCAA DII Rankings
Updated December 5, 2023

NCAA DIII Rankings
Updated November 3, 2023

NJCAA Rankings
Updated December 25, 2022

College Commitments

AYDEN SMITH
COMMITTED
R

**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125

COMMITTED
#FAMILYNOTFACTORY
CY KRUSE
CORNELL UNIVERSITY WRESTLING

**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285

NORTHERN STATE WRESTLING
N



flyingcement
Members
💬 3.2k
Posted December 30, 2023    Author    •••

> On 12/30/2023 at 8:58 PM, Hammerlock3 said:
>
> can someone be a little more specific, i don't quite understand whats happening.

Two wrestling "photographers" one of whom is an active youth official, take pictures and videos of wrestlers which are suggestive in nature and marketed to similarly evil people

---

**Christian Pyles** ✓ · Dec 30, 2023    𝕏
@CPyles8 · Follow

With both of these parasites, we had a moment where we (Flo staff) felt we "got em!" Despite all the evidence presented to law enforcement, governing bodies, NWMA, both individuals are still at wrestling events all the time. Sometimes as an official, sometimes shooting. Not...

> **Christian Pyles** ✓ @CPyles8
>
> Huge problem.
>
> We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.
>
> There's one just as bad, if not worse who is scarily enough an official.
>
> Flo has done everything in power, leveraging partners, etc to...

**Bridgett Svoboda**
@BridgettSvoboda · Follow

Found videos of my 12 year old with over 50k+ views and unusual comments with links to external sites. We had them taken down but he is still an official and actually spoke to my child about it at a meet this year.

6:16 PM · Dec 30, 2023    ⓘ

❤️ 11      💬 Reply      🔗 Copy link

Read 2 replies

🏆 2

---

Dark Energy
Members
💬 724
Posted December 30, 2023 (edited)    •••

Wow, for a culture that readily 'cancels' people, I'm pretty surprised that names are not being used.

- well, just noticed the Midwest wrestle twitter handle. That must be the ref in question. Posts don't look bad but Pyles is saying they have been edited.

**Edited December 30, 2023 by Dark Energy**



**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157



**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141



**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

Members

💬 724

look bad but Pyles is saying they have been edited.

**Edited December 30, 2023 by Dark Energy**

---

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

---

**flyingcement**          Posted December 30, 2023          [Author]          •••

Members

💬 3.2k

> 🔽 On 12/30/2023 at 9:08 PM, **Dark Energy** said:
>
> Wow, for a culture that readily 'cancels' people, I'm pretty surprised that names are not being used.

In the case of Flo, they are afraid of a lawsuit I guess? But Willie has named them above.

---

**flyingcement**          Posted December 30, 2023          [Author]          •••

Members

💬 3.2k

Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle)

---

**Hammerlock3**          Posted December 30, 2023          •••

Members

💬 1.1k

> 🔽 On 12/30/2023 at 9:08 PM, **Dark Energy** said:
>
> Wow, for a culture that readily 'cancels' people, I'm pretty surprised that names are not being used.

the accusation is so scathing you can sort of understand people trying to let others fill in the blanks, both for purposes of liability and the horror of making such an accusation incorrectly, which i'm not saying is happening.

---

**Jason Bryant**          Posted December 30, 2023          •••

Members

💬 623

While not in the same realm of scumbaggeery, I once received a cease and desist from a lawyer for going on a FB group warning unsuspecting parents of a wrestling club and travel team that was notorious for scamming tournament directors and parents every few years. That person's mother got their family lawyer after me, citing I was harassing and bullying them because they were disabled.

Grifters with resources will use the law to threaten anyone interfering in their efforts to scam. Was I right? Yes, but did I want to spend thousands of dollars to prove that fact?

When you call someone out on things like this, the accused parties are ready and able to send their lawyers after you to shut you up.

❤️ 5

*Jason Bryant hasn't worked here since 2008.*

---

**Mr. PeanutButter**          Posted December 30, 2023          •••

Looked up one of these creeps on YouTube. The comments on his videos are real ducking weird. I don't know if that's enough to condemn the guy but I do know that I felt a strange sense of discomfort (putting

---



**Mr. PeanutButter**

Members

💬 667

Posted December 30, 2023

Looked up one of these creeps on YouTube. The comments on his videos are real ducking weird. I don't know if that's enough to condemn the guy but I do know that I felt a strange sense of discomfort (putting it mildly) that I never have before while reading comments on a wrestling video. It made me kinda sick to be honest

❤️ 1

**ILLINIWrestlingBlog**

Members

💬 680

Posted December 30, 2023

I'm familiar with Midwest Wrestle, as I've sampled his videos of ILLINOIS wrestlers. I gather that on YouTube the videos appeal to a prurient interest.

That's sad because the videos are high quality.

He uses a top notch camera and follows the action around the mat. Here's how to stop that: Flo and BTN and Track and all the other video streaming websites can get better cameras, pay operators to follow the action as it occurs on the mat, produce videos in HD quality, and close comment sections to uploaded videos.

Then, you don't have to worry about individuals who may not have the best interest of the wrestlers running around shooting videos.

As it stands, we have to worry about multi-million-dollar businesses rubbing their lenses with animal fat after scratching them with 80 grit sandpaper making the finished product look like a Bar Mitzvah from 2004.

Is Flo worried about the athletes or the possibility that their audience might demand better production quality?

As for the athletes, if they are uncomfortable, talk to parents, administrators, athletic departments, and club coaches. They'll know a lawyer who can prepare a cease and desist letter, and who can contact YouTube about removal of the relevant video.

😆 1

**Jason Bryant**

Members

💬 623

Posted December 30, 2023

Nothing about this topic is about the quality of the video.

❤️ 4

*Jason Bryant hasn't worked here since 2008.*

**Idaho**

Members

💬 1.9k

Posted December 30, 2023

> ⚲ On 12/30/2023 at 10:16 PM, ILLINIWrestlingBlog said:
>
> Here's how to stop that: Flo and BTN and Track and all the other video streaming websites can get better cameras, pay operators to follow the action as it occurs on the mat, produce videos in HD quality, and close comment sections to uploaded videos.
>
> Then, you don't have to worry about individuals who may not have the best interest of the wrestlers running around shooting videos.
>
> As it stands, we have to worry about multi-million-dollar businesses rubbing their lenses with

Expand ▾

Document title: Creeps in the wrestling community - What can we do about it? - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/
Capture timestamp (UTC): Mon, 15 Jan 2024 20:53:51 GMT



Here's how to stop that: AB and BTN and Truck and all the other video streaming websites can get better cameras, crew operators to follow the action as it occurs on the mat, produce videos in HD quality, and close comment sections to uploaded videos.

Then, you don't have to worry about individuals who may not have the best interest of the wrestlers running around shooting videos.

As it stands, we have to worry about multi-million-dollar businesses rubbing their lenses with

Expand ▾

Sounds like you are blaming it on film quality and major wrestling news outlets. Terrible take man. Try selling that to the parents. Like @Jason Bryant said , this isn't about video quality.

♡ 3

**Sponsored by** *INTERMAT* ⭐⭐⭐⭐

---

**flyingcement**    Posted December 30, 2023    Author    •••

Members

3.2k

There was another thread in which idiots were saying you should never break the law under any circumstance. If the authorities are doing nothing about this and someone actually knows this to be true - the right thing to do is to take it into your own hands.

---

**Hammerlock3**    Posted December 30, 2023    •••

H

Members

1.1k

> On 12/30/2023 at 10:56 PM, flyingcement said:
>
> There was another thread in which idiots were saying you should never break the law under any circumstance. If the authorities are doing nothing about this and someone actually knows this to be true - the right thing to do is to take it into your own hands.

well the law has to be based on the most general circumstances or it doesn't work, we nuance it the best we can but ultimately there are certainly situations so specific that the law is inadequate. the question becomes at what point allowing private citizens to make this distinction turn into anarchy.

