# Exhibit A



EXHIBIT A

**MatScouts** ✓

Dec 27, 2021, 11:43 AM

> Yes sir

Dec 27, 2021, 11:43 AM

> Sent. Thanks

Dec 27, 2021, 11:44 AM

why are all your wrestling videos on porn sites?

May 24, 2023, 3:49 PM

> youtube.com
> Midwest Wrestle

> The amount of time I spend filing DMCA reports often makes me want to quit. It's like a many-headed hydra... every account I get shut down, two new ones sprout up in their place. And getting one shut down takes months. And that's only when they accept my reports, I often get rejected on B.S. grounds. And that's only when they actually respond, plenty of platforms completely ignore me. This platform we're on now is the absolute worst, I have completely given up on trying to get Twitter to take anything down, they just ignore me.
>
> About a year ago I tried to scare people off but they don't care:
> youtube.com/post/Ugkxe_sTi...
>
> One guy is never going to be able to keep up with the Internet. I would need a team of people full time to have any chance of staying on top of all of it. It's depressing.

May 24, 2023, 3:59 PM

> For now, that team consist of good samaritans such as yourself who occasionally bring to my attention content I didn't find on my own. I mostly monitor YouTube, TikTok, Instagram and Facebook, but you said porn sites, so I definitely need your help with links to whatever you've found so I can try and get it taken down. Thank you.

May 24, 2023, 4:14 PM

i'm going to be honest - i don't believe you. i think you're systematically putting them on porn sites. on what planet does a wrestling video between 2 no name high schoolers get 400k views

i think you know exactly what you're doing

May 24, 2023, 5:36 PM

> That is fucked up, Willie. I work my ass off for this community. And not just through the countless stories I've been told by wrestlers who get recruited through my content, but also through the full-time officiating schedule I take on every year. Unlike you, I work a full-time job on top of everything else I do for the wrestling community, so not only do I not have the time to do the fucked up shit you just accused me of, I also don't have the time to debate this with you. Maybe if you spent less time surfing porn sites that apparently cater to high school content, you would have more free time to officiate as well. Now go away and don't come back until you apologize.

May 24, 2023, 6:53 PM

lmfao

stop playing dum

why do you think your vids have so many views

anyway, i'm not gonna play games w/ you. i will be reporting you though. as several people already have

May 24, 2023, 8:47 PM