# Exhibit C



| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "Parents, coaches, tournament directors, etc… Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their…" / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1742573812518908149 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:05:34 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:05:55 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | rr61h3pcZDsH5Q6RvnKtZv |
| User: | smb-ndombrowski |

EXHIBIT C

X

Settings

## Post



The Wrestling Room (Pat Mineo) ✓
@MrPatMineo
···

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. Be aware of potential "grooming"...

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

3:49 PM · Jan 3, 2024 from Pennsylvania, USA · **36.5K** Views

**10** Reposts　**2** Quotes　**152** Likes　**4** Bookmarks

💬　⟲　♡　🔖 4　⬆

### News · Weather
Sign up now to get your own personalized timeline!

G Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

The Wrestling Ro... ✓
@MrPatMineo
**Follow**
The Friendly Founder of #TheWrestlingRoom 🇺🇸✨ (you can join 35K others chatting on our forum below)

Trends are unavailable.

Terms of Service　Privacy Policy　Cookie Policy
Accessibility　Ads info　More···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in　Sign up

Document title: The Wrestling Room (Pat Mineo) on X: &quot;Parents, coaches, tournament directors, etc… Be vigilant when it comes to your children and your athletes....
Capture URL: https://twitter.com/MrPatMineo/status/1742573812518908149
Capture timestamp (UTC): Thu, 04 Jan 2024 20:05:55 GMT

Page 1 of 1



| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in millions of views… There's serious red flags. He has to be banished from the sport! Sickening." / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741646258308042824 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:06:22 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:06:40 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | rnpn5Nzkg5EBqjNfiScSFf |
| User: | smb-ndombrowski |



Document title: The Wrestling Room (Pat Mineo) on X : &quot;@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in…
Capture URL: https://twitter.com/MrPatMineo/status/1741646258308042824
Capture timestamp (UTC): Thu, 04 Jan 2024 20:06:40 GMT



| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "Yeah…. @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of wrestling and any tournament, practice room, school and children in general. You know what you are doing and the fact that you are allegedly a certified referee in Iowa is scary…." / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741642778705088941 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:08:19 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:08:54 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 69s3ufuPsQXACtZ2xMTrZe |
| User: | smb-ndombrowski |



X

⚙ Settings

Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

The Wrestling Room (Pat Mineo) ✔
@MrPatMineo

···

Yeah…. @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of wrestling and any tournament, practice room, school and children in general. You know what you are doing and the fact that you are allegedly a certified referee in Iowa is scary. You need to be investigated by authorities… ASAP!



Michael Boyd @MichaelBoyd174 · Jan 1
Kyle Dake vs David Taylor has 653k views. Look at the millions of views on these matches and then look at the thumbnails.

This is not okay and something should be done about this. He's got an Iowa high school state association patch on his reffing uniform.  …
Show more

2:09 AM · Jan 1, 2024 from Pennsylvania, USA · 214K Views

24 Reposts    3 Quotes    221 Likes    23 Bookmarks

💬            🔁            ♡            🔖 23            ⬆

Relevant people

The Wrestling Ro✔
@MrPatMineo                              Follow
The Friendly Founder of #TheWrestlingRoom 🇺🇸🙌 (you can join 35K others chatting on our forum below)

Michael Boyd
@MichaelBoyd174                          Follow
In relentless pursuit of my best self.

Trends are unavailable.

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2024 X Corp.

Don't miss what's happening
People on X are the first to know.

Log in        Sign up

Document title: The Wrestling Room (Pat Mineo) on X: &quot;Yeah…. @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of...
Capture URL: https://twitter.com/MrPatMineo/status/1741642778705088941
Capture timestamp (UTC): Thu, 04 Jan 2024 20:08:54 GMT

| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil…" / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741643106355748872 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:09:22 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:09:41 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | inh5fiaKkj8MsFc2bYK2Db |
| User: | smb-ndombrowski |

