# Exhibit D



Document title: Jess Blogs on X: &quot;Can the wrestling community get together and do something about this friggin creep @Midwest_Wrestle ?! @NCAAWrestling…
Capture URL: https://twitter.com/JesssBlogs/status/1741520755207078173
Capture timestamp (UTC): Thu, 04 Jan 2024 21:31:32 GMT
Page 1 of 1

