# Exhibit
# E

| | |
|---|---|
| Document title: | Absolutely Disgusting Stuff from @midwestwrestle | Instagram |
| Capture URL: | https://www.instagram.com/p/C1kwKH5vffE/ |
| Page loaded at (UTC): | Wed, 21 Feb 2024 16:00:08 GMT |
| Capture timestamp (UTC): | Wed, 21 Feb 2024 16:01:06 GMT |
| Capture tool: | 10.43.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 2 |
| Capture ID: | 5H1nVwjAW9FA6nYUofZhD6 |
| User: | smb-ndombrowski |

PDF REFERENCE #:     f4FRWAQnChLYeuSZU

Exhibit E



More posts from skramblewrestling



**Log into Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

| | |
|---|---|
| Document title: | ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ | Instagram |
| Capture URL: | https://www.instagram.com/p/C1f29g6MfZp/ |
| Page loaded at (UTC): | Wed, 21 Feb 2024 16:01:20 GMT |
| Capture timestamp (UTC): | Wed, 21 Feb 2024 16:01:50 GMT |
| Capture tool: | 10.43.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 2 |
| Capture ID: | gpZxDA6QH8xq5t3924iFRJ |
| User: | smb-ndombrowski |



More posts from **skramblewrestling**



**Log into Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

Document title: ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ | Instagram
Capture URL: https://www.instagram.com/p/C1f29g6MfZp/
Capture timestamp (UTC): Wed, 21 Feb 2024 16:01:50 GMT
Page 1 of 1



