# Exhibit G



**Exhibit G**







