# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nima Gharavi, et al.
                        Plaintiff,

v.                                                 Case No.: 1:24−cv−01969
                                                          Honorable Steven C. Seeger

Jessica Presley, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the "notice of subpoena" filed by Plaintiffs' counsel. (Dckt. No. [95]) The Court reminds counsel that Rule 5(d)(1)(A) prohibits the filing of discovery−related material, absent a motion or a directive from the Court. Next time, save yourself the trouble, and avoid unnecessary filings. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.