# Exhibit A

**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "I wouldn't be caught dead posting this shit. @Midwestwrestle is a pedophile. Plain and simple. Nima Gharavi is the name. https://t.co/YAzkabbtFK" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936146038202433773 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:57:35 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:58:04 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 5q8A9EgdCJg2qFoD1f4XKG |
| Display Name: | MReiss |

PDF REFERENCE #: 3nZWTKgLN2Kkjk8B9rnDKA







Document title: (2) Presidential Wrestling Club RTC on X: &quot;I wouldn't be caught dead posting this shit. @Midwestwrestle is a pedophile. Plain and simple. Nima…
Capture URL: https://x.com/POTUS_Wrestling/status/1936146038202433773
Capture timestamp (UTC): Tue, 24 Jun 2025 20:58:04 GMT

**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Fuck bro, his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550497483120768 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:58:16 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:58:54 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | eh2kT5CX38KvCgJceFqjX3 |
| Display Name: | MReiss |

PDF REFERENCE #:          rZjGMKtCm61YRRniZl4oi4



**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Nima Gharavi as Silence of The Lambs Creepy dungeon guy. @Midwestwrestle https://t.co/sxV04qstqM" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936156289736093948 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:58:58 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:59:25 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | iMCjvZcitFaTYKZ6VJgzcT |
| Display Name: | MReiss |

PDF REFERENCE #:     w7YFhH8dzY9wBaz7HgHAFD





**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@TheBarnSession @Midwestwrestle For sure, but always worth bringing up. Especially when he has lawsuits pending against Willie." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936237695044665566 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:59:41 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:00:08 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 2Sr1tadws1A664TYQjyZaH |
| Display Name: | MReiss |

PDF REFERENCE #:      hLVWhcerLAiGv4wNCyT29d



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@TheBarnSession @Midwestwrestle For sure, but always worth bringing up. Especially when he has…
Capture URL: https://x.com/POTUS_Wrestling/status/1936237695044665566
Capture timestamp (UTC): Tue, 24 Jun 2025 21:00:08 GMT



Page Vault

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Bro is literally in the creeps pics…. what. the. fuck." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936939866425901486 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:00:12 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:00:39 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | jtb7vwtEZrziQ8X2Qgbw7z |
| Display Name: | MReiss |

PDF REFERENCE #:      4HXiaHh6SzVEWP5vNuC5VJ



🔒 **Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: ""Don't blast Midwest Wrestle, I was sexualized on his YT and therefor immortal" Bro what? Are you 14? This is real life bad shit." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1937155618827092385 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:04:36 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:05:20 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | wFYFXqdRUXLDzcUPSJSwU3 |
| Display Name: | MReiss |

PDF REFERENCE #:     6hjoNXwnoEcZr24hfH4ATT





Document title: (2) Presidential Wrestling Club RTC on X: &quot;"Don't blast Midwest Wrestle, I was sexualized on his YT and therefor immortal" Bro what? Are you 14?…
Capture URL: https://x.com/POTUS_Wrestling/status/1937155618827092385
Capture timestamp (UTC): Tue, 24 Jun 2025 21:05:20 GMT

**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@scott56920844 @Midwest_Wrestle I really don't have the history on this guy other than what I've come across recently." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936846096484995544 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:05:29 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:05:58 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 8NtkfVtrTHDo5abHa85Wxh |
| Display Name: | MReiss |

PDF REFERENCE #:     8f3h8aN756a1vdmRo1ZLMm



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@scott56920844 @Midwest_Wrestle I really don't have the history on this guy other than what I've com…
Capture URL: https://x.com/POTUS_Wrestling/status/1936846096484995544
Capture timestamp (UTC): Tue, 24 Jun 2025 21:05:58 GMT



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@scott56920844 @Midwest_Wrestle I really don't have the history on this guy other than what I've com…
Capture URL: https://x.com/POTUS_Wrestling/status/1936846096484995544
Capture timestamp (UTC): Tue, 24 Jun 2025 21:05:58 GMT

Page Vault

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@StrategicCPT @Midwest_Wrestle Dudes a piece of shit and should be under the prison, but that would be too light on him tbh. Idk what to do but I hate this" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936812924065947991 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:06:02 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:06:30 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | w3RkdcDKEm67nmb4jmjq1U |
| Display Name: | MReiss |

PDF REFERENCE #:          aAYwH2Kwl1aYevhCzy6Nbv



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@StrategicCPT @Midwest_Wrestle Dudes a piece of shit and should be under the prison, but that woul…
Capture URL: https://x.com/POTUS_Wrestling/status/1936812924065947991
Capture timestamp (UTC): Tue, 24 Jun 2025 21:06:30 GMT



# Post

**Chris Nelson** ✓ @StrategicCPT · Jun 22
Far too light.

💬    ↻    ♡ 1    ᴵ!ᴵ 810    🔖    ⬆️

## Relevant people

**Presidential Wres...** ✓
@POTUS_Wrestling    **Follow**
Old head, Unc, UFC Fan, Wrestling SICKO, and saying things no one else wants to say. Usually hating on PSU. Not actually political. 1989 NCAA Qualifier (jk).

