# Exhibit B









