# Exhibit C

```
[00:00:00:07 - 00:00:31:11]
 Hey, I'm Midwest Russell Guy. I hear a lot of shit about you about your antics and
what you're doing and filming. I don't really know much about it, but I've heard
enough stories and I see you got kicked out of Midlands along with that other freak
cam fucking Kramer. Uh, you better cut your fucking shit out because one of these
guys is gonna break a fucking camera over your head and you're gonna have way bigger
fucking problems than you fucking do now. You gonna come here to Jersey and do that?
I fucking dare ya. I will put this cigarette out... ...in your eye. And I'll put
that on YouTube and I'll see how many fucking views I get.

[00:00:33:45 - 00:00:34:15]
 Happy New Year.

[00:00:34:15 - 00:01:14:40]
 Let me talk to you at Midwest Wrestle, your bony jabroni. Alright, just, you're
done. Don't even show off anymore. Everybody's onto you. You're not gonna get past
anybody anywhere with this shit. You could close the YouTube page. Go find some
other weird thing to put whatever shit you have left over on. Whatever. Alright,
sell your cameras. You're not gonna need them anymore. Alright, you're just done.
That goes for you too, Cam Cramer. I don't think I haven't heard about you multiple
fucking times over. Alright? Change your name from Cam to fucking perv Cramer, I
guess. Maybe, I don't know. Well, enough of this fucking shit. I've been working all
fucking day out here. I gotta fucking finish up and I hear about this shit. Fuck
you. Get the fuck out of here. You're done.

[00:01:14:40 - 00:01:20:52]
 So I don't want to make it look like I'm like clout chasing here. I'm not. I don't
need I got enough. But

[00:01:22:28 - 00:01:31:03]
 yeah, the reason why I think people you know, I haven't really said much is because
you just kind of there's nothing you can really do or say and you're taking a risk
there because

[00:01:32:09 - 00:01:59:34]
 you know, the evidence is a little sketchy in here and there and there's no real
definitive proof unless you look at the weird thumbnails and stuff like that. I
mean, you've got a random high school match between two people nobody have ever
heard of from some daytime tournament that has over a million views. And then you've
got another high school match of two very, very prominent high school wrestlers that
everybody knows. And it has 17,000 views. I mean, that doesn't make much sense. So
other people have called him out, not just us.

[00:02:00:42 - 00:02:39:09]
 What's up, all? Last thing for the night and that I'm moving on. Just, I know I
kind of put my Jogit Jagger spin on things here, but it's really nothing to joke
about. You know, if you know the stuff is really all going on, you know, the numbers
don't lie. But thanks everyone for the support and keep that same support when I
inevitably get sued for slander or something because that'll probably happen.
Whatever. We'll see. Hope not. And that's it. Thanks, you know, thanks to Allison
```

Schwab for speaking out and I'm in Rhino following up with the pasta. And that's it. I'm gonna go watch Real Woods for Sloughlin McNeil here. Real Woods is on my fantasy team.