**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>     Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**EMERGENCY MOTION TO EXPEDITE RULING ON**
**MOTION FOR CLERK'S ISSUANCE OF SUBPOENA (DKT. 98)**

NOW COME Plaintiffs NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. (collectively, "Plaintiffs"), by and through counsel, and respectfully move this Court pursuant to Judge Seeger's Standing Order regarding Emergency Motions and Local Rule 77.2 to expedite ruling on their pending Motion for Clerk's Issuance of Subpoena to X Corp. (Dkt. 98) (the "Motion"), filed August 18, 2025, due to the urgent risk of irretrievable loss of critical evidence related to the X Corp. account @POTUS_Wrestling (also known as @MatScouts_RTC). In support thereof, Plaintiffs state as follows:

1. The subject X Corp. account @POTUS_Wrestling (also known as @MatScouts_RTC) was last observed active on July 29, 2025, and was found deactivated when next checked on August 10, 2025. Under X Corp.'s policy, deactivation triggers a 30-day period after which all associated subscriber and log data will be permanently deleted if no action is taken.

2.      The evidence sought by Plaintiffs—including subscriber information necessary to identify an anonymous user accused of serious misconduct—will become irretrievable upon permanent deletion.

3.      While Plaintiffs promptly served a preservation request, X Corp.'s publicly available Guidelines for Law Enforcement indicate that formal preservation requests are accepted only from law enforcement or government officials. This policy suggests that preservation requests by private litigants like Plaintiffs are not acted upon, placing the requested information at grave risk of deletion.[1]

4.      Local Rule 77.2 states that emergency motions may be brought when "such a nature that the delay" in hearing them "would cause serious and irreparable harm to one or more parties."

5.      Here, this Court's ruling on the Motion is the only avenue by which Plaintiffs can ensure preservation of this evidence and avoid irreparable harm to their ability to prosecute their claims.

6.      The time-sensitive nature of the Motion warrants bringing this Emergency Motion pursuant to Local Rule 77.2 as X Corp. may only be in possession of the information sought in the subpoena for a number of days.

WHEREFORE, for the reasons stated above, Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.: respectfully request this Court grant this Emergency Motion to Expedite and  expedite consideration and ruling on their pending Motion for Clerk's Issuance of Subpoena to X Corp. (Dkt. 98), and for any additional relief this Court deems just and appropriate.

---

[1] See X's *Guidelines for Law Enforcement* ("We accept requests from law enforcement to preserve records… Law enforcement and government preservation requests for user information may be submitted through our Legal Request Submissions site…"), X Help Center, https://help.x.com/en/rules-and-policies/x-law-enforcemenT-support (last visited Aug. 25, 2025).

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL
OFFICIALS, INC.**

Dated: August 26, 2025

By:<u>*/s/ Jeffrey Becker*</u>
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (#6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
<u>jbecker@smbtrials.com</u>
<u>npeterson@smbtrials.com</u>
<u>oduggins@smbtrials.com</u>