IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25. <br><br> Defendants. | Case No. 1:24-cv-1969 <br><br> **Judge:** <br> Honorable Steven C. Seeger <br><br> **Magistrate Judge:** <br> Honorable Beth W. Jantz |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 27, 2025, at 9:00 AM, I shall appear before the Honorable Judge Georgia N. Alexakis sitting in Courtroom 1719, at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Emergency Motion to Expedite Ruling on Motion for Clerk's Issuance of Subpoena (DKT 98)**.

|  |  |
|---|---|
|  | **NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.** |
| Dated: August 26, 2025 | By:*/s/ Jeffrey Becker* <br> Jeffrey S. Becker (ARDC #6282492) <br> Nicole O'Toole Peterson (ARDC #6330227) <br> Olivia E. Duggins (#6349003) <br> SWANSON, MARTIN & BELL, LLP <br> 330 N. Wabash Avenue, Suite 3300 <br> Chicago, Illinois 60611 <br> Phone: (312) 321-9100 |