# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nima Gharavi, et al.

                    Plaintiff,

v.                                             Case No.: 1:24–cv–01969
                                                          Honorable Steven C. Seeger

Jessica Presley, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: Motion hearing held on 8/27/25. The Court heard this matter as the Emergency Judge. For the reasons stated on the record, plaintiff's emergency motion to expedite the ruling on the motion for clerk's issuance of subpoena [103] is denied. The motion for discovery [98] remains pending. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.