IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## **PLAINTIFFS' MOTION TO EXTEND FACT DISCOVERY**

NOW COME Plaintiffs, NIMA GHARAVI ("Mr. Gharavi") and RIGHT CALL OFFICIALS, INC. ("Right Call Officials") (collectively, "Plaintiffs"), by and through counsel, SWANSON, MARTIN & BELL, LLP, and hereby move this Honorable Court to enter an order pursuant to Federal Rule of Civil Procedure 16(b)(4) extending the deadline for the completion of fact discovery from September 30, 2025 to March 31, 2026 and in support thereof, state as follows:

This case was filed on March 8, 2024, against previously-named Defendants FloSports, Inc. ("FloSports"), Christian Pyles ("Pyles"), Jessica Presley ("Presley"), MatScouts, LLC ("MatScouts"), Willie Saylor ("Saylor"), Allyson Schwab ("Schwab"), Patrick Mineo ("Mineo"), Jon Kozak ("Kozak"), Skramble Wrestling Gear LLC ("Skramble"), Stephen Kolankowski ("Kolankowski"), and John Does 1-25 (the "Original Defendants"), alleging claims for defamation, invasion of privacy, intentional infliction of emotional distress, tortious interference with business, unfair competition, material misrepresentation, unjust enrichment, and doxing

arising out of a series of social media posts and other statements by the Original Defendants about Plaintiffs. Dkt. 1.

On April 10, 2024, Plaintiffs filed their Amended Complaint against the Original Defendants, removing three allegations and one exhibit from the original complaint. Dkt. 20. This Court entered default under Rule 55(a) against Presley on July 15, 2024 (Dkt. 44), against Skramble and Kolanskowski on October 17, 2024 (Dkt. 56), and against Saylor and MatScouts on November 6, 2024 (Dkt. 62). Plaintiffs then discovered the identity of Defendant John Doe No. 1, the social media user known as @flyingcement, as an individual named Joseph Corsini ("Corsini"), and named him as a Defendant in Plaintiffs' Second Amended Complaint, filed on December 27, 2024. Dkt. 67. On March 4, 2025, Plaintiffs voluntarily dismissed Skramble as a defendant. Dkt. 78. FloSports, Pyles, Kozak, and Schwab were dismissed as Defendants for lack of personal jurisdiction on March 14, 2025. *See* Dkt. Nos. 80, 81. Mineo filed a Motion to Dismiss Plaintiffs' Amended Complaint, which was denied on March 14, 2025. Dkt. 82. On April 1, 2025 this Court entered an order setting the fact discovery deadline in this case to September 30, 2025. Dkt. 85. On April 10, 2025, Corsini filed a Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. 86), which is still pending before this Court.

Plaintiffs have been actively engaged in discovery, which has led to the identification of additional John Doe Defendants beyond Corsini. In the Third Amended Complaint filed on May 29, 2025 (Dkt. 92), Plaintiffs named Ian Jagger ("Jagger"), associated with the social media account @Jagger712, and John Davidson ("Davidson"), associated with the online account

2

"Antitroll2828," based on information and belief. Plaintiffs have undertaken multiple efforts to effect service on both newly added Defendants; however, service has not yet been completed.[1]

The Parties have been working to meet the current fact discovery deadline. Specifically, Plaintiffs have propounded discovery requests on the remaining Defendants. Mineo has responded to Plaintiffs' written discovery. By agreement of the parties, Corsini will provide responses to Interrogatories and Requests for Production following this Court's ruling on his Motion to Dismiss. In the meantime, Corsini has responded to Plaintiffs' Requests to Admit. Plaintiffs have not received discovery requests from any defendants thus far. Additionally, Plaintiffs have issued numerous third-party subpoenas and are still awaiting to obtain responsive documents from a number of third-parties.

Plaintiffs bring this motion for good cause and extending the fact discovery deadline will not cause prejudice to the parties or unjustly delay this matter. *See, e.g.*, Fed. R. Civ. Pro. 16(b)(4) (allowing a scheduling order to be modified for good cause); *Experience Based Learning, Inc. v. Hanover Ins. Co.*, 2019 WL 2576390, at *5 (N.D. Ill. June 24, 2019) ("The primary consideration when making a good cause determination is the diligence of the party seeking to extend the deadline.") (*citing Alioto v. Town of Lisbon*, 651 F.3d 715, 720 (7th Cir. 2011)). Good cause exists to extend the fact discovery deadline, as Plaintiffs are actively in the process of serving the previously identified John Doe defendants, and a Motion to Dismiss remains pending. The additional time would facilitate resolution of Corsini's Motion to Dismiss, allow for the exchange of discovery responses, and enable service on Jagger and Davidson.

---

[1] For instance, following the filing of the Third Amended Complaint, Plaintiffs have since determined that the individual behind the @Jagger712 account is most likely Ian Majka. Plaintiffs have identified and served addresses linked to Mr. Majka.

Plaintiffs provided Corsini and Mineo an opportunity to object to the proposed extension, and neither party has raised any objection. *See* emails attached as **Exhibit A**. As such, Plaintiffs respectfully request an extension to complete fact discovery extending the deadline from September 30, 2025 to March 31, 2026 in order to continue seeking discovery from the existing and newly-named defendants.

WHEREFORE, for the reasons stated above, Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. request that the Court enter an order extending the deadline to complete fact discovery from September 30, 2025, to March 31, 2026, and for any additional relief this Court deems just and appropriate.

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: September 5, 2025

By:*/s/ Olivia E. Duggins*_____
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (#6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 5, 2025, I electronically filed the foregoing with the Court using the CM/ECF filing system, which will automatically serve copies upon all counsel of record.

  Under penalties as provided by law, the undersigned certifies that the statements set forth herein are true and correct.

                */s/ <u>Olivia E. Duggins</u>*