| | |
|---|---|
| **From:** | Olivia E. Duggins |
| **Sent:** | Thursday, September 4, 2025 11:13 AM |
| **To:** | patrickmineo22@gmail.com |
| **Cc:** | Jeff Becker; Kira Matheson; Nicole O'Toole Peterson |
| **Subject:** | Re: (Gharavi v. Mineo et al) - Extension of Discovery Deadline |

Mr. Mineo,

I am following up on my email below. Please let me know if you would have any objection to us requesting the court to extend the current fact discovery deadline from September 30, 2025, to March 31, 2026.  Thank you.

**Olivia E. Duggins**
Associate
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir:  (312) 222-8534
Fax:  (312) 321-0990
E-mail: oduggins@smbtrials.com
Website: www.smbtrials.com

# Swanson, Martin & Bell, LLP
_____
_____
**Chicago – St. Louis – Lisle – Libertyville – Madison County**

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure as information can be intercepted, lost, arrive late or incomplete. The sender therefore does not recommend total dependence on e-mail for secure and timely communication.

 Please consider the environment before printing this e-mail



---

**From:** Olivia E. Duggins
**Sent:** Tuesday, September 2, 2025 11:38 AM
**To:** patrickmineo22@gmail.com <patrickmineo22@gmail.com>
**Cc:** Jeff Becker <jbecker@smbtrials.com>; Kira Matheson <kmatheson@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>
**Subject:** (Gharavi v. Mineo et al) - Extension of Discovery Deadline

Mr. Mineo,

I am one of the attorneys for the plaintiffs in the above-captioned matter. I am writing to see if you would have any objection to us requesting the court to extend the current fact discovery deadline from September 30, 2025, to March 31, 2026.

Please let me know whether you would object to such an extension.

Thank you.

**Olivia E. Duggins**
Associate
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir: (312) 222-8534
Fax: (312) 321-0990
E-mail: oduggins@smbtrials.com
Website: www.smbtrials.com

# Swanson, Martin & Bell, LLP

Chicago – St. Louis – Lisle – Libertyville – Madison County

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure as information can be intercepted, lost, arrive late or incomplete. The sender therefore does not recommend total dependence on e-mail for secure and timely communication.

 Please consider the environment before printing this e-mail



2

| | |
|---|---|
| **From:** | Adam Kingsley <adam@kingsleylawgroup.com> |
| **Sent:** | Tuesday, September 2, 2025 11:43 AM |
| **To:** | Olivia E. Duggins |
| **Cc:** | Kira Matheson; Jeff Becker; Nicole O'Toole Peterson |
| **Subject:** | Re: (Gharavi v. Mineo et al) - Extension of Discovery Deadline |

**Caution:** External email.

Olivia,

Given that my client's Motion to Dismiss is still pending, I have no objection to extending discovery as you suggest.

Adam

Adam Kingsley
Kingsley Law Group
2212 W. Eastwood Ave.
Chicago, IL 60625
773-218-7208

---

**From:** Olivia E. Duggins <oduggins@smbtrials.com>
**Sent:** Tuesday, September 2, 2025 11:40 AM
**To:** Adam Kingsley <adam@kingsleylawgroup.com>
**Cc:** Kira Matheson <kmatheson@smbtrials.com>; Jeff Becker <jbecker@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>
**Subject:** (Gharavi v. Mineo et al) - Extension of Discovery Deadline

Hi Adam,

I am one of the attorneys for the plaintiffs in the above-captioned matter. I am writing to see if you would have any objection to us requesting the court to extend the current fact discovery deadline from September 30, 2025, to March 31, 2026.

Please let me know whether you object to such an extension.

Thank you.

**Olivia E. Duggins**
Associate
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir: (312) 222-8534
Fax: (312) 321-0990
E-mail: oduggins@smbtrials.com
Website: www.smbtrials.com

# Swanson, Martin & Bell, LLP

Chicago – St. Louis – Lisle – Libertyville – Madison County

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure as information can be intercepted, lost, arrive late or incomplete. The sender therefore does not recommend total dependence on e-mail for secure and timely communication.

 Please consider the environment before printing this e-mail



**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.