# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nima Gharavi, et al.
                              Plaintiff,

v.                                                    Case No.: 1:24–cv–01969
                                                               Honorable Steven C. Seeger

Jessica Presley, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

        MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for an order authorizing issuance of a third–party subpoena (Dckt. No. [98]) is hereby denied. Plaintiff wants to get into the weeds of the First Amendment when it comes to disclosing the identities of anonymous users. This Court doesn't give advisory opinions, and it is not clear that there is any live dispute. Rule 45 authorizes counsel to issue subpoenas without judicial intervention. Given that reality, Plaintiff can issue the subpoena, and this Court will not wade into the First Amendment unless and until there is a need to do so. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.