UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Nima Gharavi, et al.
                    Plaintiff,
v.                                              Case No.: 1:24−cv−01969
                                                Honorable Steven C. Seeger
Jessica Presley, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion to strike affirmative defenses (Dckt. No. [106]) is hereby denied, largely without prejudice. This Court is not greenlighting the proposed affirmative defenses. It is true that some of the affirmative defenses have been ruled upon already (e.g., a lack of personal jurisdiction), and some are not affirmative defenses at all (e.g., a lack of subject matter jurisdiction). But as this Court's Standing Order makes clear, motions to strike are disfavored. In this Court's experience, motions to strike rarely advance the ball, and they tend to consume more resources than they save. That's especially true with motions to strike affirmative defenses. This Court has previously explained those dynamics, and explained the pleading standards for answers, in other opinions. See, e.g., Aylin & Ramtin, LLC v. Barnhardt, 2022 WL 658786 (N.D. Ill. 2022). Maybe the day will come when this Court will have to address the merits of some of the purported affirmative defenses. For example, maybe someone will raise that issue at summary judgment. But that day is not today. The juice isn't worth the squeeze. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.