# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nima Gharavi, et al.
                        Plaintiff,

v.                                                    Case No.: 1:24−cv−01969
                                                     Honorable Steven C. Seeger

Jessica Presley, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: This Court reviewed Plaintiff's motion to extend the fact discovery deadline. (Dckt. No. [107]) By September 15, 2025, Defendants must file a statement and give their position on the motion. On April 1, 2025, this Court set a fact−discovery deadline of September 30, 2025. That's half a year of discovery. By the sound of things, the parties have pursued written discovery, which remains ongoing. But it doesn't sound like the parties have taken any depositions. This Court has questions and concerns about whether the parties have pursued discovery with diligence, so this Cout is not yet prepared to decide whether there is "good cause" to amend the scheduling order as required by Rule 16. Plaintiff must file a supplemental statement and address that issue by September 15, 2025. By the sound of things, Plaintiff has spent more time searching for additional potential defendants than taking discovery of the actual Defendants. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.