IN UNITED STATES DISTICT COURT
NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIMA GHARAVI, et al | ) | |
| | ) | |
| Plaintiffs, | ) | 24 CV 1969 |
| | ) | |
| v. | ) | |
| | ) | |
| FLOSPORTS INC. et al | ) | |
| | ) | |
| Defendants. | ) | |

**JOSEPH CORSINI'S STATEMENT REGARDING PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR FACT DISCOVERY**

Per order of the court, Defendant Joseph Corsini files this Statement regarding Plaintiffs' Motion regarding extension of fact discovery.

Corsini concurs with Plaintiffs' statement of facts regarding discovery directed to Corsini and Plaintiffs' request to extend discovery. Corsini filed a dispositive Motion to Dismiss based upon lack of jurisdiction, which was fully briefed on May 21, 2025, and would prefer a ruling on that motion before conducting fact discovery.

Nevertheless, Plaintiffs' counsel and Corsini's counsel have cooperated and came to an agreement with respect to Plaintiffs' written discovery. Per the agreement, Corsin agreed to answer, and did answer, Plaintiffs' Requests to Admit on August 26, 2025.

Corsini is prepared to promptly respond to Plaintiffs' remaining written discovery and issue his own discovery requests if his Motion to Dismiss is denied.

        Respectfully submitted

        JOSEPH CORSINI

        /s/ Adam Kingsley
        By: Adam Kingsley, his attorney

Adam Kingsley
Kingsley Law Group
2212 W. Eastwood Ave.
Chicago, IL 60625
773-218-7208
adam@kingsleylawgroup.com