**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Nima Gharavi, et al.
                         Plaintiff,

v.                                                Case No.: 1:24–cv–01969
                                                      Honorable Steven C. Seeger

Jessica Presley, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The motion for an extension of fact discovery (Dckt. No. [107]) is hereby granted in large part. The Court extends the fact discovery deadline by four months. Fact discovery will end on January 31, 2026 (not March 31, 2026). One week after the close of fact discovery, the parties must file a joint status report. The parties must confirm that they have completed all fact discovery. The parties must reveal whether anyone intends to offer an expert. If not, the Court will accelerate the schedule. The parties must reveal whether any party intends to move for summary judgment, and if so, on what grounds. The parties also must provide an update on settlement discussions. The parties must meet and confer in good faith on settlement, and must reveal whether they seek a settlement conference. The Court expects that Plaintiff will make an updated settlement offer, in writing and in good faith, as part of this process. The Court encourages the parties to approach settlement with a clear−eyed view of the strengths and weaknesses of the case, the likelihood of success on the merits, the potential recovery, the inherent risks of litigation, and the costs of getting to a judgment. Mailed notice.(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.