Outlook

**RE: Plfs Discovery Requests to Mineo (Gharavi v FloSports)**

**From** Nicole O'Toole Peterson <notoole@smbtrials.com>
**Date** Thu 4/24/2025 9:39 AM
**To** Patrick Mineo <patrickmineo22@gmail.com>
**Cc** Jeff Becker <jbecker@smbtrials.com>; Olivia E. Duggins <oduggins@smbtrials.com>

Mr. Mineo,

Thank you for sending your outstanding responses to the RTAs and special interrogatory. We can agree to a thirty day extension (until May 23, 2025) for your responses to the interrogatories and requests for production.

Thank you,

**Nicole O'Toole Peterson**
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Ave, Suite 3300
Chicago, Illinois 60611
Direct: 312-766-0060
Email | Bio

**From:** Patrick Mineo <patrickmineo22@gmail.com>
**Sent:** Wednesday, April 23, 2025 7:18 PM
**To:** Nicole O'Toole Peterson <notoole@smbtrials.com>
**Cc:** Jeff Becker <jbecker@smbtrials.com>; Olivia E. Duggins <oduggins@smbtrials.com>
**Subject:** Re: Plfs Discovery Requests to Mineo (Gharavi v FloSports)

**Caution:** External email.

Hello Nicole-

I do apologize, as I'm not sure how the rest of the RTA's were missing from the original document- thank you for pointing this out.

I attached the remainder here (21-28 + special) in a new document. That should fulfill the RTA portion of the initial request.

I kindly ask for 30 additional days from today 4/23 to get the remainder of requests in, now that we are resumed.

Thank you,
Patrick

> On Apr 23, 2025, at 12:46 PM, Nicole O'Toole Peterson <notoole@smbtrials.com> wrote:

Mr. Mineo,

As you are aware, discovery has presumed in your case following the denial of your motion to dismiss. Please advise as to when we can expect your responses to our first set of interrogatories and requests for production.

Please also be aware that your answers to our requests to admit are deficient as you have failed to answer Requests numbered 21-28 and Special Interrogatory number 1. As stated in the request, if you fail to respond to these, they will be deemed as admitted.

This correspondence is sent pursuant to Federal Rule of Civil Procedure 26. Please let me know if you wish to confer on these or any other discovery issues in this matter.

Sincerely,

**Nicole O'Toole Peterson**
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Ave, Suite 3300
Chicago, Illinois 60611
Direct: 312-766-0060
Email | Bio