**Caution:** External email.

**From:** "Nicole O'Toole Peterson" <notoole@smbtrials.com>
**Date:** 05/21/2025 at 01:21 pm
**To:** "Patrick Mineo" <patrickmineo22@gmail.com>
**Subject:** RE: Plfs Discovery Requests to Mineo (Gharavi v FloSports)

Yes, we are agreeable to a seven-day extension. Thanks.

**Nicole O'Toole Peterson**

SWANSON, MARTIN & BELL, LLP

330 N. Wabash Ave, Suite 3300

Chicago, Illinois 60611

Direct: 312-766-0060

Email| Bio

**From:** Patrick Mineo <patrickmineo22@gmail.com>
**Sent:** Wednesday, May 21, 2025 11:50 AM
**To:** Nicole O'Toole Peterson <notoole@smbtrials.com>
**Subject:** Re: Plfs Discovery Requests to Mineo (Gharavi v FloSports)

**Caution:** External email.

Good afternoon Mrs. Peterson-

I am reaching out to kindly request a short additional 1 week (7 days) extension from original date of May 23 to provide the remaining discovery documents, as I work to thoroughly complete all the necessary information.

The upcoming long holiday weekend will benefit me in doing so.

A new proposed return date of 5/30/25.

Thank you,

Patrick Mineo