**Outlook**

---

### RE: Gharavi v. Mineo et al - Discovery Responses

---

**From** Jeff Becker <jbecker@smbtrials.com>
**Date** Tue 9/23/2025 10:08 AM
**To** Patrick Mineo <patrickmineo22@gmail.com>; Olivia E. Duggins <oduggins@smbtrials.com>
**Cc** Laura Munoz <lmunoz@smbtrials.com>; Kira Matheson <kmatheson@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>

Given the remaining time available to complete written discovery, an extension up through November is not feasible. We now have a January 30, 2026 deadline for fact discovery, and asking for 45 days from another date that is still itself 2.5 weeks away is simply too long a period of time to allow these responses to remain outstanding. In total, that would be over two months from now. This would put the parties back in the same position of running short on time to complete your deposition (which will take place following your supplementation) particularly if your discovery responses remain deficient when you supplement, thereby necessitating the filing of a motion to compel.

With that said, we are willing to extend your response time to October 24, 2025, which is one month from now. We believe this should suffice and will provide the parties with sufficient time to address further deficiencies should your supplement fail to fully respond to the issues raised in our correspondence.

Thank you.

## Jeffrey S. Becker

Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100 (general)
(312) 321-8425 (direct)
(312) 321-0990 (facsimile)
[Bio](#) | [E-Mail](#) | [LinkedIn](#)
website:   www.smbtrials.com

🚶 Go Green: Please do not print this e-mail unless absolutely necessary.

*Privileged & confidential communication, intended only for the named recipient(s).*
*If you receive this message by mistake, please notify me immediately and delete it.*
*Do not save, copy or forward it. No waiver of privilege or confidentiality should be inferred from error in sending.*

**SMB SWANSON, MARTIN & BELL, LLP**

---

**From:** Patrick Mineo <patrickmineo22@gmail.com>
**Sent:** Tuesday, September 23, 2025 10:03 AM
**To:** Olivia E. Duggins <oduggins@smbtrials.com>
**Cc:** Jeff Becker <jbecker@smbtrials.com>; Laura Munoz <lmunoz@smbtrials.com>; Kira Matheson <kmatheson@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>
**Subject:** Re: Gharavi v. Mineo et al - Discovery Responses

**Caution:** External email.

Good Morning Counsel,

I am writing regarding the discovery deficiencies noted in your communications dated September 12 and September 22, 2025, in Gharavi v. Presley, Case No. 1:24-cv-1969.

To summarize the relevant timeline:

- Defendant Mineo served his discovery responses on May 30, 2025.

- Plaintiff's counsel did not notify Mineo of any perceived deficiencies until September 12, 2025, with a follow-up notice on September 22, 2025 that included many additional requests.

- The discovery deadline was originally September 30, 2025, and has now been extended to January 2026.

Given the short window to supplement after the late notices, need for thorough review, number of items flagged as incomplete, and Mineo's current work commitments, it will not be feasible to provide fully accurate and organized supplemental responses within such a small window.

Therefore, Mineo respectfully requests a 45-day extension from October 10, 2025, making the new target date November 24, 2025, to complete and submit his supplemental discovery responses. This extension will allow Mineo to provide accurate responses while ensuring compliance with FRCP Rule 26(e).

We note that Plaintiff recently received a four-month extension of the original September 30, 2025 discovery deadline, so granting this short extension for Defendant Mineo's discovery supplementation will not prejudice Plaintiff or materially affect the schedule.

Please confirm whether you consent to this proposed extension.

Thank you for your consideration.

Sincerely,

Patrick Mineo