

Outlook

## Re: Gharavi v. Mineo et al - Discovery Responses

| | |
|---|---|
| **From** | Patrick Mineo <patrickmineo22@gmail.com> |
| **Date** | Wed 10/8/2025 1:05 PM |
| **To** | Jeff Becker <jbecker@smbtrials.com> |
| **Cc** | Kira Matheson <kmatheson@smbtrials.com>; Olivia E. Duggins <oduggins@smbtrials.com>; Laura Munoz <lmunoz@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com> |

**Caution:** External email.

Mr. Becker,

I participated in the October 8 call and reiterated my position that Plaintiff's September supplementation demands were untimely, given the 100-plus-day gap following my May 30 responses and the Court's prior comments about delay. This note is solely to clarify that record.

Nothing in this correspondence waives my timeliness objection. Should Plaintiff proceed with a motion to compel, I will respond through the appropriate filing.

Regards,
Patrick Mineo


On Oct 8, 2025, at 1:13 PM, Jeff Becker <jbecker@smbtrials.com> wrote:


Thank you, Patrick.  As I mentioned in our call, I understand your primary objection and sought to give you an opportunity to continue in our meet in confer to discuss the actual deficiencies in your discovery without you waiving your initial objection, so as to make sure that we have given one another the best opportunity to be efficient in completing the fact discovery process.  That discussion did not require a "line by line" discussion of each request, but rather there were only a few  categories of deficiencies that would have allowed us to discuss your discovery by topic rather than by each request individually.  I was hoping to engage in that discussion with you, but you indicated that you would not do so on the call today and would expect that if we sought to secure more complete responses from you, we would need to do so by filing a motion to compel.  While I was hoping to have a more fruitful discussion today, I will respect your decision to refrain from speaking with me on any of these discovery topics, subject of course, to my client's right to seek to compel production.  Should you change your mind in the near future, I am willing to continue our meet and confer.  Otherwise, we will send you our motion to compel once filed.  Thank you.

### Jeffrey S. Becker

Swanson, Martin & Bell, LLP

330 N. Wabash, Suite 3300

Chicago, Illinois 60611
(312) 321-9100 (general)
(312) 321-8425 (direct)
(312) 321-0990 (facsimile)
Bio | E-Mail | LinkedIn
website:   www.smbtrials.com

♻ Go Green: Please do not print this e-mail unless absolutely necessary.

*Privileged & confidential communication, intended only for the named recipient(s).*

*If you receive this message by mistake, please notify me immediately and delete it.*

*Do not save, copy or forward it. No waiver of privilege or confidentiality should be inferred from error in sending.*

<image001.png>

---

**From:** Patrick Mineo <patrickmineo22@gmail.com>
**Sent:** Wednesday, October 8, 2025 12:06 PM
**To:** Jeff Becker <jbecker@smbtrials.com>
**Cc:** Kira Matheson <kmatheson@smbtrials.com>; Olivia E. Duggins <oduggins@smbtrials.com>; Laura Munoz <lmunoz@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>
**Subject:** Re: Gharavi v. Mineo et al - Discovery Responses

**Caution:** External email.

Mr. Becker,

Thank you for taking the time to confer today. As I stated on the call, I participated in good faith and explained that my primary objection concerns the **timing and resulting prejudice** of Plaintiff's September supplementation demands, which were served more than 100 days after my May 30 responses and only after Judge Seeger questioned an extension.

Because that threshold issue remains disputed, I did not believe it would be efficient to go line-by-line through each discovery request at this stage. I confirmed that I stand on my existing objections pending any guidance from the Court.

Regards,
Patrick Mineo