# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:24-cv-1969

**Nima Gharavi, et al**

Plaintiff

**vs.**

**Flosports, Inc., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Third Amended Complaint for Injunctive and Other Relief; Exhibit(s)**

| | |
|---|---|
| PARTY SERVED: | **IAN JAGGER A/K/A IAN M. MAJKA** |
| PERSON SERVED: | **JOANNE GUIDICE, FIANCE** |
| METHOD OF SERVICE: | **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. A copy was mailed in a sealed envelope with the postage fully prepaid addressed to the defendant on **10/7/2025**. |
| DATE & TIME OF DELIVERY: | **10/6/2025 at 3:35 PM** |
| ADDRESS, CITY AND STATE: | **320 5TH ST, SADDLE BROOK, NJ 07663** |

Race: **White**  Sex: **Female**  Age: **40**
Height: **5'6"**  Weight: **140**  Hair: **Brown**  Glasses: **No**

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 10/7/2025.

_____
Glenn Burroughs

CLIENT: **Swanson, Martin & Bell, LLP**
FILE #: **07946-0002**

Job #: **637653**