BC GMC

FILED
10/23/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.,
Plaintiffs,
v.
PATRICK J. MINEO, et al.,
Defendants.

Case No. 1:24-cv-01969
Judge Steven C. Seeger
Magistrate Judge Beth W. Jantz

### DEFENDANT PATRICK J. MINEO'S NOTICE REGARDING PREPARED OPPOSITION
### TO PLAINTIFFS' MOTION TO COMPEL

Defendant **Patrick J. Mineo**, appearing pro se, respectfully submits this notice to advise the Court that he has prepared a written opposition to **Plaintiffs' Motion to Compel Supplemental Discovery Responses** (filed October 14, 2025). In light of Judge Seeger's referral of all discovery matters to Magistrate Judge Jantz on **October 17, 2025**, Defendant will await the Court's instruction or scheduling order before filing the completed opposition, so as to comply fully with the referral procedure and avoid premature filing. Defendant stands ready to file his opposition promptly upon the Court's direction or upon entry of any briefing schedule.

Respectfully submitted,
October 23, 2025

/s/ Patrick J. Mineo
**Patrick J. Mineo**
Pro Se Defendant
Email: PatrickMineo22@gmail.com
Phone: 484-862-7732


**CERTIFICATE OF SERVICE**

I certify that on October 23, 2025, I will file the foregoing **Notice Regarding Prepared Opposition** through the Northern District of Illinois Pro Se Filing Portal. Notice of this filing will be sent automatically to all counsel of record, including **Jeffrey A. Becker (Swanson, Martin & Bell, LLP)**, via the Court's CM/ECF electronic filing system.

/s/ Patrick J. Mineo
Patrick J. Mineo