**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Nima Gharavi, et al.
Plaintiff,
v.
Jessica Presley, et al.
Defendant.

Case No.: 1:24−cv−01969
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 27, 2025:

MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Judge Jantz for discovery supervision and settlement [123]. The Court has reviewed Plaintiff's Motion to Compel [120] and Defendant Patrick Mineo's Notice, [124], which the Court construes as a Motion to set a deadline to respond. After review, no written responses are necessary and the Court will take the Motion under advisement pending a hearing. All parties shall call in for a telephonic hearing on 11/20/2025 at 10:45 a.m., to address this Motion as well as the status of discovery in general. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.