# WAYNE COUNTY SHERIFF'S DEPARTMENT
## CHRISTOPHER ROSLER, SHERIFF

**925 COURT STREET**
**HONESDALE, PA 18431**



**PHONE:** (570)253-2641
**FAX:** (570)253-4092

## SHERIFF'S RETURN OF SERVICE

Place of Origin: Chicago, IL          Type of Writ or Complaint: Summons/ Complaint

Court Number: 1:24-1969-Civil-2025

Plaintiff/s/: Nima Gharavi, et al.
Defendant/s/: **John Davidson**
Plaintiff Atty: Jeffrey Becker

Name of Entity to Serve: John Davidson
Address: 5579 River Rd
EQUINUNK, PA 18417

Place of Service: 5579 River Rd EQUINUNK, PA 18417-
Date and time of Service: October 20, 2025 9:49 am

---

I hereby CERTIFY and RETURN that I, Maurice Williams, Deputy, have personally served, the writ or complaint described upon the above named individual, company, corporation, etc., at the place of service shown above.

Witness my hand and seal of office at Honesdale, Pennsylvania this 22nd day of October, 2025. So Answers Christopher Rosler, Sheriff.

_____
Maurice Williams, Deputy

_____
Christopher Rosler
Sheriff of Wayne County

tk

Sworn to and subscribed before me

this _22nd_ day of _October_ 2025

_Linda Billard_

Commonwealth of Pennsylvania - Notary Seal
Linda Billard, Notary Public
Wayne County
My commission expires July 13, 2027
Commission number 1233576
Member, Pennsylvania Association of Notaries