IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation, ) ) ) ) | |
| Plaintiffs, ) ) | Case No, 1:24-cv-1969 |
| vs. ) ) | Judge: Hon. Steven C. Seeger |
| JESSICA PRESLEY, MATSCOUNTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25, ) ) ) ) ) ) | Magistrate Judge: Hon. Beth W. Jantz |
| Defendants. ) | |

**MOTION TO EXTEND TIME TO ANSWER OR
<u>OTHERWISE PLEAD</u>**

Defendant, JOHN DAVIDSON, by his attorneys, STORM & PISCOPO, P.C., moves this Court pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure to extend the time to answer or otherwise plead, and in support thereof states as follows:

1. Defendant JOHN DAVIDSON was served in this cause on October 20, 2025.

2. Under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, an answer or other responsive pleading must be filed within 21 days after service of the complaint. Fed. R. Civ. P. 12(a)(1)(A)(i).

3. That day would be November 10, 2025.

4. Defendant DAVIDSON retained counsel on November 6, 2025.

1

5. Counsel's initial review of the Third Amended Complaint and the court file reveals that substantial proceedings have already taken place prior to Defendant DAVIDSON being named and served, and such proceedings need to be reviewed.

6. Furthermore, the Third Amended Complaint raises a number of issues that will take some investigation and research to address.

7. Rule 6(b)(1)(A) provides that the Court may extend the time to perform any act for good cause shown if the motion is made before the time to act has expired. Fed. R. Civ. P. 6(b)(1)(A).

8. The above constitutes "good cause" to extend the time to answer or otherwise plead to the Third Amended Complaint.

9. Defendant DAVIDSON anticipates filing a motion to dismiss for lack of personal jurisdiction under Rule 12(b)(2) and for failure to state a claim for which relief may be granted under Rule 12(b)(6). But more time is needed to prepare such a motion.

10. Due to Defendant's counsel having a brief due in the Appellate Court of Illinois, Third Judicial District, on December 1, 2025, Defendant respectfully requests 28 additional days to answer or otherwise plead, which would make the deadline December 8, 2025.

11. On November 7, 2025, the undersigned contacted counsel for Plaintiffs, Jeffrey S. Becker, and asked whether he was agreeable to this Motion to extend. Plaintiffs' counsel responded that he was agreeable to the Motion.

WHEREFORE, Defendant, JOHN DAVIDSON, prays that the Court GRANT his Motion to Extend Time to Answer or Otherwise Plead and extend his time to answer or otherwise plead to December 8, 2025.

DATED: November 7, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Philip J. Piscopo*
　　　　　　　　　　　　　　　　　　　　　Philip J. Piscopo

STORM & PISCOPO, P.C.
2000 S. Batavia Avenue, Suite 410
Geneva, Illinois 60134
(630) 232-6170
pjp@stormpiscopo.law
IL Bar No. 6243658