IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**PLAINTIFFS' MOTION FOR ENTRY OF
DEFAULT AGAINST DEFENDANT IAN MAJKA**

Plaintiffs, NIMA GHARAVI ("Gharavi") and RIGHT CALL OFFICIALS, INC. ("Right Call Officials, Inc.") (collectively, "Plaintiffs"), by counsel, SWANSON, MARTIN & BELL, LLP, hereby request this Court enter judgment by default pursuant to Fed. R. Civ. P. 55(a) against Defendant, IAN JAGGER A/K/A IAN MAJKA, ("Mr. Majka"). In support of their request, Plaintiffs state as follows:

1. On May 29, 2025, Plaintiffs filed their Third Amended Complaint alleging claims of defamation, false light, intentional infliction of emotional distress, and tortious interference with business relationships against Mr. Majka. Dkt. 92.

2.     Between August and October 2025, Plaintiffs made numerous attempts to serve Mr. Majka at Mr. Majka's home address, located at 320 5th Street, Saddle Brook, New Jersey 07663, through process server Judicial Attorney Services, Inc. Service was effected on Mr. Majka on October 6, 2025. Dkt 121.

3.     Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Mr. Majka was required to answer or otherwise plead to Plaintiffs' Third Amended Complaint within 21 days from service. Accordingly, the deadline for Mr. Majka's responsive pleading was October 27, 2025. Dkt 121. Mr. Majka failed to answer or otherwise plead by that date.

4.     Federal Rule of Civil Procedure 55(a) states: When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default. Fed. R. Civ. P. 55(a).

5.     To date, Mr. Majka has not appeared and has failed to answer or otherwise plead in response to Plaintiffs' Third Amended Complaint. An entry of default against Mr. Majka is therefore just and appropriate.

WHEREFORE, Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., respectfully request the Court enter a Default against Defendant, IAN MAJKA, pursuant to Federal Rule of Civil Procedure 55(a), and for other just and proper relief.

        Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: November 17, 2025      By: */s/ Olivia E. Duggins*

    Jeffrey S. Becker (ARDC #6282492)
    Nicole O'Toole Peterson (ARDC #6330227)
    Olivia E. Duggins (ARDC #6349003)
    SWANSON, MARTIN & BELL, LLP
    330 N. Wabash Avenue, Suite 3300
    Chicago, Illinois 60611
    Phone: (312) 321-9100
    jbecker@smbtrials.com
    npeterson@smbtrials.com
    oduggins@smbtrials.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 17, 2025, I served a copy of **PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT IAN MAJKA** by the Court's electronic filing system on:

(All Counsel of Record)

              By: /s/Olivia E. Duggins
                Olivia E. Duggins
                One of the Attorneys for Plaintiffs


Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (ARDC #6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611 Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com

4