UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Nima Gharavi, et al.
                              Plaintiff,

v.                                             Case No.: 1:24−cv−01969
                                                           Honorable Steven C. Seeger

Jessica Presley, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: Motion and status hearing held on 11/20/25. The District Court has set that fact discovery is to be completed by the January 31, 2026 deadline. Plaintiff's Motion to Compel discovery from pro se Defendant Patrick Mineo [120] is GRANTED to the following extent. The Court overruled Mr. Mineo's timeliness objection, and directed Mr. Mineo and Plaintiff's Counsel to meet and confer via phone or video by no later than November 25, 2025, to discuss what supplemental discovery can be produced by Mr. Mineo. Mr. Mineo must make any such supplements to his previous productions by December 16, 2025. The next status hearing is scheduled for December 22, 2025, 11:00 AM (Central). All remaining parties or their counsel (Plaintiff, Mineo, Davidson, and Corsini) must call in. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.