IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No, 1:24-cv-1969 |
| vs. | ) ) | Judge: Hon. Steven C. Seeger |
| JESSICA PRESLEY, MATSCOUNTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25, | ) ) ) ) ) ) | Magistrate Judge: Hon. Beth W. Jantz |
| Defendants. | ) | |

**JOHN DAVIDSON'S MOTION TO DISMISS UNDER
RULES 12(b)(2) AND 12(b)(6)**

Defendant, JOHN DAVIDSON, by his attorneys, STORM & PISCOPO, P.C., moves to dismiss the claims against him for (1) lack of personal jurisdiction under FRCP 12(b)(2); and (2) failure to state a claim upon which relief can be granted pursuant to FRCP 12(b)(6). Specifically, in this diversity case alleging defamation based on social media postings found in Exhibit H to the Third Amended Complaint by Defendant, JOHN DAVIDSON, and others, this Court lacks jurisdiction over Defendant, a Pennsylvania resident, due to a lack of sufficient minimum contacts with the State of Illinois. Even if this Court did have jurisdiction, the Third Amended Complaint fails to state a claim against him for which relief may be granted.

In further support of this Motion, Defendant submits a Memorandum of Law. Further, Defendant attaches the portions of Exhibit H of the Third Amended Complaint containing social media posts by John Davidson.

WHEREFORE, Defendant prays that the Court GRANT his Motion to Dismiss the Third Amended Complaint under Rules 12(b)(2) or 12(b)(6).

DATED: December 1, 2025          Respectfully submitted,

         /s/ *Philip J. Piscopo*
         Philip J. Piscopo
         Attorney for Defendant
         John Davidson

Storm & Piscopo, P.C.
2000 S. Batavia Avenue
Suite 410
Geneva, Illinois 60134
(630) 232-6170
pjp@stormpiscopo.law
IL Bar No. 6243658