# Exhibit 1

Posts by "Antitroll2828" made in Exhibit H to Third Amended Complaint



Real talk why hasn't anyone just thrown these guys a beating? Especially parents who found pictures of their kids with perverts commenting on them and such , this isn't a new thing I heard about these weirdos over a year ago and they live half a country away from me , I wouldn't let these clowns anywhere near my kids and I would cause such an issue if this guy was reffing in my area that would have to get rid of him ..who gives a shit about the law when it comes to things like this ?

 2  1

**flyingcement**



Members

💬 3.2k

Posted December 31, 2023 — Author

> On 12/31/2023 at 4:58 AM, Antitroll2828 said:
>
> Real talk why hasn't anyone just thrown these guys a beating? Especially parents who found pictures of their kids with perverts commenting on them and such , this isn't a new thing I heard about these weirdos over a year ago and they live half a country away from me , I wouldn't let these clowns anywhere near my kids and I would cause such an issue if this guy was reffing in my area that would have to get rid of him ..who gives a shit about the law when it comes to things like this ?

Thanks - I was thinking that myself but after a couple of recent conversations here on the board, it seems many folks only know how to be tough on the mat. Whether an old fashioned beating, or some other creative way of screwing these guys over. It's just not right. Let's stand up for ourselves and our kids.

 1

**Antitroll2828**



Members

💬 493

Posted December 31, 2023

> On 12/31/2023 at 5:00 AM, flyingcement said:
>
> Thanks - I was thinking that myself but after a couple of recent conversations here on the board, it seems many folks only know how to be tough on the mat. Whether an old fashioned beating, or some other creative way of screwing these guys over. It's just not right. Let's stand up for ourselves and our kids.

Yea that's absolutely crazy to me , I thought people in the Midwest had a little more back bone but apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a very Italian town in NJ these guys would've had bricks coming through their windows the first time this shit came out and it would only gotten worse and more violent from there til the message was received ,no way they would've been able to do it as long as they have

 1

**flyingcement**



Members

💬 3.2k

Posted December 31, 2023 — Author

> On 12/31/2023 at 5:09 AM, Antitroll2828 said:
>
> Yea that's absolutely crazy to me , I thought people in the Midwest had a little more back bone but apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a very Italian town in NJ these guys would've had bricks coming through their windows the first time this shit came out and it would only gotten worse and more violent from there til the message was received ,no way they would've been able to do it as long as they have

same with me brother. I don't get it.



**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285



**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157



**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141



apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a this shit came out and it would only gotten worse and more violent from there til the message was received ,no way they would've been able to do it as long as they have

same with me brother. I don't get it.

♥ 1

**Threadkilla**
Posted December 31, 2023

Did you see the guy refereeing? he looks like an anorexic overly expressive ballerina.

Members
● 560

**Formally140**
Posted December 31, 2023

I honestly didn't know which "situation" or "alleged" behavior this thread might be referring to when I saw the title..

which bums me out. And yeah creeps should be dealt with

Members
● 905

♥ 3

**billyhoyle**
Posted December 31, 2023

> On 12/31/2023 at 5:09 AM, Antitroll2828 said:
>
> Yea that's absolutely crazy to me , I thought people in the Midwest had a little more back bone but apparently not bc if it took mrs .Schwab to really say something. I can promise where I grew up in a very Italian town in NJ these guys would've had bricks coming through their windows the first time this shit came out and it would only gotten worse and more violent from there til the message was received ,no way they would've been able to do it as long as they have

Members
● 332

Really? There weren't these types of issues in Italian NJ towns from organizations like the Boy Scouts of America or The Catholic Church? What about that coach at Bergen Catholic in New Jersey who was defended even after extremely creepy text messages came out?

I have no clue what the solution to this problem is, but it's a huge problem and no community is immune from it. Maybe there can be some type of civil legal taken that can be taken against these people if their actions are not considered criminal? If it's not currently a violation of civil law, maybe we can try to lobby states to pass laws limiting how video content of minors is shared?

