# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Nima Gharavi, et al.
                                     Plaintiff,

v.                                                                       Case No.: 1:24–cv–01969
                                                                                        Honorable Steven C. Seeger

Jessica Presley, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant Davidson's motion for an extension of time to respond to the complaint (Dckt. No. [128]) is hereby granted. Defendant requested an extension until December 8. Davidson filed a motion to dismiss on December 1 (Dckt. No. [132]), which is deemed timely. A response to the motion is due by January 5, 2026. A reply is due by January 19, 2026. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.