UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Nima Gharavi, et al.
                    Plaintiff,

v.                                                Case No.: 1:24‑cv‑01969
                                                  Honorable Steven C. Seeger

Jessica Presley, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 18, 2025:

    MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Plaintiff's motion for entry of default against Defendant Ian Jagger a/k/a Ian Majka. The Court took a close look at the affidavit of service. (Dckt. No. [121]) By the look of things, Plaintiff effectuated service of process by leaving a copy of the summons and the complaint with Defendant's fianc (Joanne Guidice). That mode of service counts only if the fianc resides at that abode. Maybe Defendant resides with his fianc. Or maybe not. By the end of this week, Plaintiff must file a statement and address whether Defendant resides with his fianc. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.