IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>          Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## **DECLARATION OF NICOLE O'TOOLE PETERSON**

I, Nicole O'Toole Peterson, do hereby state as follows:

1. I am an attorney duly admitted to practice before this Court and counsel of record for Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. (collectively, "Plaintiffs"), in the above-captioned action.

2. I make this declaration based on my personal knowledge, my review of the pleadings and documents in this matter, and communications with my client and third parties.

3. On May 29, 2025, Plaintiffs filed their Third Amended Complaint alleging claims of defamation, false light, intentional infliction of emotional distress, and tortious interference with business relationships against Defendant Ian Majka ("Mr. Majka"). Dkt. 92.

4. Between August and October 2025, Plaintiffs made numerous attempts to serve Mr. Majka at Mr. Majka's home address, located at 320 5th Street, Saddle Brook, New Jersey 07663, through process server Judicial Attorney Services, Inc. Service was effected on Mr. Majka on October 6, 2025. Dkt 121.

5. Mr. Majka was to answer the Third Amended Complaint by October 27, 2025. To date, Mr. Majka has failed to answer the Third Amended Complaint.

6. On November 17, 2025 Plaintiffs filed a motion for entry of default against Mr. Majka. Dkt. 130.

7. Subsequently thereafter, Mr. Majka has contacted our office and we have began to engage in settlement negotiations with him.

8. On December 18, 2026 this Court asked Plaintiffs to clarify if Mr. Majka was properly served before it would rule on its pending motion for default. Dkt. 135.

9. Because Plaintiffs are presently engaged in settlement negotiations with Mr. Majka, we can confirm he was properly served.

10. Plaintiffs would therefore ask their motion for entry of default against Mr. Majka be entered and continued for a period of thirty (30) days so the parties may continue to entertain settlement negotiations.

**VERIFICATION BY CERTIFICATION**

The undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that she verily believes the same to be true.

*/s/ Nicole O'Toole Peterson*
Nicole O'Toole Peterson