IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## STATEMENT IN SUPPORT OF PROPER SERVICE OF DEFENDANT IAN MAJKA

Plaintiffs, NIMA GHARAVI ("Gharavi") and RIGHT CALL OFFICIALS, INC. ("Right Call Officials, Inc.") (collectively, "Plaintiffs"), by counsel, SWANSON, MARTIN & BELL, LLP, hereby submit this statement in support of proper service of Defendant, IAN JAGGER A/K/A IAN MAJKA, ("Mr. Majka"). Plaintiffs state as follows:

Plaintiffs have properly served Mr. Majka. On May 29, 2025, Plaintiffs filed their Third Amended Complaint alleging claims of defamation, false light, intentional infliction of emotional distress, and tortious interference with business relationships against Defendant Ian Majka ("Mr. Majka"). Dkt. 92. Thereafter, between August and October 2025, Plaintiffs made multiple attempts to serve Mr. Majka at his residence located at 320 5th Street, Saddle Brook, New Jersey 07663. Ultimately, service was successfully effected on October 6, 2025, when copies of the

1

Summons and Third Amended Complaint were left with Mr. Majka's fiancée, Joanne Guidice, at that address. Dkt. 121; *see also* Affidavit of Jeffrey S. Becker, attached as **Exhibit A**, ¶ 3.

Mr. Majka's deadline to answer the Third Amended Complaint was October 27, 2025. However, he did not answer or otherwise plead by this deadline. As a result, on November 17, 2025, Plaintiffs filed a motion for entry of default against Mr. Majka. Dkt. 130. Subsequently, on December 18 and December 22, 2025, the Court requested clarification as to whether Ms. Guidice resides with Mr. Majka before ruling on the pending motion. Dkts. 135, 137.

As supported by affidavit, counsel for Plaintiffs spoke directly with Mr. Majka by telephone on December 22, 2025. **Ex. A**, ¶ 6. During that conversation, Mr. Majka confirmed that Ms. Guidice resides with him at the address where service was effected, thereby confirming that service on October 6, 2025 was proper. *Id.* at ¶ 7.

At present, Plaintiffs and Mr. Majka are engaged in active settlement negotiations, and Plaintiffs anticipate that a resolution will be reached in January 2026. *Id.* at ¶8-9. Accordingly, and in light of these ongoing discussions, Plaintiffs respectfully request that the Court enter and continue the pending motion for default to January 30, 2026, to allow the parties additional time to finalize a resolution with Mr. Majka.

WHEREFORE, Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., respectfully request the Court enter and continue their pending motion for default against Defendant, IAN MAJKA, to January 30, 2026, and for other just and proper relief.

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: December 23, 2025          By: */s/ Olivia E. Duggins*

Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (ARDC #6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com