**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## **AFFIDAVIT OF JEFFREY S. BECKER**

I, Jeffrey Becker, depose and state the following under penalties of perjury:

1. I am an attorney duly admitted to practice before this Court and counsel of record for Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. (collectively, "Plaintiffs"), in the above-captioned action.

2. On May 29, 2025, Plaintiffs filed their Third Amended Complaint against Defendant Ian Majka ("Mr. Majka"). Dkt. 92.

3. Service was effected on Mr. Majka on October 6, 2025 by leaving copies of the Summons and Third Amended Complaint with Mr. Majka's fiancé, Joanne Guidice, at Mr. Majka's home address located at 320 5th Street, Saddle Brooke, New Jersey 07663. Dkt 121.

4. On November 17, 2025, Plaintiffs filed a motion for entry of default against Mr. Majka for failure to answer or otherwise plead to the Third Amended Complaint. Dkt. 130.

5. On December 18 and December 22, 2025, this Court asked Plaintiffs to clarify if Ms. Guidice lives with Mr. Majka before it would rule on its pending motion for default. Dkt. 135, 137.

6. On December 22, 2025, I had a telephone conversation with Mr. Majka.

7. Mr. Majka confirmed to me that Ms. Guidice resides with him at the address where he was served.

8. Mr. Majka and Plaintiffs are presently engaged in settlement negotiations.

9. I anticipate that a resolution with Mr. Majka will be reached in January 2026.

10. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Date: December 23, 2025

By: */s/ Jeffrey S. Becker*
Jeffrey S. Becker