**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Nima Gharavi, et al.
                        Plaintiff,

v.                                              Case No.: 1:24–cv–01969
                                                          Honorable Steven C. Seeger

Jessica Presley, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: The Court is in receipt of a Proposed Agreed Confidentiality Order. The request to enter the Order is DENIED without prejudice. The Proposed Order includes multiple restraints or other conditions that apply only to pro se litigants. The Court is not inclined to issue an order of this type that requires pro se litigants to abide by different standards than represented parties and their attorneys, even if the Order is agreed. Given the approaching fact discovery deadline, the Parties may resubmit a proposed order by 12/30/25. Submission requirements remain the same. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.