IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No, 1:24-cv-1969 |
| vs. | ) ) | Judge: Hon. Steven C. Seeger |
| JESSICA PRESLEY, MATSCOUNTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25, | ) ) ) ) ) ) | Magistrate Judge: Hon. Beth W. Jantz |
| Defendants. | ) ) | |

**JOHN DAVIDSON'S WITHDRAWAL OF FILING OF
MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, JOHN DAVIDSON, by his attorneys, STORM & PISCOPO, P.C., hereby withdraws a Motion to Extend Time to Answer or Otherwise Plead [Doc. 142], as it was inadvertently filed instead of his Motion to Extend Time to Complete Fact Discovery. The correct motion has since been filed as Doc. 143.

DATED: December 29, 2025

Respectfully submitted,

/s/ *Philip J. Piscopo*_____

Philip J. Piscopo
Attorney for Defendant
John Davidson

Storm & Piscopo, P.C.
2000 S. Batavia Avenue
Suite 410
Geneva, Illinois 60134
(630) 232-6170
pjp@stormpiscopo.law
IL Bar No. 6243658

1