# SWANSON, MARTIN & BELL, LLP

ATTORNEYS AT LAW
330 NORTH WABASH, SUITE 3300, CHICAGO, ILLINOIS 60611
(312) 321-9100 • FAX (312) 321-0990

WRITERS DIRECT DIAL: (312) 222-8534
ODUGGINS@SMBTRIALS.COM

September 22, 2025

*Via Email*
Patrick Mineo
patrickmineo22@gmail.com

Re: *Gharavi v. Presley, et al.*, Case No. 1:24-cv-1969

Mr. Mineo,

In addition to the matters raised in our letter dated September 12, 2025, we identified further issues with your written discovery responses that require your immediate attention. We request that you supplement all of your discovery responses and production no later than October 10, 2025. The issues are outlined in more detail below:

## ANSWERS TO INTERROGATORIES

**Interrogatory No. 2:** This interrogatory seeks the identity of each individual with actual or potential knowledge concerning any of the allegations set forth in the Complaint, along with a description of the specific knowledge each person possesses.

In your answer, you first improperly object on the basis of being overbroad and unduly burdensome and state that "thousands of posts by hundreds of users have been made about Plaintiff's videos." You then vaguely reference the parties to this lawsuit and individuals mentioned elsewhere in your interrogatory responses or document production. While we understand that online discourse may involve numerous individuals, that does not relieve you of your obligation to specifically identify each person with relevant knowledge responsive to this interrogatory. General references are insufficient. You must name each individual and describe the nature of the knowledge they possess. For example, your responses mention Jennifer Ritacco. You are required to clarify what specific knowledge Ms. Ritacco has that relates to the allegations in the Complaint. Please provide a complete answer to this interrogatory.

**Interrogatories No. 3:** This interrogatory requests that you identify each individual who has Communicated with you regarding any of the allegations in the Complaint.[1] In response, you reference your deficient answer to Interrogatory No. 2 and cite general references to your document production.

---

[1] *See* Plaintiff's discovery requests to you for the definition of Communication.

This is insufficient. We are entitled to a complete and specific identification of each person who has made such communications to you. General references to document production do not satisfy your obligation to respond fully. You must clearly identify each individual responsive to this interrogatory and specify the nature of the communication they made. Please update this response accordingly.

**Interrogatory Nos. 4-5:** These interrogatories request that you identify each individual who has communicated with you regarding the Plaintiffs or their wrestling videos. In your answers, you refer generally to your document production and mention communications with Jennifer Ritacco and Deanna Moore. However, this cannot represent the full scope of relevant communications. For instance, page 13 of your document production references a conversation with a federal agent, yet you fail to identify this individual in your interrogatory answers.

You are required to specifically identify each individual who has communicated with you on these topics and describe the nature of those communications. Please provide complete and responsive answers to Interrogatory Nos. 4 and 5.

**Interrogatory No. 8:** This interrogatory seeks a description of all ways in which you have earned any income or revenue in the last five (5) years. Your answer is non-responsive. Please supplement your response to provide a complete and accurate description of all income-generating activities during the requested time period.

**Interrogatory No. 9:** To eliminate ambiguity, please provide the full Uniform Resource Locators (URLs) to each social media account that you identified in response to this interrogatory. For example:

> https://www.facebook.com/PatMineo22

Please also confirm that there are no previously undisclosed social media accounts, including but not limited to those associated with the following email addresses:

1. fuckyoupat@aol.com
2. imafatassfuck1234@yahoo.com
3. scumbag2222pjm@yahoo.com
4. djpatronmineo@gmail.com
5. djpatronmineo@facebook.com

## DOCUMENT PRODUCTION

**Pages 2–3, 23–25, 28, 33, 37, 40–42, 45, 46–47, 52, 57–59, 62, 66–68, 70–71, and 75–76**: These screenshots appear to be incomplete, self-cropped, and do not capture the full webpage. Please produce the full, unedited screenshots in their entirety, including all associated dates and time stamps.

**Pages 60–61, 63, 65, 69:** These screenshots appear to be from a Messenger application. Please identify the individual(s) involved in each conversation, the dates on which the conversations occurred, and produce the complete message threads.

**Pages 17–19, 77–78:** These documents appear to be printed and scanned webpages. Please identify the original source of each document, explain how they were obtained, and indicate the current location of the physical copies.

**Page 72:** This screenshot lacks information regarding who captured it, when it was taken, and who applied the highlight. Please supplement your response accordingly.

**Pages 21–22, 26–27, 29–30, 34:** These documents appear to be screenshots of comments made by anonymous users. Please identify the specific webpage or platform from which each screenshot was taken and explain how you obtained them.

**Instagram and Facebook Messages (Pages 6, 9–11, 13):** Your document production includes Instagram message exchanges with Ms. Ritacco (pages 9–11, 13) and Ms. Moore (page 6). These appear to be selectively cropped and incomplete conversations. *See, e.g.,* page 11. Please produce the full, unedited message threads in their entirety, including all associated dates and time stamps.

**Social Media Posts**: As stated in our letter dated September 12, 2025, we request that you produce the actual social media posts, including all associated comments, that are responsive to Requests for Production Nos. 7 and 8 and were omitted from your initial document production. For example, enclosed is a Facebook post authored by you that was not included in your written discovery responses. Please include this post in your supplemental production, along with all other responsive posts and related content.

As noted above, please supplement your responses no later than October 10, 2025. We make this request pursuant to F.R.C.P. 26 and 37. We remain available to meet and confer on any of the topics raised in this correspondence, and we hope to resolve them without the need for additional court intervention.

    Very truly yours,
    Swanson, Martin & Bell, LLP

    *Olivia Duggins*

    Olivia E. Duggins

cc: Jeffrey Becker
    Nicole O'Toole Peterson