# S<small>WANSON</small>, M<small>ARTIN</small> & B<small>ELL</small>, LLP

**ATTORNEYS AT LAW**
**330 NORTH WABASH • SUITE 3300**
**CHICAGO, ILLINOIS 60611**
**(312) 321-9100 • FAX (312) 321-0990**

**Jeffrey S. Becker**                                                                                        E-mail at
(312) 321-8425                                                                             jbecker@smbtrials.com

December 18, 2025

**VIA E-MAIL**
Patrick Mineo
patrickmineo22@gmail.com

                    Re:    *Gharavi v. FloSports et al. (Case Number 1:24-cv-1969)*
                          **Pursuant to Federal Rule of Civil Procedure 26**

Mr. Mineo:

      I am reaching out to you to secure your availability to have your deposition conducted following the holidays. As you know, fact discovery in this matter is scheduled to close on January 31, 2026. I would like to work with your schedule when setting this deposition up, and would appreciate it if you would provide me with a few dates next month on which you are available. Would you please send along your availability when able?

      Additionally, we are in receipt of your supplemental document production and we have a few questions for you. First, we do not see supplemental documents regarding the previously cropped messages that you produced, such as the email from Jeniffer Ritocco to Judge Seeger's Courtroom Deputy. As described more in detail in our previous correspondence, and during your phone call with Mr. Becker following the hearing on our motion to compel, we are in need of supplemental documentation in response Requests nos. 7 and 8, specifically we are looking for unredacted and uncropped screenshots of the following types of documents, which had previously been produced in an incomplete fashion:

- Facebook Messenger communications;
- Instagram Messenger communications;
- Social Media Posts; and
- Scanned webpages.

      We also do not see that you supplemented your answers to any of the Interrogatories we discussed. As detailed in our previous correspondences, we are specifically looking for supplementation of your answers interrogatories 2-5, 8, 9.

      We are happy to work with you in any way we can be of assistance so that you may supplement this information and documentation sufficiently in advance of your deposition and without the need to seek further involve the Court.

                                                                      Sincerely,

                                                                    */s/ Jeffrey S. Becker*
                                                                    Swanson, Martin & Bell, LLP