# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Nima Gharavi, et al.

                    Plaintiff,

v.                                         Case No.: 1:24–cv–01969
                                                        Honorable Steven C. Seeger

Jessica Presley, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the statement about service of process on Defendant Majka (Dckt. [138]). Based on the supporting affidavit, the recipient of the summons (Defendant's fiance) resides at the residence, which means that service of process was proper. The parties are discussing settlement, and anticipate a resolution. The parties must file a status report by January 16, 2025. The Court reminds Defendant Majka that a response to the complaint is overdue. Plaintiff must serve a copy of this order on Defendant Majka by US Mail and by email (if known) and must file a certificate of service. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.