**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25. <br><br> Defendants. | Case No. 1:24-cv-1969 <br><br> **Judge:** <br> Honorable Steven C. Seeger <br><br> **Magistrate Judge:** <br> Honorable Beth W. Jantz |

## CERTIFICATE OF SERVICE

To:

| Adam Kingsley | Philip Piscopo | Patrick Mineo |
|---|---|---|
| Kingsley Law Group | Storm & Piscopo, P.C. | Pro se |
| 150 N Michigan Ave, 8th Floor | 2000 S Batavia Ave, | patrickmineo22@gmail.com |
| Chicago, IL 60601 | Geneva, IL 60134 | |
| adam@kingsleylawgroup.com | pjp@stormpiscopo.law | |
| Counsel for Defendant, | Counsel for Defendant, John | |
| Joseph Corsini | Davidson | |

The undersigned hereby certifies that on the 8th day of January, 2026, a copy of the foregoing **Docket Entry #149** was sent to Defendant Ian Majka via US Mail, Certified Mail, and electronic mail. This **Certificate of Service** was electronically filed via the ECF System and was caused to be served via electronic mail to the parties listed herein at their respective addresses.

/s/ Nicole O'Toole Peterson
One of the Attorneys for Plaintiff
Nima Gharavi and Right Call Officials, Inc.

Jeffrey S. Becker (jbecker@smbtrials.com)
Nicole E. O'Toole (notoole@smbtrials.com)

Olivia E. Duggins (oduggins@smbtrials.com)
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax: (312) 321-0990
Firm ID #29558