# EXHIBIT A

> Hi Pat, we don't know each other but we have become embroiled in the same legal dispute in which we were both looking out for the best interest of kids in our sport. Wondering if you had a quick minute to chat at some point about the case. Similar to you, I had also filed a report with thr FBI but I never heard back about my report

Hey Joe. Whole thing is ridiculous and an attempt to silence people. It's absurd and hopefully dropped. I didn't file a report but a concerned mother of a minor female wrestler did and she also emailed the court clerk this info about what she reported 

2/20/25, 2:20 PM

Seeing all the files Flo had prior to this and exchanges with him was interesting too

4/10/25, 6:37 PM

> Hey Pat - sorry for the late reply. Yes it was very interesting to see those exchanges. To me it put Flo in a more positive light that they were willing to pursue people like this. I hope you are doing well in the case and otherwise. I am still forming my defense. All the best,
>
> Joe

Hey Joe! Yes now that Flo was dismissed off it etc I'm not sure what will happen. It seems like case took a big hit !

> Yeah if I had to guess - since they are the "big fish" monetarily speaking - that they may seek to retry the case in Texas where flo is based

> This sort of thing still haunts me - the idea that there are people out there. I am a father and I know you are too - so it does boil the blood to hear about these things. 

I am a father of 3 girls I agree

So many ppl appreciated the warning and found their kids on that channel

It is deliberate and disgusting. I wasn't dismissed because I tagged him n mentioned Illinois governing body. Sucks but I was detailed because this stuff is really bad . Very wrong.

Also found it odd they told you to not file ur dismissal motion for jurisdiction because they would be "filing something" n it would waste courts time? Interesting . Waiting to see what they are doing

4/10/25, 7:58 PM

not sure exactly. I did a search to see that Gharavi has been involved in several other lawsuits and one is ongoing simultaneous to that against us and Flo. I'm trying to find out more info, but it appears to be a case filed against Tumblr

He's a serial sue artist. Very ridiculous

I guess it matches the saying about a rat backed into a corner...

I know that I won't back down and many others will not either

First thing I thought of , he's on offensive cuz he's a rat and cornered

Sure thing!

5/9/25, 9:28 AM

Hey Joe! Would love to chat about that case sometime this weekend ! I'm hoping you get dismissed, but this guy is relentless in his efforts even after Flo is gone.

Hi Pat - sure would be happy to connect. I'm sure Sunday will be similar for you with Mothers day taking the stage, but open tomorrow and this evening

9/22/25, 11:50 AM

Hey Joe, some interesting things happening lately. I know we never chat but would be happy to this week at some point if works. Somehow this last message went unread but showed read. This thing is truly dragging out...

Hey man. I did see a couple of odd interactions within the recent case activity. Happy to connect. Truly - it is dragging out!

Very odd. I'd love to share the recent coded insults/attacks they made ah me for opposing their motion, so immature. Shows it's a weak case.

Also our convos here are privileged and not subject to discovery! If you catch my drift paison haha none of our messages are/were included. So can keep between us then

Can give u a call this week at some point let me know!

9/24/25, 6:24 PM

Yeah I am still shocked that this hasn't been dismissed and simultaneously disappointed that nothing has actually been done to further investigate the wrongdoings of the referee in question here. I haven't heard back from my FBI report that I filed and was told to essentially kick rocks when I followed up.

I'm happy to connect. I have a thing tomorrow night but otherwise free at nights typically, but based on west coast

There was a mass public concern and discussion on this guy. Even Ones going on behind scenes even before Flo and others first brought it out . He's a perceived public figure in wrestling space or wants to be and this is a public concern. I have some good info . We can connect another night that works in evening your time, that works. Appreciate it!

