EIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## STATUS REPORT ON SETTLEMENT

NOW COME Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. (collectively, "Plaintiffs"), by and through counsel, SWANSON, MARTIN & BELL, LLP, hereby submits this Status Report in accordance with this Court's order (Dkt. 149):

Pursuant to the Court's directive (Dkt. 149), the parties submit this status report regarding Plaintiffs' settlement discussions with Defendant Ian Majka. Plaintiffs and Mr. Majka have reached a settlement and are agreed on all material terms. The parties are now in the process of drafting a written settlement document to memorialize their agreement.

As the parties are in the final stages of completing their settlement, both Plaintiffs and Mr. Majka respectfully request that the pending motion for default against Mr. Majka be continued for 30 days to allow the parties to finalize and execute the settlement paperwork and to avoid requiring

Mr. Majka to file a responsive pleading during this period. Plaintiffs will voluntarily dismiss Mr. Majka promptly upon full execution of the settlement agreement.

                                                Respectfully Submitted,

                                                **NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: January 16, 2026                   By:*/s/ Olivia E. Duggins*
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (#6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com