**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Wrestling Media
Association c/o Jason Bryant
2739 17th St NW
New Brighton, MN 55112

9590 9402 9223 4295 5334 27

2. Article Number (Transfer from service label)

9589 0710 5270 1698 4424 14

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    JSB 07946-0002    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees
☐ Return Receipt
☐ Return Receipt
☐ Certified Mail
☐ Adult Signature
☐ Adult Signature

Postage
$

Total Postage and Fees
$

Sent To
NWMA c/o Jason Bryant

Street and Apt. No., or PO Box No.
2739 17th St NW

City, State, ZIP+4®
New Brighton, MN, 55112

9589 0710 5270 1698 4424 14

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**Tracking Number:**

# 9589071052701698442414

 Copy    Add to Informed Delivery

Remo

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 2:00 pm on September 16, 2025 in SAINT PAUL, MN 55112.

---

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

**Delivered to Agent**

Delivered to Agent, Left with Individual

SAINT PAUL, MN 55112
September 16, 2025, 2:00 pm

**Arrived at USPS Regional Facility**

SAINT PAUL MN DISTRIBUTION CENTER
September 15, 2025, 1:05 am

**In Transit to Next Facility**

September 13, 2025

**Arrived at USPS Regional Facility**

BEDFORD PARK IL DISTRIBUTION CENTER
September 12, 2025, 10:15 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**