From: Scott Pilutik <pilutik@gmail.com>
Sent: Wednesday, September 24, 2025 1:10 PM
To: Jeff Becker <jbecker@smbtrials.com>
Cc: Olivia E. Duggins <oduggins@smbtrials.com>
Subject: Re: Request for extension of time to respond to subpoena - Jason Bryant | 1:24-cv-1969

Caution: External email.

Dear Jeff,

Following up on our phone call from Monday, I'm writing in hopes that you'll confirm in a reply here our understanding that my client, Jason Bryant on behalf of the National Wrestling Media Association (NWMA) has been granted an extension to respond to your client's third-party subpoena to October 12, 2025, if he plans to object, or October 22, 2025, if my client chooses to substantively respond.

Thank you,

---

Scott Pilutik  |  The Law Office of Scott Pilutik
212.645.6241 T  |  607.900.4151 F  |  pilutik@gmail.com

This e-mail transmission is for the sole use of the intended recipient/s and may contain information protected by the attorney-client privilege, the attorney-work-product doctrine or other applicable privileges or confidentiality laws or regulations.

On Mon, Sep 22, 2025 at 12:39 PM Scott Pilutik <pilutik@gmail.com> wrote:
I just got your voicemail. Give me a call when you're free at 212.645.6241.

___
~ s

On Mon, Sep 22, 2025 at 12:30 PM Jeff Becker <jbecker@smbtrials.com> wrote:
Scott, give me a quick buzz at 312-371-3730.

# Jeffrey S. Becker

Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100 (general)
(312) 321-8425 (direct)
(312) 321-0990 (facsimile)
Bio | E-Mail | LinkedIn
website:  www.smbtrials.com

🖶 Go Green: Please do not print this e-mail unless absolutely necessary.
Privileged & confidential communication, intended only for the named recipient(s).
If you receive this message by mistake, please notify me immediately and delete it.
Do not save, copy or forward it. No waiver of privilege or confidentiality should be inferred from error in sending.

**SMB** SWANSON, MARTIN & BELL, LLP

From: Scott Pilutik <pilutik@gmail.com>
Sent: Monday, September 22, 2025 11:13 AM
To: Jeff Becker <jbecker@smbtrials.com>
Cc: Olivia E. Duggins <oduggins@smbtrials.com>
Subject: Re: Request for extension of time to respond to subpoena - Jason Bryant | 1:24-cv-1969

> Caution: External email.

Thanks Jeff.

Well, one of my tasks, besides getting an extension, is to get my client to an IL attorney, b/c otherwise I'd have to file a pro hac vice motion, which seems unnecessary for answering a third party subpoena that I'm sure other attorneys could handle. If I agree to 10/12 I'd be tying that incoming attorneys hands a bit b/c I told my client I would ask for 30 days.

Will that not work?


On Mon, Sep 22, 2025 at 12:03 PM Jeff Becker <jbecker@smbtrials.com> wrote:
We are happy to provide you with an extension. Can we agree to have any substantive responses by 10/22? I would ask that any objections be made, however, by 10/12, a bit earlier, so we can work through them with you. I would hate to give a month to only then receive no docs/info and only objections, as I would imagine you can agree that objections should be something able to be provided sooner than the docs themselves. Does that work for you?

## Jeffrey S. Becker

Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100 (general)
(312) 321-8425 (direct)
(312) 321-0990 (facsimile)
Bio | E-Mail | LinkedIn
website: www.smbtrials.com

🖶 Go Green: Please do not print this e-mail unless absolutely necessary.
Privileged & confidential communication, intended only for the named recipient(s).
If you receive this message by mistake, please notify me immediately and delete it.
Do not save, copy or forward it. No waiver of privilege or confidentiality should be inferred from error in sending.

**SMB** SWANSON, MARTIN & BELL, LLP

From: Scott Pilutik <pilutik@gmail.com>
Sent: Monday, September 22, 2025 10:26 AM
To: Olivia E. Duggins <oduggins@smbtrials.com>; Jeff Becker <jbecker@smbtrials.com>
Subject: Request for extension of time to respond to subpoena - Jason Bryant | 1:24-cv-1969

> Caution: External email.

To Attorneys Olivia Duggins and Jeffrey Becker:

I've been retained by Jason Bryant, the recipient of a third-party subpoena in the above-referenced lawsuit brought by your firm.

Mr. Bryant is requesting an additional thirty days to respond to your client's subpoena, as he has been overseas since the date your firm attempted service. Any stipulation for an extension would also need to preserve my client's objections.

Please advise if this is acceptable, and how you'd like to proceed. I imagine you might have a pre-prepared template for extensions, and I'm outside of the jurisdiction (NY).

Thank you,

_____
Scott Pilutik   |   The Law Office of Scott Pilutik
212.645.6241 T   |   607.900.4151 F   |   pilutik@gmail.com

This e-mail transmission is for the sole use of the intended recipient/s and may contain information protected by the attorney-client privilege, the attorney-work-product doctrine or other applicable privileges or confidentiality laws or regulations.

Disclaimer
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

Disclaimer
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.