From: Olivia E. Duggins <oduggins@smbtrials.com>
Sent: Friday, January 9, 2026 2:01 PM
To: Scott Pilutik <pilutik@gmail.com>
Cc: Jeff Becker <jbecker@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>
Subject: Re: Request for extension of time to respond to subpoena - Jason Bryant | 1:24-cv-1969

Hi Scott,

Hope you are well and happy new year. I don't believe we have received any response from you on the third-party subpoena to Jason Bryant. Are you available for a meet and confer on Monday or Tuesday of next week?

Thank you.

**Olivia E. Duggins**
Associate
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir: (312) 222-8534
Fax: (312) 321-0990
E-mail: oduggins@smbtrials.com
Website: www.smbtrials.com

# Swanson, Martin & Bell, LLP

―――――――――――――――――
―――――――――――――――――

Chicago – St. Louis – Lisle – Libertyville – Madison County

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure as information can be intercepted, lost, arrive late or incomplete. The sender therefore does not recommend total dependence on e-mail for secure and timely communication.
 Please consider the environment before printing this e-mail

