From: Emma K. Leonard
Sent: Wednesday, October 22, 2025 3:14 PM
To: willie@matscouts.com <willie@matscouts.com>
Subject: Follow-Up on Subpoena – Gharavi et al. v. FloSports, Inc. et al.

Good Afternoon,

I'm writing to follow up on the subpoena we issued in Nima Gharavi et al. v. FloSports, Inc. et al., which was issued on October 3rd and is attached here. As of today, we have not received any documents or objections.

Could you please confirm whether a response is forthcoming, or if there were any issues with service or production? If materials have already been sent, we'd appreciate knowing the date and method of transmission so we can verify receipt. If not, we'd be grateful for an estimated timeline. Should you have any objections or concerns regarding the scope of the subpoena, please share those in writing at your earliest convenience.

Feel free to contact me directly at (312) 923-8265 or via email at eleonard@smbtrials.com with any questions or to discuss further.

Thank you for your attention to this matter. I look forward to your response.