From: Willie Saylor <willie@matscouts.com>
Sent: Monday, November 3, 2025 5:15 PM
To: Olivia E. Duggins <oduggins@smbtrials.com>
Cc: Kira Matheson <kmatheson@smbtrials.com>; Jeff Becker <jbecker@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>
Subject: Re: Follow-Up on Subpoena – Gharavi et al. v. FloSports, Inc. et al.

Caution: External email.

i don't have any communications discussing this case. i'm not sure what i'm supposed to do.

On Mon, Nov 3, 2025 at 5:31 PM Olivia E. Duggins <oduggins@smbtrials.com> wrote:
Mr. Saylor,

I am following up on the subpoena that was issued on October 3rd. As of today, we have not received any documents or objections. Please provide a response by November 10, 2025, or we will be forced to file a motion to compel.

**Olivia E. Duggins**
Associate
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir:  (312) 222-8534
Fax:  (312) 321-0990
E-mail: oduggins@smbtrials.com
Website: www.smbtrials.com

# Swanson, Martin & Bell, LLP

_____
_____

Chicago – St. Louis – Lisle – Libertyville – Madison County

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure as information can be intercepted, lost, arrive late or incomplete. The sender therefore does not recommend total dependence on e-mail for secure and timely communication.

Please consider the environment before printing this e-mail

