IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## NOTICE OF DEPOSITION

TO:
Willie Saylor
willie@matscouts.com

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, we will take the oral deposition **via Zoom** of the following party for the purposes of discovery on the date and time listed below:

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Willie Saylor | January 13, 2026 | 9:00 AM CST |

Details regarding Zoom access are forthcoming.

Respectfully submitted,

SWANSON, MARTIN & BELL, LLP

By: /s/ Jeff Becker

Jeffrey S. Becker (jbecker@smbtrials.com)
Nicole E. O'Toole (notoole@smbtrials.com)
Olivia E. Duggins (oduggins@smbtrials.com)
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax: (312) 321-0990
Firm ID #29558

## **CERTIFICATE OF SERVICE**

Under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies pursuant to the provisions of Section 1-109 of the Code of Civil Procedure, that a copy of the attached to the parties listed above *via electronic mail* on December 18, 2025.

*/s/ Kira Matheson*