From: Kira Matheson <kmatheson@smbtrials.com>
Sent: Thursday, December 18, 2025 3:59 PM
To: Willie Saylor <willie@matscouts.com>
Cc: Jeff Becker <jbecker@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>; Olivia E. Duggins <oduggins@smbtrials.com>
Subject: Notice of Deposition (Gharavi v. FloSports 1:24-cv-1969)

Good afternoon Mr. Saylor,

Please find the attached Notice of Deposition. The date on the notice is arbitrary. Please advise of dates that would work best for you.

Sincerely,

Kira Matheson
Legal Assistant
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100 (general)
(312) 321-3518 (direct)
(312) 321-0990 (facsimile)
website: www.smbtrials.com

🖨 Go Green: Please do not print this e-mail unless absolutely necessary.
Privileged & confidential communication, intended only for the named recipient(s).
If you receive this message by mistake, please notify me immediately and delete it.
Do not save, copy or forward it. No waiver of privilege or confidentiality should be inferred from error in sending.