From: Kira Matheson <kmatheson@smbtrials.com>
Sent: Tuesday, December 30, 2025 12:43 PM
To: Willie Saylor <willie@matscouts.com>
Cc: Jeff Becker <jbecker@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>; Olivia E. Duggins <oduggins@smbtrials.com>
Subject: RE: Notice of Deposition (Gharavi v. FloSports 1:24-cv-1969)

Good afternoon Mr. Saylor,

I am kindly following up on scheduling your deposition in the Gharavi v. Flosports matter (1:24-cv-1969). As discovery closes in 30 days, we would appreciate your assistance in choosing a date that works best for you. Please advise of your availability for the month of January.

Sincerely,
Kira Matheson
Legal Assistant
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100 (general)
(312) 321-3518 (direct)
(312) 321-0990 (facsimile)
website: www.smbtrials.com

🖨 Go Green: Please do not print this e-mail unless absolutely necessary.
Privileged & confidential communication, intended only for the named recipient(s).
If you receive this message by mistake, please notify me immediately and delete it.
Do not save, copy or forward it. No waiver of privilege or confidentiality should be inferred from error in sending.