From: Nicole O'Toole Peterson <notoole@smbtrials.com>
Sent: Monday, January 5, 2026 7:33 PM
To: Kira Matheson <kmatheson@smbtrials.com>; Willie Saylor <willie@matscouts.com>
Cc: Jeff Becker <jbecker@smbtrials.com>; Olivia E. Duggins <oduggins@smbtrials.com>
Subject: Re: Notice of Deposition (Gharavi v. FloSports 1:24-cv-1969)

Mr. Saylor,

Our deadline set by the court to take your deposition is Friday, January 30, 2026. If we do not hear back from you about your availability we will be forced to file a motion to compel your deposition. Please let us know your availability for your deposition as soon as possible.

Sincerely,

Nicole O'Toole Peterson
Swanson, Martin & Bell, LLP
330 N. Wabash Ave, Suite 3300
Chicago, Illinois 60611
Direct: 312-766-0060
Email | Bio