From: Olivia E. Duggins <oduggins@smbtrials.com>
Sent: Thursday, January 15, 2026 8:27 AM
To: Willie Saylor <willie@matscouts.com>
Cc: Jeff Becker <jbecker@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>; Kira Matheson <kmatheson@smbtrials.com>
Subject: Re: Notice of Deposition (Gharavi v. FloSports 1:24-cv-1969)

Good morning Mr. Saylor,

Over the past month, we have reached out multiple times to schedule your deposition. Additionally, a subpoena requiring your testimony was sent via mail and, according to our records, delivered on January 13, 2026.

Please respond immediately to schedule a date for your deposition. If we do not hear from you by the close of business today, we will proceed with filing a motion to compel with the court.

Please note that this is our final attempt to schedule your deposition without seeking the court's intervention.

Thank you.

**Olivia E. Duggins**
Associate
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir: (312) 222-8534
Fax: (312) 321-0990
E-mail: oduggins@smbtrials.com
Website: www.smbtrials.com

# Swanson, Martin & Bell, LLP
━━━━━━━━━━━━━━━━━━━━━━━━━━
━━━━━━━━━━━━━━━━━━━━━━━━━━
Chicago – St. Louis – Lisle – Libertyville – Madison County

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure as information can be intercepted, lost, arrive late or incomplete. The sender therefore does not recommend total dependence on e-mail for secure and timely communication.

🌲 Please consider the environment before printing this e-mail