# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Nima Gharavi, et al.

                       Plaintiff,

v.

Jessica Presley, et al.

                       Defendant.

Case No.: 1:24–cv–01969
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 22, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report. (Dckt. No. [156]) Plaintiff has reached a settlement in principle with Defendant Majka. In light of that representation, the motion for entry of default (Dckt. No. [130] is denied as moot. The parties must file a status report no later than February 6, 2026. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.