UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Nima Gharavi, et al.
                    Plaintiff,
v.                                          Case No.: 1:24−cv−01969
                                            Honorable Steven C. Seeger
Jessica Presley, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 26, 2026:

    MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's Motion to Compel Compliance with Plaintiff's Third−Party Subpoena to Jason Bryant (Dkt. [157]) is DENIED without prejudice. The subpoena is directed to Bryant in New Brighton, Minnesota, but it purports to require the production of documents to Plaintiff's counsel's office in Chicago, which is outside of the 100−mile limit imposed by Federal Rule of Civil Procedure 45(c)(2)(A). Furthermore, subpoenas served out of District generally need to be enforced in the District where served. FRCP 45(d). Plaintiff's Motion to Compel Compliance with Plaintiffs' Third−Party Subpoenas to Willie Saylor (Dkt. [158]) is DENIED IN PART without prejudice. The first (documents) subpoena is directed to Saylor, who apparently lived in Coeur d'Alene, Idaho as of 2024, see Dkt. 64, but it purports to require him to produce documents to Plaintiff's counsel's office in Chicago, which is more than 100 miles from Coeur d'Alene. See Fed. R. Civ. P. 45(c)(2)(A). The motion is thus denied for the same reasons as above. The second subpoena to Saylor seeks his deposition. At the January 28, 2026 status hearing, Plaintiff must be prepared to address where Saylor has been served. At a minimum, this Court is likely to require personal service on Mr. Saylor (as opposed to just mail or certified mail) in advance of the 1/31/26 fact discovery deadline, if the Plaintiff seeks to compel his deposition by a rule to show cause or otherwise. Mailed notice (jxm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.