AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:24-cv-1969

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   Willie Saylor

on *(date)*   1-28-26   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   Maryanne Sigman

(mother) 2989 Old Nazareth Rd., Easton, PA 18045   Substitute Service at Abode   The Mother

did confirm he lived at this address, when asked on *(date)*   1-28-26   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $   125.00   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   1-29-26

*Server's signature*

Roger Rohrbach   Process Server

*Printed name and title*

7206 Whispering Ln.
Slatington, PA 18080

*Server's address*

Additional information regarding attempted service, etc.: