**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Nima Gharavi, et al.

Plaintiff,

v.

Case No.: 1:24−cv−01969
Honorable Steven C. Seeger

Jessica Presley, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

MINUTE entry before the Honorable Beth W. Jantz: The parties called in for a telephonic status hearing on January 28, 2026. Counsel for Plaintiff and pro se Defendant Patrick Mineo called in. The parties reported that Plaintiff took Defendant Mineo's deposition last week. Plaintiffs have filed with the District Judge an (opposed) motion to extend the fact discovery deadline of 1/31/26. [161] Plaintiff's counsel also reported that they may engage in expert discovery. Defendant Mineo reported that he is finished with all discovery. On settlement, the parties reported that Plaintiff made a settlement demand to pro se Defendant Mineo, but that Mineo was not interested in pursuing settlement discussions further given the amount of the demand. Pro se Defendant Mineo is the only remaining defendant who has not settled or been defaulted; all remaining dismissal stips as to other Defendants are due within 30 days. The parties shall call in for a telephonic status hearing on 2/11/2026 at 11:15 AM (Central). To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.