# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>                Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## STIPULATION TO DISMISS

All matters in dispute between the Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., ("Plaintiffs") and Defendant IAN MAJKA p/k/a "Jagger" ("Jagger") in the above-captioned matter having been satisfactorily compromised and settled:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Jagger, that the said cause may be dismissed with prejudice against Defendant IAN MAJKA p/k/a "Jagger," only, without costs to either party, all costs having been paid.

WHEREFORE, the Parties hereto pray that the court will enter an order dismissing the Third Amended Complaint of Plaintiffs against Defendant IAN MAJKA p/k/a "Jagger," only, with prejudice.

Dated: February 13, 2026

Respectfully Submitted,

*/s/ Nicole O'Toole Peterson*
Jeffrey S. Becker (ARDC #6282492)
Nicole E. O'Toole (ARDC #6330227)
Olivia E. Duggins (#6349003)
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## AGREED ORDER OF DISMISSAL

This cause coming to be heard on this date upon the Stipulation for Dismissal with prejudice filed herein by the above Plaintiffs and against Defendant IAN MAJKA p/k/a "Jagger," only; and the Court having examined said Stipulation and being fully advised in the premises, finds that that this cause-of-action has been fully compromised and settled and the Parties have stipulated and agreed to dismissal of the complaint with prejudice as to Defendant IAN MAJKA p/k/a "Jagger," only, and that the Court further finds that all costs have been paid.

IT IS HEREBY ORDERED that the complaint of Plaintiffs against Defendant IAN MAJKA p/k/a "Jagger," only, is hereby dismissed, with prejudice, with the court to retain jurisdiction to enforce the terms of the settlement agreement.

Done this _____ day of February, 2025.     _____
                                                                              JUDGE