IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, IAN JAGGER, and JOHN DOES 4-25.<br><br>     Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**PLAINTIFFS' RENEWED MOTION TO COMPEL COMPLIANCE WITH PLAINTIFFS' SUBPOENEA FOR DEPOSITION OF WILLIE SAYLOR**

NOW COME Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. (collectively, "Plaintiffs"), by and through counsel, SWANSON, MARTIN & BELL, LLP, for their renewed Motion to Compel compliance with Plaintiffs' subpoena for deposition of third-party WILLIE SAYLOR ("Saylor"). In support thereof, Plaintiffs state as follows:

  1.  On January 16, 2026, Plaintiffs filed their Motion to Compel Compliance with Third-Party Subpoenas to Willie Saylor (the "Motion"). Dkt. 158.

  2.  On January 26, 2026, this Court entered an order denying the Motion as to the document subpoena, and at the January 28, 2026 status conference with Judge Jantz, the Court requested that Plaintiffs obtain personal service on Mr. Saylor as to the deposition subpoena. Dkt. 160.

  3.  On January 28, 2026, Plaintiffs served the Subpoenas on Mr. Saylor. *See* Affidavit of Service attached as **Exhibit A**.

4. On January 29, 2026, Plaintiffs filed a motion to extend fact discovery by thirty days, in part, to seek Mr. Saylor's deposition. Dkt. 161.

5. On February 4, 2026, this Court entered an order extending the fact discovery deadline through March 2, 2026. Dkt. 163.

6. Mr. Saylor has not responded to the Subpoenas.

7. Plaintiffs therefore renew their Motion to Compel Compliance with Third-Party Subpoenas to Willie Saylor (Dkt. 158) so that they may seek Mr. Saylor's deposition before the close of fact discovery.

WHEREFORE, Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. request that this Court enter an order compelling WILLIE SAYLOR to comply with Plaintiffs' subpoena for deposition, and for any additional relief this Court deems just and appropriate.

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: February 16, 2026

By:/s/ *Nicole O'Toole Peterson*
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (#6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com