Civil Action No. 1:24-cv-1969

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Willie Saylor__
on *(date)* __1-28-26__ .

☑ I served the subpoena by delivering a copy to the named individual as follows: __Maryanne Sigman (mother) 2989 Old Nazareth Rd., Easton, PA 18045   Substitute Service at Abode   The Mother did confirm he lived at this address, when asked__ on *(date)* __1-28-26__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ __125.00__ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1-29-26__

*Roger Rohrbach*
*Server's signature*

__Roger Rohrbach      Process Server__
*Printed name and title*

7206 Whispering Ln.
Slatington, PA 18080

*Server's address*

Additional information regarding attempted service, etc.: