## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Nima Gharavi, et al.

                      Plaintiff,

v.                                      Case No.: 1:24−cv−01969
                                        Honorable Steven C. Seeger

Jessica Presley, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 3, 2026:

      MINUTE entry before the Honorable Beth W. Jantz: The parties called in for a telephonic status hearing on February 23, 2026. Plaintiffs' counsel and pro se Defendant Patrick Mineo joined. The Court first discussed Plaintiff's pending Motion to Compel the Deposition of Willie Saylor (Dkt. [168]), a defaulted Defendant. Plaintiffs represent that they effected personal service of the subpoena on Saylor by leaving a copy of the subpoena with Saylor's mother at his (Saylor's) residence in Easton, Pennsylvania (as confirmed by his mother), and that the subpoena names a physical location for the deposition. The Court gave Plaintiff until February 25, 2026, to file any case law or other authority demonstrating that this Court is the proper District in which enforce the subpoena, as opposed to the Eastern District of Pennsylvania. Nothing was filed in this Court by this deadline so the Court considers the matter concluded in this Court. The Court next discussed Plaintiffs' pending Motion to Compel against Defendant Mineo (Dkt. [146]). The Motion is fully briefed and under advisement. Finally, the Court discussed the status of settlement negotiations. Defendant Mineo shall provide a written settlement offer to Plaintiff by February 27, 2026. The Court encourages all parties to be creative and reasonable in their assessment of their respective positions and their offers and demands. Plaintiff and Defendant Mineo shall call in for an off−the−record telephonic status hearing on March 5, 2026, at 11:00 AM (Central)/12:00 PM (Eastern), to discuss settlement. PLEASE NOTE THE TIME CHANGE. To join the off−the−record hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.