**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Nima Gharavi, et al.
Plaintiff,
v.
Jessica Presley, et al.
Defendant.

Case No.: 1:24−cv−01969
Honorable Steven C. Seeger

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 6, 2026:

MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing on settlement held on 3/5/2026, as between Plaintiff and Defendant Mineo. Plaintiff's counsel and pro se Defendant Patrick Mineo called in. The Court went off the record to discuss the settlement status. By 3/19/26, Plaintiff is to transmit to Defendant Mineo a written draft proposal, and the parties are to meet and confer in advance of the next status hearing. The next telephonic status hearing is scheduled for 4/7/2026 at 11:00 AM (Central)/12:00 PM (Eastern). To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.