**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## JOINT STATUS REPORT

NOW COME Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. (collectively, "Plaintiffs"), by and through counsel, SWANSON, MARTIN & BELL, LLP, and Defendant, PATRICK MINEO ("Mineo"), hereby submits this Joint Status Report in accordance with the Court's order (Dkt 163).

### I. Completion of Fact Discovery

Fact discovery is complete with the exception of the issues raised in Plaintiffs' renewed motion to compel against Mineo, which remains under advisement. Dkt. 169. Should the Court grant Plaintiffs' motion, Plaintiffs request that fact discovery remain open for the limited purpose of permitting Mineo to comply with the Court's order.

**II.     Expert Witnesses**

Neither Plaintiffs nor Mineo intend to offer an expert witness.

**III.    Summary Judgment**

If the parties are unable to reach a settlement, Plaintiffs intend to move for summary judgment on the grounds that no genuine dispute of material fact exists that Mineo made defamatory statements about Plaintiffs and that Plaintiffs are entitled to judgment on Count I (defamation per se), Count II (defamation per quod, in the alternative), Count III (false light invasion of privacy), Count IV (intentional infliction of emotional distress), and Count V (tortious interference with business relationships) as a matter of law.

If the parties are unable to reach a settlement, Mineo intends to move for summary judgment on the following grounds: lack of evidence of damages, lack of causation between Mineo's statements and Plaintiffs' alleged harm, and applicable First Amendment protections.

**IV.    Settlement Discussions**

The parties participated in a settlement conference with Judge Jantz on March 5, 2026, regarding potential resolution with Mineo. Dkt. 170. Settlement discussions are ongoing under Judge Jantz's supervision, and the parties are scheduled to reconvene with Judge Jantz on April 7, 2026, at 11:00 a.m. for continued settlement discussions. *Id.*

Respectfully Submitted,

**NIMA GHARAVI, RIGHT CALL OFFICIALS, INC., and PATRICK MINEO**

Dated: March 9, 2026

By: /s/ *Patrick Mineo*
Patrick Mineo, Defendant

By:*/s/ Olivia E. Duggins*
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (#6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com