**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Nima Gharavi, et al.

      Plaintiff,

v.           Case No.: 1:24–cv–01969
           Honorable Steven C. Seeger

Jessica Presley, et al.

      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 20, 2026:

   MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report (Dckt. No. [171]). Fact discovery is over, except for any discovery covered by the motion to compel (Dckt. No. [146]). No party intends to offer an expert witness. Settlement discussions are ongoing, guided by the steady hand of Judge Jantz. This Court will hold off on setting a schedule for dispositive motions in the meantime. If the parties hit a wall on settlement, then the parties should expect that dispositive motions will be due four weeks later. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.