**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Nima Gharavi, et al.
Plaintiff,
v.
Case No.: 1:24−cv−01969
Honorable Steven C. Seeger
Jessica Presley, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 24, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the stipulation of dismissal as to Defendant Ian Majka p/k/a "Jagger." The claims against Defendant Majka (only) are dismissed with prejudice. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.