**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nima Gharavi, et al.

Plaintiff,

v.

Case No.: 1:24−cv−01969
Honorable Steven C. Seeger

Jessica Presley, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

MINUTE entry before the Honorable Beth W. Jantz: As to Defendant Patrick Mineo, as this Court did not receive a copy of the parties' most recent settlement statement/proposal(s) by 5/26/26 at noon Central [176], the Court presumes that the parties do not require the Court's further assistance re reaching a settlement. Therefore, the hearing on 5/28/26 is converted to a status hearing on settlement and will be held by phone. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.