**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nima Gharavi, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:24–cv–01969
                                                        Honorable Steven C. Seeger

Jessica Presley, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 15, 2026:

        MINUTE entry before the Honorable Beth W. Jantz: Plaintiff and Defendant Mineo appeared via video for an off–the–record conference regarding settlement on June 15, 2026. These parties have unfortunately reached an impasse, and therefore, settlement discussions before Judge Jantz are concluded at this time. The Court will turn to address Plaintiff's pending Motion to Compel (Dkt. [146]), which is under advisement and which the Court will address in due, albeit not imminent, course. Otherwise, fact discovery has been completed, except for any discovery flowing out of the motion to compel. No party intends to offer an expert witness [174]. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.