**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>   Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, and JOHN DOES 1-25.<br><br>   Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## **PROPOSED ORDER**

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Scheduling Order and To Set a Trial Date is GRANTED.

The Court adopts the following scheduling order for briefing on the parties' dispositive motions:

 i.  Any dispositive motions shall be filed on or before October 2, 2026;

 ii.  Any response briefs shall be filed on or before October 30, 2026; and

 iii.  Any reply briefs shall be filed on or before November 13, 2026.

The parties shall appear for a status hearing on _____, 2026, at _____, to set a trial date and to address any remaining pretrial matters.

Dated: _____     _____

                 Honorable Steven C. Seeger
                 United States District Judge