**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nima Gharavi, et al.
Plaintiff,
v.
Case No.: 1:24−cv−01969
Honorable Steven C. Seeger
Jessica Presley, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's objection to the Magistrate Judge's order denying the request for fees (Dckt. No. [183]) is hereby overruled. The Magistrate Judge granted in part and denied in part the motion to compel. The Magistrate Judge properly exercised her discretion in deciding that fees for a partial victory were not justified. Plaintiff believes that he is entitled to fees as the prevailing party under Rule 37(a)(5)(A). The first part of Rule 37(a)(5)(A) says that a court "must" award fees, but the latter part of the rule says that a court "must not" order payment if certain circumstances exist, including when "other circumstances make an award of expenses unjust." The Magistrate Judge explained that "the motion practice was not complicated or voluminous," which is an adequate and understandable basis for the ruling. Plus, the operative provision is Rule 37(a)(5)(C), because the motion to compel was granted in part and denied in part. And that rule says that a court "may," not "must," award fees. The decision was well within the substantial discretion of the Magistrate Judge. On this record, this Court would not have awarded fees either. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.