**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nima Gharavi, et al.
Plaintiff,
v.
Case No.: 1:24−cv−01969
Honorable Steven C. Seeger
Jessica Presley, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 5, 2026:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for a scheduling order (Dckt. No. [181]) is hereby granted as follows. The parties talked settlement, but did not settle. So the next step is dispositive motions. Any dispositive motions are due by October 26, 2026. Responses are due by November 23, 2026. Replies are due by December 7, 2026. No later than one week from the date of entry of this order, the parties must file a joint statement and identify all remaining claims and all remaining parties. A recent filing referred to Defendant Mineo as "the only remaining defendant who has neither settled nor defaulted." (Dckt. No. [181]) This Court has entered default against some defendants, such as Defendants Skramble Wrestling Gear LLC and Stephen Kolankowski. The upcoming filing must go defendant−by−defendant, and must address the status of that party with citations to the docket. The report must reveal whether that party was served with process. For the other defendants, the report must reveal whether they defaulted, or settled, or are still litigating. Basically, the joint statement must give an easy−to−digest picture of the lay of the land, including who's in, who's out, who left, and who never were here. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.