IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>Judge:<br>Honorable Steven C. Seeger<br><br>Magistrate Judge:<br>Honorable Beth W. Jantz |

JOINT STATEMENT IDENTIFYING REMAINING CLAIMS AND PARTIES

Plaintiffs Nima Gharavi and Right Call Officials, Inc. (collectively, "Plaintiffs") and Defendant Patrick Mineo submit this joint statement under the Court's order of October 5, 2026. Dkt. 188. The parties stand as follows: both Plaintiffs and Mineo are still litigating; Presley, MatScouts, Saylor, and Kolankowski are in default; FloSports, Pyles, Kozak, Schwab, Corsini, and Davidson were dismissed for lack of personal jurisdiction; Skramble left by voluntary dismissal and Majka by settlement; and John Does 4–25 were never identified or served.

Mineo is the only defendant who has neither settled nor defaulted. Mineo has answered the operative complaint and is actively litigating. The four defaulted defendants remain parties against whom no default judgment has been entered. Plaintiffs intend to move for default judgment against all four, and Plaintiffs propose that those motions be due 30 days after the Court rules on summary judgment, so that damages can be proved once.

A. Remaining Claims

The operative complaint is the Third Amended Complaint (the "TAC"). Dkt. 92. Counts I through V remain pending against Mineo and the four defaulted defendants: defamation *per se*, defamation *per quod* in the alternative, false-light invasion of privacy, intentional infliction of emotional distress, and tortious interference with business relationships. Count VI, under the Illinois Civil Liability for Doxing Act, remains pending against the four defaulted defendants only.

B. Status of Each Defendant

1. Patrick Mineo: served, Dkt. 13; answered the TAC, Dkt. 97; still litigating *pro se*.

2. Jessica Presley: served, Dkt. 12; never appeared; defaulted July 15, 2024, Dkt. 44.

3. MatScouts, LLC: served, Dkt. 9; answered the original complaint, Dkt. 14, but not the amended complaint by a second deadline, Dkt. 57; defaulted November 6, 2024, Dkt. 62.

4. Willie Saylor: served, Dkt. 8; same history as MatScouts, Dkts. 14, 57, 62. He then filed a declaration asking to cure the default, Dkt. 64, but no motion to vacate followed, no attorney has appeared for him, and the Court has since described him as a defaulted defendant, Dkt. 169.

5. Stephen Kolankowski: served by mail under the Court's order authorizing alternative service, Dkts. 43, 49; held served and defaulted October 17, 2024, Dkt. 56.

6. FloSports, Inc.: served, Dkt. 11; dismissed for lack of personal jurisdiction, Dkt. 80.

7. Christian Pyles: served, Dkt. 10; dismissed for lack of personal jurisdiction, Dkt. 80.

8. Jon Kozak: no return of service on the docket; appeared through counsel, Dkts. 23, 24; dismissed for lack of personal jurisdiction, Dkt. 80.

9. Allyson Schwab: served, Dkt. 7; dismissed on the same ground, Dkt. 81.

10. Joseph Corsini (Doe 1): no return of service on the docket; appeared through counsel, Dkt. 74; dismissed for lack of personal jurisdiction, Dkt. 153.

11. John Davidson (Doe 3): served, Dkt. 126; dismissed in the same order, Dkt. 153.

12. Skramble Wrestling Gear LLC: served by court-authorized mail, Dkts. 43, 49; defaulted, Dkt. 56; voluntarily dismissed without prejudice under Rule 41(a)(1)(A)(i), Dkt. 78.

13. Ian Majka, sued as "Ian Jagger" (Doe 2): served, Dkt. 121, with service held proper, Dkt. 149; settled before default was entered, Dkts. 159, 166; dismissed with prejudice, Dkt. 175.

14. John Does 4–25: never identified or served before fact discovery closed, Dkts. 163, 180; Plaintiffs consent to their dismissal without prejudice.

C. Request to Update the Docket

Because the docket still lists Schwab, Corsini, Davidson, and Ian Jagger as active parties despite their dismissals, Dkts. 81, 153, 175, Plaintiffs ask that the Clerk terminate them.

Respectfully Submitted,

NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.

Dated: October 12, 2026

By: /s/ *Olivia E. Duggins*
William D. Patterson (ARDC #6294533)
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (#6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
wpatterson@smbtrials.com
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com

PATRICK MINEO
By: /s/ *Patrick Mineo*
Patrick Mineo, Defendant, *pro se*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on October 12, 2026, a copy of the foregoing Joint Statement Identifying Remaining Claims and Parties was served upon the following via first-class U.S. Mail, postage prepaid:

Willie Saylor
2989 Old Nazareth Road
Easton, Pennsylvania 18045

MatScouts, LLC
2989 Old Nazareth Road
Easton, Pennsylvania 18045

Respectfully Submitted,

NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.

Dated: October 12, 2026

By: */s/ Olivia E. Duggins*

William D. Patterson (ARDC #6294533)
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (#6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
wpatterson@smbtrials.com
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com