FILED
10/26/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No: 1:24-CV-01969

NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,
Plaintiffs,

v.

PATRICK MINEO, Defendant.

Case No. 1:24-cv-01969 | Hon. Steven C. Seeger, U.S.D.J. | Mag. Judge Beth W. Jantz, U.S.M.J.

# DEFENDANT PATRICK MINEO'S MOTION FOR SUMMARY JUDGMENT

Defendant Patrick Mineo, proceeding pro se, moves under Federal Rule of Civil Procedure 56(a) for summary judgment on all claims asserted against him in Plaintiffs' Third Amended Complaint (Dkt. 92). Alternatively, pursuant to Rule 56(g), Defendant moves for an order identifying specific material facts that are genuinely not in dispute for purposes of narrowing the triable issues before this Court.

As detailed in the accompanying Memorandum of Law and Local Rule 56.1 Statement of Material Facts, the record demonstrates that the underlying public controversy, parental safety grievances, and institutional media-credential restrictions developed independently of and prior to Defendant's social media commentary. Because the record establishes an absence of genuine disputes regarding the essential elements of individual proximate causation, actionable factual assertion, and applicable fault, Defendant is entitled to judgment as a matter of law.

Dated: October 26, 2026
Respectfully submitted,
By: /s/ Patrick Mineo

Patrick Mineo, Defendant Pro Se
1343 Adams St.
Northampton, PA 18067
484-862-7732
Patrickmineo22@gmail.com