FILED
10/26/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

Case No: 1:24-CV-01969

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,
Plaintiffs,

v.

PATRICK MINEO, Defendant.

Case No. 1:24-cv-01969 | Hon. Steven C. Seeger, U.S.D.J. | Mag. Judge Beth W. Jantz, U.S.M.J.

# DEFENDANT PATRICK MINEO'S LOCAL RULE 56.1 STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

Defendant Patrick Mineo, proceeding pro se, submits this Statement of Uncontested Material Facts pursuant to Northern District of Illinois Local Rule 56.1(a)(3). Every proposition below is stated neutrally and anchored strictly to a filed, authenticated exhibit within the master discovery record.

1. Plaintiffs allege within their pleadings that Nima Gharavi operates the Midwest Wrestle YouTube channel and that the channel had over 130,000 followers. (Exhibit A, Dkt. 92 ¶ 21–23).

2. Plaintiffs allege within their pleadings that co-defendant Willie Saylor communicated allegations regarding video embedding to Plaintiff Gharavi on May 24, 2023, and publicly discussed those allegations on a June 1, 2023 podcast. (Exhibit A, Dkt. 92 ¶ 33–35).

3. In internal corporate compliance correspondence spanning May 2021 through August 2022, Plaintiff Gharavi documented that his channel was managing an "excessive number of DMCA reports" across social media platforms. (Exhibit N, GHARAVI 472–473).

4. On May 26, 2023, USA Wrestling executive Gary Abbott issued internal correspondence stating that Plaintiff Gharavi had not been permitted media accreditation because USA Wrestling learned he posted match videos contrary to its rules. (Exhibit B, USAW_000027).

5. USA Wrestling official Tony Black communicated child safety allegations and formal referrals to the Chicago Police Special Investigations Unit between May 26 and May 30, 2023. (Exhibit D, USAW_000064–65).

6. On June 1, 2023, the U.S. Center for SafeSport issued a formal Notice of Exercise of Jurisdiction over allegations involving Plaintiff Gharavi under Case No. 2023-02665. (Exhibit E, USAW_000104-105).

7. On July 10, 2023, counsel for FloSports sent correspondence stating that FloSports had previously issued Plaintiff Gharavi a cease-and-desist letter concerning media-rights disputes and describing concerns about the channel's video thumbnails and third-party distribution. (Exhibit F, July 10, 2023 FloSports email).

8. On June 4, 2023, independent parent Bridgett Svoboda sent electronic correspondence to Plaintiffs requesting the immediate removal of online videos featuring her 12-year-old minor child. (Exhibit J, SVOBODA 004–005).

9. On December 30, 2023, USA Wrestling executive Gary Abbott issued internal correspondence reaffirming that Plaintiffs could not obtain media credentials from the organization. (Exhibit G, USAW_000021).

10. On December 30 and December 31, 2023, the X account @D_Money402 published posts referencing Patrick Mineo during the ongoing public discussion concerning the Midwest Wrestle channel. (Exhibit O, December 30–31, 2023 X screenshots).

11. On January 1, 2024, at 2:09 a.m. Eastern, Defendant Patrick Mineo published a quote-post responding to an earlier public post by Michael Boyd criticizing the Midwest Wrestle channel's video thumbnails. (Exhibit P, January 1, 2024 X screenshot).

12. Plaintiffs' Third Amended Complaint attributes an explicit "pedophile" accusation and the publication of a personal residential address solely to co-defendant Jessica Presley. (Exhibit A, Dkt. 92 ¶ 38).

13. Plaintiffs' Third Amended Complaint alleges the cancellation of athletic officiating contracts with the IESA, IHSA, and NCAA collectively in response to "Defendants' Social Media Posts." (Exhibit A, Dkt. 92 ¶ 48).

14. In response to Defendant Mineo's Request for Admission No. 7, Plaintiffs stated that they lack knowledge or information to enable them to admit or deny the request after reasonable inquiry regarding whether they could identify a statement published by Mr. Mineo that he subjectively knew was false at the time of publication. (Exhibit M, Pls.' RFA Responses, No. 7).

15. Following the conclusion of fact discovery, Patrick Mineo is the lone remaining individual defendant left standing on paper in this litigation. (Exhibit A, Dkt. 92; Court Docket Record).

Dated: October 26, 2026
Respectfully submitted,
By: /s/ Patrick Mineo
Patrick Mineo, Defendant Pro Se
1343 Adams St.
Northampton, PA 18067
484-862-7732
Patrickmineo22@gmail.com