**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. ("Plaintiffs"), by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(a), move the Court for summary judgment against Defendant PATRICK MINEO ("Mineo") on liability under Counts I, III, IV and V of the Third Amended Complaint (and, in the alternative to Count I, Count II), with damages reserved for an evidentiary hearing, or in the alternative for an order under Rule 56(g). There is no genuine dispute as to any material fact, and Plaintiffs are entitled to judgment as a matter of law. In support of this motion, Plaintiffs incorporate and make a part hereof the following documents, filed concurrently herewith:

(1) Plaintiffs' statement of material facts in support of their motion for summary judgment, including all exhibits cited therein;

(2) Plaintiffs' memorandum in support of their motion for summary judgment; and

(3) the Local Rule 56.2 Notice to Unrepresented Litigant Opposing Summary Judgment, served on Mineo with copies of Rule 56 and Local Rule 56.1.

WHEREFORE, Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., pray that the Court enter summary judgment in their favor and against Defendant PATRICK MINEO on liability as set out above, or in the alternative enter an order under Rule 56(g).

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: October 26, 2026

By: */s/ Olivia E. Duggins*_____
Jeffrey S. Becker (ARDC #6282492)
William D. Patterson (ARDC #6294533)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (ARDC #6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
wpatterson@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com