**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT PATRICK MINEO**

Plaintiffs Nima Gharavi and Right Call Officials, Inc. ("Plaintiffs") submit this statement of material facts under Local Rule 56.1 in support of their motion for summary judgment against Defendant Patrick Mineo.

**TABLE OF EXHIBITS**[1]

| | |
|---|---|
| Exhibit 1 | Declaration of Nima Gharavi with Exhibits A–J:<br>- **Exhibit A**: IHSA's officials newsletter for April 2022<br>- **Exhibit B**: Pages of NCAA.com, Eleven Warriors, iwcoa.net and stcewrestlingclub.net embedding Midwest Wrestle videos<br>- **Exhibit C**: Copy of correspondence re: NCAA rules<br>- **Exhibit D**: Four pages of mypornvid.cc that Gharavi printed to PDF from Firefox on October 19, 2026, between 11:23 and 11:25 p.m. Central time, with the browser header and footer intact<br>- **Exhibit E**: Summary of DMCA takedown notices by platform, with August 21, 2023 notice |

[1] Limited portions of certain exhibits have been redacted to protect personal identifying. Specifically, personal identifying information has been redacted from Exhibits 1-C, 1-G, 1-H, 10, 11, 12, 14, and 15. Exhibits 1-I and 1-J bear the legend "Confidential and Pursuant to Protective Order." Plaintiffs withdraw that designation as to both exhibits, which are therefore filed publicly. In addition, pursuant to Fed. R. Civ. P. 5.2(a), the names of minors are referenced have been redacted from Exhibit 10.

| | |
|---|---|
| | - **Exhibit F**: Gharavi's April 14–15, 2024 check of embedding availability on the 25 most-viewed FloWrestling and 25 most-viewed USA Wrestling videos: the spreadsheet (Fed. R. Evid. 1006) and the control screenshots<br>- **Exhibit G**: Dynadot Inc.'s three-page production of August 16, 2025 in In re DMCA 512(h) Subpoena to Dynadot Inc., No. 3:25-mc-80138-TLT (N.D. Cal.), as produced<br>- **Exhibit H**: Northwestern University media-credential emails: the December 4–5, 2023 exchange, the December 26, 2023 approval email, and the December 26, 2022 approval<br>- **Exhibit I**: Gharavi's captures of October 1, 2026: the January 3, 2024 X thread (screenshots and prints) and the prints of the three deleted-post addresses<br>- **Exhibit J**: YouTube notice, dated January 1, 2024, at 5:50 p.m. |
| Exhibit 2 | Deposition of Patrick Mineo, January 19, 2026 |
| Exhibit 3 | Plaintiffs' First Set of Requests to Admit Patrick Mineo (served November 26, 2024) and Mineo's responses (December 2024 and April 23, 2025). |
| Exhibit 4 | Mineo's Answers to Plaintiffs' First Set of Interrogatories (May 30, 2025) and Supplemental Answers (September 2, 2026). |
| Exhibit 5 | Mineo's post on X, dated January 3, 2024 *("sinister network")* (Mineo Dep. Ex. 10) |
| Exhibit 6 | Mineo's post on X, dated January 1, 2024 ("*framing up these videos*") (Mineo Dep. Ex. 8) |
| Exhibit 7 | Page Vault capture title, "The Wrestling Room (Pat Mineo) on X" (Mineo Dep. Ex. 6) |
| Exhibit 8 | Mineo's post on X dated January 1, 2024 ("*He was kicked out of Midlands…*") (Mineo Dep. Ex. 7) |
| Exhibit 9 | Mineo's post in The Wrestling Room, dated January 3, 2024 (*"It is so important!")* (Mineo Dep. Ex. 11) |
| Exhibit 10 | Mineo's post in The Wrestling Room, dated January 1, 2024 and comments (Mineo Dep. Ex. 9) |
| Exhibit 11 | Correspondence between Gharavi and IWCOA re: referee-recruitment video, dated February 7–10, 2023 |
| Exhibit 12 | Correspondence between the IWCOA's Anthony Clarke and the IHSA's Jackie Litwiller re: Gharavi as IWCOA film crew, dated January 30, 2023 |
| Exhibit 13 | Email signature "Nima Gharavi, IHSA Official 83801," dated October 24, 2022 |
| Exhibit 14 | Record of *In re DMCA 512(h) Subpoena to Dynadot Inc.*, No. 3:25-mc-80138-TLT (N.D. Cal.): docket report, subpoenas (ECF Nos. 2, 16) and order (ECF No. 19) |
| Exhibit 15 | IHSA production: IHSA000008 (January 2, 2024 missed call); IHSA000009–010 (December 15, 2023 postseason lists), with the list pages showing Gharavi (IHSA000029, 000047); IHSA000018–019 (February 2023 sectional); IHSA000020 (January 5, 2024 e-mail) |
| Exhibit 16 | Third-party correspondence re: withdrawal of team if Gharavi is not replaced as an official, dated January 20, 2025 |
| Exhibit 17 | Page Vault capture of February 21, 2024 of the Instagram post by @skramblewrestling displaying Mineo's X post (Dckt. No. 92-5) |

