**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, and JOHN DOES 1-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**DECLARATION OF OLIVIA E. DUGGINS**

1. I, Olivia E. Duggins, make this declaration under 28 U.S.C. § 1746 and hereby declare the following:

2. I am over the age of eighteen, and my business address is 330 N. Wabash Ave., Suite 3300, Chicago, Illinois 60611.

3. I am an attorney with the law firm of Swanson, Martin & Bell LLP. I am licensed to practice law in the state of Illinois. I represent Nima Gharavi and Right Call Officials, Inc. in this matter. I submit this declaration based upon my own personal knowledge. If called upon to do so, I could and would testify competently to the matters set forth herein.

4. Attached as **Exhibit 2** is a true and correct copy of the deposition transcript of Patrick Mineo, dated January 19, 2026.

5. Attached as **Exhibit 3** is a true and accurate copy of the Plaintiff's First Set of Requests to Admit Patrick Mineo, served November 26, 2024, and Patrick Mineo's Response to Plaintiff's First Set of Requests to Admit, dated December 2024 and April 23, 2025.

6. Attached as **Exhibit 4** is a true and accurate copy of Patrick Mineo's Answers to Plaintiff's First Set of Interrogatories dated May 30, 2025, and Supplemental Answers, dated September 2, 2026.

7. Attached as **Exhibit 5** is a true and accurate copy of Patrick Mineo's post on X ("sinister network") dated January 3, 2024.

8. Attached as **Exhibit 6** is a true and accurate copy of Patrick Mineo's post on X ("framing up these videos") dated January 1, 2024.

9. Attached as **Exhibit 7** is a true and accurate copy of a Page Vault capture title, "The Wrestling Room (Pat Mineo) on X."

10. Attached as **Exhibit 8** is a true and accurate copy of Patrick Mineo's post on X ("He was kicked out of Midlands") dated January 1, 2024.

11. Attached as **Exhibit 9** is a true and accurate copy of Patrick Mineo's post in The Wrestling Room ("It is so important!"), dated January 3, 2024.

12. Attached as **Exhibit 10** is a true and accurate copy of Patrick Mineo's post in The Wrestling Room, including comments, dated January 1, 2024.

13. Attached as **Exhibit 11** is a true and accurate copy of correspondence between Nima Gharavi and IWCOA regarding the referee recruitment video, dated February 7th through February 10th, 2023.

14. Attached as **Exhibit 12** is a true and accurate copy of correspondence between Anthony Clarke of IWCA and Jackie Litwiller of IHSA regarding Nima Gharavi as IWCOA film crew, dated January 30, 2023.

15. Attached as **Exhibit 13** is a true and accurate copy of the email signature of Nima Gharavi, dated October 24, 2022.

16. Attached as **Exhibit 14** is a true and accurate copy of the record of *In re DMCA* 512(h) *Subpoena to Dynadot Inc.*, No. 3:25-mc-80138-TLT (N.D. Cal.): docket report, subpoenas (ECF Nos. 2, 16) and order (ECF No. 19).

17. Attached as **Exhibit 15** is a true and accurate copy of excerpts from IHSA's production, consisting of: IHSA000008 (missed call), dated January 2, 2024, IHSA000009-010 (postseason lists), dated December 15, 2023, IHSA000029 and IHSA000047 (list pages showing Gharavi); IHSA000018-019 (sectional), dated February 2023, and IHSA000020 (email), dated January 5, 2024.

18. Attached as **Exhibit 16** is a true and accurate copy of third-party correspondence regarding the withdrawal of a team if Nima Gharavi was not replaced as an official, dated January 20, 2025.

19. Attached as **Exhibit 17** is a true and accurate copy of a Page Vault capture of an Instagram post by user @skramblewresting, dated February 21, 2024.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Cook County, Illinois, on this 26th day of October, 2026.

/s/ *Olivia E. Duggins*
Olivia E. Duggins

## CERTIFICATE OF SERVICE

I, Olivia E. Duggins, attorney, certify that I served a true copy of the foregoing **DECLARATION OF OLIVIA E. DUGGINS** on this 26th day of October, 2026, on all parties that have appeared, via this Court's ECF system.

/s/ *Olivia E. Duggins*
Olivia E. Duggins