# EXHIBIT 1

Declaration of Nima Gharavi
with Exhibits A–J

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,

Plaintiffs,

v.

JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.

Defendants.

Case No. 1:24-cv-1969

**Judge:**
Honorable Steven C. Seeger

**Magistrate Judge:**
Honorable Beth W. Jantz

**DECLARATION OF NIMA GHARAVI IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT PATRICK MINEO**

**TABLE OF EXHIBITS**

| | |
|---|---|
| Exhibit A | IHSA's officials newsletter for April 2022 |
| Exhibit B | Pages of NCAA.com, Eleven Warriors, iwcoa.net and stcewrestlingclub.net embedding Midwest Wrestle videos |
| Exhibit C | Copy of correspondence re: NCAA rules |
| Exhibit D | Four pages of mypornvid.cc that Gharavi printed to PDF from Firefox on October 19, 2026, between 11:23 and 11:25 p.m. Central time, with the browser header and footer intact |
| Exhibit E | Summary of DMCA takedown notices by platform, with August 21, 2023 notice |
| Exhibit F | My April 14–15, 2024 check of embedding availability on the 25 most-viewed FloWrestling and 25 most-viewed USA Wrestling videos: the spreadsheet (Fed. R. Evid. 1006) and the control screenshots. |
| Exhibit G | Dynadot Inc.'s three-page production of August 16, 2025 in In re DMCA 512(h) Subpoena to Dynadot Inc., No. 3:25-mc-80138-TLT (N.D. Cal.), as produced. |
| Exhibit H | Northwestern University media-credential emails: the December 4–5, 2023 exchange, the December 26, 2023 approval email, and the December 26, 2022 approval. |
| Exhibit I | Gharavi's captures of October 1, 2026: the January 3, 2024 X thread (screenshots and prints) and the prints of the three deleted-post addresses. |
| Exhibit J | YouTube notice, dated January 1, 2024, at 5:50 p.m. |

I, Nima Gharavi, declare as follows:

1. I am over eighteen, a plaintiff in this action, and competent to testify. I make this declaration on personal knowledge.

2. I reside in Chicago, Illinois, where I have lived since 2008, and I intend to remain there. I am a citizen of Illinois.

3. Right Call Officials, Inc. is an Illinois corporation. I own it and serve as its president, and its principal place of business is in Chicago, Illinois.

4. Right Call Officials, Inc. does business as Midwest Wrestle. It holds the Midwest Wrestle accounts on YouTube, Facebook and Instagram, under the handle @MidwestWrestle, and on X and TikTok, under the handle @Midwest_Wrestle. Google pays the advertising revenue earned by the Midwest Wrestle YouTube channel to Right Call Officials, Inc. under the corporation's federal employer identification number.

5. Before I moved to Illinois, I served with the Boulder County Sheriff's Office in Colorado, ultimately as a sworn, state-certified law enforcement officer. Since 2018, officiating and filming wrestling have been my second career.

6. I have been a registered IHSA wrestling official since the 2018–19 season, under Official No. 83801. For the 2023–24, 2024–25 and 2025–26 seasons, I was registered at the Certified level. My registration has never been suspended or revoked. Exhibit A is a copy of the IHSA's officials newsletter for April 2022. I was interviewed for the article printed at pages 8 to 10 of that newsletter, and the answers printed there are mine; the article states "Wrestling (4 years)."

7. The IHSA requires its wrestling officials to attend a clinic, and the Illinois Wrestling Coaches and Officials Association ("IWCOA") facilitates those clinics for the IHSA. In

2018, at the invitation of Anthony Clarke, the clinics' head clinician, I began filming wrestling matches as a volunteer videographer and editor for the clinics.

8. I became an IHSA wrestling official in 2018, at a time when officiating leaders were warning that the sport was losing referees faster than it could replace them. Since then I have volunteered hundreds of hours, and spent thousands of dollars on equipment and travel, to film tournaments for the clinics such as the state tournaments in Champaign and Bloomington. The clinicians use short clips of real matches to teach officials to apply the rules. Those include the rules that protect wrestlers from injury. In 2023 I supplied them with 256 clips, 165 of them from the February 2023 IHSA boys state final. I have never been paid for this footage.

