# EXHIBIT A

*to the Declaration of Nima Gharavi*

IHSA officials newsletter, April 2022, pages 1 and 8–10

Case: 1:24-cv-01969 Document #: 198-3 Filed: 10/26/26 Page 2 of 5 PageID #:3037

# PREGAME Advantage

# NO GAME OF THE WEAK

## Are You Ready to Be in the Spotlight?

Getting the big game — a state playoff contest, a showdown between traditional rivals or a game to decide a conference championship — is the goal of many officials. Chances are good the contest will be televised, broadcast on the radio or covered by scores of print reporters. The pressure will be ramped up. What does all of that mean to you? Are you prepared to handle the extra attention?

On game day, you'll likely sense a different atmosphere when you drive into town or arrive at the site. In fact, you may want to plan your arrival earlier than normal to avoid traffic near the school or facility.

There will be a sort of electricity in the air when you take the field or court. Soak it in and enjoy it; after




Wherever there is a sporting event, there will be still photographers, videographers and anyone with a cellphone to capture the action. That includes the officials. When a championship is on the line, the interest is magnified. Although your officiating shouldn't change, you can't simply ignore the extra attention. Karen Free, Robinson, Ill.

COURTESY OF IHSA

## IHSA NEWS & NOTES

- Registration for 2022-23 runs May 1 – June 30
- $70 for one sport
- $20 for a second sport
- $15 per sport after that
- IHSA Officials Conference: July 8 & 9 @ Normal West High School
- Sign up through the Officials Center

REFEREE / NASO

CREATED IN PARTNERSHIP WITH REFEREE MAGAZINE & THE NATIONAL ASSOCIATION OF SPORTS OFFICIALS

[redacted]

[redacted]

**NIMA GHARAVI**
Chicago, IL

# OFFICIALS TIMEOUT

**What sports do you officiate?**

Wrestling (4 years).

**What are some major reasons why you officiate?**

I officiate out of a combination of passion for the sport and its participants. Wrestling is special in that it is one of the only sports where your successes and your failures are your own and no one else's —and that attracts a uniquely inspiring caliber of individual.

**How did you get started? Who gave you guidance early in your career to help keep you going?**

Without the annual IHSA Officials Conference, I'm not sure I would be officiating right now. Because I lacked experience, I had convinced myself that I would be laughed out of the room if I inquired about becoming an official. Beginning with my sheepish initial email, through that awkward moment when I walked into the conference knowing absolutely nobody, I was proven wrong at every turn. The officiating community is one of the warmest and most welcoming that I have ever come across. If I had to summarize it in one sentence: I came for the adrenaline; I stayed for the family.

**What memories do you have of your first wrestling event?**

Let's not kid ourselves, it was a complete and total disaster. I memorized the rulebook and casebook front to back. I practiced my mechanics in front of the TV for weeks. I went to five different clinics when only one was required. I acted as an assistant official on the mat at a tournament and two dual meets. With some assistance, I even called a few matches at one of those dual meets. But when it came time for my first official assignment — when I was completely on my own for the very first time — I was unable to recognize many of the calls that needed to be made at match speed. I was taken to the table by the coaches so many times that I was getting more steps in from that than the competition itself. I walked away from that assignment with my confidence not shaken but completely shattered.

**What advice do you have for someone who is considering becoming an official?**

Stop thinking about it and just do it. If you thought competition was challenging, think again. As a competitor, your responsibilities are limited to you (or to your team). But as an official, your responsibility is to both competitors (or teams), their parents, their extended families and all of their fans. In other words, you are responsible to literally everyone. The risks are on a completely different level, and as the saying goes, the rewards are as well.

**What are some of your goals as an official?**

Of course, the pinnacle of any high school officiating career is to become a State Finals level official, and so it goes without saying that that has been my goal since the outset. Recently, I have also gained an appreciation for traveling to learn best practices from other states and to experience different styles and levels of competition. There are some very high-level national tournaments that I would love the honor of officiating someday.

