# EXHIBIT B

*to the Declaration of Nima Gharavi*

Pages of NCAA.com, Eleven Warriors, iwcoa.net and stcewrestlingclub.net embedding Midwest Wrestle videos

In his most competitive match of the day, Ohio State's Mendez took out two-time All-American Lucas Byrd of Illinois 3-2 on a third-period takedown in the finals of the tournament, solidifying himself as the champion of his bracket and certainly moving himself into the national rankings.




Mendez was one of eight Buckeyes to win a Michigan State Open title over the weekend, as Malik Heinselman, Sammy Sasso, Ethan Smith, Kaleb Romero, Brendan McCrone, Nic Bouzakis and Luke Geog also won their respective weight classes.

**Nima Gharavi** @Midwest_Wrestle · Nov 9, 2022 ···

Wow, what an honor to have my video featured on the NCAA website. Thank you, @NCAAWrestling!



ncaa.com

**Jesse Mendez leads a freshmen wave in wrestling's opening weekend**

Ohio State's Jesse Mendez made his college debut and took out two-time All-American Lucas Byrd of Illinois in the finals of the Michigan ...

**Promote**

3 1 8

VIEW ALL SCORES
DI BASEBALL
BOTTOM 6TH - ESPNU LIVE
TCU 3
14 Indiana St. 0
FRI 5:00 PM CDT - ESPN2
15 South Carolina
2 Florida
FRI 7:00 PM CDT - ESPN
Oral Roberts
Oregon
SAT 11:00 AM CDT - ESPN2
7 Virginia
Duke
CHAMPS FOLLOW DI baseball supers underway Oklahoma wins WCWS finals DI track & field schedule, results DII baseball finals set
NCAA LIVE VIDEO SPORTS VIDEO MARCH MADNESS SCHOOLS SHOP TICKETS
Wrestling DI HOME RANKINGS 2023 BRACKETS VIDEO HISTORY CHAMP INFO LIVE SCORING

SHANNON SCOVEL | NCAA.COM | NOVEMBER 7, 2022

# Jesse Mendez leads a freshmen wave in wrestling's opening weekend




THE MOST EXCITING COLLEGE WRESTLERS TO WATCH THIS SEASON

SHARE

The opening weekend of the 2022-2023 college wrestling season brought everything fans love: crazy upsets, top-tier talent, elite matchups and wild bouts.

Here are three key highlights from the first weekend of the season, as well as some analysis and predictions about upcoming duals you need to know heading into another week of action.

### Young stars rose to the occasion

With every new season comes an influx of new talent, and this year is no exception. Young stars sent a message to the country that age is not an inhibitor. The NCAA's new redshirt rules will make tracking these newcomers particularly interesting, and at least a few true freshmen will likely earn the permanent starting spots for their teams as matches continue.

**NEW RULES:** Everything you need to know about the true freshman eligibility rules in 2022-2023

One of those dangerous young athletes who will likely not only start for his team but also compete for a podium spot is none other than the No. 1 pound-for-pound high school recruit from the Class of 2022, Jesse Mendez. A true freshman for the Buckeyes, Mendez made his collegiate debut this weekend at the Michigan State Open and roared through the early part of his 133-pound bracket. He beat Wilfried Tanefeu of Michigan by tech fall and then pinned Cody Moosman in the second period. Haiden Drury of Utah Valley held Mendez to a decision but still couldn't put up a single point against the quick and strong Buckeye.

In his most competitive match of the day, Ohio State's Mendez took out two-time All-American Lucas Byrd of Illinois 3-2 on a third-period takedown in the finals of the tournament, solidifying himself as the champion of his bracket and certainly moving himself into the national rankings.




Mendez was one of eight Buckeyes to win a Michigan State Open title over the weekend, as Malik Heinselman, Sammy Sasso, Ethan Smith, Kaleb Romero, Brendan McCrone, Nic Bouzakis and Luke Geog also won their respective weight classes.

McCrone, Bouzakis and Geog competed in the freshman/sophomore division, as opposed to the Open division, but their success, and their dominance, suggest a positive future for these Buckeyes.

