# EXHIBIT C

*to the Declaration of Nima Gharavi*

Copy of correspondence re: NCAA rules

**From:** Nima Gharavi [redacted]
**Sent time:** 08/31/2023 06:45:01 PM
**To:** Jimmy Chung <ncaawrestling.sre@gmail.com>
**Cc:** Follis, Ashlee </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d10f9e72e512492dbfe3f577d89de25f-Ferguson, A>
**BCc:**
**Subject:** RE: SRE_Article_1_083123.pdf, Video Review Challenge / Dead Time, (Rule 3.13.4a)
**Attachments:** image001.jpg

---

Completely understandable! Happy to help.

Regards,
Nima Gharavi
[redacted]

---

**From:** Jimmy Chung <ncaawrestling.sre@gmail.com>
**Sent:** Thursday, August 31, 2023 5:42 PM
**To:** Nima Gharavi [redacted]
**Cc:** Follis, Ashlee <afollis@ncaa.org>
**Subject:** SRE_Article_1_083123.pdf, Video Review Challenge / Dead Time, (Rule 3.13.4a)

Nima,

Thanks for reaching out and for catching the error in the SRE Article. Between writing the rules test and working on interpretations, all of the letters seem to be running together...

Great catch on your part - appreciate you letting us know.

Thanks,

**Jimmy Chung**
**NCAA Wrestling**
**Secretary-Rules Editor / Weight Management Liaison**
**Email: NCAAWrestling.SRE@gmail.com**

***Please note**: This interpretation is applicable to contests involving NCAA member institutions only. If you have any inquiries as to whether or how this interpretation (or the applicable playing rule) might apply to any other sports governing body (e.g., NAIA), please contact a representative from that governing body.*

**From:** RQ+ <noreply@refquest.com>
**Sent time:** 08/31/2023 04:49:00 PM
**To:** Follis, Ashlee </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d10f9e72e512492dbfe3f577d89de25f-Ferguson, A>
**Cc:**
**BCc:**
**Subject:** RQ Forms: Ask Jimmy a Rules Question [08/31/2023 16:48:59 ET]
**Attachments:** Form_Submission_Summary.pdf

RQ FORMS

# RQ Forms Submission

### Ask Jimmy a Rules Question

**Your Name**

Nima Gharavi

**Your Email Address**

[redacted]

**Your Role**

Official

**Please type your question below:**

Based on the way the majority of the question "Video Review Challenge / Dead Time" is written, as well as the way the answer is written, I suspect that there may have been an accidental typographical error in the opening sentence of the question. I suspect that instead of, "Wrestler A is the defensive wrestler and gets turned by Wrestler B and pinned," the intention may have been to have written, "Wrestler B is the defensive wrestler and gets turned by Wrestler A and pinned."

**For reference, please provide the rule number:**

SRE_Article_1_083123.pdf, Video Review Challenge / Dead Time, (Rule 3.13.4a)

**This message was sent to the following people:**

Jimmy Chung (ncaawrestling.sre@gmail.com)
Ashlee Follis (afollis@ncaa.org)
Nima Gharavi [redacted]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


Visit RQ+

**Please do not reply to this message.** Replies are routed to an unmonitored mailbox.

If you wish is to reach RQ+ Customer Solutions, please email support@refquest.com

Unsubscribe - Unsubscribe Preferences