# EXHIBIT D

*to the Declaration of Nima Gharavi*

Pages of mypornvid.cc printed October 19, 2026

≡ MyPornVid midwest wrestle Search

**midwest wrestle Videos**

**Did you mean?**

**Search Results - Showing 0 - 34 Of 73**



Why support planet b234

2 min 83 sec ✓ 03-May-2018




MWC Men's Riverbend Rumble 2026| Full Match

35 minutes 13 seconds 👁 7




Minooka Triangular Wrestling Meet — February 3, 2020

2 hours 2 minutes 5 seconds 👁 319.3K



Top 20 Greatest Superhero Anime

22:14 👁 21.4M



138 – [redacted] (G) of Wheaton North IL vs. [redacted] (R) of Fox Lake Grant IL

7 minutes 43 seconds 👁 126.6K




Midwest Wrestling Coalition Riverbend Rumble MWC Women's Championship Match Lillith Khan vs Anna Ray

16 minutes 51 seconds 👁 491




John Cena continues his campaign to bring WWE WrestleMania to London

1:3 👁 1.4M



160 – [redacted] (G) of Geneseo IL vs. [redacted] (R) of Chesterton IN

8 minutes 28 seconds 👁 41.6K




138 3A – [redacted] (G) of Downers Grove South IL vs. [redacted] (R) of Lake Zurich IL

8 minutes 23 seconds 👁 360.8K




Motel Suplex

1 min 31 sec ✓ 08-May-2009



160 – [redacted] (G) of Lincoln Way East IL vs. [redacted] (R) of Lincoln Way Central IL

6 minutes 54 seconds 👁 24K



138 – [redacted] (G) of Mundelein Carmel IL vs. [redacted] (R) of Woodstock Marian IL

5 minutes 50 seconds 👁 34.3K




Severe storm risk ramps up in the Plains and Midwest

1:52 👁 185K



152 – [redacted] (G) of Mundelein Carmel IL vs. [redacted] (R) of Marist IL

4 minutes 50 seconds 👁 8K



106 – [redacted] (G) of Marmion Academy IL vs. [redacted] (R) of Woodstock Marian IL

7 minutes 30 seconds 👁 41.7K



Hailstorm Destroys Chevrolet's Windshield in Missouri

0:49 👁 135K



149 – [redacted] (G) Unattached (Lake Erie College) vs. [redacted] (R) Northern Illinois University

5 minutes 45 seconds 👁 737K



145 – [redacted] (G) of Bradley Bourbonnais IL vs. [redacted] (R) of Chatham Glenwood IL

10 minutes 40 seconds 👁 29.5K




planet b234 trailer (August 2022).mp4

1 min 20 sec ✓ 30-Aug-2022



120 – [redacted] (G) of Willowbrook IL vs. [redacted] (R) of Minooka IL

5 minutes 58 seconds 👁 67.3K



138 -[redacted](G) of Warrior RTC 1 IN vs[redacted](R) of Fight Barn IN

2 minutes 43 seconds 37.7K




Quiet spell ends in the Midwest ends with heavy rain and storms

3:25 100K



152 -[redacted](G) of Mundelein Carmel IL vs[redacted](R) of Saint Viator IL

4 minutes 28 seconds 7.6K



120 -[redacted](G) of Wright Way Team 2 IN vs[redacted](R) of Kentucky Xtreme KY

3 minutes 1 second 19.1K



El Desperado & Toru Yano vs. Gedo & Yuto-Ice - School Anywhere Match: Taichi's School Pro-Wrestling 2 (10\ 17\ 2026)

33:31 45K



150 -[redacted](G) of Illinois Cornstars vs[redacted](R) of Martinsville HS IN

2 minutes 15 seconds 22.9K



120 -[redacted](G) of Fight Barn IN vs[redacted](R) of Elite Athletic Club Team 2 IN

4 minutes 3 seconds 65.8K



planet b234 trailer (June 2022)

1 min 20 sec ✓ 23-Jun-2022




Wrestling My Heart: The Captain's Secret Full Movie

1:44:8 45K



9 Things You Learn Binge Watching Every WWE Raw From 2003

10:50 40K



planet b234 trailer (May 2023)

1 min 29 sec ✓ 20-May-2023




Wrestling My Heart: The Captain's Secret - Full Drama | English Sub 2026

1:44:8 95K




Here's your travel forecast for Oct. 15

0:23 35K




Ten-year-old wrestling champion

1:7:48 30K

Pages 1 Of 3

1 2 3

**Related Searches**

chanel preston from busty milf beauty sucks off her stepson from busty milf | college mms desi xxx hindifull naked girl dance shw in bihar mom big brest milk xxxsunylion xxx video down comkerala school girl selfie fuckingchittagong school girl and boy sex videocartoon pussy xxx son | desi village sasur bahu fucking video free download desi indian village sexorest rape xxx video download school girl ra | f1sex forest teacher videoexy tammana xxx com tamanna bhatia nude hd photos11 | fake nud shweta tewariforest porn sex video comindian wedding night new 3gpindin village school girl and small boy sex video 3gp xxxzoh | father and daughter 3gp sex videosamil school girls masala rep sex videosing in forestindian hairy pideoxxx sexy girl 3mb xxx video downloadaunty remover her panty for seduce young boy for sexfrist night sex scenemarwadi | first night breast kiss saree open sex nude and boobs kissing and kissingex brest milk fbd school sex com hot boobs suckhing bangladeshi hot sexy actress movi song vid | forest in sex xxxxxvideo | forest man rap in other contry woman | forest mom and son repe sex | forest rape xxx video download school girl rape sex hifi xxx2 | forest rape xxx video download school girl sex blue film mp divas | forest rape xxx video download school girl sexanipuri saree wear silchar assam girls sexara khan sex with paraseemtube xvideo force stepmom fo | forest sex toking marathi girl xxx college girl marathi video xxx downlod marathi video xxx video in com girl peshab new desi sex mms 3gp video onlinei aanty fuck sarry desi school girl sex video desi sikh young girl 8th 9aptrick fucking woman | forrest smith | gramin porn siri devi sex videos com teen school girls xxx photowww xxx tamilon mom sex hindi dialogbangla naika nasrin xxx videooja blue film 3gp low quality video downloadndian forest sex videomouth cock japanestamil actor seetha xxxxnxx indian | hindi web serise brest text | hollywood xxx movies in forest | hot sexy full 18 dad and sexy daughter love full english hot moveictures comkatrina kaft bf xxxindian new fucking in forestindian hairy pideoxxx sexy 3mb xxx video downloadaunty remover her panty | indan girl sexy girl sexy xxxmilnadu leaked mms forest loversn school opan hindi xxx sex videol sex video xdesi mobiamil aunty hot | indian desi boobes brest nipple suking man hd videos only downloadxx 420 wapw xvideos downloada deshi sexschool girl rape sex in 2mb videossaree in standing marathi sexbangladeshi xxx videos mp4download this fil | indian desi girl hard rep sexom son reap sex xvideos brest feeding sex in uncle and aunty3gp videokistani panjabi big boobs xxx | indian desi village girl langa open forest sex viom sleeping san reap www xxx asianina kaif xxx sex vi | indian desi village girl langa open forest sex viom sleeping san reap www xxx asianina kaif xxx sex videodee | indian desi village girl langa open forest sex viom sleeping san reap www xxx asianina kaif xxx sex videodeepika 3 |

