# EXHIBIT E

*to the Declaration of Nima Gharavi*

Summary of DMCA takedown notices by platform (Fed. R. Evid. 1006), with the August 21, 2023 notice to mypornvid.fun

Part 1

**SUMMARY OF DMCA TAKEDOWN NOTICES SENT BY NIMA GHARAVI, BY PLATFORM**

(Fed. R. Evid. 1006)

| Platform or website | Notices | First notice | Latest notice |
|---|---:|---|---|
| YouTube | 181 | Nov. 1, 2021 | Oct. 5, 2026 |
| TikTok | 66 | Nov. 1, 2021 | June 3, 2025 |
| X Corp (Twitter) | 46 | July 13, 2021 | May 25, 2026 |
| Instagram | 43 | May 16, 2021 | May 25, 2025 |
| Facebook | 7 | Aug. 2, 2022 | Oct. 10, 2024 |
| ThisVid | 6 | June 12, 2022 | Feb. 20, 2026 |
| Tumblr | 6 | Aug. 11, 2024 | June 7, 2025 |
| Reddit | 5 | Oct. 21, 2024 | Feb. 5, 2025 |
| Redgifs | 2 | Oct. 21, 2024 | Jan. 13, 2025 |
| Bluesky | 2 | Nov. 17, 2024 | Dec. 4, 2024 |
| Blogspot (Blogger) | 1 | Oct. 9, 2024 | Oct. 9, 2024 |
| MyPornVid.fun | 1 | Aug. 21, 2023 | Aug. 21, 2023 |
| **Total, twelve platforms** | **366** | **May 16, 2021** | **Oct. 5, 2026** |

Counting rule: one notice is one submission to a platform or website under 17 U.S.C. § 512(c)(3), whatever the number of infringing copies it identifies; follow-up correspondence on a notice is not counted separately. Counts are as of October 10, 2026. The 366 notices are available for inspection on request. Part 2 of this Exhibit is the August 21, 2023 notice to mypornvid.fun.

## Nima Gharavi

**From:** Nima Gharavi
**Sent:** Monday, August 21, 2023 5:47 PM
**To:** official@mypornvid.fun
**Subject:** DMCA

Hello,

I am writing to request takedown of all videos taken from my YouTube channel, Midwest Wrestle —
https://www.youtube.com/channel/UCOTWc6iY4Ms8xZjVTg7VPow/

The following are just a small sample of videos from my channel that appear on your website:

1.
My original copyrighted work: https://www.youtube.com/watch?v=Jod0QGJPU9g
MyPornVid.fun copy 1: https://mypornvid.fun/videos/5/Jod0QGJPU9g/teen-wrestling/117-%E2%80%93 [redacted] -of-empire-gold-ove [redacted] -of-illinois-cornstars-by-dec-7%E2%80%930
MyPornVid.fun copy 2: https://mypornvid.fun/videos/3/Jod0QGJPU9g/teen-wrestling/117-%E2%80%93 [redacted] 123g125-of-illinois-cornstars-v [redacted] -123r125-of-empire-gold

2.
My original copyrighted work: https://www.youtube.com/watch?v=H53amT-UJmg
MyPornVid.fun copy: https://mypornvid.fun/videos/17/H53amT-UJmg/teen-wrestling/120-3a-%E2%80%93 [redacted] -123g125-of-tinley-park-andrew-il-v [redacted] -123r125-of-glenbard-north-il

3.
My original copyrighted work: https://www.youtube.com/watch?v=wWBs8dSzkFc
MyPornVid.fun copy: https://mypornvid.fun/videos/18/wWBs8dSzkFc/teen-wrestling/138-%E2%80%93 [redacted] 123g125-of-morris-fitness-ga-v [redacted] -123r125-of-illinois-cornstars

4.
My original copyrighted work: https://www.youtube.com/watch?v=mycngZHHq2s
MyPornVid.fun copy: https://mypornvid.fun/videos/27/mycngZHHq2s/teen-wrestling/97-girls-freestyle-%E2%80%9 [redacted] -123b125-of-colorado-v [redacted] -123r125-of-illinois

Please disable scraping of my channel for all videos, and take down the videos listed at the links above.

As requested on your DMCA page, "at least one search term under which the link appears in MyPornVid.fun' search results", a search for "midwest wrestle" on MyPornVid.fun results in numerous videos taken from my YouTube channel linked at the top of this email.

This notification is in compliance with 17 U.S.C. 512 and the Digital Millennium Copyright Act ("DMCA"). As the original creator and copyright owner, I swear under penalty of perjury that it is accurate, and that I, the complaining party am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and that I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner.

Sincerely,
Nima Gharavi

Midwest Wrestle