# EXHIBIT F

*to the Declaration of Nima Gharavi*

April 14–15, 2024 embedding check,
with the control screenshots

# Part 1: "50 Videos Evaluated (Flo Top 25 & USAW Top 25).xlsx" (Fed. R. Evid. 1006)

| Index # | Retrieved | File | Source | Source Title | Source Link | Thumbnail | Embedding Permitted or Disabled? | View Count | Notes | Configuration |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | April 14, 2024 | 1a - Screenshot 2024-04-14 at 11-54-10 Check availability for embedding YouTube.png | https://www.youtube.com/@MidwestWrestle | 285 – Brady Schumer of Bradley-Bourbonnais over Justin Lilliebridge of Fremd by Fall at 1:58 | https://www.youtube.com/watch?v=EKyzLBHXZcI | 1b - Screenshot 2024-04-14 at 11-49-36 285 – Brady Schumer of Bradley-Bourbonnais over Justin Lilliebridge of Fremd by Fall at 1 58.png | Permitted | 628 | Control test 1 of 2 to confirm that the website (http://mesdomaines.nu/eendracht/youtube_embedding_check/youtube_embedding_check.html) accurately tests whether embedding is permitted (Embedding was permitted, Site stated embedding was permitted) | 1c - Screenshot 2024-04-14 at 11-52-49 Video details - YouTube Studio.png |
| 2 | April 14, 2024 | 2a - Screenshot 2024-04-14 at 11-56-07 Check availability for embedding YouTube.png | https://www.youtube.com/@MidwestWrestle | 285 – Brady Schumer of Bradley-Bourbonnais over Justin Lilliebridge of Fremd by Fall at 1:58 | https://www.youtube.com/watch?v=EKyzLBHXZcI | 2b - Screenshot 2024-04-14 at 11-49-36 285 – Brady Schumer of Bradley-Bourbonnais over Justin Lilliebridge of Fremd by Fall at 1 58.png | Disabled | 628 | Control test 2 of 2 to confirm that the website (http://mesdomaines.nu/eendracht/youtube_embedding_check/youtube_embedding_check.html) accurately tests whether embedding is permitted (Embedding was disabled, Site stated embedding was disabled) | 2c - Screenshot 2024-04-14 at 11-55-27 Video details - YouTube Studio.png |
| 3 | April 14, 2024 | 3a - Screenshot 2024-04-14 at 11-34-21 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | When New UFC Star Bo Nickal Took On Grappling Legend Gordon Ryan In A Jiu Jitsu Match | https://www.youtube.com/watch?v=pbveTyD6f14 | 3b - Screenshot 2024-04-14 at 11-39-57 When New UFC Star Bo Nickal Took On Grappling Legend Gordon Ryan In A Jiu Jitsu Match.png | Permitted | 2733686 | | |
| 4 | April 14, 2024 | 4a - Screenshot 2024-04-14 at 11-57-07 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Jordan Burroughs Takes First Ever Loss To An Iranian (Ali Savadkouhi) | https://www.youtube.com/watch?v=mNN6yq1wgwE | 4b - Screenshot 2024-04-14 at 12-01-30 Jordan Burroughs Takes First Ever Loss To An Iranian (Ali Savadkouhi).png | Permitted | 1972234 | | |
| 5 | April 14, 2024 | 5a - Screenshot 2024-04-14 at 12-03-58 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Yianni SHOCKS the world \| Full Match: Yianni Diakomihalis vs. Bajrang Punia | https://www.youtube.com/watch?v=VRZj-6M40tM | 5b - Screenshot 2024-04-14 at 12-05-10 Yianni SHOCKS the world Full Match Yianni Diakomihalis vs. Bajrang Punia.png | Permitted | 1682074 | | |
