# EXHIBIT G

*to the Declaration of Nima Gharavi*

Dynadot Inc.'s production of August 16, 2025

Dynadot, INC
210 S Ellsworth Ave #345
San Mateo, CA 94401
US

ph: +1.650-262-0100
fax: +1.415-869-2893

# Subpoena Response Form

Case No. Case No. 25-mc-80138-TLT

**Domain(s):**

mypornvid.fun

**Account details:** **Account holder from 2025/03/08 to present**

[redacted]

**Associated contacts:**

[redacted]

[redacted]

[redacted]

| Date & Time | IP |
|---|---|
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |

---

**Domain(s):**

mypornvid.fun, mypornvid.fun (INACTIVE) **Account holder from 2023/03/22 to 2025/03/08**

**Account details:**

Name: Jamiur Bin Nasir
Email Address: emailto333@gmail.com
Renewal email:
Organization:
Phone Number: +880 1682880020
Address Line 1: 427 Nayatola, Moghbazar
Address Line 2:
City/Town: Dhaka
State/Province/Region: DHAKA
Zip/Postal Code: 1217
Country: Bangladesh

**Associated contacts:**

Jamiur Bin Nasir
emailto333@gmail.com
427 Nayatola, Moghbazar

BD
+880 1682880020

Jamiur Bin Nasir
emailto333@gmail.com
427 Nayatola, Moghbazar
BD
+880 1682880020

Jamiur Bin Nasir
emailto333@gmail.com
427 Nayatola, Moghbazar
BD
+880 1682880020

**Names & addresses on credit cards used for purchases:**

Jamiur Bin Nasir
US

**IP logs:**

| Date & Time | IP |
|---|---|
| 2024/03/26 04:34 | 103.55.146.131 |
| 2024/02/23 16:29 | 103.55.146.129 |
| 2023/10/02 14:07 | 115.84.87.203 |
| 2023/09/18 14:47 | 103.55.146.128 |
| 2023/07/25 16:19 | 103.55.146.130 |
| 2023/07/18 21:28 | 118.179.20.26 |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |
| [redacted] | |