# EXHIBIT H

*to the Declaration of Nima Gharavi*

Northwestern University media-credential emails

## Nima Gharavi

**From:** Nima Gharavi
**Sent:** Tuesday, December 5, 2023 9:29 AM
**To:** Ryan Haley
**Subject:** RE: Media Credential: Midlands Championships

Sounds great—thank you so much for the quick reply! Looking forward to catching up.

-Nima

---

**From:** Ryan Haley <ryan.haley@northwestern.edu>
**Sent:** Tuesday, December 5, 2023 9:07 AM
**To:** Nima Gharavi [redacted]
**Subject:** Re: Media Credential: Midlands Championships

Hi Nima -

Good to hear from you! Crazy to think it's been a year. Happy to take care of you for Midlands. I'd plan on the same credential pickup/parking process as last year, but will confirm that when I send out an email to the full group of approvals closer to Christmas. Thanks, and look forward to seeing you!

**Ryan Haley**
**Assistant Director - Athletic Communications**

**o:** 847-467-4125

**c:** 319-330-3262
**e:** ryan.haley@northwestern.edu | NUSports.com

ATHLETICS
CHICAGO'S BIG TEN TEAM

---

**From:** Nima Gharavi [redacted]
**Sent:** Monday, December 4, 2023 1:03 PM
**To:** Ryan Haley <ryan.haley@northwestern.edu>
**Subject:** Re: Media Credential: Midlands Championships

Hi Ryan,

Difficult to believe a year has already gone by!

Just reaching out to request a media credential for the Midlands again this year.

Hope all is well!

Best regards,
Nima Gharavi

---

**From:** Ryan Haley <ryan.haley@northwestern.edu>
**Sent:** Monday, December 26, 2022 9:01 AM
**To:** Nima Gharavi [redacted]
**Subject:** Re: Media Credential: Midlands Championships

Hi Nima -

Thanks for reaching out. I'll have you all squared away with a media credential. You'll be able to pick it up at the NOW Arena box office on Thursday morning. Keep an eye out for an email from me either tomorrow or Wednesday with additional information. Thanks!

**Ryan Haley**
**Assistant Director - Athletic Communications**

**o:** 847-467-4125

**c:** 319-330-3262
**e:** ryan.haley@northwestern.edu | NUSports.com

ATHLETICS

CHICAGO'S BIG TEN TEAM

---

**From:** Nima Gharavi [redacted]
**Sent:** Sunday, December 25, 2022 11:17 PM
**To:** Ryan Haley <ryan.haley@northwestern.edu>
**Subject:** Re: Media Credential: Midlands Championships

Hi Ryan,

Just saw your name listed as the tournament's media coordinator on the website.  Looking forward to hearing from you with regard to the media details Zach mentioned below.

Thanks!

Best regards

Nima Gharavi
IHSA Official 83801
NCAA/ICWOA/MSWOA Official
[redacted]

[redacted]

---

**From:** Zachary David Wingrove <zachary.wingrove@northwestern.edu>
**Sent:** Thursday, December 15, 2022 12:18 PM
**To:** Nima Gharavi [redacted]
**Subject:** Re: Media Credential: Midlands Championships

Hi Nima -

You'll be all set for a Midlands credential. Expect an email with additional info (credential pickup/parking/etc.) in the coming weeks.

Thanks!

ATHLETICS

**Zach Wingrove**
**Director of Public Relations & Digital Media**

**c:** 616-822-9775
**e:** zachary.wingrove@northwestern.edu | NUSports.com

CHICAGO'S BIG TEN TEAM

---

**From:** Nima Gharavi [redacted]
**Sent:** Monday, December 12, 2022 5:58 PM
**To:** Zachary David Wingrove <zachary.wingrove@northwestern.edu>
**Subject:** Media Credential: Midlands Championships

Hi Zach,

Hope all is well.

Kindly following up on the request to be added to the media credential list for the Midlands Championships.

Thank you!

Best regards,

Nima Gharavi
IHSA Official 83801
NCAA/ICWOA/MSWOA Official
[redacted]

[redacted]

**From:** Nima Gharavi
**Sent:** Thursday, December 1, 2022 10:29 AM
**To:** zachary.wingrove@northwestern.edu
**Subject:** Midlands Championships

Hi Zach,

May I ask if you are the correct contact for media credentials to the Midlands Championships?

If not, may I kindly request that you connect me with the correct person?

Thank you!

-Nima

**From:** Nima Gharavi [redacted]
**Sent:** Monday, October 24, 2022 12:09 PM
**To:** zachary.wingrove@northwestern.edu
**Subject:** Re: Wrestling Media Credentials

Hello Zach,

May I ask if media credentialing details have been ironed out yet for the Ken Kraft Midlands Championships at NOW Arena on December 29 and 30?

Thank you,

Nima Gharavi

IHSA Official 83801

[redacted]

**From:** Nima Gharavi [redacted]
**Date:** Tuesday, October 4, 2022 at 11:46 AM
**To:** Austin Siegel <austinsiegel2022@u.northwestern.edu>
**Subject:** Wrestling Media Credentials

Hi Austin,

Congratulations on the new full-time role.

