# EXHIBIT I

*to the Declaration of Nima Gharavi*

Gharavi's captures of October 1, 2026

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Post

**The Wrestling Room (Pat Mineo)** @MrPatMineo

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. Be aware of potential "grooming"...

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

9:49 AM · Jan 3, 2024 from Pennsylvania, USA · **38K** Views

5 13 145 4

Relevant View quotes

Post your reply Reply

**Logic is Dead** @ISlingLogic · Jan 3, 2024
Why isn't USA Wrestling doing anything ?
1 366

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024
People knew for a while and treaded so lightly... Everyone is scared to get sued, because of that person's sxl orientation. (Which isn't the issue)
1 3 369

**HighNetWorthStrategies** @WestCoastSwsGrp · Jan 3, 2024
This is great advice. I pity those that would be caught doing these things to our little wrestlers...the wrestling nation's attorneys, cyber executives and more will track them down and show very little pity on them. Let's keep our eyes out and make an example of the first ones we catch. "Thank you!" for the post. Disgusting.
1 3.3K

**Just Jake** @Iamjustjake · Jan 3, 2024
Just looked through thousands of male and female wrestling pics from ihsaa state and ironman that im purchasing from... and was like gonna have to crop that here or put a graphic over this...

People are weird. Protect the kids.
2 1.9K

**Nate** @NateElevated · Jan 3, 2024
I know you can never eliminate all the bad eggs bit I wonder if fight shorts and rash guards would help discourage some of the scum .
209

Search

## Relevant people

**The Wrestling Room...** @MrPatMineo Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸 *wrestling content (join 90k others in my forum)

## What's happening

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads info · More ··· © 2026 X Corp.

**Midwest Wrestle W...** @midwestwwe

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Midwest Wrestle W... @midwestwwe

Post

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. Be aware of potential "grooming"...

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

5 · 13 · 145 · 38K

**Logic is Dead** @ISlingLogic · Jan 3, 2024

Why isn't USA Wrestling doing anything ?

1 · 367

**The Wrestling Room (Pat Mineo)** @MrPatMineo

People knew for a while and treaded so lightly... Everyone is scared to get sued, because of that person's sxl orientation. (Which isn't the issue)

10:56 AM · Jan 3, 2024 from Pennsylvania, USA · **370** Views

1 · 3

Post your reply

Reply

**Jessie** @BonitaBlogs · Jan 5, 2024

He also has a history of suing people. Court dockets are public information.. if you do the digging.. it's there.

20

Search

## Relevant people

**The Wrestling Room...** @MrPatMineo Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸 *wrestling content (join 90k others in my forum)

**Logic is Dead** @ISlingLogic Follow
Think for yourself

## What's happening

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads Info · More ··· © 2026 X Corp.

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Midwest Wrestle W...
@midwestwwe

Post

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024
Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their
Show more

5 13 145 38K

**Logic is Dead**
@ISlingLogic

Why isn't USA Wrestling doing anything ?

10:50 AM · Jan 3, 2024 · **369** Views

1

Post your reply
Reply

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024
People knew for a while and treaded so lightly... Everyone is scared to get sued, because of that person's sxl orientation. (Which isn't the issue)

1 3 372

Search

## Relevant people

**Logic is Dead**
@ISlingLogic
Think for yourself
Follow

**The Wrestling Room...**
@MrPatMineo
Friendly Founder of #TheWrestlingRoom 🇺🇸🤼 *wrestling content (join 90k others in my forum)
Follow

## What's happening

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads Info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Midwest Wrestle W...
@midwestwwe

Post

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024
Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their
Show more

5 13 145 38K

**Logic is Dead** @ISlingLogic · Jan 3, 2024
Why isn't USA Wrestling doing anything ?

1 370

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024
People knew for a while and treaded so lightly... Everyone is scared to get sued, because of that person's sxl orientation. (Which isn't the issue)

1 3 373

**Jessie**
@BonitaBlogs

He also has a history of suing people. Court dockets are public information.. if you do the digging.. it's there.

1:44 AM · Jan 5, 2024 · **22** Views

Post your reply

Reply

Search

**Relevant people**

**Jessie**
@BonitaBlogs
Follow

**The Wrestling Room...**
@MrPatMineo
Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸 *wrestling content (join 90k others in my forum)

**Logic is Dead**
@ISlingLogic
Follow
Think for yourself

**What's happening**

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads Info · More ··· © 2026 X Corp.

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Midwest Wrestle W... @midwestwwe

## Post

**The Wrestling Room (Pat Mineo)** @MrPatMineo

Parents, coaches, tournament directors, etc… Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. Be aware of potential "grooming"…

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

9:49 AM · Jan 3, 2024 from Pennsylvania, USA · **38K** Views

5 13 145 4

Relevant View quotes

Post your reply Reply

**Logic is Dead** @ISlingLogic · Jan 3, 2024
Why isn't USA Wrestling doing anything ?
1 366

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024
People knew for a while and treaded so lightly… Everyone is scared to get sued, because of that person's sxl orientation. (Which isn't the issue)
1 3 369

**HighNetWorthStrategies** @WestCoastSwsGrp · Jan 3, 2024
This is great advice. I pity those that would be caught doing these things to our little wrestlers…the wrestling nation's attorneys, cyber executives and more will track them down and show very little pity on them. Let's keep our eyes out and make an example of the first ones we catch. "Thank you!" for the post. Disgusting.
1 3.3K

**Just Jake** @Iamjustjake · Jan 3, 2024
Just looked through thousands of male and female wrestling pics from ihsaa state and ironman that im purchasing from… and was like gonna have to crop that here or put a graphic over this…

People are weird. Protect the kids.
2 1.9K

**Nate** @NateElevated · Jan 3, 2024
I know you can never eliminate all the bad eggs bit I wonder if fight shorts and rash guards would help discourage some of the scum .
209

Search

### Relevant people

**The Wrestling Room...** @MrPatMineo Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸 *wrestling content (join 90k others in my forum)

### What's happening

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads Info · More ··· © 2026 X Corp.

