# EXHIBIT J

*to the Declaration of Nima Gharavi*

YouTube privacy notice of January 1, 2024 (GHARAVI 370)

## Nima Gharavi

**From:** YouTube Support Team <privacy+0aaubgvr6ic5w02@support.youtube.com>
**Sent:** Monday, January 1, 2024 5:50 PM
**To:** Nima Gharavi
**Subject:** Re: Case Subject

Hi Midwest Wrestle,

This is to notify you that we have received a privacy complaint from an individual regarding your content:

-----------------------------------------------------------

https://www.youtube.com/watch?v=HNnl5TWKHCw

The information reported as violating privacy is at 0_00-5_37

Please note that the violation may also occur in the title, video description, channel image or background.

-----------------------------------------------------------

We would like to give you an opportunity to remove or edit the private information that might be present within the content reported. This notification informs you that another user has raised a privacy concern about your content, however, **it will not automatically result in your video(s) being restricted, and no associated penalty has been applied to your video at this time**. We would like to give you an opportunity to remove or edit the private information that might be present within the content reported. After 48 hours of this notice, we will review the complaint for violations of our Privacy Guidelines and consider restricting the content.

Please note that you may not need to remove the content entirely in order to resolve the issue. YouTube offers a Custom Blurring tool, which allows you to blur anything in your video, including individuals or information. For more information on the blurring feature, visit this Help Center article. Please also check the title, description, video tags, channel image or background for relevant personal information. YouTube offers metadata editing tools which you can access by going to My Videos and clicking the Edit button on the reported video.

We're committed to protecting our users, and we hope you understand the importance of respecting others' privacy. When uploading videos in the future, please remember not to post someone’s personal information without their consent. For more information, please review our Privacy Guidelines.

Sincerely,

The YouTube Legal Support Team