# EXHIBIT 3

Plaintiffs' First Set of Requests to Admit Patrick Mineo
(served November 26, 2024)
and Mineo's responses (December 2024 and April 23, 2025)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALLS OFFICIALS, INC., an Illinois corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>FLOSPORTS, INC., a Texas corporation, CHRISTIAN PYLES, an individual, JESSICA PRESLEY, an individual, MATSCOUTS, LLC, a Pennsylvania corporation, WILLIE SAYLOR, an individual, ALLYSON SCHWAB, an individual, PATRICK MINEO, an individual, JON KOZAK, an individual, SKRAMBLE WRESTLING GEAR LLC, a New Jersey limited liability company, STPEHEN KOLANKOWSKI, an individual, and JOHN DOES 1-25<br><br>*Defendants.* | Case No. 1:24-cv-1969<br><br>Steven C. Seeger, U.S.D.J.<br><br>Beth W. Jantz, U.S.M.J. |

**PLAINTIFFS' FIRST SET OF**
**REQUESTS TO ADMIT TO DEFENDANT PATRICK MINEO**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiffs NIMA GHARAVI and RIGHT CALLS OFFICIALS, INC., propound the following requests to admit to Defendant PATRICK MINEO. (the "Requests," and each one individually, a "Request") to be answered in within thirty (30) days and in accordance with all applicable Federal Rules of Civil Procedure.

**WARNING: IF YOU FAIL TO SERVE THE RESPONSE REQUIRED BY FEDERAL RULE CIVIL PROCEDURE 36 WITHIN 30 DAYS AFTER YOU HAVE BEEN SERVED WITH THIS DOCUMENT, ALL FACTS SET FORTH HEREIN IN THIS REQUEST WILL BE DEEMED TRUE AND ALL DOCUMENTS DESCRIBED IN THIS REQUEST WILL BE DEEMED GENUINE.**

## DEFINTIONS

A. The uniform definitions, instructions, and rules of construction set forth in the Federal Rules of Civil Procedure are incorporated by reference as if fully set forth herein.

B. The following definitions shall apply to the individual Interrogatories as well as the Definitions and Instructions herein.

C. "Action" means the above-captioned litigation titled *Gharavi et al. v. FloSports et al.* (Case No. 1:24-cv-1969) presently pending in the Northern District of Illinois.

D. "Plaintiffs," or any pronoun referring to Plaintiffs, means Plaintiff Nima Gharavi and Plaintiff Right Call Officials, Inc., including any of its current or former predecessors, successors, assigns, parents, subsidiaries, managers, partners, directors, shareholders, employees, employers, officers, agents, principals, officials, representatives, associates, consultants, attorneys, advisors, accountants, and all persons and entities acting or purporting to act on its behalf.

E. As used herein, the terms "you," your," or "Patrick Mineo" means Defendant Patrick Mineo.

F. All other terms shall be defined by the common or dictionary meaning that would lead to the broadest and most comprehensive response, unless otherwise stated.

## INSTRUCTIONS

A. With respect to any information withheld on a claim of attorney/client or attorney work product privilege, provide a statement signed by an attorney representing Defendant setting forth the date and subject matter of the information withheld, as well as the grounds on which the claim of privilege is based.

B. Plaintiffs reserve the right to serve further requests.

## REQUESTS TO ADMIT

1. Admit that you are a moderator of the Facebook Group "The Wrestling Room" (hereinafter "The Wrestling Room").

2. Admit that The Wrestling Room has discussed Plaintiffs (whether directly or indirectly).

3. Admit that the Wrestling Room had over 40,000 members as of January 1, 2024.

4. Admit that the following is a true and accurate copy of a post made by you on X on

January 1, 2024:

**The Wrestling Room (Pat Mineo)**
@MrPatMineo

Hes framing up these videos and then pushing them out to evil places resulting in millions of views… There's serious red flags. He has to be banished from the sport! Sickening.

2:23 AM · Jan 1, 2024 · **6,206** Views

**1** Repost **25** Likes

5. Admit that your statements in Request 4 are in reference to Nima Gharavi.

6. Admit that you did not verify the veracity of the statements contained within Request 4 before posting them on social media.

7. Admit that the following is a true and accurate copy of a post made by you on X on January 1, 2024:

**The Wrestling Room (Pat Mineo)**
@MrPatMineo

Yeah.... @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of wrestling and any tournament, practice room, school and children in general. You know what you are doing and the fact that you are allegedly a certified referee in Iowa is scary. You need to be investigated by authorities... ASAP!

