# EXHIBIT 4

Mineo's Answers to Plaintiffs' First Set of Interrogatories (May 30, 2025)
and Supplemental Answers (September 2, 2026)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISATRICT OF ILLINOIS,**

**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALLS OFFICIALS, INC., an Illinois Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLO SPORTS, INC, et al.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>Steven C. Seeger, U.S.D.J.<br><br>Beth W. Jantz, U.S.M.J. |

# DEFENDANT PATRICK MINEO's RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

To: Nicole 0. Peterson (npetersonAsmbtrials.com)

SWANSON, MARTIN & BELL, LLP

330 N. Wabash, Suite 3300

Chicago, Illinois 60611

Pursuant to Fed. R. Civ. P. 33, Defendant Patrick Mineo hereby responds to Plaintiff's First Set of Interrogatories as follows:

Dated: May 30, 2025

Respectfully Submitted

By: *_/s/ Patrick Mineo_*

1343 Adams S.

Northampton , PA 18067

Phone: (484) 862-7732

**GENERAL OBJECTIONS**

The purpose of these General Objections is to avoid restating them in their entirety in response to each interrogatory. Defendant reserves the right to assert additional objections or supplemental responses as its future investigation and discovery may reveal. Thus, Defendant states the following General Objections to the following interrogatories:

A. Defendant shall respond to interrogatories as required by the Federal Rules of Civil Procedure and objects to any instruction or definition that are intended to expand the scope thereof.

B. To the extent interrogatories and document requests contain information that is privileged under the law, such information shall not be provided except as required under the Federal Rules of Civil Procedure. To the extent that any privileged information is inadvertently provided, disclosure shall not be construed as a waiver of such privilege.

C. Discovery that is harassing or unduly burdensome shall not be produced. For example, Defendant objects to any interrogatory that calls for information to which other parties have the same access as does the Defendant.

D. Defendant objects to requests for production of any documents that are overly broad or not relevant to the subject matter involved in the pending action or not reasonably calculated to lead to the discovery of admissible evidence.

E. Defendant objects to any discovery sought which shall cause undue burden or expense.

F. Defendant by providing responses to these discovery requests does not waive or intent to waive, but rather intends to preserve and does preserve:

    i. All objections as to confidentiality, relevance, materiality and admissibility.

    ii. All rights to object on any ground as to the use of any responses herein in any subsequent proceedings, including the trial of this or any other action.

    iii. All objections as to vagueness, broadness and ambiguity; and

iv. All rights to object on any ground to any further discovery requests in this action.

These General Objections are incorporated into each and every response to the individual Interrogatories as if fully stated therein. These responses to the individual requests are provided subject to and without waiver of the foregoing General Objections and any other objections thereto.

## INTERROGATORIES

1. Identify each person answering or assisting in answering these interrogatories.

**ANSWER: Patrick Mineo, (1343 Adams St, Northampton PA 18067).**

2. Identify each person with actual knowledge or who may have any knowledge concerning any of the allegations in the Complaint, which concern the substantive merits of Plaintiffs' claims against you and/or your defenses to such claims. For each person identified, state what information each person may possess.

**ANSWER: Objection. The interrogatory is overly broad, unduly burdensome. There is no way for me to identify all the people who may have knowledge, as thousands of posts by hundreds of users have been made about Plaintiff's videos on the internet. I am, however, aware of all parties to this lawsuit, any parties in the answers to these questions or that show in the provided discovery documents.**

3. Identify each person who has made any Communication to you concerning or related to any of the allegations in the Complaint, which concern the substantive merits of Plaintiffs' claims against you and/or your defenses to such claims.

