# EXHIBIT 5

Mineo's post on X, dated January 3, 2024 ("sinister network")
GHARAVI 2320

Settings

Post

The Wrestling Room (Pat Mineo)
@MrPatMineo

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. Be aware of potential "grooming"...

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

3:49 PM · Jan 3, 2024 from Pennsylvania, USA · **36.5K** Views

**10** Reposts **2** Quotes **152** Likes **4** Bookmarks

4

New to X?
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

The Wrestling Ro
@MrPatMineo
Follow

The Friendly Founder of #TheWrestlingRoom 🇺🇸 (you can join 35K others chatting on our forum below)

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up



GHARAVI 2320

EXHIBIT
10