# EXHIBIT 6

Mineo's post on X, dated January 1, 2024 ("framing up these videos")
GHARAVI 2322

X

Settings

Post

The Wrestling Room (Pat Mineo)
@MrPatMineo

Hes framing up these videos and then pushing them out to evil places resulting in millions of views... There's serious red flags. He has to be banished from the sport! Sickening.

2:23 AM · Jan 1, 2024 · **6,206** Views

**1** Repost **25** Likes

New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**The Wrestling Ro**
@MrPatMineo
Follow

The Friendly Founder of #TheWrestlingRoom 🇺🇸 (you can join 35K others chatting on our forum below)

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

Document title: The Wrestling Room (Pat Mineo) on X: "@JamesTOConnorJr Hes framing up these videos and then pushing them out to evil places resulting in…
Capture URL: https://twitter.com/MrPatMineo/status/1741646258308042824
Capture timestamp (UTC): Thu, 04 Jan 2024 20:06:40 GMT

GHARAVI 2322



EXHIBIT
8