# EXHIBIT 7

Page Vault capture title, “The Wrestling Room (Pat Mineo) on X”
GHARAVI 2324

X

Settings

Post

**The Wrestling Room (Pat Mineo)**
@MrPatMineo

Yeah.... @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of wrestling and any tournament, practice room, school and children in general. You know what you are doing and the fact that you are allegedly a certified referee in Iowa is scary. You need to be investigated by authorities... ASAP!

**Michael Boyd** @MichaelBoyd174 · Jan 1
Kyle Dake vs David Taylor has 653k views. Look at the millions of views on these matches and then look at the thumbnails.

This is not okay and something should be done about this. He's got an Iowa high school state association patch on in his reffing uniform. ...
Show more




2:09 AM · Jan 1, 2024 from Pennsylvania, USA · **214K** Views

**24** Reposts **3** Quotes **221** Likes **23** Bookmarks

23

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**The Wrestling Ro**
@MrPatMineo
Follow
The Friendly Founder of #TheWrestlingRoom 🇺🇸 (you can join 35K others chatting on our forum below)

**Michael Boyd**
@MichaelBoyd174
Follow
In relentless pursuit of my best self.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

Document title: The Wrestling Room (Pat Mineo) on X: "Yeah.... @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of...
Capture URL: https://twitter.com/MrPatMineo/status/1741642778705088941
Capture timestamp (UTC): Thu, 04 Jan 2024 20:08:54 GMT

GHARAVI 2324



EXHIBIT
6