# EXHIBIT 8

Mineo's post on X dated January 1, 2024
("He was kicked out of Midlands…")
GHARAVI 2326

Settings

Post

The Wrestling Room (Pat Mineo)
@MrPatMineo

He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very evil...

2:10 AM · Jan 1, 2024 · **14.1K** Views

**49** Likes **1** Bookmark

1

New to X?
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**The Wrestling Ro**
@MrPatMineo
Follow

The Friendly Founder of #TheWrestlingRoom 🇺🇸 (you can join 35K others chatting on our forum below)

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

Document title: The Wrestling Room (Pat Mineo) on X: "He was kicked out of Midlands- that is not enough. He's using our sport and his access for something very…
Capture URL: https://twitter.com/MrPatMineo/status/1741643106355748872
Capture timestamp (UTC): Thu, 04 Jan 2024 20:09:41 GMT

GHARAVI 2326



EXHIBIT
7