# EXHIBIT 9

Mineo's post in The Wrestling Room, dated January 3, 2024
("It is so important!")
GHARAVI 2331

# The Wrestling Room



Private group · 44.0K members

Discussion Featured Members Media Files

**Pat Mineo**
Admin Top Contributor · 4h ·

Parents, coaches, tournament directors, etc... Be vigilant when it comes to your children and your athletes. Be vigilant as to who you are allowing into events and giving media passes to. Be vigilant as to who is trying to make wrestling content with your kids. Be aware of their online exposure and search regularly to see what is out there. It is so important! Be aware of potential "grooming"... See the signs!

There is a sinister network of people that use our sport for something very bad. The content and context that wrestlers are being presented in, even on platforms as simple as YouTube or TikTok- is appalling. Sadly, some of it is even considered "legal". Many are unaware of just how serious this is. If someone is actively trying to interview or make content with your minor child- this may seem exciting for them and maybe even gives you a sense of pride too, but please do your homework first- stay alert.

Shoutout to all the good media folks in our sport, the ones who do it right.

63 4 comments

Like Comment Send

All comments

**Tristan Jones** Top Contributor
Unfortunately this is a needed post. So many predators out there. Predators use the trusting nature of most people against them and their children. Speak to your children. Educate them on the dangers that exist. Let your children know they can talk... **See more**
4h Like Reply 3

**Jennifer Ritacco**
**Pat Mineo** I'm glad you pointed out the excitement factor...the excitement of feeling like your kid was "noticed" for his/her wrestling ability and a media person with millions of views wants to post your kid. I get it...it feels good to feel noticed, but ... **See more**
3h Like Reply 4

**Michael Skrzenski** Top Contributor
Great post, Pat.
2h Like Reply 2

[redacted] Write a comment...

GHARAVI 2331

EXHIBIT
11