# EXHIBIT 10

Mineo's post in The Wrestling Room, dated January 1, 2024, and comments

GHARAVI 2335–2352

Case: 1:24-cv-01969 Document #: 70-10 Filed: 12/17/24 Page 18 of 36 PageID #:1689

# The Wrestling Room

Private group · 44.0K members

Discussion Featured Members Media Files

**Pat Mineo**
Admin Top Contributor · January 1 at 10:24 AM ·

Wrestling community:

If you have children in the sport- especially in the Midwest area- go to @Midwest_Wrestle's YouTube channel and search their name. If there are any video's of them, try to get them removed from this sick person's channel ASAP... Contact everyone.

There is something very wicked at work... The provocative thumbnails, the suggestive angles, the ultra HD camera w/ subtle zooms + the millions of views (on a schoolboy level match?) and sickening comments included. These videos are def being pedaled somewhere, something is very off- we have to take action. This is a very serious matter at hand!

The IHSA must also look into revoking this person's referee license. He cannot be allowed in a gym...on a mat...next to these kids. No more, it ends in 2024.

[redacted]

YOUTUBE.COM
**Midwest Wrestle - YouTube**
American Folkstyle Wrestling

Ryan Gream and 99 others 148 comments

Like Comment Send

All comments

**Michael Boyd** Top Contributor
Everyone do your part and go report a video of his! 4
2d Like Reply

**Michael Boyd** Top Contributor
It's been alleged (via social media site X/twitter) his videos are linked in kid sites and chat rooms. I have no proof. But it would makes sense how a girl's middle school match gets almost 3 million views 6
2d Like Reply

**Michael Boyd** Top Contributor
This has now been proven and I have the proof to support the claim.

Go get him! 2
2d Like Reply

[redacted] Reply to Michael Boyd...

**Pat Mineo** Author Admin +1
His most popular videos are luring other sick people, all it takes is one look and 30 seconds of watching to understand what's going on and how views are through roof...

I have never seen wrestling matches recorded in this manner.



[redacted]

GHARAVI 2335

EXHIBIT 9

The Wrestling Room

**Pat Mineo** Author Admin +1
His most popular videos are luring other sick people, all it takes is one look and 30 seconds of watching to understand what's going on and how views are through roof...

I have never seen wrestling matches recorded in this manner.



2d Like Reply Edited 6

**Pat Mineo** Author Admin +1




2d Like Reply 3

Reply to Pat Mineo...

**Pat Mineo** Author Admin +1
His face on the YouTube channel thumbnail even sets off some sort of inner alarm...

2d Like Reply 6

**AbdulRabb Shakur Lilabad** Top Contributor
I reported. Hopefully they do thorough background checks and clearances on these people

2d Like Reply Edited 2

**Michael Boyd** Top Contributor
Look at the thumbnails here. Go read the comments by creepy men. Check his followers...red flags everywhere




2d Like Reply

**Deanne Moore** Top Contributor
His Instagram and comments 😤😤😤https://www.instagram.com/midwestwrestle...



INSTAGRAM.COM
Midwest Wrestle (@midwestwrestle) • Instagram photos and videos

GHARAVI 2336

2d Like Reply

**Deanne Moore** Top Contributor
His Instagram and comments 😵😵😵 https://www.instagram.com/midwestwrestle...

INSTAGRAM.COM
Midwest Wrestle (@midwestwrestle) • Instagram photos and videos

2d Like Reply 2

**Michael Skrzenski** Top Contributor
**Deanne Moore** wow...just started reading comments on his captions...how is this allowed? They are 90% comments being made by pedophiles

2d Like Reply 3

[redacted] Reply to Deanne Moore...

**Wendy R Manos-Debnar**
You wouldn't believe the predators that are at all kids sporting events. Taking photos, having access to them and there is nothing you can do but to be present and aware. There are known people who have been arrested and charges dropped that are allo... **See more**

2d Like Reply 6

**Season Martin**
**Wendy R Manos-Debnar** Exactly. Happens all over the country.

And there's always a new generation of victims who either don't know what to look for or don't want to believe this could actually happen. ... **See more**

2d Like Reply

**Wendy R Manos-Debnar**
**Season Martin** I would love to post the guy im talking about. Unfortunately he has a sight where he acts like a wrestling coach, fan who has a whole site devoted to high school kids. He was arrested before but because the kids were traumatized, and wo... **See more**

1d Like Reply

**Don Frazier**
You could always give him a swift kick (you know where) to let him know you know what he is up to.

1d Like Reply

[redacted] Reply to Season Martin...

