# EXHIBIT 11

Correspondence between Gharavi and IWCOA re: referee-recruitment video, dated February 7–10, 2023

IHSA000006, IHSA000017, IHSA000021–022, IHSA000004, IHSA000011 and IHSA000012–013

From: Nima Gharavi [redacted]
Sent: Tuesday, February 7, 2023 2:57 PM
To: Sam Knox
Subject: Jumbotron Videos

Hi Sam,

On behalf of the IWCOA, I would like to request approval to air the following two videos on the
Jumbotron at this year's IHSA State Final tournament.

The first is a referee recruitment video I produced with oversight from Tony Clarke, Mike Hurckes, and
Nate Kessen. The second should look familiar as it is an updated/refreshed version of the video that
aired on the Jumbotron back in 2020, which I produced with oversight from Joe Cliffe and Debbie Nason.

1. Referee Recruitment: https://www.youtube.com/watch?v=mpPBOtYdyXM

2. IWCOA Upcoming Events: https://www.youtube.com/watch?v=0mbL3xDxA6c

As we did back in 2020, we are envisioning these videos playing five times in total—at the start of each
of the five sessions of wrestling.

Thank you,

Nima Gharavi
IHSA Official 83801
[redacted]

Sent: Wednesday, February 8, 2023 2:48 PM
To: Nima Gharavi
Subject: RE: Jumbotron Videos

Yes – Let's show these videos before each session.

Officials recruiting – The last 50+ seconds show the ending screen. I think we should stop it at
2:45.

Sam Knox
Assistant Executive Director
309-663-6377

From: Nima Gharavi [redacted]
Sent: Tuesday, February 7, 2023 2:57 PM
To: Sam Knox <SKnox@ihsa.org>
Subject: Jumbotron Videos

Hi Sam,

On behalf of the IWCOA, I would like to request approval to air the following two videos on the
Jumbotron at this year's IHSA State Final tournament.

The first is a referee recruitment video I produced with oversight from Tony Clarke, Mike Hurckes, and
Nate Kessen. The second should look familiar as it is an updated/refreshed version of the video that
aired on the Jumbotron back in 2020, which I produced with oversight from Joe Cliffe and Debbie Nason.

1. Referee Recruitment: https://www.youtube.com/watch?v=mpPBOtYdyXM

2. IWCOA Upcoming Events: https://www.youtube.com/watch?v=0mbL3xDxA6c

As we did back in 2020, we are envisioning these videos playing five times in total—at the start of each
of the five sessions of wrestling.

Thank you,

Nima Gharavi
IHSA Official 83801
[redacted]

From: Sam Knox
Sent: Wednesday, February 8, 2023 2:54 PM
To: Nima Gharavi
Subject: RE: Jumbotron Videos

Yes – Let's show these videos before each session.

Officials recruiting – Great content. We need many more young officials.

The last 50+ seconds runs pretty long when it shows the ending screen. I think we should stop
it at 2:45.

The IWCOA video looks fantastic.

Thanks for all your efforts!

Sam Knox
Assistant Executive Director
309-663-6377

From: Nima Gharavi [redacted]
Sent: Tuesday, February 7, 2023 2:57 PM
To: Sam Knox <SKnox@ihsa.org>
Subject: Jumbotron Videos

Hi Sam,

On behalf of the IWCOA, I would like to request approval to air the following two videos on the
Jumbotron at this year's IHSA State Final tournament.

The first is a referee recruitment video I produced with oversight from Tony Clarke, Mike Hurckes, and
Nate Kessen. The second should look familiar as it is an updated/refreshed version of the video that
aired on the Jumbotron back in 2020, which I produced with oversight from Joe Cliffe and Debbie Nason.

1. Referee Recruitment: https://www.youtube.com/watch?v=mpPBOtYdyXM

2. IWCOA Upcoming Events: https://www.youtube.com/watch?v=0mbL3xDxA6c

As we did back in 2020, we are envisioning these videos playing five times in total—at the start of each
of the five sessions of wrestling.

Thank you,

Nima Gharavi
IHSA Official 83801
[redacted]

From: Nima Gharavi [redacted]
Sent: Wednesday, February 8, 2023 7:48 PM
To: Nate Kessen; Tony Clarke; Debbie Nason; Joe Cliffe
Cc: Sam Knox; mhurckes; Bill Honeycutt
Subject: 2023 State Final Jumbotron Video

Hello Board Members.

Sam has graciously cleared us to air the following video at the start of each of the five sessions of
wrestling:

https://www.youtube.com/watch?v=0sS614BY8GU

P.S. @Sam: I combined the two videos into one, ended the first at 2:45 as requested, and added some
visual and sound effects to the opening and closing title slides of the recruitment video portion to spruce
up the otherwise static text in order to keep viewers' attention.

Regards,
Nima Gharavi
IHSA Official 83801
[redacted]

From: Debbie Nason <debn4690@aol.com>
Sent: Wednesday, February 8, 2023 8:30 PM
To: Nima Gharavi
Cc: Nate Kessen; Tony Clarke; Joe Cliffe; Sam Knox; mhurckes; Bill Honeycutt
Subject: Re: 2023 State Final Jumbotron Video

Great job! Thank you for your commitment to the IWCOA and the generous donation of your time in
putting this together. Awesome, just awesome!!!
Sent from my iPhone

On Feb 8, 2023, at 7:48 PM, Nima Gharavi [redacted] wrote:

Hello Board Members.

Sam has graciously cleared us to air the following video at the start of each of the five
sessions of wrestling:

https://www.youtube.com/watch?v=0sS614BY8GU

P.S. @Sam: I combined the two videos into one, ended the first at 2:45 as requested,

and added some visual and sound effects to the opening and closing title slides of the
recruitment video portion to spruce up the otherwise static text in order to keep viewers' attention.

Regards,
Nima Gharavi
IHSA Official 83801
[redacted]

<image001.jpg>

From: Nate Kessen <natekessen@hotmail.com>
Sent: Friday, February 10, 2023 12:10 PM
To: Nima Gharavi; Tony Clarke; Debbie Nason; Joe Cliffe
Cc: Sam Knox; mhurckes; Bill Honeycutt
Subject: Re: 2023 State Final Jumbotron Video

Nima,

Great work on this and thank you for the collaborative approach as well as your willingness to
incorporate our feedback as we fine-tuned the video to speak to the diverse audience we are trying to
capture with officials recruitment.

Sam – really appreciate you continuing to be supportive of helping us reach the wrestling community
while we have a captive audience in Champaign and Bloomington.

Hope everyone has a great sectional weekend!

Sincerely,

Nate Kessen
IWCOA President

From: Nima Gharavi [redacted]
Date: Wednesday, February 8, 2023 at 7:48 PM
To: "natekessen@hotmail.com" <natekessen@hotmail.com>, Tony Clarke <clarkeanthony@comcast.net>, Debbie Nason <debn4690@aol.com>, Joe Cliffe <jcwrestle5@gmail.com>
Cc: Sam Knox <sknox@ihsa.org>, Mike Hurckes <mhurckes@gmail.com>, Bill Honeycutt <honeycuttihsa@gmail.com>
Subject: 2023 State Final Jumbotron Video

Hello Board Members.

Sam has graciously cleared us to air the following video at the start of each of the five sessions of
wrestling:

https://www.youtube.com/watch?v=0sS614BY8GU

P.S. @Sam: I combined the two videos into one, ended the first at 2:45 as requested, and added some
visual and sound effects to the opening and closing title slides of the recruitment video portion to spruce
up the otherwise static text in order to keep viewers’ attention.

Regards,
Nima Gharavi

IHSA Official 83801
[redacted]