# EXHIBIT 12

Correspondence between the IWCOA's Anthony Clarke and the IHSA's Jackie Litwiller
re: Gharavi as IWCOA film crew, dated January 30, 2023
IHSA000014, IHSA000027

From: Jackie Litwiller
Sent: Monday, January 30, 2023 8:44 AM
To: 'Anthony Clarke'
Cc: Sam Knox
Subject: RE: Change in film crew

Please confirm all the names on your film crew. I did not have Marylynn's name at all. The only name I had from you was Nima Gharavi.

Thanks, Jackie

-----Original Message-----
From: Anthony Clarke <clarkeanthony@comcast.net>
Sent: Monday, January 30, 2023 8:40 AM
To: Jackie Litwiller <jlitwiller@ihsa.org>
Cc: Sam Knox <SKnox@ihsa.org>
Subject: Change in film crew

Good morning,

I hope you has a great weekend. Can you switch a name on my film crew for the boys individual tournament. I want change Marylynn Scholle to Case Morgan.

Thank you for your assistance and have a wonderful week.

Sent from my iPhone

From: Anthony Clarke <clarkeanthony@comcast.net>
Sent: Monday, January 30, 2023 10:28 AM
To: Jackie Litwiller
Cc: Sam Knox
Subject: Re: Change in film crew

Good morning,

Case and Nima will be the film crew. Bill Honeycutt is helping me and also filming.

We you able to get a room for Nima?

Sent from my iPhone

> On Jan 30, 2023, at 8:43 AM, Jackie Litwiller <jlitwiller@ihsa.org> wrote:
>
> Please confirm all the names on your film crew. I did not have Marylynn's name at all. The only name I had from you was Nima Gharavi.
>
> Thanks, Jackie
>
> -----Original Message-----
> From: Anthony Clarke <clarkeanthony@comcast.net>
> Sent: Monday, January 30, 2023 8:40 AM
> To: Jackie Litwiller <jlitwiller@ihsa.org>
> Cc: Sam Knox <SKnox@ihsa.org>
> Subject: Change in film crew
>
> Good morning,
>
> I hope you has a great weekend. Can you switch a name on my film crew for the boys individual tournament. I want change Marylynn Scholle to Case Morgan.
>
> Thank you for your assistance and have a wonderful week.
>
> Sent from my iPhone
> Disclaimer: This e-mail message is strictly confidential to the Illinois High School Association and is intended only for the addressee. It may contain information that may be confidential, legal, privileged, or otherwise exempt from disclosure under applicable law. If you are not the intended addressee, or someone authorized by the intended addressee to receive transmission on behalf of the addressee, you must not retain, disclose in any form, copy, or take action in reliance on this transmission.