# EXHIBIT 13

Email signature "Nima Gharavi, IHSA Official 83801,"
dated October 24, 2022
NU0006

Thank you!

Best regards,

Nima Gharavi
IHSA Official 83801
NCAA/ICWOA/MSWOA Official
[redacted]

**From:** Nima Gharavi
**Sent:** Thursday, December 1, 2022 10:29 AM
**To:** zachary.wingrove@northwestern.edu
**Subject:** Midlands Championships

Hi Zach,

May I ask if you are the correct contact for media credentials to the Midlands Championships?

If not, may I kindly request that you connect me with the correct person?

Thank you!

-Nima

**From:** Nima Gharavi [redacted]
**Sent:** Monday, October 24, 2022 12:09 PM
**To:** zachary.wingrove@northwestern.edu
**Subject:** Re: Wrestling Media Credentials

Hello Zach,

May I ask if media credentialing details have been ironed out yet for the Ken Kraft Midlands Championships at NOW Arena on December 29 and 30?

Thank you,

Nima Gharavi
IHSA Official 83801
[redacted]

**From:** Nima Gharavi [redacted]