# EXHIBIT 15

IHSA production: IHSA000008 (January 2, 2024 missed call);
IHSA000009–010 (December 15, 2023 postseason lists), with the list pages
showing Gharavi (IHSA000029, 000047); IHSA000018–019 (February 2023 sectional);
IHSA000020 (January 5, 2024 e-mail)

From: Nima Gharavi [redacted]
Sent: Tuesday, January 2, 2024 8:23 PM
To: Sam Knox
Subject: Phone Call

Hi Sam,

Sorry I missed your call earlier today. I tried calling back but it was shortly after 5 pm and I received the general answering system. Is there a particular window of time tomorrow that works especially well for you?

Best regards,
Nima Gharavi

From: Sam Knox
Sent: Friday, December 15, 2023 12:03 PM
To: Anthony Clarke; Mike Hurckes
Subject: Postseason officials
Attachments: 2023 officials listed by name.pdf; 2023 officials listed by rating.pdf

See attached documents.

Please don’t share with anyone else.

Sam Knox
Assistant Executive Director
309-663-6377

Sent: Friday, December 15, 2023 11:57 AM
To: Anthony Clarke; Mike Hurckes
Subject: Postseason officials
Attachments: 2023 officials listed by name.pdf; 2023 officials listed by rating.pdf

See attached documents.

Sam Knox
Assistant Executive Director
309-663-6377

From: Nima Gharavi [redacted]
Sent: Tuesday, February 21, 2023 9:18 AM
To: Tammy Craig
Subject: RE: Mileage Voucher for IHSA Wrestling Sectional

Yes, no change to the address. Thank you!

-Nima

From: Tammy Craig <TCraig@ihsa.org>
Sent: Tuesday, February 21, 2023 9:07 AM
To: Nima Gharavi [redacted]
Subject: RE: Mileage Voucher for IHSA Wrestling Sectional

Perfect! I will issue it to you. Is the address the same? It will be non-taxable reimbursement on our end
so you won't get a 1099.

Tammy Craig
IHSA Business Manager
309-663-6377 phone
309-663-7479 fax

From: Nima Gharavi [redacted]
Sent: Tuesday, February 21, 2023 8:57 AM
To: Tammy Craig <TCraig@ihsa.org>
Subject: RE: Mileage Voucher for IHSA Wrestling Sectional

Thank you!

Actually, making it out to me would be my preference as well—I only wrote the business name since I
used a TIN instead of an SSN and it has been my experience that schools require that the check be made
out to a business name when a TIN is used. But if you can issue it to my name, that saves me a step.

Thanks again,
-Nima

From: Tammy Craig <TCraig@ihsa.org>
Sent: Tuesday, February 21, 2023 7:02 AM
To: Nima Gharavi [redacted]
Subject: RE: Mileage Voucher for IHSA Wrestling Sectional

Thanks for the email. I will get the voucher approved and a check cut within 30 days.

For clarification, you want the check made out to Right Call Officials, Inc.? We have always only issued

mileage checks to individuals not businesses because we trace the mileage to the person and event in
our system. We could put your name and the business name on the check if that would be fine?

Thanks!

Tammy Craig
IHSA Business Manager
309-663-6377 phone
309-663-7479 fax

From: Nima Gharavi [redacted]
Sent: Monday, February 20, 2023 3:15 PM
To: Tammy Craig <TCraig@ihsa.org>
Subject: Mileage Voucher for IHSA Wrestling Sectional

Hi Tammy,

Attached is a completed mileage voucher.

Thank you!

Regards,
Nima Gharavi
IHSA Official 83801
[redacted]

Disclaimer: This e-mail message is strictly confidential to the Illinois High School Association and is
intended only for the addressee. It may contain information that may be confidential, legal, privileged,
or otherwise exempt from disclosure under applicable law. If you are not the intended addressee, or
someone authorized by the intended addressee to receive transmission on behalf of the addressee, you
must not retain, disclose in any form, copy, or take action in reliance on this transmission.
Disclaimer: This e-mail message is strictly confidential to the Illinois High School Association and is
intended only for the addressee. It may contain information that may be confidential, legal, privileged,
or otherwise exempt from disclosure under applicable law. If you are not the intended addressee, or
someone authorized by the intended addressee to receive transmission on behalf of the addressee, you
must not retain, disclose in any form, copy, or take action in reliance on this transmission.

From: Mike Mucha <mikemucha33@gmail.com>
Sent: Friday, January 5, 2024 11:12 AM
To: Sam Knox
Subject: Suspicious IHSA wrestling official / camera man

Hi Sam,

I am reaching out to voice my concern about Nima Gharavi - as you have probably been

made aware of, he is a wrestling official who Oftentimes takes videos of matches and

uploads them to his YouTube & Instagram-- Midwest wrestle.

Many of his videos of high school athletes have ended up on porn sites and if you look at
the comments on his videos, many of them seem to be coming from pedophiles or creeps.
Many videos of random high school matches have millions of views where a match with two great D1 wrestlers will maybe get 1000. There is a lot of speculation that his videos are
either being sold or or shared with vile people and this is very disturbing.

I do not think he should be around wrestling as an official or a camera person.

Hopefully we do not see him around any longer.

Thank you,
Mike Mucha

# Boys Wrestling, Sorted by Rating

| Attn CC | ID | Name | City | Region | Lev | Pow | Rtg | T15 | HiAs | A | AA | Yrs | Reg | Sec | Sup | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | 83801 | Gharavi, Nima | Chicago | Chi | C | 29 | 82 | 60 | 3 | 20 | | 6 | Y | YY | | YY |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |
| | [redacted] | | | | | | | | | | | | | | | |
| | | [redacted] | | | | | | | | | | | | | | |

# Boys Wrestling, Sorted by Name

| Attn CC | ID | Name | City | Region | Lev | Pow | Rtg | T15 | HiAs | A | AA | Yrs | Reg | Sec | Sup | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | | |
| | 83801 | Gharavi, Nima | Chicago | Chi | C | 29 | 82 | 60 | 3 | 20 | | 6 | Y | YY | | YY |
| [redacted] | | | | | | | | | | | | | | | | |