# EXHIBIT 16

Community High School District 99 subpoena production
(September 29, 2025)
CCH 000001–008

Community High School District 99

Brandon Murphy <brmurphy@csd99.org>

# Wrestling on Wednesday , 1/22/25

**Shelly Wiegel** <shelly.wiegel@d214.org> Mon, Jan 20, 2025 at 4:35 PM
To: brmurphy@csd99.org, mmolinari@csd99.org, "dorel@csd99.org" <dorel@csd99.org>

Good evening everyone,

Our coach indicated his great concern about Nima Gharavi [redacted] officiating on Wednesday at your upcoming meet where we (Wheeling High School) will be competing. Nima is someone that has been considered controversial for things he has posted online and for the number of viewers and type of followers he has. He has been asked to leave wrestling meets in the past. Our coach does not want him around our team. If you have time to talk tomorrow, I would like to discuss this with you. We are wondering if a new official can be assigned and Nima replaced. If not, we likely will withdraw our team. I wanted to bring this to your attention. My coach called me as soon as he saw this official on the Arbiter assignment and was very upset.

Thank you for your time.

Shelly

--
Shelly Wiegel
Athletic Director
Wheeling High School
shelly.wiegel@d214.org
847.718.7027 Athletic Office
https://twitter.com/WHSactivities
https://www.instagram.com/whsactivities

If this is a Freedom of Information Act request, please forward the request to District 214's FOIA Officer Patrick Mogge at patrick.mogge@d214.org

All e-mail correspondence to and from this address is subject to the Acceptable Use Policies of District 214, which may result in monitoring and disclosure to third parties, including law enforcement. Any views or opinions presented in this e-mail are solely those of the author and might not represent those of Township High School District 214.

Community High School District 99

Brandon Murphy <brmurphy@csd99.org>

# Official Unassigned from Game 17957

1 message

**ArbiterSports** <messaging@arbitersports.com> Mon, Jan 20, 2025 at 5:08 PM
Reply-To: ArbiterSports <messaging@arbitersports.com>
To: BRMurphy@csd99.org

Brandon Murphy:

An official has been removed from a game where you are listed as the person responsible for payment. Check the ArbiterSports website for their eventual replacement. Please contact the assigner if you have any questions.

**Game Details**

| | |
|---|---|
| Group: | IWOA |
| Game Number: | 17957 |
| Status: | Normal |
| Date & Time: | 1/22/2025 Wed 6:30 PM |
| Sport & Level: | High School Wrestling, Varsity |
| Site: | Downers Grove South High School |
| Home: | Downers Grove South High School |
| Away: | Wheeling High School |

**Assignment:**

| | |
|---|---|
| Official: | Nima Gharavi |
| Position: | Varsity |
| Status: | Accepted on 11/1/2024 Fri 10:35 AM |

This email is provided courtesy of ArbiterSports. You are receiving this email because you are listed as a billto contact for this game.
ASE7

CCH 000002

Case: 1:24-cv-01969 Document #: 198-27 Filed: 10/26/26 Page 4 of 9 PageID #:3345

Community High School District 99

Brandon Murphy <brmurphy@csd99.org>

# Update from Board of Control 1.10.25

3 messages

**Brandon Murphy** <brmurphy@csd99.org> Fri, Jan 10, 2025 at 11:35 AM

To: Natalie Kozlowski <NKozlowski@jsmorton.org>, Morton- Dan Woulfe <dwoulfe@jsmorton.org>, Rick Mason <rmason@leyden212.org>, Michael Jezioro <mjezioro@hinsdale86.org>, John Grundke <jgrundke@lths.net>, "cmcginnis@pths209.org" <cmcginnis@pths209.org>, EDWARD SULLIVAN <esullivan@dupage88.net>, Joe Kain <joseph_kain@glenbard.org>, Nicole Ebsen <Nebsen@oprfhs.org>, Brandon Murphy <brmurphy@csd99.org>, Humberto Ayala <hayala@dupage88.net>, Rob Wagner <rwagner@elmhurst205.org>, Arthur <aostrow@hinsdale86.org>, Calvin Davis <cdavis@pths209.org>, Nicole <nbellecomoyoung@elmhurst205.org>, Tim Murphy <TMurphy@leyden212.org>, RACHEL <RKAROS@dupage88.net>, Timothy McDonald <tmcdonald@csd99.org>, John Kading <jkading@leyden212.org>, Kelly Watson <kwatson@hinsdale86.org>, Christopher <ccabaj@lths.net>, MATT THOMPSON <MTHOMPSON@dupage88.net>, David Rose <drose@csd99.org>, "Bryant, Lamont" <lbryant@pths209.org>, Darren E Orel <dorel@csd99.org>

Happy Friday! I wanted to share updates from this morning's Board of Control meeting. The following items were approved:

1. **Addition of Two New Conference Sports**
    - Girls Flag Football
    - Boys Bowling
2. **Sunday Approval**
    - Morton Boys Basketball on 2/2.
3. **Bills**
    - Girls Swimming Assignor
    - York Reimbursement for SNAP!

