# EXHIBIT 17

Page Vault capture of February 21, 2024: the Instagram post
by @skramblewrestling displaying Mineo's X post
Dckt. No. 92-5, pages 1–3

# Exhibit E

Page Vault

| | |
|---|---|
| Document title: | Absolutely Disgusting Stuff from @midwestwrestle \| Instagram |
| Capture URL: | https://www.instagram.com/p/C1kwKH5vffE/ |
| Page loaded at (UTC): | Wed, 21 Feb 2024 16:00:08 GMT |
| Capture timestamp (UTC): | Wed, 21 Feb 2024 16:01:06 GMT |
| Capture tool: | 10.43.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 2 |
| Capture ID: | 5H1nVwjAW9FA6nYUofZhD6 |
| User: | smb-ndombrowski |



EXHIBIT

L

Instagram

Log In Sign Up


The Wrestling Room (Pat... Follow
@MrPatMineo

Wrestling community:

If you have children in the sport- especially in the Midwest area- go to @Midwest_Wrestle's YouTube channel and search their name. If there are any video's of them, try to get them removed from this sick person's channel ASAP...

There is something very wicked at work... The provocative thumbnails, the suggestive angles, the ultra HD camera w/ subtle zooms + the millions of views (on a schoolboy level match?) and sickening comments included. These videos are def being pedaled somewhere, something is very off- we have to take action.

The @IHSA_IL must also look into revoking this person's referee license. He cannot be allowed in a gym...on a mat...next to these kids.

No more, it ends in 2024.

m.youtube.com/@MidwestWrestle

Post your reply

skramblewrestling • Follow

**skramblewrestling** Absolutely Disgusting Stuff from @midwestwrestle
7w

**thetrashgarbage** This is just so beyond disgustful and mind boggles me
7w 1 like Reply

**wrestlerstrongtoday** Reported
7w Reply

**samuelwilcox7** Absolutely disguesting.
7w 2 likes Reply

**ninja151** We firing up the woodchipper or what?
7w 4 likes Reply

558 likes
January 1

Log in to like or comment.

More posts from **skramblewrestling**




Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in
Sign Up