FILED
10/26/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

Case No: 1:24-CV-01969

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,
Plaintiffs,

v.

PATRICK MINEO, Defendant.

Case No. 1:24-cv-01969 | Hon. Steven C. Seeger, U.S.D.J. | Mag. Judge Beth W. Jantz, U.S.M.J.

# DEFENDANT PATRICK MINEO'S LOCAL RULE 56.1 STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

Defendant Patrick Mineo, proceeding pro se, submits this Statement of Uncontested Material Facts pursuant to Northern District of Illinois Local Rule 56.1(a)(3). Every proposition below is stated neutrally and anchored strictly to a filed, authenticated exhibit within the master discovery record.

1. Plaintiffs allege within their pleadings that Nima Gharavi operates the Midwest Wrestle YouTube channel and that the channel had over 130,000 followers. (Exhibit A, Dkt. 92 ¶ 21–23).

2. Plaintiffs allege within their pleadings that co-defendant Willie Saylor communicated allegations regarding video embedding to Plaintiff Gharavi on May 24, 2023, and publicly discussed those allegations on a June 1, 2023 podcast. (Exhibit A, Dkt. 92 ¶ 33–35).

3. In internal corporate compliance correspondence spanning May 2021 through August 2022, Plaintiff Gharavi documented that his channel was managing an "excessive number of DMCA reports" across social media platforms. (Exhibit N, GHARAVI 472–473).

4. On May 26, 2023, USA Wrestling executive Gary Abbott issued internal correspondence stating that Plaintiff Gharavi had not been permitted media accreditation because USA Wrestling learned he posted match videos contrary to its rules. (Exhibit B, USAW_000027).

5. USA Wrestling official Tony Black communicated child safety allegations and formal referrals to the Chicago Police Special Investigations Unit between May 26 and May 30, 2023. (Exhibit D, USAW_000064–65).

6. On June 1, 2023, the U.S. Center for SafeSport issued a formal Notice of Exercise of Jurisdiction over allegations involving Plaintiff Gharavi under Case No. 2023-02665. (Exhibit E, USAW_000104-105).

7. On July 10, 2023, counsel for FloSports sent correspondence stating that FloSports had previously issued Plaintiff Gharavi a cease-and-desist letter concerning media-rights disputes and describing concerns about the channel's video thumbnails and third-party distribution. (Exhibit F, July 10, 2023 FloSports email).

8. On June 4, 2023, independent parent Bridgett Svoboda sent electronic correspondence to Plaintiffs requesting the immediate removal of online videos featuring her 12-year-old minor child. (Exhibit J, SVOBODA 004–005).

9. On December 30, 2023, USA Wrestling executive Gary Abbott issued internal correspondence reaffirming that Plaintiffs could not obtain media credentials from the organization. (Exhibit G, USAW_000021).

10. On December 30 and December 31, 2023, the X account @D_Money402 published posts referencing Patrick Mineo during the ongoing public discussion concerning the Midwest Wrestle channel. (Exhibit O, December 30–31, 2023 X screenshots).

11. On January 1, 2024, at 2:09 a.m. Eastern, Defendant Patrick Mineo published a quote-post responding to an earlier public post by Michael Boyd criticizing the Midwest Wrestle channel's video thumbnails. (Exhibit P, January 1, 2024 X screenshot).

12. Plaintiffs' Third Amended Complaint attributes an explicit "pedophile" accusation and the publication of a personal residential address solely to co-defendant Jessica Presley. (Exhibit A, Dkt. 92 ¶ 38).

13. Plaintiffs' Third Amended Complaint alleges the cancellation of athletic officiating contracts with the IESA, IHSA, and NCAA collectively in response to "Defendants' Social Media Posts." (Exhibit A, Dkt. 92 ¶ 48).

14. In response to Defendant Mineo's Request for Admission No. 7, Plaintiffs stated that they lack knowledge or information to enable them to admit or deny the request after reasonable inquiry regarding whether they could identify a statement published by Mr. Mineo that he subjectively knew was false at the time of publication. (Exhibit M, Pls.' RFA Responses, No. 7).

15. Following the conclusion of fact discovery, Patrick Mineo is the lone remaining individual defendant left standing on paper in this litigation. (Exhibit A, Dkt. 92; Court Docket Record).

Dated: October 26, 2026
Respectfully submitted,
By: /s/ Patrick Mineo
Patrick Mineo, Defendant Pro Se
1343 Adams St.
Northampton, PA 18067
484-862-7732
Patrickmineo22@gmail.com

EXHIBIT A

Third Amended Complaint, Dkt. 92 (selected pages 5-9, 12-14)

Source: #92 Third Amended Complaint (3).pdf

Source PDF pages: 5, 6, 7, 8, 9, 12, 13, 14

18. Mr. Gharavi is the only officer and employee of Right Call Officials, Inc. d/b/a Midwest Wrestle.

19. In addition to his officiating duties, Mr. Gharavi attends local and regional wrestling matches hosted by high schools, colleges, and universities across the United States.

20. Mr. Gharavi video records the wrestling matches he attends. The original—and a continuing—purpose of this work has been to build and grow a database of clips to be used for continuous improvement of wrestling officiating through in-person and online training clinics, as well as through the modification of rules, and the issuance of Case Book updates based upon these clips.

21. After a number of years collecting clips originally seen only by officials, Mr. Gharavi established a YouTube channel under the handle "Midwest Wrestle" where he posts his edited videos to his Midwest Wrestle YouTube account to share his passion for the sport and so that friends and family of the athletes have a way to view and share the matches.

22. To maximize his viewership and provide higher-quality videos to attendees and fans of the sport, Mr. Gharavi utilizes a high-quality video camera and has spent an immeasurable amount of time editing the matches he recorded.

