**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nima Gharavi, et al.
Plaintiff,
v.
Jessica Presley, et al.
Defendant.

Case No.: 1:24−cv−01969
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint statement identifying all remaining claims, which was helpful. [189] Only one defendant (Patrick Mineo) is actively litigating. Dispositive motions are due by November 6, 2026. Responses are due by December 11, 2026. Replies are due by January 8, 2027. The Court directs the parties to comply with Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 56.1. The Court directs the parties to pay special attention to the requirements for a statement of facts and responses under Local Rule 56.1. A failure to comply can lead to appropriate relief, including deeming facts to be admitted. This Court previously entered default under Rule 55(a) against Defendants Presley, MatScouts, Saylor, and Kolankowski [44], [56], [62], but Plaintiff has not moved for a default judgment against them under Rule 55(b). Motions for default judgment are due by November 20, 2026, and responses are due four weeks later. This Court previously dismissed Defendants Schwab, Corsini, and Davidson for lack of personal jurisdiction, and Plaintiff settled with Ian Jagger [81], [153], [175]. The Court directs the Clerk's Office to update the docket to reflect that Defendants Schwab, Corsini, Davidson, and Ian Jagger were terminated. Plaintiff must serve a copy of this order to all remaining defendants (including the defaulting defendants) and must file a certificate of service. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.