**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, and RIGHT CALL OFFICIALS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, and JOHN DOES 1-25.<br><br>*Defendants*. | **Case No.** 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

## CERTIFICATE OF SERVICE

**TO: SEE SERVICE LIST BELOW**

The undersigned, being first duly sworn upon oath, deposes and states that on November 2, 2026, she caused the Court's October 29, 2026 Order (Dkt #201) granting Plaintiff's deadline to move for default judgment against Defendants Presley, MatScouts, Saylor, and Kolankowski and the termination of Defendants Schwab, Corsini, Davidson, and Ian Jagger from the docket, with a copy of the order to be sent via regular U.S. Mail.

*/s/ Olivia E. Duggins*
Olivia E. Duggins (ARDC #6349003)
Swanson, Martin & Bell, LLP
330 N Wabash Ave, Suite 3300
Chicago, IL 60611
Oduggins@smbtrials.com
*One of the Attorneys for Plaintiffs*

## SERVICE LIST

**TO:**

Patrick Mineo
1343 Adams St.
Northampton, PA 18607

Jessica Presley
800 W Main St.
Madison, OH 44507

MATSCOUTS, LLC
2989 Old Nazareth Rd.
Easton, PA 18045

Willie Saylor
2989 Old Nazareth Rd.
Easton, PA 18045

Steven Kolankowski
42 Outwater Ln., Apt 1R
Garfield, NJ 07026