**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**<u>PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT UNDER RULE 55(b)(2)</u>**

Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC. ("Plaintiffs"), by their attorneys, move under Federal Rule of Civil Procedure 55(b)(2) for default judgment against Defendants JESSICA PRESLEY, STEPHEN KOLANKOWSKI, WILLIE SAYLOR, and MATSCOUTS, LLC (the "Defaulted Defendants"). Plaintiffs rely on their memorandum and the Declaration of Olivia E. Duggins, both filed with this motion, and state as follows:

1. The Court entered the default of each Defaulted Defendant under Rule 55(a). Dkts. 44, 56, 62. It then directed that motions for default judgment be filed by November 20, 2026. Dkt. 201.

2. The Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a) and personal jurisdiction over each Defaulted Defendant, for the reasons stated in the memorandum.

3. Upon default, the well-pleaded allegations of the Third Amended Complaint (Dkt. 92) relating to liability are taken as true. Those allegations establish each Defaulted Defendant's liability on Counts I, III, IV, V, and VI, and on Count II in the alternative to Count I.

4. The harms the complaint pleads overlap among the defendants, and cross-motions for summary judgment as to Defendant Patrick Mineo are pending. Dkts. 191, 196. Damages and the other relief requested should therefore be determined at one hearing under Rule 55(b)(2)(B), after the Court rules on those motions, with judgment to follow. Plaintiffs will present the requests for injunctive relief in Counts V and VI at that hearing.

WHEREFORE, Plaintiffs, NIMA GHARAVI and RIGHT CALL OFFICIALS, INC., pray that the Court (1) find that each Defaulted Defendant is liable to Plaintiffs on Counts I, III, IV, V, and VI of the Third Amended Complaint, and on Count II in the alternative to Count I; (2) set one hearing under Rule 55(b)(2)(B), after it rules on the pending motions for summary judgment, to determine damages, attorneys' fees, and the other relief requested; and (3) enter judgment after that hearing.

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: November 20, 2026

By: */s/ Olivia E. Duggins*
Jeffrey S. Becker (ARDC #6282492)
William D. Patterson (ARDC #6294533)
Olivia E. Duggins (#6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
wpatterson@smbtrials.com
oduggins@smbtrials.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on November 20, 2026, a copy of the foregoing motion, with Plaintiffs' memorandum in support and the Declaration of Olivia E. Duggins was served upon the following by the means stated:

Patrick Mineo, *pro se*
By the Court's CM/ECF system and electronic mail.

Jessica Presley
23 Kinsington Ave., Painesville, OH 44077
235 E Parkway Drive, Madison, OH 44057
By first-class U.S. Mail, postage prepaid, with a copy of the Court's October 29, 2026 order (Dkt. 201).

Willie Saylor
MatScouts, LLC
2989 Old Nazareth Road, Easton PA, 18045
By first-class U.S. Mail, postage prepaid, in separate envelopes, each with a copy of the Third Amended Complaint and its Exhibits A through H (Dkts. 92 through 92-8).

Stephen Kolankowski
42 Outwater Ln., Apt. 1R, Garfield, New Jersey 07026
By first-class U.S. Mail, postage prepaid.

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: November 20, 2026

By: */s/ Olivia E. Duggins*
Jeffrey S. Becker (ARDC #6282492)
William D. Patterson (ARDC #6294533)
Olivia E. Duggins (#6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
jbecker@smbtrials.com
wpatterson@smbtrials.com
oduggins@smbtrials.com