# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**DECLARATION OF OLIVIA E. DUGGINS IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT UNDER RULE 55(b)(2)**

I, Olivia E. Duggins, declare under 28 U.S.C. § 1746 as follows:

1. I am an attorney with Swanson, Martin & Bell, LLP, and one of the attorneys for Plaintiffs Nima Gharavi and Right Call Officials, Inc., in this action. I make this declaration in support of Plaintiffs' Motion for Default Judgment Under Rule 55(b)(2). I have personal knowledge of the facts stated here, except where a statement is made on information and belief.

2. **Jessica Presley.** Defendant Jessica Presley has not appeared in this action. On November 18, 2026, I searched the Servicemembers Civil Relief Act ("SCRA") website maintained by the Department of Defense Manpower Data Center ("DMDC"), https://scra.dmdc.osd.mil, for Ms. Presley using her full name, Jessica Marie Presley, and her date of birth. The search returned a status report issued by the SCRA, which states that, as of November

18, 2026, Ms. Presley was not on active duty, had not left active duty within the preceding 367 days, and neither she nor her unit had been notified of a future call-up to active duty.

3. **Stephen Kolankowski.** Defendant Stephen Kolankowski has not appeared in this action. On November 18, 2026, I searched the same website for Mr. Kolankowski using his full name, Stephen Ray Kolankowski, and his date of birth. The search returned a status report issued by the SCRA, which states that, as of November 18, 2026, Mr. Kolankowski was not on active duty, had not left active duty within the preceding 367 days, and neither he nor his unit had been notified of a future call-up to active duty.

4. **Willie Saylor.** Defendant Willie Saylor appeared in this action by filing an answer (Dkt. 14). Out of caution, on November 18, 2026, I also searched the same website for Mr. Saylor using his full name William Roland Saylor, and his date of birth. The search returned status report issued by the SCRA, which states that, as of November 18, 2026, Mr. Saylor was not on active duty, had not left active duty within the preceding 367 days, and neither he nor his unit had been notified of a future call-up to active duty.

5. The status reports described above for Jessica Presley, Stephen Kolankowski, and Willie Saylor are attached as **Group Exhibit 1**. In accordance with Fed. R. Civ. P. 5.2(a)(2), Exhibit 1 has been redacted to show only the year of each defendant's birth.

6. Defendants Jessica Presley, Stephen Kolankowski, and Willie Saylor are the only individuals against whom Plaintiffs seek judgment by this motion. On information and belief, Ms. Presley was born in 1987, Mr. Kolankowski in 1988, and Mr. Saylor in 1978, so each defendant is over 18 years of age. On information and belief, none of them is an incompetent person.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026

/s/ *Olivia E. Duggins*
Olivia E. Duggins
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100