**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA PRESLEY, MATSCOUTS, LLC, WILLIE SAYLOR, PATRICK MINEO, STEPHEN KOLANKOWSKI, JOSEPH CORSINI, IAN JAGGER, JOHN DAVIDSON, and JOHN DOES 4-25.<br><br>Defendants. | Case No. 1:24-cv-1969<br><br>**Judge:**<br>Honorable Steven C. Seeger<br><br>**Magistrate Judge:**<br>Honorable Beth W. Jantz |

**RESPONSE TO DEFENDANT PATRICK MINEO'S LOCAL RULE 56.1 STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Nima Gharavi and Right Call Officials respond to Patrick Mineo's Statement of Uncontested Material Facts pursuant to Northern District of Illinois Local Rule 56.1(b)(2) as follows:

1. Plaintiffs allege within their pleadings that Nima Gharavi operates the Midwest Wrestle YouTube channel and that the channel had over 130,000 followers. (Exhibit A, Dkt. 92 ¶ **21–23**).

**RESPONSE: Admitted.**

2. Plaintiffs allege within their pleadings that co-defendant Willie Saylor communicated allegations regarding video embedding to Plaintiff Gharavi on May 24, 2023, and publicly discussed those allegations on a June 1, 2023 podcast. (Exhibit A, Dkt. 92 ¶ **33–35**).

**RESPONSE: Admitted.**

3. In internal corporate compliance correspondence spanning May 2021 through

August 2022, Plaintiff Gharavi documented that his channel was managing an "excessive number of DMCA reports" across social media platforms. (Exhibit N, GHARAVI 472-473).

**RESPONSE: Admitted that Exhibit N contains Mr. Gharavi's July 31, 2022 request to Facebook for access to its Rights Manager tool "due to the excessive number of DMCA reports I would otherwise need to individual[ly] submit," and Facebook's August 2, 2022 reply. GHARAVI 472–473.**

4. On May 26, 2023, USA Wrestling executive Gary Abbott issued internal correspondence stating that Plaintiff Gharavi had not been permitted media accreditation because USA Wrestling learned he posted match videos contrary to its rules. (Exhibit B, USAW_000027).

**RESPONSE: Admitted that Exhibit B contains the quoted statement by Mr. Abbott. Plaintiffs do not admit the truth of the reasons stated in it. Further answering, Exhibit B concerns media accreditation at USA Wrestling events only.**

5. USA Wrestling official Tony Black communicated child safety allegations and formal referrals to the Chicago Police Special Investigations Unit between May 26 and May 30, 2023. (Exhibit D, USAW_000064-65).

**RESPONSE: Admitted. Further answering, Mr. Gharavi has never been contacted by the FBI, the Chicago Police Department or any other law-enforcement agency about his videos, and has never been charged with any offense. Dkt. 198 ¶ 22.**

6. On June 1, 2023, the U.S. Center for SafeSport issued a formal Notice of Exercise of Jurisdiction over allegations involving Plaintiff Gharavi under Case No. 2023-02665. (Exhibit E, USAW_000104-105).

**RESPONSE: Admitted that on June 1, 2023, the U.S. Center for SafeSport notified**

**USA Wrestling that it had received a report concerning Mr. Gharavi and was accepting jurisdiction. Plaintiffs deny the truth of the allegations in the report.**

7. On July 10, 2023, counsel for FloSports sent correspondence stating that FloSports had previously issued Plaintiff Gharavi a cease-and-desist letter concerning media-rights disputes and describing concerns about the channel's video thumbnails and third-party distribution. (Exhibit F, July 10, 2023 FloSports email).

**RESPONSE: Admitted that Exhibit F is a July 10, 2023 litigation-hold email from counsel for FloSports that contains the referenced statements. Plaintiffs deny the truth of those statements.**

8. On June 4, 2023, independent parent Bridgett Svoboda sent electronic correspondence to Plaintiffs requesting the immediate removal of online videos featuring her 12-year-old minor child. (Exhibit J, SVOBODA 004-005).

**RESPONSE: Admitted.**

9. On December 30, 2023, USA Wrestling executive Gary Abbott issued internal correspondence reaffirming that Plaintiffs could not obtain media credentials from the organization. (Exhibit G, USAW_000021).

**RESPONSE: Admitted that on December 30, 2023, Mr. Abbott wrote in an internal email that neither of two individuals "can get a media credential from USA Wrestling." USAW_000021.**

10. On December 30 and December 31, 2023, the X account @D_Money402 published posts referencing Patrick Mineo during the ongoing public discussion concerning the Midwest Wrestle channel. (Exhibit O, December 30-31, 2023 X screenshots).

**RESPONSE: Admitted.**

11. On January 1, 2024, at 2:09 a.m. Eastern, Defendant Patrick Mineo published a quote-post responding to an earlier public post by Michael Boyd criticizing the Midwest Wrestle channel's video thumbnails. (Exhibit P, January 1, 2024 X screenshot).

**RESPONSE: Admitted.**

12. Plaintiffs' Third Amended Complaint attributes an explicit "pedophile" accusation and the publication of a personal residential address solely to co-defendant Jessica Presley. (Exhibit A, Dkt. 92 ¶ 38).

**RESPONSE: Admitted.**

13. Plaintiffs' Third Amended Complaint alleges the cancellation of athletic officiating contracts with the IESA, IHSA, and NCAA collectively in response to "Defendants' Social Media Posts." (Exhibit A, Dkt. 92 ¶ **48**).

**RESPONSE: Admitted. Plaintiffs further state that "Defendants" includes Mr. Patrick Mineo.**

14. In response to Defendant Mineo's Request for Admission No. 7, Plaintiffs stated that they lack knowledge or information to enable them to admit or deny the request after reasonable inquiry regarding whether they could identify a statement published by Mr. Mineo that he subjectively knew was false at the time of publication. (Exhibit M, Pls.' RFA Responses, No. 7).

**RESPONSE: Admitted that this was Plaintiffs' response in December 2025. Plaintiffs further state that they did not have an opportunity to learn Mr. Mineo's subjective understanding until his 2026 deposition.**

15. Following the conclusion of fact discovery, Patrick Mineo is the lone remaining individual defendant left standing on paper in this litigation. (Exhibit A, Dkt. 92; Court Docket Record).

**RESPONSE: Admitted that Mr. Mineo is the remaining defendant who has not been dismissed and is not subject to a motion for default judgment.**

**Pursuant to Local Rule 56.1(b)(3), Plaintiffs incorporate by reference, as additional facts requiring the denial of summary judgment, paragraphs 12, 17, 19–23, 25–26, 29–30, 32, 40–41, 44, 46–47, 49, 52–53, 56–58, 60, 62, 65–72, and 74–80 of Plaintiffs' Local Rule 56.1 Statement of Material Facts in Support of Their Motion for Summary Judgment Against Defendant Patrick Mineo. Dkt. 198.**

Respectfully Submitted,

**NIMA GHARAVI and RIGHT CALL OFFICIALS, INC.**

Dated: November 23, 2026

By: /s/ *Oliva E. Duggins*
William D. Patterson (ARDC #6294533)
Jeffrey S. Becker (ARDC #6282492)
Nicole O'Toole Peterson (ARDC #6330227)
Olivia E. Duggins (ARDC #6349003)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
wpatterson@smbtrials.com
jbecker@smbtrials.com
npeterson@smbtrials.com
oduggins@smbtrials.com