---

**flyingcement**    Posted December 30, 2023    Author    •••

Members

3.2k

> On 12/30/2023 at 11:09 PM, Hammerlock3 said:
>
> well the law has to be based on the most general circumstances or it doesn't work, we nuance it the best we can but ultimately there are certainly situations so specific that the law is inadequate. the question becomes at what point allowing private citizens to make this distinction turn into anarchy.

We need practitioners of the law to focus on spirit of the law and use some human judgment. On the other hand, promotion of blind, letter-of-the-law rule following seems like something that would sow the seeds of anarchy. If the law can be proven to be more reasonable, anarchy is unnecessary

---

**Hammerlock3**    Posted December 30, 2023    •••

H

Members

> On 12/30/2023 at 11:12 PM, flyingcement said:
>
> We need practitioners of the law to focus on spirit of the law and use some human judgment. On the other hand, promotion of blind, letter-of-the-law rule following seems like something that would sow the seeds of anarchy. If the law can be proven to be more reasonable, anarchy is unnecessary

## Hammerlock3

**Members**

💬 1.1k

> On 12/30/2023 at 11:12 PM, flyingcement said:
>
> We need practitioners of the law to focus on spirit of the law and use some human judgment. On the other hand, promotion of blind, letter-of-the-law rule following seems like something that would sow the seeds of anarchy. If the law can be proven to be more reasonable, anarchy is unnecessary

yes of course. the problem becomes when you have to figure out who you'd trust under every circumstance to arbitrate the line between law and common sense. Said person would supercede the law, but likely doesn't exist. I don't mean anything by all this except that its a complex problem.

❤️ 1

---

## Ohio Elite

**Members**

💬 942

Posted December 30, 2023

I don't like weird creepy sh*t. Not cool...

😂 1

---

## pokemonster

**Members**

💬 212

Posted December 31, 2023 (edited)

I skimmed the Midwest wrestle YouTube page and don't quite understand what's wrong with the few videos / posts I saw. They look to be very high quality videos with good sound and followed the action well... and I don't see anything suggestive that any in person fan wouldn't see. Would like for somebody to explain further what's going on.

The amount of views do seem ridiculous and the comments look to be from people who don't know wrestling... Has he since edited the posts or what? I'm not seeing anything worth the allegations just yet.

On another note, if our sport requires photographers and videographers to blur out, crop, or simply use low quality film equipment due to our uniforms showing too much and therefore attracting creeps, then maybe change the damn uniforms? Or at least require similar cups as the MMA guys use so the creeps can't see what's going on?

Edited December 31, 2023 by pokemonster

❤️ 3 🟣 1

---

## pokemonster

**Members**

💬 212

Posted December 31, 2023

> On 12/30/2023 at 10:16 PM, ILLINIWrestlingBlog said:
>
> I'm familiar with Midwest Wrestle, as I've sampled his videos of ILLINOIS wrestlers. I gather that on YouTube the videos appeal to a prurient interest.
>
> That's sad because the videos are high quality.
>
> He uses a top notch camera and follows the action around the mat. Here's how to stop that: Flo and BTN and Track and all the other video streaming websites can get better cameras, pay operators to follow the action as it occurs on the mat, produce videos in HD quality, and close
>
> Expand ▾

You're not wrong. Just watched his Jesse Mendez vs Lucas Byrd match and the quality is great. Don't see any funny business going on?

❤️ 1

Document title: Creeps in the wrestling community - What can we do about it? - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/
Capture timestamp (UTC): Mon, 15 Jan 2024 20:53:51 GMT

You're not wrong. Just watched his Jesse Mendez vs Lucas Byrd match and the quality is great. Don't see any funny business going on?

❤ 1

---

**flyingcement**

Members

💬 3.2k

Posted December 31, 2023 (edited)    Author    •••

> On 12/31/2023 at 4:05 AM, pokemonster said:
>
> You're not wrong. Just watched his Jesse Mendez vs Lucas Byrd match and the quality is great. Don't see any funny business going on?

The allegations are not that it is an outright porn site. But that it is a hotspot for those who are interested in seeing high level detail of such things, even if they don't know anything about the sport of wrestling itself. This has resulted in an unusually high number of views for these videos, several levels of magnitude higher than the comparable video which is not filmed in the same way

**Edited December 31, 2023 by flyingcement**

😆 1

---

**pokemonster**

Members

💬 212

Posted December 31, 2023    •••

> On 12/31/2023 at 4:08 AM, flyingcement said:
>
> The allegations are not that it is an outright porn site. But that it is a hotspot for those who are interesting in seeing high level detail of such things, even if they don't know anything about the sport of wrestling itself. This has resulted in an unusually high number of views for these videos, several levels of magnitude higher than the comparable video which is not filmed in the same way

That's a shame. So just to be clear, creeps are attracted to his videos because they are higher quality definition and sound?

---

**Mr. PeanutButter**

Members

💬 667

Posted December 31, 2023    •••

> On 12/31/2023 at 3:52 AM, pokemonster said:
>
> I skimmed the Midwest wrestle YouTube page and don't quite understand what's wrong with the few videos / posts I saw. They look to be very high quality videos with good sound and followed the action well... and I don't see anything suggestive that any in person fan wouldn't see. Would like for somebody to explain further what's going on.
>
> The amount of views do seem ridiculous and the comments look to be from people who don't know wrestling... Has he since edited the posts or what? I'm not seeing anything worth the allegations
>
> Expand ▾

From my perspective, the thumbnails for many of his more popular videos are, at minimum, at the edge of the line. They are HIGHLY suggestive. To see so many of his top videos feature suggestive thumbnails does not feel like a coincidence.

I do agree with your point about changing uniforms. I have been a proponent of getting away from singlets for many years

❤ 2

singlets for many years

♥ 2

**flyingcement**

Posted December 31, 2023

Author  •••

Members

💬 3.2k

> On 12/31/2023 at 4:10 AM, pokemonster said:
>
> That's a shame. So just to be clear, creeps are attracted to his videos because they are higher quality definition and sound?

This is new to me - and I am just relaying the allegations from falling down the rabbit hole of posts on twitter since Allyson Schwab was brave enough to start the conversation.

But I hadn't even considered the sounds aspect. I was thinking about the singlet aspect. I am admittedly naive, but I do have two people very close to me whose lives were destroyed by sexual predators and my heart has always been lit with a vengeful fire since knowing

**MNRodent**

Posted December 31, 2023

•••

Members

💬 294

Willie spoke about this on his show, I think last summer. Very creepy thumbnails with lots of crotch shots of kids. They have cleaned it up somewhat after getting called out, but still very cringy.

**flyingcement**

Posted December 31, 2023

Author  •••

Members

💬 3.2k

> On 12/31/2023 at 4:20 AM, MNRodent said:
>
> Willie spoke about this on his show, I think last summer. Very creepy thumbnails with lots of crotch shots of kids. They have cleaned it up somewhat after getting called out, but still very cringy.

1  2  3  4  5  6  NEXT  »  Page 1 of 8  ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account

Sign up for a new account in our community. It's easy!

**Register a new account**

### Sign in

Already have an account? Sign in here.

**Sign In Now**

‹ Go to topic listing

Document title: Creeps in the wrestling community - What can we do about it? - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/
Capture timestamp (UTC): Mon, 15 Jan 2024 20:53:51 GMT

> On 12/31/2023 at 4:19 AM, pokemonster said:
>
> That's a shame. So just to be clear, creeps are attracted to his videos because they are higher quality definition and sound?

This is new to me - and I am just relaying the allegations from falling down the rabbit hole of posts on twitter since Allyson Schwab was brave enough to start the conversation.

But I hadn't even considered the sounds aspect. I was thinking about the singlet aspect. I am admittedly naive, but I do have two people very close to me whose lives were destroyed by sexual predators and my heart has always been lit with a vengeful fire since knowing

---

### MNRodent

Posted December 31, 2023 ···

Members

💬 294

Willie spoke about this on his show, I think last summer. Very creepy thumbnails with lots of crotch shots of kids. They have cleaned it up somewhat after getting called out, but still very cringy.