PDF REFERENCE #:     hqRYUHmXmpYyz8nhSzFTpG



Document title: The Wrestling Room (Pat Mineo) on X: &quot;He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very...
Capture URL: https://twitter.com/MrPatMineo/status/1741643106355748872
Capture timestamp (UTC): Thu, 04 Jan 2024 20:09:41 GMT

| Document title: | The Wrestling Room (Pat Mineo) on X: "@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in millions of views… There's serious red flags. He has to be banished from the sport! Sickening." / X |
|---|---|
| Capture URL: | https://twitter.com/MrPatMineo/status/1741646258308042824 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:03:41 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:04:40 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | xgc9HLuTbrYyQCFCYsSCnw |
| User: | smb-ndombrowski |



Document title: The Wrestling Room (Pat Mineo) on X: &quot;@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in…
Capture URL: https://twitter.com/MrPatMineo/status/1741646258308042824
Capture timestamp (UTC): Thu, 04 Jan 2024 21:04:40 GMT

Page Vault

| | |
|---|---|
| Document title: | The Wrestling Room (Pat Mineo) on X: "He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil…" / X |
| Capture URL: | https://twitter.com/MrPatMineo/status/1741643106355748872 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:31:54 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:32:08 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | fRhRShmGPpqJJV2ctKu5rJ |
| User: | smb-ndombrowski |





# The Wrestling Room

🔒 Private group · 44.0K members

**Discussion**   Featured   Members   Media   Files



**Pat Mineo**
Admin · Top Contributor · 4h · 😊

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. It is so important! Be aware of potential "grooming"... See the signs!

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

👍🥰 63                                          4 comments

👍 Like          💬 Comment          ⎁ Send

All comments ⌄

**Tristan Jones** Top Contributor
Unfortunately this is a needed post. So many predators out there. Predators use the trusting nature of most people against them and their children. Speak to your children. Educate them on the dangers that exist. Let your children know they can talk... See more
4h   Like   Reply                          👍 3

**Jennifer Ritacco** ✋
Pat Mineo I'm glad you pointed out the excitement factor...the excitement of feeling like your kid was "noticed" for his/her wrestling ability and a media person with millions of views wants to post your kid. I get it...it feels good to feel noticed, but ...
See more
3h   Like   Reply                          👍 4

**Michael Skrzenski** Top Contributor
Great post, Pat.
2h   Like   Reply                          👍 2

Write a comment...                          💬 😊 📷 GIF 🔖

# The Wrestling Room

Private group · 44.0K members

Discussion    Featured    Members    Media    Files

**Purler Wrestling**
Top Contributor · January 1 at 1:34 PM · 🌐

The thumbnails on this YouTube Channel are extremely suspect. Make sure your child isn't on this page.



😮😡😍 47                                    21 comments

👍 Like          💬 Comment          ➤ Send

All comments ▾

**Deanne Moore** Top Contributor
I'm more creeped out that people are paying him money for the videos.



2d    Like    Reply                              😮

**Alex Yntriago** Top Contributor
Deanne Moore they might be pervs

2d    Like    Reply

**Deanne Moore** Top Contributor
Alex Yntriago yes, they are pervs commenting and paying but why are they allowing an official to film kids, post to porn sites and make money



2d Like Reply

**Alex Yntriago** Top Contributor
Deanne Moore they might be pervs

2d Like Reply

**Deanne Moore** Top Contributor
Alex Yntriago yes, they are pervs commenting and paying but why are they allowing an official to film kids, post to porn sites and make money off our kids. I understand this stuff happens, but by an official?

2d Like Reply

**Alex Yntriago** Top Contributor
Deanne Moore oh he is an official oh no no no no he must be delt with asap

2d Like Reply Edited 👍 2

**Deanne Moore** Top Contributor
Alex Yntriago yes, he is an official

8 549 553
Posts Followers Following

**Nima Gharavi**
Digital creator
Wrestling Official
Founder @midwestwrestle
🔗 mwrestle.com
👤 Followed by cpyles

2d Like Reply

**Alex Yntriago** Top Contributor
Deanne Moore ironic look who he is followed by lol
Pat Mineo your nemeses lol

2d Like Reply 👍

**Deanne Moore** Top Contributor
Alex Yntriago I think he follows him to keep an eye on him. They know he's trouble, Pyle's commented on Twitter about him and past issues.