**Chris Nelson** ✓
@StrategicCPT    **Follow**
Soldier. Lawyer. Learner. Leader. Dan Gable Zealot. "Chris Nelson: a terrible name for a terrible person." -Tim

## What's happening

**Marlins at Giants**
Starts at 9:45 PM

Sports · Trending
**Leroy Sane**
3,978 posts

Politics · Trending
**Bernie**
38K posts

Sports · Trending
**Poole**
Trending with Pelicans, Wizards
19.7K posts

Trending in United States
**Unnamed**
4,342 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
More ···    © 2025 X Corp.

Messages

**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550676269605026 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:06:40 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:07:08 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | ek4TUDyo5Vqwn7QXny2nd5 |
| Display Name: | MReiss |

PDF REFERENCE #:     5ufxC67HQ2Dp8GmQMHqkQH





🔒 **Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@Stealy_phil @Midwestwrestle Fuck bro, his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550618744672529 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:07:12 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:07:43 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 6oPF3ErnWuFgKa66GaU1qm |
| Display Name: | MReiss |

PDF REFERENCE #:        2LJNkegds8CDYLJarTmGqq



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@Stealy_phil @Midwestwrestle Fuck bro, his real at is @Midwest_Wrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936550618744672529
Capture timestamp (UTC): Tue, 24 Jun 2025 21:07:43 GMT



# Presidential Wrestling Club RTC
@POTUS_Wrestling

Fuck bro, his real at is @Midwest_Wrestle

10:23 PM · Jun 21, 2025 · **97** Views

💬    🔁    ♡ 2    🔖    ⬆️

Post your reply

**Reply**

## Relevant people

**Presidential Wres...**
@POTUS_Wrestling    **Follow**
Old head, Unc, UFC Fan, Wrestling SICKO, and saying things no one else wants to say. Usually hating on PSU. Not actually political. 1989 NCAA Qualifier (jk).

**Stealy_Phil**
@Stealy_phil    **Follow**

## What's happening

**Marlins at Giants**
Starts at 9:45 PM

Sports · Trending
**Leroy Sane**
4,024 posts

Sports · Trending
**Poole**
Trending with Pelicans, Wizards
19.6K posts

Trending in United States
**Unnamed**
4,370 posts

American actors · Trending
**STAY AWAY FROM HER**
1,036 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
More ··· © 2025 X Corp.

Messages

---

Document title: (2) Presidential Wrestling Club RTC on X: &quot;@Stealy_phil @Midwestwrestle Fuck bro, his real at is @Midwest_Wrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936550618744672529
Capture timestamp (UTC): Tue, 24 Jun 2025 21:07:43 GMT

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Fuck bro, his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550569549680825 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:07:49 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:08:14 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | hH7JCv9bbiUbUHJUoPWeMY |
| Display Name: | MReiss |





🔒 Page Vault

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Fuck bro, his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550525627220437 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:08:17 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:08:43 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | f61qrXQjdqTueFncu9GoWN |
| Display Name: | MReiss |

PDF REFERENCE #:     3pMZUXAAtenj2q7LpFLynf





**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Fuck bro, his real at is @Midwest_Wrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936550497483120768 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:08:56 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:09:21 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | dY2c8dgVk2NLmkKXRUK4Bu |
| Display Name: | MReiss |



**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@WrestlingHotTa1 @Midwestwrestle True, In my personally opinion though I think Midwest Wrestle should get fucked by a cactus" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936499758920523968 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:09:35 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:10:02 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | nfcftsUpij5McShFzLV1r6 |
| Display Name: | MReiss |

PDF REFERENCE #:          554EXar4gkaqmmMnBKaSyh



Document title: (2) Presidential Wrestling Club RTC on X: &quot;@WrestlingHotTa1 @Midwestwrestle True, In my personally opinion though I think Midwest Wrestle…
Capture URL: https://x.com/POTUS_Wrestling/status/1936499758920523968
Capture timestamp (UTC): Tue, 24 Jun 2025 21:10:02 GMT



Page Vault

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@TheBrownKind @Midwestwrestle As adults, the onus is on us to protect our children even if they don't understand or get it." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936462319845863867 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 21:10:10 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 21:10:36 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | kW7K31TUpmCLEPreTxJfxr |
| Display Name: | MReiss |