♥ 3  😤 1

**Antitroll2828**
Posted December 31, 2023

> On 12/31/2023 at 6:42 AM, billyhoyle said:
>
> Really? There weren't these types of issues in Italian NJ towns from organizations like the Boy Scouts of America or The Catholic Church? What about that coach at Bergen Catholic in New Jersey who was defended even after extremely creepy text messages came out?

Members



**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

**Antitrust2023** Posted December 31, 2023

Members
493

> On 12/31/2023 at 6:42 AM, billyhoyle said:
>
> Really? There weren't these types of issues in Italian NJ towns from organizations like the Boy Scouts of America or The Catholic Church? What about that coach at Bergen Catholic in New Jersey who was defended even after extremely creepy text messages came out?
>
> I have no clue what the solution to this problem is, but it's a huge problem and no community is immune from it. Maybe there can be some type of civil legal taken that can be taken against these people if their actions are not considered criminal? If it's not currently a violation of civil law, maybe
>
> Expand ▼

So you use my very specific post about where I grew up to take a shot at the Boy Scouts, Catholic Church and Italians ? The Bergen coaches did nothing wrong , the kid who filed the complaint and his dad are psychos , the kid tried to injure his competition on the team multiple times, the father broke into the school and tried to rig the scale so his sons oppponent would miss weight for a wrestle off and the father almost lost his license to practice law because of all the BS in the lawsuit , how the hell does any of what you said correlate to the OP

civil legal action ? Lobby states to pass laws? You mean lobby the same politicians who protect epsteins client list like it's their daughters virtue ? Police and laws don't ever stop weirdos like this , The whole point of what me and @flyingcement were saying is parents start throwing these guys beating then they'll stop showing up to wrestling events , then if they stop showing up to wrestling events they can't take creepy high def crotch shots of hs wrestlers and put them in the internet where literal perverts are commenting on the pics and sharing them to pedo websites

**Ohio Elite** Posted December 31, 2023

Members
942

I just looked up his Videos, I hope somebody breaks this guy's neck!

Thumbnail pics are ridiculous and super pervy.

**1032004** Posted December 31, 2023

Members
2.3k

The brain naming names, kudos

Document title: Creeps in the wrestling community - What can we do about it? - Page 2 - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/2/#comments
Capture timestamp (UTC): Mon, 15 Jan 2024 20:56:12 GMT

Page 5 of 10

**scribers**

Posted December 31, 2023

Solution = no more singlets. MMA style combat gear instead

Members

💬 170

**billyhoyle**

Posted December 31, 2023 (edited)

> On 12/31/2023 at 1:43 PM, Antitroll2828 said:
>
> So you use my very specific post about where I grew up to take a shot at the Boy Scouts, Catholic Church and Italians ? The Bergen coaches did nothing wrong , the kid who filed the complaint and his dad are psychos , the kid tried to injure his competition on the team multiple times, the father broke into the school and tried to rig the scale so his sons oppponent would miss weight for a wrestle off and the father almost lost his license to practice law because of all the BS in the lawsuit , how the hell does any of what you said correlate to the OP
>
> Expand ▼

My point is that no community is immune from this behavior and people will defend those who do it in all those communities. It is a big problem that needs to be addressed. And yes, legal action is the best way.

Edited December 31, 2023 by billyhoyle

Members

💬 332

**Antitroll2828**

Posted December 31, 2023

> On 12/31/2023 at 6:28 PM, billyhoyle said:
>
> My point is that no community is immune from this behavior and people will defend those who do it in all those communities. It is a big problem that needs to be addressed. And yes, legal action is the best way.

Legal action is literally never the best way to deal with predators especially ones that target children, law enforcement knows about these guys and have done nothing , and hell nothing will happen if law enforcement makes a move , a teacher in my town was arrested for being a serial predator for years , even posing as a 12 yr old victims father and forcing her to get an abortion and this career predator who

Members

💬 493





Case: 1:24-cv-01969 Document #: 62-5 Filed: 03/29/24 Page 46 of 101 PageID #:2397

Members
170

There are weirdos out there that no one can fix until they actually cross lines. Thinking awful things is not a crime until they actually assault.