## I. The Parties, Jurisdiction, and Venue

### A. The Parties

1. Plaintiff Nima Gharavi is an individual who resides in Chicago, Illinois, and is a citizen of the State of Illinois. Ex. 1 ¶ 2; Third Am. Compl. ¶ 1 (Dckt. No. 92).

2. Gharavi is a wrestling official registered with the Illinois High School Association ("IHSA") under Official No. 83801 and has been so registered since the 2018–19 season. Ex. 1 ¶ 6; Decl. Ex. A at 2; Ex. 15 at IHSA000029, 000047.

3. Gharavi films wrestling matches and publishes the videos on a YouTube channel named "Midwest Wrestle." Ex. 1 ¶ 9; Ex. 2, at 113:5–10.

4. Plaintiff Right Call Officials, Inc. is an Illinois corporation with its principal place of business in Chicago, Illinois, and is owned by Gharavi and does business as "Midwest Wrestle." Ex. 1 ¶¶ 3–4; Third Am. Compl. ¶ 18 (Dckt. No. 92). It holds the Midwest Wrestle accounts on YouTube, Facebook and Instagram, under the handle "@MidwestWrestle," and on X and TikTok, under the handle "@Midwest_Wrestle." Ex. 1 ¶ 4. Google pays the advertising revenue earned by the Midwest Wrestle YouTube channel to Right Call Officials, Inc. under the corporation's federal employer identification number. *Id.*

5. Defendant Patrick Mineo is an individual who resides in Pennsylvania and is a citizen of the State of Pennsylvania. Answer ¶ 5 (Dckt. No. 97); Ex. 2, at 21:17–24.

### B. Jurisdiction and Venue

6. Jurisdiction is proper because the Third Amended Complaint alleges damages in excess of $75,000 and invokes 28 U.S.C. § 1332. Third Am. Compl. ¶¶ 11, 15 (Dckt. No. 92).

7. Venue is proper in this district under 28 U.S.C. § 1391, because a substantial part of the events giving rise to the claims asserted in the Third Amended Complaint occurred in the Northern District of Illinois. Third Am. Compl. ¶ 13 (Dckt. No. 92).

## II. Gharavi's Officiating, Credentials and Midwest Wrestle

8. Before moving to Illinois, Gharavi served with the Boulder County Sheriff's Office in Colorado, ultimately as a sworn, state-certified law enforcement officer. Ex. 1 ¶ 5.

9. Prior to creating Midwest Wrestle, Gharavi volunteered as a videographer and editor for wrestling-official clinics conducted through the Illinois Wrestling Coaches and Officials Association ("IWCOA"), which are facilitated for the IHSA. *Id.,* ¶ 7. In 2018, at the invitation of the clinics' head clinician, Anthony Clarke, Gharavi began filming matches as a volunteer videographer and editor for the clinics. *Id*. In 2023 he supplied the clinicians with 256 clips of real matches for training officials, without pay. *Id.,* ¶ 8.

10. In November 2018, Gharavi created the Midwest Wrestle channel on YouTube. *Id.,* ¶ 9. As the officials' clinics used only seconds of each match, Gharavi sought to provide full, high-quality videos of matches, free of charge, available to the wrestlers and families and to provide broader coverage of the sport. *Id.,* ¶¶ 8–9. As of January 1, 2024, the channel held about 1,600 videos and had about 132,000 subscribers. *Id.,* ¶ 12.

11. Gharavi has been registered with the IHSA as a wrestling official at the Certified level for the 2023–24, 2024–25 and 2025–26 seasons, and has never had his registration suspended or revoked. Ex. 1 ¶ 6; Decl. Ex. A; Ex. 15 at IHSA000029, 000047.