9. The clinics use only a few seconds of each match, so almost all of the footage I filmed went unseen, even by the wrestlers and families it showed. In November 2018, I created the Midwest Wrestle channel on YouTube to make that footage available to them and provide broader coverage of the sport. The channel publishes full matches, free to watch, so that a family can see a match it could not attend and a wrestler can study his own performance. I film openly, with professional equipment, at events where I have the organizer's permission or a media credential. The channel also supports the training of officials and has brought new fans to the sport.

10. Wrestlers and parents have often written to thank me for videos of their matches, and several have told me that college coaches contacted them after seeing those videos. For example, NCAA.com embedded Midwest Wrestle videos on its own pages from November 2022 to January 2024. Pages from each of them are reflected in Exhibit B. In August 2023, the NCAA's Secretary-Rules Editor for wrestling thanked me for catching an error in a published NCAA rules interpretation, writing, "Great catch on your part." A copy of this correspondence is attached as

Exhibit C. A video I submitted to the NCAA in November 2023 led to new official guidance on grasping clothing or equipment, which the NCAA issued on January 16, 2025.

11. Before January 2024, my work rested on relationships I had built over six seasons. High-school assignors in the Chicago area gave me assignments through ArbiterSports. By October 12, 2023, I had accepted at least thirteen high-school assignments for the 2023–24 season through ArbiterSports, which confirms each acceptance as an acceptance of "the corresponding contracts." In February 2023, I officiated an IHSA regional and an IHSA sectional. On December 15, 2023, under the subject "Postseason officials," the IHSA sent two of my assignors its lists of officials by name and by rating, and I am on both lists. I also officiated college matches assigned through RefQuest. The fees for my officiating are paid to Right Call Officials, Inc., under its taxpayer identification number. The IWCOA used my footage at its clinics and put me on its film crew for the 2023 IHSA boys state final. Midwest Wrestle, for its part, earned advertising revenue that Google paid to Right Call Officials, Inc.

12. As of January 1, 2024, Midwest Wrestle held about 1,600 videos and had about 132,000 subscribers.

13. I have never uploaded, posted or caused to be posted any of my wrestling videos to any pornographic website. I have never used an account on any website hosting pornographic content to upload, post or share any of my wrestling videos. I have never been the registrant, account holder, operator or host of mypornvid.fun or mypornvid.cc, I have never held an account with either website, and I have never received any payment from any pornographic website.

14. I have never posted any of my wrestling videos, or links to them, in any chat room, forum or online group devoted to sexual content, and I have never posted them anywhere for a

sexual purpose. I did not film, zoom in on, or record wrestlers for any sexual purpose. I have never chosen a thumbnail to depict a wrestler in a sexual way.

15. Since May 2021 I have found my videos re-posted on other platforms and websites by others. Since May 16, 2021, I have sent 366 takedown notices under the Digital Millennium Copyright Act to twelve platforms and websites, for copies posted without my authorization. Since at least June 2022, thisvid.com, a website hosting pornographic content, has displayed copies of my videos that were copied from YouTube and uploaded there by others. I did not place them there and have never authorized anyone to do so.

16. By August 2023, mypornvid.fun, another website hosting pornographic content, displayed pages bearing the titles and frames of my videos and the words “Midwest Wrestle,” taken from my channel, under addresses containing each video’s YouTube identifier. Those pages present the site’s own player and “Download” links beneath the frame, not YouTube’s embedded player. Pages of the same design now appear at mypornvid.cc. On October 19, 2026, between about 11:23 and 11:25 p.m. Central time, I printed to PDF from the Firefox browser four pages of mypornvid.cc: the search results for “midwest wrestle” and for “flowrestling,” and one video page from each. Those prints, with the browser’s header and footer showing each page’s address and the date and time of printing, are Exhibit D. On August 21, 2023, I emailed mypornvid.fun “to request takedown of all videos taken from my YouTube channel, Midwest Wrestle,” listed sample videos by their YouTube and mypornvid.fun addresses, and asked the site to “disable scraping of my channel for all videos.” A summary of the notices by platform, with the August 21, 2023 notice, is Exhibit E.