Case: 1:24-cv-01969 Document #: 198-3 Filed: 10/26/26 Page 4 of 5 PageID #:3039

**What do you remember about your favorite event in your officiating career?**

I have a hard time imagining that any contest will ever top the time that our head clinician put me in charge of the final match that would decide the outcome of one of the most hotly contested varsity dual meets of the year at the end of my second year of officiating. In his defense, he was there as my assistant official, but had either of the head coaches known that it was only my second year … well, this is a family-friendly newsletter, so I'll just leave that to your imagination. Thankfully, it went off without a hitch and the crowd was electric the entire time.

**What thoughts do you have about association membership and its benefits?**

Illinois wrestling is relatively unique among its peer states in that our association is a joint coaches and officials association. This can create conflict, but I think it creates good conflict. Instead of two separate insular associations that behave as echo chambers, our association structure forces us to challenge our assumptions and empathize with our colleagues on the other side of the aisle. In a time when division is so prevalent, our association serves as a refreshing and inspiring model of inclusivity.

**What advice do you have for beginning officials?**

Nothing can fully prepare you for the real thing except the real thing. Bring the same mindset that you brought to competition: resiliency is key. Expect to be imperfect and expect that people will be unhappy about it — incredibly unhappy about it. But also expect that you will learn and grow from those experiences and that they will shape your character for success in all aspects of your life in the long run.

**Tell us about a time you made a mistake and how you learned from it.**

This is such a difficult question to answer because there hasn't been an assignment yet where I haven't made a mistake, so how could I possibly choose just one? That being said, there is one common thread that I think is worth sharing: When a coach challenges a call at the table in a sportsmanlike manner and despite my best efforts, I am not able to get them to see eye-to-eye, I ask them to write down their name and email address and I commit to reviewing the video and following up with them after. This may sound counterintuitive, but I don't actually like it when upon video review it turns out that the call was correct, because then the email comes off as "I was right and you were wrong," no matter how hard you try to prevent that. Despite the hit to my pride, I actually prefer it when it turns out that they were right and I was wrong, because then the email comes off as disarming and they see me as a human being for the first time. How many head coaches get emails from officials admitting a mistake? Let's just say the credibility you gain from that is invaluable.

**How important is it to have mentors and friends in officiating with whom you can share stories, situations, and ask questions?**

I feel so strongly about the need for a diverse group of mentors that I have no reservations whatsoever about going on record as saying that it is virtually impossible to succeed as an official without them. Diversity is key — early in my career I erred by relying on just one individual and taking everything they said as Gospel. Learn from my mistake and crowdsource your feedback. Bounce the same question off at least two senior officials. If there is one thing I have learned, it's that officiating is an art, which means that if you ask the same question of two different officials each with 40 years of experience, you're likely to get three different answers. And for the avoidance of doubt, that was not a typographical error.

**What still excites you about officiating after all these years?**

Did I mention that I'm an adrenaline junkie? Without fail, every time I get in the car or hop on a plane to head to an assignment, I ask myself why I put myself through the stress. But when the first whistle blows, it all comes rushing back. Whatever our favorite sport is, the fact is that to us that sport is the greatest show on Earth. Make no mistake: no matter how wealthy one might be, there is no better ticket to a front row seat than being an official. No private suite or skybox will ever beat being the lady or gentleman making the call.

**If you could change one rule in wrestling, what would you change … and why?**

Between the decline in sportsmanship overall and the shortage of officials, lately I have been toying with the idea of bringing extra officiating shirts with me. The concept is this: if a wrestler on the team bench makes an unsportsmanlike comment that would normally cost their team a point, they have the choice to either take the team point deduction or put on the striped shirt until the end of the dual. They walk away with a lesson learned and a little friendly razzing from their teammates, but also a striped shirt that they can hopefully turn into a lucrative career in officiating. I'm only kidding about making this a rule, but hey … one can dream, right?