Ohio State started the year with the No. 1 recruiting class in the country, and while the team also has a number of returning All-Americans and national qualifiers at 125, 141, 149, 165, 174, 184, 197 and 285, this new crop of stars adds even more depth to this dangerous Big Ten program.



SHOP OFFICIAL NCAA TEAM AND CHAMPIONSHIP GEAR


LATEST VIDEO FEATURES AND HIGHLIGHTS

**Midwest Wrestle** @Midwest_Wrestle · Nov 9, 2022 Promote ···

Wow, what an honor to have my video featured on the NCAA website.
Thank you, @NCAAWrestling!




From ncaa.com

3 1 8

# JESSE MENDEZ NAMED NCAA WRESTLER OF THE WEEK AFTER WINNING MICHIGAN STATE OPEN TOURNAMENT CHAMPIONSHIP

By Andy Vance on November 7, 2022 at 4:17 pm @andyvance



Ohio State University Athletics

OSU WRESTLING 27 COMMENTS

Freshman Jesse Mendez was named NCAA Wrestler of the Week on Monday after running through the 133-pound field in the Michigan State Open tournament over the weekend.

As a team, the Buckeyes won eight titles in the first action of the season and had three second-place finishes.

> Jesse Mendez, of @wrestlingbucks, went 4-0 this weekend at the Michigan State Open. @PhenoMendez defeated returning All-American Lucas Byrd, to claim a Michigan State Open title in his Buckeye debut.#NCAAWrestling pic.twitter.com/0zsO8dDJ3b
>
> — NCAA Wrestling (@NCAAWrestling) November 7, 2022

Mendez had no trouble with his first two opponents, winning by tech fall over Wilfried Tanefeu of Michigan in the opening bout and then pinning Cleveland State's Cody Moosman midway through the second period. In the semifinal, Mendez won by decision over Haiden Drury of Utah Valley, 5-0.

In the championship match against All-American Lucas Byrd of Illinois, neither wrestler was able to score in the opening period. Byrd escaped to start the second for a 1-0 advantage heading into the third, but Mendez evened the score with an escape late in the third and then secured the 3-2 victory by decision with a takedown.




OHIO STATE IS NOW 1-0 UNDER JAKE DIEBLER. HOW WILL THE BUCKEYES FINISH THE REGULAR SEASON?

- 5-0
- 4-1
- 3-2
- 2-3
- 1-4
- 0-5

VOTE

10 COMMENTS

TRENDING

- Skull Session: Ohio State Upsets Purdue... Article 81
- 2024 NFL Mock Draft Roundup: Marvin... Article 53
- The Hurry-Up: Ohio State Offers Five-... Article 22
- Ohio State Men's Tennis Beats TCU, 4-3... Article 20
- Mike Conley Agrees To Two-Year, $21... Article 16

LATEST IN THE FORUM

- If Dwayne Washington Doesn't Go... Forum Topic 12
- Recruiting Top Prospects Forum Topic 6
- OSU Wins The Indoor Men's Tennis... Forum Topic 4
- Ohio State Vs Iowa Football Ticket... Forum Topic 2
- Tommy Boy In Ann Arbor – QB Granted... Forum Topic 52




Mendez was the No. 1 overall recruit in the Class of 2022 and came to Columbus rather than committing to other blue-chip Big Ten programs, including Iowa, Penn State, and Michigan.

"They're building something special, and they're building a dynasty," Mendez told FloWrestling when explaining his commitment last November. "It was a close decision, but it was Ohio State for the most part...This might be the best recruiting class ever, and I wanted to be a part of it."

Calling it the best recruiting class ever isn't entirely hyperbole. In addition to Mendez, the class includes Nic Bouzakis, the No. 2 recruit in the class according to FloWrestling, Nick Feldman, the No. 3 recruit in the class and in-state standout Seth Shumate.

Bouzakis had an excellent tournament in East Lansing, winning the 133-pound title in the freshman division. He pinned Koal Brower of Illinois at 1:18 of the championship match; Bouzakis won by fall in three of four matches on the day and beat the other by a major decision (12-1).