Search midwest wrestle Desi Porn

Search midwest wrestle MMS Porn

Search midwest wrestle XXX Videos

Search midwest wrestle HD Videos

Search midwest wrestle XXX Posts

Search midwest wrestle Photos

Search midwest wrestle VIP XXX

**Search Videos**

midwest wrestle Search

**Recent Searches**

xxx bau | bak | rape in office | saudi arabia sex girl xxx video 3gpxxxxxxxxxxxxxxx | takai desu porn | katrina kaif pusy fuking 3gp vido download actress jaklin 39s xxx futamil actress ponam small assyoung naked gravure japanpostimg orghindi sexy xxx maa beta ki chudai audio video comwww village antys to sex videosxclucive phonsex of bd marri | www nithya | chinal ki chudai 3gp videos page xvideos com xvideos indian videos page free nadiya nace hot indian sex diva anna thangachi sex videos free downloadesi randi fuck xxx sexigha hotel mandar moni hotel room girls fuckfarah khan | ГЎВўГЎВѲГ…вЖәГ…BNºcouple romantic ГЎВўГЎВѲГ…вЖәГ…BNºnewly married couple romantic whatsapp status 2021 ГЎВўГЎВѲГЎВ¥Г„Bә shorts from new married video | tube www com | xxx mkundu | toket bagus | sayoko ohashi | sunny leone xxx moves sex videos hd doollege girls sex video download below 1mbinhala xxxx vidio 3gum | pakistan lamb meat cooked in the village of iran 124 village lifestyle of iran | vk se | akanksha puri nude divya fake actress sexina dutta xxx fakes sneha sex images comouth indian xx uncut mallu full | rahama sadau sex dolowd vlb | bama nude | celebrity panty | urfi javad | sexy bhoot | phonesex com | نانسي عجزم | assamese girl showing big boobs pussy fingered by staff guy mmsithya menon naked breast | pedo | wp config old | 0 sqko hotel mandar moni hotel room girls fuckfarah khan fake fucked sex imagee | aastha chaudhary nakedxx jamalpur bd imagindian madhori xxx videoravina tandan chut ki nangi xxxxa¦¬ | www xxx rani popy rani kuri 1 new model degree college kolabagan ajasthan aunte mom xxx sax open sex 3gp | uncle story | gift com | ကိုရီးယား လိုးကား စာတန်းထိုး se | com 2014 | lsn nude 956x1440amil actor shobana xxx 鍞筹拷锟藉敵鍙鏈鍞筹拷鍞筹傳锟藉敵澶氾拷鍞筹拷鍞筹拷锟藉敵锟斤拷鍞炽個锟藉 | 12 sal ke ladaki ka sexubal mega | 9nudist jungaked pooja bose naika xxx photos | captain marvel xxx an axel braun parody full video | hindi savita bhabhi su | xnxxarab | agartala xxx videondian village anty in saree porn videoszara zya pornwww rani mukhargi xxxx potosnatok actress debas | film has | china xxx hot film ap 420 sex co | com use | madre e hijo –†–≤"Ė"∑–†‚Äô–í¬¨–†–≤"Ė"∑–†–Ę‚Äô–†–†"∂–†—ě–†"∂–†—ě–†"|–†–≤"Ė"£–†—ě–†"≤ hijo comparte el momento en que vierte de aceite el cuerpo de su madre aun sabiendo que ella excita a su hijo es solo tiempo para entregarse mutuamente | 1000 boob | and to be | sunny leone nked cock fakedi | nude pakistan teen girls | dhaka wap xxx videoাইকা অপু বিশবাস চুদাচুদি xxx photodeshi naika bobi nakedadeshi rangpur xxx videosmallik bangla heroin xxx com | shruti hassan nude xray in pubilc placesw indian chudai hinde pon satore sex 3gp download comhnma qureshi xxxwww anja | bengali hot bavi saree sexdian muslim girl open pussy orignal photoex xxx xxx video ছোট ছেলের সাথে বড় মহিলার চোদারoxamwww cat | indian rape mmsাংলা দেশী নায়িকা মৌসুমির s | mikaela pascal leaked | hiden porn | com item | kerala school girl real sex | 40 old woman with 13 boy sex desi village mom | bangla naika purnema xxxw hous wife chuda chudi sex video comদেশী ১৩ বছরের ছেলে তার ঘুমন্ত মা এর সাথে সেক্স bangla xxx pron videosex video | pond movie | boy net | picha za wanawake malaya wa mombasa na ufumaniziwidth 0height 0125 outer div123float noneheight 30pxmargin 5pxdisplay inline 112560 | indian girl movie | bangla naika mega gar | realty black | 122 warning trucker39s delight flairs 124 vore in media youtube ڪíâ€™í¢ڪí¬ï¸‚í¢â‚¬í¢ڪí"¦¢â‚¬ڪí"¦â€™ï¸‚í¬ vore in media may 15 2021 | cute ladki | tamil actress hot xxx video download my pornww ceruz neactress poornima jayaram sex nudesajal ali xxx videolsc nude 956x1440indian local village girl sexay poran hab com hot sixxxx short video 3gp com v | desi swingers xxx actress rekha bhabhi nagi photo nude in erala kollam manju sex mms video 2gp aunty boobs milk and ladies xxx videobdxnxxbd comodia call girl sexwww katrina kaif xvideos comeena real rap pron fucking xxx sex 3gp comwww xxx | buy a beluck milkorea to dashuru kuridi goodbye to the sharukh guru de lo ma di cafaє£aєнaєґaєй latter garden name mark you jewellery to the sugar crazy low and go uncle maji do john cave high to the public of pakistan law | www telugu village lanja aunty sex videos com সাল | vijay tv airtel super singer anchor divya nude imagexxx kumari pahla sex hindi da wash | http xxxx | lana rhoades oiled | rompa xxx | padosan xxx | kim woo hyeon nude | emina jahovic porn | bengali boudi xxx video a¶ђa¶Ћa¶Ba¶≤a¶Ђ a¶¶al3a¶ґal3a¶∞ a¶ґalБa¶ђalЛa¶§a¶њa¶∞ a¶ЪalЛa¶¶a¶Ћa¶ЪalБa¶¶a¶ђ video 35 mom and 18 son sex 3gp desi xxx video hifi xxx school girls xxx7 10 11 12 ye | 3xxxvri | fucked in the same bed next to sleeping | buwani chapa diyalagoda sex pornhub | sri dev | 천안노래방알바구인구직【010 7682 2555】천안호스트 불당동노래주점 성정동호스트바 천안노래방도우미구인구직 천안보도아가씨구인구직 불당동노래방 | xxx grup rap sex xxxacp praduma | 清岡純子 裸 | xbp3bfu | kannada real home desi sexan new married xxx first night videos mp4indiansex comn langa voni sex videosa 12yers vida school girl | arabu sex xxxrash garal xxxnal ki chudai 3gp videos page xvideos | xb4mrxu | sobrina ven ayudame masturbarme con tus manos final inesperado tio se aprovecha de la inocencia de sobrina que la monta en su polla se queda con toda la leche adentro en su совжкг„г¶вхкд„е„г¶вжкг„г¶вхкд„е„г¶о |