| 6 | April 14, 2024 | 6a - Screenshot 2024-04-14 at 12-06-34 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Nick Suriano & Desanto had to be pulled off each other ■ \| Big Ten 133lb Semi Finals | https://www.youtube.com/watch?v=bu9hR7e5cNs | 6b - Screenshot 2024-04-14 at 12-06-57 Nick Suriano & Desanto had to be pulled off each other ■ Big Ten 133lb Semi Finals.png | Permitted | 1085289 | | |
| 7 | April 14, 2024 | 7a - Screenshot 2024-04-14 at 12-09-20 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | College FRESHMAN beats NCAA Champion \| Carter Young vs. Seth Gross | https://www.youtube.com/watch?v=onzHSSTmHzw | 7b - Screenshot 2024-04-14 at 12-09-55 College FRESHMAN beats NCAA Champion Carter Young vs. Seth Gross.png | Permitted | 1045516 | | |
| 8 | April 14, 2024 | 8a - Screenshot 2024-04-14 at 12-12-16 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Wrestling's Biggest Mystery: Nick Suriano | https://www.youtube.com/watch?v=jUDpcdFc9fg | 8b - Screenshot 2024-04-14 at 12-18-36 Wrestling's Biggest Mystery Nick Suriano.png | Permitted | 1001190 | | |
| 9 | April 14, 2024 | 9a - Screenshot 2024-04-14 at 12-20-05 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Jordan Burroughs Documentary: My Name Is Jordan | https://www.youtube.com/watch?v=SI-n7_-cVu8 | 9b - Screenshot 2024-04-14 at 12-20-40 Jordan Burroughs Documentary My Name Is Jordan.png | Permitted | 987082 | | |
| 10 | April 14, 2024 | 10a - Screenshot 2024-04-14 at 12-21-55 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Full Match: Jordan Burroughs vs. Kyle Dake \| 2017 World Team Trials | https://www.youtube.com/watch?v=MUmNOgpsNMg | 10b - Screenshot 2024-04-14 at 12-22-27 Full Match Jordan Burroughs vs. Kyle Dake 2017 World Team Trials.png | Permitted | 931702 | | |
| 11 | April 14, 2024 | 11a - Screenshot 2024-04-14 at 12-23-49 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | David Taylor takes out Olympic & 2x World Champion Hasan Yazdanichara | https://www.youtube.com/watch?v=uLcqyM6Heb8 | 11b - Screenshot 2024-04-14 at 12-24-26 David Taylor takes out Olympic & 2x World Champion Hasan Yazdanichara.png | Permitted | 917792 | | |
| 12 | April 14, 2024 | 12a - Screenshot 2024-04-14 at 12-31-14 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Jordan Burroughs BLASTS Through Alex Dieringer In 79kg WTT Finals | https://www.youtube.com/watch?v=kqa2mn1BlsE | 12b - Screenshot 2024-04-14 at 12-31-45 Jordan Burroughs BLASTS Through Alex Dieringer In 79kg WTT Finals.png | Permitted | 825873 | | |
| 13 | April 14, 2024 | 13a - Screenshot 2024-04-14 at 12-44-12 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Mark Hall Spladles Alex Marinelli at the Cliff Keen Classic | https://www.youtube.com/watch?v=6EGFRwa7cV8 | 13b - Screenshot 2024-04-14 at 12-44-39 Mark Hall Spladles Alex Marinelli at the Cliff Keen Classic.png | Permitted | 793861 | | |