May I ask if you are still the right contact for media credentials for dual meets and for the Midlands Championships?

I am hoping to find out whether the media credential form for the 2022 Midlands Championships has been created yet.

Thank you!

Regards,

Nima Gharavi

[redacted]

**From:** Austin Siegel <austinsiegel2022@u.northwestern.edu>
**Sent:** Thursday, January 13, 2022 11:38 AM
**To:** Nima Gharavi [redacted]
**Subject:** Re: Northwestern vs. NIU on Sunday, February 13th

No problem Nima - I'll add you to our credential list for the NIU meet.

Please note our updated COVID-19 policies which you can review here at your convenience:

https://nusports.com/news/2022/1/8/general-updated-covid-19-fan-policies.aspx

Happy to answer any questions!

Thanks,

Austin Siegel | Graduate Assistant

Northwestern Athletics

On Wed, Jan 12, 2022 at 5:27 PM Nima Gharavi [redacted] wrote:

Hi Austin,

Hope you had a great New Years.

May I ask if it would it be possible to obtain a media credential for Northwestern's dual versus NIU on Sunday, February 13th at 4:00 PM?

Thank you,

Nima Gharavi

www.midwestwrestle.com

[redacted]

**From:** Austin Siegel <austinsiegel2022@u.northwestern.edu>
**Sent:** Friday, December 17, 2021 1:28 PM
**To:** Nima Gharavi [redacted]
**Subject:** Re: FW: 2021MidlandsSchedule.docx

Hi Nima,

Thanks for your email - Here is a link to the media credential form for you to complete when you have a moment:

https://bit.ly/3ERJqux

Happy to answer any other questions!

Austin Siegel | Graduate Assistant

Northwestern Athletics

**From:** Tim Cysewski <wrestling@northwestern.edu>
**Date:** Sunday, December 5, 2021 at 4:49 PM
**To:** Nima Gharavi [redacted]
**Subject:** 2021MidlandsSchedule.docx

Nina, please review and let me know if you have any questions. Thanks for your support.

Sent from my iPhone

**Nima Gharavi**

---

**From:** Ryan Haley <ryan.haley@northwestern.edu>
**Sent:** Tuesday, December 26, 2023 10:00 AM
**To:** Ryan Haley
**Subject:** 2023 Midlands Championships Media Information
**Attachments:** Midlands Parking Pass.pdf; NOW Arena Parking Map.pdf

Good Morning All,

If you are receiving this email, you have been approved for a media credential for the 59th Annual Ken Kraft Midlands Championships at NOW Arena in Hoffman Estates, Ill.. We are excited to have you covering the event.

Credentials will be available to pick up in-person at the ticket box office (Door 1 on the attached map) of NOW Arena (5333 Prairie Stone Pkwy, Hoffman Estates, IL 60192) beginning on Thursday afternoon.

For those of you that have told me that you'll be traveling with your respective teams, credentials will be available at the team check-in table at Door 11.

Seating on the event level will be on a first-come, first-served basis. Tables will be available at both ends of the arena. We ask that you please leave the second level of the head table for event administrators. WiFi information will also be available at each seat.

**PARKING PASS INFORMATION**

A complimentary parking pass for Lot C at NOW Arena is attached in this email. **It is your responsibility to print the parking pass out and have it displayed on your vehicle at NOW Arena beginning on Friday, December 29.** This pass is valid for December 29-30.

Updated information leading up to the tournament can be found on the Tournament Page as well as through the Midlands Twitter account (@MidlandsChamps).

For any further media questions, please don't hesitate to reach out.

**MIDLANDS CHAMPIONSHIPS SCHEDULE**

**FRIDAY, DECEMBER 29**

- 9:30 a.m. – First Session (10 Mats) – (Championship Rounds 1 & 2, Wrestlebacks)
- 7:00 p.m. – Second Session (10 Mats) – (Quarterfinals, Wrestlebacks)

**SATURDAY, DECEMBER 30**

- 11:00 a.m. – Third Session (8 Mats) – (Semis, consolation, 7th place match, women's division begins)
- 6:05 p.m. – Fourth Session (4 Mats) – (1st, 3rd, 5th place matches–men's and women's divisions)

- Awards ceremony to conclude at 9:00 p.m.
- Midlands Hall of Fame Inductions will be prior to the final session

ATHLETICS

**Ryan Haley**
**Assistant Director - Athletic Communications**
**o:** 847-467-4125
**c:** 319-330-3262
**e:** ryan.haley@northwestern.edu | NUSports.com

CHICAGO'S BIG TEN TEAM

**Nima Gharavi**

**From:** Ryan Haley <ryan.haley@northwestern.edu>
**Sent:** Monday, December 26, 2022 9:01 AM
**To:** Nima Gharavi
**Subject:** Re: Media Credential: Midlands Championships

Hi Nima -

Thanks for reaching out. I'll have you all squared away with a media credential. You'll be able to pick it up at the NOW Arena box office on Thursday morning. Keep an eye out for an email from me either tomorrow or Wednesday with additional information. Thanks!