Search

**Relevant people**

**The Wrestling Room...**
@MrPatMineo
Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸🤼 *wrestling content (join 90k others in my forum)

Follow

**What's happening**

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Profile

Terms · Privacy · Cookies · Accessibility · Ads info · More ··· © 2026 X Corp.

More

Post

**Midwest Wrestle W...**
@midwestwwe

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Midwest Wrestle W... @midwestwwe

## Post

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024

Parents, coaches, tournament directors, etc… Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. Be aware of potential "grooming"…

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

5 13 145 38K

**Logic is Dead** @ISlingLogic · Jan 3, 2024

Why isn't USA Wrestling doing anything ?

1 367

**The Wrestling Room (Pat Mineo)** @MrPatMineo

People knew for a while and treaded so lightly… Everyone is scared to get sued, because of that person's sxl orientation. (Which isn't the issue)

10:56 AM · Jan 3, 2024 from Pennsylvania, USA · **370** Views

1 3

Post your reply Reply

**Jessie** @BonitaBlogs · Jan 5, 2024

He also has a history of suing people. Court dockets are public information.. if you do the digging.. it's there.

20

Search

### Relevant people

**The Wrestling Room...** @MrPatMineo Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸 *wrestling content (join 90k others in my forum)

**Logic is Dead** @ISlingLogic Follow
Think for yourself

### What's happening

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads Info · More ··· © 2026 X Corp.

Search

**Relevant people**

**The Wrestling Room...**
@MrPatMineo
Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸 *wrestling content (join 90k others in my forum)

**Logic is Dead**
@ISlingLogic
Follow
Think for yourself

**What's happening**

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads Info · More ··· © 2026 X Corp.

Post

**Midwest Wrestle W...**
@midwestwwe

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Post

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024
Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their
Show more
5 13 145 38K

**Logic is Dead**
@ISlingLogic

Why isn't USA Wrestling doing anything ?

10:50 AM · Jan 3, 2024 · **369** Views

1

Post your reply
Reply

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024
People knew for a while and treaded so lightly... Everyone is scared to get sued, because of that person's sxl orientation. (Which isn't the issue)
1 3 372

Search

## Relevant people

**Logic is Dead** @ISlingLogic Follow
Think for yourself

**The Wrestling Room...** @MrPatMineo Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸🤼 *wrestling content (join 90k others in my forum)

## What's happening

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads Info · More ··· © 2026 X Corp.

**Midwest Wrestle W...**
@midwestwwe

Search

## Relevant people

**Logic is Dead**
@ISlingLogic
Follow
Think for yourself

**The Wrestling Room...**
@MrPatMineo
Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸 *wrestling content (join 90k others in my forum)

## What's happening

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads Info · More ··· © 2026 X Corp.

Post

**Midwest Wrestle W...**
@midwestwwe

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Midwest Wrestle W... @midwestwwe

Post

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024
Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their
Show more
5 13 145 38K

**Logic is Dead** @ISlingLogic · Jan 3, 2024
Why isn't USA Wrestling doing anything ?
1 370

**The Wrestling Room (Pat Mineo)** @MrPatMineo · Jan 3, 2024
People knew for a while and treaded so lightly... Everyone is scared to get sued, because of that person's sxl orientation. (Which isn't the issue)
1 3 373

**Jessie**
@BonitaBlogs

He also has a history of suing people. Court dockets are public information.. if you do the digging.. it's there.

1:44 AM · Jan 5, 2024 · **22** Views

Post your reply
Reply

Search

## Relevant people

**Jessie** @BonitaBlogs Follow

**The Wrestling Room...** @MrPatMineo Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸 *wrestling content (join 90k others in my forum)

**Logic is Dead** @ISlingLogic Follow
Think for yourself

## What's happening

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads Info · More ··· © 2026 X Corp.

Search

## Relevant people

**Jessie**
@BonitaBlogs
Follow

**The Wrestling Room...**
@MrPatMineo
Follow
Friendly Founder of #TheWrestlingRoom 🇺🇸 *wrestling content (join 90k others in my forum)

**Logic is Dead**
@ISlingLogic
Follow
Think for yourself

## What's happening

Trending in Germany
**Volksverhetzung**

Trending in Germany
**Terroranschlag**

Trending in Germany
**#Flydubai**

Trending in Germany
**Künstler**

Show more

Terms · Privacy · Cookies · Accessibility · Ads Info · More ··· © 2026 X Corp.

**Midwest Wrestle W...**
@midwestwwe

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Hmm...this page doesn't exist. Try searching for something else.

Search

Midwest Wrestle W...
@midwestwwe

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

Hmm...this page doesn't exist. Try searching for something else.

Search

Midwest Wrestle W...
@midwestwwe

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

Hmm...this page doesn't exist. Try searching for something else.

Search

Midwest Wrestle W...
@midwestwwe