**Michael Boyd** @MichaelBoyd174 · Jan 1
Kyle Dake vs David Taylor has 653k views. Look at the millions of views on these matches and then look at the thumbnails.

This is not okay and something should be done about this. He's got an Iowa high school state association patch on in his reffing uniform. ... Show more




2:09 AM · Jan 1, 2024 from Pennsylvania, USA · **214K** Views

8. Admit that you did not verify the veracity of the statements contained within Request 7 before posting them on social media.

9. Admit that the following is a true and accurate copy of a post made by you on X on January 1, 2024:

**The Wrestling Room (Pat Mineo)**
@MrPatMineo

He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil...

2:10 AM · Jan 1, 2024 · **14.1K** Views

10. Admit that your statements in Request 9 are in reference to Nima Gharavi.

11. Admit that you did not verify the veracity of the statements contained within Request 9 before posting them on social media.

12. Admit that the following is a true and accurate copy of a post made by you in the Wrestling Room on January 1, 2024:


Pat Mineo
Admin Top Contributor · January 1 at 10:24 AM ·

Wrestling community:

If you have children in the sport- especially in the Midwest area- go to @Midwest_Wrestle's YouTube channel and search their name. If there are any video's of them, try to get them removed from this sick person's channel ASAP... Contact everyone.

There is something very wicked at work... The provocative thumbnails, the suggestive angles, the ultra HD camera w/ subtle zooms + the millions of views (on a schoolboy level match?) and sickening comments included. These videos are def being pedaled somewhere, something is very off- we have to take action. This is a very serious matter at hand!

The IHSA must also look into revoking this person's referee license. He cannot be allowed in a gym...on a mat...next to these kids. No more, it ends in 2024.

13. Admit that you did not verify the veracity of the statements contained within Request 12 before posting them on social media.

14. Admit that the following are true and accurate copies of a series of posts made by you in the Wrestling Room in January 2024:

**Pat Mineo** Author Admin +1

His most popular videos are luring other sick people, all it takes is one look and 30 seconds of watching to understand what's going on and how views are through roof...

I have never seen wrestling matches recorded in this manner.



[redacted]

2d Like Reply Edited — 6

**Pat Mineo** Author Admin +1



2d Like Reply — 3

[redacted] Reply to Pat Mineo...

**Pat Mineo** Author Admin +1

His face on the YouTube channel thumbnail even sets off some sort of inner alarm...

2d Like Reply — 6

**Pat Mineo** Author Admin +1

Apparently he has been approached many times and lawyered up. And is getting away with this because of lack of proof...

2d Like Reply



Pat Mineo Author Admin +1

**Joe Asterino** he is trying to wipe stuff as we speak because it's been a hot topic last few weeks on twitter and he was kicked out of midlands. So you not see every thumbnail is specifically picked of a private part and suggestive photo on his most popular videos ?

2d Like Reply 7



Pat Mineo Author Admin +1

**Joe Asterino** this is certainly not ordinary. It's just tip of iceberg with him as well. He's been reported and lawyered up many times.

2d Like Reply



Pat Mineo Author Admin +1

**Chris Morrison** yep and bots aside he is thumb nailing suggestive photos of private snd zooming in during matches

2d Like Reply



Pat Mineo Author Admin +1

**Alex Yntriago** umm???



2d Like Reply

**Pat Mineo** Author Admin +1
**Wendy R Manos-Debnar** you don't think this is perverted to upload the videos to pornographic sites ?




1d Like Reply

**Pat Mineo** Author Admin +1
He has now been going back and altering thumbnails but the most popular videos still remain

2d Like Reply

**Pat Mineo** Author Admin +1
He was kicked out of midlands this past weekend..

8

2d Like Reply

**Pat Mineo** Author Admin +1
His IG is riddled with creeps and once again/ he used suggestive photos of a certain kind. I blocked out the part of photo he's trying to emphasize... Sickening!




2d Like Reply Edited

**Pat Mineo** Author Admin +1
Over the last week since publicity on him ramped up he has altered some thumbnails and deleted hundreds of comments but many are still lingering and there. Screenshots have been taken.

2d Like Reply

**Pat Mineo** Author Admin +1
Proof that his top viewed videos are on some of these vile websites:

[redacted]
Duration: 3 minutes 50 seconds View: 208.6K times ✓ Published: 01-Jan-1970. Play Audio: Your browser does not support the audio tag.
MyPornVid.fun
[redacted]
Duration: 3 minutes 50 seconds View: 202.2K times. Play Audio: Your browser does not support the audio tag Please download the audio.

2d Like Reply

**Pat Mineo** Author Admin +1
**Alex Yntriago** ummm and considering he's posting them in chat rooms and porn sites ? Yeah ...