**ANSWER: See Answer to #2 and refer to discovery documents.**

4. Identify all Communications between you and any third party during which Plaintiffs' wrestling videos were discussed.

**ANSWER: See discovery documents which show contact with Jennifer Ritacco who reported Plaintiff to FBI. I was also contacted by Deanna Moore about disturbing tips being left for Plaintiff, a concerned parent whose sons were both prominent division 1 wrestlers.**

5. Identify all Communications between you and any third party during which Nima Gharavi was discussed.

**ANSWER: See answer #4, communications are in discovery documents.**

6. Describe in detail the factual basis for the following statements in your social media posts:

(a) Mr. Gharavi frames his videos and pushes them out to evil places resulting in millions of views;

**ANSWER: The thumbnails on some the most viewed videos are clearly chosen with intent, as many have pointed out (see discovery documents). The most viewed videos had thumbnails focused on a clear private part of minor athletes and are in pedophilia driven chatrooms and pornographic websites. YouTube does not "choose" these on its own by chance. These videos (highlighted by the thumbnails) are being embedded on pornographic websites (see discovery documents). The embed feature, much like the thumbnail- is something customized by the channel owner- it can be turned**

**off, but in this case is left on. Upon information and belief, views resulting from these websites and chatrooms where link is placed are monetized by Plaintiff.**

(b) Mr. Gharavi uses his access to wrestling matches for something very evil;

**ANSWER: Anyone who uses their access to youth wrestling tournaments to record videos of minors that then are embedded on pornographic websites, where each view still amounts to and is used as a means of monetization, as well as anyone who uses images of minors to satisfy his own or others prurient interest, is evil.**

(c) Mr. Gharavi knowingly and intentionally exploits youth wrestlers in his YouTube videos;

**ANSWER: See prior answer above. The embedded feature is turned on for his channel. His willingness to keep his channel and these videos of minors vulnerable to being placed wherever, including pornographic and pedophilia related sites and chatrooms is intentional. It is simple to turn off/deactivate. Upon information and belief, plaintiff is also accepting compensation from adults who have no distinct connection to the wrestling community, at times in foreign currency and have resulted in alarming comments (see discovery documents).).**

(d) Mr. Gharavi uses provocative thumbnails and suggestive angles to increase online viewership;

**ANSWER: It is my opinion, and that of others who first began to point it out this activity before me, that the thumbnails are provocative (see discovery documents). The images displayed on videos are selected by the channel owner, not randomized. The websites these images are portrayed on are increasing viewership and the most viewed vidoes have or have had a thumbnail accenting a private part.**

(e) Mr. Gharavi should not be allowed next to children;

**ANSWER: It is my opinion that anyone who allows the embedded feature to remain on their YouTube channel, knowing the videos of minors are going to perceived pornographic websites and pedophilia dricen chatrooms (and profiting)- should not be allowed near children. This only puts more children at risk of being victimized and portrayed on these websites through the plaintiff's channel.**

(f) Mr. Gharavi is a vile human being who needs to be exiled from the sport of wrestling and any tournament, practice room, school and children in general;

**ANSWER: My opinion based on profiting off videos he recorded and tailored, that are embedded on domestic and foreign pornographic websites.**

(g) There is a community effort to tackle Mr. Gharavi;

**ANSWER: I logged onto the internet at the end of December 2023 and there were dozens of posts about Mr Gharavi's channel (see discovery documents).)- notable community members such as Christian Pyles of Flo and Alyson Schwab (Wife of UNI head coach Doug Schwab) were shelling out warnings for his channel. Jason Bryant who is head of Nation Wrestling Media had tweeted that they sent warnings to all wrestling entities regarding Plaintiff (see discovery documents). NCAA Referee Michael Boyd also spoke up and his post is the first one I interacted on regarding this matter (see discovery documents). He is not part of this lawsuit. Responses on these posts included that the governing body (IHSCA) was already aware (see discovery documents), that he was already removed from Midlands (see discovery documents) and that he "constantly lawyers up" when approached (see discovery documents). NWMA (nation wrestling media association) Jason Bryant also noted that this organization send out warnings to the entire community about allowing his camera at events (see discovery documents). Again, this was all before I even spoke on the matter or knew about the matter. I would consider this a community effort to ensure that children in our sport are safe and free from victimization, and to ensure that the minors on his channel aren't benefiting him through views on these pornographic websites and disturbing chatrooms. This was all happening before I even knew who Plaintiff was or saw his channel. I only found out due to the many posts in the wrestling community that entire week.**