**Deanne Moore** Top Contributor
**Wendy R Manos-Debnar** but this guy is a wrestling official??!!?

2d Like Reply

**Wendy R Manos-Debnar**
**Deanne Moore** who cares what his title is? Btw proof is different that one persons opinion or interpretation. The bottom line is that these people are everywhere, society platforms suck. There is nothing that can be done, watch your kids, be engaged ... **See more**

1d Like Reply

**Deanne Moore** Top Contributor
**Wendy R Manos-Debnar** my kids are on his page and it pisses me TF off. A vetted, paid official sitting next to the mat zooming on kids genitals, posting videos to porn sites, taking "monetary tips" from viewers. Yes, there are pervs everywhere but we ca... **See more**

1d Like Reply Edited 2

**Lockner** Top Contributor
**Wendy R Manos-Debnar** I care what his title is. An official is a position of some authority over these kids... it definitely makes it even more egregious that it already is- which is an astounding amount. i don't think that nothing can be done... He need... **See more**

1d Like Reply

**Wendy R Manos-Debnar**
**Lockner** you can not convict a person with no proof. You can't sentence a person before they have even been arrested. What proof has been provided. There is this thing called double jeopardy. No one wants these people in any way around at any time. ... **See more**

1d Like Reply

**Wendy R Manos-Debnar**
**Deanne Moore** there is nothing you can do, you sign your kids up.

The Wrestling Room

1d Like Reply

**Wendy R Manos-Debnar**
**Lockner** you can not convict a person with no proof. You can't sentence a person before they have even been arrested. What proof has been provided. There is this thing called double jeopardy. No one wants these people in any way around at any time. ... **See more**

1d Like Reply

**Wendy R Manos-Debnar**
**Deanne Moore** there is nothing you can do, you sign your kids up. Ultimately YOU are responsible for

1d Like Reply

**Lockner** Top Contributor
**Wendy R Manos-Debnar** sheeesh- do you intend to sound like you want all of us to back off? Because that's what you sound like.

I assure you that plenty of dads disagree that 'nothing can be done'. lol.

1d Like Reply

**Deanne Moore** Top Contributor
**Wendy R Manos-Debnar** my kids are in college, I didn't sign them up. What an asinine response.

1d Like Reply

**Wendy R Manos-Debnar**
**Lockner** that is because of your misconstrued interpretation that is completely baseless. Having been through this and the legal system im telling you truth, painful as it is. As you seem to ignore, he has been reported numerous times....

2

1d Like Reply

**Wendy R Manos-Debnar**
**Deanne Moore** that is what the police told me. DO me a favor, if you want to slam me, please read EVERYTHING i posted not what personally offended you. By the way, college makes them adults....which for the original post means that this doesnt apply t... **See more**

1d Like Reply Edited

**Lockner** Top Contributor
**Wendy R Manos-Debnar** lol you really come across like you're on the wrong team- but I think you just have a terrible personality. ✌

1d Like Reply

**Wendy R Manos-Debnar**
**Lockner** nope just a mother who went through this with no justice who tried to explain this to other parents. I understand that because it is such a horrible topic that anything other than a person saying this person should be eliminated makes it seem ... **See more**

1d Like Reply

**Lockner** Top Contributor
**Wendy R Manos-Debnar** sorry to hear that- legally... maybe you're right... but he can be exposed. Shunned. 'Runned-off'. And- dare I repeat- be dealt some fatherly street justice. For you and everyone else.

Casey Anthony- she got away with it but her... **See more**

1d Like Reply

**Wendy R Manos-Debnar**
**Lockner** I will be right along side you for the fight

1d Like Reply

Reply to Deanne Moore...

[redacted]y to Wendy R Manos-Debnar...

**Pat Mineo** Author Admin +1
Apparently he has been approached many times and lawyered up. And is getting away with this because of lack of proof...

2d Like Reply

**Tyler Amos**
**Pat Mineo** yeah something not okay is going on because when you go to his page through a Facebook link and click on a video the list of suggested videos*directed towards his audience average* is filled with creepy not okay things

2

2d Like Reply

[redacted] Reply to Pat Mineo...