**Discussion Highlights:**

- **IHSA Questionnaire and By-Laws:**
  We discussed the new 20-day limit for summer camps.
- **Wrestling Official Concern:**
  Rick and I spoke with Anthony Clark, and Rick also followed up with Sam Knox and the official in question. Their investigation last year found no wrongdoing, and the individual remains certified at multiple levels.
    - Rick addressed the concern about filming, and the official confirmed he would not film if asked not to.
    - As a reminder, each school retains the choice to work with our assigner and apply the right to refusal if needed.
- **Boys Gymnastics Coaches Association and Proposed Fall Schedule:**
  Discussion regarding the proposed Coaches associations fall schedule and its impact on our Boys Gymnastics programs.

Please let me know if you have any questions or need further clarification.

Enjoy the weekend!

## Brandon Murphy

Associate Principal for Athletics

CCH 000003

Community High School District 99

Brandon Murphy <brmurphy@csd99.org>

## Draft

**Brandon Murphy** <brmurphy@csd99.org>
To: Brandon Murphy <brmurphy@csd99.org>

Mon, Sep 22, 2025 at 12:52 PM



Zach >

Mon, Jan 20 at 4:06 PM

Is there any way we can look into finding another ref for Wednesday? Charlie is adamant he doesn't want his guys around him. I am unaware of all the backstory but do understand his reservation. Let me know your thoughts.

**Brandon Murphy**
Associate Principal for Athletics

DOWNERS GROVE SOUTH

1436 Norfolk Street
Downers Grove, Illinois 60516
630-795-8517
brmurphy@csd99.org
csd99.org/dgs

*Every day, the District 99 community works to provide a foundation for students to confidently pursue a future of their choosing.*

[Quoted text hidden]

CA

Clarke

[redacted]

Mon, Jan 20 at 4:53 PM

Tony- can you try to get us a different official for Wednesday. I got an email from our opponent and they will not come if he is going to be officiating . Thanks

Which official needs to be replaced?

Nina

Nima

are you still hosting girls on Wednesday?

CCH 000005

Yes

We have boys and girls. It would be best if he wasn't assigned bed to either.

Delivered

I made the changes in Arbiter. Let me know if this works.

11:32

C

Chuck

Sun, Jan 19 at 8:43 PM

What time are we weighing in on Wednesday?

Does 5pm work for you?

If you can get there earlier we will do it earlier as we are also hosting a girls quad that day.

Mon, Jan 20 at 5:09 PM

I reached out to Brandon to see if we can get another official assigned. We are working on it.

We are within 48hrs of our dual, our options are limited. In the event it doesn't happen, please don't bail on this event. It truly means a lot to our community and is a celebration of life for wrestler who passed way too soon.

With the you and I being aware, we can keep a close eye on him. He is not convicted and is an IHSA official. He is not allowed to record or video of any kind. We can't always control who our refs will be and I don't like this scenario any more than you do.

I will keep you posted.

Zach, I appreciate the importance of the event, but I cannot in good

iMessage

11:33

Chuck

doesn't happen, please don't bail on this event. It truly means a lot to our community and is a celebration of life for wrestler who passed way too soon.

With the you and I being aware, we can keep a close eye on him. He is not convicted and is an IHSA official. He is not allowed to record or video of any kind. We can't always control who our refs will be and I don't like this scenario any more than you do.

I will keep you posted.

Zach, I appreciate the importance of the event, but I cannot in good conscience put my kids in a gym with this man. I'd be more comfortable having the dual be an exhibition and having a dgs asst coach referee the matches.

Ok we have a part time official on staff, if we can't find a better solution. let me talk to our AD in the morning and get back to you.

Tue, Jan 21 at 10:21 AM

Bill Honeycutt will be our official tomorrow

Great, thanks