23. Mr. Gharavi has been working in the wrestling community for seven years. Midwest Wrestle has over 130,000 followers on YouTube.

***Third-Party Interference with Plaintiffs' Videos***

24. Especially in light of the fact that many of the subjects of Mr. Gharavi's videos and fans of his account are minors, Mr. Gharavi spends several hours each day reviewing comments on the videos he posts to his Midwest Wrestle YouTube account, which includes translating comments in foreign languages to ensure offensive and inappropriate commentary are

identified and removed and the offending accounts are blocked, and to otherwise ensure a positive and safe space for his viewers and the athletes contained within the videos.

25. Mr. Gharavi has identified a number of websites that have embedded the Midwest Wrestle YouTube videos or otherwise re-posted his videos (the "Third-Party Websites").

26. On or about June 5, 2023, Mr. Gharavi conducted an analysis of the top twenty-five most viewed videos on the Midwest Wrestle YouTube account and determined that Third-Party Websites, innocent or otherwise, make up less than 1% of the total viewership of his videos.

27. Some of the Third-Party Websites include standard sources such as the NCAA and local wrestling clubs.

28. Other Third-Party Websites, to Mr. Gharavi's great dismay, contain pornographic materials and other immoral and offensive content.

29. Mr. Gharavi is in no way affiliated with any of these pornographic and offensive external websites and has never consented to his videos being posted on these Third-Party Websites. Rather, the issue of wrestling match videos being re-posted to pornographic websites is unfortunate but common in the wrestling industry.

30. In fact, Mr. Gharavi regularly submits takedown requests pursuant to the Digital Millennium Copyright Act ("DMCA") to offensive Third-Party Websites requesting they cease use or distribution of his videos.

31. Mr. Gharavi strives to protect his video content and the athletes depicted within as much as he can.

32. Mr. Gharavi has never posted his wrestling videos to pornographic websites nor encouraged anyone to post his videos to pornographic websites.

***Mr. Saylor and MatScouts Targeting of Plaintiffs***

33. MatScouts and Mr. Saylor began intentionally and unjustifiably targeting Mr. Gharavi and Midwest Wrestle in the spring of 2023, when Mr. Saylor messaged Mr. Gharavi, accusing Mr. Gharavi of purposefully uploading his Midwest Wrestle YouTube videos to pornographic websites (*See* May 24, 2023 Saylor Direct Messages, attached as **Exhibit A**).

34. Mr. Gharavi responded to Mr. Saylor vehemently denying his accusations.

35. In June 1, 2023, despite the complete lack of evidence supporting his statements, MatScouts and Mr. Saylor released a podcast episode from MatScouts' page on the video-sharing platform Rokfin.com titled "TFW: Ferrari Commit, Bad Stories, and JR Trials" during which Mr. Saylor made statements identifying or otherwise referencing Mr. Gharavi, including, but not limited to accusing Mr. Gharavi of purposefully and "consistently" linking and embedding his Midwest Wrestle YouTube videos on pornographic websites ("MatScouts Podcast").

***Defendants' Social Media Attacks on Plaintiffs***

36. Upon information and belief, on December 30, 2023 and December 31, 2023, Mr. Saylor, acting individually and as an agent of MatScouts, posted defamatory and inflammatory accusations against Mr. Gharavi and/or Midwest Wrestle, including, but not limited to:

a. Identifying Mr. Gharavi as the (previously unnamed) subject of other users' social media posts accusing Mr. Gharavi of intentionally allowing pornographic websites to embed his videos on to their own websites;

b. Referencing Mr. Gharavi as an "evil" wrestling official "with twisted desires"; and

c. Accusing Mr. Gharavi of being removed from a wrestling event because of his inappropriate conduct. (*See* Saylor Social Media Posts, attached as **Exhibit B**)

("Mr. Saylor's Social Media Posts").

37. Upon information and belief, on January 1, 2024, Mr. Mineo posted defamatory and inflammatory accusations against Mr. Gharavi and/or Midwest Wrestle, including, but not limited to:

a. Calling Mr. Gharavi and his YouTube videos "very wicked";

b. Accusing Mr. Gharavi of using "provocative thumbnails" and "suggestive angles" to increase views on his YouTube videos; and

c. Encouraging others to take action to prevent Mr. Gharavi from being "allowed" next to children. (*See* Mineo Social Media Posts, attached as **Exhibit C**)

("Mr. Mineo's Social Media Posts").

38. Upon information and belief, Ms. Presley made a series of defamatory, inflammatory, and doxing posts aimed at, and identifying Mr. Gharavi and/or Midwest Wrestle, including, but not limited to:

a. Ms. Presley called Mr. Gharavi a "pedophile" and encouraged the wrestling community to band together to "stop" Mr. Gharavi; and

b. Ms. Presley authored and published a post containing Mr. Gharavi's home address on December 31, 2023. (*See* Presley Social Media Posts, attached as **Exhibit D**)

("Ms. Presley's Social Media Posts")

39. Upon information and belief, Mr. Kolankowski made a series of defamatory, inflammatory, and doxing posts aimed at, and identifying Mr. Gharavi and/or Midwest Wrestle, including, but not limited to:

a. Re-posting screenshots of social media posts accusing Mr. Gharavi of

intentionally allowing pornographic websites to embed his videos into their own website in an attempt to increase viewership; and

b. Publishing a post captioned "Absolutely Disgusting Stuff from @MidwestWrestle" containing Mr. Gharavi's full name, geographic location, headshot, and email address on January 1, 2024. (*See* Kolankowski Social Media Posts, attached as **Exhibit E**)

("Mr. Kolankowski's Social Media Posts")

139. Upon information and belief, on December 30, 2023, Mr. Corsini published and re-posted public social media posts identifying or otherwise referencing Mr. Gharavi and/or Midwest Wrestle, including, but not limited to:

a. Re-posting screenshots of social media posts accusing Mr. Gharavi of intentionally allowing pornographic websites to embed his videos into their own website in an attempt to increase viewership; and

b. Accusing Plaintiffs' of "endangering children for money." (*See* Corsini Social Media Posts, attached as **Exhibit F**).