---

### flyingcement

Posted December 31, 2023                    Author ···

Members

💬 3.2k

> On 12/31/2023 at 4:20 AM, MNRodent said:
>
> Willie spoke about this on his show, I think last summer. Very creepy thumbnails with lots of crotch shots of kids. They have cleaned it up somewhat after getting called out, but still very cringy.

---

| 1 | 2 | 3 | 4 | 5 | 6 | NEXT » | Page 1 of 8 ▾ |

---

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account
Sign up for a new account in our community. It's easy!

**Register a new account**

### Sign in
Already have an account? Sign in here.

**Sign In Now**

---

‹ Go to topic listing

Home > Forums > Wrestling > College Wrestling > Creeps in the wrestling community - What can we do about it?

🔲 All Activity

𝕏  f

Cookies

Copyright © 2023 InterMat
Powered by Invision Community

Page Vault

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 2 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/2/#comments |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:55:30 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 20:56:12 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 11 |
| Capture ID: | tpeLV8i7KLJVgLCDkJP2Pq |
| User: | smb-ndombrowski |





Note: What I...meant for this...is too long...but anyway...people don't stay...that long...
time...but the kids in the videos did have pretty clear outlines. That's also Wrestling, so...IDK.

I didn't read the comments though.

♡ 1

**1032004**
Members
💬 2.3k

Posted December 31, 2023

Yikes.

Looks like more reason to move to 2-piece uniforms with non-compression shorts instead of singlets

♡ 2

**pokemonster**
Members
💬 212

Posted December 31, 2023

> **On 12/31/2023 at 4:47 AM, 1032004 said:**
>
> Yikes.
>
> Looks like more reason to move to 2-piece uniforms with non-compression shorts instead of singlets

No kidding. These videos would've never jumped out to me as pervert material.

♡ 1

**flyingcement**      Author
Members
💬 3.2k

Posted December 31, 2023

@1032004

@pokemonster

Re: shorts and shirts, I have young kids and both have been given shorts and tshirt (nice asics ones) which are their uniform. no singlets. I am relieved.

♡ 4

**Antitroll2828**
Members
💬 493

Posted December 31, 2023

> **On 12/30/2023 at 8:27 PM, flyingcement said:**
>
> Expand ▾

Real talk why hasn't anyone just thrown these guys a beating? Especially parents who found pictures of their kids with perverts commenting on them and such , this isn't a new thing I heard about these weirdos over a year ago and they live half a country away from me , I wouldn't let these clowns anywhere near my kids and I would cause such an issue if this guy was reffing in my area that would have to get rid of him , who gives a shit about the law when it comes to things like this ?

### Latest Rankings

**NCAA DI Rankings**
Updated January 9

**NCAA DII Rankings**
Updated December 5, 2023

**NCAA DIII Rankings**
Updated November 3, 2023

**NJCAA Rankings**
Updated December 25, 2022

### College Commitments

**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125

**Cy Kruse**



Real talk why hasn't anyone just thrown these guys a beating? Especially parents who found pictures of their kids with perverts commenting on them and such , this isn't a new thing I heard about these weirdos over a year ago and they live half a country away from me , I wouldn't let these clowns anywhere near my kids and I would cause such an issue if this guy was reffing in my area that would have to get rid of him ..who gives a shit about the law when it comes to things like this ?

2     1

---

### flyingcement

Posted December 31, 2023                    Author    ...

Members
💬 3.2k

> On 12/31/2023 at 4:58 AM, Antitroll2828 said:
>
> Real talk why hasn't anyone just thrown these guys a beating? Especially parents who found pictures of their kids with perverts commenting on them and such , this isn't a new thing I heard about these weirdos over a year ago and they live half a country away from me , I wouldn't let these clowns anywhere near my kids and I would cause such an issue if this guy was reffing in my area that would have to get rid of him ..who gives a shit about the law when it comes to things like this ?

Thanks - I was thinking that myself but after a couple of recent conversations here on the board, it seems many folks only know how to be tough on the mat. Whether an old fashioned beating, or some other creative way of screwing these guys over. It's just not right. Let's stand up for ourselves and our kids.

❤️ 1

---

### Antitroll2828

Posted December 31, 2023                              ...

Members
💬 493

> On 12/31/2023 at 5:00 AM, flyingcement said:
>
> Thanks - I was thinking that myself but after a couple of recent conversations here on the board, it seems many folks only know how to be tough on the mat. Whether an old fashioned beating, or some other creative way of screwing these guys over. It's just not right. Let's stand up for ourselves and our kids.

Yea that's absolutely crazy to me , I thought people in the Midwest had a little more back bone but apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a very Italian town in NJ these guys would've had bricks coming through their windows the first time this shit came out  and it would only gotten worse and more violent from there til the message was received ,no way they would've been able to do it as long as they have

😮 1

---

### flyingcement

Posted December 31, 2023                    Author    ...

Members
💬 3.2k

> On 12/31/2023 at 5:09 AM, Antitroll2828 said:
>
> Yea that's absolutely crazy to me , I thought people in the Midwest had a little more back bone but apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a very Italian town in NJ these guys would've had bricks coming through their windows the first time this shit came out  and it would only gotten worse and more violent from there til the message was received ,no way they would've been able to do it as long as they have

same with me brother.  I don't get it.



**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285



**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157



**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141

apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a
this shit came out  and it would only gotten worse and more violent from there til the message was
received ,no way they would've been able to do it as long as they have

same with me brother.  I don't get it.

♥ 1

### Threadkilla

Posted December 31, 2023

•••

Members

💬 560

Did you see the guy refereeing?  he looks like an anorexic overly expressive ballerina.

😆 1

### Formally140

Posted December 31, 2023

•••

Members

💬 905

I honestly didn't know which "situation" or "alleged" behavior this thread might be referring to when I saw
the title..

which bums me out. And yeah creeps should be dealt with

♥ 3

### billyhoyle

Posted December 31, 2023

•••

Members

💬 332

> On 12/31/2023 at 5:09 AM, Antitroll2828 said:
>
> Yea that's absolutely crazy to me , I thought people in the Midwest had a little more back bone but
> apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a
> very Italian town in NJ these guys would've had bricks coming through their windows the first time
> this shit came out  and it would only gotten worse and more violent from there til the message was
> received ,no way they would've been able to do it as long as they have

Really?  There weren't these types of issues in Italian NJ towns from organizations like the Boy Scouts of
America or The Catholic Church? What about that coach at Bergen Catholic in New Jersey who was
defended even after extremely creepy text messages came out?

I have no clue what the solution to this problem is, but it's a huge problem and no community is immune
from it.  Maybe there can be some type of civil legal taken that can be taken against these people if their
actions are not considered criminal? If it's not currently a violation of civil law, maybe we can try to lobby
states to pass laws limiting how video content of minors is shared?

♥ 3   🏆 1

### Antitroll2828

Posted December 31, 2023

•••

Members

💬 402

> On 12/31/2023 at 6:42 AM, billyhoyle said:
>
> Really?  There weren't these types of issues in Italian NJ towns from organizations like the Boy
> Scouts of America or The Catholic Church? What about that coach at Bergen Catholic in New
> Jersey who was defended even after extremely creepy text messages came out?

---

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174



**Antitroll2828**

Members

💬 493

> On 12/31/2023 at 6:42 AM, billyhoyle said:
>
> Really? There weren't these types of issues in Italian NJ towns from organizations like the Boy Scouts of America or The Catholic Church? What about that coach at Bergen Catholic in New Jersey who was defended even after extremely creepy text messages came out?
>
> I have no clue what the solution to this problem is, but it's a huge problem and no community is immune from it. Maybe there can be some type of civil legal taken that can be taken against these people if their actions are not considered criminal? If it's not currently a violation of civil law, maybe
>
> Expand ▾

So you use my very specific post about where I grew up to take a shot at the Boy Scouts, Catholic Church and Italians ? The Bergen coaches did nothing wrong , the kid who filed the complaint and his dad are psychos , the kid tried to injure his competition on the team multiple times, the father broke into the school and tried to rig the scale so his sons opponent would miss weight for a wrestle off and the father almost lost his license to practice law because of all the BS in the lawsuit , how the hell does any of what you said correlate to the OP

civil legal action ? Lobby states to pass laws? You mean lobby the same politicians who protect epsteins client list like it's their daughters virtue ? Police and laws don't ever stop weirdos like this , The whole point of what me and **@flyingcoment** were saying is parents start throwing these guys beating then they'll stop showing up to wrestling events , then if they stop showing up to wrestling events they can't take creepy high def crotch shots of hs wrestlers and put them in the internet where literal perverts are commenting on the pics and sharing them to pedo websites

😂 1

---

**Ohio Elite**

Posted December 31, 2023

•••

I just looked up his Videos, I hope somebody breaks this guy's neck!