2d Like Reply 👍

**Alex Yntriago** Top Contributor
Deanne Moore oh then he is smart lol

2d Like Reply

Reply to Alex Yntriago... 📋 😊 📷 🎞 🏷

to Deanne Moore... 📋 😊 📷 🎞 🏷

**Alex Jones** Top Contributor
I have seen them now posting on wrestling team Facebook pages. They find them as the Facebook page is posting pictures of kids and they accept all these unknown people. Teams should make their pages private only. They are taking the photos and spreading them.

2d Like Reply Edited 👍

**Shawn Ritter** Top Contributor
How the hell have we got to this point in our world? What the fuck went wrong! I can't even believe this is a thing. How does this attract people?!?! I hope everyone that is involved with this or something similar, (well I guess I should not say what ...
See more

1d Like Reply

**Andy Siegal**
🌀 Deerfield Wrestling Nation I saw a cpl of DHS guys in there. Not sure you know their photos are in there.

1d Like Reply

**Bryce Kammerzell**
Brandon Kammerzell Tony Mustari check this out. Wtf

1d Like Reply

**Zak Faulkner**
Erin Alford McArthur Jim McArthur I see your boys name in the pic. Not sure if you are aware.

1d Like Reply



Deanne Moore oh then he is smart lol
2d   Like   Reply

Reply to Alex Yntriago...

Reply to Deanne Moore...

Alex Jones  Top Contributor
I have seen them now posting on wrestling team Facebook pages. They find them as the Facebook page is posting pictures of kids and they accept all these unknown people. Teams should make their pages private only. They are taking the photos and spreading them.
2d   Like   Reply   Edited

Shawn Ritter  Top Contributor
How the hell have we got to this point in our world? What the fuck went wrong! I can't even believe this is a thing. How does this attract people?!?! I hope everyone that is involved with this or something similar, (well I guess I should not say what ...
See more
1d   Like   Reply

Andy Siegal
⚫ Deerfield Wrestling Nation I saw a cpl of DHS guys in there. Not sure you know their photos are in there.
1d   Like   Reply

Bryce Kammerzell
Brandon Kammerzell Tony Mustari check this out. Wtf
1d   Like   Reply

Zak Faulkner
Erin Alford McArthur Jim McArthur I see your boys name in the pic. Not sure if you are aware.
1d   Like   Reply

Bobby Falvo
What's a sick fuck
1d   Like   Reply

Wendi Priest Keller
We are pointing this out.... BUT.... There is a woman that travels around taking copious photos and videos of boys on and off the mat that have NO ASSOCIATION to her nor does she even have any children at all and NOT ONCE is anyone acknowledging that she i... See more
1d   Like   Reply

Eli Randall  Top Contributor
Wendi Priest Keller i don't know who she is...
1d   Like   Reply

Emman Sarwari
Wendi Priest Keller names are important, these people should be pointed out
1d   Like   Reply

Khalil Shakur
Wendi Priest Keller what is her name?
1d   Like   Reply

Reply to Wendi Priest Keller...

Jeremy Mitchell
I'm sure it's already been pointed out to ⚫ Shawn Dover and Katrina Worthington-Dover that Kara is in the second most popular video on their site. Not sure what that means but here you go.
1d   Like   Reply

Kim Cullen Price
Jeremy Mitchell well, if you find the video on his you tube page and then Google the title of it, you will most likely find other sites the video has been uploaded to(unfortunately). I did that on a few of them and some porn sites had them uploaded there. Sick.
16h   Like   Reply

↳ View 1 reply

Reply to Jeremy Mitchell...

a comment...







**The Wrestling Room**

**Wendy R Manos-Debnar**
**Lockner** you can not convict a person with no proof. You can't sentence a person before they have even been arrested. What proof has been provided. There is this thing called double jeopardy. No one wants these people in any way around at any time. ... See more

1d    Like    Reply

**Wendy R Manos-Debnar**
**Deanne Moore** there is nothing you can do, you sign your kids up. Ultimately YOU are responsible for

1d    Like    Reply

**Lockner**  Top Contributor
**Wendy R Manos-Debnar** sheeesh- do you intend to sound like you want all of us to back off? Because that's what you sound like.