PDF REFERENCE #:        fZ6bSiKSDwE6d1hc6sPMvv





🔒 **Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "This is an incredibly weird way to categorize wrestling videos right? @Midwest_Wrestle https://t.co/TRgYPpNJgF" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936788448146317488 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:50:16 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:51:01 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 7 |
| Capture ID: | idCMwYxH597R2ockBticaF |
| Display Name: | MReiss |

PDF REFERENCE #:      fn4GJd9R8gSnQJquNYQq7g







Document title: (2) Presidential Wrestling Club RTC on X: &quot;This is an incredibly weird way to categorize wrestling videos right? @Midwest_Wrestle https://t.co/…
Capture URL: https://x.com/POTUS_Wrestling/status/1936788448146317488
Capture timestamp (UTC): Tue, 24 Jun 2025 20:51:01 GMT



Document title: (2) Presidential Wrestling Club RTC on X: &quot;This is an incredibly weird way to categorize wrestling videos right? @Midwest_Wrestle https://t.co/...
Capture URL: https://x.com/POTUS_Wrestling/status/1936788448146317488
Capture timestamp (UTC): Tue, 24 Jun 2025 20:51:01 GMT



Document title: (2) Presidential Wrestling Club RTC on X: &quot;This is an incredibly weird way to categorize wrestling videos right? @Midwest_Wrestle https://t.co/…
Capture URL: https://x.com/POTUS_Wrestling/status/1936788448146317488
Capture timestamp (UTC): Tue, 24 Jun 2025 20:51:01 GMT

Post

Reply

Search

**Jon Kozak** @KozakJon · 4h

Russian Nationals is this weekend - June 27-28! The winners here will go on to represent Russia at Worlds.

I'll be tracking all of the results in the article below, but until then, you can look at the entries 📲



2025 Russian Nationals Wrestling Entries, Results, & Brackets - FloWre...

Tony Rotundo

From flowrestling.org

💬 1          🔁 6          ♡ 28          📊 2K

### Relevant people

**Presidential Wres...**
@POTUS_Wrestling                    **Follow**

Old head, Unc, UFC Fan, Wrestling SICKO, and saying things no one else wants to say. Usually hating on PSU. Not actually political. 1989 NCAA Qualifier (jk).

### What's happening

**Nationals at Padres**
Starts at 9:40 PM

News · Trending
**CNN and NYT**                    ···

News · Trending
**Early US**
21.4K posts                        ···

Trending in United States
**Colbert**
25.4K posts                        ···

Sports · Trending
**Poole**
Trending with Pelicans, Wizards    ···
18.9K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
More ···    © 2025 X Corp.

Messages

Page Vault

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Good morning and fuck you Nima Gharavi and Cam Kramer @Midwestwrestle" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936418232933748761 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:51:23 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:51:56 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | tGpRK2Vv8S7m9icvUtHA98 |
| Display Name: | MReiss |

PDF REFERENCE #:    4X8uzda7QcGibh42N6rEN1





Document title: (2) Presidential Wrestling Club RTC on X: &quot;Good morning and fuck you Nima Gharavi and Cam Kramer @Midwestwrestle&quot; / X
Capture URL: https://x.com/POTUS_Wrestling/status/1936418232933748761
Capture timestamp (UTC): Tue, 24 Jun 2025 20:51:56 GMT

**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "It's always a good day to blast a creep, in case you don't know the @Midwestwrestle (aka Nima Gharavi) and Cam Kramer lore: Thanks for those chiming in with more background on this PIECE of SHIT https://t.co/4L27MtNkL2" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936422835066437981 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:52:09 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:52:42 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | siuisGoX8nsgT19N42vk3B |
| Display Name: | MReiss |

PDF REFERENCE #:     mCc8ZH3tmPBvR1HnZ4EwBB





Document title: (2) Presidential Wrestling Club RTC on X: &quot;It's always a good day to blast a creep, in case you don't know the @Midwestwrestle (aka Nima Gharav…
Capture URL: https://x.com/POTUS_Wrestling/status/1936422835066437981
Capture timestamp (UTC): Tue, 24 Jun 2025 20:52:42 GMT



**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "I have it on GREAT record that @Midwestwrestle is in fact Suing a popular media figure for defamation Nina Gharavi's his "alleged" pedophilic acts." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936164983504613530 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:53:01 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:53:28 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 8t9YRuScciu2YZHn8y8dTi |
| Display Name: | MReiss |

PDF REFERENCE #:            dwSgSfjc2rpq4bYKXWjENZ





Page Vault

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Nima Gharavi looks dubious, and it's bc he is. He's at best encouraging the sexualization of kids, he's at worst…. Well you know. Singlets are antiquated, let's not give sickos motivation. @Midwestwrestle wouldn't be able to edit photos to emphasis certain parts in fight shorts https://t.co/xSJJDKcGfz" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936147028691894744 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:53:34 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:54:03 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | nqrdr5W4nLrTgNUvX7K2v5 |
| Display Name: | MReiss |

PDF REFERENCE #:        cjynZwxUF9Kym8Kz4Ao3yn



Presidential Wrestling Club RTC
@POTUS_Wrestling

Nima Gharavi looks dubious, and it's bc he is. He's at best encouraging the sexualization of kids, he's at worst.... Well you know.