And there are the weirdo enablers governing this sport who are too imbecilic to figure out the simple solution.

4

**BAC**



Members

186

Posted January 1

Some initial thoughts from a legal perspective.

1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you need to focus on the videos of minors, where your argument is strongest. Point out:

(a) How if you click on the "popular" tab on Youtube (so it organizes videos by view count), almost all of the video stills (thumbnails) includes an image of the (minor) wrestler's crotch. Not a coincidence.

(b) Specific examples of camera angles, camera focus, and the choice of which wrestler to follow during breaks, that evidence they are not focused on the wrestling but the wrestler and their anatomy.

(c) Efforts by the videographer/photographer to seek out specific wrestlers who previously appealed to this community. Are there efforts to seek out the interview of certain wrestlers, or to take multiple videos of their matches, that is not explained by their prowess as a wrestler but, rather, by the viewcount of their last video by prurient elements?

(d) Examples of interaction between videographer and commenters that further the notion that he is seeking to indulge their desires rather than showcase the sport of wrestling.

(e) Find links to his website on adult websites, and seek ways to trace them to the photographer. Encourage law enforcement to find out from Youtube the identity of the URLs from which traffic is resolving.

(f) Find examples of his work on adult websites. If no DMCA takedown notice has been done, why? Is it being licensed, and/or a royalty paid?

(g) There are other things that can be done too which I won't mention, but an experienced investigator would know.

2. From a parental standpoint:

(a) First and foremost, be careful about what forms/waivers you sign for your kid. If it includes filming or likeness rights, cross it out, or ask in advance to know the name and contact info of those who will be given filming rights. You are the first line of defense for your kid. If you DO sign it, keep a copy -- take a picture with your phone. And you see your kid's video online, contact the tournament organizer to see if you signed a waiver, get a copy of it, and demand to see the list of persons to whom credentials were given.

(b) Copyright laws won't help much since you probably don't own the copyright, but if the video wasn't shot by whoever is hosting it, contact the person to shot the video, demand to know what permissions they gave, and demand they do a DMCA takedown notice. Similarly, if the video was shot without authorization of the event organizers, contact them with a demand to enforce their rights against unauthorized filmers.

(c) Research and use child privacy laws in your state. This is going to be highly state-specific, as federal rights are more circumspect. Some state laws are more robust (e.g. California's CCPA, updated by the CPRA). Whatever form you signed, don't assume it includes a right to put a suggestive picture of your kid on the internet and profit from it. (And if your state has a crappy child privacy law, talk to your legislator.)

(d) Research and use right of publicity laws in your state. Again, this is highly state specific, and more narrow and less useful than privacy laws, but may be useful if your kid isn't a minor, and may give a path to civil suit. A copyright defense isn't necessarily a defense to an image appropriation.

3. Reach out to your state AG's office. They have their own menu of options and may be able to pursue

by the CPRA). Whatever form you signed, don't assume it includes a right to put a suggestive picture of legislator.)

(d) Research and use right of publicity laws in your state. Again, this is highly state specific, and more narrow and less useful than privacy laws, but may be useful if your kid isn't a minor, and may give a path to civil suit. A copyright defense isn't necessarily a defense to an image appropriation.

3. Reach out to your state AG's office. They have their own menu of options and may be able to pursue the photographer/videographer, whether criminally or civilly, based on some of the above avenues.