12. Before January 2024, Gharavi officiated high-school matches assigned through ArbiterSports. Ex. 1 ¶11. By October 12, 2023, he had accepted at least thirteen assignments for the 2023–24 season, which ArbiterSports confirmed as acceptances of "the corresponding

contracts." *Id*. He officiated an IHSA regional and an IHSA sectional in February 2023. *Id*.; Ex. 15 at IHSA000018–019. On December 15, 2023, the IHSA sent two of his assignors, under the subject "Postseason officials," lists of officials that include him. *Id*., at IHSA000009–010, 000029, 000047. He also officiated college matches assigned through RefQuest. Ex. 1 ¶11. His officiating fees are paid to Right Call Officials, Inc., and so is the advertising revenue Midwest Wrestle earns. *Id.,* ¶¶ 4, 11.

13. In February 2023, the IHSA approved two videos Gharavi produced for the Illinois Wrestling Coaches and Officials Association ("IWCOA"), including a referee-recruitment video, for display on the Jumbotron before each session of the 2023 IHSA State Finals. Ex. 11; Ex. 1 ¶ 21. Gharavi filmed the 2023 IHSA state tournament as a member of the IWCOA film crew. Ex. 1 ¶ 21; Ex. 12. A video he submitted to the NCAA in November 2023 led to new NCAA guidance issued on January 16, 2025. Ex. 1 ¶ 10.

**III. <u>Unauthorized Republishing of Midwest Wrestle Videos</u>**

14. YouTube's setting that allows embedding is enabled by default for every channel. *Id.,* ¶ 17. The setting lets another website display YouTube's own player for a video on that website's page and does not transfer the video file. *Id.* Turning it off does not prevent a website from copying a video and re-uploading it. *Id.*

15. Gharavi has left the setting enabled on the Midwest Wrestle channel because websites to which he does not object have embedded his videos, such as NCAA.com and Eleven Warriors, the IWCOA and a youth wrestling club in St. Charles, Illinois. *Id.*; Decl. Ex. B at 1–14.

16. On April 14 and 15, 2024, embedding was permitted on all of the 25 most-viewed videos on each of the FloWrestling and USA Wrestling YouTube channels. Ex. 1 ¶ 17; Decl. Ex. F at 1–4.

17. Since May 2021, Gharavi has discovered copies of his videos re-posted on other platforms and websites by others. Ex. 1 ¶ 15. Since May 16, 2021, he has sent 366 takedown notices under the Digital Millennium Copyright Act to twelve platforms and websites, seeking removal of unauthorized copies of his videos. *Id.,* ¶ 15; Decl. Ex. E at 1.

18. Websites hosting pornographic content have displayed copies of Midwest Wrestle videos or pages bearing the titles and frames of Midwest Wrestle videos that were copied from YouTube and uploaded by third parties. Ex. 1 ¶¶ 15–16. These websites include thisvid.com since at least June 2022, and mypornvid.fun since at least August 2023. *Id.*; Decl. Ex. E at 1–3.

19. On August 21, 2023, Gharavi emailed mypornvid.fun "to request takedown of all videos taken from [his] YouTube channel, Midwest Wrestle," listing sample videos by their YouTube and mypornvid.fun addresses, and requesting the site to "disable scraping of [Gharavi's] channel for all videos." Ex. 1 ¶ 16; Decl. Ex. E at 2–3. Despite Gharavi's request, the videos remained on mypornvid.fun. Ex. 10 at GHARAVI 2347–2348.

20. Gharavi has never uploaded, posted or caused to be posted any of his wrestling videos to any pornographic website. Ex. 1 ¶ 13. He has never used an account on any website hosting pornographic content to upload, post or share any of his wrestling videos. *Id.* He has never been the registrant, account holder, operator or host of mypornvid.fun or mypornvid.cc, has never held an account with either website, and has never received any payment from any pornographic website. *Id.* He has never posted any of his wrestling videos, or links to them, in any chat room, forum or online group devoted to sexual content, and has never posted them anywhere for a sexual purpose. *Id.,* ¶ 14. He has never chosen a thumbnail to depict a wrestler in a sexual way. *Id.*

21. Records that Dynadot Inc., the registrar of mypornvid.fun, produced under a court-ordered subpoena identify the domain's account holder from March 22, 2023 through March 8,

2025 as Jamiur Bin Nasir, whose listed address is in Dhaka, Bangladesh. *Id.,* ¶ 18; Decl. Ex. G; Ex. 14. Gharavi is not that individual and has never met or communicated with him. Ex. 1 ¶ 18.