17. YouTube’s setting that allows embedding is enabled by default for every channel. The setting lets another website display YouTube’s own player for a video on that website’s page

and does not transfer the video file to that website. Turning it off would not prevent a website from copying a video and re-uploading it. I have left the setting enabled on the Midwest Wrestle channel because websites I have no reason to object to have embedded my videos. Those websites have included NCAA.com, from November 2022 to January 2024, as well as Eleven Warriors, the IWCOA and a youth wrestling club in St. Charles, Illinois. Ex. B. On April 14 and 15, 2024, I checked whether embedding was permitted on the 25 most-viewed videos on the FloWrestling YouTube channel and the 25 most-viewed videos on the USA Wrestling YouTube channel. I used an embedding-availability check that I first validated against one of my own videos, with embedding permitted and then disabled. Embedding was permitted on all 50. My record of that check is Exhibit F.

18. In June 2025, representing myself, I obtained from the Clerk of the United States District Court for the Northern District of California a subpoena under 17 U.S.C. § 512(h) to Dynadot Inc., the registrar of mypornvid.fun. The subpoena commanded Dynadot to produce the name, address, telephone number and email addresses associated with the domain's account and the logs of Internet Protocol addresses used to access it. Dynadot produced registration data but, asserting a safe harbor under 17 U.S.C. § 512(a), declined to produce the access logs. I moved to compel compliance. On August 12, 2025, the court granted my motion and ordered Dynadot to produce the records by August 19, 2025. On August 16, 2025, Dynadot sent me the three-page document attached as Exhibit G, as Dynadot produced it. Those records identify the account holder of mypornvid.fun from March 22, 2023 through March 8, 2025 as Jamiur Bin Nasir, an individual whose listed address is in Dhaka, Bangladesh. I am not that individual and have never met or communicated with that individual. I did not know who had registered mypornvid.fun until Dynadot responded to the subpoena.

19. I have never been contacted by the Federal Bureau of Investigation, the Chicago Police Department or any other law-enforcement agency about my videos or my conduct at wrestling events. I have never been charged with any offense.

20. Northwestern University issued me a media credential for the Ken Kraft Midlands Championships in December 2022 and December 2023. On December 4, 2023, I requested the 2023 credential. On December 5, 2023, Northwestern's Assistant Director of Athletic Communications replied that he was "Happy to take care of you for Midlands." On December 26, 2023, I received the email to the approved media list stating, "If you are receiving this email, you have been approved for a media credential for the 59th Annual Ken Kraft Midlands Championships at NOW Arena in Hoffman Estates, Ill." True copies of those messages as I sent and received them, with my email addresses, telephone number and photograph redacted, are Exhibit H.

21. In February 2023, the IHSA approved two videos I produced for the IWCOA, including a referee-recruitment video, for display before each session of the 2023 IHSA State Finals. The videos were shown there, and I saw them shown. I filmed the 2023 IHSA state tournament as a member of the IWCOA film crew.

22. On October 1, 2026, between about 1:28 and 1:31 a.m. Central time, while logged in to X as @midwestwwe, I captured the X post by @MrPatMineo dated January 3, 2024 that begins "Parents, coaches, tournament directors, etc..." and the replies in its thread. I used the Firefox browser's screenshot tool and its print-to-PDF function. The post displayed "38K Views." On October 1, 2026, between about 2:48 and 2:50 a.m. Central time, while logged in to X as @midwestwwe, I printed to PDF from Firefox the pages at the addresses of the three @MrPatMineo posts dated January 1, 2024. Each page displayed "Hmm...this page doesn't exist.

Try searching for something else." The pages in Exhibit I are true and accurate copies of what my screen displayed when I captured each of the above pages.