**What habits do you have that help you study the rules before and during the season?**

There is no easy answer to this question. As a Millennial, I am a card-carrying member of the easily distracted generation. To truly study the rules, I need to get out of the house and away from even the most mundane distractions (like cleaning

COURTESY OF IHSA

the rafters) and so that usually means going to Starbucks and pounding coffee to get through it.

**How do you prepare for the season in other ways: association meetings, physical conditioning, video training, etc.?**

Clinics, clinics and clinics. The presentations are helpful, but the real value is in the questions people ask and the discussions that follow. I learn 10 times more from hallway conversations than I do from slides.

**When you are at a game as a spectator, what things do you watch for or notice about the officials?**

Call it a flaw, but I have gotten to the point that I can't watch my sport as a spectator anymore. Don't get me wrong, I still enjoy spectating, but the lens through which I see the sport has completely changed. Gone are the days where I can just enjoy it for what it is. Now, I watch the officials more than I watch the competitors. I'm observing their mechanics, I'm obsessing over their positioning and I'm analyzing their reasoning behind their judgement calls. To be clear, I'm not doing this to judge them … I'm doing this to learn from them.

**What are some officiating skills you use that carry over into your real life (and vice-versa)?**

Coming full circle on my earlier comment about confidence, officiating has taught me that people make instantaneous split-second decisions simply based on how confident they think you are. My first officiating assignment was a complete and total disaster because I lacked confidence and I let the coaches walk all over me as a result. By no means would I ever suggest being either arrogant or confrontational — quite the opposite, actually — but officiating has taught me that calm, cool confidence goes a long way in all aspects of life. To quote former President Theodore Roosevelt: "Speak softly and carry a big stick; you will go far." ■

# YOUR NAME IS PRIVATE PROPERTY

Privacy is a hot issue in today's world and officials need to be especially vigilant in protecting theirs. What personal information should you give, if any? To whom?

Nothing like that friendly coach strolling over before a contest and just wanting "to get to know you." In most cases, it's no big deal to answer some routine questions before the game. Keep it short and professional. Don't volunteer anything and don't fudge about your experience because a coach can verify information you give.

Certainly it depends on the questions, but there is going to be enough going on once the game starts, so you don't want to start off on the wrong foot by telling a coach you would prefer not to talk to him or her. If you encounter a chatty coach, the conversation likely won't involve any requests for your phone number. The best action is to move to another spot and find something to do.

Appearances won't be good if you are talking to any coach for an extended period of time. And how about the friendly, caring fan that stops by your location before a contest and says hi and wants to know your name? At the most, just tell what association or conferences you are from. Hopefully that will make the fan go away.

In the heat of the contest, all of a sudden the coach has forgotten your name and wants you to remind him or her of it — right now! You are trapped in that sense and you can either pretend, "I can't hear you," or provide your name. If the coach has you a little upset, you can always spell it out, nice and slowly with just a touch of sarcasm. Of course, you might kick yourself in the morning if you get overly dramatic with the spelling of your name.

In that situation, providing your name is probably what you need to do. Remember that the coaches will likely have your name anyway, either through the scorebook or a rating card you present before the game. Refusing to identify yourself, or making it difficult for them to do so, makes you look petty.

A situation could also arise when you're standing near an injured player who is receiving medical attention. All of a sudden the coach takes that opportunity to let you know he or she has some serious concerns about your work. The coach wants to know your name and where you're from. In such a situation, it's best to advise the coach to please take care of the player. Then move away and not get into giving out information at that time.

After the game is when the interest in who you are may peak. It's the rare official who has left every assignment without some verbal shots from someone. If you have someone following you to your car and asking your name, a short professional response could be, "My name is (your name here). I'm sorry you're upset." All the while you are heading to a safe harbor. However, there is no responsibility to provide any personal information outside of who you are. If you feel you need, tell them to contact the school, the league or assigner, whichever is appropriate. There is a formal means to obtain that information and that's through the assigning entity or governing body. ■