Ohio State opens its dual-meet season at 7 p.m. Friday against No. 15 Virginia Tech at the Covelli Center.

OSU WRESTLING 27 COMMENTS







VIEW 27 COMMENTS

*Log in or Sign up to Join the Discussion #beatmichigan*




Fresh cotton and other wares at Eleven Warriors Dry Goods.

*"MAKE THE GREAT STATE OF OHIO PROUD"*

Eleven Warriors is where Ohio State fans gather. As an independent site, we're committed to delivering Buckeye fans the news and analysis they deserve, all while remaining free.

If supporting an indie site is your thing, please consider becoming a 12th Warrior, buying our merch, or contributing in other ways.

Forged in Columbus, OH-IO.

All systems operational.

About / Oral History
Masthead
Contact Us
11W Dry Goods
Advertise
Support Eleven Warriors
FAQ / Commenting Policy
Privacy Policy
DMCA Notice
Openings
Colophon
MGo.Fail

basementmediaworks

WHERE OHIO STATE FANS GATHER © 2006–2024 ELEVEN WARRIORS LLC

# VIDEOS & HIGHLIGHTS










Watch on YouTube


2020 IHSA Wrestling Dual Team State Final Highlight Reel – Part I
Share
L
Watch on YouTube
© MidwestWrestle.com


2019 Illinois Girls Open Highlights
Copy link
ILLINOIS COACHES
IWCOA
AND OFFICI ... SOCIATION
Watch on YouTube


2018 IHSA Jumbotron Video
Share
ILLINOIS WRESTLING COACHES
IWCOA










© 2019 Illinois Wrestling Coaches and Officials Association (IWCOA). IWCOA is a non-profit, tax exempt organization under Section 501(c)(3) of the Internal Revenue Code.

Website powered by Neon One

# VIDEOS & HIGHLIGHTS






















© 2019 Illinois Wrestling Coaches and Officials Association (IWCOA). IWCOA is a non-profit, tax exempt organization under Section 501(c)(3) of the Internal Revenue Code.

Website powered by Neon One


sportsengine
Sign In
St. Charles Wrestling - Illinois Elite Wrestling Club
Page Search
Search
Home
Join
About
Calendar
Teams
Styles
Private Sessions
Connect
More +
ST. CHARLES
WRESTLING
Video Gallery
Video unavailable
This video is unavailable
January 12, 2023
[redacted]
December 18, 2022
[redacted]
December 16, 2022
[redacted]
December 12, 2022
[redacted]
December 12, 2022
[redacted]
December 12, 2022
[redacted]
December 12, 2022
[redacted]
December 3, 2022
[redacted]
October 17, 2022
[redacted]
July 25 - 31, 2022, Italy Rome
[redacted]
July 25 - 31, 2022, Italy Rome
[redacted]
July 25 - 31, 2022, Italy Rome
[redacted]



July 25 - 31, 2022, Italy Rome

[redacted]



July 25 - 31, 2022, Italy Rome

[redacted]



July 25 - 31, 2022, Italy Rome

[redacted]



July 25 - 31, 2022, Italy Rome

[redacted]



July 18, 2022

[redacted]



December 10, 2021

[redacted]



December 18, 2021

[redacted]





December 2, 2021

[redacted]



September 11, 2021

[redacted]

## Thank You To Our Sponsors!

Be Present Therapy & Wellness

VITEK DESIGN

Four Points RV Resorts

Elgin Oral & Maxillofacial Surgery Dental Implant Experts

Great Food Drinks & Billiards 3rd Street Pub Est. 2023 St Charles IL

Dunaway Brothers Commercial Carpentry & Decorating + Home Renovation BUILD IT THE RIGHT WAY DUNAWAYBROTHERS.COM

Cookies By Design The original Cookie Bouquet Company

flatlander

Home | Join | About | Calendar | Teams | Styles | Private Sessions | Connect | More +

EST. 2021
ST CHARLES IL

Dunaway BROTHERS
Commercial Carpentry & Decorating + Home Renovation
BUILD IT THE RIGHT WAY DUNAWAYBROTHERS.COM

Cookies BY DESIGN
THE original COOKIE BOUQUET COMPANY

flatlander fitness athletics

SEASONAL CONCEPTS
LANDSCAPE CONTRACTORS

Scott W. Sheen & Associates, P.C.