Terms Of Services(TOS) | 18 USC 2257 Statement | DMCA Policy | Privacy Policy

©2015-2026 MyPornVid.cc (0.02s)

≡ MyPornVid flowrestling Search

**flowrestling Videos**

**Did you mean?**

【mmd r barely legal sex dance】nier automat

**Search Results - Showing 0 - 34 Of 75**




FOUR FOR FOUR, The Kyle Dake Story

26 min 63 sec ✓ 24-Oct-2016




U23 Worlds Recap - Are We Overreacting? | FloWrestling Radio Live

1 hour 37 minutes 58 seconds 4.4K



2026 ACC Wrestling Preview & Predictions

23 minutes 58 seconds 494




Life After Wrestling?

36 sec ✓ 24-Oct-2015




Rio Olyumpics: A Spiritual Awakening For Jordan Burroughs

8 minutes 56 seconds 540




Every Coby Merrill match from the 2026 U23 World Wrestling Championships

18 minutes 17 seconds 1.8K




Four for Four trailer

80 sec ✓ 07-Nov-2015




Breaking Down Team USA's U23 World Performance

20 minutes 44 seconds 8.4K




Every Justin Rademacher match at the U23 World Championships

35 minutes 37 seconds 3K




Kyle's Start in Wrestling

23 sec ✓ 23-Oct-2015




\"He's A Man Now.\" Justin Rademacher On Rematch With Georgian In Semis

3 minutes 17 seconds 1.9K




Every Jayden James match at the 2026 U23 World Championships

40 minutes 33 seconds 8K




Kyle's Notebook

25 sec ✓ 22-Oct-2015




Watch Ben Davino's 2026 gold medal match at #U23Worlds

8 minutes 54 seconds 15.6K




Breaking Down Team USA's U23 World Performance

20 minutes 44 seconds 8.4K




Wrestling's Impact on Kyle

36 sec ✓ 24-Oct-2015




Every Coby Merrill match from the 2026 U23 World Wrestling Championships

18 minutes 17 seconds 1.8K




[redacted]ncredible FRESHMAN Run Through 2023 Super 32

54 minutes 4 seconds 14.1K



Four for Four Bonus Footage

12 min 8 sec ✓ 26-Oct-2016



Snowed In With Dan Gable

35 minutes 17 seconds 18.8K




Inside a D1 Wrestling Practice With Oklahoma State | Last Workout Before 2026 NCAA's

10 minutes 8 seconds 33.3K




The Compound - Training Session

85 sec ✓ 03-Nov-2010




Every Jayden James match at the 2026 U23 World Championships

40 minutes 33 seconds 8K



Junior Final 100lbs - [redacted]PA vs [redacted]CO | 2025 Junior Nationals

8 minutes 48 seconds 28.3K



2018 NJCAA MENS WRESTLING EVENT REEL

1 min 1 sec ✓ 26-Feb-2018




20 Minutes Of Unique Wrestling Workouts

23 minutes 5 seconds 105.3K




INSANE California State Final! [redacted]

8 minutes 54 seconds 96.1K



FloWrestling: Ben AskrenThe Funk

41 min 55 sec ✓ 20-Sep-2019




Inside a D1 Wrestling Practice: 2026 Lehigh Preseason

8 minutes 4 seconds 10.1K




Iowa at Oklahoma State 2017 | FULL DUAL

1 hour 32 minutes 19 seconds 273.5K



Gavin vs. Ruth FPL 113 Promo (FloWrestling)

1 min 1 sec ✓ 03-Feb-2015




Before Worlds with Marcus Blaze

3 minutes 33 seconds 2K




The BEST Assassins on FloWrestling!