| Index # | Retrieved | File | Source | Source Title | Source Link | Thumbnail | Embedding Permitted or Disabled? | View Count | Notes | Configuration |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | April 14, 2024 | 14a - Screenshot 2024-04-14 at 12-48-00 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Thomas Gilman Got Into It With Oklahoma State | https://www.youtube.com/watch?v=jB4uV1Dp0LM | 14b - Screenshot 2024-04-14 at 12-49-47 Thomas Gilman Got Into It With Oklahoma State.png | Permitted | 732959 | | |
| 15 | April 14, 2024 | 15a - Screenshot 2024-04-14 at 12-51-56 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | FloWrestling: The Greatest Moments Live Here | https://www.youtube.com/watch?v=TWDzMDGZ1VM | 15b - Screenshot 2024-04-14 at 13-04-10 FloWrestling The Greatest Moments Live Here.png | Permitted | 679464 | | |
| 16 | April 14, 2024 | 16a - Screenshot 2024-04-14 at 13-15-30 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | The Best of FloPRO on FloWrestling | https://www.youtube.com/watch?v=fg-yBaJUpWA | 16b - Screenshot 2024-04-14 at 13-15-56 The Best of FloPRO on FloWrestling.png | Permitted | 644078 | | |
| 17 | April 14, 2024 | 17a - Screenshot 2024-04-14 at 13-17-27 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | John Smith teaches his legendary low single \| 6x World & Olympic Champion | https://www.youtube.com/watch?v=A8ys3e6w69Q | 17b - Screenshot 2024-04-14 at 13-17-53 John Smith teaches his legendary low single 6x World & Olympic Champion.png | Permitted | 554975 | | |
| 18 | April 14, 2024 | 18a - Screenshot 2024-04-14 at 14-23-24 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | 8th Grader!? Mason Gibson Wins 2019 Super 32! | https://www.youtube.com/watch?v=SBni1Kugrfs | 18b - Screenshot 2024-04-14 at 14-23-56 8th Grader! Mason Gibson Wins 2019 Super 32!.png | Permitted | 545263 | | |
| 19 | April 14, 2024 | 19b - Screenshot 2024-04-14 at 14-32-57 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Things got HEATED between Aaron Brooks and Zahid Valencia at 2019 Senior Nationals | https://www.youtube.com/watch?v=k2zN6Y_gE6A | 19b - Screenshot 2024-04-14 at 14-33-35 Things got HEATED between Aaron Brooks and Zahid Valencia at 2019 Senior Nationals.png | Permitted | 540630 | | |
| 20 | April 14, 2024 | 20a - Screenshot 2024-04-14 at 14-35-53 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Kyle Dake vs. Jordan Burroughs \| 2017 U.S. Open Finals | https://www.youtube.com/watch?v=xGYxusd6VHU | 20b - Screenshot 2024-04-14 at 14-36-20 Kyle Dake vs. Jordan Burroughs 2017 U.S. Open Finals.png | Permitted | 539166 | | |
| 21 | April 14, 2024 | 21a - Screenshot 2024-04-14 at 14-43-56 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Kyle Dake: The Journey Part I | https://www.youtube.com/watch?v=thvZICgzbyw | 21b - Screenshot 2024-04-14 at 14-44-04 Kyle Dake The Journey Part I.png | Permitted | 528300 | | |
| 22 | April 14, 2024 | 22a - Screenshot 2024-04-14 at 14-46-04 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Coltan Williams "No Hands" throw from Fargo 2014 | https://www.youtube.com/watch?v=IxiYRhZoQwg | 22b - Screenshot 2024-04-14 at 14-46-32 Coltan Williams No Hands throw from Fargo 2014.png | Permitted | 499606 | | |