ATHLETICS

**Ryan Haley**
**Assistant Director - Athletic Communications**
**o:** 847-467-4125
**c:** 319-330-3262
**e:** ryan.haley@northwestern.edu | NUSports.com

CHICAGO'S BIG TEN TEAM


---

**From:** Nima Gharavi [redacted]
**Sent:** Sunday, December 25, 2022 11:17 PM
**To:** Ryan Haley <ryan.haley@northwestern.edu>
**Subject:** Re: Media Credential: Midlands Championships

Hi Ryan,

Just saw your name listed as the tournament's media coordinator on the website. Looking forward to hearing from you with regard to the media details Zach mentioned below.

Thanks!

Best regards

Nima Gharavi
IHSA Official 83801
NCAA/ICWOA/MSWOA Official
[redacted]

[redacted]

---

**From:** Zachary David Wingrove <zachary.wingrove@northwestern.edu>
**Sent:** Thursday, December 15, 2022 12:18 PM
**To:** Nima Gharavi [redacted]
**Subject:** Re: Media Credential: Midlands Championships

Hi Nima -

You'll be all set for a Midlands credential. Expect an email with additional info (credential pickup/parking/etc.) in the coming weeks.

Thanks!

ATHLETICS

**Zach Wingrove**
**Director of Public Relations & Digital Media**
**c:** 616-822-9775
**e:** zachary.wingrove@northwestern.edu | NUSports.com

CHICAGO'S BIG TEN TEAM

---

**From:** Nima Gharavi [redacted]
**Sent:** Monday, December 12, 2022 5:58 PM
**To:** Zachary David Wingrove <zachary.wingrove@northwestern.edu>
**Subject:** Media Credential: Midlands Championships

Hi Zach,

Hope all is well.

Kindly following up on the request to be added to the media credential list for the Midlands Championships.

Thank you!

Best regards,

Nima Gharavi
IHSA Official 83801
NCAA/ICWOA/MSWOA Official
[redacted]

[redacted]

**From:** Nima Gharavi
**Sent:** Thursday, December 1, 2022 10:29 AM
**To:** zachary.wingrove@northwestern.edu
**Subject:** Midlands Championships

Hi Zach,

May I ask if you are the correct contact for media credentials to the Midlands Championships?

If not, may I kindly request that you connect me with the correct person?

Thank you!

-Nima

**From:** Nima Gharavi [redacted]
**Sent:** Monday, October 24, 2022 12:09 PM
**To:** zachary.wingrove@northwestern.edu
**Subject:** Re: Wrestling Media Credentials

Hello Zach,

May I ask if media credentialing details have been ironed out yet for the Ken Kraft Midlands Championships at NOW Arena on December 29 and 30?

Thank you,

Nima Gharavi
IHSA Official 83801
[redacted]

**From:** Nima Gharavi [redacted]
**Date:** Tuesday, October 4, 2022 at 11:46 AM
**To:** Austin Siegel <austinsiegel2022@u.northwestern.edu>
**Subject:** Wrestling Media Credentials

Hi Austin,

Congratulations on the new full-time role.

May I ask if you are still the right contact for media credentials for dual meets and for the Midlands Championships?

I am hoping to find out whether the media credential form for the 2022 Midlands Championships has been created yet.

Thank you!

Regards,
Nima Gharavi
[redacted]

**From:** Austin Siegel <austinsiegel2022@u.northwestern.edu>
**Sent:** Thursday, January 13, 2022 11:38 AM
**To:** Nima Gharavi [redacted]
**Subject:** Re: Northwestern vs. NIU on Sunday, February 13th

No problem Nima - I'll add you to our credential list for the NIU meet.

Please note our updated COVID-19 policies which you can review here at your convenience:

https://nusports.com/news/2022/1/8/general-updated-covid-19-fan-policies.aspx

Happy to answer any questions!

Thanks,

Austin Siegel | Graduate Assistant
Northwestern Athletics

On Wed, Jan 12, 2022 at 5:27 PM Nima Gharavi [redacted] wrote:
Hi Austin,

Hope you had a great New Years.

May I ask if it would it be possible to obtain a media credential for Northwestern's dual versus NIU on Sunday, February 13th at 4:00 PM?

Thank you,

Nima Gharavi
www.midwestwrestle.com
[redacted]

**From:** Austin Siegel <austinsiegel2022@u.northwestern.edu>
**Sent:** Friday, December 17, 2021 1:28 PM
**To:** Nima Gharavi [redacted]
**Subject:** Re: FW: 2021MidlandsSchedule.docx

Hi Nima,

Thanks for your email - Here is a link to the media credential form for you to complete when you have a moment:

https://bit.ly/3ERJqux

Happy to answer any other questions!

Austin Siegel | Graduate Assistant
Northwestern Athletics

**From:** Tim Cysewski <wrestling@northwestern.edu>
**Date:** Sunday, December 5, 2021 at 4:49 PM
**To:** Nima Gharavi [redacted]
**Subject:** 2021MidlandsSchedule.docx

Nina, please review and let me know if you have any questions. Thanks for your support.

Sent from my iPhone