[redacted]
Duration: 3 minutes 50 seconds View: 208.6K times ✓ Published: 01-Jan-1970. Play Audio: Your browser does not support the audio tag.
MyPornVid.fun
[redacted]
Duration: 3 minutes 50 seconds View: 202.2K times. Play Audio: Your browser does not support the audio tag Please download the audio.

2d Like Reply

**Pat Mineo** Author Admin +1

> **MatScouts** @MatScouts1
>
> Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday.
>
> > **Christian Pyles** @CPyles8 · 2d
> > Huge problem.
> >
> > We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.
>
> 2:05 PM · 12/30/23 from Earth · **121K** Views

2d Like Reply

**Pat Mineo** Author Admin +1
The FBI will be handling this matter moving forward.
17
1d Like Reply







15. Admit that your statements in Request 14 are in reference to Nima Gharavi.

16. Admit that you did not verify the veracity of the statements contained within Request 14 before posting them on social media.

17. Admit that the following is a true and accurate copy of a post made by you on X on January 3, 2024:


The Wrestling Room (Pat Mineo)
@MrPatMineo

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. Be aware of potential “grooming”...

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered “legal”. Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

3:49 PM · Jan 3, 2024 from Pennsylvania, USA · **36.5K** Views

18. Admit that your statements in Request 17 are in reference to Nima Gharavi.

19. Admit that you did not verify the veracity of the statements contained within Request 17 before posting them on social media.

20. Admit that the following is a true and accurate copy of a post made by you in the Wrestling Room on January 3, 2024:


Pat Mineo
Admin Top Contributor · 4h ·

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. It is so important! Be aware of potential "grooming"... See the signs!

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

63 4 comments

21. Admit that your statements in Request 20 are in reference to Nima Gharavi.

22. Admit that you did not verify the veracity of the statements contained within Request 20 before posting them on social media.

23. Admit that you posted about this Action in the Wrestling Room.

24. Admit that the following is a true and accurate copy of a post made by you on X on January 3, 2024:


Logic is Dead @ISlingLogic · 4h
Why isn't USA Wrestling doing anything ?
1 202

The Wrestling Room (Pat Mineo) @MrPatMineo · 4h
People knew for a while and treaded so lightly... Everyone is scared to get sued, because of that person's sxl orientation. (Which isn't the issue)
2 202

25. Admit that your statements in Request 24 are in reference to Nima Gharavi.

26. Admit that you did not verify the veracity of the statements contained within Request 24 before posting them on social media.

27. Admit that you never personally observed any of Plaintiffs' videos on a pornographic website.

28. Admit that you possess no evidence of Plaintiffs hosting their videos on a pornographic website.

**SPECIAL INTERROGATORY**

1. If your answer to any of the preceding Requests for Admission is anything other than an unqualified admission, please state in detail the factual basis upon which you have failed, denied, or refused to admit the above request(s).

Dated: November 26, 2024

*/s/ Nicole O'Toole Peterson*
Jeffrey S. Becker (jbecker@smbtrials.com)
Nicole O. Peterson (npeterson@smbtrials.com)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document has been served upon Defendant Patrick Mineo and all counsel of record via electronic mail on November 26, 2024.

By: */s/ Nicole O'Toole Peterson*
Nicole O'Toole Peterson

**IN THE UNITED STATES DISTRICTCOURT FOR
THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALLS OFFICIALS, INC., an Illinois corporation,<br><br>*Plaintiffs,* | Case No. 1:24-cv-1969 |
| v | |
| FLOSPORTS, INC., a Texas corporation, CHRISTIAN PYLES, an individual, JESSICA PRESLEY, an individual, MATSCOUTS, LLC, a Pennsylvania corporation, WILLIE SAYLOR, an individual, ALLYSON SCHWAB, an individual, PATRICK MINEO, an individual, JON KOZAK, an individual, SKRAMBLE WRESTLING GEAR LLC, a New Jersey limited liability company, STPEHEN KOLANKOWSKI, an individual, and JOHN DOES 1-25<br><br>*Defendants.* | Steven C. Seeger, U.S.D.J.<br><br>Beth W. Jantz, U.S.M.J. |

DEFENDANT PATRICK MINEO'S RESPOINSE TO PLAINTIFF'S FIRST REQUEST TO ADMIT

Defendant Patrick Mineo hereby responds to Plaintiff's First Request to Admit as follows:

1. Admit that you are a moderator of the Facebook Group "The Wrestling Room" (hereinafter "The Wrestling Room").

Response: Admit.