(h) The FBI will be handling this matter moving forward;

**ANSWER: He was reported to the FBI field office by concerned parent Jennifer Ritacco, who received a follow up on the investigation labeling it "warranted". She emailed the details to this court's clerk Mrs. Ramos. (see discovery documents.) According to another user, Plaintiff verbally told them he is being investigated while being approached at a tournament. (see discovery documents).**

(i) Mr. Gharavi is no longer allowed to referee for wresting tournaments;

**ANSWER: Michael Boyd, NCAA referee who I quote tweeted in my very first comment on the matter (which you produced in your own documents), told me that Plaintiff was not going to be refereeing while being investigated.**

(j) Mr. Gharavi was kicked out of three wrestling events;

**ANSWER: I don't recall saying 3 wrestling events, but commented on him being kicked out of midlands wrestling tournament. (see discovery documents)**

(k) Mr. Gharavi has been reported many times;

**ANSWER: He was reported many times by different individuals and organizations, this was addressed in the other answers (see discovery documents).**

(l) The wrestling community was afraid to sue Mr. Gharavi;

**ANSWER: This contention is misinterpreted or misquote. My comment referred to the wrestling community being afraid to get sued by Mr Gharavi, who is known to be litigious and has filed lawsuits with several pending . This was first stated by Flo's Christian Pyles (see discovery documents).**

(m) Mr. Gharavi is very disturbing;

**ANSWER: In my opinion, it is disturbing to profit off videos of minors that are embedded on pornographic websites.**

(n) Mr. Gharavi is a pervert; and

**ANSWER: In my opinion, it is perverted to profit off videos of minors that are on websites perceived as pornographic, and is by definition pedophilia.**

(o) Mr. Gharavi is 'creep.

**ANSWER: In my opinion, it is creepy to profit off videos of minors that are on websites perceived as pornographic.**

7. For each of the statements listed in Interrogatory 6, state what affirmative steps you took to confirm, validate and verify the allegations made therein.

**ANSWER: I saw his thumbnails. I saw his video url's embedded on pornographic websites. I saw all the social media posts concerning his videos by trusted members of the wrestling community, I saw that Plaintiff was already reported to authorities and governing bodies in the wrestling community and already removed from several events or organizations due to the videos and their trail to pornographic websites. (see discovery documents).**

8. Please describe in detail all ways in which you have earned any income or revenue in the last five (5) years. A complete answer will include all employers and job titles held by you in the last five (5) years as well as any ancillary income earned by you from people or entities outside of your employer.

**ANSWER: Objection. The interrogatory is overly broad, unduly burdensome, and not likely to lead to relevant admissible evidence. Notwithstanding the objection, no financial renumeration is received for acting as Administrator of the Facebook page known as "The Wrestling Room".**

9. Identify all social media accounts you have or had from January 1, 2023 to the present, including the use names associated with each account, the name of the social media

platform for each account, and whether each account is still active. If an account is no longer active, state the date and reason for deactivation.

**ANSWER:**

Facebook- Pat Mineo, X- MrPatMineo, Instagram- MrPatMineo , My username in rivals.com and the Intermat.com forums is PatMineo22.

**CERTIFICATION**

I hereby certify that the foregoing answers to interrogatories are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: May 30, 2025

BY: *Patrick Mineo*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and<br>RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK MINEO,<br><br>Defendant. | Case No. 1:24-cv-01969<br><br>Hon. Steven C. Seeger<br><br>Magistrate Judge<br>Beth W. Jantz |

**DEFENDANT PATRICK MINEO'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION PURSUANT TO DKT. 180**

Defendant Patrick Mineo, proceeding pro se, serves these supplemental discovery responses pursuant to the Court's August 4, 2026 Order (Dkt. 180). These responses are limited to Interrogatories Nos. 3-5 and Requests for Production Nos. 1-3 and 7-8, as directed by the Court.