**Charlie Chalfant** Top Contributor
I have a few thoughts on this.

There's a few ways to initially view this scenario.... **See more**

2d Like Reply

**Pat Mineo** Author Admin +1
**Charlie Chalfant** dude.. did you watch the videos and also see the thumbnails? Every thumbnail is of a private part and he zooms in during matches... if it was just views then it wouldn't matter: it's about the content.
7
2d Like Reply Edited

**Chris Morrison** Top Contributor
**Charlie Chalfant** - read the articles I linked above.
2d Like Reply

**Pat Mineo** Author Admin +1
**Charlie Chalfant** ???




4
2d Like Reply

**Charlie Chalfant** Top Contributor
**Pat** Well, there you go
2d Like Reply

[redacted] Reply to Pat Mineo...

**Jamil X Shhmart**
**Charlie Chalfant** no reason a bo Bassett match gets thosands of views and some random48kg girls match gets MILLIONS

THIS IS SICK
1d Like Reply

**Chris Morrison** Top Contributor
**Jamil X Shhmart** - exactly 2+2 = 4. These creeps get no benefit of the doubt given the consequences when people let this slide
1d Like Reply

[redacted] Reply to Jamil X Shhmart...

[redacted]y to Charlie Chalfant...

**Elaina Trupia-Burton**
This is disgusting!
2d Like Reply

**Joe Asterino** Top Contributor
Is there something I don't know here - or I am not seeing? Looked at videos, comments, IG etc and nothing out of the ordinary.
11
2d Like Reply

**Pat Mineo** Author Admin +1
**Joe Asterino** he is trying to wipe stuff as we speak because it's been a hot topic last few weeks on twitter and he was kicked out of midlands. So you not see every thumbnail is specifically picked of a private part and suggestive photo on his most popular videos ?
7
2d Like Reply

**Wendy R Manos-Debnar**
**Pat Mineo** their uniform already causes issues
1d Like Reply

[redacted] Reply to Pat Mineo...



**Pat Mineo** Author Admin +1
**Joe Asterino** this is certainly not ordinary. It's just tip of iceberg with him as

2d Like Reply

**Wendy R Manos-Debnar**
**Pat Mineo** their uniform already causes issues

1d Like Reply

Reply to Pat Mineo...

**Pat Mineo** Author Admin +1
**Joe Asterino** this is certainly not ordinary. It's just tip of iceberg with him as well. He's been reported and lawyered up many times.



2d Like Reply

**Jennifer Ritacco**
**Pat Mineo** I'm reading through these comments and see this about Tumblr...proof he's disseminating these videos all over. The person says in a foreign language that he can see it perfectly on tumblr. See what??? The guy above is giving $5 gifts and sayin... **See more**



1d Like Reply

**Jennifer Ritacco**
**Pat Mineo** I'm f'ing done. When you google titles of the videos you get to all kinds of pages...I found one that's titled "teen bulge". 😡 😡 Everyone who thinks the youtube thumbnails are no big deal...I have no words.

1d Like Reply 2

**Tammy Rizzolo- Danise**
**Jennifer Ritacco** smfh 😡 that's disgusting !! How anyone can think that is harmless is beyond me!!

1d Like Reply

**Jennifer Ritacco**
**Tammy Rizzolo- Danise** this is so bad. These kids' videos are all over the web in places you definitely don't want them to be.

1d Like Reply 2

Reply to Pat Mineo...

**Chris Morrison** Top Contributor
**Joe Asterino** - the guy had videos from these run of the JV tournaments in East Nowhere with, as Pat said, insane amounts of views. His commenters were a collection of creepy MFers with no interest in the sport.

Willie Saylor brought this up a few mon... **See more**

2d Like Reply 2

**Pat Mineo** Author Admin +1
**Chris Morrison** yep and bots aside he is thumb nailing suggestive photos of private snd zooming in during matches

2d Like Reply

**Chris Morrison** Top Contributor
**Pat Mineo** - this came up on TheMat too. Some people can be naive - it's quite clear what he and others are up to - nothing to do with bots

2d Like Reply

Reply to Chris Morrison...

GHARAVI 2340

The Wrestling Room

2d Like Reply

**Pat Mineo** Author Admin +1
**Chris Morrison** yep and bots aside he is thumb nailing suggestive photos of private snd zooming in during matches
2d Like Reply

**Chris Morrison** Top Contributor
**Pat Mineo** - this came up on TheMat too. Some people can be naive - it's quite clear what he and others are up to - nothing to do with bots
2d Like Reply

Reply to Chris Morrison...