("Mr. Corsini's Social Media Posts").

40. Upon information and belief, Mr. Jagger made a series of defamatory, inflammatory, and doxing posts aimed at, and identifying Mr. Gharavi and/or Midwest Wrestle, including, but not limited to:

a. Insinuating that Mr. Gharavi's videos of high school wrestlers only received high view counts because of Mr. Gharavi's intentional use of suggestive thumbnails;

b. Identifying him by his user name (@Midwest_Wrestle) and accusing him of

52. Mr. Gharavi has suffered and continues to suffer loss of his reputation because of the inflammatory accusations made against him in the Social Media Posts.

53. Upon information or belief, Defendants conducted no reasonable investigation into their claims that Mr. Gharavi and/or Midwest Wrestle posts videos to pornographic websites.

54. Upon information or belief, Defendants have no evidence that Mr. Gharavi and/or Midwest Wrestle posts videos to pornographic websites.

55. Upon information or belief, Defendants have no evidence that Mr. Gharavi and/or Midwest Wrestle created or knowingly distributed child pornography.

56. The Social Media Posts and other statements made by Defendants were not privileged and were published by Defendants with malice, hatred and ill will toward Mr. Gharavi and/or Midwest Wrestle and a desire to injure him, for which Plaintiffs seek punitive damages.

57. As a result of Defendants' unlawful conduct, Mr. Gharavi (and Midwest Wrestle by proxy) has suffered severe injury to his character and reputation in his peer community and professional community, as well as diminished his future prospects for recording, endorsement, and sponsorship opportunities.

58. As a result of Defendants' unlawful conduct, Mr. Gharavi (and Midwest Wrestle by proxy) has been asked to leave events, cease filming events, and/or had his press credentials revoked during events, which has subjected him to ridicule and embarrassment.

59. As a result of Defendants' unlawful conduct, Mr. Gharavi is in danger of physical harm.

60. As a result of Defendants' unlawful conduct, Mr. Gharavi has been exposed to public hatred, contempt, ridicule, harassment, and/or threats of physical harm causing severe and extreme injury to Mr. Gharavi's emotional, physical, and social wellbeing both now and in the

future, and is in danger of physical harm.

**COUNT I:**
**Defamation Per Se**
***(Against All Defendants)***

61. Plaintiffs restate and incorporate by reference the allegations contained in the Paragraphs 1-60 as if fully stated herein.

62. Defendants, without privilege or permission, published false statements about Mr. Gharavi to members of the wresting community and in the Social Media Posts.

63. Defendants made these statements with knowledge of their falsity or in reckless disregard as to whether such statements were true or false and to intentionally injure Mr. Gharavi without just cause or excuse.

64. Defendants acted with actual malice when they made the statements about Mr. Gharavi and encouraged others to repeat the statements.

65. Defendants' statements impute the inability of Mr. Gharavi to perform or a want of integrity in the discharge of his duties as a wrestling official and video producer, and prejudice Mr. Gharavi in his profession or business and malign him in his business.

66. Defendants' statements accuse and/or impute that Mr. Gharavi has committed criminal offenses, including, but not limited to, dissemination of child pornography, nonconsensual dissemination of pornographic images, creation of pornography, and/or contribution to the creation of child pornography, and/or encouragement of the creation of nonconsensual pornography.

67. Defendants' statements caused Mr. Gharavi damage to his reputation in that other professionals in the wrestling industry, the online community at large, as well as current and potential consumers of Mr. Gharavi's YouTube channel, were told that Mr. Gharavi is a sexual

predator and/or engages in pedophilia or other lewd behavior.

68. As a result of Defendants' unlawful conduct, Mr. Gharavi has suffered severe injury to his character and reputation in his peer community and professional community, as well as diminished his future prospects for recording, endorsement, and sponsorship opportunities, including, but not limited to, being asked to leave events, cease filming events, had his press credentials revoked during events, and/or contracts cancelled.

WHEREFORE, Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., respectfully request the Court:

1) Enter judgment in their favor and against Defendants in an amount to be determined at trial, but estimated to be well in excess of $75,000;
2) Award Plaintiffs punitive damages;
3) Award Plaintiffs attorneys' fees and statutory pre-judgment interest; and
4) Any other further relief it deems just and appropriate.

**<u>COUNT II:</u>** ***In the Alternative to Count I***
**Defamation Per Quod**
***(Against All Defendants)***

69. Plaintiffs restate and incorporate by reference the allegations contained in the Paragraphs 1-60 as if fully stated herein.

70. Defendants, without privilege or permission, published false statements about Plaintiffs to members of the wresting community and in the Social Media Posts.

71. Defendants made these statements with knowledge of their falsity or in reckless disregard as to whether such statements were true or false and to intentionally injure Plaintiffs without just cause or excuse.

72. Defendants acted with actual malice when they made the statements about Mr.

44. Neither Mr. Mineo, Ms. Presley, Mr. Kolankowski, Mr. Corsini, Mr. Jagger, nor Mr. Davidson ever confronted Mr. Gharavi to inquire if the defamatory statements made in the Social Media Posts were true before posting them.

45. Defendants knew or should have known of Mr. Gharavi's reputation in the wrestling community and that Mr. Gharavi enters into business relationships with third-parties based on his successful Midwest Wrestle YouTube channel.

***Damage to Plaintiffs***

46. Defendants John Does 4-25 have publicly expressed outrage, disgust, hatred, and have made threats of physical violence towards Mr. Gharavi in response to the statements made in Defendants' Social Media Posts.