Thumbnail pics are ridiculous and super pervy.

Members

💬 942

🤮 1

---

**1032004**

Posted December 31, 2023

•••

The brain naming names, kudos

Members

💬 2.3k



**scribers**

Posted December 31, 2023

Members

💬 170

Solution = no more singlets. MMA style combat gear instead

💙 2

**billyhoyle**

Posted December 31, 2023 (edited)

Members

💬 332

> On 12/31/2023 at 1:43 PM, Antitroll2828 said:
>
> So you use my very specific post about where I grew up to take a shot at the Boy Scouts, Catholic Church and Italians ? The Bergen coaches did nothing wrong , the kid who filed the complaint and his dad are psychos , the kid tried to injure his competition on the team multiple times, the father broke into the school and tried to rig the scale so his sons oppponent would miss weight for a wrestle off and the father almost lost his license to practice law because of all the BS in the lawsuit , how the hell does any of what you said correlate to the OP

Expand ▾

My point is that no community is immune from this behavior and people will defend those who do it in all those communities. It is a big problem that needs to be addressed. And yes, legal action is the best way.

**Edited December 31, 2023 by billyhoyle**

💙 3

**Antitroll2828**

Posted December 31, 2023

Members

💬 493

> On 12/31/2023 at 6:28 PM, billyhoyle said:
>
> My point is that no community is immune from this behavior and people will defend those who do it in all those communities. It is a big problem that needs to be addressed. And yes, legal action is the best way.

Legal action is literally never the best way to deal with predators especially ones that target children, law enforcement knows about these guys and have done nothing , and hell nothing will happen if law enforcement makes a move , a teacher in my town was arrested for being a serial predator for years , even posing as a 12 yr old victims father and forcing her to get an abortion and this career predator who



in all those communities. It is a big problem that needs to be addressed. And yes, legal action is the

Legal action is literally never the best way to deal with predators especially ones that target children, law enforcement knows about these guys and have done nothing , and hell nothing will happen if law enforcement makes a move , a teacher in my town was arrested for being a serial predator for years , even posing as a 12 yr old victims father and forcing her to get an abortion and this career predator who was tied to ruining the lives of 8 different little girls got 4 years in prison , served a little over 2 and half and got out , meanwhile same town 19 year old kid with no record hits an illegal alien riding a bicycle the wrong way with no lights on the highway and because he blew a .06 he got 10 years and had to serve 7 and half ..and these kind of people know the law isn't against them

**jchapman**

Members

💬 435

Posted December 31, 2023

What makes this behavior hard to control in a legal sense is the US Constitution, specifically the 1st Amendment, which guarantees the right to free press.

That's why it is important to make the behavior known within the wrestling community, just like what Schwab's wife and Willie have done.

**Jim L**

Members

💬 209

Posted December 31, 2023

> On 12/31/2023 at 7:24 PM, Antitroll2828 said:
>
> Legal action is literally never the best way to deal with predators especially ones that target children, law enforcement knows about these guys and have done nothing , and hell nothing will happen if law enforcement makes a move , a teacher in my town was arrested for being a serial predator for years , even posing as a 12 yr old victims father and forcing her to get an abortion and this career predator who was tied to ruining the lives of 8 different little girls got 4 years in prison , served a little over 2 and half and got out , meanwhile same town 19 year old kid with no record hits an illegal alien riding a bicycle the wrong way with no lights on the highway and because he blew a
>
> Expand ⌄

WTF bring up that the victim was an illegall alien?

💙 1

**1032004**

Members

💬 2.3k

Posted December 31, 2023

> On 12/31/2023 at 7:38 PM, jchapman said:
>
> What makes this behavior hard to control in a legal sense is the US Constitution, specifically the 1st Amendment, which guarantees the right to free press.
>
> That's why it is important to make the behavior known within the wrestling community, just like what Schwab's wife and Willie have done.

Makes sense.  I saw Pyles saying one of the guys threatened legal action against them, would that be the likely argument?

**ILLINIWrestlingBlog**

Posted December 31, 2023

> On 12/30/2023 at 10:25 PM, Jason Bryant said:
>
> Nothing about this topic is about the quality of the video.

Member of Congress

3. We can ask for a bill in Congress to require that videotaping of minors in wrestling (and any similar sport like gymnastics or swimming) be at 360 pixels or less.

4. Other ideas?

---

**billyhoyle**



Posted December 31, 2023

B

Members

💬 332

> On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:
>
> Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?
>
> Flo videos are frequently 360p or worse.
>
> It sucks that they are being used in a way that is harmful to children. As a community, what do we

Expand ▾

Good ideas. This is only going to be stopped by updating the laws (both criminal and civil). You don't need congress-do this at the local level too.

The video quality is definitely part of the problem. YouTube has been around for 20 years.

♥ 1

---

**1032004**

Posted December 31, 2023

1

Members

💬 2.3k

> On 12/31/2023 at 6:42 AM, billyhoyle said:
>
> Really? There weren't these types of issues in Italian NJ towns from organizations like the Boy Scouts of America or The Catholic Church? What about that coach at Bergen Catholic in New Jersey who was defended even after extremely creepy text messages came out?
>
> I have no clue what the solution to this problem is, but it's a huge problem and no community is immune from it. Maybe there can be some type of civil legal taken that can be taken against these people if their actions are not considered criminal? If it's not currently a violation of civil law, maybe

Expand ▾

I'm surprised if one of the guys is an official. There is no constitutional right to be an official. When I was an official schools could say they don't want certain guys officiating at their school, so I don't see why they couldn't all do that for this guy

♥ 2

---

**Mr. PeanutButter**

Posted December 31, 2023

M

Members

💬 667

> On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:
>
> Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?
>
> Flo videos are frequently 360p or worse.
>
> It sucks that they are being used in a way that is harmful to children. As a community, what do we



immune from it. Maybe there can be some type of civil legal taken that can be taken against these

Expand ▾

I'm surprised if one of the guys is an official. There is no constitutional right to be an official. When I was an official schools could say they don't want certain guys officiating at their school, so I don't see why they couldn't all do that for this guy

♡ 2

**Mr. PeanutButter**    Posted December 31, 2023    •••

Members

💬 667

On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:

Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?

Flo videos are frequently 360p or worse.

It sucks that they are being used in a way that is harmful to children. As a community, what do we

Expand ▾

Homeboy,

The video quality isn't in the crux of the matter. It's that, this particular creep, frames and crops his thumbnails in such a manner as to bring attention to certain body parts. The situation becomes significantly worse by virtue of the aggressive editing he does on the thumbnails - cranking up the contrast and sharpness to the max, making certain outlines and contours stand out visibly. His thumbnails in a lot of his more recent videos seem innocuous enough but the VAST majority of his most viewed videos feature nothing but crotch and butt shots. I want to believe it's a coincidence but they are so numerous and flagrant that that bridge is too far for me to cross.

The other component to the fishiness is the views to comment ratio: they just don't make sense. I think it's pretty obvious he is embedding his videos on other sites. What type of sites are these I wonder? The language of the comments is also really strange, they don't read like what a typical YouTube comment would. There is also a disconcerting number of comments using suggestive language that just doesn't sit right with me, not to mention how often the physique of these boys (some of them quite young) is brought up. And on at least 3 different videos I saw comments with timestamps that went to parts of the videos where certain body parts were brought into sharp focus. There was one video where, during a break in the action, the camera seemed to focus intently on the wrestlers mid section as he was walking back and forth. It was weird. Everything about this experience was creepy. I feel sick and regret doing the deep dive that I did but I'm convinced that there are shenanigans going on. For my part, I reported the account on x and YouTube. Not sure what other action I should be taking

« PREV   1   2   3   4   5   6   7   NEXT   »     Page 2 of 8 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account

Sign up for a new account in our community. It's easy!