I assure you that plenty of dads disagree that 'nothing can be done'. lol.

1d    Like    Reply

**Deanne Moore**  Top Contributor
**Wendy R Manos-Debnar** my kids are in college, I didn't sign them up. What an asinine response.

1d    Like    Reply

**Wendy R Manos-Debnar**
**Lockner** that is because of your misconstrued interpretation that is completely baseless. Having been through this and the legal system im telling you truth, painful as it is. As you seem to ignore, he has been reported numerous times....

1d    Like    Reply

**Wendy R Manos-Debnar**
**Deanne Moore** that is what the police told me. DO me a favor, if you want to slam me, please read EVERYTHING i posted not what personally offended you. By the way, college makes them adults....which for the original post means that this doesnt apply t... See more

1d    Like    Reply    Edited

**Lockner**  Top Contributor
**Wendy R Manos-Debnar** lol you really come across like you're on the wrong team- but I think you just have a terrible personality. ✌️

1d    Like    Reply

**Wendy R Manos-Debnar**
**Lockner** nope just a mother who went through this with no justice who tried to explain this to other parents. I understand that because it is such a horrible topic that anything other than a person saying this person should be eliminated makes it seem ... See more

1d    Like    Reply

**Lockner**  Top Contributor
**Wendy R Manos-Debnar** sorry to hear that- legally... maybe you're right... but he can be exposed. Shunned. 'Runned-off'. And- dare I repeat- be dealt some fatherly street justice. For you and everyone else.

Casey Anthony- she got away with it but her... See more

1d    Like    Reply

**Wendy R Manos-Debnar**
**Lockner** I will be right along side you for the fight

1d    Like    Reply

Reply to Deanne Moore...

Reply to Wendy R Manos-Debnar...

**Pat Mineo**  Author  Admin  +1
Apparently he has been approached many times and lawyered up. And is getting away with this because of lack of proof...

2d    Like    Reply

**Tyler Amos**
**Pat Mineo** yeah something not okay is going on because when you go to his page through a Facebook link and click on a video the list of suggested videos*directed towards his audience average* is filled with creepy not okay things

2d    Like    Reply



Reply to Pat Mineo...

**Charlie Chalfant** Top Contributor
I have a few thoughts on this.
There's a few ways to initially view this scenario.... **See more**
2d  Like  Reply

**Pat Mineo** Author Admin +1
Charlie Chalfant dude.. did you watch the videos and also see the thumbnails? Every thumbnail is of a private part and he zooms in during matches... if it was just views then it wouldn't matter: it's about the content.
2d  Like  Reply  Edited  👍 7

**Chris Morrison** Top Contributor
Charlie Chalfant - read the articles I linked above.
2d  Like  Reply  👍

**Pat Mineo** Author Admin +1
Charlie Chalfant ???

2d  Like  Reply  😮💥 4

**Charlie Chalfant** Top Contributor
Pat Well, there you go
2d  Like  Reply  👍

Reply to Pat Mineo...

**Jamil X Shhmart**
Charlie Chalfant no reason a bo Bassett match gets thosands of views and some random48kg girls match gets MILLIONS
THIS IS SICK
1d  Like  Reply  👍

**Chris Morrison** Top Contributor
Jamil X Shhmart - exactly 2+2 = 4. These creeps get no benefit of the doubt given the consequences when people let this slide
1d  Like  Reply

Reply to Jamil X Shhmart...

Reply to Charlie Chalfant...

**Elaina Trupia-Burton**
This is disgusting!
2d  Like  Reply

**Joe Asterino** Top Contributor
Is there something I don't know here - or I am not seeing? Looked at videos, comments, IG etc and nothing out of the ordinary.
2d  Like  Reply  👍 11

**Pat Mineo** Author Admin +1
Joe Asterino he is trying to wipe stuff as we speak because it's been a hot topic last few weeks on twitter and he was kicked out of midlands. So you not see every thumbnail is specifically picked of a private part and suggestive photo on his most popular videos ?
2d  Like  Reply  👍 7

**Wendy R Manos-Debnar**
Pat Mineo their uniform already causes issues
1d  Like  Reply

Reply to Pat Mineo...