Singlets are antiquated, let's not give sickos motivation. @Midwestwrestle wouldn't be able to edit photos to emphasis certain parts in fight shorts

Document title: (2) Presidential Wrestling Club RTC on X: &quot;Nima Gharavi looks dubious, and it's bc he is. He's at best encouraging the sexualization of kids, he's at…
Capture URL: https://x.com/POTUS_Wrestling/status/1936147028691894744
Capture timestamp (UTC): Tue, 24 Jun 2025 20:54:03 GMT





Document title: (2) Presidential Wrestling Club RTC on X: &quot;Nima Gharavi looks dubious, and it's bc he is. He's at best encouraging the sexualization of kids, he's at…
Capture URL: https://x.com/POTUS_Wrestling/status/1936147028691894744
Capture timestamp (UTC): Tue, 24 Jun 2025 20:54:03 GMT

**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Rhino, you are a fucking pussy who apologized to a pedophile and creep. Several (multiple) media members STOOD ON BUSINESS and told @Midwest_Wrestle to kick rocks with his lawsuit (RHINO DID NOT). He is a creep and you saying sorry is softer than baby shit." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936809319741211076 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:54:08 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:54:38 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | bwqttY7pUeBinN2PR3CQaU |
| Display Name: | MReiss |

PDF REFERENCE #:     rxHkXRUknJ6cam3suuHJYQ





**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "Goodmorning and fuck @Midwestwrestle who is a pedophile. Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) are both creeps! https://t.co/6C2rzXafNG" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936127149817118890 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:54:44 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:55:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | juAdhQfFWq9Qn4N5GxBSM1 |
| Display Name: | MReiss |

PDF REFERENCE #:      fsdzXfF9n9Y2dXcxNekLj8





Document title: (2) Presidential Wrestling Club RTC on X: &quot;Goodmorning and fuck @Midwestwrestle who is a pedophile. Cam Kramer (Iowa) and Nima Gharavi…
Capture URL: https://x.com/POTUS_Wrestling/status/1936127149817118890
Capture timestamp (UTC): Tue, 24 Jun 2025 20:55:27 GMT



Document title: (2) Presidential Wrestling Club RTC on X: &quot;Goodmorning and fuck @Midwestwrestle who is a pedophile. Cam Kramer (Iowa) and Nima Gharavi…
Capture URL: https://x.com/POTUS_Wrestling/status/1936127149817118890
Capture timestamp (UTC): Tue, 24 Jun 2025 20:55:27 GMT

**PageVault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@theee_bentley @H4rada999 @Midwestwrestle Thank you for sharing your story Light skinned trick daddy. It's subtle; but this dudes definitely trying to fuck kids. @Midwestwrestle is going he scum if the earth fr fr." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936245157932007841 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:55:32 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:56:04 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 6hFyj48Gkw8nYDDQK3aQqn |
| Display Name: | MReiss |

PDF REFERENCE #:     e7zH895283ToeA2FYmzCd6





🔒 **Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@handsometuesda9 @Midwestwrestle @MatScouts1 @greentoepalacio I say let it go to court, let's see what comes when they dig into this Nima Gharavi guy." / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936147359781531712 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:56:14 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:56:44 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 2hhvJFLDfxZa2BWVvKSHnG |
| Display Name: | MReiss |

PDF REFERENCE #:        uCNew7FjRLy7LkE8egkPRg





**Page Vault**

| | |
|---|---|
| Document title: | (2) Presidential Wrestling Club RTC on X: "@handsometuesda9 @Midwestwrestle Dude I think he's currently suing @MatScouts1 At least @greentoepalacio maybe said that" / X |
| Capture URL: | https://x.com/POTUS_Wrestling/status/1936145631145259019 |
| Page loaded at (UTC): | Tue, 24 Jun 2025 20:56:58 GMT |
| Capture timestamp (UTC): | Tue, 24 Jun 2025 20:57:30 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 6U9HrSAaR79EKidWYqWvoW |
| Display Name: | MReiss |

PDF REFERENCE #:      cgUqaFjPayxpcrSwovxAZw