♡ 3

**Antitroll2828**

Posted January 2

> On 1/1/2024 at 11:53 PM, BAC said:
>
> Some initial thoughts from a legal perspective.
>
> 1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you
>
> Expand ▼

All this shit and in the end nothing will get accomplished or if it does it'll take years while clown continues to operate .. orrr 3 fathers or brothers in masks run into this guy throw him a beating , make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

♡ 2

**FanOfPurdueWrestling**

Posted January 2

> On 1/2/2024 at 12:34 AM, Antitroll2828 said:
>
> All this shit and in the end nothing will get accomplished or if it does it'll take years while clown continues to operate .. orrr 3 fathers or brothers in masks run into this guy throw him a beating , make him piss blood for awhile and see how many more tournaments this weirdo pops up after that

Euthanize them, there is no room for them. 🤢🤢

♡ 2

**billyhoyle**

Posted January 2 (edited)

> On 1/1/2024 at 11:53 PM, BAC said:
>
> Some initial thoughts from a legal perspective.
>
> 1. From a criminal standpoint, in bringing this to authorities, you need to do more than simply point out that there's a ton of views by people who clearly have prurient interests. Its too easy for the photographer/ videographer to say, "It isn't my fault that these people exist. They're going to naturally go to whatever website has the highest quality videos and that happens to be mine." You need to marshal forth facts that he's tailoring his content to them and engaging with them, and you
>
> Expand ▼

Youtube tells you exactly where your videos are embedded as a content creator. All law enforcement would have to do is 1. get that info from youtube. 2. Search this person's computer and internet history

Document title: Creeps in the wrestling community - What can we do about it? - Page 3 - College Wrestling - Intermat
Capture URL: https://intermatwrestle.com/forums/topic/3230-creeps-in-the-wrestling-community-what-can-we-do-about-it/page/3/#comments
Capture timestamp (UTC): Mon, 15 Jan 2024 20:56:55 GMT

Page 9 of 10

hosting the content and profiting off of it. Yes, Youtube has made money off of this sick shit, but

Expand ▾

YouTube won't do anything without a subpoena. And they're immune under Sec. 230 of the CDA. That's why I phrased my post in terms of info you need to collect and give to investigators to arm them.

♥ 2



**Cy Kruse**

Totino-Grace, Minnesota
Class of 2024
Committed to Cornell
Projected Weight: 285

**Antitroll2828**



Members

● 493

Posted January 2

> On 1/2/2024 at 3:10 AM, scourge165 said:
>
> This is...amazing. Yeah, if you go after a minority JUST because they're a minority, that's a hate crime.
>
> Why it was thrown in like it was somehow less serious because the person who was hit here was an "illegal alien," is ***ducking** weird.
>
> And your response is this...? Their using the person's status as an illegal alien to try and LESSEN the severity of the crime(which I'm also skeptical given the claims of the details).

Bro this post is about weirdos taking pictures of children wrestling and posting them for some profit from pedos and you re held up on my story like shut the hell up , and the point was that a kid got more time and had his life ruined worse then a serial kid rapist who preyed on girls for a decade because the laws against predators are a joke , the kid hit someone who was riding a bike in the dark on a highway going the wrong way who was committing a felony (his presence here illegally was a felony) and that kid got more time in a harder prison then a rapist , stay on topic



**Gavin Johnson**

Kenyon-Wanamingo, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 157

**BAC**



Members

● 186

Posted January 2 (edited)

> On 1/1/2024 at 10:37 PM, Winners Circle said:
>
> I respectfully disagree with you. There are pedophiles everywhere. Churches, schools, etc. Claiming that singlets is the reason there are pedophiles videoing kids matches/reffing is like claiming that women get raped because of the clothes they wear. I say BS!!!! The reason there's pedophiles around our sport is because they're freaking sick in the head, it has nothing to do with the singlet. Period. Don't justify these people being sick in the head by giving them the out of 'singlets'. I don't buy it.

That is awfully naive.

Do you see as many creepy videographers lining up at youth judo, karate, boxing tournaments? How many Youtube sites are out there with close-ups of those competitors? Show me the comment section where some perv is saying "Dang, little Johnny looks sexy in that baggy gi."

Now look at the Youtube website that everyone's talking about. Click the "popular" tab, so you see the most-viewed videos first... over a dozen with a million views. What do all those videos stills/thumbnails have in common? Besides almost all being little-known youth wrestlers, almost all under-18 males in singlets. What body anatomy is visible in outline form, front and center, in them?