22. Gharavi has never been contacted by the Federal Bureau of Investigation, the Chicago Police Department or any other law-enforcement agency about his videos, and has never been charged with any offense. Ex. 1 ¶ 19.

### IV. <u>Mineo's Accounts and The Wrestling Room</u>

23. Mineo has held a public X account since approximately 2009; it now bears the username "MrPatMineo," a name he adopted around 2015 to 2017. Ex. 2, at 55:23–56:13. Mineo's account has approximately 40,000 followers, and he describes himself as an experienced X user who understands that the platform can reach audiences. *Id.,* at 55:23–56:22.

24. Mineo also controls a Facebook account registered on March 15, 2006, and posts on Facebook under the name "Pat Mineo" or "Patrick Mineo." *Id.,* at 30:8–15, 22:2–6.

25. "The Wrestling Room" is a private Facebook group that Mineo created in late 2019 and administers with two others. *Id.,* at 44:10–13, 45:4–8; Ex. 3, at No. 1; Ex. 10 at GHARAVI 2335.

26. The Wrestling Room had more than 40,000 members on January 1, 2024. Ex. 3, at No. 3 and Resp. The group header on the posts at issue reads "Private group · 44.0K members." Ex. 10 at GHARAVI 2335. The group currently has approximately 80,000 members. Ex. 2, at 45:9–11.

27. The group's members consist of members of the wrestling community, including parents of wrestlers, wrestlers, wrestling fans and wrestling coaches. *Id.,* at 49:14–24.

### V. <u>Mineo's Statements of January 1 through January 3, 2024</u>

28. Mineo first became aware of Gharavi and of the Midwest Wrestle channel through third-party social media posts at the end of December 2023, when he "saw online that there was public controversy" about the channel. *Id.,* at 65:19–66:21; Ex. 4, No. 6(g). No one told him about it personally, and he had not known who Gharavi was before then. Ex. 2, at 66:3–4, 66:8–11, 66:22–24.

29. Before January 1, 2024, Gharavi had never met, spoken with or corresponded with Mineo, and Mineo did not contact him before posting about him. Ex. 1 ¶ 23; Ex. 2, at 129:24–130:3. Before January 1, 2024, Gharavi had made no public statement responding to any claim that his videos appeared on pornographic websites. Ex. 1 ¶ 24. He has never run for or held elective office. *Id.*

30. Mineo did not conduct any independent investigation into the veracity of the third-party social media posts he saw. Ex. 2, at 85:17-86:4. He never personally saw Gharavi post the videos in any chat room, possessed no evidence that Gharavi was paid to distribute his videos to pornographic websites, had no access to Gharavi's accounts or login credentials, and possessed no communications in which Gharavi admitted uploading videos to pornographic websites. Mineo simply "didn't view evidence proving how or by whom" the videos came to appear on the third-party sites. *Id.,* at 127:12–128:7; 152:12–17; 155:23–156:3; 201:6–202:7.

31. Despite Mineo's lack of investigation or independent evidence of any wrongdoing by Gharavi, in January 2024, Mineo posted about Gharavi and Midwest Wrestle on his X account, on his Facebook account and in The Wrestling Room. *Id.,* at 276:14–17, 263:19–264:7.

*The January 1, 2024 post on X ("vile human being")*

32. On January 1, 2024, Mineo posted the following on X from the MrPatMineo account, quoting a post by Michael Boyd about the view counts and thumbnails of wrestling

videos: "Yeah.....@Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of wrestling and any tournament, practice room, school and children in general. You know what you are doing and the fact that you are allegedly a certified referee in Iowa is scary. You need to be investigated by authorities... ASAP!" Ex. 7; Ex. 2, at 73:17–75:3.

33. Mineo's post was about Gharavi, identified Midwest Wrestle, and tagged Gharavi's account. Ex. 2, at 74:9–17. Mineo testified that it was his opinion that Gharavi should be "investigated by the authorities." *Id.,* at 77:1-18. He also testified that by "exiled" he meant "social criticism or loss of community support." *Id.,* at 76:1–6, 76:21–24.