23. Before January 1, 2024, I had never met, spoken with or corresponded with Patrick Mineo, and he did not contact me before he posted about me.

24. I have never run for or held elective office. Before January 1, 2024, I had made no public statement responding to any claim that my videos appeared on pornographic websites.

25. My ability to obtain officiating assignments, media credentials, filming opportunities, and access to wrestling events depends substantially on my reputation within the wrestling community and my relationships with wrestlers, parents, coaches, officials, schools, tournament operators, and wrestling organizations.

26. On the afternoon of December 30, 2023, after posts about me began circulating online that morning, Anthony Clarke (assignor of matches) called me. He told me that the attention was dying down, and that if it kept subsiding I might be able to keep my schedule. That was before Mineo's first post about me. Between 6:56 p.m. on January 2, 2024 and 8:11 a.m. on January 5, 2024, ArbiterSports notified me that I had been removed from thirteen high-school matches scheduled from January 4 through January 27, 2024. I was not able to officiate another high-school match until November 26, 2024. I had accepted eleven of those matches between August 19 and October 12, 2023.

27. In the first week of January 2024, Mr. Clarke and the IHSA Assistant Executive Director who administers wrestling each spoke with me in a separate telephone call. Each told me that, because of feedback from athletic directors, coaches and parents about the online accusations against me, my presence at matches would be a distraction from the athletes and the competition. Neither of them said that I had done anything wrong. The Assistant Executive Director had first

called me on January 2, 2024; I missed the call and wrote to him that evening to arrange another time.

28. In December 2023, Mr. Clarke told me that I would be assigned to work the IHSA's 2024 postseason. I worked no IHSA postseason event in 2024, although I was on the IHSA's postseason lists and had worked a regional and a sectional the year before. I had also been assigned to officiate the IESA regional on February 24, 2024 and the IESA sectional on March 2, 2024. Before those events, the assignor who had given them to me removed me from both.

29. Prior to December 30, 2023, I was receiving more officiating assignments for the 2023-24 season than I had during the same period the previous season: I officiated 23 high school, junior high and college events compared to 18 in 2022-23. All of my remaining officiating assignments for the 2023-24 season were cancelled, including my IESA postseason assignments, and I did not receive the IHSA postseason assignment Mr. Clarke had told me to expect. The loss of those postseason assignments was particularly significant because postseason events are assigned to experienced officials and are an important part of advancement and professional recognition within wrestling officiating.

30. For October 1 through December 10 in each of 2023, 2024 and 2025, the period YouTube's analytics cover in all three years, Midwest Wrestle's estimated revenue was 32.6 percent lower in 2024 than in 2023, and 56.5 percent lower in 2025. Over the same periods, its net new subscribers fell from 12,345 to 4,285, and its views fell from 8,264,475 in 2023 to 6,032,139 in 2024.

31. From 2021 through 2023, I filmed at least thirty-five events: at least 14 in 2021, 12 in 2022 and 9 in 2023. Since December 30, 2023, I have filmed three: on August 31, 2024, December 31, 2024, and January 8, 2025.

32. At the December 31, 2024 tournament, a head coach told me I could take no photos of his team, although others there were filming and taking photographs without objection.

33. Before January 2024, I regularly attended meetings of the IWCOA's board to volunteer my help. On January 2, 2024, a member of the IWCOA's board told me by telephone that she had been about to nominate me to the board but, because of the viral campaign against me, she no longer intended to. I have not attended an IWCOA board meeting since.

34. On January 9, 2025, the day after what would become my last day filming, Mr. Clarke told me that I would not be on the film crew for the 2025 individual state final. He said that "too many people have opinions" and that my presence would be a distraction and would take attention away from the kids and the competition. I have not filmed the state final for the IWCOA since 2023.

35. On January 20, 2025, I was taken off a varsity match at Downers Grove South High School scheduled for January 22, 2025. The assignor told me that a school had said one team would rather withdraw than have me officiate. I have not filmed since.