RPI PLUMBING
847-489-1173

INNOVATIVE MORTGAGE

Colonial CAFE

FOXFIELD
DESIGNERS, DEVELOPERS, & CONSTRUCTION MANAGEMENT

Olympia
CHIROPRACTIC & PHYSICAL THERAPY

COMPLEX MANAGEMENT
CORCORAN
COMMERCIAL REAL ESTATE

MR. MARCO'S JEWELERS

ANTIQUE EATERY
Filling Station
PUB & GRILL

Bezo's Sandwiches

The Evergreen PUB & GRILL

HOTEL BAKER

## Become a Sponsor Today

Click on the link below to being your sponsorship registration.

Thank you!

REGISTER: **SPONSORS**

**St. Charles Wrestling**
2400 E. Main St. Ste. 103-143
Saint Charles IL 60174

stcharleseastwrestling@gmail.com

Privacy Policy
This website is powered by SportsEngine's Sports Relationship Management (SRM) software, but is owned by and subject to the St. Charles Wrestling - Illinois Elite Wrestling Club privacy policy. ©2023 SportsEngine, Inc.

sportsengine

# ST. CHARLES WRESTLING

## Video Gallery



[redacted]
January 12, 2023
[redacted]


[redacted]
December 18, 2022
[redacted]



[redacted]
December 16, 2022
[redacted]


[redacted]
December 12, 2022
[redacted]


[redacted]
December 12, 2022
[redacted]


[redacted]
December 12, 2022
[redacted]


[redacted]
December 12, 2022
[redacted]


[redacted]
December 3, 2022
[redacted]


[redacted]
October 17, 2022
[redacted]


[redacted]
July 25 - 31, 2022, Italy Rome
[redacted]


[redacted]
July 25 - 31, 2022, Italy Rome
[redacted]


[redacted]
July 25 - 31, 2022, Italy Rome
[redacted]


[redacted]
July 25 - 31, 2022, Italy Rome
[redacted]


[redacted]
July 18, 2022
[redacted]


[redacted]
December 10, 2021
[redacted]


[redacted]
December 18, 2021
[redacted]


[redacted]
December 2, 2021
[redacted]


[redacted]
September 11, 2021
[redacted]

## Thank You To Our Sponsors!

Be Present Therapy & Wellness
Geneva Winery
Four Points RV Resorts
CMF Chicago Metal Fabricators
Elgin Oral & Maxillofacial Surgery – Dental Implant Experts
Vitek Design
Dunaway Brothers
Cookies by Design – The original cookie bouquet company
3rd Street Pub – Great Food, Drinks & Billiards – Est. 2023 – St. Charles IL
flatlander fitness & athletics
Seasonal Concepts – Landscape Contractors
RPI Plumbing – 847-489-1173
Innovative Mortgage
Scott W. Sheen & Associates, P.C.
Foxfield – Designers, Developers & Construction Management
Olympia Chiropractic & Physical Therapy
Colonial Cafe
Complex Management Corcoran Commercial Real Estate
Mr Marco's Jewelers
Filling Station Pub & Grill
Bezo's Sandwiches
The Evergreen Pub & Grill
Hotel Baker

### Become a Sponsor Today

Click on the link below to being your sponsorship registration.

Thank you!

REGISTER: **SPONSORS** →

**St. Charles Wrestling**
2400 E. Main St. Ste. 103-143
Saint Charles IL 60174

stcharleseastwrestling@gmail.com

Privacy Policy
This website is powered by SportsEngine's Sports Relationship Management (SRM) software, but is owned by and subject to the St. Charles Wrestling Club privacy policy.
©2026 SportsEngine, LLC.

sportsengine