8 minutes 41 seconds 24.4K



Shooter Producer Reel 2014

1 min 33 sec ✓ 25-Feb-2015

Pages 1 Of 3

1 2 3

**Related Searches**

176144 sunny leone london 3gp low quality sex videos | 18 desi sucking bf cock licking cum and swallowing and peeing clip | 2021 halloween costume dolls kill try on haul ruby red | 3boy 1girl xxx saxy 3gp video mexy aastha star plusesi fat aunty hairy black pussyesi blowjobav and mimi xxx com | 3gpakin comelugu village xxx videos 3gp download my porn desi hiden camera xxx sex teenage sex 04l beeg sex com xxx mp4 low quality videos com | 4 version note the default playback of the video is hd version if your browser is buffering the video slowly please play the regular mp4 version or open the video below for better experience | 4k close up blowjob epic no hands cum in mouth oral creampie adella jay | acters keerthi suresh fucking rape 3gb low queale news anchor sexy news videodai 3gp videos page 1 xvideos com xvideos indian videos page 1 free nadiya nace hot indian sex diva anna thangachi sex vid | actress meghna sex bhabhi fucking video in 3gp low quality 2015 hot sex xxx videos all rights downloads blue film sexoil massage videobro sis sex videosteacher fucked her student eden collegehostel | akshita singh anmol khan and zoya rathore indian web series slow poison season episode 35 ,äì–â,äì¬µ,äî–ë,äî–ü,äî–ñ,äì,äù ,äì—ô,äì,äù,äì–à,äì,äù,äì—ñ | amateursgw curvy milf swallowing his cum before fucking first part | amrita rao nude blowjob | bahabi blowjob and hard fucked mp4 | bangla jatra dance15 age boy fuck village aunty sex video com oli dham nudegali aunty sex mmsrother fuck little sistert old malu aunty full sex with young boy in 3gp low quality purnima xxx comadult office | belinda shiny flowers nude | bhoot sex videos wife blowjob and free porn sex with hube mega sex stylerangender porn youtube com | blowjob cheating caption | blowjob mms of sexy girl | blowjob to jija in sex mms video | blowjob trap | bong saree model ultra low waist hot saree live tango live | buy a beluck milkorea to dashuru kuridi goodbye to the sharukh guru de lo ma di caf–Х"Ґ–Ф"г–У"≥ latter garden name mark you jewellery to the sugar crazy low and go uncle maji do john cave high to the public of pakistan law | buy a beluck milkorea to dashuru kuridi goodbye to the sharukh guru de lo ma di caf—Ç–ò–™,ï¨–π latter garden name mark you jewellery to the sugar crazy low and go uncle maji do john cave high to the public of pakistan law | buy a beluck milkorea to dashuru kuridi goodbye to the sharukh guru de lo ma di caf√†¬ł¬ę√†¬ł,äj latter garden name mark you jewellery to the sugar crazy low and go uncle maji do john cave high to the public of pakistan law | buy a beluck milkorea to dashuru kuridi goodbye to the sharukh guru de lo ma di caf√ж¬тƒв¬≠ latter garden name mark you jewellery to the sugar crazy low and go uncle maji do john cave high to the public of pakistan law |

Search flowrestling Desi Porn

Search flowrestling MMS Porn

Search flowrestling XXX Videos

Search flowrestling HD Videos

Search flowrestling XXX Posts

Search flowrestling Photos

Search flowrestling VIP XXX

**Search Videos**

flowrestling Search

**Recent Searches**

indian desi armpl nadu samantha sex video com divya sex nude photos com xxx 13yes n | bangladeshi | xbld722 | kannada actor rachita ram nudi sex photoex video 640360l and gral | bhajpuri actress xxx akshara singh chut photondi desi gav sex v 2gb dawnlod | bangla aunty rough | top of | kajal big boobs in magadheera xxx video downloads sex video waptrickony xxx viha actress pakhi xxx naked vijaya santhi sex images com | sxecy hiro | dej | বাংলাদেশি শিশু বাচ্চাদের নেকেড ভিডিও | indian girl rape video indean porn xxx xhamstar com sex momamil actress jothika nude xvideos downloadww xxx pak comgla x video chudai 3gp videos page 1 xvideos com xvideos | ma belle m | indian desi bhojpuri sexeshi village chuda chudi videotani sexy mujra dance hot song 3gp 2mb xxnneethu varma nude xxxdog sex rape xxww sexy video xxxfucking jayavani nude | desi maa beta or baap beti sex mms bahi telugu herohin kajal sex photos coms shakeela original full | desi sleeping nakedaniya mirja vido | xxx breast massage | steel com | sex pat | tamil actress trisha iduppu thadaval sex video download naika srabonti nakedww xxx shakeela sex mulai photos comty raped sexn com 400 bschool girl rape sex free downloadindian big boobspig sex womansexy aunty 3gprape wap comblouse | 1gp 3mb 4mxx bangladesh rechi node photo | savita bhabhi xxx 3gpw malayalam only gals 3gp video com fstani actress reema sex 3gp downloadnasuya leaked videogadis asia pussyjung und frei nudisbarsa piyadasani xxxjai parda xxx xxx globindian actress koanushka sharma | pure village bahi | boys twerk | school girl rape sex baby video xxx 3gp for download bf kanpurrap in japni mp4 in jungle in rap balatkar sexvalparai sex vith out photo phone nomperbangla khanki magi hot naked picww karina xxx comshantika | la virgen le chupa la polla al hermanastro para que no le cuente a sus padres que se la foll | alice mulkern | velamma episode 25 babu the bully all episodes pdf free download | russia ukraine war xi jinping visits moscow with a message for putin 124 vantage with palki sharma | www 420 sex wap co | indian desi aunty boor 3gpaustralia porn starbharat ma sero vali songmil rajini baba full moviemota or lamba lund | aunt small boy sex | vdm286835989 | ngentot treesome | ba mon | @video | indian desi villege school girl sex video download in 3gpra school girls xxx7 8 yeaan pati patni xxx videoser fuck sister choda chodixxx 2015 indian school girl video sexmachal pradesh kullu sex videonew auntyall ban | vijay tv serial actress nandhini nude imagesonam anil xxx aunty combedanny lion videofemale news anchor sexy news videoideoian female news anchor sexy news videodai 3gp videos page xvideos com xvideos indian videos page free nadiya nace ho | 0000 0949 settings hotspots off on speed normal qualit | desi in suhagrat ah ah ah oh oh oh sound sex videoy girl fux bhojpuri heroin amrapali dube ka xxx sexy hot and chudai nude fucking pornhubex xxxrajasthani sex majan village bhabhi petticoat wearingkavya madhavn photo xxx jpgroja naga babu nude sex | vdm810638 | mude boy | tamil old actress sonia agarwal nude sexixsi xxx video mp4 com dixit hot sex sceneian father and daughter fuck videohot side view boob tamil aunty sari sexsunny leone sex bed scenexxx cax dot comsheman fucking girlrape videotenka | bollywood sexy xxx video sanam kapur naika xxx videonagma sextamil bath sex videoanak kecil xxx sama ibu dokter xxxxbrother sister sex telugudihati sister ki hot cudaimoto and blake girlchoti bachi ki phudimother sun fuckingindian porn hintamil ac | desi rural aria fuck teen girl | midwest wrestle | xxx bau | bak | rape in office | saudi arabia sex girl xxx video 3gpxxxxxxxxxxxxxxx | takai desu porn | katrina kaif pusy fuking 3gp vido download actress jaklin 39s xxx futamil actress ponam small assyoung naked gravure japanpostimg orghindi sexy xxx maa beta ki chudai audio video comwww village antys to sex videosxclucive phonsex of bd marri | www nithya | chinal ki chudai 3gp videos page xvideos com xvideos indian videos page free nadiya nace hot indian sex diva anna thangachi sex videos free downloadesi randi fuck xxx sexigha hotel mandar moni hotel room girls fuckfarah khan | ГЎВўГЎВѲГ…вЖаГ…BNºcouple romantic ГЎВўГЎВѲГ…вЖаГ…BNºnewly married couple romantic whatsapp status 2021 ГЎВўГЎВѲГЎВҰГ„Вә shorts from new married video | tube www com | xxx mkundu | toket bagus | sayoko ohashi | sunny leone xxx moves sex videos hd doollege girls sex video download below 1mbinhala xxxx vidio 3gum | pakistan lamb meat cooked in the village of iran 124 village lifestyle of iran | vk se | akanksha puri nude divya fake actress sexina dutta xxx fakes sneha sex images comouth indian xx uncut mallu full | rahama sadau sex dolowd vlb | bama nude | celebrity panty | urfi javad | sexy bhoot | phonesex com | نانسي عجزم | assamese girl showing big boobs pussy fingered by staff guy mmsithya menon naked breast | pedo | wp config old | 0 sqko hotel mandar moni hotel room girls fuckfarah khan fake fucked sex imagee | aastha chaudhary nakedxx jamalpur bd imagindian madhori xxx videoravina tandan chut ki nangi xxxxa¦¬ | www xxx rani popy rani kuri 1 new model degree college kolabagan ajasthan aunte mom xxx sax open sex 3gp | uncle story | gift com | ကိုရိုးယား လိုးကား စာတန်းထိုး se | com 2014 | lsn nude 956x1440amil actor shobana xxx 鎮筹拷锟藉敞鐙犺鎮筹拷鎮筹傳锟藉敞澶氾拷鎮筹拷鎮筹拷锟藉敞锟斤拷鎮炽個锟藉 | 12 sal ke ladaki ka sexubal mega | 9nudist jungaked pooja bose naika xxx photos | captain marvel xxx an axel braun parody full video | hindi savita bhabhi su | xnxxarab | agartala xxx videondian village anty in saree porn videoszara zya pornwww rani mukhargi xxxx potosnatok actress debas | film has | china xxx hot film ap 420 sex co | com use | madre e hijo –ł–≤"Ё"∑–ł,Äô–í¬¨–ł–≤"Ё"∑–ł–Ę,Äô–ł–ł"∂–ł—ё–ł"∂–ł—ё–ł"|–ł–≤"Ё"£–ł—ё–ł"≤ hijo comparte el momento en que vierte de aceite el cuerpo de su madre aun sabiendo que ella excita a su hijo es solo tiempo para entregarse mutuamente | 1000 boob | and to be | sunny leone nked cock fakedi | nude pakistan teen girls | dhaka wap xxx videoইকা অপু বিশবাস চুদাচুদি xxx photodeshi naika bobi nakedadeshi rangpur xxx videosmallik bangla heroin xxx com | shruti hassan nude xray in pubilc placesw indian chudai hinde pon satore sex 3gp download comhnma qureshi xxxwww anja | bengali hot bavi saree sexdian muslim girl open pussy orignal photoex xxx xxx video ছোট ছেলের সাথে বড় মহিলার চোদারoxamwww cat | indian rape mmsংলা দেশী নায়িকা মৌসুমির s | mikaela pascal leaked | hiden porn | com item | kerala school girl real sex | 40 old woman with 13 boy sex desi village mom | bangla naika purnema xxxw hous wife chuda chudi sex video comদেশী ১৩ বছরের ছেলে তার ঘুমন্ত মা এর সাথে সেক্স bangla xxx pron videosex video | pond movie | boy net | picha za wanawake malaya wa mombasa na ufumaniziwidth 0height 0125 outer div123float noneheight 30pxmargin 5pxdisplay inline 112560 | indian girl movie | bangla naika mega gar |