| 23 | April 14, 2024 | 23a - Screenshot 2024-04-14 at 14-51-04 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | 125 lbs Semifinal Marcus Blaze, Unrostered vs Matt Ramos, Purdue \| 2023 Clarion Open | https://www.youtube.com/watch?v=1h7oQcd_8s8 | 23b - Screenshot 2024-04-14 at 14-51-19 125 lbs Semifinal Marcus Blaze Unrostered vs Matt Ramos Purdue 2023 Clarion Open.png | Permitted | 494522 | | |
| 24 | April 14, 2024 | 24a - Screenshot 2024-04-14 at 14-52-42 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Kyle Dake Workout Wednesday presented by ASICS | https://www.youtube.com/watch?v=379g7vvmh8U | 24b - Screenshot 2024-04-14 at 14-53-06 Kyle Dake Workout Wednesday presented by ASICS.png | Permitted | 475085 | | |
| 25 | April 14, 2024 | 25a - Screenshot 2024-04-14 at 14-54-30 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Mikey: The Story of A Blind Wrestler | https://www.youtube.com/watch?v=gcL31ZVAY94 | 25b - Screenshot 2024-04-14 at 14-54-44 Mikey The Story of A Blind Wrestler.png | Permitted | 469240 | | |
| 26 | April 14, 2024 | 26a - Screenshot 2024-04-14 at 14-56-54 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Heavyweights should NOT be able to move like this \| Gable Steveson takes ■ at Pan-Ams | https://www.youtube.com/watch?v=MEENkEE-ExA | 26b - Screenshot 2024-04-14 at 14-57-10 Heavyweights should NOT be able to move like this Gable Steveson takes at Pan-Ams.png | Permitted | 467065 | | |
| 27 | April 14, 2024 | 27a - Screenshot 2024-04-14 at 14-59-21 Check availability for embedding YouTube.png | https://www.youtube.com/@FloWrestling | Nick Suriano: Fearless Warrior \| FloFilm | https://www.youtube.com/watch?v=Q0DfGd3VwEE | 27b - Screenshot 2024-04-14 at 14-59-30 Nick Suriano Fearless Warrior FloFilm.png | Permitted | 446510 | | |
| 28 | April 15, 2024 | 28a - Screenshot 2024-04-15 at 17-10-00 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Jordan Burroughs USA vs Ben Askren NCAA - 2019 Beat the Streets | https://www.youtube.com/watch?v=p5asw0AV0p0 | 28b - Screenshot 2024-04-15 at 17-11-46 Jordan Burroughs USA vs Ben Askren NCAA - 2019 Beat the Streets.png | Permitted | 3305301 | | |
| 29 | April 15, 2024 | 29a - Screenshot 2024-04-15 at 17-14-51 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Cael Sanderson vs. Moon Eui Jae (Gold Medal Match) | https://www.youtube.com/watch?v=0y7SQ8_nwpg | 29b - Screenshot 2024-04-15 at 17-15-01 Cael Sanderson vs. Moon Eui Jae (Gold Medal Match).png | Permitted | 2254892 | | |
| 30 | April 15, 2024 | 30a - Screenshot 2024-04-15 at 17-17-01 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 2018 USMC-USAW Cadet & Junior Women FS Nationals/Junior Women 112 Consi Of 32 #2 - Kylie Titus (CA | https://www.youtube.com/watch?v=PFiIrkIAgDA | 30b - Screenshot 2024-04-15 at 17-17-12 2018 USMC-USAW Cadet & Junior Women FS Nationals_Junior Women 112 Consi Of 32 #2 - Kylie Titus (CA.png | Permitted | 2215054 | | |