2. Admit that The Wrestling Room has discussed Plaintiffs (whether directly or indirectly).

Response: Deny.

3. Admit that the Wrestling Room had over 40,000 members as of January 1, 2024.

Response: Admit.

4. Admit that the following is a true and accurate copy of a post made by you on X on January 1, 2024.

Response: Admit.

5. Admit that your statements in Request 4 are in reference to Nima Gharavi.

Response: Admit.

6. Admit that you did not verify the veracity of the statements contained within Request 4 before posting them on social media.

Response: Deny.

7. Admit that the following is a true and accurate copy of a post made by you on X on January 1, 2024:

Response: Defendant Mineo can neither admit or deny.

8. Admit that you did not verify the veracity of the statements contained within Request 7 before posting them on social media.

Response: Defendant Mineo can neither admit or deny.

9. Admit that the following is a true and accurate copy of a post made by you on X on January 1, 2024:

Response: Admit.

10. Admit that your statements in Request 9 are in reference to Nima Gharavi.

Response: Admit.

11. Admit that you did not verify the veracity of the statements contained within Request 9 before posting them on social media.

Response: Deny.

12. Admit that the following is a true and accurate copy of a post made by you in the Wrestling Room on January I, 2024:

Response: Admit.

13. Admit that you did not verify the veracity of the statements contained within Request 12 before posting them on social media.

Response: Deny.

14. Admit that the following are true and accurate copies of a series of posts made by you in the Wrestling Room in January 2024

Response: Admit

15. Admit that your statements in Request 14 are in reference to Nima

Response: Admit

16. Admit that you did not verify the veracity of the statements contained within Request 14 before posting them on social media.

Response: Deny.

17. Admit that the following is a true and accurate copy of a post made by you on X on January 3, 2024

Response: Admit.

18. Admit that your statements in Request 17 are in reference to Nima Gharavi.

Response: Admit.

19. Admit that you did not verify the veracity of the statements contained within Request 17 before posting them on social media.

Response: Deny.

20. Admit that the following is a true and accurate copy of a post made by you in the Wrestling Room on January 3, 2024:

Response: Admit

Patrick J. Minso

**IN THE UNITED STATES DISTRICTCOURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

NIMA GHARAVI, an individual, and RIGHT CALLS OFFICIALS, INC., an Illinois

corporation,

*Plaintiffs,*

Case No. 1:24-cv-1969

v

FLOSPORTS, INC., a Texas corporation, CHRISTIAN PYLES, an individual, JESSICA PRESLEY, an individual, MATSCOUTS, LLC, a Pennsylvania corporation, WILLIE SAYLOR, an individual, ALLYSON SCHWAB, an individual, PATRICK MINEO, an individual, JON KOZAK, an individual, SKRAMBLE WRESTLING GEAR LLC, a New Jersey limited liability company, STPEHEN KOLANKOWSKI, an individual, and JOHN DOES 1-25

Steven C. Seeger, U.S.D.J.

Beth W. Jantz, U.S.M.J.

*Defendants.*

**DEFENDANT PATRICK MINEO'S RESPOINSE TO PLAINTIFF'S**

FIRST REQUEST TO ADMIT

Defendant Patrick Mineo hereby responds to Plaintiff's First Request to Admit (21-28) as follows:

21. Admit that your statements in Request 20 are in reference to Nima Gharavi.

Response: Deny

---

22. Admit that you did not verify the veracity of the statements contained within Request 20 before posting them on social media.

Response: Defendant cannot admit nor deny.

. . .

23. Admit that you posted about this Action in the Wrestling Room.

Response: Admit

24. Admit that the following is a true and accurate copy of a post made by you on X on January 3, 2024:

Response: Admit.

25. Admit that your statements in Request 24 are in reference to Nima Gharavi.

Response: Admit.

26. Admit that you did not verify the veracity of the statements contained within request 24 before posting them on social media.

Response: Deny.

27. Admit that you never personally observed any of Plaintiffs' videos on a pornographic website.

Response: Defendant cannot admit or deny.

28. Admit that you possess no evidence of Plaintiffs hosting their videos on a pornographic website.

Response: Defendant cannot admit or deny.

## SPECIAL INTERROGATORY

1. If your answer to any of the preceding Requests for Admission is anything other than an unqualified admission, please state in detail the factual basis upon which you have failed, denied, or refused to admit the above request(s).

Response: I, defendant Mineo, object to special interrogatory as improper.

Dated: April 23, 2025

*/s/ Patrick Mineo*

Patrick Mineo, Pro Se

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above document has been served upon Counsel of Record via electronic mail on April 23, 2025.