These responses supplement, and do not replace, Defendant's prior responses and productions. Defendant incorporates those prior responses and productions and does not reproduce documents previously produced. Pursuant to Dkt. 180, Defendant conducted an additional reasonable search of electronic accounts to which he presently has access for responsive information. Except for the Joseph Corsini conversation produced with these responses as MINEO-SUPP-001 through MINEO-SUPP-004, that additional search located no additional responsive material.

**SUPPLEMENTAL RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 3:** Identify each person who has made any Communication to you concerning or related to any of the allegations in the Complaint, which concern the substantive merits of Plaintiffs' claims against you and/or your defenses to such claims.

**SUPPLEMENTAL RESPONSE:** Defendant incorporates his prior response and supplements it as follows. Based on Defendant's prior responses and productions and the additional search conducted pursuant to Dkt. 180, Defendant identifies the following persons whose communications are responsive:

**Jennifer Ritacco -** communicated with Defendant concerning Plaintiff Nima Gharavi, Plaintiffs' wrestling videos, concerns regarding those videos, and Ms. Ritacco's report of the matter to law enforcement. Responsive communications and Ms. Ritacco's letter were previously produced. The additional search located no additional responsive communication concerning transmission of the previously produced Ritacco letter.

**Deanna Moore -** contacted Defendant concerning Plaintiffs' wrestling videos and tips/comments associated with the videos. Defendant previously produced the complete responsive Moore exchange located by Defendant. The additional search located no additional responsive communications with Ms. Moore.

**Michael Boyd -** an NCAA referee previously identified in Defendant's interrogatory responses and production concerning Plaintiff, Plaintiff's wrestling videos, and Plaintiff's refereeing status. Defendant located no additional responsive Boyd material in the additional search.

**Joseph Corsini -** a former defendant who contacted Defendant concerning the litigation, Plaintiff Nima Gharavi, and related matters. Defendant produces the complete responsive Corsini-Mineo conversation as MINEO-SUPP-001 through MINEO-SUPP-004.

Defendant does not identify a person merely because Defendant viewed that person's public social-media post, absent a responsive communication to or between Defendant and that person. The additional search located no

other responsive communications beyond those previously produced and the Corsini conversation produced here.

**INTERROGATORY NO. 4:** Identify all Communications between you and any third party during which Plaintiffs' wrestling videos were discussed.

**SUPPLEMENTAL RESPONSE:** Defendant incorporates his prior response and supplements it as follows. Responsive communications include the previously produced communications with Jennifer Ritacco and Deanna Moore; previously produced public social-media interaction involving Michael Boyd concerning Plaintiff's wrestling videos; and the Corsini conversation produced as MINEO-SUPP-001 through MINEO-SUPP-004 to the extent that conversation concerns Plaintiffs' videos and related allegations. The additional search located no additional responsive communications.

For clarity, the reference in the previously produced Ritacco materials to a federal agent reflects Ms. Ritacco reporting her own contact with a federal agent. Defendant did not personally communicate with that agent.

**INTERROGATORY NO. 5:** Identify all Communications between you and any third party during which Nima Gharavi was discussed.

**SUPPLEMENTAL RESPONSE:** Defendant incorporates his prior response and supplements it as follows. Responsive communications include the previously produced communications with Jennifer Ritacco and Deanna Moore; the previously identified communication involving Michael Boyd concerning Plaintiff and Plaintiff's refereeing status; and the complete Corsini-Mineo conversation produced as MINEO-SUPP-001 through MINEO-SUPP-004. The additional search located no additional responsive communications.

**SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:** All Documents and Communications in Your possession including but not limited to those electronically stored that concern, reference, discuss, mention, or contain information about Plaintiffs' wrestling videos.

**SUPPLEMENTAL RESPONSE:** Defendant incorporates his prior response and productions. Defendant produces the complete Corsini-Mineo conversation as MINEO-SUPP-001 through MINEO-SUPP-004. Responsive materials previously produced are incorporated and are not duplicated. The additional search required by Dkt. 180 located no other responsive material.

**REQUEST FOR PRODUCTION NO. 2:** All Documents and Communications in Your possession including but not limited to those electronically stored that concern, reference, discuss, mention, or contain information about Nima Gharavi.

**SUPPLEMENTAL RESPONSE:** Defendant incorporates his prior response and productions. Defendant produces the complete Corsini-Mineo conversation as MINEO-SUPP-001 through MINEO-SUPP-004. Responsive materials previously produced are incorporated and are not duplicated. The additional search required by Dkt. 180 located no other responsive material.

**REQUEST FOR PRODUCTION NO. 3:** All Documents and Communications between you and any third parties, including but not limited to any member of the media or wrestling authority and/or wrestling leadership, in any manner regarding Plaintiffs.

**SUPPLEMENTAL RESPONSE:** Defendant incorporates his prior response and productions. Defendant produces the complete Corsini-Mineo conversation as MINEO-SUPP-001 through MINEO-SUPP-004. Responsive third-party communications previously produced, including the Ritacco and Moore material and responsive public social-media material, are incorporated and are not duplicated. The additional search required by Dkt. 180 located no other responsive material.

**Clarification concerning previously produced materials:**

1. The foreign-language materials previously produced were publicly available website content concerning Plaintiffs or Plaintiffs' videos that Defendant used Google Translate to understand or identify. They were not communications between Defendant and persons associated with those foreign-language websites.

2. Defendant's reference in the Corsini conversation to having seen "files" and "exchanges" involving former Defendant Flo referred to materials concerning Flo contained in the litigation record and discovery materials, including Plaintiffs' filings and materials produced in this litigation. Defendant was not referring to a separate collection of unproduced Flo documents.

**REQUEST FOR PRODUCTION NO. 7:** All posts, comments, photographs, videos, or other content published, shared, liked or commented on by any of your social media accounts that concern, reference or discuss Plaintiffs, in any manner.

**SUPPLEMENTAL RESPONSE:** Defendant incorporates his prior response and productions, including his prior supplemental production of responsive social-media posts and comments. Those previously produced materials are not duplicated here. Pursuant to Dkt. 180, Defendant conducted an additional search of electronic accounts to which he presently has access for responsive public, private, and restricted content. The additional search located no additional responsive social-media content. To the extent a previously produced retained screenshot does not display additional date, time, or surrounding context, the additional search did not locate a fuller accessible version.

**REQUEST FOR PRODUCTION NO. 8:** All posts, comments, photographs, videos, or other content published, shared, liked or commented on by any of your accounts on bulletin boards, message boards, forums, etc. that concern, reference or discuss Plaintiffs, in any manner.

**SUPPLEMENTAL RESPONSE:** Defendant incorporates his prior response and productions, including responsive materials previously produced. Those materials are not duplicated here. Pursuant to Dkt. 180, Defendant conducted an additional search of accounts to which he presently has access for responsive content. The additional search located no additional responsive material. To the extent a previously produced retained screenshot does not display additional date, time, or surrounding context, the additional search did not locate a fuller accessible version.

## SUPPLEMENTAL PRODUCTION

MINEO-SUPP-001 through MINEO-SUPP-004: Complete responsive Joseph Corsini / Patrick Mineo conversation. The four-page conversation is appended to these supplemental responses and produced in full.

## VERIFICATION OF SUPPLEMENTAL INTERROGATORY ANSWERS

I, Patrick Mineo, declare under penalty of perjury that I have reviewed the foregoing supplemental answers to Interrogatories Nos. 3-5 and that, to the best of my knowledge after the additional search described above, the supplemental answers are true and correct.