**Alex Yntriago** Top Contributor
**Joe Asterino** same with me or maybe we ain't seeing it with pedo eyes but if they seen something out of the ordinary they should be reported n removed.
2d Like Reply

**Pat Mineo** Author Admin +1
**Alex Yntriago** umm???




2d Like Reply

**Alex Yntriago** Top Contributor
**Pat Mineo** I just saw in the group... I'm so disappointed in ppl who do this but then again this works is full of sickos
I use to train in a club in the city that was very old school guys who were a bit touchy but I guess it's how they were able to control opponent.
2d Like Reply

**Wendy R Manos-Debnar**
**Pat Mineo** his name is on this somewhere? If so why has this person not been arrested? Disturbing and disgusting
1d Like Reply

Reply to Alex Yntriago...

**Jennifer Ritacco**
**Joe Asterino** I have taken thousands of pictures for my sons' teams and I will tell you with 99.99% certainty I go through every picture before posting on our PRIVATE team site and any time I ACCIDENTALLY zoomed in or caught a bad angle I would permane... **See more**
2d Like Reply Edited 6

**Wendy R Manos-Debnar**
**Joe Asterino** cause society today like to accuse and convict and ruin a person life based off their own perverted interpretation
1d Like Reply

**Jennifer Ritacco**
**Wendy R Manos-Debnar** perverted interpretation? really? How about look at who's sending him monetary gifts for the videos, google some of the video titles and find them on sites for things such as "teen bulge". You might want to ask why you are NOT i... **See more**
1d Like Reply

**Deanne Moore** Top Contributor
**Jennifer Ritacco** she wanted to quote legalities to me about how wrong or incorrect I was about being pissed my "kids" appeared on his YouTube. She said it was my fault I signed them up. I said they were college age and she was talking out her arse or ... **See more**
1d Like Reply 2

**Jennifer Ritacco**
**Deanne Moore** I am certain you didn't "sign them up" for the teen bulge dark web...you would never expect that to be the outcome and I'm sorry your kids are out there. We will see him on the news and the boys in federal prison will take good care of him. ... **See more**

GHARAVI 2341

The Wrestling Room

1d Like Reply

**Jennifer Ritacco**
**Deanne Moore** I am certain you didn't "sign them up" for the teen bulge dark web...you would never expect that to be the outcome and I'm sorry your kids are out there. We will see him on the news and the boys in federal prison will take good care of him. ... **See more**




REPORT.CYBERTIP.ORG
CyberTipline Report

1d Like Reply Edited

**Wendy R Manos-Debnar**
**Jennifer Ritacco** you may want to take a punctuation class. To answer you, I don't tend to look through perverted eyes. You may want to ask yourself why you dug into this so deeply cause I sure as hell didn't see those titles. You do realize that peo... **See more**

1d Like Reply Edited

**Jennifer Ritacco**
**Wendy R Manos-Debnar** I dug into it because it was brought to my attention and it's what I do for a goddamn living. I looked for my kids and his page was a cesspool of red flags. I gathered information as I am qualified to do and gave links to the prop... **See more**

1d Like Reply Edited 3

**Pat Mineo** Author Admin +1
**Wendy R Manos-Debnar** you don't think this is perverted to upload the videos to pornographic sites ?




1d Like Reply

**Jennifer Ritacco**
**Pat Mineo** the literal definition of being perverted, but we're all just making up our own interpretations 🤦‍♀️

1d Like Reply

**Wendy R Manos-Debnar**
**Jennifer Ritacco** my Initial response was over 15 hours ago And I'm telling you I didn't dig, why would I look at smut. I saw the initial and excuse me, you even said that he had been deleting by the time people started looking. Content and context bu... **See more**




1d Like Reply

**Wendy R Manos-Debnar**
**Pat Mineo** I never even saw anything like that...nor would I personally ever repost such filth. Everytime someone repost even that photo you are objectifying those boys in that photo THAT is disgusting. This is what we're all initially saw when we click... **See more**




GHARAVI 2342

1d Like Reply

**Wendy R Manos-Debnar**
**Pat Mineo** I never even saw anything like that...nor would I personally ever repost such filth. Everytime someone repost even that photo you are objectifying those boys in that photo THAT is disgusting. This is what we're all initially saw when we click... **See more**




1d Like Reply

**Wendy R Manos-Debnar**
**Pat Mineo** I see others were not seeing anything either ...not until you posted the porn . That changed the whole narrative but the thread was how many hours old? Don't condemn people who went off the initial post. I would of never posted that even ju... **See more**



1d Like Reply Edited

Reply to Wendy R Manos-Debnar...

**Gerald Dwayne Harris** Top Contributor · Follow
**Joe Asterino** I thought the same thing, but he cleaned up the thumbnails. I saw a few thumbnails that were definitely intended for the wrong audience. Not a lot of matches of 2 million views with awkward comments. It's going to be a hard case to prove.