47. Wrestling coaches and/or employees of the organizations hosting wrestling events in which Mr. Gharavi attended have requested Mr. Gharavi and/or Midwest Wrestle to cease filming and/or leave the premises in response to the statements made in Defendants' Social Media Posts.

48. Mr. Gharavi and/or Midwest Wrestle's contracts with organizations including, but not limited to, IESA, IHSA, and NCAA, have been cancelled in response to the statements made in Defendants' Social Media Posts.

49. Following the posting of Mr. Gharavi's personal information in the Social Media Posts, on January 2, 2024, Mr. Gharavi was the subject of an attempted break-in at his home, at the address published by Ms. Presley.

50. Following the break-in at his home, Mr. Gharavi fled the state for his own safety.

51. Mr. Gharavi is now in fear for his life and his physical safety because of the inflammatory accusations made against him in the Social Media Posts.

EXHIBIT B

USA Wrestling May 26, 2023 Abbott media accreditation; USAW_000027

Source: USAW 0001-0115(5).pdf

Source PDF pages: 27

## Tony Black

**From:** Gary Abbott
**Sent:** Friday, May 26, 2023 1:04 PM
**To:** Tony Black; Kenya Dixon; Rich Bender
**Cc:** Richard Immel
**Subject:** RE: (IR-2023-03285) Submission Receipt

Tony

Thank you for the update. This is appreciated.

This individual had attended USA Wrestling events in the past, but has not been allowed to have media accreditation because we became aware he posted video of matches against our rules. He has applied since then but has not been approved. Clearly that will continue to be the case.

Gary

---

**From:** Tony Black <tblack@usawrestling.org>
**Sent:** Friday, May 26, 2023 10:22 AM
**To:** Gary Abbott <GAbbott@USAWrestling.org>; Kenya Dixon <kdixon@usawrestling.org>; Rich Bender <RBender@USAWrestling.org>
**Subject:** FW: (IR-2023-03285) Submission Receipt

All,

I filed a report with the US Center for SafeSport this morning about a member of ours, Nima Gharavi, who has a YouTube channel that I believe is child exploitation. When notified of it yesterday via e-mail by Travis Shives (Flowrestling), I perused the YouTube channel and did some additional google searches to solidify my opinion this is wrong (put mildly).

None of the screenshots are included in the e-mail that I provided to both the Chicago Police Special Investigations Unit and the US Center for SafeSport, but I can share if you have questions.

Aside from filing, I think USA Wrestling has a further responsibility to (1) not allow this individual a media credential to any of our future events – 16U National Duals are not far from the individual's residence and (2) check to see if anyone issued a media credential has the legal right to record video and post for the purpose of monetizing wrestling footage from our events – specifically the 2020 Tour of America Holiday Duals and 2021 High School National Recruiting Showcase – Wisconsin Qualifier.

Let me know if any of you have questions.

TB

***Tony Black***
***USA Wrestling***
***Director of State Services***
***tblack@usawrestling.org***
***719.265.3665 (direct)***
***719.659.9636 (cell)***

EXHIBIT D

Tony Black May 2023 communications; USAW_000064-65

Source: USAW 0001-0115(5).pdf

Source PDF pages: 64, 65

**Tony Black**

**From:** Tony Black
**Sent:** Thursday, June 15, 2023 2:05 PM
**To:** Gary Abbott
**Subject:** FW: Report of Suspected Child Exploitation in Olympic Movement
**Attachments:** MidwestWrestle1.png; MidwestWrestle2.png; MidwestWrestle3.png; MidwestWrestle4.png; MidwestWrestle5.png; MidwestWrestle6.png; MidwestWrestle6google.png; MidwestWrestle6embedURL.png; MidwestWrestleContrastAndCroppedEvidence.png

***Tony Black***
***USA Wrestling***
***Director of State Services***
***tblack@usawrestling.org***
***719.265.3665 (direct)***
***719.659.9636 (cell)***

This message contains information that is confidential and may be privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** Tony Black
**Sent:** Tuesday, May 30, 2023 11:04 AM
**To:** holly.andersen@ic.fbi.gov
**Cc:** nicole.deal@usopc.org
**Subject:** Report of Suspected Child Exploitation in Olympic Movement

Good morning Holly,

I was passed on your information from Nicole Deal at the US Olympic & Paralympic Committee, so I just wanted to inform the FBI of the report I filed last week with the Chicago Police Special Investigations Unit of suspected child exploitation. I have reported this to the US Center for SafeSport and additionally filed it with the National Center for Missing & Exploited Children (missingkids.org) as directed by Chicago Police.

Since the victims are from across the country, I wanted to make sure the FBI was aware so the appropriate jurisdictions could be contacted.

If you have any questions, please do not hesitate to contact me.

In the Olympic Spirit,

***Tony Black***
***USA Wrestling***
***Director of State Services***
***tblack@usawrestling.org***
***719.265.3665 (direct)***

***719.659.9636 (cell)***

This message contains information that is confidential and may be privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** Tony Black
**Sent:** Friday, May 26, 2023 8:27 AM
**To:** brian.rix@chicagopolice.org
**Subject:** Report of Suspected Child Exploitation

Good morning Brian,

Thank you for taking the time to collect information from me yesterday on the phone. I am the Director of State Services for USA Wrestling, the national governing body of amateur wrestling in the US, located in Colorado Springs, CO. Though I go by Tony, my real name is Anthony Black (DOB 3/13/1981) and my contact information is in my e-mail signature.

Nima Gharavi, a Wrestling Leader member of USA Wrestling, has a YouTube channel with footage from wrestling tournaments that I believe is child exploitation – videos/pictures of minors posted for the intent of sexual gratification. You can view the YouTube channel at https://www.youtube.com/@MidwestWrestle.