Register a new account

### Sign in

Already have an account? Sign in here.

Sign In Now

**Mr. PeanutButter**

Posted December 31, 2023



Members

💬 667

⊘  On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:

Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?

Flo videos are frequently 360p or worse.

It sucks that they are being used in a way that is harmful to children. As a community, what do we

Expand ⏷

Homeboy,

The video quality isn't in the crux of the matter. It's that, this particular creep, frames and crops his thumbnails in such a manner as to bring attention to certain body parts. The situation becomes significantly worse by virtue of the aggressive editing he does on the thumbnails - cranking up the contrast and sharpness to the max, making certain outlines and contours stand out visibly. His thumbnails in a lot of his more recent videos seem innocuous enough but the VAST majority of his most viewed videos feature nothing but crotch and butt shots. I want to believe it's a coincidence but they are so numerous and flagrant that that bridge is too far for me to cross.

The other component to the fishiness is the views to comment ratio: they just don't make sense. I think it's pretty obvious he is embedding his videos on other sites. What type of sites are these I wonder? The language of the comments is also really strange, they don't read like what a typical YouTube comment would. There is also a disconcerting number of comments using suggestive language that just doesn't sit right with me, not to mention how often the physique of these boys (some of them quite young) is brought up. And on at least 3 different videos I saw comments with timestamps that went to parts of the videos where certain body parts were brought into sharp focus. There was one video where, during a break in the action, the camera seemed to focus intently on the wrestlers mid section as he was walking back and forth. It was weird. Everything about this experience was creepy. I feel sick and regret doing the deep dive that I did but I'm convinced that there are shenanigans going on. For my part, I reported the account on x and YouTube. Not sure what other action I should be taking

---

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account

Sign up for a new account in our community. It's easy!

Register a new account

### Sign in

Already have an account? Sign in here.

Sign In Now

‹ Go to topic listing

▦ All Activity

Cookies

Copyright © 2023 InterMat

Powered by Invision Community

Page Vault

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 3 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/3/#comments |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:56:18 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 20:56:55 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 11 |
| Capture ID: | cqsAydCWWpozswvrCdiRuW |
| User: | smb-ndombrowski |



# InterMat

Articles | Rankings | Forums | College Commitments | Jobs | MatScouts | Subscriptions | Clubs | More

Existing user? Sign In ⌄ | Sign Up

Search...

Home > Forums > Wrestling > College Wrestling > Creeps in the wrestling community - What can we do about it?

All Activity

| Replies | Created | Last Reply |
|---------|---------|------------|
| **179** | **Dec 30** | **5 dy** |

## Creeps in the wrestling community - What can we do about it?

By flyingcement
December 30, 2023 in College Wrestling

⮑ Share | Followers 3

**TOP POSTERS IN THIS TOPIC**

- flyingcem... 21 posts
- 1032004 19 posts
- Antitroll2... 11 posts
- Ohio Elite 10 posts

**POPULAR DAYS**

- Jan 2 2024 — 63 posts
- Dec 30 2023 — 37 posts
- Jan 1 2024 — 28 posts
- Dec 31 2023 — 18 posts

**POPULAR POSTS**

- **Jon_Kozak** January 1
  A few things to add here that haven't been covered: -His videos (of minors) are embedded on porn sites -Many of his most...

- **BobDole** January 3
  Amazing that someone with the email address "@innocent.com" is posting here defending the creeps.

- **Winners Circle** January 1
  New username, new year, new me boys. 😎

**POSTED IMAGES**

Why don't you take a seat over

« PREV 1 2 **3** 4 5 6 7 8 NEXT » Page 3 of 8 ⌄

### jchapman
Members
💬 435

Posted December 31, 2023

> On 12/31/2023 at 8:48 PM, 1032004 said:
>
> Makes sense. I saw Pyles saying one of the guys threatened legal action against them, would that be the likely argument?

Not sure, probably talking about civil action. The 1st Amendment guarantees it can't be a crime.

♥ 2

### ILLINIWrestlingBlog
Members
💬 680

Posted December 31, 2023

> On 12/31/2023 at 9:25 PM, Mr. PeanutButter said:
>
> For my part, I reported the account on x and YouTube. Not sure what other action I should be taking

This. People can do this. Also, everybody can put a comment at the bottom of the videos saying something like:

"You need to disable commenting. Are you seeing this, @YouTube?"

As for your assertion here: "The video quality isn't *in the crux* of the matter," well, then answer the question that I posed to Jason: Would anybody watch the videos if they were at 360 pixels?

The answer is obvious. Nobody is suggesting that taking advantage of children in this way is a good thing. That's like duh.

♥ 1

### Antitroll2828

Posted January 1

> On 12/31/2023 at 8:46 PM, Jim L said:

---

## Antitroll2828

A

Members

💬 493

Posted January 1

> On 12/31/2023 at 8:46 PM, Jim L said:
>
> WTF bring up that the victim was an illegall alien?

Bc he was ....

## 1032004

1

Members

💬 2.3k

Posted January 1

> On 12/31/2023 at 7:24 PM, Antitroll2828 said:
>
> Legal action is literally never the best way to deal with predators especially ones that target children, law enforcement knows about these guys and have done nothing , and hell nothing will happen if law enforcement makes a move , a teacher in my town was arrested for being a serial predator for years , even posing as a 12 yr old victims father and forcing her to get an abortion and this career predator who was tied to ruining the lives of 8 different little girls got 4 years in prison , served a little over 2 and half and got out , meanwhile same town 19 year old kid with no record hits an illegal alien riding a bicycle the wrong way with no lights on the highway and because he blew a

Expand ▾

Did the guy on the bike die?

## flyingcement

Members

💬 3.2k

Posted January 1                    Author

> On 12/31/2023 at 10:19 PM, ILLINIWrestlingBlog said:
>
> This. People can do this. Also, everybody can put a comment at the bottom of the videos saying something like:
>
> "You need to disable commenting. Are you seeing this, @YouTube?"
>
> As for your assertion here: "The video quality isn't in the crux of the matter," well, then answer the question that I posed to Jason: Would anybody watch the videos if they were at 360 pixels?

Expand ▾

I think that seems to be more of a consensus way of approaching the situation.  As for me, when faced with similar issues, I have had more success in resolutions which are outside of the legal process.  I think that is a shame but that's been my experience

💙 1

## 1032004

1

Members

💬 2.3k

Posted January 1

> On 12/31/2023 at 9:25 PM, Mr. PeanutButter said:
>
> Homeboy,
>
> The video quality isn't in the crux of the matter. It's that, this particular creep, frames and crops his thumbnails in such a manner as to bring attention to certain body parts. The situation becomes significantly worse by virtue of the aggressive editing he does on the thumbnails - cranking up the contrast and sharpness to the max, making certain outlines and contours stand out visibly. His thumbnails in a lot of his more recent videos seem innocuous enough but the VAST majority of his

Expand ▾

### Latest Rankings

NCAA DI Rankings
Updated January 9

NCAA DII Rankings
Updated December 5, 2023

NCAA DIII Rankings
Updated November 3, 2023

NJCAA Rankings
Updated December 25, 2022

### College Commitments



**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125





thumbnails in such a manner as to bring attention to certain body parts. The situation becomes significantly worse by virtue of the aggressive editing he does on the thumbnails - cranking up the contrast and sharpness to the max, making certain outlines and contours stand out visibly. His thumbnails in a lot of his more recent videos seem innocuous enough but the VAST majority of his

Expand ▾

Super weird that his last 7 video uploads (spread out over multiple days) are all from some random Christmas tournament in 2021. Clearly he's not posting these videos for wrestling fans to watch them

---

**Jim L**

Members

💬 209

Posted January 1                                    •••

> ◎ **On 1/1/2024 at 3:05 AM, Antitroll2828 said:**
>
> Bc he was ....