**Pat Mineo** Author Admin +1
Joe Asterino this is certainly not ordinary. It's just tip of iceberg with him as



Wendy R Manos-Debnar
**Pat Mineo** their uniform already causes issues
2d  Like  Reply

Reply to Pat Mineo...

Pat Mineo  Author  Admin  +1
**Joe Asterino** this is certainly not ordinary. It's just tip of iceberg with him as well. He's been reported and lawyered up many times.

2d  Like  Reply

Jennifer Ritacco
**Pat Mineo** I'm reading through these comments and see this about Tumblr...proof he's disseminating these videos all over. The person says in a foreign language that he can see it perfectly on tumblr. See what??? The guy above is giving $5 gifts and sayin... See more

1d  Like  Reply

Jennifer Ritacco
**Pat Mineo** I'm f'ing done. When you google titles of the videos you get to all kinds of pages...I found one that's titled "teen bulge". 😭 😭 Everyone who thinks the youtube thumbnails are no big deal...I have no words.

1d  Like  Reply

Tammy Rizzolo- Danise
**Jennifer Ritacco** smfh 😠 that's disgusting !! How anyone can think that is harmless is beyond me!!

1d  Like  Reply

Jennifer Ritacco
**Tammy Rizzolo- Danise** this is so bad. These kids' videos are all over the web in places you definitely don't want them to be.

1d  Like  Reply

Reply to Pat Mineo...

Chris Morrison  Top Contributor
**Joe Asterino** - the guy had videos from these run of the JV tournaments in East Nowhere with, as Pat said, insane amounts of views. His commenters were a collection of creepy MFers with no interest in the sport.

Willie Saylor brought this up a few mon... See more

2d  Like  Reply

Pat Mineo  Author  Admin  +1
**Chris Morrison** yep and bots aside he is thumb nailing suggestive photos of private snd zooming in during matches

2d  Like  Reply

Chris Morrison  Top Contributor
**Pat Mineo** - this came up on TheMat too. Some people can be naive - it's quite clear what he and others are up to - nothing to do with bots

2d  Like  Reply

Reply to Chris Morrison...



**Pat Mineo** Author Admin +1
Chris Morrison yep and bots aside he is thumb nailing suggestive photos of private snd zooming in during matches

2d  Like  Reply

**Chris Morrison** Top Contributor
Pat Mineo - this came up on TheMat too. Some people can be naive - it's quite clear what he and others are up to - nothing to do with bots

2d  Like  Reply

Reply to Chris Morrison...

**Alex Yntriago** Top Contributor
Joe Asterino same with me or maybe we ain't seeing it with pedo eyes but if they seen something out of the ordinary they should be reported n removed.

2d  Like  Reply

**Pat Mineo** Author Admin +1
Alex Yntriago umm???

2d  Like  Reply

**Alex Yntriago** Top Contributor
Pat Mineo I just saw in the group... I'm so disappointed in ppl who do this but then again this works is full of sickos
I use to train in a club in the city that was very old school guys who were a bit touchy but I guess it's how they were able to control opponent.

2d  Like  Reply

**Wendy R Manos-Debnar**
Pat Mineo his name is on this somewhere? If so why has this person not been arrested? Disturbing and disgusting

1d  Like  Reply

Reply to Alex Yntriago...