Now take a wild guess. Why do you THINK these videos have so many views?

I'm sure there'd be some pervs around the sport no matter what, and I'm not saying moving away from singlets would be a cure-all. I'm sure it wouldn't be. But if you think the choice of attire has nothing to do with the attention our sport gets from this segment of the population, your head is in the sand.

Admitting this is most definitely NOT justifying the predators, nor is it blaming the victim. It is simply stating a fact. Attire choice influences decisions. It doesn't justify those decisions, but it influences them.

What you choose to do with that information is up to you. If you want to say "we shouldn't have to change our attire just to keep the pervs away," go for it. But don't pretend it isn't influencing their behavior when it obviously is.



**Karstyn Lhotak**

Wagner, South Dakota
Class of 2024
Committed to Northern State
Projected Weight: 133, 141



Members
💬 186

> board, and you know they're reading this board, it's time to lawyer up. Delete all the child porn ... Without ... damages followed by bankruptcy. Additionally, this is the relevant ILLINOIS criminal statute:
>
> Child pornography.
> (a) A person commits child pornography who:
>
> Expand ▼

You gotta be careful what you ask for here. If common wrestling positions can constitute "simulated sexual conduct," and if the appearance of the typical wrestling singlet can constitute "transparently clothed genitals," then not only would every single youth wrestling video risk prosecution for child pornography, it also would mean those who who watch or store those videos are guilty of viewing/possessing child porn, and those who sponsor wrestling events are engaged in criminal acts. Lets not throw out the baby with the bathwater. Prosecuting someone on these grounds would create a chilling effect on wrestling media that could be a death knell for the entire sport.

If you're going to go after someone criminally, it needs to be based on their very specific conduct in relation to child pornographers and consumers, and not merely the high-res nature of the videos.

🏆 1



**Brady Westall**

New Prague, Minnesota
Class of 2024
Committed to Northern State
Projected Weight: 174

---

**BAC**



Members
💬 186

Posted January 2

> On 1/2/2024 at 6:59 AM, billyhoyle said:
>
> Yeah I know. My post wasn't clear. I wasn't asking what part of the law protects YouTube from liability, I'm asking why it is still such a blanket protection.

Gotcha. I could go down a rabbit hole on this one, but respectfully, the answer isn't opening Youtube up to liability. The cost of self-policing is absolutely massive, and content hosts will err on the side of caution, so what will happen is a massive overcorrection where either (a) a huge portion of content goes behind a paywall (passing costs to the consumer), or (b) a huge part of the internet dries up (as content hosts lack the resources to review/police it), or, most likely, (c) both.

The other legislative problem is that politicians are too caught up in what minors can do online, and not focused enough on what adults can do to harm and exploit minors. State and federal legislators LOVE to pass new laws restricting what kids can see/do on the internet -- Youtube is currently under an FTC consent decree from 2019 for failing to police this -- but what do legislators do to protect the kids from adults? Precious little.

You want a legislative fix? Here's mine. Amend the Copyright Act to provide that parents/guardians of minor children automatically own a limited copyright in the image/likeness of their minor child, and can enforce that copyright by requiring videos/photos be taken down, unless they have given express permission (e.g. via signed waiver for an event). In other words, expand the right to make a DMCA takedown request to parents. Right now, all we have is a messy patchwork of state privacy laws, most of them inadequate. The Copyright Act provides a quick and easy nationwide solution.

---

**Antitroll2828**



Members
💬 493

Posted January 2

> On 1/2/2024 at 10:28 AM, billyhoyle said:
>
> You keep posting that this vigilante approach solves the problem, which sounds tough on the internet, but in reality those people would go to jail too. I don't see you volunteering for that, and most people wouldn't either, which is why your solution doesn't work. Travis Bickle isn't going to help.
>
> There is already a blueprint to stop this, which is the legal system. And yes, civil and criminal cases have impacted the way organizations like the catholic church, boy scouts, and schools/universities
>
> Expand ▼