34. Mineo's post reached at least 214,000 views and drew 24 reposts. Ex. 7 at GHARAVI 2324; Ex. 2, at 80:6–15.

35. Mineo identifies Boyd's post as "the first one I interacted on regarding this matter," and names as his other sources posts he read online by Christian Pyles, Allyson Schwab and Jason Bryant. Ex. 4 (Mineo Interrog. Ans.) No. 6(g). Everything Mineo read about Gharavi before he posted was written by third parties on their own accounts. Ex. 2, at 70:4–20.

*The January 1, 2024 post on X ("kicked out of Midlands")*

36. On January 1, 2024, Mineo continued posting about Gharavi on X: "He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil..." Ex. 8; Ex. 3, at No. 9; Ex. 2, at 86:15–87:2.

37. The post was about Gharavi. Ex. 3, at No. 10; Ex. 2, at 86:21–23. It displayed "14.1K Views" when captured on January 4, 2024. Ex. 8.

*The January 1, 2024 post on X ("framing up these videos")*

38. On January 1, 2024, Mineo posted the following on X: "Hes framing up these videos and then pushing them out to evil places resulting in millions of views... There's serious red flags. He has to be banished from the sport! Sickening." Ex. 6; Ex. 2, at 96:22–97:10.

39. The post was about Gharavi. Ex. 3, at No. 5; Ex. 2, at 112:14–16. It had been viewed 6,206 times when captured on January 4, 2024. Ex. 6.

*The January 1, 2024 post in The Wrestling Room ("Wrestling community")*

40. On January 1, 2024, at 10:24 AM, Mineo posted the following in The Wrestling Room: "Wrestling community: If you have children in the sport- especially in the Midwest area- go to @Midwest_Wrestle's YouTube channel and search their name. If there are any video's of them, try to get them removed from this sick person's channel ASAP... Contact everyone. There is something very wicked at work... The provocative thumbnails, the suggestive angles, the ultra HD camera w/ subtle zooms + the millions of views (on a schoolboy level match?) and sickening comments included. These videos are def being pedaled somewhere, something is very off- we have to take action. This is a very serious matter at hand! The IHSA must also look into revoking this person's referee license. He cannot be allowed in a gym...on a mat...next to these kids. No more, it ends in 2024." Ex. 10 at GHARAVI 2335; Ex. 3, No. 12; Ex. 2, at 112:21–113:2, 115:5–8, 119:1–4.

41. Mineo's post specifically tagged Midwest Wrestle, which Mineo understood to be Gharavi's YouTube channel. *Id.,* at 113:6–10; Ex. 10 at GHARAVI 2335. Mineo also tagged the IHSA and called for the organization to consider revoking Gharavi's referee license. Ex. 2, at 118:14–16, 131:5–9, 131:18–19; Ex. 10 at GHARAVI 2335.

42. The post drew substantial engagement, receiving reactions from "Ryan Gream and 99 others" and 148 comments. *Id.*; Ex. 2, at 130:23–131:1.

43. Mineo also posted the text of this Wrestling Room post on X from the MrPatMineo account, with the sentence "The @IHSA_IL must also look into revoking this person's referee license" and a link to "m.youtube.com/@MidwestWrestle." Ex. 17 at 3 (the X post as displayed in the video frame of a January 1, 2024 Instagram post by @skramblewrestling).

*Mineo's comments under the Wrestling Room post*

44. In the comments under that post, Mineo continued making statements about Gharavi: he wrote "He is uploading them in evil places!" above a screenshot of a MyPornVid.fun page showing a video with "Duration: 5 minutes 50 seconds" and "View: 201.5K times." Ex. 10 at GHARAVI 2347–2348; Ex. 3, No. 14; Ex. 2, at 148:10–17, 157:18–24.

45. Mineo also wrote "Proof that his top viewed videos are on some of these vile websites:" and "His videos appearing on these websites, wow:", each above a mypornvid.fun search result titled "[M.J.] {G} of Senator Wrestling vs. [C.O.] {R} ..." Ex. 10 at GHARAVI 2346–2347; Ex. 3, No. 14.

46. Replying to another commenter, Mineo wrote "ummm and considering he's posting them in chat rooms and porn sites ? Yeah ..." above the same mypornvid.fun result. Ex. 10 at GHARAVI 2349; Ex. 3, No. 14; Ex. 2, at 154:2–11.