36. On January 1, 2024, at 5:50 p.m., YouTube notified me of a privacy complaint about a Midwest Wrestle video. It was the first privacy complaint the channel had received since I created it, and I took the video down. Between December 31, 2023 and January 5, 2024, I removed ten videos at the request or complaint of wrestlers, their parents or YouTube. I also received a request to remove eight more. YouTube does not tell me who files a privacy complaint. When a wrestler or a wrestler's parent asks me to remove a video, I generally do. YouTube's notice is attached as Exhibit J.

37. On January 1, 2024, I read the comments under Mineo's January 1 post in The Wrestling Room. On January 3, I took the screenshots that are Exhibit 10 to the statement of facts.

In one of them, a member of his group wrote that she would "be more than happy to play a crucial role in the disappearance of this man." When I read that, under a post telling the group's 44,000 members that I could not be allowed "in a gym...on a mat...next to these kids," I was afraid that someone who believed Mineo would try to hurt me at a wrestling event.

38. On January 2, 2024, someone forced open the secured entry door to my building. That day I left my home and Illinois for my safety, and I did not return before January 9, 2024. By then I had read Mineo's posts of January 1, 2024. Since then, I have changed how I live and work. At events I watch the people around me, especially when I walk alone to or from my car or step into an empty hallway. I dread the walk to my car after dark. I wear nothing that identifies Midwest Wrestle. Since January 2024, my phone has sounded an alert, day and night, whenever any door to my home is unlocked, even by me. More than once, including on March 12, 2024 and January 9, 2025, a noise in the night or an intrusion alert has woken me. I then searched my home for an intruder. I still look over my shoulder in my own neighborhood. I have not filmed an event since January 8, 2025. I am afraid to, and many of the events I used to film no longer want me there. Before January 2024, parents, athletes and coaches often asked me to film their matches and thanked me for the videos. Since then, what I mostly receive are demands to take videos down.

39. On December 19, 2024, after I officiated a dual meet at Plainfield North High School, a wrestler's parent and a man with her confronted me at the scorer's table. A school staff member had to escort me to my car.

40. As I try to return to officiating, I am anxious that a parent will confront me or a coach will tell me I am not wanted.

41. Since January 2024, the accusations against me have caused persistent anxiety, fear, and emotional distress. Online comments repeating the accusations triggered physical symptoms,

including a racing heartbeat, difficulty thinking, a sensation that my throat was swelling, and difficulty breathing.

42. At times, I became afraid to attend ordinary public events because I worried that people who believed the accusations might confront or harm me. In February 2024, while attending a recital, I spent more than an hour in fear after noticing a man whom I believed might recognize me from the online accusations, and I mentally rehearsed how I would defend myself if attacked. These reactions were not typical for me before the events of January 2024.

43. The accusations substantially disrupted my sleep and sense of security. My household treats unexpected noises during the night as possible break-ins, and we constantly get out of bed to search our home because we fear someone might be attempting to enter. For example, on March 12, 2024, I awoke believing an intruder was immediately outside my bedroom door and conducted a room-by-room search of my home. I frequently check my surroundings, remain alert to the possibility of confrontation, and experience anxiety from the constant fear of a break-in or confrontation.

44. The emotional impact of the accusations has extended beyond fear for my safety. Before January 2024, filming wrestling, officiating matches, and contributing to the wrestling community gave me a sense of purpose and fulfillment. Since the accusations spread, many of the positive interactions I once enjoyed have been replaced by suspicion, hostility, and demands that my videos be removed.

45. The loss of opportunities, relationships, and professional standing that I spent years building has led me to experience depressive symptoms, including sadness, hopelessness, loss of enjoyment in activities that were previously meaningful to me, and difficulty maintaining motivation. As a result, I sought therapy. I continue to experience anxiety about how members of

the wrestling community may react to me and whether I will again be subjected to threats, confrontation, or public accusations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2026, at Chicago, Illinois.

*/s/ Nima Gharavi*

Nima Gharavi