Terms Of Services(TOS) | 18 USC 2257 Statement | DMCA Policy | Privacy Policy
©2015-2026 MyPornVid.cc (0.02s)

☰ MyPornVid

midwest wrestle | Search

**120 – [redacted] {G} of Wright Way Team 2 IN vs. [redacted] {R} of Kentucky Xtreme KY from midwest wrestle Watch Video**

**Preview(s):**



Gallery



Gallery




Gallery

**Play Video:** ►HD VERSION | REGULAR MP4 VERSION

(Note: The default playback of the video is HD VERSION. If your browser is buffering the video slowly, please play the REGULAR MP4 VERSION or Open The Video below for better experience. Thank you!)




**Duration:** 3 minutes 1 second

**View:** 19.1K times

**Play Audio:**

Open HD Video | Open MP4 Video | Download HD Video | Download MP4 Video

Open MP3 Audio | Open WEBM Audio | Download MP3 Audio | Download WEBM Audio

**Description:**
Midwest Wrestle

**Share with your friends:**

https://mypornvid.cc/videos/24/AVJsIogxxtI/mi Copy

Whatsapp | Viber | Telegram | Line | SMS

Email | Twitter | Reddit | Tumblr | Pinterest

**Related Videos**



120 – [redacted] {G} of Fight Barn IN vs. [redacted] {R} of Elite Athletic Club Team 2 IN

4 minutes 3 seconds 👁 65.8K



106 – [redacted] {G} of Marmion Academy IL vs. [redacted] {R} of Woodstock Marian IL

7 minutes 30 seconds 👁 41.7K



120 – [redacted] {G} of Willowbrook IL vs. [redacted] {R} of Minooka IL

5 minutes 58 seconds 67.3K



145 – [redacted] {G} of Bradley Bourbonnais IL vs. [redacted] {R} of Chatham Glenwood IL

10 minutes 40 seconds 29.5K



138 – [redacted] {G} of Warrior RTC 1 IN vs. [redacted] {R} of Fight Barn IN

2 minutes 43 seconds 37.7K



138 – [redacted] {G} of Wheaton North IL vs. [redacted] {R} of Fox Lake Grant IL

7 minutes 43 seconds 126.6K



160 – [redacted] {G} of Lincoln Way East IL vs. [redacted] {R} of Lincoln Way Central IL

6 minutes 54 seconds 24K



152 – [redacted] {G} of Mundelein Carmel IL vs. [redacted] {R} of Saint Viator IL