| Index # | Retrieved | File | Source | Source Title | Source Link | Thumbnail | Embedding Permitted or Disabled? | View Count | Notes | Configuration |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | April 15, 2024 | 31a - Screenshot 2024-04-15 at 17-18-39 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 86 KG Finals - Abdulrashid Sadulaev (RUS) vs Reineris Salas (CUB) | https://www.youtube.com/watch?v=p_34zFqcLno | 31b - Screenshot 2024-04-15 at 17-18-47 86 KG Finals - Abdulrashid Sadulaev (RUS) vs Reineris Salas (CUB).png | Permitted | 1935120 | | |
| 32 | April 15, 2024 | 32a - Screenshot 2024-04-15 at 17-20-52 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 74 Round 1 - Jordan Burroughs (Sunkist Kids) vs. Kyle Dake (TMWC) | https://www.youtube.com/watch?v=oNYmyODHvA0 | 32b - Screenshot 2024-04-15 at 17-20-59 74 Round 1 - Jordan Burroughs (Sunkist Kids) vs. Kyle Dake (TMWC).png | Permitted | 1804606 | | |
| 33 | April 15, 2024 | 33a - Screenshot 2024-04-15 at 17-22-31 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Kyle Dake vs. Jordan Burroughs - 2013 U.S. World Team Trials Bout 2 | https://www.youtube.com/watch?v=fd2zuO-flCg | 33b - Screenshot 2024-04-15 at 17-22-43 Kyle Dake vs. Jordan Burroughs - 2013 U.S. World Team Trials Bout 2.png | Permitted | 1737871 | | |
| 34 | April 15, 2024 | 34a - Screenshot 2024-04-15 at 17-28-28 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 74 KG Finals - Jordan Burroughs (Sunkist Kids) vs. David Taylor (NLWC) | https://www.youtube.com/watch?v=zDyDUS0Euk4 | 34b - Screenshot 2024-04-15 at 17-28-32 74 KG Finals - Jordan Burroughs (Sunkist Kids) vs. David Taylor (NLWC).png | Permitted | 1536397 | | |
| 35 | April 15, 2024 | 35a - Screenshot 2024-04-15 at 17-35-37 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 74 KG Finals (2 of 2) - Jordan Burroughs vs. David Taylor | https://www.youtube.com/watch?v=aEgrm6AATdQ | 35b - Screenshot 2024-04-15 at 17-35-42 74 KG Finals (2 of 2) - Jordan Burroughs vs. David Taylor.png | Permitted | 1082568 | | |
| 36 | April 15, 2024 | 36a - Screenshot 2024-04-15 at 17-58-45 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 2018 USMC-USAW Cadet & Junior GR Nationals/Junior 113 Finals - Paxton Creese (MN) Vs. Ryan Rowland | https://www.youtube.com/watch?v=Grvp2tvwtVY | 36b - Screenshot 2024-04-15 at 17-58-50 2018 USMC-USAW Cadet & Junior GR Nationals_Junior 113 Finals - Paxton Creese (MN) Vs. Ryan Rowland.png | Permitted | 736093 | | |
| 37 | April 15, 2024 | 37a - Screenshot 2024-04-15 at 18-03-00 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 75 KG Round 1 - Adeline Gray (USA) vs Qian Zhou (CHN) | https://www.youtube.com/watch?v=l9UgmmXnges | 37b - Screenshot 2024-04-15 at 18-08-55 75 KG Round 1 - Adeline Gray (USA) vs Qian Zhou (CHN).png | Permitted | 643457 | | |
| 38 | April 15, 2024 | 38a - Screenshot 2024-04-15 at 18-10-32 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Alexander Karelin v Craig Pittman 1989 World Championships | https://www.youtube.com/watch?v=mHUs1ChHRXY | 38b - Screenshot 2024-04-15 at 18-11-05 Alexander Karelin v Craig Pittman 1989 World Championships.png | Permitted | 619460 | | |
| 39 | April 15, 2024 | 39a - Screenshot 2024-04-15 at 18-14-08 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Jordan Burroughs and Ben Askren after 2019 BTS Main Event | https://www.youtube.com/watch?v=45xixhEUdms | 39b - Screenshot 2024-04-15 at 18-14-16 Jordan Burroughs and Ben Askren after 2019 BTS Main Event.png | Permitted | 589302 | | |
| 40 | April 15, 2024 | 40a - Screenshot 2024-04-15 at 18-15-52 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Brandon Slay (USA) vs. Buvaisar Saitiev (Russia) | https://www.youtube.com/watch?v=o9F95cMwFWk | 40b - Screenshot 2024-04-15 at 18-15-59 Brandon Slay (USA) vs. Buvaisar Saitiev (Russia).png | Permitted | 567770 | | |
| 41 | April 15, 2024 | 41a - Screenshot 2024-04-15 at 18-17-14 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Frank Chamizo (ITA) Vs. Jordan Burroughs (USA) - 2018 Beat The Streets | https://www.youtube.com/watch?v=PaEvML2SAWY | 41b - Screenshot 2024-04-15 at 18-17-37 Frank Chamizo (ITA) Vs. Jordan Burroughs (USA) - 2018 Beat The Streets.png | Permitted | 490060 | | |
| 42 | April 15, 2024 | 42a - Screenshot 2024-04-15 at 18-20-46 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 2011 NCAA Division I Championships: Utah Valley's Ben Kjar | https://www.youtube.com/watch?v=qWW03kxx688 | 42b - Screenshot 2024-04-15 at 18-20-53 2011 NCAA Division I Championships Utah Valley's Ben Kjar.png | Permitted | 454571 | | |
| 43 | April 15, 2024 | 43a - Screenshot 2024-04-15 at 18-22-30 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 125 KG QF - Tervel Dlagnev (USA) vs Taha Akgul (TUR) | https://www.youtube.com/watch?v=AO8-0ZA_m4s | 43b - Screenshot 2024-04-15 at 18-23-11 125 KG QF - Tervel Dlagnev (USA) vs Taha Akgul (TUR).png | Permitted | 442070 | | |
| 44 | April 15, 2024 | 44a - Screenshot 2024-04-15 at 18-27-22 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 74 Round 2 - Kyle Dake (TMWC) vs. Jordan Burroughs (Sunkist Kids) | https://www.youtube.com/watch?v=z7Hzox_ZjkA | 44b - Screenshot 2024-04-15 at 18-27-33 74 Round 2 - Kyle Dake (TMWC) vs. Jordan Burroughs (Sunkist Kids).png | Permitted | 437169 | | |
| 45 | April 15, 2024 | 45a - Screenshot 2024-04-15 at 18-29-13 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Olympic Wrestling: The Path to Folkstyle Success | https://www.youtube.com/watch?v=5G8UHpbEL2E | 45b - Screenshot 2024-04-15 at 18-29-26 Olympic Wrestling The Path to Folkstyle Success.png | Permitted | 409121 | | |