Dated: September 2, 2026

/s/ Patrick Mineo
Patrick Mineo, Defendant Pro Se

Hi Pat, we don't know each other but we have become embroiled in the same legal dispute in which we were both looking out for the best interest of kids in our sport. Wondering if you had a quick minute to chat at some point about the case. Similar to you, I had also filed a report with thr FBI but I never heard back about my report

Hey Joe. Whole thing is ridiculous and an attempt to silence people. It's absurd and hopefully dropped. I didn't file a report but a concerned mother of a minor female wrestler did and she also emailed the court clerk this info about what she reported 👍

2/20/25, 2:20 PM

Seeing all the files Flo had prior to this and exchanges with him was interesting too

4/10/25, 6:37 PM

Hey Pat - sorry for the late reply. Yes it was very interesting to see those exchanges. To me it put Flo in a more positive light that they were willing to pursue people like this. I hope you are doing well in the case and otherwise. I am still forming my defense. All the best,

Joe

Hey Joe! Yes now that Flo was dismissed off it etc I'm not sure what will happen. It seems like case took a big hit !

Yeah if I had to guess - since they are the "big fish" monetarily speaking - that they may seek to retry the case in Texas where flo is based

This sort of thing still haunts me - the idea that there are people out there. I am a father and I know you are too - so it does boil the blood to hear about these things. 👍

I am a father of 3 girls I agree

So many ppl appreciated the warning and found their kids on that channel

It is deliberate and disgusting. I wasn't dismissed because I tagged him n mentioned Illinois governing body. Sucks but I was detailed because this stuff is really bad . Very wrong.

Also found it odd they told you to not file ur dismissal motion for jurisdiction because they would be "filing something" n it would waste courts time? Interesting . Waiting to see what they are doing

4/10/25, 7:58 PM

not sure exactly. I did a search to see that Gharavi has been involved in several other lawsuits and one is ongoing simultaneous to that against us and Flo. I'm trying to find out more info, but it appears to be a case filed against Tumblr

He's a serial sue artist. Very ridiculous

I guess it matches the saying about a rat backed into a corner...

I know that I won't back down and many others will not either

First thing I thought of , he's on offensive cuz he's a rat and cornered

Sure thing!

5/9/25, 9:28 AM

Hey Joe! Would love to chat about that case sometime this weekend ! I'm hoping you get dismissed, but this guy is relentless in his efforts even after Flo is gone.

Hi Pat - sure would be happy to connect. I'm sure Sunday will be similar for you with Mothers day taking the stage, but open tomorrow and this evening

9/22/25, 11:50 AM

Hey Joe, some interesting things happening lately. I know we never chat but would be happy to this week at some point if works. Somehow this last message went unread but showed read. This thing is truly dragging out...

Hey man. I did see a couple of odd interactions within the recent case activity. Happy to connect. Truly - it is dragging out!

Very odd. I'd love to share the recent coded insults/attacks they made ah me for opposing their motion, so immature. Shows it's a weak case.

Also our convos here are privileged and not subject to discovery! If you catch my drift paison haha none of our messages are/were included. So can keep between us then

Can give u a call this week at some point let me know!

9/24/25, 6:24 PM

Yeah I am still shocked that this hasn't been dismissed and simultaneously disappointed that nothing has actually been done to further investigate the wrongdoings of the referee in question here. I haven't heard back from my FBI report that I filed and was told to essentially kick rocks when I followed up.

I'm happy to connect. I have a thing tomorrow night but otherwise free at nights typically, but based on west coast

There was a mass public concern and discussion on this guy. Even Ones going on behind scenes even before Flo and others first brought it out . He's a perceived public figure in wrestling space or wants to be and this is a public concern. I have some good info . We can connect another night that works in evening your time, that works. Appreciate it!

Sounds good Pat

Have a good one Joe!