1d Like Reply

**Jennifer Ritacco**
**Gerald Dwayne Harris** sort his videos by popularity instead of recent. They are all still there...thumbnails and comments. Once in the cloud always in the cloud. He can delete all he wants and the feds are still going to come knocking.

1d Like Reply

**Gerald Dwayne Harris** Top Contributor · Follow
**Jennifer Ritacco** I hope they fix this problem. This is disgusting.

1d Like Reply

**Pat Mineo** Author Admin +1
**Gerald Dwayne Harris** not too hard..




1d Like Reply

Reply to Gerald Dwayne Harris...

**Bobby Foerster**
**Joe Asterino** all most popular videos have the cover image with a penis showing basically.

1d Like Reply

[redacted] Reply to Gerald Dwayne Harris...

**Bobby Foerster**
**Joe Asterino** all most popular videos have the cover image with a penis showing basically.
1d Like Reply

**Jennifer Ritacco**
**Wendy R Manos-Debnar** I don't know what on earth you're talking about. I don't know anything about what's being deleted and never said anything about that. I have not read the entire thread of comments, only what gets tagged to me and notifies me. I did... **See more**
1d Like Reply

**Wendy R Manos-Debnar**
**Jennifer Ritacco** hey lady, YOU yes YOU jumped in on a thread. Do you even understand how a thread works? YOU engaged FIRST. YOU replied to a comment that I made TO SOMEONE else. YOU DID THAT!!!! For future reference I, do not engage when you don't ta... **See more**
1d Like Reply Edited

**Jennifer Ritacco**
**Wendy R Manos-Debnar** go away and read back the way you interact with everyone. I've just had time to read more of the comments and had to stop because well...
1d Like Reply

Reply to Wendy R Manos-Debnar...

[redacted] to Joe Asterino...

**Pat Mineo** Author Admin +1
He has now been going back and altering thumbnails but the most popular videos still remain
2d Like Reply

**Pat Mineo** Author Admin +1
He was kicked out of midlands this past weekend..
8
2d Like Reply

**Deanne Moore** Top Contributor
**Pat Mineo** any info on the other guy that was kicked out? An Iowa photographer.
2d Like Reply

**Lockner** Top Contributor
**Pat Mineo** how'd that come about? Do you know? Glad to hear it.
1d Like Reply

[redacted] Reply to Pat Mineo...

**Brent Rose** Top Contributor
Those videos have millions of views. Wtf...
2
2d Like Reply

**Chris Morrison** Top Contributor
Thank you for amplifying this **Pat Mineo.**

As an aside, It took years for YouTube to stop allowing comments on kid-oriented videos. Only after pressure from concerned individuals and organizations did YouTube finally do something. Pedophiles were da... **See more**




THEVERGE.COM
YouTube still can't stop child predators in its comments
2
2d Like Reply Edited

**Nikki-Jesse Simcox**
Thank you for exposing this!
2d Like Reply

**Michael Skrzenski** Top Contributor
Hi IG is sick...the comments are disgusting. How is this allowed?
2d Like Reply

**Zac Daniels Gustafson**
**Michael Skrzenski** never used IG or Snapchat what's the point of them?

2d Like Reply Edited 2

**Nikki-Jesse Simcox**
Thank you for exposing this!
2d Like Reply

**Michael Skrzenski** Top Contributor
Hi IG is sick...the comments are disgusting. How is this allowed?
2d Like Reply

**Zac Daniels Gustafson**
**Michael Skrzenski** never used IG or Snapchat what's the point of them?
2d Like Reply

[redacted] Reply to Michael Skrzenski...

**Molly Grabowski**
Did any of these kids' parents sign waivers for this? Is the site monetized?
2d Like Reply

**Deanne Moore** Top Contributor
**Molly Grabowski** people are tipping him on videos. First one I looked at had a tip on it and I haven't looked at any more. Found my kids on his page too. 😳



2d Like Reply

**Molly Grabowski**
**Deanne Moore** does he not show faces as a general rule?
2d Like Reply

**Deanne Moore** Top Contributor
**Molly Grabowski** He shows everything, this is a screenshot I took while video was playing. There are 610 comments on this high school video and over a million views. Most of the comments are not wrestling related either. 😳
2d Like Reply

**Deanne Moore** Top Contributor
**Molly Grabowski** same video



2d Like Reply Edited

[redacted] Reply to Deanne Moore...

**Brandy Alvarado** 👋
**Molly Grabowski** I didn't. And it's my daughter in "that" match....
19h Like Reply

[redacted] Reply to Molly Grabowski...