The majority of thumbnails feature wrestlers with their genitals and/or breasts framed. Edited thumbnails in YouTube drive traffic and monetization (monetization is noted with ads playing at the beginning of the videos posted). Additionally, many of the still shots in the thumbnails have been edited with contrast to further highlight the wrestlers' genitals and/or breasts. Evidence of this is the screenshot titled MidwestWrestleContrastAndCroppedEvidence.png.

You'll see the thumbnail used for the "Noah Pechotta (G) of Cary Grove IL vs Owen Anderson (R) of Grayslake North IL" video (https://www.youtube.com/watch?v=0e-RGFltuSE) uses a still shot from a different match (4:17 mark of https://www.youtube.com/watch?v=oupJbGxZcV0) with the genitals the focal point of the picture. Again, this thumbnail used is from an entirely different match, is cropped and the contrast is changed to highlight the wrestler's genitals. For reference, Owen Anderson is 16 years old.

Many of the video URLs can be parsed and searched with the embed code, which show videos have been posted to pornographic websites. An example of this can be seen with the attached files with the number 6 in the title. To recreate, go to www.google.com and enter Jod0QCJPU9g (taken directly from https://www.youtube.com/watch?v=Jod0QGJPU9g) in the search bar. After clicking the search function, the second result is a link to the video from the YouTube channel posted to MyPornVid.fun.

When looking at the URLs, the intent is clear. For example, https://mypornvid.fun/videos/3/Jod0QGJPU9g/hard-on-wrestling-just/117-%E2%80%93-ethan-olson-123g125-of-illinois-cornstars-vs-maddox-mcarthur-123r125-of-empire-gold-ny and https://mypornvid.co/videos/2/Jod0QGJPU9g/high-school-wrestling-boner/117-%E2%80%93-ethan-olson-123g125-of-illinois-cornstars-vs-maddox-mcarthur-123r125-of-empire-gold-ny both include sexual verbiage.

Information about this was provided by our partner, Flowrestling. As relayed to me, Christian Pyles (DOB 5/20/1985, 540.292.1617, christian.pyles@flosports.tv) from Flowrestling notes Gharavi being confronted about these postings and allegedly playing dumb. That written, on the video posted on metrolagu.ru which shows in the screenshot titled MidwestWrestle6google.png, the disclaimer reads:

*Source: YouTube Video id: Jod0QCJPU9 Disclaimer: Metrolagu does not upload/provide the video file above, the file is sourced from YouTube, if the content above violates your copyrighted material, you can report it to YouTube, with the Video ID listed above or by contacting: Midwest Wrestle.*

EXHIBIT E

SafeSport June 1, 2023 jurisdiction notice; USAW_000104-105

Source: USAW 0001-0115(5).pdf

Source PDF pages: 104, 105

| | |
|---|---|
| **From:** | Tony Black |
| **To:** | Kenya Dixon |
| **Subject:** | FW: Notice of Exercise of Jurisdiction Re: Nima Gharavi (2023-02665) - U.S. Center for SafeSport |
| **Date:** | Wednesday, January 3, 2024 11:17:15 AM |
| **Attachments:** | image001.png<br>image002.png |

Disregard my last e-mail – I see this now.

TB

***Tony Black***
***USA Wrestling***
***Director of State Services***
***tblack@usawrestling.org***
***719.265.3665 (direct)***
***719.659.9636 (cell)***

This message contains information that is confidential and may be privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail and delete the message.

**From:** Tara Stiner <tara.stiner@safesport.org>
**Sent:** Thursday, June 1, 2023 1:11 PM
**To:** Safe Sport <USAWSafeSport@usawrestling.org>; Tony Black <tblack@usawrestling.org>; Megan Ball <mball@usawrestling.org>; Kenya Dixon <kdixon@usawrestling.org>
**Cc:** Julie Reebel <julie.reebel@safesport.org>; Jennifer Johnson <jennifer.johnson@safesport.org>
**Subject:** Notice of Exercise of Jurisdiction Re: Nima Gharavi (2023-02665) - U.S. Center for SafeSport

Dear USA Wrestling,

As you know, the U.S. Center for SafeSport has the exclusive authority to investigate and resolve allegations of sexual misconduct, including conduct prohibited by the SafeSport Code that is reasonably related to underlying allegations of sexual misconduct. *See* SafeSport Code at IV.A. Moreover, the Center may exercise discretionary authority over certain types of alleged conduct prohibited by the SafeSport Code, which it will evaluate on a case-by-case basis. *See* SafeSport Code at IV.B.

The U.S. Center for SafeSport received a report alleging that, Respondent Nima Gharavi, engaged in misconduct the was sexual in nature, including sexual exploitation of minor athletes. Per the SafeSport Code, these allegations fall within the Center's exclusive authority.

This letter serves to inform USA Wrestling that, after review and consideration of the reported allegations, the Center is *accepting* jurisdiction and will resolve the matter pursuant to the policies and procedures proscribed by the SafeSport Code. Should USA Wrestling receive additional information related to this matter, please provide it to the Center as soon as possible. The Center will notify USA Wrestling once a Decision has been rendered.

Please note that if the Center has been notified that the USOPC, NGB, or relevant LAO has imposed temporary measures, an additional Notice will be sent specifically addressing those measures.

Thanks, and please don't hesitate to reach out if you have any questions or concerns.