The victim's status is clearly only mentioned to try to lessen the perceived severity of the crime. If he was a US citizen would the crime been worse?

I also need to see a link before I really believe this story.

💙 3

---

**Idaho**

Members

💬 1.9k

Posted January 1                                    •••

> ◎ **On 1/1/2024 at 3:30 PM, Jim L said:**
>
> The victim's status is clearly only mentioned to try to lessen the perceived severity of the crime. If he was a US citizen would the crime been worse?

Yeah, we would never have a political group that would use illegal status to actually heighten a crime...

*Sponsored by* **INTERMAT** ⭐⭐⭐⭐

---

**Jon_Kozak**

Members

💬 31

Posted January 1                                    •••

A few things to add here that haven't been covered:

-His videos (of minors) are embedded on porn sites

-Many of his most viewed videos have large portions that don't feature wrestling (wrestlers walking around during injury time/blood time)

-He films and uploads videos without having permission/rights to the events

Most recently he wasn't credentialed for Midlands and filmed anyway before he got kicked out by Storniolo.

We've tried to strike his channel for copyright infringement because that's what we can actually prove. We're still working through it but things have gotten tricky where we've had to bring in legal.

💙 5  😮 9

---

**1032004**

Posted January 1                                    •••

> ◎ **On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:**

---

**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285

**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157

**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141





**1032004**

1

Members

💬 2.3k

Posted January 1

···

> ⊘ On 12/31/2023 at 9:01 PM, ILLINIWrestlingBlog said:
>
> Not true. You must know that! Do you think that anybody would watch *the exact same videos* if they were 240p or 360p?
>
> Flo videos are frequently 360p or worse.
>
> It sucks that they are being used in a way that is harmful to children. As a community, what do we.
>
> Expand ▾

Well, you might want to delete this tweet...

Also, gotta give credit to Minnow actually using his reach for good.

♥ 1

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

---



❤️ 1

**Winners Circle**

W

Members

💬 100
I love Bob Dole

Posted January 1                                                    •••

Just want it on the record. I am NOT Midwest Wrestle from YouTube. I am from Missouri and have never reffed a match in my life.

❤️ 3    😂 2

**Jason Bryant**

Members

💬 623

Posted January 1                                                    •••

> On 1/1/2024 at 8:00 PM, MidwestWrest said:
>
> Just want it on the record. I am NOT Midwest Wrestle from YouTube. I am from Missouri and have never reffed a match in my life.

suggestion: dm the mods here and get them to change your username.

❤️ 3

*Jason Bryant hasn't worked here since 2008.*

**Winners Circle**

W

Members

💬 100
I love Bob Dole

Posted January 1                                                    •••

> On 1/1/2024 at 9:13 PM, Jason Bryant said:
>
> suggestion: dm the mods here and get them to change your username.

Will do. Thanks JB.

❤️ 2

**Winners Circle**

W

Members

💬 100
I love Bob Dole

Posted January 1                                                    •••

> On 1/1/2024 at 9:32 PM, Winners Circle said:
>
> Will do. Thanks JB.

New username, new year, new me boys. 😎

❤️ 9    😈 1

**FanOfPurdueWrestling**

Posted January 1                                                    •••



**FanOfPurdueWrestling**

Members

💬 109

Posted January 1

It should take exactly one instance of something like this occurring for every state governing body to begin to phase out the singlet. No HS boy wants their junk on display to their friends and family.

Anyone that is a "purist" and takes issue to combat shorts and compression shirt should be shown these allegations, videos from these creeps, and if they are still against it should be considered complacent and enablers to children's sexual exploitation. Simple as that. Could phase them out in 2 years if there was anyone in charge with half a brain.

💙 4

---

**FanOfPurdueWrestling**

Members

💬 109

Posted January 1

> On 12/31/2023 at 6:14 PM, scribers said:
>
> Solution = no more singlets. MMA style combat gear instead

It's so simple, quit making our sport so easy to sexualize and make fun of....

💙 3

---

**Winners Circle**

Members

💬 100
I love Bob Dole

Posted January 1

> On 1/1/2024 at 10:21 PM, FanOfPurdueWrestling said:
>
> It should take exactly one instance of something like this occurring for every state governing body to begin to phase out the singlet. No HS boy wants their junk on display to their friends and family.
>
> Anyone that is a "purist" and takes issue to combat shorts and compression shirt should be shown these allegations, videos from these creeps, and if they are still against it should be considered complacent and enablers to children's sexual exploitation. Simple as that. Could phase them out in
>
> Expand ▾

> On 1/1/2024 at 10:29 PM, FanOfPurdueWrestling said:
>
> It's so simple, quit making our sport so easy to sexualize and make fun of....

I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

💙 2

---

**gimpeltf**

Posted January 1

Perhaps reporting to SafeSport might help- at least with USAW events.



**gimpeltf**

Posted January 1

Perhaps reporting to SafeSport might help- at least with USAW events.

Members

💬 723

🏆 1

---

**FanOfPurdueWrestling**

Posted January 1

> On 1/1/2024 at 10:37 PM, Winners Circle said:
>
> I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

There are going to be sick people everywhere, but giving them a free pass to look at children in revealing clothing isn't helping.

Members

💬 109

❤️ 4    🏆 1

---

**FanOfPurdueWrestling**

Posted January 1

> On 1/1/2024 at 10:41 PM, FanOfPurdueWrestling said:
>
> There are going to be sick people everywhere, but giving them a free pass to look at children in revealing clothing isn't helping.

Additionally, this isn't about the kids being touched. That is an entirely other Fuc*ed up issue.

Women in revealing clothes don't deserve to be raped but they do expect to be sexualized to a degree. Same as we would expect a pedo to do to an exposed child.

If you're not willing to take this step/advocate for it to make children less revealed you are complacent.

Members

💬 109

---

**scribers**

Posted January 1

> On 1/1/2024 at 10:29 PM, FanOfPurdueWrestling said:
>
> It's so simple, quit making our sport so easy to sexualize and make fun of....

We've been yelling about this for decades.

There are weirdos out there that no one can fix until they actually cross lines. Thinking awful things is not a crime until they actually assault.

And there are the weirdo enablers governing this sport who are too imbecilic to figure out the simple solution.

Members

💬 170

---



170

There are weirdos out there that no one can fix until they actually cross lines. Thinking awful things is not a crime until they actually assault.

And there are the weirdo enablers governing this sport who are too imbecilic to figure out the simple solution.

 4

---



**BAC**

Members

186

Posted January 1                                                      •••

Some initial thoughts from a legal perspective.

1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you need to focus on the videos of minors, where your argument is strongest. Point out:

(a) How if you click on the "popular" tab on Youtube (so it organizes videos by view count), almost all of the video stills (thumbnails) includes an image of the (minor) wrestler's crotch. Not a coincidence.

(b) Specific examples of camera angles, camera focus, and the choice of which wrestler to follow during breaks, that evidence they are not focused on the wrestling but the wrestler and their anatomy.

(c) Efforts by the videographer/photographer to seek out specific wrestlers who previously appealed to this community. Are there efforts to seek out the interview of certain wrestlers, or to take multiple videos of their matches, that is not explained by their prowess as a wrestler but, rather, by the viewcount of their last video by prurient elements?

(d) Examples of interaction between videographer and commenters that further the notion that he is seeking to indulge their desires rather than showcase the sport of wrestling.

(e) Find links to his website on adult websites, and seek ways to trace them to the photographer. Encourage law enforcement to find out from Youtube the identity of the URLs from which traffic is resolving.

(f) Find examples of his work on adult websites. If no DMCA takedown notice has been done, why? Is it being licensed, and/or a royalty paid?

(g) There are other things that can be done too which I won't mention, but an experienced investigator would know.