**Jennifer Ritacco**
Joe Asterino I have taken thousands of pictures for my sons' teams and I will tell you with 99.99% certainty I go through every picture before posting on our PRIVATE team site and any time I ACCIDENTALLY zoomed in or caught a bad angle I would permane... See more

2d  Like  Reply  Edited                    6

**Wendy R Manos-Debnar**
Joe Asterino cause society today like to accuse and convict and ruin a person life based off their own perverted interpretation

1d  Like  Reply

**Jennifer Ritacco**
Wendy R Manos-Debnar perverted interpretation? really? How about look at who's sending him monetary gifts for the videos, google some of the video titles and find them on sites for things such as "teen bulge". You might want to ask why you are NOT i... See more

1d  Like  Reply

**Deanne Moore** Top Contributor
Jennifer Ritacco she wanted to quote legalities to me about how wrong or incorrect I was about being pissed my "kids" appeared on his YouTube. She said it was my fault I signed them up. I said they were college age and she was talking out her arse or ... See more

1d  Like  Reply                    2

**Jennifer Ritacco**
Deanne Moore I am certain you didn't "sign them up" for the teen bulge dark web...you would never expect that to be the outcome and I'm sorry your kids are out there. We will see him on the news and the boys in federal prison will take good care of him. ... See more



**Jennifer Ritacco**

**Deanne Moore** I am certain you didn't "sign them up" for the teen bulge dark web...you would never expect that to be the outcome and I'm sorry your kids are out there. We will see him on the news and the boys in federal prison will take good care of him. ... See more

REPORT.CYBERTIP.ORG
**CyberTipline Report**

1d · Like · Reply · Edited

**Wendy R Manos-Debnar**

**Jennifer Ritacco** you may want to take a punctuation class. To answer you, I don't tend to look through perverted eyes. You may want to ask yourself why you dug into this so deeply cause I sure as hell didn't see those titles. You do realize that peo... See more

1d · Like · Reply · Edited

**Jennifer Ritacco**

**Wendy R Manos-Debnar** I dug into it because it was brought to my attention and it's what I do for a goddamn living. I looked for my kids and his page was a cesspool of red flags. I gathered information as I am qualified to do and gave links to the prop... See more

1d · Like · Reply · Edited   3

**Pat Mineo** Author Admin +1

**Wendy R Manos-Debnar** you don't think this is perverted to upload the videos to pornographic sites ?

1d · Like · Reply

**Jennifer Ritacco**

**Pat Mineo** the literal definition of being perverted, but we're all just making up our own interpretations 🤷

1d · Like · Reply

**Wendy R Manos-Debnar**

**Jennifer Ritacco** my Initial response was over 15 hours ago And I'm telling you I didn't dig, why would I look at smut. I saw the initial and excuse me, you even said that he had been deleting by the time people started looking. Content and context bu... See more

1d · Like · Reply

**Wendy R Manos-Debnar**

**Pat Mineo** I never even saw anything like that...nor would I personally ever repost such filth. Everytime someone repost even that photo you are objectifying those boys in that photo THAT is disgusting. This is what we're all initially saw when we click... See more



Like   Reply

**Wendy R Manos-Debnar**
**Pat Mineo** I never once saw anything like that...nor would I personally ever repost such filth. Everytime someone repost even that photo you are objectifying those boys in that photo THAT is disgusting. This is what we're all initially saw when we click... See more

1d   Like   Reply

**Wendy R Manos-Debnar**
**Pat Mineo** I see others were not seeing anything either ...not until you posted the porn . That changed the whole narrative but the thread was how many hours old? Don't condemn people who went off the initial post. I would of never posted that even ju... See more

1d   Like   Reply   Edited

Reply to Wendy R Manos-Debnar...

**Gerald Dwayne Harris** ✓   Top Contributor   · Follow
**Joe Asterino** I thought the same thing, but he cleaned up the thumbnails. I saw a few thumbnails that were definitely intended for the wrong audience. Not a lot of matches of 2 million views with awkward comments. It's going to be a hard case to prove.

1d   Like   Reply

**Jennifer Ritacco**
**Gerald Dwayne Harris** sort his videos by popularity instead of recent. They are all still there...thumbnails and comments. Once in the cloud always in the cloud. He can delete all he wants and the feds are still going to come knocking.

1d   Like   Reply

**Gerald Dwayne Harris** ✓   Top Contributor   · Follow
**Jennifer Ritacco** I hope they fix this problem. This is disgusting.

1d   Like   Reply

**Pat Mineo**   Author   Admin   +1
**Gerald Dwayne Harris** not too hard..

1d   Like   Reply

Reply to Gerald Dwayne Harris...