Your first paragraph is exactly why predators and criminals are thriving in this country right now, literally the definition why this country has the arrow pointing straight down, you think I give a shit if I get some jail time for beating up a child predator? If this guy was doing this in Nj I was would drive straight to the

There is already a blueprint to stop this, which is the legal system. And yes, civil and criminal cases

Case: 1:24-cv-01969 Document #: 920-6 Filed: 03/29/24 Page 66 of 101 PageID #:2397

Expand ▼

Your first paragraph is exactly why predators and criminals are thriving in this country right now , literally the definition why this country has the arrow pointing straight down , you think I give a shit if I get some jail time for beating up a child predator? If this guy was doing this in Nj I was would drive straight to the arena and wait for him in a parking lot , Violence has always been and always will be the greatest deterrent towards evil men , these people don't care about laws and laws don't work for the victims at all in our system , he's exploited 100s of kids and posted their images for pedos to enjoy and currently is a youth ref with access to children and you want to start the long drawn out process of changing laws (relying on politicians , half of which are current fighting to keep Epstein client list sealed) and file civil suits which go on for years and years.. the law has known about this for over a year. How many pictures have been taken and sent into the cesspool of the internet since then? How many disgusting weirdos enjoyed them since the cops were notified? Hopefully the F.B.I. does something now that they are involved but I doubt if they do it'll be a quick and speedy process

the greatest threat to society isn't evil men it's the indifference and apathy of good men

**Antitroll2828**  Posted January 2



Members
493

> On 1/2/2024 at 1:09 PM, Interviewed_at_Weehawken said:
>
> Typical Minnow style. He wants us to believe that he has a direct line to the feds.

This isn't the first time Mineo used his platform to call out predators in the wrestling community and he has 3 young girls so I know he's sincere when he talks about this stuff , and Mineo runs a wrestling page with like over 1000 members in NJ , quite a few that work in law enforcement, it wouldn't be surprising at all if one of them knew who to call to get the ball rolling on something ....

pretty weird time and subject to try and dunk on Mineo when he did more to try and stop this guy in the last 48 hrs then law enforcement and the wrestling community did in a year

 3

**Le duke**  Posted January 2



Members
1.7k

> On 1/2/2024 at 4:40 PM, Antitroll2828 said:
>
> Your first paragraph is exactly why predators and criminals are thriving in this country right now , literally the definition why this country has the arrow pointing straight down , you think I give a shit if I get some jail time for beating up a child predator? If this guy was doing this in Nj I was would drive straight to the arena and wait for him in a parking lot , Violence has always been and always will be the greatest deterrent towards evil men , these people don't care about laws and laws don't work for the victims at all in our system , he's exploited 100s of kids and posted their images for pedos to enjoy and currently is a youth ref with access to children and you want to start the long drawn out process of changing laws (relying on politicians , half of which are current fighting to keep Epstein client list sealed) and file civil suits which go on for years and years.. the law has known about this for over a year. How many pictures have been taken and sent into the cesspool of the internet since then? How many disgusting weirdos enjoyed them since the cops were notified? Hopefully the F.B.I. does something now that they are involved but I doubt if they do it'll be a quick and speedy process
> the greatest threat to society isn't evil men it's the indifference and apathy of good men

If these people feared violent reprisal against them, they wouldn't do it.

Let's say you show up to some youth tournament and pick a fight with a guy you THINK is him. Then, it turns out it's the wrong guy. You're going to jail, chief.

Or, let's say he's armed. Even if he's a suspected criminal, if he's allowed to carry a gun in that state, and you attacks him, he can kill you, and walk.

Let's say you show up to some youth tournament and pick a fight with a guy you THINK is him. Then, it turns out it's the wrong guy. You're going to jail, chief.

Or, let's say he's armed. Even if he's a suspected criminal, if he's allowed to carry a gun in that state, and you attacks him, he can kill you, and walk.

There's a reason the law exists. You don't get to take it into your own hands.