47. Replying to a different commenter, Mineo wrote "you don't think this is perverted to upload the videos to pornographic sites ?" above the MyPornVid.fun link card. Ex. 10 at GHARAVI 2342; Ex. 3, No. 14 and Resp.; Ex. 2, at 178:14–179:3.

48. In other comments under the same post, Mineo wrote, "Every thumbnail is of a private part and he zooms in during matches..." and "he is thumb nailing suggestive photos of

private and [*sic*] zooming in during matches." Ex. 10 at GHARAVI 2339, 2340; Ex. 2, at 136:13–137:4; Ex. 3, No. 14.

49. Despite having "zero contact with the FBI," and understanding that falsely claiming that the FBI is investigating an individual is a serious issue, Mineo nonetheless wrote in the same comments: "The FBI will be handling this matter moving forward." Ex. 10 at GHARAVI 2351; Ex. 3, No. 14; Ex. 2, at 167:13–19, 172:9–11; 173:8–11. That comment alone drew 17 reactions. Ex. 10 at GHARAVI 2351.

50. Mineo additionally commented, "He was kicked out of midlands this past weekend..," and in a separate comment posted a screenshot of a December 30, 2023 post by the X account "MatScouts" reading, "Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday." Ex. 10 at GHARAVI 2344, 2350; Ex. 3, at No. 14.

51. Each of the comments in ¶¶ 44–50 was about Gharavi. Ex. 3, No. 15.

*The January 3, 2024 post on X and in The Wrestling Room ("sinister network")*

52. On January 3, 2024, Mineo posted the following on X: "Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. Be aware of potential 'grooming'... There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered 'legal'. Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and

maybe even gives you a sense of pride too, but please do your homework first- stay alert. Shoutout to all the good media folks in our sport, the ones who do it right." Ex. 5; Ex. 3, No. 17; Ex. 2, at 183:19–184:4.

53. Mineo "didn't have evidence of an organized or coordinated network," and he did not hold the opinion that such a network existed. *Id.,* at 186:20–187:4; 189:4–10.

54. The post was about Gharavi. Ex. 3, No. 18. It displayed "36.5K Views," 10 reposts and 2 quotes when captured on January 4, 2024. Ex. 5; Ex. 2, at 184:5–7.

55. The same day, Mineo expanded the post's reach by republishing the same text in The Wrestling Room, adding "It is so important!" and "See the signs!" Ex. 9 at GHARAVI 2331; Ex. 3, No. 20; Ex. 2, at 184:8–20. The group post drew 63 reactions and 4 comments. Ex. 9 at GHARAVI 2331.

## VI. Before Publishing His Statements, Mineo Conducted No Independent Investigation and Possessed No Evidence That Gharavi Uploaded Videos to Pornographic Websites

56. Before Mineo published any of his posts, he contacted none of the following: Gharavi, to ask for his side of the story; YouTube, to report the concerns stated in his post; the IHSA, to ask about any investigation; any law-enforcement agency; or the FBI. Ex. 2, at 129:20–130:15; 262:5–263:6.

57. Mineo "did not conduct an independent investigation" and did not attempt to verify the truth of the third-party posts he relied on, or of the statements in his own posts, before publishing them; he merely "relied on information that was available publicly and discussed and reported before my comments." *Id.,* at 85:17–86:4; 121:1–3; 208:8–9; 262:3–4.

58. Mineo has no "typical process" for verifying the truth of information before posting it and is "not keen on verification processes." *Id.,* at 208:10–13; 179:23–24. He has no knowledge

of any conviction of Gharavi relating to the videos and never checked public records to see whether there had been one. *Id.,* at 208:14–20; 208:21–209:11.

59. Asked to state "what affirmative steps you took to confirm, validate and verify" the statements at issue, Mineo answered: "I saw his thumbnails. I saw his video url's embedded on pornographic websites. I saw all the social media posts concerning his videos by trusted members of the wrestling community, I saw that Plaintiff was already reported to authorities and governing bodies in the wrestling community and already removed from several events or organizations due to the videos and their trail to pornographic websites." Ex. 4, No. 7.