4 minutes 28 seconds 7.6K



138 – [redacted] {G} of Mundelein Carmel IL vs. [redacted] {R} of Woodstock Marian IL

5 minutes 50 seconds 34.3K



152 – [redacted] {G} of Mundelein Carmel IL vs. [redacted] {R} of Marist IL

4 minutes 50 seconds 8K



160 – [redacted] {G} of Geneseo IL vs. [redacted] {R} of Chesterton IN

8 minutes 28 seconds 41.6K




138 3A – [redacted] {G} of Downers Grove South IL vs. [redacted] {R} of Lake Zurich IL

8 minutes 23 seconds 360.8K



150 – [redacted] {G} of Illinois Cornstars vs. [redacted] {R} of Martinsville HS IN

2 minutes 15 seconds 22.9K



149 – [redacted] {G} Unattached (Lake Erie College) vs. [redacted] {R} Northern Illinois University

5 minutes 45 seconds 737K



Sylvania | movie | 2025 | Official Trailer

2:17 10K




The Ten-Year-Old Wrestling Champion | Young Wrestling Prodigy, Family Secrets & Epic Comeback Drama - FULL EP - ENGSUB

1:7:48 15K



Trinity - (Documentary, Wrestling \Cage Fighting) [Feature]

34:42 10K



Trinity - (Documentary, Wrestling \Cage Fighting) [Feature]

34:42 10K



10 Talented Female Wrestlers Who Had to Retire Early

14:25 5K



Hawkeye And The Last Of The Mohicans E16: Way Station (1957) - (Adventure,Western,TV Series)

25:13 5K



El Desperado & Toru Yano vs. Gedo & Yuto-Ice - School Anywhere Match: Taichi's School Pro-Wrestling 2 (10\ 17\ 2026)

33:31 45K




WWE Monday Netflix Raw Reactions and Analysis 10\ 12

27:15 10K



All Elite Wrestling Dynamite 2026 Season 8 Episode 41

1:47:54 25K



TNA Impact full show today 15 October 2026 | Impact Wrestling full showToday Full Show 10\ 15\ 26

1:34:13 95K




Severe storm risk ramps up in the Plains and Midwest

1:52 185K

**Related Video Searches**

**Back to Search**

**«Back to midwest wrestle Videos**

Search midwest wrestle Desi Porn

Search midwest wrestle MMS Porn

Search midwest wrestle XXX Videos

Search midwest wrestle HD Videos

Search midwest wrestle XXX Posts

Search midwest wrestle Photos

Search midwest wrestle VIP XXX

**Search Videos**

midwest wrestle | Search

**Recent Searches**

malena morgan brandi love lesbian | indian hindi naika maduri diki xxx gude photosal and man sex comian school girl xxx mmspooja gade xnxxstar jalsha actress tutul nudevibha anand nudebangladeshi naika opu xxx vedisabnur xxx video banbengali serial kiranmala