| Index # | Retrieved | File | Source | Source Title | Source Link | Thumbnail | Embedding Permitted or Disabled? | View Count | Notes | Configuration |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | April 15, 2024 | 46a - Screenshot 2024-04-15 at 18-31-02 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Les Gutches vs. Cael Sanderson - 2000 U.S. National Open | https://www.youtube.com/watch?v=BuzEMulzxxM | 46b - Screenshot 2024-04-15 at 18-31-09 Les Gutches vs. Cael Sanderson - 2000 U.S. National Open.png | Permitted | 400187 | | |
| 47 | April 15, 2024 | 47a - Screenshot 2024-04-15 at 18-32-42 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Final X/Men 79 2 Of 3 - Zahid Valencia (SKWC) Vs. Kyle Dake (TMWC) | https://www.youtube.com/watch?v=EWXtgxaVMnw | 47b - Screenshot 2024-04-15 at 18-33-04 Final X_Men 79 2 Of 3 - Zahid Valencia (SKWC) Vs. Kyle Dake (TMWC).png | Permitted | 375952 | | |
| 48 | April 15, 2024 | 48a - Screenshot 2024-04-15 at 18-35-08 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | World FS - Burroughs (USA) tech. fall Yadav (IND), 74 kg | https://www.youtube.com/watch?v=dYSMpRwgf20 | 48b - Screenshot 2024-04-15 at 18-35-14 World FS - Burroughs (USA) tech. fall Yadav (IND) 74 kg.png | Permitted | 355550 | | |
| 49 | April 15, 2024 | 49a - Screenshot 2024-04-15 at 18-37-30 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 92 Kg 2 Of 2 Bo Nickal Nittany Lion Wrestling Club Vs J'den Cox Titan Mercury Wrestling Club | https://www.youtube.com/watch?v=86n_7WqY6CA | 49b - Screenshot 2024-04-15 at 18-37-35 92 Kg 2 Of 2 Bo Nickal Nittany Lion Wrestling Club Vs J'den Cox Titan Mercury Wrestling Club.png | Permitted | 339995 | | |
| 50 | April 15, 2024 | 50a - Screenshot 2024-04-15 at 18-41-09 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Jordan Burroughs (Sunkist Kids) vs. Kyle Dake (TMWC) - Round 3 | https://www.youtube.com/watch?v=wGohCUhgpMc | 50b - Screenshot 2024-04-15 at 18-41-40 Jordan Burroughs (Sunkist Kids) vs. Kyle Dake (TMWC) - Round 3.png | Permitted | 338572 | | |
| 51 | April 15, 2024 | 51a - Screenshot 2024-04-15 at 18-43-03 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | Veronica Graves vs. Gabriella Foster at 2013 Grappling World Team Trials - No-Gi | https://www.youtube.com/watch?v=RQmzWyKU7V8 | 51b - Screenshot 2024-04-15 at 18-43-34 Veronica Graves vs. Gabriella Foster at 2013 Grappling World Team Trials - No-Gi.png | Permitted | 330780 | | |
| 52 | April 15, 2024 | 52a - Screenshot 2024-04-15 at 18-45-27 Check availability for embedding YouTube.png | https://www.youtube.com/@usawrestling | 74 Semi - Kyle Dake (TMWC) vs. Isaiah Martinez (TMWC) | https://www.youtube.com/watch?v=dEIxRGVxqj8 | 52b - Screenshot 2024-04-15 at 18-45-32 74 Semi - Kyle Dake (TMWC) vs. Isaiah Martinez (TMWC).png | Permitted | 324719 | | |