**Russell Louis** Top Contributor
Thank you **Pat Mineo** for bringing this to light.
2d Like Reply 5

**Austin Hepner** Top Contributor
**Pat Mineo** we got a name?
2d Like Reply

**Deanne Moore** Top Contributor

**Russell Louis** Top Contributor
Thank you **Pat Mineo** for bringing this to light.
5
2d Like Reply

**Austin Hepner** Top Contributor
**Pat Mineo** we got a name?
2d Like Reply

**Deanne Moore** Top Contributor
**Austin Hepner**

[redacted] ···
[redacted]
8 Posts 549 Followers 553 Following
**Nima Gharavi**
Digital creator
Wrestling Official
Founder @midwestwrestle
mwrestle.com
Followed by **cpyles**

2d Like Reply

**Austin Hepner** Top Contributor
**Deanne Moore Pat Mineo** of course pyles follows him
1d Like Reply

**Deanne Moore** Top Contributor
**Austin Hepner** I think he follows him to monitor his content, I read FLO is trying to keep him out of tourneys because they have the right to film (or something like that)
1d Like Reply

Reply to Deanne Moore...

[redacted] to Austin Hepner...

**Molly Grabowski**
**Pat Mineo**- I had to check the list of people who had liked our club page about once a month. We had men from Qatar and Pakistan liking our page. I had a coach who spoke Arabic, so I would send her links to their pages. They were never affiliated with ... **See more**
3
2d Like Reply

**Ben Flanigan**
**Molly Grabowski** this is why I have two pages for our club. The business page has information for practice and tournaments, the private group is where people can post pictures of their kids.
Originally we were posting matches and pictures on the busine... **See more**
1d Like Reply

[redacted] Reply to Molly Grabowski...

**Pat Mineo** Author Admin +1
His IG is riddled with creeps and once again/ he used suggestive photos of a certain kind. I blocked out the part of photo he's trying to emphasize... Sickening!



2d Like Reply Edited

**Pat Mineo** Author Admin +1
Over the last week since publicity on him ramped up he has altered some thumbnails and deleted hundreds of comments but many are still lingering and there. Screenshots have been taken.
2d Like Reply

**Pat Mineo** Author Admin +1
Proof that his top viewed videos are on some of these vile websites:

GHARAVI 2346

**Pat Mineo** Author Admin +1
Over the last week since publicity on him ramped up he has altered some thumbnails and deleted hundreds of comments but many are still lingering and there. Screenshots have been taken.
2d Like Reply

**Pat Mineo** Author Admin +1
Proof that his top viewed videos are on some of these vile websites:



2d Like Reply

**Izzy Fox**
He has some level of notoriety with the kids too. He reffed a match I coached last week and everyone wanted to be in a video. I looked at his content and understood what was going on right away. Shit is sickening.
2d Like Reply

**Jason S. Matta** Top Contributor
**Izzy Fox** all the kids see is that gets millions of views on his videos amd think this guy is going to get them famous or something
1d Like Reply

[redacted] Reply to Izzy Fox...

**Deanne Moore** Top Contributor
Really repulsed that people are tipping him money on the YouTube videos.



2d Like Reply

**Lar Bellows** Top Contributor
I appreciate this post Mineo. Protecting the innocent and the sport is king.
2
2d Like Reply

**Pat Mineo** Author Admin +1
His videos appearing on these websites, wow:



3
2d Like Reply

**Pat Mineo** Author Admin +1
More digging:

YouTube · Gay Wrestling classes
119.1K+ views · 1 year ago
Boners!!!!!
Boners!!!!! 119K views · 1 year ago ...more. Gay Wrestling classes. 2.6K ... Midwest Wrestle 1.3M views · 48:05. Go to channel · 24 Oras Express ...

3
2d Like Reply

**Pat Mineo** Author Admin +1
He is uploading them in evil places!




GHARAVI 2347

2d Like Reply 3

**Pat Mineo** Author Admin +1
He is uploading them in evil places!




2d Like Reply

**Tammy Rizzolo- Danise**
**Pat Mineo** this guy is definitely a creep!! WTH!! If I was a parent of any of the kids in these videos I would be losing it 😡

2d Like Reply

**Deanne Moore** Top Contributor
**Tammy Rizzolo- Danise** I'm losing it, 2 of my kids are in his videos! People on here saying "well, it happens, pervs are everywhere"... but by an official??!!? They allow this guy to sit next to the mat and zoom genitals and accept tips??? WTH

1d Like Reply 3

**Tammy Rizzolo- Danise**
**Deanne Moore** I don't blame you ! He needs to be banned from any children's sporting events!! And that would just be to start. So much more needs to be done. I am sorry that you have to go through seeing your kids in this nut jobs videos. Hopefully he h... **See more**

1d Like Reply 2

Reply to Tammy Rizzolo- Danise...