Sincerely,
Tara

U.S. CENTER FOR SAFESPORT™
CHAMPION RESPECT. END ABUSE.

www.uscenterforsafesport.org

**CONFIDENTIALITY NOTICE:**
This e-mail transmission contains information which may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

# EXHIBIT F

FloSports counsel correspondence — July 10, 2023

Source: docket-stamped page supplied by Defendant

July 10, 2023 litigation-hold correspondence (not the earlier cease-and-desist letter)

Gmail

David M. Gonzalez <david@sg-llp.com>

**Litigation Hold**

**Karen Burgess** <kburgess@burgesslawpc.com> Mon, Jul 10, 2023 at 8:38 PM
To: Josh Smith <joshsmith2020@gmail.com>, Katie Galaviz <kgalaviz@burgesslawpc.com>, Eric Boucheron <eboucheron@burgesslawpc.com>
Cc: Paul Hurdlow <paul.hurdlow@flosports.tv>, "David M. Gonzalez" <david@sg-llp.com>

Hi Josh.

I represent FloSports, and I understand that you may represent Nima Gharavi. Could you update us on the status of that engagement? Regardless of the outcome, please ensure that Mr Gharavi gets this litigation hold notice, and please confirm once you've shared it with him.

Mr. Gharavi continues to publish competition video from wrestling events to which Flo holds exclusive media rights. He promotes many of his videos using thumbnail images that emphasize the genitalia of the wrestlers, generally high school students. As a result, a number of Gharavi's videos are distributed on pornographic websites around the world. And not only does Mr. Gharavi know about it, he has chosen to monetize this distribution of child pornography.

FloSports sent Gharavi a cease and desist letter (attached) that put him on notice of the exclusive nature of its media rights and requests that he take down videos from events listed on our FloWrestling schedule. He has not done so.

We are considering litigation against Gharavi, and in our preparations, we noticed that Gharavi is altering the thumbnail images on some of his videos, re-cropping them so that the wrestlers' genitalia, which was formerly prominently featured in his image, is no longer visible.

FloSports is not asking Mr. Gharavi to keep these on his site. In fact, Flo has exclusive rights to the videos, and has demanded he remove them. However, Mr. Gharavi needs to preserve ***all*** potential evidence relating to our claim or any defense, including the original videos and still/thumbnails images.

Likewise, please make sure that Mr. Gharavi understands his duty to preserve other items, including email, text messages, Slack or other online communications, hard copy documents and files, photographs, audio recordings, videos, spreadsheets, databases, calendars, internet usage files, and all other electronic information created, received, and/or maintained on computer systems. These items could exist in hard copy files, on computer hard drives, removable media, laptop computers, tablets, smartphones or anything else on which hard copy or electronic data is stored. As part of the preservation process, please instruct him to

EXHIBIT
D

EXHIBIT G

USA Wrestling December 30, 2023 media credential correspondence;
USAW_000021

Source: USAW 0001-0115(5).pdf

Source PDF pages: 21

## Tony Black

**From:** Chris Moen
**Sent:** Saturday, December 30, 2023 5:01 PM
**To:** Gary Abbott
**Cc:** Richard Immel; Kenya Dixon; Rich Bender; Tony Black
**Subject:** Re: Wrestling community angered over two photographers on X

Thanks Gary, that explains why I had no idea who these guys are nor remember seeing them at our events.

Christopher Moen
Video Production Manager
USA Wrestling

On Dec 30, 2023, at 4:58 PM, Gary Abbott <GAbbott@usawrestling.org> wrote:

Chris –

Thank you for the update.

We are well aware of these two individuals, and neither can get a media credential from USA Wrestling.

Gary

---

**From:** Chris Moen <CMoen@USAWrestling.org>
**Sent:** Saturday, December 30, 2023 4:55 PM
**To:** Gary Abbott <GAbbott@USAWrestling.org>; Richard Immel <rimmel@usawrestling.org>
**Cc:** Kenya Dixon <kdixon@usawrestling.org>; Rich Bender <RBender@USAWrestling.org>; Tony Black <tblack@usawrestling.org>
**Subject:** Wrestling community angered over two photographers on X

Going through X today, I'm seeing a lot of angry posts over two photographers, Cam Kramer and Nima Gharavi, and their inappropriate pictures of wrestlers. I don't know if this is true, but here are some posts I've seen today:

> Ok real talk. I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be…

EXHIBIT J

Svoboda parent correspondence; SVOBODA 004-005

Source: Svoboda 001-017(4).pdf

Source PDF pages: 4, 5

**Exhibit B**

**Midwest Wrestle**

6/4/23, 8:32 AM

**You sent**

There are three videos of my 12 year son on your YouTube channel from a Flo Wrestling event in 2021 that were taken and posted without our knowledge. We have contacted our attorney and will pursue further action if these videos are not removed within 48 hours. All videos of our minor child - Logan Svoboda - need to be taken down immediately. If this is not done, we will also be contacting the Illinois Wrestling Coaches and Officials Association.

6/4/23, 10:26 AM

**Midwest Wrestle**

Good morning Bridgett, All three videos of Logan have been taken down. Please note that takedown requests are extremely rare. In the entire history of the channel, I have received only three, and all three were taken down by request of the wrestler who lost the match because they were disappointed with their loss. The timing of this request would seem to indicate that the motivations are a bit different here. Assuming you heard about a recent podcast in which incredibly appalling allegations were lodged against me, I can certainly understand and respect why you would feel the way you might. That being said, I feel compelled to clarify two things: no evidence was ever presented, because there isn't any. Instead, countless demonstrably false statements were made that I have evidence to prove are false, which will be shared during the discovery phase of a defamation suit soon to be filed. No action will be required on your part; however, in full disclosure, this takedown request will be added to the case files as evidence of damages arising from the defamation. Finally, and with all due respect, wrestling is a very small

community, and so I regret that you chose to lead with threats and make disingenuous claims about being unaware of the videos, despite Logan having commented on them many months ago. A simple "please take my son's videos down" was all that was necessary. In any case, please know that my door is always open and that you are welcome to reach out at any time. For example, if after the suit is adjudicated and the aforementioned podcaster issues a retraction and an apology, and you have a change of heart, you are more than welcome to reach out to have the videos reinstated at any time. Best regards, Nima Gharavi