2. From a parental standpoint:

(a) First and foremost, be careful about what forms/waivers you sign for your kid. If it includes filming or likeness rights, cross it out, or ask in advance to know the name and contact info of those who will be given filming rights. You are the first line of defense for your kid. If you DO sign it, keep a copy -- take a picture with your phone. And you see your kid's video online, contact the tournament organizer to see if you signed a waiver, get a copy of it, and demand to see the list of persons to whom credentials were given.

(b) Copyright laws won't help much since you probably don't own the copyright, but if the video wasn't shot by whoever is hosting it, contact the person to shot the video, demand to know what permissions they gave, and demand they do a DMCA takedown notice. Similarly, if the video was shot without authorization of the event organizers, contact them with a demand to enforce their rights against unauthorized filmers.

(c) Research and use child privacy laws in your state. This is going to be highly state-specific, as federal rights are more circumspect. Some state laws are more robust (e.g. California's CCPA, updated by the CPRA). Whatever form you signed, don't assume it includes a right to put a suggestive picture of your kid on the internet and profit from it. (And if your state has a crappy child privacy law, talk to your legislator.)

(d) Research and use right of publicity laws in your state. Again, this is highly state specific, and more narrow and less useful than privacy laws, but may be useful if your kid isn't a minor, and may give a path to civil suit. A copyright defense isn't necessarily a defense to an image appropriation.

3. Reach out to your state AG's office. They have their own menu of options and may be able to pursue

by the CPRA). Whatever form you signed, don't assume it includes a right to put a suggestive picture of
legislator.)

(d) Research and use right of publicity laws in your state. Again, this is highly state specific, and more
narrow and less useful than privacy laws, but may be useful if your kid isn't a minor, and may give a path
to civil suit. A copyright defense isn't necessarily a defense to an image appropriation.

3. Reach out to your state AG's office. They have their own menu of options and may be able to pursue
the photographer/videographer, whether criminally or civilly, based on some of the above avenues.

❤ 3

---

### Antitroll2828

Posted January 2

**A**

Members

💬 493

> **On 1/1/2024 at 11:53 PM, BAC said:**
>
> Some initial thoughts from a legal perspective.
>
> 1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point
> out that there's a ton of views by people who clearly have prurient interests. Its too easy for the
> photographer/ videographer to say, "It isn't my fault that these people exist. They're going to
> naturally go to whatever website has the highest quality videos and that happens to be mine." You
> need to marshal forth facts that he's tailoring his content to them and engaging with them, and you
>
> Expand ⌄

All this shit and in the end nothing will get accomplished or if it does it'll take years while clown
continues to operate .. orrr 3 fathers or brothers in masks run into this guy throw him a beating , make
him piss blood for awhile and see how many more tournaments this weirdo pops up after that

❤ 2

---

### FanOfPurdueWrestling

Posted January 2

**PURDUE WRESTLING**

Members

💬 109

> **On 1/2/2024 at 12:34 AM, Antitroll2828 said:**
>
> All this shit and in the end nothing will get accomplished or if it does it'll take years while clown
> continues to operate .. orrr 3 fathers or brothers in masks run into this guy throw him a beating ,
> make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

Euthanize them, there is no room for them. 🧍🧍

❤ 2

---

### billyhoyle

Posted January 2 (edited)

**B**

Members

💬 332

> **On 1/1/2024 at 11:53 PM, BAC said:**
>
> Some initial thoughts from a legal perspective.
>
> 1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point
> out that there's a ton of views by people who clearly have prurient interests. Its too easy for the
> photographer/ videographer to say, "It isn't my fault that these people exist. They're going to
> naturally go to whatever website has the highest quality videos and that happens to be mine." You
> need to marshal forth facts that he's tailoring his content to them and engaging with them, and you
>
> Expand ⌄

Youtube tells you exactly where your videos are embedded as a content creator. All law enforcement
would have to do is 1. get that info from youtube. 2. Search this person's computer and internet history



make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

Euthanize them, there is no room for them. 🧑‍🦲🧑‍🦲

❤ 2

**billyhoyle**

Members

💬 332

Posted January 2 (edited)

> On 1/1/2024 at 11:53 PM, BAC said:
>
> Some initial thoughts from a legal perspective.
>
> 1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you

Expand ⌄

Youtube tells you exactly where your videos are embedded as a content creator. All law enforcement would have to do is 1. get that info from youtube. 2. Search this person's computer and internet history to show he's posting stuff there.

**The real question is why doesn't youtube do this and then report it to law enforcement? Why has youtube allowed this crap on their website for so long? And why can't parents sue youtube for hosting the content and profiting off of it. Yes, Youtube has made money off of this sick shit, but for some ***ducked** up reason isn't allowed to be held accountable for it.**

*Edited January 2 by billyhoyle*

❤ 1

« PREV   1   2   3   4   5   6   7   8   NEXT »   Page 3 of 8 ⌄

# Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account
Sign up for a new account in our community. It's easy!

**Register a new account**

### Sign in
Already have an account? Sign in here.

**Sign In Now**

‹ Go to topic listing

Home > Forums > Wrestling > College Wrestling > Creeps in the wrestling community - What can we do about it?        All Activity

Cookies

Copyright © 2023 InterMat
Powered by Invision Community

Page Vault

| | |
|---|---|
| Document title: | Creeps in the wrestling community - What can we do about it? - Page 4 - College Wrestling - Intermat |
| Capture URL: | https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/4/#comments |
| Page loaded at (UTC): | Mon, 15 Jan 2024 20:57:01 GMT |
| Capture timestamp (UTC): | Mon, 15 Jan 2024 20:57:38 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 12 |
| Capture ID: | fQJpr8XMTGjcR83tPNb661 |
| User: | smb-ndombrowski |



Sounds lovely, but even if the tough-guy approach were legal, its sort if like saying you can solve the drug problem by taking out a single drug dealer. It won't work if the source is still there and consumers are still there. You're still going to have hundreds of thousands of people scouring the internet for this stuff. You don't think someone else will come along and fill the need?

My opinion on preventative measures:

1. This should be seen as, first and foremost, a child protection issue. You're never going to stop a certain subset of people from salivating over buff dudes. Get over it. Anyone out there who *hasn't* jacked off to a picture of a sexy female athlete? I doubt it. I'm all for keeping the creeps out of *all* events, but focus on keeping kids from being exploited.

2. The main issue is too many unvetted people getting photo/video credentials. Youth events should be, by default, no photo or video allowed, unless (a) you're the kid's parent, or (b) you have the written consent of the parent, or (c) you were specifically granted credentials by the event organizer, which should require a showing that they are a legitimate media organization. The question no one is asking -- but should -- is **why on earth is some guy who has nothing more than a Youtube channel being allowed to film, especially in a youth setting?** Everyone knows Youtube pays by the view. Take a guess what drives view counts. Event sponsors should condition their support on having clear and restrictive policies in place.

3. In the youth context, even sponsors should **insist on retaining ownership of the copyright** on all photos and video taken from their event. In other words, they condition their granting of recording/photo rights to them signing a document stating that (a) their product is a work-for-hire, and (b) the event organizer (e.g. USAW) grants a license, but ownership. This way, the organizer retains the ability to police how the videos/photos are used -- and, when they appear to be drawing the wrong crowd, you can do a DMCA takedown request its gone in a matter of days. Perhaps exceptions can be made for certain reputable organizations regarding ownership, but it is crazy that sponsors aren't retaining control to police the misuse of photos and videos taken at their events *with their permission.*

---

### scourge165



**Members**

💬 1.2k

Posted January 2

> On 1/1/2024 at 4:35 PM, Idaho said:
>
> Yeah, we would never have a political group that would use illegal status to actually heighten a crime...

This is...amazing. Yeah, if you go after a minority JUST because they're a minority, that's a hate crime.

Why it was thrown in like it was somehow less serious because the person who was hit here was an "illegal alien," is ***ducking** weird.

And your response is this...? Their using the person's status as an illegal alien to try and LESSEN the severity of the crime(which I'm also skeptical given the claims of the details).