**Bobby Foerster**
**Joe Asterino** all most popular videos have the cover image with a penis showing basically.

1d   Like   Reply

**The Wrestling Room**

Reply to Gerald Dwayne Harris...

**Bobby Foerster**
**Joe Asterino** all most popular videos have the cover image with a penis showing basically.
1d   Like   Reply

**Jennifer Ritacco** 🤚
**Wendy R Manos-Debnar** I don't know what on earth you're talking about. I don't know anything about what's being deleted and never said anything about that. I have not read the entire thread of comments, only what gets tagged to me and notifies me. I did... See more
1d   Like   Reply

**Wendy R Manos-Debnar**
**Jennifer Ritacco** hey lady, YOU yes YOU jumped in on a thread. Do you even understand how a thread works? YOU engaged FIRST. YOU replied to a comment that I made TO SOMEONE else. YOU DID THAT!!!! For future reference I, do not engage when you don't ta... See more
1d   Like   Reply   Edited

**Jennifer Ritacco** 🤚
**Wendy R Manos-Debnar** go away and read back the way you interact with everyone. I've just had time to read more of the comments and had to stop because well...
1d   Like   Reply

Reply to Wendy R Manos-Debnar...

to Joe Asterino...

**Pat Mineo** Author  Admin  +1
He has now been going back and altering thumbnails but the most popular videos still remain
2d   Like   Reply

**Pat Mineo** Author  Admin  +1
He was kicked out of midlands this past weekend..
2d   Like   Reply   👍 8

**Deanne Moore** Top Contributor
**Pat Mineo** any info on the other guy that was kicked out? An Iowa photographer?
2d   Like   Reply   👍

**Lockner** Top Contributor
**Pat Mineo** how'd that come about? Do you know? Glad to hear it.
1d   Like   Reply

Reply to Pat Mineo...

**Brent Rose** Top Contributor
Those videos have millions of views. Wtf...
2d   Like   Reply   👍 2

**Chris Morrison** Top Contributor
Thank you for amplifying this **Pat Mineo**.
As an aside, It took years for YouTube to stop allowing comments on kid-oriented videos. Only after pressure from concerned individuals and organizations did YouTube finally do something. Pedophiles were da... See more

THEVERGE.COM
Youtube still can't stop child predators in its comments
2d   Like   Reply   Edited   👍 2

**Nikki-Jesse Simcox**
Thank you for exposing this!
2d   Like   Reply   👍

**Michael Skrzenski** Top Contributor
Hi IG is sick.. the comments are disgusting. How is this allowed?   😢
2d   Like   Reply

**Zac Daniels Gustafson**
**Michael Skrzenski** never used IG or Snapchat what's the point of them?





**Nikki-Jesse Simcox**
Thank you for exposing this!

2d  Like  Reply

**Michael Skrzenski**  Top Contributor
Hi IG is sick...the comments are disgusting. How is this allowed? 😟

2d  Like  Reply

**Zac Daniels Gustafson**
Michael Skrzenski never used IG or Snapchat what's the point of them?

2d  Like  Reply

Reply to Michael Skrzenski...

**Molly Grabowski**
Did any of these kids' parents sign waivers for this? Is the site monetized?

2d  Like  Reply

**Deanne Moore**  Top Contributor
Molly Grabowski people are tipping him on videos. First one I looked at had a tip on it and I haven't looked at any more. Found my kids on his page too. 😢

2d  Like  Reply

**Molly Grabowski**
Deanne Moore does he not show faces as a general rule?

2d  Like  Reply

**Deanne Moore**  Top Contributor
Molly Grabowski He shows everything, this is a screenshot I took while video was playing. There are 610 comments on this high school video and over a million views. Most of the comments are not wrestling related either. 😢

2d  Like  Reply

**Deanne Moore**  Top Contributor
Molly Grabowski same video

2d  Like  Reply  Edited

Reply to Deanne Moore...

**Brandy Alvarado** 🤚
Molly Grabowski I didn't. And it's my daughter in "that" match....

19h  Like  Reply

Reply to Molly Grabowski...