Sent from my iPhone using Tapatalk

**Interviewed_at_Weehawken**



Members

2.2k

Posted January 2 (edited)

> On 1/2/2024 at 4:47 PM, Antitroll2828 said:
>
> This isn't the first time Mineo used his platform to call out predators in the wrestling community and he has 3 young girls so I know he's sincere when he talks about this stuff , and Mineo runs a wrestling page with like over 1000 members in NJ , quite a few that work in law enforcement, it wouldn't be surprising at all if one of them knew who to call to get the ball rolling on something ....
>
> pretty weird time and subject to try and dunk on Mineo when he did more to try and stop this guy in the last 48 hrs then law enforcement and the wrestling community did in a year

I'll dunk on Minnow when I please.

Curious, who weighed in on the current scumbaggery first: Pyles or Minnow? Genuinely curious.

And what does this specific case have anything to do with Minnow's fanbase in NJ?

Keep in mind that the wording he chose was to make his disciples think "Uncle Pat" (super creepy nickname he gave himself) was real real cool. Not to mention he used silly memes and made it all about him.

Edited January 2 by Interviewed_at_Weehawken

 1

**Antitroll2828**



Members

493

Posted January 2

> On 1/2/2024 at 4:55 PM, Interviewed_at_Weehawken said:
>
> I'll dunk on Minnow when I please.
>
> Curious, who weighed in on the current scumbaggery first: Pyles or Minnow? Genuinely curious.
>
> And what does this specific case have anything to do with Minnow's fanbase in NJ?
>
> Keep in mind that the wording he chose was to make his disciples think "Uncle Pat" (super creepy nickname he gave himself) was real real cool.

Idk who brought it up first and my point was mineo shared all this information with his wrestling group , a lot of NJ wrestlers around mineos age went into law enforcement and are members of said group so I said I wouldn't be surprised if that helped get the FBI get involved , big difference between a wrestling mom calling the feds and a Sgt in a large police department calling the feds , I wasn't stating anything as a fact just pointing that out to you

I dunk in mineo from time to time because he deserves it occasionally but this is a very serious subject and one I know he isn't talking about for clicks or likes

thinking about it I think pyles may have briefly brought this up in the past but tap danced around it for fear of getting sued or company orders or whatever the reason and when these guys got kicked out of midlands pyles napped back up with it

Case: 1:24-cv-01969 Document #: 72-5 Filed: 08/29/24 Page 68 of 101 PageID #:2122

and one I know he isn't talking about for clicks or likes

thinking about it I think pyles may have briefly brought this up in the past but tap danced around it for fear of getting sued or company orders or whatever the reason and when these guys got kicked out of midlands pyles popped back up with it



**Antitroll2828**



Members

493

Posted January 2 (edited)

> On 1/2/2024 at 4:51 PM, Le duke said:
>
> If these people feared violent reprisal against them, they wouldn't do it.
>
> Let's say you show up to some youth tournament and pick a fight with a guy you THINK is him. Then, it turns out it's the wrong guy. You're going to jail, chief.
>
> Expand ▾

Weak

per the FBI own numbers only 52 percent of all murders are solved (and they group this in with manslaughter to boost that number )

26 percent of rape cases are solved

36 percent of violent crimes are solved

23 percent of all Robbery

and those are just the numbers for cases with arrests , not prosecutions so these numbers go down even more after trial and almost 90 percent of the rest agree to a plea deal for a lesser charge and less or no jail time

im also not advocating for people to go be Batman in their communities either , a lot of stupid people could end up hurting innocent people but in certain situations everyday people need to step up and do something when law enforcement can't or just won't stop the obvious wrong going on , otherwise predators and criminals rule and society falls

Edited January 2 by Antitroll2828

**gimpeltf**



Members

723

Posted January 2

> On 1/2/2024 at 4:55 PM, Interviewed_at_Weehawken said:
>
> Keep in mind that the wording he chose was to make his disciples think "Uncle Pat" (super creepy nickname he gave himself) was real real cool.

He IS Uncle Pat. His brother Steve has a couple kids.

**Interviewed_at_Weehawken**

Posted January 2