60. Mineo reached the mypornvid.fun page shown in his comments (¶¶44–47) by clicking a link in a post by someone else, and what he saw there was a video of a high-school wrestling match with "his tag for Midwest Wrestle and his link to his channel there." Ex. 2, at 223:2–7, 223:11–21; 158:6–11; 215:13–18. The page he attached displayed the site's own player, with "Open HD Video," "Open MP4 Video," "Download HD Video" and "Download MP4 Video" links beneath a frame of the video. Ex. 10 at GHARAVI 2348. He did not navigate further into the site, did not research it, and does not know whether it contains pornographic images or videos. Ex. 2, at 213:5–13; 224:3–12. Asked whether he knew that mypornvid.fun is a video aggregator that scrapes videos from other sites, he answered, "Not from my understanding." *Id.,* at 217:4–9. He never investigated how the sites on which the videos appeared obtain their content, and never looked into whether wrestling videos filmed by others also appeared there. *Id.,* at 209:22–210:4.

61. In his interrogatory answers, Mineo describes the mechanism as embedding: the videos "are being embedded on pornographic websites"; "The embed feature, much like the thumbnail- is something customized by the channel owner- it can be turned off, but in this case is

left on"; and "The embedded feature is turned on for his channel. ... It is simple to turn off/deactivate." Ex. 4, No. 6(a), (c); *see also* No. 6(e).

62. Mineo has no evidence of any of the following: that Gharavi uploaded any video to any third-party website; that Gharavi controlled any website on which his videos were re-posted; that Gharavi owns, or has an account with, mypornvid.fun; or that any website on which the videos appeared paid Gharavi anything. Ex. 2, at 202:1–7; 209:14–18; 215:7–12; 128:1–7; 203:5–9. He "never claimed personal knowledge that he uploaded them himself," and he never saw Gharavi post a video in any chat room. *Id.,* at 206:15–18; 155:23–156:3.

63. Mineo agreed that the Wrestling Room post painted Gharavi as "someone who needed to be kept away from all children," and that "sick person" expressed his opinion. *Id.,* at 136:3–8; 115:9–16. The information he says he relied on "is not actually referenced or stated within" that post. *Id.,* at 119:16–120:1; 136:9–12. Mineo conceded that the information he claims he relied on "is not in the post." *Id.,* at 120:5–7. The post does not say why he wanted the IHSA to look into revoking the license. *Id.,* at 134:18–135:7.

64. Mineo tagged Midwest Wrestle and the IHSA in his posts "to encourage review and oversight," and he intentionally posted the posts. *Id.,* at 255:6–11; 253:21–254:2.

65. When he posted in January 2024 he did not know that Gharavi may have filed takedown notices, and he never considered that Gharavi might be trying to have his videos removed from those sites. *Id.,* at 239:10–19. Mineo has never apologized for or retracted any of the statements. *Id.,* at 264:15–19.

## VII. Mineo's Statements Harm Gharavi

66. Following Mineo's statements, Gharavi lost opportunities to officiate and film wrestling tournaments and matches. Ex. 1 ¶¶26–29; 31–32; 34–35. For instance, between January

2 and January 5, 2024, ArbiterSports notified Gharavi that he had been removed from thirteen high-school matches scheduled from January 4 through January 27, 2024. *Id.,* ¶ 26.

67. In the first week of January 2024, following Mineo's posts, Anthony Clarke and the IHSA Assistant Executive Director who administers wrestling each spoke with Gharavi by telephone. Ex. 1 ¶ 27. Each told him that, because of feedback from athletic directors, coaches and parents about the online accusations, his presence would be a distraction from the competition. *Id.*; *see also* Ex. 15 at IHSA000008.

68. In December 2023, Clarke told Gharavi that he would be assigned to officiate during the IHSA's 2024 postseason. Ex. 1 ¶¶ 28–29. Despite that assurance, Gharavi did not work a single IHSA postseason event in 2024. *Id.* He was also removed from the two IESA postseason events to which he had been assigned. *Id.*

69. Prior to December 30, 2023, Gharavi was receiving more officiating assignments for the 2023-24 season than he had during the same period the previous season: he officiated 23 high school, junior high, and college events compared to 18 in 2022-23. *Id.,* ¶ 29. However, all of his remaining officiating assignments for the 2023-24 season were cancelled, including assignments in the IESA postseason. *Id.*

70. For October 1 through December 10 in each of 2023, 2024 and 2025, the period YouTube's analytics cover in all three years, Midwest Wrestle's estimated revenue was 32.6 percent lower in 2024 than in 2023, and 56.5 percent lower in 2025. *Id.,* ¶ 30. Over the same periods, its net new subscribers fell from 12,345 to 4,285, and its views fell from 8,264,475 in 2023 to 6,032,139 in 2024. *Id.*

71. Gharavi's filming declined sharply after December 30, 2023: between 2021 and 2023, he filmed at least thirty-five events, and after December 30, 2023, he filmed only three, the last of which occurred on January 8, 2025. *Id.,* ¶¶31; 34.