naked photosÓ"øÓ¦r | indian desi pregnant women baby delvery sex 3gp video mms 3gppaka choopra xxx haroen iadanhot night bed rape new sex videotamil actress nayanthara hot sex videosfull body massage sex video downloadvidya balan bollywood actress sex vid | katrina and amir khan xxx videoian mom breastfeeding her sonx videos 3gp 4mbindian school opan hindi xxx sex vidkajol xxx phto salman khan xx sexyanchor rashmi nude sex without dress photosodha kpur | america can | mallu aanty xxx vidoesn desi sex video local kamwali bai hindirah khan fake unty sex pornhub comajal sexy hd videoangla sex xxx nxn new | all tameln female news anchor sexy news videodai 3gp videos page xvideos com xvideos indian videos page free nadiya nace hot indian sex diva anna thangachi sex videos free downloadesi randi fuck xxx sexigha hotel mandar moni hotel room girls fuckfarah khan fake unty sex pornhub comajal sexy hd videoangla se | 18 xxx indiouth indian xx uncut mallu full movies full nude fuck scenes free download6q 6fz54g4ywww nayanthara sex video download myporn desi comrse fuck girl mp4hindi promo xxx blue film sexy short movies 12 閘哥嘟鏞奸嵖鍛村Φ閶„ | periganet fucndian famous tv actress tits pressing and fucking in her homezansi mapona porn videos in 3gpwnloadx | uttalakkadipamba ntrسكس إلهام شاهينhokihasabnur@banglamoveww মৌসুমী ¦khuzdar sex girlserial actress meera muralidharan hot sex xxx photosfather dater xxxlaচুদাচ | bangladeshi boobs suck | malayali muslim girl sex in first nightl aunty khet chudaibengali rachana xxxlana wwe xxx fuckxx sex vidossleep assault commy pron hindi sex video xxx japan sexy 2gp sort vedeo downl | tamil actress simran hot sex fucking videoeroine kajal agarwal dudwala wapdam xxx comelena gomez xxxdian aunty in saree fuck a little boy sex 3gp xxx videoa¥¬a¥ça¥Ÿa¥Ia¥ç a¥¥a§Ya¥¶a¥к a¥•a§Fa¥®a¥ç | indian aunty saree videos 3gpesi sex wap tamil anti saree sex odeya actor rocna banarje hot xxx sex bef vedeo my porn wap dawnlode com | 69 arab | flowrestling | indian desi armpl nadu samantha sex video com divya sex nude photos com xxx 13yes n | bangladeshi | xbld722 | kannada actor rachita ram nudi sex photoex video 640360l and gral | bhajpuri actress xxx akshara singh chut photondi desi gav sex v 2gb dawnlod | bangla aunty rough | top of | kajal big boobs in magadheera xxx video downloads sex video waptrickony xxx viha actress pakhi xxx naked vijaya santhi sex images com | execy hiro | dej | বাংলাদেশি শিশু বাচ্চাদের নেকেড ভিডিও | indian girl rape video indean porn xxx xhamstar com sex momamil actress jothika nude xvideos downloadww xxx pak comgla x video chudai 3gp videos page 1 xvideos com xvideos | ma belle m | indian desi bhojpuri sexeshi village chuda chudi videotani sexy mujra dance hot song 3gp 2mb xxnneethu varma nude xxxdog sex rape xxww sexy video xxxfucking jayavani nude | desi maa beta or baap beti sex mms bahi telugu herohin kajal sex photos coms shakeela original full | desi sleeping nakedaniya mirja vido | xxx breast massage | steel com | sex pat | tamil actress trisha iduppu thadaval sex video download naika srabonti nakedww xxx shakeela sex mulai photos comty raped sexn com 400 bschool girl rape sex free downloadindian big boobspig sex womansexy aunty 3gprape wap comblouse | 1gp 3mb 4mxx bangladesh rechi node photo | savita bhabhi xxx 3gpw malayalam only gals 3gp video com fstani actress reema sex 3gp downloadnasuya leaked videogadis asia pussyjung und frei nudisbarsa piyadasani xxxjai parda xxx xxx globindian actress koanushka sharma | pure village bahi | boys twerk | school girl rape sex baby video xxx 3gp for download bf kanpurrap in japni mp4 in jungle in rap balatkar sexvalparai sex vith out photo phone nomperbangla khanki magi hot naked picww karina xxx comshantika | la virgen le chupa la polla al hermanastro para que no le cuente a sus padres que se la foll | alice mulkern | velamma episode 25 babu the bully all episodes pdf free download | russia ukraine war xi jinping visits moscow with a message for putin 124 vantage with palki sharma | www 420 sex wap co | indian desi aunty boor 3gpaustralia porn starbharat ma sero vali songmil rajini baba full moviemota or lamba lund | aunt small boy sex | vdm286835989 | ngentot treesome | ba mon | @video | indian desi villege school girl sex video download in 3gpra school girls xxx7 8 yeaan pati patni xxx videoser fuck sister choda chodixxx 2015 indian school girl video sexmachal pradesh kullu sex videonew auntyall ban | vijay tv serial actress nandhini nude imagesonam anil xxx aunty combedanny lion videofemale news anchor sexy news videoideoian female news anchor sexy news videodai 3gp videos page xvideos com xvideos indian videos page free nadiya nace ho | 0000 0949 settings hotspots off on speed normal qualit | desi in suhagrat ah ah ah oh oh oh sound sex videoy girl fux bhojpuri heroin amrapali dube ka xxx sexy hot and chudai nude fucking pornhubex xxxrajasthani sex majan village bhabhi petticoat wearingkavya madhavn photo xxx jpgroja naga babu nude sex | vdm810638 | mude boy | tamil old actress sonia agarwal nude sexixsi xxx video mp4 com dixit hot sex sceneian father and daughter fuck videohot side view boob tamil aunty sari sexsunny leone sex bed scenexxx cax dot comsheman fucking girlrape videotenka | bollywood sexy xxx video sanam kapur naika xxx videonagma sextamil bath sex videoanak kecil xxx sama ibu dokter xxxxbrother sister sex telugudihati sister ki hot cudaimoto and blake girlchoti bachi ki phudimother sun fuckingindian porn hintamil ac | desi rural aria fuck teen girl | midwest wrestle | xxx bau | bak | rape in office | saudi arabia sex girl xxx video 3gpxxxxxxxxxxxxxxx | takai desu porn | katrina kaif pusy fuking 3gp vido download actress jaklin 39s xxx futamil actress ponam small assyoung naked gravure japanpostimg orghindi sexy xxx maa beta ki chudai audio video comwww village antys to sex videosxclucive phonsex of bd marri | www nithya | chinal ki chudai 3gp videos page xvideos com xvideos indian videos page free nadiya nace hot indian sex diva anna thangachi sex videos free downloadesi randi fuck xxx sexigha hotel mandar moni hotel room girls fuckfarah khan | ГЎВўГЎВЮГ…вЖәГ…ВNºcouple romantic ГЎВўГЎВЮГ…вЖәГ…ВNºnewly married couple romantic whatsapp status 2021 ГЎВўГЎВЮГЎВ¥Г„ВӘ shorts from new married video | tube www com | xxx mkundu | toket bagus | sayoko ohashi | sunny leone xxx moves sex videos hd doollege girls sex video download below 1mbinhala xxxx vidio 3gum | pakistan lamb meat cooked in the village of iran 124 village lifestyle of iran | vk se | akanksha puri nude divya fake actress sexina dutta xxx fakes sneha sex images comouth indian xx uncut mallu full | rahama sadau sex dolowd vlb | bama nude | celebrity panty | urfi javad | sexy bhoot | phonesex com | تانسي عجوز | assamese girl showing big boobs pussy fingered by staff guy mmsithya menon naked breast | pedo | wp config old | 0 sqko hotel mandar moni hotel room girls fuckfarah khan fake fucked sex imagee | aastha chaudhary nakedxx jamalpur bd imagindian madhori xxx videoravina tandan chut ki nangi xxxxa¦¬ | www xxx rani popy rani kuri 1 new model degree college kolabagan ajasthan aunte mom xxx sax open sex 3gp |

Terms Of Services(TOS) 18 USC 2257 Statement DMCA Policy Privacy Policy

©2015-2026 MyPornVid.cc (0.03s)

☰ MyPornVid

flowrestling Search

**Before Worlds with Marcus Blaze from flowrestling Watch Video**

**Preview(s):**



Gallery



Gallery




Gallery

**Play Video:** ►HD VERSION REGULAR MP4 VERSION

(Note: The default playback of the video is HD VERSION. If your browser is buffering the video slowly, please play the REGULAR MP4 VERSION or Open The Video below for better experience. Thank you!)




**Duration:** 3 minutes 33 seconds

**View:** 2K times

**Play Audio:**

Open HD Video | Open MP4 Video | Download HD Video | Download MP4 Video

Open MP3 Audio | Open WEBM Audio | Download MP3 Audio | Download WEBM Audio

**Description:**
USA Wrestling

**Categories:** the , i39m , black , milk , man , bye , bullet , today

**Share with your friends:**

https://mypornvid.cc/videos/32/bBcl6TjeRaA/fl Copy

Whatsapp | Viber | Telegram | Line | SMS

Email | Twitter | Reddit | Tumblr | Pinterest

**Related Videos**




Four for Four Bonus Footage

12 min 8 sec ✓ 26-Oct-2016




Snowed In With Dan Gable

35 minutes 17 seconds 👁 18.8K




U23 Worlds Preview + Predictions | FloWrestling Radio Live

1 hour 44 minutes 50 seconds 6.8K




Elite Mental Perspective From Ben Davino After World Title

7 minutes 17 seconds 3.8K




Wrestling's Impact on Kyle

36 sec ✓ 24-Oct-2015




Breaking Down Team USA's U23 World Performance

20 minutes 44 seconds 8.4K




FloWrestling - Helen Maroulis Girls Can't Wrestle (Trailer)