## A way to check whether or not a YouTube-video can be embedded

If you want to find out if a YouTube-video (that you don't own) can be embedded in an iframe, you should not rely on what you see on your hard disk, because something like *<iframe src="https://www.youtube.com/embed/VIDEO-ID"></iframe>* may not work locally (message: 'video not available') while working fine on the internet. Putting *https://www.youtube.com/embed/VIDEO-ID* directly in the address bar may also give you incorrect information as to the 'embeddability' of the video. The only sure way to know whether or not a YouTube-video can be embedded in an iframe is to see what happens if you put *<iframe src="https://www.youtube.com/embed/VIDEO-ID"></iframe>* online. If the video plays, everything is okay. If it refuses to play, that means that the video can't be embedded.

But this is a time-consuming procedure, so I made a page (this one) that puts *<iframe src="https://www.youtube.com/embed/VIDEO-ID"></iframe>* online for you. The only thing you have to do is to paste the ID of any YouTube-video in the input field under the empty iframe below and then click on 'Check'. You'll instantly know whether or not the video is available for embedding.

*Iframe*




EKyzLBHXZcI

Check Clear Input Reset

Enjoy,
Arie Molendijk, mesdomaines.nu

YouTube Search [redacted]




**285 – Brady Schumer of Bradley-Bourbonnais over Justin Lilliebridge of Fremd by Fall at 1:58**

[redacted] Midwest Wrestle
140K subscribers

Analytics | Edit video | 14 | Share | Promote | Thanks | Clip

628 views 4 years ago
2019 Moore Prettyman Wrestling Tournament in Barrington, IL ...more

**1 Comment** Sort by

Add a comment...

@paulenriquez8307 1 year ago
This is the first video of yours with larger weight wrestlers~
Reply

All | From Midwest W




[redacted]


Studio
Search across your channel
CREATE
Channel content
2:36
Your video
285 – Brady Schumer of Bradley-Bo...
Details
Analytics
Editor
Comments
Subtitles
Monetization
Copyright
Clips
Settings
Send feedback
Video details
UNDO CHANGES
SAVE
Language and captions certification
Select your video's language and, if needed, a caption certification
Video language
Select
Caption certification
None
Title and description language
Select
To manage other languages, go to subtitles.
Recording date and location
Add when and where your video was recorded. Viewers can search for videos by location.
Recording date
None
Video location
None
License and distribution
Learn about license types and distribution.
License
Standard YouTube License
Distribution
Everywhere
Allow embedding
Publish to subscriptions feed and notify subscribers
Shorts remixing
Let others create Shorts using content from this video. If you don't allow remixing, Shorts remixed from this video will be permanently deleted. Learn more
Allow video and audio remixing
Allow only audio remixing
Don't allow remixing

## A way to check whether or not a YouTube-video can be embedded

If you want to find out if a YouTube-video (that you don't own) can be embedded in an iframe, you should not rely on what you see on your hard disk, because something like *<iframe src="https://www.youtube.com/embed/VIDEO-ID"></iframe>* may not work locally (message: 'video not available') while working fine on the internet. Putting *https://www.youtube.com/embed/VIDEO-ID* directly in the address bar may also give you incorrect information as to the 'embeddability' of the video. The only sure way to know whether or not a YouTube-video can be embedded in an iframe is to see what happens if you put *<iframe src="https://www.youtube.com/embed/VIDEO-ID"></iframe>* online. If the video plays, everything is okay. If it refuses to play, that means that the video can't be embedded.

But this is a time-consuming procedure, so I made a page (this one) that puts *<iframe src="https://www.youtube.com/embed/VIDEO-ID"></iframe>* online for you. The only thing you have to do is to paste the ID of any YouTube-video in the input field under the empty iframe below and then click on 'Check'. You'll instantly know whether or not the video is available for embedding.

*Iframe*




EKyzLBHXZcl

Check Clear Input Reset

Enjoy,
Arie Molendijk, mesdomaines.nu

YouTube

Search




**285 – Brady Schumer of Bradley-Bourbonnais over Justin Lilliebridge of Fremd by Fall at 1:58**

Midwest Wrestle
140K subscribers

Analytics | Edit video | 14 | Share | Promote | Thanks | Clip

628 views 4 years ago
2019 Moore Prettyman Wrestling Tournament in Barrington, IL ...more

**1 Comment** Sort by

Add a comment...

@paulenriquez8307 1 year ago
This is the first video of yours with larger weight wrestlers~

Reply

All | From Midwest W




[redacted]


Studio
Search across your channel
CREATE
Channel content
2:36
Your video
285 – Brady Schumer of Bradley-Bo...
Details
Analytics
Editor
Comments
Subtitles
Monetization
Copyright
Clips
Settings
Send feedback
Video details
UNDO CHANGES
SAVE
Language and captions certification
Select your video's language and, if needed, a caption certification
Video language
Select
Caption certification
None
Title and description language
Select
To manage other languages, go to subtitles.
Recording date and location
Add when and where your video was recorded. Viewers can search for videos by location.
Recording date
None
Video location
None
License and distribution
Learn about license types and distribution.
License
Standard YouTube License
Distribution
Everywhere
Allow embedding
Publish to subscriptions feed and notify subscribers
Shorts remixing
Let others create Shorts using content from this video. If you don't allow remixing, Shorts remixed from this video will be permanently deleted. Learn more
Allow video and audio remixing
Allow only audio remixing
Don't allow remixing