**Brent Rose** Top Contributor
**Pat Mineo** wtf, man...

1d Like Reply

Reply to Pat Mineo...

**Brian Cunningham**
Joey Blata when you get a chance read through this and let me know your thoughts.

2d Like Reply

**Scott Birth**
My daughter's YouTube is TeamSassyWrestling. She has 1,500 subscribers. Her top video has 181,000 views. Is there somewhere I need to go to make sure her videos aren't on some porn site? I've always wondered how this guy has so many subscribers and views. Thanks

2d Like Reply Edited 2

**Jake Cole** Top Contributor
Also how does someone with 700 followers on twitter get over 2 million views on his videos

2d Like Reply

**Shannon Stanley**
I'd be more than happy to play a crucial role in the disappearance of this man.

Please lmk if anyone plans to take action.

2d Like Reply

**Patrick Gebhard**
Videos with millions of views and many are not huge name wrestlers. Hundreds of comments from people saying they've never watched wrestling. So many comments on their physiques, singlets, appearance, etc. This is so gross! Get this guy out of the sport... **See more**

2d Like Reply Edited 3

**Pat Mineo** Author Admin +1
A school teacher? UNREAL.

2d Like Reply Edited 3

**Pat Mineo** Author Admin +1
A school teacher? UNREAL.

[redacted]

2d Like Reply 3

**Pat Mineo** Author Admin +1
After seeing everything, this doesn't sit right...




2d Like Reply Edited 4

**Zac Daniels Gustafson**
I've watched some of his super32 videos. Never got that vibe from them. Doesn't clash of combat podcast mention him and his camera he uses to shoot. Thumbnails for clicks is creepy.

2d Like Reply

**Jamil X Shhmart**
**Zac Daniels Gustafson** no reason bo Bassett and other high profile college athletes matches get thosands of views and some random48kg girls match gets MILLIONS
Something is up for sure

2

1d Like Reply

**Zac Daniels Gustafson**
**Jamil X Shhmart** ya view counts are insane on all of his videos.

1d Like Reply

Reply to Jamil X Shhmart...

[redacted] y to Zac Daniels Gustafson...

**Alex Yntriago** Top Contributor
**Pat Mineo**
This video could be presumed weirdo but it would depend on who watched it. ... **See more**

2d Like Reply

**Pat Mineo** Author Admin +1
**Alex Yntriago** ummm and considering he's posting them in chat rooms and porn sites ? Yeah ...



2d Like Reply

**Alex Yntriago** Top Contributor
Damn this is just so sick

1d Like Reply

[redacted] Reply to Alex Yntriago...

**Shane Hackett** Top Contributor
This is disgusting. I have four kids that wrestled and none made this pedos cut.

GHARAVI 2349

OSG Wrestling Room

**Shane Hackett** Top Contributor
This is disgusting. I have four kids that wrestled and none made this pedos cut.
Seriously though, he's done now. Why didn't Willie's comments gain traction?
2d Like Reply Edited

**Pat Mineo** Author Admin +1

MatScouts
@MatScouts1

Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday.

Christian Pyles @CPyles8 · 2d
Huge problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.

2:05 PM · 12/30/23 from Earth · 121K Views

2d Like Reply 2

**Alex Yntriago** Top Contributor
**Pat Mineo** what damn I think they are invading or lil universe
2d Like Reply

[redacted] Reply to Pat Mineo...

**Pat Mineo** Author Admin +1
WTF

YouTube · Muscle
126.3K+ views · 5 years ago
Huge Bulge And Hot Wrestlers
Huge Bulge And Hot Wrestlers. 126K views · 5 years ago ...more. Muscle. 391 [redacted] (R) of Woodstock Marian IL. Midwest Wrestle 1.3M ...

2d Like Reply 2

**Jake Scholten**
What a total goof ball
1d Like Reply

**Kendra Jackson Helms**
**Cheryl Sinyard Baynard** did you see this?
1d Like Reply

**Cheryl Sinyard Baynard**
**Kendra Jackson Helms** first I've heard of it.
1d Like Reply

**Kendra Jackson Helms**
**Cheryl Sinyard Baynard** you've always been great at looking at situations objectively and forming a good opinion of it. While [redacted] is no longer wrestling this is sickening if it is what it appears to be
1d Like Reply

**Cheryl Sinyard Baynard**
**Kendra Jackson Helms** it actually happens a lot in our sport. Be vigilant, if you see something, say something.
1d Like Reply

Reply to Cheryl Sinyard Baynard...