**Midwest Wrestle**

Midwest Wrestle

EXHIBIT M

Plaintiffs Responses to Requests for Admission (complete 4-page document)

Source: Plaintiffs' Response to Mineo Request to Admit - Final(2).pdf

Source PDF pages: 1, 2, 3, 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**PLAINTIFFS' RESPONSES TO REQUESTS FOR ADMISSION**

Plaintiffs, NIMA GHARAVI and RIGHT CALLS OFFICIALS, INC, by and through their attorneys, SWANSON, MARTIN & BELL LLP, respond to Defendant, PATRICK MINEO's Requests for Admission as follows:

1. Admit that Defendant Mineo never published a statement calling you a "pedophile."

**RESPONSE: Plaintiffs lack knowledge or information to admit or deny this request. Plaintiffs have made reasonable inquiry and the information they know or can readily obtain is insufficient to enable them to admit or deny this request.**

2. Admit that Defendant Mineo never published your home address or other private identifying information.

**RESPONSE: Plaintiffs lack knowledge or information to admit or deny this request. Plaintiffs have made reasonable inquiry and the information they know or can readily obtain is insufficient to enable them to admit or deny this request.**

3. Admit that you cannot identify any contract or credential revoked because of Defendant Mineo's posts.

**RESPONSE: Objection. Request For Admission No. 3 calls for a legal conclusion. Subject to and without waiving said objection, denied.**

4. Admit that you cannot identify any event that expelled you because of Defendant Mineo's posts.

**RESPONSE: Objection. Request For Admission No. 4 calls for a legal conclusion. Subject to and without waiving said objection, denied.**

5. Admit that the threats, break-in, and relocation alleged in your Complaint were not caused by Defendant Mineo's posts.

**RESPONSE: Objection. Request For Admission No. 5 calls for a legal conclusion. Subject to and without waiving said objection, denied.**

6. Admit that, prior to Defendant Mineo's first statement, third parties had publicly discussed or criticized the "Midwest Wrestle" channel.

**RESPONSE: Plaintiffs lack knowledge or information to admit or deny this request. Plaintiffs have made reasonable inquiry and the information they know or can readily obtain is insufficient to enable them to admit or deny this request.**

7. Admit that you are unable to identify any statement by Defendant Mineo that he knew was false when published.

**RESPONSE: Plaintiffs lack knowledge or information to admit or deny this request. Plaintiffs have made reasonable inquiry and the information they know or can readily obtain is insufficient to enable them to admit or deny this request.**

8. Admit that no platform suspended or sanctioned "Midwest Wrestle" because of Defendant Mineo's statements.

**RESPONSE: Objection. Request For Admission No. 8 calls for a legal conclusion. Subject to and without waiving said objection, denied.**

9. Admit that you do not possess any writing showing that a third party acted against you because of Defendant Mineo's statements.

**RESPONSE: Denied.**

10. Admit that at least some of Defendant Mineo's statements were expressions of opinion based on publicly available information.

**RESPONSE: Objection. Request For Admission No. 10 calls for a legal conclusion. Subject to and without waiving said objection, denied.**

Dated: December 8, 2025

*/s/ Olivia E. Duggins*

Jeffrey S. Becker (jbecker@smbtrials.com)
Nicole O. Peterson (npeterson@smbtrials.com)

Olivia E. Duggins (oduggins@smbtrials.com)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above document has been served upon all counsel of record via electronic mail on December 8, 2025.

By: *<u>/s/ Olivia E. Duggins</u>*
Oliva E. Duggins

EXHIBIT N

Plaintiffs platform correspondence; GHARAVI 472-473

Source: GHARAVI 472-766 2(1).pdf

Source PDF pages: 1, 2

**Nima Gharavi**

**From:** Facebook <case++aazqavotu6albq@support.facebook.com>
**Sent:** Tuesday, August 2, 2022 9:54 AM
**To:** Nima Gharavi
**Subject:** RE: Your Rights Manager Application Status (38/50 characters)

Hi,

Thanks for contacting us. We removed the content you reported for violating Facebook's Terms of Service. We understand this action to resolve your intellectual property report.

If you'd like to retract this report, please email ip@fb.com and reference this report number (Complaint #576154314133528). For more information on retractions, please visit:
https://www.facebook.com/help/1206218382801108?ref=CR

If you'd like to report something else, please fill out this form:
https://www.facebook.com/help/contact/634636770043106?ref=CR

Please reference this report (Complaint #576154314133528) in your new report if you think it will help us better understand your issue.

If you have any additional questions about intellectual property, please visit the Intellectual Property section of the Help Center:
https://www.facebook.com/help/intellectual_property?ref=CR

** Please note: this is a no-reply email. Any replies will not be received. **

Thanks,

Julio
Facebook

>On Sun Jul 31, 2022 13:12:18, original message wrote:
>The Facebook Team received a report from you. For reference, your complaint number is 576154314133528.
>
>Please note that the form you filled out is for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted our team about another matter, you might not receive a response.
>If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information.
>IP Help Center:
>https://www.facebook.com/help/intellectual_property?ref=cr
>Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.
>For help with matters other than infringement/violation of your legal rights, the links below may be helpful:
>- Hacked accounts:
>https://www.facebook.com/help/1216349518398524?ref=cr