👥 2

---

### BAC



**Members**

💬 186

Posted January 2

> On 1/2/2024 at 2:26 AM, billyhoyle said:
>
> Youtube tells you exactly where your videos are embedded as a content creator. All law enforcement would have to do is 1. get that info from youtube. 2. Search this person's computer and internet history to show he's posting stuff there.
>
> **The real question is why doesn't youtube do this and then report it to law enforcement? Why has youtube allowed this crap on their website for so long? And why can't parents sue youtube for** hosting the content and profiting off of it. Yes, Youtube has made money off of this sick shit, but
>
> Expand ▾

YouTube won't do anything without a subpoena. And they're immune under Sec. 230 of the CDA. That's why I phrased my post in terms of info you need to collect and give to investigators to arm them.

---

### Latest Rankings

**NCAA DI Rankings**
Updated January 9

**NCAA DII Rankings**
Updated December 5, 2023

**NCAA DIII Rankings**
Updated November 3, 2023

**NJCAA Rankings**
Updated December 25, 2022

### College Commitments



**Ayden Smith**

Notre Dame-Green Pond, Pennsylvania
Class of 2024
Committed to Rutgers
Projected Weight: 125



**Cy Kruse**

---



hosting the content and profiting off of it. Yes, Youtube has made money off of this sick shit, but

Expand ▾

YouTube won't do anything without a subpoena. And they're immune under Sec. 230 of the CDA. That's why I phrased my post in terms of info you need to collect and give to investigators to arm them.

♡ 2

### Antitroll2828



Members

💬 493

Posted January 2

> On 1/2/2024 at 3:10 AM, scourge165 said:
>
> This is...amazing. Yeah, if you go after a minority JUST because they're a minority, that's a hate crime.
>
> Why it was thrown in like it was somehow less serious because the person who was hit here was an "illegal alien," is ***ducking** weird.
>
> And your response is this...? Their using the person's status as an illegal alien to try and LESSEN the severity of the crime(which I'm also skeptical given the claims of the details).

Bro this post is about weirdos taking pictures of children wrestling and posting them for some profit from pedos and you re held up on my story like shut the hell up, and the point was that a kid got more time and had his life ruined worse then a serial kid rapist who preyed on girls for a decade because the laws against predators are a joke, the kid hit someone who was riding a bike in the dark on a highway going the wrong way who was committing a felony (his presence here illegally was a felony) and that kid got more time in a harder prison then a rapist, stay on topic

### BAC



Members

💬 186

Posted January 2 (edited)

> On 1/1/2024 at 10:37 PM, Winners Circle said:
>
> I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

That is awfully naive.

Do you see as many creepy videographers lining up at youth judo, karate, boxing tournaments? How many Youtube sites are out there with close-ups of those competitors? Show me the comment section where some perv is saying "Dang, little Johnny looks sexy in that baggy gi."

Now look at the Youtube website that everyone's talking about. Click the "popular" tab, so you see the most-viewed videos first... over a dozen with a million views. What do all those videos stills/thumbnails have in common? Besides almost all being little-known youth wrestlers, almost all under-18 males in singlets. What body anatomy is visible in outline form, front and center, in them?

Now take a wild guess. Why do you THINK these videos have so many views?

I'm sure there'd be some pervs around the sport no matter what, and I'm not saying moving away from singlets would be a cure-all. I'm sure it wouldn't be. But if you think the choice of attire has nothing to do with the attention our sport gets from this segment of the population, your head is in the sand.

Admitting this is most definitely NOT justifying the predators, nor is it blaming the victim. It is simply stating a fact. Attire choice influences decisions. It doesn't justify those decisions, but it influences them.

What you choose to do with that information is up to you. If you want to say "we shouldn't have to change our attire just to keep the pervs away," go for it. But don't pretend it isn't influencing their behavior when it obviously is.



**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285

**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157



**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141



with the attention our sport gets from this segment of the population, your head is in the sand.

~~admitting that is most definitely not justifying the predators, nor am I blaming the victim. I'm simply~~ stating a fact. Attire choice influences decisions. It doesn't justify those decisions, but it influences them.

What you choose to do with that information is up to you. If you want to say "we shouldn't have to change our attire just to keep the pervs away," go for it. But don't pretend it isn't influencing their behavior when it obviously is.

**Edited January 2 by BAC**

♥ 3

---

**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

---

### scourge165    Posted January 2    •••

**S**

Members

💬 1.2k

> **On 1/1/2024 at 10:37 PM, Winners Circle said:**
>
> I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

Eh, I kinda agree with you, but I think your logic is a bit flawed. It DOES have something to do with the singlet or they'd be just as interested in watching Hockey or Basketball.

I'd guess it'd be similar to girls' Volleyball(or more likely private school uniforms).

I don't like that the solution is to not wear Singlets, but maybe you leave that to the kids, or you give the parents the option through HS? I don't know what the answer is. Hell, I don't even see the problem...I'm not gonna go looking too hard for it either as...that feels strange also.

I saw the names, I searched them on YT. I saw a lot of College Wrestling where you see a pretty clear outline, but I haven't seen enough where I can tell it's intentional. That's on the Midwest Wrestling. But I have only watched a couple.

♥ 1

---

### billyhoyle    Posted January 2    •••

**B**

Members

💬 332

> **On 1/2/2024 at 3:22 AM, BAC said:**
>
> YouTube won't do anything without a subpoena. And they're immune under Sec. 230 of the CDA. That's why I phrased my post in terms of info you need to collect and give to investigators to arm them.

Yeah I know. My post wasn't clear. I wasn't asking what part of the law protects YouTube from liability. I'm asking why it is still such a blanket protection.

♥ 1

---

### Husker_Du    Posted January 2    •••

According to Kozak, his vids are uploaded/embedded on porn sites.

---



**Husker_Du**

President

💬 1.3k

Posted January 2

•••

According to Kozak, his vids are uploaded/embedded on porn sites.

Additionally, i'm pretty sure they are linked on kiddie/gay porn message boards.

and you don't get those kind of view counts without something like that.

i talked about it on a show in the spring and promptly got a call from his 'lawyer-friend' who tried telling me it was all coincidental.

i said 'is it just a coincidence that all the thumbnails are crotch shots or humping? no sprawls or leg attacks'

two days later the thumbnails were all changed.

❤️ 3   🟣 2

Jason Bryant works here.

---

**scourge165**

Members

💬 1.2k

Posted January 2

•••

> On 1/2/2024 at 3:23 AM, Antitroll2828 said:
>
> Bro this post is about weirdos taking pictures of children wrestling and posting them for some profit from pedos and you re held up on my story like shut the hell up,  and the point was that a kid got more time and had his life ruined worse then a serial kid rapist who preyed on girls for a decade because the laws against predators are a joke , the kid hit someone who was riding a bike in the dark on a highway going the wrong way who was committing a felony (his presence here illegally was a felony) and that kid got more time in a harder prison then a rapist , stay on topic

I'm staying on topic. You came up with this ridiculous story about a drunk driver and tried to somehow mitigate what he did with..."facts," that I am skeptical of and then you continue to add that he was illegal(NOT a felony).

YOU made it about how killing someone who wasn't an American Citizen in this Country(again, if that's even the case) a lessor crime than a citizen(as you again reiterate by claiming he's a felon).

Also, "held up on [your] story?" Story does sound like a good descriptor, but I posted once about it?

---

**scourge165**

Members

💬 1.2k

Posted January 2

•••

> On 1/2/2024 at 7:50 AM, Husker_Du said:
>
> According to Kozak, his vids are uploaded/embedded on porn sites.
>
> Additionally, i'm pretty sure they are linked on kiddie/gay porn message boards.
>
> and you don't get those kind of view counts without something like that.
>
> i talked about it on a show in the spring and promptly got a call from his 'lawyer-friend' who tried telling me it was all coincidental.
>
> Expand ⌄

Well...then you've at least done something about it.

I've only seen College kids on there...which is bad enough, but I imagine there are a lot of kids(as in young boys)?

I also went into the comments and saw someone talking about how they never Wrestled or Coached, but don't like the coach yelling. That was...odd.