**Russell Louis**  Top Contributor
Thank you Pat Mineo for bringing this to light.

2d  Like  Reply  👍 5

**Austin Hepner**  Top Contributor
Pat Mineo we got a name?

2d  Like  Reply

**Deanne Moore**  Top Contributor
Austin Hepner







The Sport Wrestling Room

**Pat Mineo** Author Admin +1
He is uploading them in evil places!

2d  Like  Reply

**Tammy Rizzolo- Danise**
Pat Mineo this guy is definitely a creep!! WTH!! If I was a parent of any of the kids in these videos I would be losing it 😡

2d  Like  Reply

**Deanne Moore** Top Contributor
Tammy Rizzolo- Danise I'm losing it, 2 of my kids are in his videos! People on here saying "well, it happens, pervs are everywhere"... but by an official??!!? They allow this guy to sit next to the mat and zoom genitals and accept tips??? WTH

1d  Like  Reply

**Tammy Rizzolo- Danise**
Deanne Moore I don't blame you ! He needs to be banned from any children's sporting events!! And that would just be to start. So much more needs to be done. I am sorry that you have to go through seeing your kids in this nut jobs videos. Hopefully he h... See more

1d  Like  Reply

Reply to Tammy Rizzolo- Danise...

**Brent Rose** Top Contributor
Pat Mineo wtf, man...

1d  Like  Reply

Reply to Pat Mineo...

**Brian Cunningham**
✅ Joey Blata when you get a chance read through this and let me know your thoughts.

2d  Like  Reply

**Scott Birth**
My daughter's YouTube is TeamSassyWrestling. She has 1,500 subscribers. Her top video has 181,000 views. Is there somewhere I need to go to make sure her videos aren't on some porn site? I've always wondered how this guy has so many subscribers and views. Thanks

2d  Like  Reply  Edited

**Jake Cole** Top Contributor
Also how does someone with 700 followers on twitter get over 2 million views on his videos

2d  Like  Reply

**Shannon Stanley**
I'd be more than happy to play a crucial role in the disappearance of this man.
Please lmk if anyone plans to take action.

2d  Like  Reply

**Patrick Gebhard**
Videos with millions of views and many are not huge name wrestlers. Hundreds of comments from people saying they've never watched wrestling. So many comments on their physiques, singlets, appearance, etc. This is so gross! Get this guy out of the sport... See more

2d  Like  Reply  Edited

**Pat Mineo** Author Admin +1
A school teacher? UNREAL.







1d  Like  Reply

**Audrey Gottschalk**
**Joshua Swafford,** help spread the word?

1d  Like  Reply

**Rowan Stander**
This is the guy

1d  Like  Reply

**Wendy R Manos-Debnar**
**Pat Mineo,** there is a person here in Southwestern Pa who has been arrested and charged but because the children were so traumatized (understandably) and couldn't testify, and the fact he had a great sleazy lawyer, all charges were dropped. Which means... See more

1d  Like  Reply

**Grant Aaberg**
I've been waiting for someone to call this creep out.

1d  Like  Reply

**Marie Akerson**
Protect your kids from these idiot predators. I'm thinking of buying these or at a minimum some compression shorts. No one needs to see what some of these thin or white singlets show. Especially these perverts peddling videos to these sites.
https://... See more

SHOP.TRI-TITANS.COM
Tri-Titans Shield Briefs Wrestling Underwear - V1

1d  Like  Reply

**Pat Mineo**  Author  Admin  +1
The FBI will be handling this matter moving forward.

1d  Like  Reply

**Kendra Jackson Helms**
**Pat Mineo** oh and look at this!! He's scared as he should be

1d  Like  Reply
↪ View 1 reply

**Jennifer Ritacco** 👋
**Pat Mineo** he has only made his personal Instagram private. I can still see everything on Midwest wrestle pages.

1d  Like  Reply

**Pat Mineo**  Author  Admin  +1
**Jennifer Ritacco** trying to protect his identity wow

1d  Like  Reply

Reply to Jennifer Ritacco...

**Molly Grabowski**
**Pat Mineo** right on

19h  Like  Reply