72. On January 1, 2024, at 5:50 p.m., YouTube notified Gharavi of the first privacy complaint the channel had received, and he removed the video. *Id.,* ¶ 36; Decl. Ex. J. Between December 31, 2023 and January 5, 2024, he removed ten videos at the request or complaint of wrestlers, their parents or YouTube. Ex. 1 ¶ 36.

73. On January 2, 2024, a member of the IWCOA's board told Gharavi that, because of the viral campaign against him, she no longer intended to nominate him to the board. Ex. 1 ¶ 33.

74. On January 1, 2024, Gharavi read the comments under Mineo's January 1 post, among them a group member's offer to "play a crucial role in the disappearance of this man." Ex. 1 ¶ 37; Ex. 10 at GHARAVI 2348. When he read it, he was afraid that someone who believed Mineo would try to harm him at a wrestling event. Ex. 1 ¶ 37. Gharavi took screenshots of these comments on January 3, 2024. *Id.*

75. The next day, January 2, 2024, someone forced open the secured entry door to Gharavi's building. Ex. 1 ¶ 38. Fearing for his safety, Gharavi immediately left his home in Illinois, and he did not return for at least a week. *Id.* He had read Mineo's January 1, 2024 posts and the surrounding engagement at that point. *Id.* Since then, Gharavi remains extremely vigilant of those around him at events; stopped wearing any clothing that identifies Midwest Wrestle; configured his phone to alert him whenever a door to his home is unlocked; and searches his home at night for intruders. *Id.* He has not filmed an event since January 8, 2025, because he is afraid to and because many events no longer want him there. *Id.*

76. On January 5, 2024, a member of the public emailed the IHSA's Assistant Executive Director under the subject "Suspicious IHSA wrestling official / camera man," stating that Gharavi's videos "have ended up on porn sites" and "I do not think he should be around wrestling as an official or a camera person." Ex. 15 at IHSA000020. On January 20, 2025, after Wheeling High School's athletic director wrote that Wheeling "likely will withdraw our team" unless Gharavi was replaced, he was removed from a January 22 match at Downers Grove South. Ex. 1 ¶ 35; Ex. 16 at CCH 000001–002. Urging Wheeling not to withdraw, the Downers Grove South coach wrote, "He is not convicted and is an IHSA official." *Id.,* at CCH 000008. Wheeling's coach answered that he could not "in good conscience put my kids in a gym with this man." *Id.*

77. Since January 2024, Gharavi has experienced persistent anxiety, fear, and distress. Ex. 1 ¶ 41. Online comments repeating the accusations triggered physical symptoms, including a racing heartbeat, difficulty thinking, a sensation that his throat was swelling, and difficulty breathing. *Id.*

78. The accusations also affected Gharavi's daily life outside wrestling. *Id.,* ¶¶ 42–43. At times, he became afraid to attend ordinary public events because he worried that people who believed the accusations might confront or harm him. *Id.* In February 2024, while attending a recital, he spent more than an hour in fear after noticing a man whom he believed might recognize him from the online accusations. *Id.*

79. The accusations substantially disrupted Gharavi's sleep and sense of security. *Id.* His household routinely treated unexpected noises as possible break-ins and repeatedly searched their home because they feared someone might be attempting to enter. *Id.* He remains vigilant about his surroundings and fears confrontation because of the accusations. *Id.*

80. The loss of opportunities, relationships, and professional standing that Gharavi spent years building led him to experience anxiety and depressive symptoms. *Id.,* ¶¶ 40, 45. As a result, he sought therapy and remains concerned that members of the wrestling community will confront him or exclude him from events. *Id.*

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: October 26, 2026

By: */s/ Olivia E. Duggins*
William D. Patterson (ARDC #6294533)
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (ARDC #6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
wpatterson@smbtrials.com
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on October 26, 2026, a copy of the foregoing Local Rule 56.1 Statement of Material Facts was served upon the following via the Court's CM/ECF system and electronic mail:

Patrick Mineo, *pro se*

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: October 26, 2026

By: */s/ Olivia E. Duggins*
William D. Patterson (ARDC #6294533)
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (ARDC #6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
wpatterson@smbtrials.com
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com