1 min 71 sec ✓ 14-Dec-2020




Beat The Streets 2019 Highlight - FloWrestling

3 min 75 sec ✓ 24-May-2019




Penn State's Jayden James Reflects After World Silver Performance

5 minutes 7 seconds 2.6K



FloWrestling: Kyle Dake

13 min 42 sec ✓ 27-Sep-2019




The Dynasty Effect Podcast- Episode 01 Shane Sparks

46 min 21 sec ✓ 08-Nov-2025




Every Coby Merrill match from the 2026 U23 World Wrestling Championships

18 minutes 17 seconds 1.8K




Bo Bassett, Jax Forrest And [redacted] Prepare For WNO With Hard Drill Session

19 minutes 58 seconds 56K



FloWrestling: One Day Before The Yarygin

5 min 24 sec ✓ 01-Oct-2019




U23 Worlds Recap - Are We Overreacting? | FloWrestling Radio Live

1 hour 37 minutes 58 seconds 4.4K




FloWrestling - Hometown Heroes presented by ASICS

60 sec ✓ 13-Nov-2020



FloWrestling: Lizak vs Gilman vs Piccininni

3 min 98 sec ✓ 27-Sep-2019



FloWrestling: Ben AskrenThe Funk

41 min 55 sec ✓ 20-Sep-2019




Dollamur FloWrestling Mat :60 Second

52 sec ✓ 23-Jul-2021




Every Justin Rademacher match at the U23 World Championships

35 minutes 37 seconds 3K




Every Jayden James match at the 2026 U23 World Championships

40 minutes 33 seconds 8K




FloWrestling - Burroughs vs. Zahid Full Promo

3 min 16 sec ✓ 18-Nov-2020




Inside a D1 Wrestling Practice: 2026 Lehigh Preseason

8 minutes 4 seconds 10.1K




20 Minutes Of Unique Wrestling Workouts

23 minutes 5 seconds 105.3K



FloWrestling: Pat Downey

14 min 53 sec ✓ 27-Sep-2019

**Related Video Searches**

black muslim teen stepsister milu blaze family sex with white stepbrother from muslim woman got the cock in her mouth instead of prayer from arab milf pussy from big pussy watch xxx homexxxphotosvideosdownloadshd watch xxx watch xxx | blad blndian mature mom sex with small boysonakshi sana xxx for 3xkoil molik xxx phototamil new married first nightlankan kalu | bye i39m ok i39m ok bullet milk today according to the surukulu ma di caf–†¬†–≤"ц"ы–†–и–т¬ѓ–†¬†–≤"ц—ю–†вaщ–т¬† lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di caf–≤"Ø"≤–í–Å–û"π–û,Ä¢–í¬¨–û"≥–û–é–ì,Äì–û–é–û,Äù lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di caf–ì,Äù–ì"Æ–ì"ô–ì,Äù–ì"Æ–ì"ô–ì,Äù–ì"Æ–ì"ô lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di caf,äď,ä†¬¨,ä†,äď,č§,äúńė,äú¬£,äď,ä†,äö√ą√ī,äď√≠¬¨© lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di caf,äď√ģ,äě¬į,äď√į¬¨,ä† lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di caf¬†,äô¬¨,äô,äď¬†,äď,äē lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di caf92xae„"92xac92xae" lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafÄÅâŽÂÜ lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafâ€ã£â€"ä'â€šã„ä'â€ã£â€šã„ä lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafÄÅÄÅÃ,Â©Äâ,¬ÄÅ lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafáé lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafв"¬Е»ЕЊЕЎГЗв"ЖЕ» lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafГзГзГзВəГзГзГЎГЎ lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafГўЛЧЕЎГ'вЖчГўЛЧЕЎГ'вЖчГЎВ¬ГЎВ®ГўЛЧЕЎГжВў lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafpiт–вжнpiткуёpiт–тjpiткуёpiт–тjp'в°piт–вжнpchp'в¬p'в© lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafPIT–ТЎР"вЖhР"ТчР'В¬Р'РҒРIТ–ТЎР"вЖhР"ТчР'В¬Р'РҒР'В¬Р'В© lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafÎ–ذرکز–® lara currently market black man good at the sharukun law | bye i39m ok i39m ok bullet milk today according to the surukulu ma di cafโรฦรโรกโรร lara currently market black man good at the sharukun law | indian xxx video download comforest real sex secreate xvideos downloadsl aunty milk breast eating village bath comndian house wife newly married first night 3gpy desi lady making love showingpakishtani muvipoonam xxxx porv image | indian xxx video katrina kill nadia village aunty sex tamil mp onkato martine comicsv serial backless sareeeri black blonde fucking | kay parker dorothy le may in taboo full moviesbd jasim nutan hot sexforeign girl sex with kerala boyson blackmail mom for sexwww sunny leone 3gp sex videos comhnnobt0gmlchindi | manisha koirala ashaia kumar hot xxxx nudedian rape in forest desi mms ra marwari sex video 3gp rajasthani girl open 3gprse porn fuking videosan gang car raped forcefully | porno tv porn video virgin master mms sex girls in indiaxx diane pounding rape in forest desi mms ra marwari sex video | sonakshi sinha nube leaked xxx gp kam actress happy xxxakistani aunty outdoor sexan blackmail rape in sari by boss sex videoan wife xxx sari me xxx hindi audioan new married videox scene in invisib | sunny leon and sadan hot house wife xxx sex video downloadan new married first nigt suhagrat 3gest bengal married women xxx video 3gpe big ass pathan girlww african xxx black video comsogsjeetwww sex video mp4 | sunny leone xxx video hd forest sex village hindisex videos ma chudai kali hindi story comimal sex man fucking mp4isexuald sexi maleyblade season cartoon sex xxxacp praduman and daya fuck with shreya and purvi | tamil sex bladian village house wife newly married first night sex xxx video 3gpd 3x indian 3xollywood heroine xxx videosboss faku sictar | the world39s best assassin to reincarnate in different world aristocrat episode |

**Back to Search**

«Back to flowrestling Videos

Search flowrestling Desi Porn

Search flowrestling MMS Porn

Search flowrestling XXX Videos

Search flowrestling HD Videos

Search flowrestling XXX Posts

Search flowrestling Photos

Search flowrestling VIP XXX

**Search Videos**

flowrestling | Search

**Recent Searches**

Terms Of Services(TOS) | 18 USC 2257 Statement | DMCA Policy | Privacy Policy

©2015-2026 MyPornVid.cc (0.00s)