[redacted]ly to Kendra Jackson Helms...

**Kendra Jackson Helms**
Has anyone reported him to the Illinois High School Athletic Association or to Safe Sport?
1d Like Reply

**Wendy R Manos-Debnar**
Wendy R Manos-Debnar
. Again its your interpretation which have a slanderous tone. You do not know me or you would know that I am A CHILD ADVOCATE. With the knowledge and background Im telling you that it is people like yourself that are the reason pre... **See more**
1d Like Reply

**Audrey Gottschalk**
**Joshua Swafford**, help spread the word?
1d Like Reply

GHARAVI 2350

1d Like Reply

**Audrey Gottschalk**
**Joshua Swafford**, help spread the word?

1d Like Reply

**Rowan Stander**
This is the guy

[redacted]

1d Like Reply 2

**Wendy R Manos-Debnar**
**Pat Mineo**, there is a person here in Southwestern Pa who has been arrested and charged but because the children were so traumatized (understandably) and couldn't testify, and the fact he had a great sleazy lawyer, all charges were dropped. Which means... **See more**

1d Like Reply

**Grant Aaberg**
I've been waiting for someone to call this creep out.

1d Like Reply

**Marie Akerson**
Protect your kids from these idiot predators. I'm thinking of buying these or at a minimum some compression shorts. No one needs to see what some of these thin or white singlets show. Especially these perverts peddling videos to these sites.
https://... **See more**




SHOP.TRI-TITANS.COM
Tri-Titans Shield Briefs Wrestling Underwear - V1

1d Like Reply

**Pat Mineo** Author Admin +1
The FBI will be handling this matter moving forward.

1d Like Reply 17

**Kendra Jackson Helms**
**Pat Mineo** oh and look at this!! He's scared as he should be

[redacted]

1d Like Reply

View 1 reply

**Jennifer Ritacco**
**Pat Mineo** he has only made his personal Instagram private. I can still see everything on Midwest wrestle pages.

1d Like Reply

**Pat Mineo** Author Admin +1
**Jennifer Ritacco** trying to protect his identity wow

[redacted]

1d Like Reply

Reply to Jennifer Ritacco...

**Molly Grabowski**
**Pat Mineo** right on

19h Like Reply

GHARAVI 2351

The Wrestling Room

**Wendy R Manos-Debnar**
**Pat Mineo**, there is a person here in Southwestern Pa who has been arrested and charged but because the children were so traumatized (understandably) and couldn't testify, and the fact he had a great sleazy lawyer, all charges were dropped. Which means... **See more**
1d Like Reply

**Grant Aaberg**
I've been waiting for someone to call this creep out.
1d Like Reply

**Marie Akerson**
Protect your kids from these idiot predators. I'm thinking of buying these or at a minimum some compression shorts. No one needs to see what some of these thin or white singlets show. Especially these perverts peddling videos to these sites.
https://... **See more**




SHOP.TRI-TITANS.COM
Tri-Titans Shield Briefs Wrestling Underwear - V1
1d Like Reply

**Pat Mineo** Author Admin +1
The FBI will be handling this matter moving forward.
1d Like Reply 17

**Kendra Jackson Helms**
**Pat Mineo** oh and look at this!! He's scared as he should be

[redacted]

1d Like Reply
View 1 reply

**Jennifer Ritacco**
**Pat Mineo** he has only made his personal Instagram private. I can still see everything on Midwest wrestle pages.
1d Like Reply

**Pat Mineo** Author Admin +1
**Jennifer Ritacco** trying to protect his identity wow
1d Like Reply

[redacted] Reply to Jennifer Ritacco...

**Molly Grabowski**
**Pat Mineo** right on
19h Like Reply

[redacted] Reply to Pat Mineo...

**Matthew Bahnsen**
Time to ventilate this piece of shit
1d Like Reply

**Tyler Sandusky**
**Sheena Collins** I've seen [redacted] on here a few times
1d Like Reply

**Leah Wilhite**
**Kim Cullen Price**
21h Like Reply

**Alex Yntriago** Top Contributor
Thank you for your protecting our kids and sport... no pedos in wrestling!!!
19h Like Reply

[redacted] Write an answer...