>- Fake/Impostor accounts (timelines):
>https://www.facebook.com/help/174210519303259?ref=cr
>- Abuse (including spam, hate speech and harassment):
>https://www.facebook.com/help/263149623790594?ref=cr
>- Pages (including admin issues):
>https://www.facebook.com/help/pages?ref=cr
>- Unauthorized photos or videos:
>https://www.facebook.com/help/327689333983073?ref=cr
>- Login issues:
>https://www.facebook.com/help/login?ref=cr
>- Help for users who have been disabled or blocked:
>https://www.facebook.com/help/warnings?ref=cr
>If the links above do not contain the information you're looking for,
>you may want to search the Help Center for more assistance:
>https://www.facebook.com/help?ref=cr
>As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.
>Thanks for contacting Facebook,
>The Facebook Team
>--------------------------
>Hello,
>I am kindly requesting access to Rights Manager due to the excessive number of DMCA reports I would otherwise need to individual submit and the cumbersome process associated with that.  Having access to Rights Manager would greatly streamline and automate the process.  Below are some examples of infringing content across Facebook and Instagram, as well as examples of my original work which I retain exclusive copyright to, which this infringing content copied from without rights to do so.
>Infringing content on Facebook:
>https://www.facebook.com/permalink.php?story_fbid=pfbid02UATH7DRyCqdps6
>Jm5HBU9dy8bvQbsg65nQxXogMiSadxNBdvVxRsEyxmuspYyiLsl&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid02L5qG4LDwjLjLg1
>VdzZEwCwjnQMe19uA5MNvVdm8wZsRnogTqgFF4yhCSQsvdViBEl&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid02Xs3xKTV7T9p5py
>CuUjG7S6wKdQGSnN4StKi6ZbiyA23ovdXgSAaSmBZ1XCzB531dl&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid037jQxpquL2vAKWf
>QwqYBHnDHYF6YfahKrvMhfTFhonrPZYAATQgGJSXHpXdb3Wgfel&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid0RyszUJxEpRJiuZK
>hmPdUu7ydVxnHWPF7DfHkChyx2v8m9VWZSSAtdsMBBC97ZYgKl&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid0285BV9WmbfLaz3v
>U5hq5qTdH6wcMkF1GPfu2NgGorPFEUEftshcsnBce9fgjiVxYPl&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid02EopsSTTSSQkrtp
>q6EaEyGGCFHALDCTyeYLFB2jkCjBq2iuD7x9AKW7hHmCUerA9dl&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid02hbfhRFTw85Q8W8
>9PSs6WYKhcjkxj67oYzM2me3RP4edKkPqxXAakdWUyqt4Vk85il&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid0bfz3mSaF8s7232i
>XgKei79fwNtcHhenvLNsDXDpwVmU6aMiN8Ucd4Lq2e8fDhbuGl&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid031wbLhe6MJJ4uLo
>ShpadZNjdkJxUQdNTyHnsNh2di4AHZY6J2eJaxMhLJ3QKYFAC4l&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid0etL55RA7yZwMGRb
>cFN4gNbz15CqUPtnT43GuSKRL7UGMFkyAo9zZwfZrxwpUmn8l&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid0RibEKAvtgkwnXY5
>275SFi1Bc7wL6bdLsFUKTeqcika8Z87ZAaNNeX6nuiE86YMxwl&id=2111077308954780
>https://www.facebook.com/permalink.php?story_fbid=pfbid0R2qZYAZpvAGLv8x

## EXHIBIT O — THIRD-PARTY PUBLIC POSTS

Screenshot of December 30, 2023 discussion, including @D_Money402 reference to Pat Mineo.

**Christian Pyles** @CPyles8 · Dec 30

Huge problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.

There's one just as bad, if not worse who is scarily enough an official.

Flo has done everything in power, leveraging partners, etc to...
Show more

> **Allyson Schwab** @allysonschwab · Dec 30
>
> Ok real talk.
>
> I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as ...
> Show more

16 16 108 337K

**Colin Waters** @colinsonofmike · Dec 30

Call them out by name.

3 17 9.1K

**I'm Hungry**
@D_Money402

Pat Mineo

8:59 AM · Dec 30, 2023 · **1,186** Views

1 6

## EXHIBIT O — THIRD-PARTY PUBLIC POSTS

Screenshot of December 31, 2023 @D_Money402 post referring to Pat and subsequent reply mentioning @MrPatMineo.



I'm Hungry
@D_Money402
Follow

Pat stop posting videos of little kids for porn purposes! You're sick!

6:15 PM · 12/31/23 from Earth · **54** Views

See Similar Posts

**More replies**

I'm Hungry @D_Money402 · 7m
Everyone should send Pattie more 💩 in the mail lol @MrPatMineo

# EXHIBIT P — JANUARY 1, 2024 QUOTE-POST

Screenshot of Patrick Mineo's January 1, 2024, 2:09 a.m. Eastern quote-post responding to a post by Michael Boyd concerning wrestling-video thumbnails. Source displayed: Dkt. 1-11, page 7. The screenshot itself does not independently establish Boyd's NCAA referee credentials.



Post

The Wrestling Room (Pat Mineo)
@MrPatMineo

Yeah.... @Midwest_Wrestle you are a vile human being and need to be exiled far away from the sport of wrestling and any tournament, practice room, school and children in general. You know what you are doing and the fact that you are allegedly a certified referee in Iowa is scary. You need to be investigated by authorities... ASAP!

Michael Boyd @MichaelBoyd174 · Jan 1
Kyle Dake vs David Taylor has 653k views. Look at the millions of views on these matches and then look at the thumbnails.

This is not okay and something should be done about this. He's got an Iowa high school state association patch on in his reffing uniform. ... Show more

Kyle Dake vs. David Taylor: 2013 NCAA title match at 165 pounds

NCAA Championships Subscribe

5.8K Share Download Clip

Comments

2:09 AM · Jan 1, 2024 from Pennsylvania, USA · **214K** Views

**24** Reposts **3** Quotes **221** Likes **23** Bookmarks